IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PUREWICK CORPORATION, ) | |
| ) | |
| Plaintiff and Counterclaim Defendant, ) | |
| ) | |
| v. ) | C.A. No. 19-1508-MN |
| ) | |
| SAGE PRODUCTS, LLC, ) | |
| ) | |
| Defendant and Counterclaim Plaintiff. ) | |

## REQUEST FOR ORAL ARGUMENT BY SAGE PRODUCTS, LLC

Pursuant to D. Del. LR 7.1.4, Defendant and Counterclaim Plaintiff Sage Products, LLC ("Sage") respectfully requests oral argument on Plaintiff's motion to dismiss and to strike (the "Motion") (D.I. 15). Briefing is now complete on the Motion (D.I. 16, 19, 21). The Motion was filed on November 11, 2019 along with an Opening Brief (D.I. 15, 16). Sage filed its Answering Brief in Opposition to the Motion on December 13, 2019 (D.I. 19). Plaintiff filed its Reply Brief in Support of the Motion on December 27, 2019 (D.I. 21). Counsel for Sage are available at the Court's convenience for a hearing.

Dated: January 3, 2020

Of Counsel:

Robert A. Surrette
Sandra A. Frantzen
Christopher M. Scharff
Bryce R. Persichetti
McAndrews, Held & Malloy, Ltd
500 West Madison Street
Chicago, IL 60661
(312) 775-8000
bsurrette@mcandrews-ip.com
sfrantzen@mcandrews-ip.com
cscharff@mcandrews-ip.com
bpersichetti@mcandrews-ip.com

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

/s/ *Anne Shea Gaza*
Anne Shea Gaza (No. 4093)
Samantha G. Wilson (No. 5816)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
swilson@ycst.com
*Attorneys for Defendant/Counterclaim Plaintiff Sage Products, LLC*

## CERTIFICATE OF SERVICE

I, Anne Shea Gaza, hereby certify that on January 3, 2020, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>John W. Shaw, Esquire
>Karen E. Keller. Esquire
>Nathan R. Hoeschen, Esquire
>Shaw Keller LLP
>I.M. Pei Building
>1105 North Market Street, 12th Floor
>Wilmington, DE 19801
>*jshaw@shawkeller.com*
>*kkeller@shawkeller.com*
>*nhoeschen@shawkeller.com*
>
>*Attorneys for Plaintiff/Counterclaim Defendant*

I further certify that on January 3, 2020, I caused the foregoing document to be served via electronic mail upon the above-listed counsel and on the following counsel:

>Steven C. Cherny, Esquire
>Brian P. Biddinger, Esquire
>Matthew A. Traupman, Esquire
>Quinn Emanuel Urquhart & Sullivan, LLP
>51 Madison Avenue, 22nd Floor
>New York, NY 10010
>*stevencherny@quinnemanuel.com*
>*brianbiddinger@quinnemanuel.com*
>*matthewtraupman@quinnemanuel.com*
>
>Amanda K. Antons, Esquire
>Quinn Emanuel Urquhart & Sullivan, LLP
>191 N. Wacker Drive, Suite 2700
>Chicago, IL 60606
>*amandaantons@quinnemanuel.com*
>
>*Attorneys for Plaintiff/Counterclaim Defendant*

|  |  |
|---|---|
| Dated: January 3, 2020 | YOUNG CONAWAY STARGATT & TAYLOR, LLP |

/s/ *Anne Shea Gaza*
Anne Shea Gaza (No. 4093)
Samantha G. Wilson (No. 5816)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
*agaza@ycst.com*
*swilson@ycst.com*

*Attorneys for Defendant/Counterclaim Plaintiff Sage Products, LLC*