# Exhibit A

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PUREWICK CORPORATION, | ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiff/Counterclaim Defendant, | | |
| v. | | |
| SAGE PRODUCTS, LLC, | | C.A. No. 19-1508-MN |
| Defendant/Counterclaim Plaintiff. | | |

## **RULE 7.1.1 CERTIFICATION**

Undersigned counsel hereby certifies pursuant to Rule 7.1.1 that PureWick made reasonable efforts to resolve the discovery issues without intervention of the Court, including discussion of these issues during telephonic meet and confers conducted on July 6, July 8, and July 23 (each including Delaware counsel), and through the exchange of correspondence explaining their positions.

OF COUNSEL:
Steven C. Cherny
Brian P Biddinger
Matthew A. Traupman
QUINN EMANUEL URQUHART
 & SULLIVAN, LLP
51 Madison Ave., 22nd Floor
New York, NY 10010
(212) 849-7000

*/s/ John W. Shaw*
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
nhoeschen@shawkeller.com
*Attorneys for Plaintiff*

Amanda K. Antons
QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
(312) 705-7400

Dated: July 29, 2020