# Exhibit B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PUREWICK CORPORATION, </br></br> Plaintiff/Counterclaim Defendant, </br></br> v. </br></br> SAGE PRODUCTS, LLC, </br></br> Defendant/Counterclaim Plaintiff. | ) </br> ) </br> ) </br> ) C.A. No. 19-1508-MN </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

**ORDER**

At Wilmington this ___ day of _____, 2020, IT IS HEREBY ORDERED that:

1. Sage shall supplement its response to PureWick Interrogatory No. 1 to provide the full scope of the information sought, including financial information beginning at the time of Sage's first sales of the Accused Products;

2. Sage shall supplement its response to PureWick Interrogatory No. 5 to provide any responsive information within Sage's possession, custody or control with respect to each of its affirmative defenses;

3. Sage shall supplement its response to PureWick Interrogatory No. 6 to provide any responsive information within Sage's possession, custody or control with respect to alleged non-infringing alternatives;

4. Sage shall produce documents within Sage's possession, custody or control that are responsive to the full scope of PureWick Document Request Nos. 31-34, 39, 41, and 76-78.