# Exhibit I

Create an Alert for This Case on RECAP

CLOSED,CASREF,MEDIATION-MPT,PATENT

# U.S. District Court
## District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:17-cv-00969-LPS-CJB

TMI Solutions LLC v. Victoria's Secret Stores, Inc. et al
Assigned to: Judge Leonard P. Stark
Referred to: Judge Christopher J. Burke
Related Cases: 1:17-cv-00965-LPS-CJB
1:17-cv-00966-LPS-CJB
1:17-cv-00968-LPS-CJB
1:17-cv-00967-LPS-CJB
Cause: 35:0145

Date Filed: 07/17/2017
Date Terminated: 07/08/2019
Jury Demand: Plaintiff
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 04/25/2019 | 53 | ORAL ORDER: Having reviewed the parties' letters regarding a dispute as to whether Plaintiff has served more interrogatories than permitted under the scheduling order (see, e.g., C.A. No. 17-965 D.I. 47, 48), IT IS HEREBY ORDERED that Defendants' objections are OVERRULED. Taking a "pragmatic approach," the Court is not persuaded by Defendants' objections. Medigus Ltd. v. Endochoice, Inc., 2016 WL 5791409, at *1 (D. Del. July 19, 2016). Instead, the Court views Plaintiff's interrogatories as largely and properly seeking information as well as logically related and subsumed information (e.g., how information is obtained and tracked; or the same information with respect to multiple patents or products; or information and who is most knowledgeable about it), combinations which are most reasonably counted as single interrogatories. See id. ("Subparts are treated as part of a single interrogatory where they are logically or factually subsumed within and necessarily related to the primary question.") (internal quotation marks omitted). While interrogatory No. 6 may reasonably be viewed as multiple interrogatories, on the whole the Court sides far more with Plaintiff, including Plaintiff's contention that its requested discovery is proportional to the needs of the case. The teleconference scheduled for tomorrow is CANCELLED. ORDERED by Judge Leonard P. Stark on 4/25/19. Associated Cases: 1:17-cv-00965-LPS-CJB, 1:17-cv-00966-LPS-CJB, 1:17-cv-00969-LPS-CJB (ntl) (Entered: 04/25/2019) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 07/07/2020 11:06:57 | | | |
| PACER Login: | aerussell | Client Code: | 10331.01 AER |
| Description: | Docket Report | Search Criteria: | 1:17-cv-00969-LPS-CJB Start date: 1/1/1971 End date: 7/7/2020 Starting with document: 53 Ending with document: 53 |
| Billable Pages: | 2 | Cost: | 0.20 |