# EXHIBIT 1

**From:** Diana Welham <Diana_Welham@ded.uscourts.gov>
**Sent:** Monday, July 6, 2020 9:43 AM
**To:** Gaza, Anne Shea
**Cc:** 'John Shaw'
**Subject:** RE: Purewick v. Sage, C.A. No. 19-1508-MN

Thank you. The Court will set the call for August 4 at 10:00 a.m. An Oral Order will issue shortly confirming this date and time and setting the due dates for the letters.

Have a great week.

Diana

Diana L. Welham
Judicial Administrator/Civil Case Manager
The Honorable Maryellen Noreika
Direct: (302) 573-4576
Chambers: (302) 573-6470
diana_welham@ded.uscourts.gov

---

**From:** Gaza, Anne Shea
**Sent:** Thursday, July 2, 2020 7:59 PM
**To:** Diana Welham
**Cc:** John Shaw
**Subject:** Purewick v. Sage, C.A. No. 19-1508-MN

Dear Ms. Welham,

Further to Sage's request for a discovery dispute hearing with the Court, I write to advise that the parties are available on both August 4 and August 5 at whatever time is most convenient for the Court.

Should you or the Court have any questions, counsel are available at the Court's and your convenience.

Respectfully,
Anne Shea Gaza (No. 4093)

 **Anne Shea Gaza**, **Partner**
Young Conaway Stargatt & Taylor, LLP
Rodney Square, 1000 North King Street
Wilmington, DE 19801
P: 302.571.6727 | F: 302.576.3439
agaza@ycst.com | www.youngconaway.com | vCard

This message may contain confidential attorney-client communications or other protected information. If you believe you are not an intended recipient (even if this message was sent to your e-mail address), you may not use, copy, or retransmit it. If you believe you received this message by mistake, please notify us by return e-mail, and then delete this message. Thank you for your cooperation.