IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PUREWICK CORPORATION,<br><br>   Plaintiff/Counterclaim<br>   Defendant,<br><br> v.<br><br>SAGE PRODUCTS, LLC,<br><br>   Defendant/Counterclaim<br>   Plaintiff. | C.A. No. 19-1508-MN |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on September 11, 2020, copies of *Sage's Preliminary Identification of Claim Elements and Proposed Constructions for U.S. Patent Nos. 8,287,508, 10,226,376, 10,390,989, and 10,376,407* were caused to be served on the following counsel of record in the manner indicated below:

**BY E-MAIL**

John W. Shaw, Esquire
Karen E. Keller, Esquire
Nathan R. Hoeschen, Esquire
Shaw Keller LLP
I.M. Pei Building
1105 North Market Street
12th Floor
Wilmington, DE 19801
*jshaw@shawkeller.com*
*kkeller@shawkeller.com*
*nhoeschen@shawkeller.com*

      Steven C. Cherny, Esquire
      Brian P. Biddinger, Esquire
      Matthew A. Traupman, Esquire
      Quinn Emanuel Urquhart & Sullivan, LLP
      51 Madison Avenue, 22nd Floor
      New York, NY 10010
      *stevencherny@quinnemanuel.com*
      *brianbiddinger@quinnemanuel.com*
      *matthewtraupman@quinnemanuel.com*

      Amanda K. Antons, Esquire
      Quinn Emanuel Urquhart & Sullivan, LLP
      191 N. Wacker Drive, Suite 2700
      Chicago, IL 60606
      *amandaantons@quinnemanuel.com*

      *Attorneys for Plaintiff/Counterclaim Defendant*

PLEASE TAKE FURTHER NOTICE that the undersigned hereby certifies that on September 11, 2020, a true and correct copy of this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to counsel of record and served via electronic mail upon the above-listed counsel.

| | |
|---|---|
| Of Counsel:<br>Robert A. Surrette<br>Sandra A. Frantzen<br>Christopher M. Scharff<br>Bryce R. Persichetti<br>MCANDREWS, HELD<br>& MALLOY, LTD<br>500 West Madison Street<br>Chicago, IL 60661<br>(312) 775-8000<br>bsurrette@mcandrews-ip.com<br>sfrantzen@mcandrews-ip.com<br>cscharff@mcandrews-ip.com<br>bpersichetti@mcandrews-ip.com<br><br>Dated: September 11, 2020 | YOUNG CONAWAY STARGATT<br>& TAYLOR, LLP<br><br>/s/ *Anne Shea Gaze*<br>Anne Shea Gaza (No. 4093)<br>Samantha G. Wilson (No. 5816)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>agaza@ycst.com<br>swilson@ycst.com<br><br>*Attorneys for Defendant and Counterclaim Plaintiff Sage Products, LLC* |