# EXHIBIT D

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| PUREWICK CORPORATION,<br><br>     Plaintiff/Counterclaim Defendant,<br><br>     v.<br><br>SAGE PRODUCTS, LLC,<br><br>     Defendant/Counterclaim Plaintiff. | C. A. No. 19-1508-MN |

**SAGE'S SUPPLEMENTAL INVALIDITY CONTENTIONS REGARDING
U.S. PATENT NOS. 8,287,508, 10,226,375, 10,390,989, AND INITIAL INVALIDITY
<u>CONTENTIONS REGARDING U.S. PATENT NO. 10,376,407</u>**

Defendant Sage Products, LLC ("Sage") hereby provides the following Supplemental Invalidity Contentions regarding U.S. Patent No. 8,287,508 ("the 508 Patent"), U.S. Patent No. 10,226,376 ("the 376 Patent"), and U.S. Patent No. 10,390,989 ("the 989 Patent"), and Initial Invalidity Contentions regarding U.S. Patent No. 10,376,407 ("the 407 Patent") pursuant to the Scheduling Order.[1]  (D.I. 56.) Specifically, with regard to these asserted patents, Paragraph 7(d) provides that "Defendant shall produce its initial invalidity contentions for each asserted claim, as well as the known related invalidating references."  Accordingly, Sage provides its initial and supplemental invalidity contentions for those patents as follows:

**PRELIMINARY STATEMENT**

Sage expressly reserves its right to amend and supplement these Invalidity Contentions.

---

[1] Sage provides these invalidity contentions despite Plaintiff's continued failure to provide adequate infringement contentions pursuant to paragraph 7(c) of the Scheduling Order and the fact that Plaintiff still has not provided the requested prior art subject to its motion to compel, which was ordered by the Court.

citation should be understood to include the corresponding figure as well. Sage may also rely on other documents and information, including cited references and prosecution histories for the asserted patents (and related patents and/or patent applications), and witness testimony, including expert testimony, to explain, amplify, illustrate, demonstrate, provide context or aid in understanding the cited portions of the references.

**Sage's Invalidity Contentions Regarding U.S. Pat. No. 8,287,508**

Plaintiff asserts claims 1, 3-8, and 17-19 of the 508 Patent ("Asserted Claims of the 508 Patent"). Sage contends that each of the Asserted Claims of the 508 Patent is invalid for at least the reasons set forth below. Sage notes that Plaintiff has withdrawn infringement allegations relating to claims 2 and 9-16, which Plaintiff originally asserted in its complaint and no longer asserts. Sage has relied on this withdrawal in preparing these contentions as well as preparing for discovery in this case. Sage further incorporates by reference its Inter Partes Review Petition for the 508 Patent (IPR2020-01426), supporting Declaration of Dr. Diane Newman, D.N.P., F.A.A.N. ("Newman at -"), and exhibits cited therein.

Each of the references below qualifies as prior art under one or more sections of 35 U.S.C. §§ 102 and/or 103. For example, most (if not all) of the listed references qualify as prior art under at least 35 U.S.C. §§ 102(a), 102(b), and/or 102(e).[2] The invalidating disclosure in each of the listed references is express and/or inherent. Also, as shown below, any reference anticipating an asserted claim pursuant to 35 U.S.C. § 102 also renders the claim obvious pursuant to 35 U.S.C. § 103 when viewed alone or in combination with other prior art references or with the knowledge

---

[2] Conditions for patentability are set forth in 35 U.S.C. 102 and 103. For example, prior art patents issued, and prior art publications published, more than one year before the pertinent application date for each asserted claim are § 102(b) prior art against that claim. Similarly, prior art patents issued, and prior art publications published, before the pertinent application date for each asserted claim are § 102(a) prior art against that claim. *See* pre-AIA 35 U.S.C. §§ 102(a) & (b).

of a person of ordinary skill in the art. The references cited herein may also be relied upon to show the state of the art in the relevant time frames or provide background regarding the alleged invention or knowledge of an ordinarily skilled artisan.

For the convenience of the reader, Sage identifies the prior art for this disclosure in the following order. First, Sage lists U.S. Patents in ascending numerical order. Second, Sage lists foreign patents or published applications in alphabetical order by type and then ascending numerical order. Third, Sage lists publications alphabetically.

Prior art under 35 U.S.C. § 102 and/or 35 U.S.C. § 103 for the 508 Patent claims include the following (including any U.S. and foreign counterparts thereof):

- U.S. Patent No. 1,742,080 ("Jones 080")

- U.S. Patent No. 2,644,234 ("Scott 234")

- U.S. Patent No. 2,968,046A ("Duke 046")

- U.S. Patent No. 3,087,938 ("Hans 938")

- U.S. Patent No. 3,198,994 ("Hilderbrant 994")

- U.S. Patent No. 3,312,981 ("McGuire 981")

- U.S. Patent No. 3,349,768 ("Keane 768")

- U.S. Patent No. 3,400,717 ("Bruce 717")

- U.S. Patent No. 3,406,688 ("Bruce 688")

- U.S. Patent No. 3,511,241 ("Lee 241")

- U.S. Patent No. 3,512,185A ("Ellis 185")

- U.S. Patent No. 3,520,300 ("Flower 300")

- U.S. Patent No. 3,613,123 ("Langstrom 123")

- U.S. Patent No. 3,651,810 ("Ormerod 810")

- Research and Development Work Relating to Assistive Technology 2005-2006, Nov. 2006 (British Department of Health) ("2006 British Health Publication")

- A Noninvasive Continence Management System:  Development and Evaluation of a Novel Toileting Device for Women, J Wound Ostomy Continence Nurs. 2007; 34(6):641-648 (Nov./Dec. 2007) ("Macaulay 2007")

- Sachtman, Noah, "New Relief For Pilots?  It Depends," Wired (May 21, 2008) (available at https://www.wired.com/2008/05/pilot-relief/).

- www.shethinx.com/pages/thinx-it-works

As a preliminary matter, the claims of the 508 Patent are entitled to a priority date of no earlier than July 21, 2010, i.e., the filing date of the application resulting in the 508 Patent.  The 508 Patent does not claim priority to any earlier-filed patent applications.

The charts below identify non-limiting examples of where in each item of prior art each element of each asserted claim is found.  For example, where a single prior art reference in the charts includes each of the elements of the asserted claim (either expressly and/or inherently), the claimed invention is anticipated by that reference.  Where a single prior art reference does not disclose all elements of a claim, the combination of that reference with one (or more) of the references disclosing the missing element(s), or the knowledge of an ordinarily skilled artisan, renders the claimed invention obvious.  Similarly, to the extent any cited anticipatory reference is found not to anticipate, that reference – by itself or in combination with one (or more) of the references disclosing the missing element(s) or the knowledge of a person of ordinary skill in the art – renders the claimed subject matter obvious.

The suggested obviousness combinations, as reflected in the charts below, would have been made by one of skill in the art at the time of the alleged inventions embodied by the asserted 508

3, 5:9-37, 7:56-8:35, 9:49-61; Kuntz 166 at Abstract, Figs. 2-6, 2:34-47; Nigay 463 at Figs. 1-3, 1:65-2:62; Skow 735 at Abstract, Figs. 1-11, 3:48-51, 6:16-67.

Many of the above concepts, the knowledge referenced below, as well as detailed discussions of how the prior art reads on the claims are further explained in the Petition for *Inter Partes* Review for the 508 Patent as well as the Declaration of Diane Newman, which as explained above, are hereby incorporated by reference. As shown by the above examples (and the charts below as well as the documents filed in the IPR), the differences, if any, between the relevant prior art references and the Asserted Claims of the 508 Patent were known and would have been within the knowledge and common sense of one of ordinary skill in the art, and modification, if any, to achieve the claimed invention would have been a routine choice with a reasonable expectation of success. In addition, or alternatively, one of ordinary skill in art would have been motivated to combine one or more of the references as they nearly all pertain, generally, to urine collection systems or apparatuses.

As noted above, the following charts identify where in each item of prior art each element of each asserted claim is found. The citations in the charts are representative and should not be construed as limiting. As mentioned above, the charts below reflect alternative views of the meaning of claim language including Sage's understanding of Plaintiff's position regarding the construction of the claims, and Sage makes no admissions regarding any alleged infringement. Moreover, by addressing any claim language in the charts below, Sage makes no admission as to whether or not that language serves as a limitation of the claim.

### U.S. Patent No. 8,287,508 (Claims 1-19)

| 508 Patent Claim Language | Prior Art |
| --- | --- |
| **Claim 1** | |
| 1. A urine collection device for use in a system for transporting urine voided from | Urine collection devices for use in systems for transporting voided urine by drawing the urine into a |

| 508 Patent Claim Language | Prior Art |
|---|---|
| a person or an animal by drawing the urine into a moisture-wicking article that is disposed in contact with a region of the person or animal surrounding an urethral opening, and further drawing the urine into the collection device from the moisture-wicking article, comprising[3]: | moisture-wicking article that is disposed in contact with the urethral opening and then into the collection device were well known in the art at the time of the alleged invention.<br><br>• Jones 080 at Figs. 1, 8-9, 1:26-35, 2:51-57;<br>• Scott 234 at 2:32-54, Fig. 1;<br>• Keane 768 at Abstract, 1:34-36, 1:65-2:10, 2:46-56, Fig. 4;<br>• Flower 300 at Figs. 2, 7, 1:11-15, 2:22-24, 3:23-32;<br>• Larson 025 at Abstract, Fig. 2, 3:21-25, 4:47-52;<br>• DesMarais 130 at Abstract, Figs. 1-5, 4:66-53, 3:45-4:65, 6:29-51, 10:11-12:14;<br>• Frosch 901 at Abstract, Figs. 1-2, 2:44-60, 4:33-62, 5:58-6:45;<br>• Frosch 539 at Abstract, Figs. 1-2, Abstract, 2:38-66, 3:5-21, 4:43-57, 6:11-42;<br>• Triunfol 675 at Figs. 1-5, claims 1-4, 1:56-67, 2:7-17, 2:58-3:18, 3:66-4:7, 4:2-7;<br>• Kuntz 166 at Abstract, Figs. 2-6, 2:43-47, 2:48-69;<br>• Brennan 465 at 4:16-66, Figs. 1-2, 6;<br>• Washington 508 at Figs. 1-12, 2:24-67, 5:22-6:67;<br>• McGuire 347 at Figs. 1-4, Abstract, 2:35-40, 5:25-30, 6:1-35;<br>• McGuire 699 at Figs. 1-6, 4:1-19, 4:68-5:2, 6:61-64;<br>• Skow 735 at Abstract, Figs. 1-11, 3:48-51, 6:16-67;<br>• Argenta 643 at Figs. 1, 5; 3:31-51, 6:46-64, 7:10-23, 7:56-58;<br>• Osborn 212 at 4:54-28, 5:59-62, 33:13-15;<br>• Lawrence 564 at Figs. 1-10, 14, Abstract, 5:8-6:27, 7:28-56, 11:1-19, 11:24-36, claim 6;<br>• Lawrence 222 at Figs. 1-10, 14, Abstract, 5:8-6:27, 7:28-56, 11:1-19, 11:24-36, claim 6;<br>• Etheredge 606 at Figs. 1-3, Abstract, 4:7-60, 5:212-54;<br>• Cheng 133 at Figs. 7A-9, 16:53-17:54;<br>• Sweetser 793 at Figs. 1-2, 3:35-4:31; |

---

[3] By addressing any preamble herein, Sage makes no admission as to whether or not the preamble of any of the asserted claims serves as a limitation of the claim.

| 508 Patent Claim Language | Prior Art |
|---|---|
| | • Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64;<br>• Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35;<br>• Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61;<br>• Easter 366 at Figs. 5-9, 5:54-6:10;<br>• Harvie 964 at Figs. 1-3, 9:25-10:45;<br>• Harvie 012 at Figs. 1-3, 8:29-9:51;<br>• Harvie 043 at Figs. 1-3, 9:66-10:58;<br>• Cheng 245 at 24:12-35, 29:27-52, 37:35-57, 38:48-53;<br>• Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33;<br>• Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26;<br>• Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54;<br>• Mombrinie 389 at Figs. 1-4, 9, 4:17-26, 4:61-5:7, 5:15-19;<br>• Okabe 706 at Figs. 1-9, 3:36-45, 4:10-21, 6:13-17;<br>• Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56;<br>• Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46;<br>• Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66;<br>• Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32;<br>• Mombrinie 639 at Figs. 1-9, paras. 13-14, 31-38, 40, 43;<br>• Mahnensmith 080 at Abstract, Figs. 1-5, paras. 8-11, 17-24, 30-31;<br>• Wolf 784 at Abstract, Figs. 1a, 5a, 5b, 9:8-21, 9:23-10:9;<br>• Coley 804 at Figs. 1-5, Abstract, paras. 18-19, 21-24;<br>• Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55. |
| a container defining a chamber for collecting urine, | Containers defining a chamber for or capable of collecting urine were well known in the art at the time of the alleged invention.<br><br>• Jones 080 at Figs. 1, 8-9, 1:26-35, 1:73-79;<br>• Scott 234 at 2:32-54, Fig. 1;<br>• Duke 046 at Figs. 1-3, 1:63-2:23, 2:66-3:15, 3:35-4:10; |

| 508 Patent Claim Language | Prior Art |
|---|---|
| | • Keane 768 at Abstract, 1:65-2:10, 2:46-56, Fig. 1-4; |
| | • Ellis 185 at Figs. 1-3, 2:55-3:3; |
| | • Flower 300 at Figs. 2, 7, 1:11-15, 2:22-24, 3:23-32; |
| | • Larson 025 at Abstract, Fig. 2, 3:21-25, 4:47-52; |
| | • Frosch 901 at Abstract, Figs. 1-2, 2:44-60, 4:33-62; |
| | • Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33, 5:34-6:4, 6:36-43; |
| | • DesMarais 130 at Abstract, Figs. 1-5, 4:66-53, 3:45-4:65, 6:29-51, 10:11-12:14; |
| | • Frosch 539 at Abstract, Figs. 1-2, 2:53-66, 4:43-57; |
| | • Kraus 703 at Abstract, Figs. 1-6, 3:37-4:62; |
| | • Triunfol 675 at Figs. 1-5, claims 1-4, 1:56-67, 2:7-17, 2:58-3:18, 3:66-4:7, 4:2-7; |
| | • Martin 061 at Figs. 1, 8, 2:65-3:14, 3:15-21, 4:34-38, 5:10-51; |
| | • Nussbaumer 160 at Figs. 1-9, 2:23-44, 2:50-59, 3:20-41, 4:5-13, 5:10-15; |
| | • Kuntz 166 at Abstract, Figs. 2-6, 2:34-47; |
| | • Ehrenkranz 215 at Abstract, Figs. 1-9B; |
| | • Schneider 449 at Abstract, Figs. 1-11; |
| | • Crowley 928 at 2:31-48; |
| | • Brennan 465 at 4:16-66, Figs. 1-2, 6; |
| | • Washington 508 at Figs. 1-12, 2:24-67, 5:22-6:67; |
| | • Conkling 541 at Figs. 12-15, 3:29-49, 6:43-68, 7:2-11; |
| | • Nigay 463 at Figs. 1-3, 1:65-2:62; |
| | • McGuire 347 at Figs. 1-4, Abstract, 2:35-40, 5:25-30, 6:1-35; |
| | • Carns 997 at Figs. 2-5, 6:15-31; |
| | • McGuire 699 at Figs. 1-6, 4:1-19, 4:68-5:2, 6:61-64; |
| | • Kubo 983 at Figs. 1a-2, Abstract, 2:44-3:5, 4:19-33, 5:8-27; |
| | • Kubo 052 at Figs. 1a-4, Abstract, 4:12-16; |
| | • Skow 735 at Abstract, Figs. 1-11, 3:48-51, 6:16-67; |
| | • Argenta 643 at Figs. 1, 5, 3:31-51, 6:46-64, 7:10-23, 7:56-58; |
| | • Osborn 212 at 4:54-28, 5:59-62, 33:13-15; |

| 508 Patent Claim Language | Prior Art |
|---|---|
| | • Lawrence 564 at Figs. 1-10, Abstract, 5:8-6:27, 7:28-56;<br>• Lawrence 222 at Figs. 1-10, 14, Abstract, 5:8-6:27, 7:28-56, 11:24-36;<br>• Etheredge 606 at Figs. 1-3, Abstract, 4:7-60, 5:212-54;<br>• Kraus 339 at Abstract, Figs. 1-7, 4:47-5:15;<br>• Robertson 771 at Figs. 1-2, 2:56-3:44;<br>• Cheng 133 at Figs. 7A-9, 16:53-17:54;<br>• Sweetser 793 at Figs. 1-2, 3:35-4:31;<br>• Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64;<br>• Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35;<br>• Otto 137 at Figs. 1-2, 3:7-64, 4:10-28;<br>• Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61;<br>• Harvie 964 at Figs. 1-3, 9:25-10:45;<br>• Harvie 012 at Figs. 1-3, 8:29-9:51;<br>• Harvie 043 at Figs. 1-3, 9:66-10:58;<br>• Easter 366 at Figs. 5-9, 5:54-6:10;<br>• Trabold 781 at Abstract, Figs. 1-8, 2:35-51;<br>• Cheng at 24:12-35, 29:27-52, 37:35-57, 38:48-53;<br>• Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33;<br>• Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26;<br>• Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54;<br>• Mombrinie 389 at Figs. 1-4, 9, 4:17-26, 4:61-5:7, 5:15-19;<br>• Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56;<br>• Grundke 161 at Figs. 1-5, paras. 20-24, 33;<br>• Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46;<br>• Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66;<br>• Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32;<br>• Mombrinie 639 at Figs. 1-9, paras. 13-14, 31-38, 40, 43;<br>• Mahnensmith 080 at Abstract, Figs. 1-5, paras. 8-11, 17-20, 30-31;<br>• Wightman 214 at Figs. 2b, 4b, 5-6, paras. 87, 92;<br>• Coley 804 at Figs. 1-5, Abstract, paras. 18-19, 21-24; |

| 508 Patent Claim Language | Prior Art |
|---|---|
| | <ul><li>Van Den Heuvel 894 at Figs. 1-4, paras. 13-14, 38-44;</li><li>Van Den Heuvel 823 at Figs. 1-4, 1:27-2:15, 2:25-27, 3:5-25, 6:18-26, 6:28-7:3, 7:5-13, 8:17-20, 8:22-25;</li><li>Wolf 784 at Abstract, Figs. 1a, 5a, 5b, 9:8-21, 9:23-10:9;</li><li>Goldenberg 638 at Abstract, Figs. 1-3, 3:20-42, 6:44-57;</li><li>Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;</li><li>Schmitt 710 at Figs. 3-6, cols. 1-2;</li><li>Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13;</li><li>Chiku 946 at Figs. 1-10, Abstract, paras. 6-11, 14-21, 23-26;</li><li>Mizuguchi 641 at Figs. 1-10, Abstract, paras 6-11, 14-21, 23-26;</li><li>Ishii 108 at Figs. 1-4, paras 1-13;</li><li>Macaulay 2007 at pp. 641-643;</li><li>2006 British Health Publication at pp. 14-15;</li></ul> |
| wherein the container is closed, except for having an array of openings through which urine can be drawn into the chamber | Containers that were closed, except for having an array of openings through which urine can be drawn into a chamber, were well known in the art at the time of the alleged invention.  For example, such openings in a urine or bodily fluid collection container provide an entry point for the fluid but otherwise contain and capture fluid.<br><br><ul><li>Jones 080 at Figs. 1, 8-9, 1:26-35, 1:73-79;</li><li>Scott 234 at 1:29-48, Figs. 1-3;</li><li>Keane 768 at Abstract, 1:65-2:10, 2:46-56, Fig. 1-4;</li><li>Flower 300 at Figs. 2, 7, 1:11-15, 2:22-24, 3:23-32;</li><li>Larson 025 at Abstract, Fig. 2, 3:21-25, 4:47-52;</li><li>Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33, 5:34-6:4, 6:36-43;</li><li>DesMarais 130 at Abstract, Figs. 1-5, 4:66-53, 3:45-4:65, 6:29-51, 10:11-12:14;</li><li>Kuntz 166 at Abstract, Figs. 2-6, 2:34-47, 4:63-5:2;</li><li>Brennan 465 at 4:16-66, Figs. 1-2, 6;</li><li>Nigay 463 at Figs. 1-3, 1:65-2:62;</li></ul> |

| 508 Patent Claim Language | Prior Art |
|---|---|
| | <ul><li>McGuire 347 at Figs. 1-4, Abstract, 2:35-40, 5:25-30, 6:1-35;</li><li>McGuire 699 at Figs. 1-6, 4:1-19, 4:68-5:2, 6:61-64;</li><li>Skow 735 at Abstract, Figs. 1-11, 3:48-51, 6:16-67;</li><li>Argenta 643 at Figs. 1, 5; 3:31-51, 6:46-64, 7:10-23, 7:56-58;</li><li>Osborn 212 at 4:54-28, 5:59-62, 33:13-15;</li><li>Lawrence 564 at Figs. 1-10, 14, Abstract, 5:8-6:27, 7:28-56, 11:1-19, 11:24-36, claim 6;</li><li>Lawrence 222 at Figs. 1-10, 14, Abstract, 5:8-6:27, 7:28-56, 11:1-19, 11:24-36, claim 6;</li><li>Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64;</li><li>Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35;</li><li>Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61;</li><li>Easter 366 at Figs. 5-9, 5:54-6:10;</li><li>Harvie 964 at Figs. 1-3, 9:25-10:45;</li><li>Harvie 012 at Figs. 1-3, 8:29-9:51;</li><li>Harvie 043 at Figs. 1-3, 9:66-10:58;</li><li>Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33;</li><li>Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26;</li><li>Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54;</li><li>Mombrinie 389 at Figs. 1-4, 9, 4:17-26, 4:61-5:7, 5:15-19;</li><li>Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56;</li><li>Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46;</li><li>Tazoe 292 at Figs. 1-9, 11-12, paras 21-33, 63-66;</li><li>Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32;</li><li>Mombrinie 639 at Figs. 1-9, paras. 13-14, 31-38, 40, 43;</li><li>Mahnensmith 080 at Abstract, Figs. 1-5, paras. 8-11, 17-20, 23, 30-31;</li><li>Van Den Heuvel 894 at Figs. 1-4, paras. 13-14, 38-44;</li><li>Van Den Heuvel 823 at Figs. 1-4, 1:27-2:15, 2:25-27, 3:5-25, 6:18-26, 6:28-7:3, 7:5-13, 8:17-20, 8:22-25;</li></ul> |

| 508 Patent Claim Language | Prior Art |
|---|---|
| | • Wolf 784 at Abstract, Figs. 1a, 5a, 5b, 9:8-21, 9:23-10:9;<br>• Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55 |
| and at least one outlet port through which urine can be drawn away from the chamber; and | Containers having an outlet port through which urine can be drawn away from a chamber were well known at the time of the alleged invention.  An outlet was a conventional feature to provide for sanitary removal of the urine and subsequent continued use of the collection device.<br><br>• Jones 080 at Figs. 1, 8-9, 1:26-35, 1:73-79;<br>• Scott 234 at 1:29-48, Figs. 1-3;<br>• Keane 768 at Abstract, 1:65-2:10, 2:46-56, Fig. 1-4;<br>• Flower 300 at Figs. 2, 7, 1:11-15, 2:22-24, 3:23-32;<br>• Larson 025 at Abstract, Fig. 2, 3:21-25, 4:47-52;<br>• Hessner 418 at 6:36-43;<br>• Triunfol 675 at Figs. 1-5, claims 1-4, 1:56-67, 2:7-17, 2:58-3:18, 3:66-4:7, 4:2-7;<br>• Kuntz 166 at Abstract, Figs. 2-6, 2:25-30, 2:65-3:6, 3:37-52, 4:9-11, 5:59-6:17, 7:17-23;<br>• Brennan 465 at 4:16-66, Figs. 1-2, 6;<br>• Washington 508 at Figs. 1-12, 2:24-67, 6:22-67;<br>• Nigay 463 at Figs. 1-3, 1:65-2:62;<br>• McGuire 347 at Figs. 1-4, Abstract, 2:35-40, 5:25-30, 6:1-35;<br>• McGuire 699 at Figs. 1-6, 4:1-19, 4:68-5:2, 6:61-64;<br>• Skow 735 at Abstract, Figs. 1-11, 3:48-51, 6:16-67;<br>• Argenta 643 at Figs. 1, 5; 3:31-51, 6:46-64, 7:10-23, 7:56-58;<br>• Lawrence 564 at Figs. 1-10, Abstract, 5:8-6:27, 7:28-56;<br>• Lawrence 222 at Figs. 1-10, 14, Abstract, 5:8-6:27, 7:28-56, 11:24-36;<br>• Robertson 771 at Figs. 1-2, 2:56-3:44;<br>• Cheng 133 at Figs. 7A-9, 16:53-17:54;<br>• Sweetser 793 at Figs. 1-2, 3:35-4:31;<br>• Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64;<br>• Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35;<br>• Otto 137 at Figs. 1-2, 3:7-64, 4:10-28; |

| 508 Patent Claim Language | Prior Art |
|---|---|
| | • Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61; |
| | • Easter 366 at Figs. 5-9, 5:54-6:10; |
| | • Harvie 964 at Figs. 1-3, 9:25-10:45; |
| | • Harvie 012 at Figs. 1-3, 8:29-9:51; |
| | • Harvie 043 at Figs. 1-3, 9:66-10:58; |
| | • Trabold 781 at Abstract, Figs. 1-8, 2:35-51; |
| | • Cheng 245 at 24:12-35, 29:27-52, 37:35-57, 38:48-53; |
| | • Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33; |
| | • Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26; |
| | • Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54; |
| | • Mombrinie 389 at Figs. 1-4, 9, 4:17-26, 4:61-5:7, 5:15-19; |
| | • Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56; |
| | • Grundke 161 at Figs. 1-5, paras. 20-24, 33; |
| | • Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46; |
| | • Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66; |
| | • Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32; |
| | • Mombrinie 639 at Figs. 1-9, paras. 13-14, 31-38, 40, 43; |
| | • Mahnensmith 080 at Abstract, Figs. 1-5, paras. 10, 23; |
| | • Van Den Heuvel 894 at Figs. 1-4, paras. 13-14, 38-44; |
| | • Van Den Heuvel 823 at Figs. 1-4, 1:27-2:7, 2:14-17, 3:21-25, 4:13-19, 7:15-30; |
| | • Wolf 784 at Abstract, Figs. 1a, 5a, 5b, 9:8-21, 9:23-10:9; |
| | • Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55; |
| | • Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13; |
| | • Goldenberg 638 at Abstract, Figs. 1-3, 3:20-42, 6:44-57; |
| | • Schmitt 710 at Figs. 3-6, cols. 1-2; |
| | • Chiku 946 at Figs. 1-10, Abstract, paras. 6-11, 14-21, 23-26; |
| | • Mizuguchi 641 at Figs. 1-10, Abstract, paras 6-11, 14-21, 23-26; |
| | • Ishii 108 at Figs. 1-4, paras 1-13; |

| 508 Patent Claim Language | Prior Art |
|---|---|
| | • Macaulay 2007 at pp. 641-643;<br>• 2006 British Health Publication at pp. 14-15. |
| wherein an elongated exterior of the container is configured and dimensioned for enabling a moisture-wicking article to be secured over the array of openings of the container by wrapping the article over the array and securing the wrapped article, | Containers having an elongated exterior configured and dimensioned for enabling a moisture-wicking article to be secured over an array of openings of a container by wrapping the article over the array and securing it (and containers specifically having such a secured moisture-wicking article) were well known in the art at the time of the alleged invention. Securing the article over the openings allows the article to stay in place while covering the openings and facilitating moisture wicking and access to the container.  The shape facilitates urine collection. For example, an elongated container conforms to the female anatomy and can fit between the legs.<br><br>• Jones 080 at Figs. 1, 8-9, 2:37-65, 2:70-79, 3:15-31;<br>• Scott 234 at 2:32-54, Fig. 1;<br>• Keane 768 at Abstract, 1:65-2:10, 2:46-56, Fig. 4;<br>• Flower 300 at Figs. 2, 7, 1:11-15, 2:22-24, 3:23-32;<br>• Larson 025 at Abstract, Fig. 2, 3:21-25, 4:47-52;<br>• Brennan 465 at 4:16-66, Figs. 1-2, 6;<br>• McGuire 347 at Figs. 1-4, Abstract, 2:35-40, 5:25-30, 6:1-35;<br>• McGuire 699 at Figs. 1-6, 4:1-19, 4:68-5:2, 6:61-64;<br>• Skow 735 at Abstract, Figs. 1-11, 3:48-51, 6:16-67;<br>• Argenta 643 at Figs. 1, 5; 3:31-51, 6:46-64, 7:10-23, 7:56-58;<br>• DesMarais 130 at Abstract, Figs. 1-5, 4:66-53, 3:45-4:65, 6:29-51, 10:11-12:14;<br>• Kuntz 166 at Abstract, Figs. 2-6, 2:43-69;<br>• Etheredge 606 at Figs. 1-3, Abstract, 4:7-60, 5:212-54;<br>• Osborn 212 at 4:54-28, 5:59-62, 33:13-15;<br>• Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64;<br>• Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61;<br>• Easter 366 at Figs. 5-9, 5:54-6:10;<br>• Harvie 964 at Figs. 1-3, 9:25-10:45;<br>• Harvie 012 at Figs. 1-3, 8:29-9:51; |

| 508 Patent Claim Language | Prior Art |
|---|---|
| | • Harvie 043 at Figs. 1-3, 9:66-10:58;<br>• Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33;<br>• Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26;<br>• Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54;<br>• Mombrinie 389 at Figs. 1-4, 9, 4:17-26, 4:61-5:7, 5:15-19;<br>• Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56;<br>• Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66;<br>• Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32;<br>• Mombrinie 639 at Figs. 1-9, paras. 13-14, 31-38, 40, 43;<br>• Mahnensmith 080 at Abstract, Figs. 4, paras. 9-11, 17-24, 30-31;<br>• Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55; |
| and for enabling said secured moisture-wicking article to be disposed in contact with the region of a female body surrounding the urethral opening. | It was well known to configure the moisture-wicking article so it was disposed in contact with the region surrounding the urethral opening, for example, to maximize urine collection.<br><br>• Jones 080 at Figs. 1, 8-9, 1:26-79, 2:37-79, 3:15-31;<br>• Scott 234 at 2:32-54, Fig. 1;<br>• Keane 768 at Abstract, 1:34-36, 1:65-2:10, 2:46-56, Fig. 4;<br>• Flower 300 at Figs. 2, 7, 1:11-15, 2:22-24, 3:23-32;<br>• Larson 025 at Abstract, Fig. 2, 3:21-25, 4:47-52;<br>• DesMarais 130 at Abstract, Figs. 1-5, 4:66-53, 3:45-4:65, 6:29-51, 10:11-12:14;<br>• Frosch 901 at Abstract, Figs. 1-2, 5:57-6:45;<br>• Frosch 539 at Abstract, Figs. 1-2, 2:38-52, 3:5-21, 6:11-42;<br>• Triunfol 675 at Figs. 1-5, claims 1-4, 1:56-67, 2:7-17, 2:58-3:18, 3:66-4:7, 4:2-7;<br>• Kuntz 166 at Abstract, Figs. 2-6, 3:48-52, 7:17-23;<br>• Brennan 465 at 4:16-66, Figs. 1-2, 6;<br>• Washington 508 at Figs. 1-12, 2:24-67, 5:22-6:67; |

| 508 Patent Claim Language | Prior Art |
|---|---|
| | • McGuire 347 at Figs. 1-4, Abstract, 2:35-40, 5:25-30, 6:1-35; |
| | • McGuire 699 at Figs. 1-6, 4:1-19, 4:68-5:2, 6:61-64; |
| | • Skow 735 at Abstract, Figs. 1-11, 3:48-51, 6:16-67; |
| | • Argenta 643 at Figs. 1, 5; 3:31-51, 6:46-64, 7:10-23, 7:56-58; |
| | • Osborn 212 at 4:54-28, 5:59-62, 33:13-15; |
| | • Lawrence 564 at Figs. 1-10, 14, Abstract, 5:8-6:27, 7:28-56, 11:1-19, 11:24-36, claim 6; |
| | • Lawrence 222 at Figs. 1-10, 14, Abstract, 5:8-6:27, 7:28-56, 11:1-19, 11:24-36, claim 6; |
| | • Etheredge 606 at Figs. 1-3, Abstract, 4:7-60, 5:212-54; |
| | • Cheng 133 at Figs. 7A-9, 16:53-17:54; |
| | • Sweetser 793 at Figs. 1-2, 3:35-4:31; |
| | • Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64; |
| | • Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35; |
| | • Otto 137 at Figs. 1-2, 3:7-64, 4:10-28; |
| | • Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61; |
| | • Easter 366 at Figs. 5-9, 5:54-6:10; |
| | • Harvie 964 at Figs. 1-3, 9:25-10:45; |
| | • Harvie 012 at Figs. 1-3, 8:29-9:51; |
| | • Harvie 043 at Figs. 1-3, 9:66-10:58; |
| | • Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33; |
| | • Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26; |
| | • Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54; |
| | • Mombrinie 389 at Figs. 1-4, 9, 4:17-26, 4:61-5:7, 5:15-19; |
| | • Okabe 706 at Figs. 1-9, 3:36-45, 4:10-21, 6:13-17; |
| | • Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56; |
| | • Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46; |
| | • Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66; |
| | • Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32; |
| | • Mombrinie 639 at Figs. 1-9, paras. 13-14, 31-38, 40, 43; |

| 508 Patent Claim Language | Prior Art |
|---|---|
| | • Mahnensmith 080 at Abstract, Figs. 1-5, paras. 24-25, 30-31;<br>• Wolf 784 at Abstract, Figs. 1a, 5a, 5b, 9:8-21, 9:23-10:9;<br>• Coley 804 at Figs. 1-5, Abstract, paras. 18-19, 21-24;<br>• Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55. |
| **Claim 3** | |
| 3. A device according to claim 1 in combination with said moisture-wicking article when the moisture-wicking article is wrapped and secured over the array of openings, wherein the moisture-wicking article is dimensioned for being secured over the array of openings. | See Claim 1.  Moisture-wicking articles dimensioned to be wrapped and secured over a container's openings were well known as previously discussed.<br><br>• Jones 080 at Figs. 1, 8-9, 2:37-79, 3:15-31;<br>• Scott 234 at 2:32-54, Fig. 1;<br>• Keane 768 at Abstract, 1:65-2:10, 2:46-56, Fig. 4;<br>• Flower 300 at Figs. 2, 7, 1:11-15, 2:22-24, 3:23-32;<br>• Larson 025 at Abstract, Fig. 2, 3:21-25, 4:47-52;<br>• Brennan 465 at 4:16-66, Figs. 1-2, 6;<br>• Kuntz 166 at Abstract, Figs. 2-6, 2:34-69;<br>• McGuire 347 at Figs. 1-4, Abstract, 2:35-40, 5:25-30, 6:1-35;<br>• McGuire 699 at Figs. 1-6, 4:1-19, 4:68-5:2, 6:61-64;<br>• Skow 735 at Abstract, Figs. 1-11, 3:48-51, 6:16-67;<br>• Argenta 643 at Figs. 1, 5; 3:31-51, 6:46-64, 7:10-23, 7:56-58;<br>• Osborn 212 at 4:54-28, 5:59-62, 33:13-15;<br>• Etheredge 606 at Figs. 1-3, Abstract, 4:7-60, 5:212-54;<br>• Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64;<br>• Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61;<br>• Easter 366 at Figs. 5-9, 5:54-6:10;<br>• Harvie 964 at Figs. 1-3, 9:25-10:45;<br>• Harvie 012 at Figs. 1-3, 8:29-9:51;<br>• Harvie 043 at Figs. 1-3, 9:66-10:58;<br>• Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33;<br>• Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26;<br>• Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54; |

| 508 Patent Claim Language | Prior Art |
|---|---|
| | <ul><li>Mombrinie 389 at Figs. 1-4, 9, 4:17-26, 4:61-5:7, 5:15-19;</li><li>Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56;</li><li>Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66;</li><li>Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32;</li><li>Mombrinie 639 at Figs. 1-9, paras. 13-14, 31-38, 40, 43;</li><li>Mahnensmith 080 at Abstract, Figs. 1-5, paras. 8-11, 17-25, 30-31;</li><li>Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55.</li></ul> |
| **Claim 4** | |
| 4. A combination according to claim 3, wherein the moisture-wicking article has the moisture-wicking characteristic of a paper towel. | See Claim 3.  Using articles that have the characteristic of a paper towel (and actually were paper towels) as moisture-wicking articles were well known at the time of the alleged invention.<br><br><ul><li>Jones 080 at 2:51-57;</li><li>Scott 234 at 2:32-54, Fig. 1;</li><li>Keane 768 at Abstract, 1:34-41, 1:65-2:10, 2:46-56, Fig. 4;</li><li>Keane 768 at Abstract, 1:65-2:10, 2:46-56, Fig. 4;</li><li>Flower 300 at Figs. 2, 7, 1:11-15, 2:22-24, 3:23-32;</li><li>Larson 025 at Abstract, Fig. 2, 3:21-25, 4:47-52;</li><li>Hessner 418 at Abstract, Figs. 1-8, 3:26-31, 5:54-57, 6:36-43;</li><li>DesMarais 130 at Abstract, Figs. 1-5, 4:66-53, 3:45-4:65, 6:29-51, 10:11-12:14;</li><li>Frosch 539 at Abstract, Figs. 1-2, 2:38-66, 3:5-21, 6:27-42;</li><li>Triunfol 675 at Figs. 1-5, claims 1-4, 3:66-4:7, 4:2-7;</li><li>Kuntz 166 at Abstract, Figs. 1-8, 2:43-68;</li><li>Brennan 465 at 4:16-66, Figs. 1-2, 6;</li><li>Washington 508 at Figs. 1-12, 2:24-67, 5:22-6:67;</li><li>McGuire 347 at Figs. 1-4, Abstract, 2:35-40, 5:25-30, 6:1-35;</li></ul> |

| 508 Patent Claim Language | Prior Art |
|---|---|
| | <ul><li>McGuire 699 at Figs. 1-6, 4:1-19, 4:68-5:2, 6:61-64;</li><li>Skow 735 at Abstract, Figs. 1-11, 3:48-51, 6:16-67;</li><li>Argenta 643 at Figs. 1, 5; 3:31-51, 6:46-64, 7:10-23, 7:56-58;</li><li>Osborn 212 at 4:54-28, 5:59-62, 33:13-15;</li><li>Lawrence 564 at Figs. 1-10, Abstract, 5:8-6:27, 7:28-56;</li><li>Lawrence 222 at Figs. 1-10, 14, Abstract, 5:8-6:27, 7:28-56, 11:24-36;</li><li>Philips 505 at 1:45-63, 10:30-11:4;</li><li>Etheredge 606 at Figs. 1-3, Abstract, 4:7-60, 5:212-54;</li><li>Cheng 133 at Figs. 7A-9, 16:53-17:54;</li><li>Sweetser 793 at Figs. 1-2, 3:35-4:31;</li><li>Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64;</li><li>Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35;</li><li>Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61;</li><li>Easter 366 at Figs. 5-9, 5:54-6:10;</li><li>Kirshnaswamy 951 at 12:58-63;</li><li>Harvie 964 at Figs. 1-3, 9:25-10:45;</li><li>Harvie 012 at Figs. 1-3, 8:29-9:51;</li><li>Harvie 043 at Figs. 1-3, 9:66-10:58;</li><li>Cheng 245 at 24:12-35, 29:27-52, 37:35-57, 38:48-53;</li><li>Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33;</li><li>Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26;</li><li>Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54;</li><li>Mombrinie 389 at Figs. 1-4, 9, 4:17-26, 4:61-5:7, 5:15-19;</li><li>Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56;</li><li>Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46;</li><li>Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66;</li><li>Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32;</li><li>Mombrinie 639 at Figs. 1-9, paras. 13-14, 31-38, 40, 43;</li><li>Mahnensmith 080 at paras. 9, 22;</li></ul> |

| 508 Patent Claim Language | Prior Art |
|---|---|
| | • Wolf 784 at Abstract, Figs. 1a, 5a, 5b, 9:8-21, 9:23-10:9;<br>• Kuntz 355 at Abstract, Figs. 1-5, 5:9-12. |
| **Claim 5** | |
| 5. A combination according to claim 1, wherein the moisture-wicking article has the moisture-wicking characteristic of a paper towel. | See Claims 1 and 4.<br><br>• Jones 080 at 2:51-57;<br>• Scott 234 at 2:32-54, Fig. 1;<br>• Keane 768 at Abstract, 1:34-41, 1:65-2:10, 2:46-56, Fig. 4;<br>• Keane 768 at Abstract, 1:65-2:10, 2:46-56, Fig. 4;<br>• Flower 300 at Figs. 2, 7, 1:11-15, 2:22-24, 3:23-32;<br>• Larson 025 at Abstract, Fig. 2, 3:21-25, 4:47-52;<br>• Hessner 418 at Abstract, Figs. 1-8, 3:26-31, 5:54-57, 6:36-43;<br>• DesMarais 130 at Abstract, Figs. 1-5, 4:66-53, 3:45-4:65, 6:29-51, 10:11-12:14;<br>• Frosch 539 at Abstract, Figs. 1-2, 2:38-66, 3:5-21, 6:27-42;<br>• Triunfol 675 at Figs. 1-5, claims 1-4, 3:66-4:7, 4:2-7;<br>• Kuntz 166 at Abstract, Figs. 1-8, 2:43-68;<br>• Brennan 465 at 4:16-66, Figs. 1-2, 6;<br>• Washington 508 at Figs. 1-12, 2:24-67, 5:22-6:67;<br>• McGuire 347 at Figs. 1-4, Abstract, 2:35-40, 5:25-30, 6:1-35;<br>• McGuire 699 at Figs. 1-6, 4:1-19, 4:68-5:2, 6:61-64;<br>• Skow 735 at Abstract, Figs. 1-11, 3:48-51, 6:16-67;<br>• Argenta 643 at Figs. 1, 5; 3:31-51, 6:46-64, 7:10-23, 7:56-58;<br>• Osborn 212 at 4:54-28, 5:59-62, 33:13-15;<br>• Lawrence 564 at Figs. 1-10, Abstract, 5:8-6:27, 7:28-56;<br>• Lawrence 222 at Figs. 1-10, 14, Abstract, 5:8-6:27, 7:28-56, 11:24-36;<br>• Philips 505 at 1:45-63, 10:30-11:4;<br>• Etheredge 606 at Figs. 1-3, Abstract, 4:7-60, 5:212-54;<br>• Cheng 133 at Figs. 7A-9, 16:53-17:54; |