IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PUREWICK CORPORATION | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 19-1508-MN |
| | ) |
| SAGE PRODUCTS, LLC, | ) |
| | ) |
| Defendant. | ) |

## MOTION FOR TELECONFERENCE TO RESOLVE DISCOVERY DISPUTES

Pursuant to D.I. 123, PureWick and Sage respectfully move this Court to schedule a teleconference to address outstanding disputes regarding the following discovery matters:

- PureWick's dispute regarding Judge Noreika's discovery orders (D.I. 24 at §7(d), D.I. 87-1 at ¶2, D.I. 89) on disclosure of invalidity contentions and narrowing of prior art references and combinations.

- Sage's dispute regarding Judge Noreika's discovery orders (D.I. 72 at 28, D.I. 84, D.I. 89 (referencing D.I. 87-1 at ¶1)) on PureWick's narrowing of asserted claims and PureWick's response to Sage Interrogatory No. 6 regarding PureWick's prior art products.

- Sage's dispute regarding PureWick's responses to Sage Interrogatory Nos. 5 and 15 relating to details about PureWick's prior art products.

The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in a verbal meet-and-confer by telephone on the following date: February 10, 2021.

Delaware Counsel:

- Plaintiff: John W. Shaw, Shaw Keller LLP
- Defendants: Anne Shea Gaza, Young Conaway Stargatt & Taylor, LLP

Lead Counsel:

- Plaintiff: Brian P. Biddinger and Nicola R. Felice, Quinn Emanuel Urguhart & Sullivan, LLP
- Defendants: Christopher M. Scharff, Bryce R. Persichetti, and Ryan J. Pianetto of McAndrews, Held & Malloy, Ltd.

The parties are available for a teleconference on the following dates: March 19, 22, & 24, 2021. For the briefing deadlines, the parties request 72 hours (3 business days) to respond to opening letter briefs.

| | |
|---|---|
| */s/ John W. Shaw* | */s/ Anne Shea Gaza* |
| John W. Shaw (No. 3362) | Anne Shea Gaza (No. 4093) |
| Karen E. Keller (No. 4489) | Samantha G. Wilson (No. 5816) |
| SHAW KELLER LLP | YOUNG CONAWAY STARGATT |
| I.M. Pei Building | & TAYLOR, LLP |
| 1105 North Market Street, 12th Floor | 1000 North King Street |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 298-0700 | agaza@ycst.com |
| jshaw@shawkeller.com | swilson@ycst.com |
| kkeller@shawkeller.com | *Attorneys for Defendant* |
| *Attorneys for Plaintiff* | |

Dated: March 5, 2021