IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PUREWICK CORPORATION | ) | |
| | ) | |
| Plaintiff, | ) | **Redacted- Public Version** |
| | ) | |
| v. | ) | C.A. No. 19-1508-MN |
| | ) | |
| SAGE PRODUCTS, LLC, | ) | ▉▉▉▉▉▉▉ |
| | ) | |
| Defendant. | ) | |

## <u>LETTER TO THE HONORABLE SHERRY R. FALLON FROM JOHN W. SHAW</u>

John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
nhoeschen@shawkeller.com
*Attorneys for Plaintiff*

OF COUNSEL:
Steven C. Cherny
Brian P Biddinger
Matthew A. Traupman
QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
51 Madison Ave., 22nd Floor
New York, NY 10010
(212) 849-7000

Amanda K. Antons
QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
(312) 705-7400

Dated: March 29, 2021



John W. Shaw
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
(302) 298-0701 – Direct
jshaw@shawkeller.com

March 29, 2021

**BY CM/ECF & HAND DELIVERY**

Redacted- Public Version



The Honorable Sherry R. Fallon
United States District Court for the District of Delaware
844 North King Street
Wilmington, DE 19801

  Re: *PureWick Corp. v. Sage Products LLC*, C.A. No. 19-1508-MN

Dear Judge Fallon,

  In accordance with the Court's Oral Order (D.I. 144), Plaintiff PureWick Corp. ("PureWick") submits this opening letter setting forth the discovery dispute that it has been unable to resolve following reasonable efforts to avoid judicial intervention.  The issue here is that PureWick generated a number of prototype devices as part of the process of designing its current commercial product.  Those prototype devices were created at different times and have different structures. Defendant Sage Products LLC ("Sage") asserts, in general, that "versions" of PureWick's devices allegedly anticipate the asserted claims but refuses to identify the specific devices it contends are prior art, explain why they are prior art and point to where each element of any claim is found in any device it contends is prior art.  Sage does so in the face of a Court Order mandating that it provide such information by December 18, 2020.  The Court also limited Sage to no more than 35 references and it is clear Sage seeks to avoid that limit by generically referring to "versions" of the Purewick devices as a single "reference" without specifically identifying such devices so they can be counted against that limit.  At this point, Sage's defiance of the Court's Orders merits Sage being precluded from relying on any "devices."  Short of that, Sage should be ordered to immediately supplement its invalidity contentions to identify the specific devices upon which Sage is relying, but be limited to the bases provided in its December 18, 2020 contentions.  Sage plainly feels those very limited bases sufficed to meet its discovery obligations and it should not now or in expert reports first provide more fulsome contentions.  Sage's intransigence has been extremely prejudicial to Purewick.  Fact discovery is nearly over and Sage has managed to avoid ever specifically identifying a category of prior art it contends anticipate the asserted claims.  PureWick wrote to Sage concerning these deficiencies on December 30, 2020, January 20, 2021 and February 5, 2021, and the parties met and conferred on February 10, 2021, but the parties were unable to resolve the dispute.

**Background**

  PureWick asserts that Sage infringes U.S. Patent Nos. 8,287,508 (the "'508 patent"), 10,226,376 (the "'376 patent"), 10,390,989 (the "'989 patent"), and 10,376,407 (the "'407 patent"). Three of the asserted patents, the '508, '376 and '989 patents, relate to female external catheter devices and methods and cover PureWick's own PureWick Female External Catheter ("FEC") product.  The fourth patent, the '407 patent, is directed to a male external catheter device.

SHAW KELLER LLP
Page 2

During the course of developing the PureWick FEC, PureWick developed various prototype devices. PureWick has provided extensive discovery to Sage throughout this case concerning those prototype devices. *See, e.g.*, Ex. 1 at pp. 18-24.

Pursuant to the Scheduling Order, PureWick served its Infringement Contentions on April 3, 2020 and Sage served its Invalidity Contentions on May 29, 2020. D.I. 24. Shortly thereafter PureWick was granted leave to file an Amended Complaint adding its claim for infringement of the '407 patent, and an amended Scheduling Order was entered on June 17, 2020. D.I. 56. PureWick thereafter served First Supplemental Infringement contentions addressing the '407 patent on July 17, 2020, and Sage served First Supplemental Invalidity Contentions that included contentions for the '407 patent on August 21, 2020.

In its Initial and First Supplemental Invalidity Contentions, Sage alleged that "[v]ersions of the PureWick device appear to have been offered for sale or disclosed to third parties prior to the earliest viable priority dates of the 376 and 989 Patents." *See, e.g.*, Ex. 2 at p. 187. ***Sage, however, did not identify any specific "[v]ersions of the PureWick device," or provide any contention as to how such devices disclosed any elements of the asserted claims***. *See, e.g.*, Ex. 2 at pp. 88-103.

On October 28, 2020, the Court issued an Order adopting PureWick's proposal for limiting the asserted claims and prior art. D.I. 89 ("Narrowing Order"). Pursuant to the Narrowing Order, Sage was required by December 18, 2020 to:

> ***narrow the number of prior art references to no more than 35 total references*** and shall identify those references to Plaintiff. In addition, on or before December 18, 2020, Defendant shall identify to Plaintiff no more than 130 prior art combinations that may be used for arguing obviousness. A "prior art combination" shall be understood to be a combination of two or more prior art references per claim. Thus, for example, if two prior art references are combined to argue obviousness for three different claim[s], this would count as three prior art combinations (even though each combination consists of the same two references). In addition, combinations that are listed as "and/or" alternatives (for example, "A and/or B and/or C") shall constitute as many combinations as can be formed based on what is stated.

D.I. 87-1 at ¶ 2 (emphasis added). The Court also ordered that "Defendant may add or change prior art references or combinations ***upon a showing of good cause***." D.I. 89 (emphasis added).

Rather than disclose its invalidity contentions for the PureWick devices that Sage alleges constitute prior art, Sage improperly sought to compel PureWick to provide ***validity*** contentions explaining why each of PureWick's numerous prototype devices and products do not meet the elements of the claims. D.I. 94, 96. At the hearing on that motion, the Court specifically asked Sage whether it had provided contentions for the devices "claim by claim, element by element." Ex. 6, Dec. 3 Hearing Tr. at 4:17-5:6. When Sage admitted it had not, the Court denied Sage's motion.

Notwithstanding the Court's comments at the December 3 hearing, Sage has refused to provide any contentions showing how any PureWick device allegedly meets the elements of any of the asserted claims, or why such device allegedly is prior art. Sage served Second Supplemental Invalidity Contentions on December 18, 2020 (Ex. 3) and Third Supplemental Invalidity Contentions

SHAW KELLER LLP

Page 3

on February 6, 2021 (Ex. 4).  In each of those contentions Sage included paragraphs that broadly referenced numerous PureWick prototype and commercial devices, labelling them collectively as "PureWick Prior Art Devices."  Ex. 3 at pp. 200-02; Ex. 4 at 202-04.  In the claim charts, included with those contentions, Sage simply inserted a bullet point for each element of the asserted claims of the '376, '989 and '407 patents that says "PureWick Prior Art Devices."  *See, e.g.*, Ex. 4 at pp. 106-284.[1]

**Argument**

Sage's invalidity contentions do not comply with the Court's Scheduling Order, which required disclosure of contentions for the '376 and '989 patents in May of 2020, or with the Court's October 28, 2020 Oral Order, which required Sage to identify no more than 35 references that Sage intended to rely on as prior art.  Despite having extensive discovery from PureWick concerning PureWick's prototypes and products for over nine months, Sage has refused to supplement its contentions to specifically identify any devices on which Sage relies as prior art, or explain how such devices allegedly disclose the elements of the asserted claims.

The Court's October 28, 2020 order required Sage to "narrow the number of prior art references to no more than 35 total references and [] identify those references to Plaintiff."  Pursuant to that Order, Sage identified a list of 33 "references," which included the so-called "PureWick Prior Art Devices," as well as something called "Omni Medical AMXD/DMax Devices."  Ex. 3 at 288.  These so called "references" are actually multiple different products and prototypes.  For example, Sage defined "PureWick Prior Art Devices" to include devices described in PureWick's response to Sage Interrogatory No. 6, which identifies at least the following different devices: (1) "a PureWick Female External Catheter wick product that used brown tape and a vinyl reservoir," (2) "a blue tape version of a PureWick FEC with a silicon reservoir," (3) a "version of the PureWick FEC that used a blue silicon shell instead of tape," (4) "prototypes of a urine collection device using PVC pipes with holes or slots cut into the pipe," (5) "prototypes of a urine collection device that used a curved 'wick,'" (6) "prototypes of a urine collection device that used an extruded wick with end caps," (7) "a urine collection device that used a tapered wick," and (8) "a urine collection device that used a spun-fiber material that was wrapped with a wicking material."  Ex. 1 at pp. 18-24.  PureWick has provided discovery for each of these categories of devices, including when they were made and tested, and has identified documents relating to the devices.  *Id.*  PureWick also produced photographs of the different devices and made physical samples available for inspection.  *See, e.g.*, Ex. 5.

PureWick disputes that any of the PureWick devices constitutes "prior art,"[2] but if Sage contends any are, then Judge Noreika's Order required Sage to identify which devices it contends are

---

[1]      In contrast to Sage's mere listing of "PureWick Prior Art Devices" for each claim element, without any explanation, PureWick has provided detailed infringement contentions that point to specific structures in the accused products and explain how those structures meet the claim elements.  *See, e.g.*, Ex. 7.

[2]      PureWick's '376 and '989 patents have an effective filing date of March 19, 2014.  As set forth in PureWick's response to Sage Interrogatory No. 6, the first experimental testing of certain devices by someone other than the inventor, Camille Newton, took place beginning in July 2013.

SHAW KELLER LLP

Page 4

prior art, explain why, and treat each such device as a separate reference. Sage itself clearly recognizes that the different PureWick devices constitute different "references." For example, Sage argued to the Court in connection with its motion to compel that "PureWick's prior art **products** may be the most relevant **references** in this case." D.I. 94 at 3. Sage has violated the Court's case narrowing order and hidden its contentions by lumping all of these different devices together as a single "reference."

Sage's repeated listing of the phrase "PureWick's Prior Art Devices" for each claim element in its invalidity charts clearly fails to disclose Sage's contentions with respect to these different devices. *See, e.g.*, Ex. 4 at pp. 109, 112, 114, 116-17, 119-20, 122. Nowhere in its contentions does Sage point to any specific PureWick device that Sage alleges is prior art and explain how the device allegedly meets the elements of any asserted claim. Sage's "contentions" are a bare assertion that all of the claims are invalid based on the alleged prior use or sale of one or more unspecified devices, with no explanation at all as to how or why. This would be no different than identifying generally 100 papers and asserting they invalidate without explaining why they are prior art or where the elements are allegedly disclosed in any or all of the papers.

Sage has long known about this collection of devices and has never identified which devices it intends to rely on as prior art, or why they allegedly disclose the elements of the claims. And because Sage has known about the various devices for most of the fact discovery period it cannot show good cause for amending its contentions at this stage. *See British Telecomm. PLC v. IAC/Interactive Corp.*, C.A. No. 18-366 (D. Del. June 8, 2020) (finding good cause did not exist to add references that were previously known to defendants). Sage should not be permitted to simply hide the ball and then spring its invalidity theories on PureWick at the end of fact discovery or in expert discovery. Sage should be precluded from relying on any of the "devices" as prior art. Alternatively, Sage should be required to specify which of the "devices" it intends to rely on, but be precluded from making any new contentions about those devices beyond what was previously disclosed barring a showing of good cause as is specified already in the Court's Order.

Respectfully submitted,

*/s/ John W. Shaw*

John W. Shaw (No. 3362)

cc: Clerk of the Court (by Hand Delivery)
    All counsel of record (by CM/ECF)

# Exhibit 1

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| PUREWICK CORPORATION, | |
|       Plaintiff and Counterclaim Defendant, | |
| v. | C.A. No. 19-1508-MN |
| SAGE PRODUCTS, LLC, | |
|       Defendant and Counterclaim Plaintiff. | |

**FOURTH SUPPLEMENTAL RESPONSES TO SAGE PRODUCTS' FIRST SET OF
INTERROGATORIES (NOS. 1-11) TO PUREWICK CORPORATION**

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, Plaintiff PureWick Corporation ("PureWick" or "Plaintiff") hereby supplements its responses to Sage Products, LLC's ("Sage" or "Defendant") First Set of Interrogatories.

Pursuant to Federal Rule of Civil Procedure 26(e), Plaintiff reserves the right to supplement its responses to these Interrogatories if it learns of additional responsive information.

**GENERAL RESPONSES**

1.  Plaintiff's Responses to Defendant's First Set of Interrogatories are made to the best of Plaintiff's present knowledge, information, and belief. These Responses are at all times subject to such additional or different information that discovery or further investigation may disclose and, while based on the present state of Plaintiff's recollection, are subject to such refreshing of recollection, and such additional knowledge of facts, as may result from Plaintiff's further discovery or investigation. Plaintiff reserves the right to make use of, or to introduce at any hearing and trial, information, and/or documents responsive to Defendant's Interrogatories but discovered subsequent to the date of these Responses, including, but not limited to, any such information or documents obtained during discovery.

<u>'376 and '989 Patents</u>

The inventions claimed in the '376 and '989 patents were first disclosed in U.S.

Provisional Patent Application No. 61/955,537, which was filed on March 19, 2014. The brown

tape, vinyl reservoir version of the PureWick device, which embodies the inventions claimed in

the '376 and '989 patents, *see, e.g.*, PureWick_0017984-90; PureWick_0020909-912, was

offered for sale to Tri-City Hospital in late 2015, and sold to and in public use at Tri-City

Hospital beginning in January 2016.

<u>'407 Patent</u>

The inventions claimed in the '407 patent were first disclosed when the application that

led to that patent was filed on August 16, 2016.

The non-public experimental testing of certain devices by PureWick is described in

PureWick's Response to Interrogatory No. 6, which is incorporated herein by reference.

Plaintiff's investigation is ongoing, and Plaintiff reserves the right to amend or

supplement its Response as discovery progresses and in accordance with the Scheduling Order

entered in this case.

**<u>INTERROGATORY NO. 6:</u>**

Identify each version or iteration of the PureWick Female External Catheter product and

any other product (including iterations), combination of products, or system ever manufactured,

used, offered for sale or sold by any party (whether licensed or unlicensed) which is covered by

any claim of the Asserted Patents; the dates when that product/product iteration, combination of

products, or system was demonstrated, used, manufactured, offered for sale, or sold; the

party(ies) which manufactured and sold it; and, if applicable, how each product or system meets

the limitation of the claim (i.e., prepare a claim chart).

**RESPONSE TO INTERROGATORY NO. 6:**

Plaintiff incorporates by reference all of its General Objections as if fully set forth herein. Plaintiff also objects to this Interrogatory as compound and containing multiple subparts asserted in a single Interrogatory.  Plaintiff also objects to this Interrogatory as unduly burdensome to the extent it seeks information related to claims of the Patents-in-Suit that are not asserted in this action.  Plaintiff further objects to this Interrogatory as premature to the extent it seeks contentions on infringement, expert testimony or opinions, or seeks to impose any other obligation inconsistent with the Federal Rules of Civil Procedure, the Local Rules of this Court, or the Scheduling Order.  Plaintiff further objects to this Interrogatory as vague and ambiguous, particularly to the extent that it refers to "each version or iteration of the PureWick Female External Catheter product and any other product (including iterations), combination of products, or system ever manufactured, used, offered for sale or sold by any party (whether licensed or unlicensed) which is covered by any claim of the Asserted Patents."  Plaintiff further objects to this Interrogatory to the extent that it seeks information subject to confidentiality agreements, protective orders, or any other obligation pursuant to which Plaintiff is required to protect or maintain the confidentiality of any such information.  Plaintiff further objects to this interrogatory to the extent it seeks information that is protected by the attorney-client privilege, the attorney work product immunity, or any other applicable privilege.

Subject to and without waiving the foregoing General and Specific Objections, Plaintiff responds that pursuant to Rule 33(d) of the Federal Rule of Civil Procedure, Plaintiff will produce documents from which further information responsive to this interrogatory can be derived.

Plaintiff's investigation is ongoing, and Plaintiff reserves the right to amend or supplement its Response as discovery progresses and in accordance with the Scheduling Order entered in this case.

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 6:**

Subject to and without waiver of the foregoing general and specific objections, Plaintiff supplements its response as follows:

The following versions of the PureWick Female External Catheter product were manufactured, used, offered for sale or sold by PureWick and are covered by one or more claims of the Asserted Patents:

Brown Tape, Vinyl Reservoir

In January 2016, PureWick made the first commercial sales of a PureWick Female External Catheter wick product that used brown tape and a vinyl reservoir. *See, e.g.*, PureWick_0014538-39. The product was tested from November-December 2015, and was sold from January 2016 through approximately March 2016. The brown tape version of the PureWick FEC practiced the inventions in '508 patent claims 1, 3-8, 17 and 19, and '376 patent claims 1, 4-9, 11-14.

Brown/Blue Tape, Silicon Reservoir

In March 2016, PureWick began testing a new version of the brown tape PureWick FEC that used a silicon reservoir. From April 2016 through approximately September 2016 PureWick sold both a brown tape and a blue tape version of a PureWick FEC with a silicon reservoir. These versions of the PureWick FEC practiced the inventions in '508 patent claims 1, 3-8, 17 and 19, and '376 patent claims 1, 4-9, 11-14.

Blue Silicon Shell

In April 2016, PureWick began developing a new version of the PureWick FEC that used a blue silicon shell instead of tape.  *See, e.g.*, PureWick_0014361.  The silicon shell PureWick FEC was tested beginning in July 2016 and sales began in August 2016.  Following the acquisition of PureWick by Bard, the blue silicon shell version of the PureWick FEC has been designated as part number PWF030.  The blue silicon shell PureWick FEC practices the inventions in '508 patent claims 1, 3-8, 17 and 19, and '376 patent claims 1, 4-9, 11-14, and use of the blue silicon shell PureWick FEC practices '989 patent claims 1-6.  Claim charts showing how the blue silicon shell PureWick FEC practices each of these claims are attached as Exhibit B.

## SECOND SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 6:

Subject to and without waiver of the foregoing general and specific objections, Plaintiff supplements its response as follows:

In or around August 2009, Dr. Robert Sanchez made one or more prototypes of a urine collection device that he showed to Camille and Ray Newton.  *See, e.g.*, PureWick_0019756.

In 2011 and 2012, Camille and Ray Newton made dozens of prototypes of a urine collection device using PVC pipes with holes or slots cut into the pipe.  *See, e.g.*, PureWick_0019757.  These prototypes were tested by Camille Newton.

Beginning sometime in 2013, Camille and Ray Newton made additional prototypes of a urine collection device that used a curved "wick."  *See, e.g.*, PureWick_0019761.  These prototypes were primarily tested by Camille Newton.  From approximately July 2013 through approximately February 2014, Camille and Ray Newton also conducted experimental testing of these prototypes with patients.  *See, e.g.*, PureWick_0022121-25, PureWick_0025882-84, PureWick_0025897-898, PureWick_0025899-900, PureWick_0025901-02, PureWick_0025903-

04, PureWick_0025905-06, PureWick_0025909-10, PureWick_0025911-12,

PureWick_0025913-14, PureWick_0025945-46, PureWick_0025947.

From approximately November 2013 through early 2014, Camille and Ray Newton developed prototypes of a urine collection device that used an extruded wick with end caps. *See, e.g.*, PureWick_0019774.

In 2014, Camille and Ray Newton began developing prototypes of a urine collection device that used a tapered wick. *See, e.g.*, PureWick_0019764, PureWick_0019785. Beginning in approximately September 2014 experimental testing of the tapered wick was done with patients. *See e.g.*, PureWick_0015968, PureWick_0017078-84, PureWick_0025872, PureWick_0025873, PureWick_0025875, PureWick_0025876, PureWick_0025877, PureWick_0025880-81, PureWick_0025915-17. Sometime just prior to November 2014, the tapered wick design was entered in the 2014 Dare-to-Dream MedTech Design Challenge and won the Second Runner-Up prize. *See, e.g.*, PureWick_0018134. The tapered wick practices the inventions in '508 patent claims 1, 3-8, 17 and 19. A claim chart showing how the tapered wick practices each of these claims is attached as Exhibit C.

In late 2014 through early to mid-2015, Camille and Ray Newton developed prototypes of a urine collection device that used a spun-fiber material that was wrapped with a wicking material. Experimental testing of these prototypes with patients was conducted beginning in approximately May 2015. *See e.g.*, PureWick_0016149-58; PureWick_0017078-84. Based on that testing, the prototypes were modified to add an impermeable backing on one side. Additional refinement of the prototypes eventually led to the PureWick Female External Catheter wick product that used brown tape and a vinyl reservoir. *See, e.g.*, PureWick_0019770, PureWick_0019767. In approximately September 2015, Camille and Ray Newton presented on

the brown "taped" wick at CONNECT's 28th Annual Most Innovative New Product Awards Presentation. *See, e.g.*, PureWick_0017984-90. In December 2015 PureWick was awarded a prize as Most Innovative New Product. *See, e.g.*, PureWick_0020909-912. As indicated in Plaintiff's Supplemental Response, the brown tape wick practiced the inventions in '508 patent claims 1, 3-8, 17 and 19, and '376 patent claims 1, 4-9, 11-14.

In January 2016, the first commercial sales of the brown tape wick occurred. PureWick_0019775. That same month the brown tape wick was sent for evaluation to TriCity Medical Center. In February 2016, the brown tape wick was shown at the Medtrade Home Medical Equipment Expo & Conference. In approximately April 2016, the silicone shell design was developed. PureWick_0019772. In August 2016, the first sales of blue silicone shell product occurred. In September 2016, the blue silicone wick was shown at the Nursing and Healthcare Conference.

**THIRD SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 6:**

Subject to and without waiver of the foregoing general and specific objections, Plaintiff supplements its response as follows:

The extruded wick prototypes developed by Camille and Ray Newton from approximately November 2013 through early 2014 consisted of an extruded support that was covered by a wicking material and encased by end caps at the top and bottom and an impermeable layer extending there between. *See, e.g.*, PureWick_0017091, PureWick_0019774, PureWick_0030273-75. From approximately September 2014 until May 2015, experimental testing of the extruded wick was done with a limited number of patients in private homes and/or private board and care facilities. *See, e.g.*, PureWick_0017091-92, PureWick_0016023-26. The extruded wick prototype is an embodiment of the device disclosed in the '537 provisional application and of the inventions claimed in the '376 and '989 patents. *See* Exhibit A to

PureWick's First Supplemental Response to Sage Products' First Set of Interrogatories (Nos. 1-11) (mapping the '537 provisional to the claims of the '376 and '989 patents).

Additionally, a single sale of a PureWick device was made to one individual on July 26, 2015. *See, e.g.*, PureWick_0017978. However, Plaintiff has been unable to determine which version of the PureWick device was sold on that date.

Plaintiff's investigation is ongoing, and Plaintiff reserves the right to amend or supplement its Response as discovery progresses and in accordance with the Scheduling Order entered in this case.

## INTERROGATORY NO. 7:

Describe in detail all facts and circumstances supporting or refuting whether any products, combination(s) of products, or system(s) were marked with any of the Asserted Patents (including any products, combination(s) of products, or system(s) referenced in Interrogatory No. 6) including all marking in compliance with 35 U.S.C. § 287, the products or materials that are so marked, the entire language used to identify the marking, where the marked products or materials can be found, the date when such marking began, and identification of all persons with knowledge of marking practices with respect to the Asserted Patents. Plaintiff's response should include this information for each version or iteration of any marking on any product or material that refers to any of the Asserted Patents.

## RESPONSE TO INTERROGATORY NO. 7:

Plaintiff incorporates by reference all of its General Objections as if fully set forth herein. Plaintiff also objects to this Interrogatory as compound and containing multiple subparts asserted in a single Interrogatory. Plaintiff further objects to this Interrogatory as premature to the extent it seeks contentions on damages, expert testimony or opinions, or seeks to impose any other obligation inconsistent with the Federal Rules of Civil Procedure, the Local Rules of this Court,

# Exhibit 2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| PUREWICK CORPORATION, | |
| Plaintiff/Counterclaim Defendant, | |
| v. | C. A. No. 19-1508-MN |
| SAGE PRODUCTS, LLC, | |
| Defendant/Counterclaim Plaintiff. | |

**SAGE'S INITIAL INVALIDITY CONTENTIONS REGARDING**
**U.S. PATENT NOS. 8,287,508, 10,226,375, AND 10,390,989**

Defendant Sage Products, LLC ("Sage") hereby provides the following Initial Invalidity Contentions regarding U.S. Patent No. 8,287,508 ("the 508 Patent"), U.S. Patent No. 10,226,376 ("the 376 Patent"), and U.S. Patent No. 10,390,989 ("the 989 Patent") pursuant to the Court's January 9, 2020, Scheduling Order.[1]  (D.I. 24.) Specifically, with regard to these three asserted patents, Paragraph 7(d) provides that "Defendant shall produce its initial invalidity contentions for each asserted claim, as well as the known related invalidating references."  Accordingly, Sage provides its initial invalidity contentions for those three patents as follows:

**PRELIMINARY STATEMENT**

Sage expressly reserves its right to amend and supplement these Initial Invalidity Contentions.  Plaintiff (also referred to herein as "PureWick") has not yet proffered (a) its proposed

---

[1] Sage provides these initial invalidity contentions despite Plaintiff's failure to provide adequate infringement contentions pursuant to paragraph 7(c) of the Scheduling Order.  Sage further notes that, pursuant to the Court's May 14, 2020, Order, the parties are discussing amendments to the Scheduling Order including invalidity contentions for the newly-add patent (U.S. Patent No. 10,376,407).

1

constructions of the asserted claims, or (b) the bases and supporting evidence for such proposed constructions.  Similarly, the Court has not yet construed the claims of the asserted patents.  The Court may adopt Sage's proposed constructions, Plaintiff's proposed constructions, a hybrid of the parties' constructions, or its own independent constructions.  The Court's final claim constructions may affect Sage's Invalidity Contentions provided herein.  Accordingly, Sage reserves its right to amend and/or supplement these contentions after the Court's ruling on claim construction and/or if information otherwise comes to light requiring amendment or supplementation of these contentions.

Sage's invalidity contentions are not intended to proffer any proposed claim constructions. In fact, Sage has prepared these contentions, in part, based on alternative potential claim constructions for certain claim terms, including certain constructions that Sage believes Plaintiff has adopted or may adopt.  In particular, these invalidity contentions are based in whole or in part on Sage's present understanding of Plaintiff's positions as set forth, for example, in Plaintiff's Preliminary Infringement Contentions, including any express or implied interpretations of the asserted claim terms.  Sage disputes the infringement positions taken by Plaintiff, along with the express or implied claim interpretations upon which Plaintiff relies to support them. Sage specifically objects to Plaintiff's Preliminary Infringement Contentions as vague, ambiguous, and conclusory.  Sage submits these Initial Invalidity Contentions without waiving any arguments about the sufficiency or substance of Plaintiff's Preliminary Infringement Contentions, and without waiving any challenges to Plaintiff's claim constructions.

Sage has also prepared these Initial Invalidity Contentions, in part, based on Plaintiff's apparent view of certain prior art.  By including prior art in these contentions that would anticipate and/or render obvious any of the asserted claims based on the apparent scope or construction

applied by Plaintiff, Sage is not conceding in any way the accuracy of Plaintiff's proposed claim scope, constructions, or views, and such inclusion should not be construed as an admission that the prior art meets the particular claim elements under all possible alternative constructions. Sage reserves the right to proffer non-infringement bases that are in the alternative to any bases for invalidity presented in this document. Sage is not liable for patent infringement unless an asserted claim is both valid and infringed. In light of the prior art disclosed herein, none of the asserted claims are both valid and infringed.

Sage reserves its right to amend and supplement these contentions based on information learned through fact and expert discovery in this action. For example, PureWick to date has not provided any discovery on prior art despite Sage's long outstanding requests. The requested prior art is important to Sage's defenses and continued withholding of the art is prejudicial. Some of the deficiencies with PureWick's production of discovery is set forth in the letter from Bryce Persichetti to Amanda Antons dated May 15, 2020.

Sage reserves the right to revise its contentions concerning the invalidity of the asserted claims, which may change depending upon the Court's construction of the asserted claims, and any findings as to the priority date of the asserted claims, and/or positions that Plaintiff or its fact or expert witness(es) may take concerning claim construction, infringement, and/or invalidity issues. In addition, Sage reserves the right to raise additional prior art and invalidity defenses not included in these Initial Invalidity Contentions based on additional fact discovery and expert discovery or other issues raised by Plaintiff. Sage further reserves the right to amend these Initial Invalidity Contentions should, for example, Plaintiff provide any information that it failed to provide in its disclosures pursuant to Paragraph 7(c) of the Scheduling Order.

Sage further states that, due to the impact of COVID-19 shut down, it has not been able to

access certain physical resources available to it including access to information in libraries, in offices, and the like.   This has hampered Sage's ability to prepare these Initial Invalidity Contentions.

Sage further states that these Initial Invalidity Contentions do not include contentions related to U.S. Patent No. 10,376,407 ("the 407 Patent"), which the Court recently granted Plaintiff leave to assert in this action.  Sage has not yet answered Plaintiff's allegations regarding the 407 Patent set forth in the Second Amended Complaint (D.I. 44), nor has Plaintiff served initial infringement contentions for the 407 Patent.  The parties are currently negotiating the timing of these and other deadlines. Sage will provide its Invalidity Contentions for the 407 Patent at an appropriate time in the case, either as agreed by the parties or ordered by the Court.

While not required by the Scheduling Order or Default Standard, to assist Plaintiff, Sage provides accompanying invalidity claim charts listing specific examples of where prior art references disclose, either expressly or inherently, each limitation of the asserted claims and/or examples of disclosures in view of which a person of ordinary skill in the art at the time each of the alleged inventions was made, would have considered each limitation, and therefore the claim as a whole, obvious.  The references, however, may contain additional support upon which Sage may rely.  If citations are included in a claim chart, they are meant to be illustrative, not exhaustive. For any given quotation or excerpt, for example, Sage reserves the right to introduce other text and images (including, but not limited to, surrounding, related, or explanatory text, images, or uncited portions of the prior art references) from the same or other documents that may help to provide context to the quotation or excerpt.  Furthermore, if Sage cites to a particular figure in a reference, the citation should be understood to encompass the caption and description of the figure and any text relating to the figure.  Similarly, if Sage cites to a particular text referring to a figure, the

citation should be understood to include the corresponding figure as well.  Sage may also rely on other documents and information, including cited references and prosecution histories for the asserted patents (and related patents and/or patent applications), and witness testimony, including expert testimony, to explain, amplify, illustrate, demonstrate, provide context or aid in understanding the cited portions of the references.

**Sage's Initial Invalidity Contentions Regarding U.S. Pat. No. 8,287,508**

Plaintiff asserts claims 1, 3-8, and 17-19 of the 508 Patent ("Asserted Claims of the 508 Patent").  Sage contends that each of the Asserted Claims of the 508 Patent is invalid for at least the reasons set forth below.  Sage notes that Plaintiff has withdrawn infringement allegations relating to claims 2 and 9-16, which Plaintiff originally asserted in its complaint and no longer asserts.  Sage has relied on this withdrawal in preparing these contentions as well as preparing for discovery in this case.

Each of the references below qualifies as prior art under one or more sections of 35 U.S.C. §§ 102 and/or 103.  For example, most (if not all) of the listed references qualify as prior art under at least 35 U.S.C. §§ 102(a), 102(b), and/or 102(e).[2]  The invalidating disclosure in each of the listed references is express and/or inherent.  Also, as shown below, any reference anticipating an asserted claim pursuant to 35 U.S.C. § 102 also renders the claim obvious pursuant to 35 U.S.C. § 103 when viewed alone or in combination with other prior art references or with the knowledge of a person of ordinary skill in the art.  The references cited herein may also be relied upon to show the state of the art in the relevant time frames or provide background regarding the alleged

---

[2] Prior art patents issued, and prior art publications published, more than one year before the pertinent application date for each asserted claim are § 102(b) prior art against that claim.  Similarly, prior art patents issued, and prior art publications published, before the pertinent application date for each asserted claim are § 102(a) prior art against that claim.  *See* pre-AIA 35 U.S.C. §§ 102(a) & (b).

Sage also relies on and incorporates by reference, as if originally set forth herein, all pleadings in which invalidity was alleged, including in interrogatory responses, in this civil action.

**Sage's Initial Invalidity Contentions Regarding U.S. Pat. Nos. 10,226,376 and 10,390,989**

Plaintiff asserts claims 1, 4-9, and 11-14 of the 376 Patent ("Asserted Claims of the 376 Patent") and Claims 1-6 of the 989 Patent ("Asserted Claims of the 989 Patent"). Both are related; however, the specification of each patent differs. Sage contends that each of the Asserted Claims of the 376 Patent is invalid for at least the reasons set forth below. Sage notes that Plaintiff has withdrawn infringement allegations relating to claims 2, 3, and 10 of the 376 Patent, which Plaintiff originally asserted in its complaint and no longer asserts. Plaintiff has also not asserted Claim 7 of the 989 Patent. Sage has relied on this withdrawal as well as the failure to assert claims in preparing these contentions as well as preparing for discovery in this case.

As discussed above, each of the references below qualifies as prior art under one or more sections of 35 U.S.C. §§ 102 and/or 103. For example, most (if not all) of the listed references qualify as prior art under at least 35 U.S.C. §§ 102(a). The invalidating disclosure in each of the listed references is express and/or inherent. Also, as shown below, any reference anticipating an asserted claim pursuant to 35 U.S.C. § 102 also renders the claim obvious pursuant to 35 U.S.C. § 103 when viewed alone or in combination with other prior art references or with the knowledge of a person of ordinary skill in the art. The references cited herein may also be relied upon to show the state of the art in the relevant time frames or provide background regarding the alleged invention or knowledge of an ordinarily skilled artisan.

As before, for the convenience of the reader, Sage identifies the prior art for this disclosure in the following order. First, Sage lists U.S. Patents in ascending numerical order. Second, Sage lists foreign patents or published applications in alphabetical order by type and then ascending

numerical order.  Third, Sage lists publications alphabetically.

Prior art under 35 U.S.C. § 102 and/or 35 U.S.C. § 103 for the 376 and 989 Patent claims include the following (including any U.S. and foreign counterparts thereof):

- U.S. Patent No. 2,644,234 ("Scott 234")

- U.S. Patent No. 2,968,046A ("Duke 046")

- U.S. Patent No. 3,312,981 ("McGuire 981")

- U.S. Patent No. 3,349,768 ("Keane 768")

- U.S. Patent No. 3,511,241 ("Lee 241")

- U.S. Patent No. 3,512,185A ("Ellis 185")

- U.S. Patent No. 3,520,300 ("Flower 300")

- U.S. Patent No. 3,651,810 ("Ormerod 810")

- U.S. Patent No. 3,726,277 ("Hirschman 277")

- U.S. Patent No. 4,200,102A ("Duhamel 102")

- U.S. Patent No. 4,202,058 ("Anderson 058")

- U.S. Patent No. 4,233,025 ("Larson 025")

- U.S. Patent No. 4,246,901 ("Frosch 901")

- U.S. Patent No. 4,257,418 ("Hessner 418")

- U.S. Patent No. 4,270,539 ("Frosch 539")

- U.S. Patent No. 4,352,356 ("Tong 356")

- U.S. Patent No. 4,453,938 ("Brendling 938")

- U.S. Patent No. 4,528,703A ("Kraus 703")

- U.S. Patent No. 4,610,675 ("Triunfol 675")

- U.S. Patent No. 4,627,846 ("Ternstrom 846")

- U.S. Patent No. 4,631,061 ("Martin 061")

- U.S. Patent No. 4,650,477 ("Johnson 477")

- U.S. Patent No. 4,692,160A ("Nussbaumer 160")

- U.S. Patent No. 4,713,066 ("Komis 066")

- U.S. Patent No. 4,747,166 ("Kuntz 166")

- U.S. Patent No. 4,769,215A ("Ehrenkranz 215")

- U.S. Patent No. 4,772,280 ("Rooyakkers 280")

- U.S. Patent No. 4,790,835 ("Elias 835")

- U.S. Patent No. 4,791,686A ("Taniguchi 686")

- U.S. Patent No. 4,795,449 ("Schneider 449")

- U.S. Patent No. 4,799,928A ("Crowley 928")

- U.S. Patent No. 4,820,297 ("Kaufman 297")

- U.S. Patent No. 4,846,909 ("Klug 909")

- U.S. Patent No. 4,883,465 ("Brennan 465")

- U.S. Patent No. 4,886,508 ("Washington 508")

- U.S. Patent No. 4,886,509 ("Mattsson 509")

- U.S. Patent No. 4,889,533A ("Beecher 533")

- U.S. Patent No. 4,905,692 ("More 692")

- U.S. Patent No. 5,002,541 ("Conkling 541")

- U.S. Patent No. 5,004,463A ("Nigay 463")

- U.S. Patent No. 5,031,248 ("Kemper 248")

- U.S. Patent No. 5,049,144 ("Payton 144")

- U.S. Patent No. 5,071,347 ("McGuire 347")

- U.S. Patent No. 5,084,037 ("Barnett 037")

- U.S. Patent No. 5,195,997 ("Carns 997")

- U.S. Patent No. 5,203,699 ("McGuire 699")

- U.S. Patent No. 5,244,458 ("Takasu 458")

- U.S. Patent No. 5,295,983A ("Kubo 983")

- U.S. Patent No. 5,300,052 ("Kubo 052")

- U.S. Patent No. 5,382,244 ("Telang 244")

- U.S. Patent No. 5,628,735 ("Skow 735")

- U.S. Patent No. 5,636,643 ("Argenta 643")

- U.S. Patent No. 5,674,212 ("Osborn 212")

- U.S. Patent No. 5,678,564 ("Thompson 564")

- U.S. Patent No. 5,687,429 ("Rahlff 429")

- U.S. Patent No. 5,695,485 ("Duperret 485")

- U.S. Patent No. 5,752,944 ("Dann 944")

- U.S. Patent No. 5,772,644 ("Bark 644")

- U.S. Patent No. 5,827,247 ("Kay 247")

- U.S. Patent No. 5,827,250 ("Fujioka 250")

- U.S. Patent No. 5,827,257 ("Fujioka 257")

- U.S. Patent No. 5,894,608 ("Birbara 608")

- U.S. Patent No. 5,911,222 ("Thompson 222")

- U.S. Patent No. 5,957,904 ("Holland 904")

- U.S. Patent No. 5,972,505 ("Philips 505")

- U.S. Patent No. 6,063,064 ("Tuckey 064")

- U.S. Patent No. 6,105,174 ("Nygren 174")

- U.S. Patent No. 6,113,582 ("Dwork 582")

- U.S. Patent No. 6,117,163 ("Bierman 163")

- U.S. Patent No. 6,123,398 ("Arai 398")

- U.S. Patent No. 6,129,718 ("Wada 718")

- U.S. Patent No. 6,177,606 ("Etheredge 606")

- U.S. Patent No. 6,209,142 ("Mattsson 142")

- U.S. Patent No. 6,248,096 ("Dwork 096")

- U.S. Patent No. 6,311,339B1 ("Kraus 339")

- U.S. Patent No. 6,336,919 ("Davis 919")

- U.S. Patent No. 6,338,729 ("Wada 729")

- U.S. Patent No. 6,409,712 ("Cragoe et al. 712")

- U.S. Patent No. 6,416,500 ("Wada 500")

- U.S. Patent No. 6,475,198 ("Lipman 198")

- U.S. Patent No. 6,479,726 ("Cole 726")

- U.S. Patent No. 6,540,729 ("Wada 729")

- U.S. Patent No. 6,547,771 ("Robertson 771")

- U.S. Patent No. 6,569,133 ("Cheng 133")

- U.S. Patent No. 6,592,560 ("Snyder 560")

- U.S. Patent No. 6,620,142 ("Fluckiger 142")

- U.S. Patent No. 6,702,793 ("Sweetser 793")

- U.S. Patent No. 6,706,027 ("Harvie 027")

- U.S. Patent No. 6,732,384B2  ("Scott 384")

- U.S. Patent No. 6,740,066 ("Wolff 066")

- U.S. Patent No. 6,783,519 ("Samuelsson 519")

- U.S. Patent No. 6,814,547 ("Childers 547")

- U.S. Patent No. 6,849,065 ("Schmidt 065")

- U.S. Patent No. 6,857,137B2 ("Otto 137")

- U.S. Patent No. 6,888,044 ("Fell 044")

- U.S. Patent No. 6,912,737 ("Ernest 737")

- U.S. Patent No. 6,918,899 ("Harvie 899")

- U.S. Patent No. 6,979,324 ("Bybord 324")

- U.S. Patent No. 7,018,366 ("Easter 366")

- U.S. Patent No. 7,131,964 ("Harvie 964")

- U.S. Patent No. 7,135,012 ("Harvie 012")

- U.S. Patent No. 7,141,043 ("Harvie 043")

- U.S. Patent No. 7,171,699 ("Ernest 699")

- U.S. Patent No. 7,179,951 ("Krishnaswamy-Mirle et al. 951")

- U.S. Patent No. 7,181,781 ("Trabold 781")

- U.S. Patent No. 7,186,245 ("Cheng 245")

- U.S. Patent No. 7,192,424 ("Cooper 424")

- U.S. Patent No. 7,220,250 ("Suzuki 250")

- U.S. Patent No. 7,335,189 ("Harvie 189")

- U.S. Patent No. 7,390,320 ("Machida 320")

- U.S. Patent No. 7,488,310 ("Yang 310")

- U.S. Patent No. 7,520,872 ("Biggie 872")

- U.S. Patent No. 7,588,560 ("Dunlop 560")

- U.S. Patent No. 7,682,347 ("Parks 347")

- U.S. Patent No. 7,695,459 ("Gilbert' 459")

- U.S. Patent No. 7,695,460 ("Wada 460")

- U.S. Patent No. 7,699,818 ("Gilbert 818")

- U.S. Patent No. 7,699,831 ("Bengatson 831")

- U.S. Patent No. 7,722,584 ("Tanaka 584")

- U.S. Patent No. 7,727,206 ("Gorres 206")

- U.S. Patent No. 7,740,620 ("Gilbert 620")

- U.S. Patent No. 7,749,205 ("Tazoe 205")

- U.S. Patent No. 7,755,497 ("Wada 497")

- U.S. Patent No. 7,833,169 ("Hannon 169")

- U.S. Patent No. 7,866,942 ("Harvie 942")

- U.S. Patent No. 7,871,385 ("Levinson 385")

- U.S. Patent No. 7,875,010 ("Frazier 010")

- U.S. Patent No. 7,901,389 ("Mombrinie 389")

- U.S. Patent No. 7,927,321 ("Marland 321")

- U.S. Patent No. 7,931,634 ("Swiecicki 634")

- U.S. Patent No. 7,939,706 ("Okabe 706")

- U.S. Patent No. 7,976,519 ("Bubb 519")

- U.S. Patent No. 7,993,318 ("Olsson 318")

- U.S. Patent No. 8,128,608B2 ("Thevenin 608")

- U.S. Patent No. 8,181,651 ("Pinel 651")

- U.S. Patent No. 8,211,063 ("Bierman 063")

- U.S. Patent No. 8,221,369 ("Parks 369")

- U.S. Patent No. 8,241,262 ("Mahnensmith 262")

- U.S. Patent No. 8,277,426 ("Wilcox 426")

- U.S. Patent No. 8,287,508 ("Sanchez 508")

- U.S. Patent No. 8,303,554 ("Tsai 554")

- U.S. Patent No. 8,343,122 ("Gorres 122")

- U.S. Patent No. 8,353,074 ("Krebs 074")

- U.S. Patent No. 8,388,588 ("Wada 588")

- U.S. Patent No. 8,425,482 ("Khoubnazar 482")

- U.S. Patent No. 8,551,075 ("Bengtson 075")

- U.S. Patent No. 8,568,376 ("Delattre 376")

- U.S. Patent No. 8,585,683 ("Bengtson 683")

- U.S. Patent No. 8,715,267 ("Bengtson 267")

- U.S. Patent No. 8,864,730 ("Conway 730")

- U.S. Patent No. 8,936,585 ("Delattre 585")

- U.S. Patent No. 9,028,460B2 ("Medeiros 460")

- U.S. Patent No. 9,173,602 ("Gilbert 602")

- U.S. Patent No. 9,173,799 ("Tanimoto 799")

- U.S. Patent No. 9,248,058 ("Conway 058")

- U.S. Patent No. 9,480,595 ("Baham 595")

- U.S. Patent Publ. No. 2002/0026161 ("Grundke 161")

- U.S. Patent Publ. No. 2002/0087131 ("Wolff 131")

- U.S. Patent Publ. No. 2002/0189992 ("Schmidt 992")

- U.S. Patent Publ. No. 2003/0120178 ("Heki 178")

- U.S. Patent Publ. No. 2003/0004436 ("Schmidt 436")

- U.S. Patent Publ. No. 2003/0181880A1 ("Schwartz 880")

- U.S. Patent Publ. No. 2003/0195484 ("Harvie 484")

- U.S. Patent Publ. No. 2003/0233079 ("Parks 079")

- U.S. Patent Publ. No. 2004/0127872 ("Petryk 872")

- U.S. Patent Publ. No. 2004/0128749 ("Scott 749")

- U.S. Patent Publ. No. 2004/0191919 ("Unger 919")

- U.S. Patent Publ. No. 2004/0236292 ("Tazoe 292")

- U.S. Patent Publ. No. 2004/0254547 ("Okabe 547")

- U.S. Patent Publ. No. 2005/0010182 ("Parks 182")

- U.S. Patent Publ. No. 2005/0070861 ("Okabe 861")

- U.S. Patent Publ. No. 2005/0070862 ("Tozoe 862")

- U.S. Patent Publ. No. 2005/0097662 ("Leimkuhler 662")

- U.S. Patent Publ. No. 2005/0101924 ("Elson 924")

- U.S. Patent Publ. No. 2005/0177070 ("Levinson 070")

- U.S. Patent Publ. No. 2005/0197639 ("Mombrinie 639")

- U.S. Patent Publ. No. 2005/0277904 ("Chase 904")

- U.S. Patent Publ. No. 2005/0279359 ("LeBlanc 359")

- U.S. Patent Publ. No. 2006/0015080 ("Mahnensmith 080")

- U.S. Patent Publ. No. 2006/0015081 ("Suzuki 081")

- U.S. Patent Publ. No. 2006/0155214A1 ("Wightman 214 ")

- U.S. Patent Publ. No. 2006/0200102 ("Cooper 102")

- U.S. Patent Publ. No. 2006/0229576 ("Conway 576")

- U.S. Patent Publ. No. 2006/0235359 ("Marland 359")

- U.S. Patent Publ. No. 2007/0038194 ("Wada 194")

- U.S. Patent Publ. No. 2007/0006368 ("Key 368")

- U.S. Patent Publ. No. 2007/0117880 ("Elson 880")

- U.S. Patent Publ. No. 2007/0135786 ("Schmidt 786")

- U.S. Patent Publ. No. 2007/0191804 ("Cooley 804")

- U.S. Patent Publ. No. 2007/0214553 ("Carromba 553")

- U.S. Patent Publ. No. 2008/0015527 ("House 527")

- U.S. Patent Publ. No. 2008/0033386 ("Okabe 386")

- U.S. Patent Pub. No. 2008/0004576 ("Tanaka 576")

- U.S. Patent Publ. No. 2008/0091153 ("Harvie 153")

- U.S. Patent Publ. No. 2008/0091158 ("Yang 158")

- U.S. Patent Publ. No. 2008/0234642 ("Patterson 642")

- U.S. Patent Publ. No. 2008/0287894 ("Van Den Heuvel 894")

- U.S. Patent Publ. No. 2009/0025717 ("Pinel 717")

- U.S. Patent Publ. No. 2009/0056003 ("Ivie 003")

- U.S. Patent Publ. No. 2009/0264840A1 ("Virginio 840")

- U.S. Patent Publ. No. 2009/0281510 ("Fisher 510")

- U.S. Patent Publ. No. 2010/0121289 ("Parks 289")

- U.S. Patent Publ. No. 2010/0185168 ("Graauw 168")

- U.S. Patent Publ. No. 2010/0198172 ("Wada 172")

- U.S. Patent Publ. No. 2010/0241104 ("Gilbert 104")

- U.S. Patent Publ. No. 2010/0263113 ("Shelton 113")

- U.S. Patent Publ. No. 2010/0310845A1 ("Bond '845")

- U.S. Patent Publ. No. 2011/0028922A1 ("Kay 922")

- U.S. Patent Publ. No. 2011/0034889  ("Smith 889")

- U.S. Patent Publ. No. 2011/0040267 ("Wada 267")

- U.S. Patent Publ. No. 2011/0040271 ("Rogers 271")

- U.S. Patent Publ. No. 2011/0054426 ("Stewart 426")

- U.S. Patent Publ. No. 2011/0060300 ("Weig 300")

- U.S. Patent Publ. No. 2011/0077495 ("Gilbert 495")

- U.S. Patent Publ. No. 2011/0172620 ("Khambatta 620")

- U.S. Patent Publ. No. 2011/0172625 ("Wada 625")

- U.S. Patent Publ. No. 2011/0202024 ("Cozzens 024")

- U.S. Patent Publ. No. 2012/0035577 ("Tomes 577")

- U.S. Patent Publ. No. 2012/0103347 ("Wheaton 347")

- U.S. Patent Publ. No. 2012/0165768 ("Sekiyama 768")

- U.S. Patent Publ. No. 2012/0210503 ("Anzivino 503")

- U.S. Patent Publ. No. 2012/0245547 ("Wilcox 547")

- U.S. Patent Publ. No. 2012/0253303 ("Suzuki 303")

- U.S. Patent Publ. No. 2012/0330256 ("Wilcox 256")

- U.S. Patent Publ. No. 2013/0006206 ("Wada 206")

- U.S. Patent Publ. No. 2013/0053804 ("Sorensen 804")

- U.S. Patent Publ. No. 2014/0371628 ("Desai 628")

- U.S. Patent Publ. No. 2014/0348139 ("Newton 139")

- U.S. Patent Publ. No. 2014/0031774 ("Bengtson 774")

- U.S. Patent Publ. No. 2014/0157499 ("Suzuki 499")

- U.S. Patent Publ. No. 2014/0196189 ("Lee 189")

- U.S. Patent Publ. No. 2015/0047114 ("Ramirez 114")

- U.S. Patent Publ. No. 2015/0157300A1 ("Ealovega 300 ")

- U.S. Patent Publ. No. 2015/0209194 ("Heyman 194")

- U.S. Patent Publ. No. 2015/0366699 ("Nelson 699")

- U.S. Patent Publ. No. 2016/0029998 ("Brister 998")

- U.S. Patent Publ. No. 2016/0058322 ("Brister 322")

- U.S. Patent Publ. No. 2016/0100976 ("Conway 976")

- U.S. Patent Publ. No. 2016/0278662 ("Brister 662")

- U.S. Patent Publ. No. 2016/0367226 ("Newton 226")

- U.S. Patent Publ. No. 2016/0367411 ("Justiz 411")

- U.S. Patent Publ. No. 2016/0374848 ("Sanchez 848")

- U.S. Patent Publ. No. 2017/0042748 ("Griffin 748")

- U.S. Patent Publ. No. 2017/0143534 ("Sanchez 534")

- U.S. Patent Publ. No. 2017/0189225 ("Voorhees 225")

- U.S. Patent Publ. No. 2017/0202692 ("Laniado 692")

- U.S. Patent Publ. No. 2017/0246026 ("Laniado 026")

- U.S. Patent Publ. No. 2017/0266031 ("Sanchez 031")

- U.S. Patent Publ. No. 2017/0312116 ("Laniado 116")

- U.S. Patent Publ. No. 2017/0333244 ("Laniado 244")

- U.S. Patent Publ. No. 2018/0008804 ("Laniado 808")

- U.S. Patent Publ. No. 2018/0028349 ("Newton 349")

- U.S. Patent Publ. No. 2018/0228642 ("Davis 624")

- Chinese Publ. No. CN 107847384 ("Heongyu 384")

- Denmark Publ. No. DK9600118U3 ("Flyger 118")

- German Publ. No. DE102011103783A1 ("Gloger 783")

- German Publ. No. DE4443710A1 ("Schmitt 710")

- German Publ. No. DE9407554U1 ("Javadi 554")

- European Publ. No. EP0610638A1 ("Goldenberg 638")

- European Publ. No. EP0613355A1 ("Kuntz 355")

- European Publ. No. EP066070B1 ("Steer 070")

- European Publ. No. EP 1 382 318 A1 ("Kim 318")

- European Publ. No. EP0613355 ("Kuntz 355")

- European Publ. No. EP2180907 ("Weig 907")

- European Publ. No. EP2380532 ("Wada 532")

- UK Publ. No. GB1467144 ("Nolan 144")

- UK Publ. No. GB2148126B ("Cottenden et al. 126")

- UK Publ. No. GB2199750 ("Gropp 750")

- UK Publ. No. GB2260907 ("Kubo 907")

- UK Publ. No. 2469496A ("Shelton 496")

- Japanese Publ. No. JP 11-113946 ("Chiku 946")

- Japanese Publ. No. JP1979-S5410596 ("Hetsunsuneru")

- Japanese Publ. No. JP3132659B2 ("Yanagihara 659")

- Japanese Publ. No. JP4039641B2 ("Mizuguchi 641")

- Japanese Publ. No. JP 2001054531 ("Higati 531")

- Japanese Publ. No. JP2001276108A ("Ishii 108")

- Japanese Publ. No. 2004-267530 ("Okabe 530")

- Japanese Publ. No. 2006-026108 ("Suzuki 108")

- Japanese Publ. No. 2012-523869 ("Shelton 869")

- Japanese Publ. No. JP2015092945A (Uchida 945")

- Japanese Publ. No. JPH 05123349 ("Kubo 349")

- WIPO Publication WO 88/04558A1 ("Conkling 558")

- WIPO Publication WO 91/04714A2 ("Washington 714")

- WIPO Publication WO 1993/09736 A2 ("Kuntz 736")

- WIPO Publication WO 96/00096A1 ("Saltz 096")

- WIPO Publication WO 2000/057784 ("Wolff 784")

- WIPO Publication WO 2001/0145618 ("Schmidt 618")

- WIPO Publication WO 2004/019836 ("Wightman 836")

- WIP Publication WO 2004/03071931 ("Harvie 931")

- WIPO Publication WO 2005/089687 ("Levinson 687")

- WIPO Publication WO 2005/107661 ("Parks 661")

- WIPO Publication WO2007/007845 ("Wada 845")

- WIPO Publication WO 2007/042823 A2 (Van Den Heuvel 823")

- WIPO Publication WO 2008/078117 A1 ("Short 117")

- WIPO Publication WO 2009/052496 ("Tsai 496")

- WIPO Publication WO2009/101738 ("Wada 738")

- WIPO Publication WO 2011/132043A1 ("Richer 043")

- WIPO Publication WO 2013/103291 ("Van Senus 291")

- WIPO Publication WO 2013/131109 ("Desai")

- WIPO Publication WO 2014/041534 A1 ("Laniado 534")

- WIPO Publication WO 2015/170307 A1 ("Laniado 307")

- WIPO Publication WO 2015/169403 A1 ("Kubler 403")

- WIPO Publication WO2016/200088 A1 ("Kim 088")

- WIPO Publication WO 2016/055989 A1 ("Laniado 989")

- WIPO Publication WO 2016/071894 A1 ("Laniado 894")

- WIPO Publication WO 2016/103242 A1 ("Laniado 242")

- WIPO Publication WO 2016/116915 A1 ("Laniado 915")

- WIPO Publication WO 2018/056953 A1 ("Travers 953")

- WIPO Publication WO 2018/235065 A1 ("Parahovnik 065")

- WIPO Publication WO 92/20299 ("Zamierowski 299")

- WIPO Publication WO 2010030122 ("Lee 122")

- Parmar, Arundhai, "10 Finalists Chosen for Dare-to-Dream Medtech Design Challenge" (PureWick) (dated Nov. 10, 2014) (version available in 376 patent prosecution file) ("Parmar 2014")

- Macaulay et al., *A Noninvasive Continence Management System:  Development and Evaluation of a Novel Toileting Device for Women*, J Wound Ostomy Continence Nurs. 2007; 34(6):641-648 (2007) ("Macaulay 2007")

- Hollister Company, "Male Urinary Pouch External Collection Device" (version available in 376 patent prosecution history) ("Hollister Brochure")

- PureWick Co., "Incontinence Relief for Women" (dated September 23, 2015) (version available in 376 patent prosecution file) ("2015 PureWick brochure")

- Pytlik, "Super Absorbent Polymers," University of Buffalo, hltp://wwwcourses.scns.buffalo.edu/ce435/Diapers/Diapers.html  (version available in 376 patent prosecution file) ("Pytlik")

- Omni Medical AMXD Control Starter Kit Brochure ("Omni Starter Kit Brochure")

- Omni Medical AMXDX – Advanced Mission Extender Device Brochure (available at http://www.omnimedicalsys.com/uploads/AMXDFixedWing.pdf) ("Omni Brochure")

- Omni – In Flight Bladder Relief Presentation (available at https://www.omnimedicalsys.com/uploads/AMXDmax_HSD.pdf) ("Omni Presentation")

- Omni Medical 2015 Catalog, AMXDmax (Advanced Mission Extender Device) In-Flight Bladder Relief (version available in 376 patent prosecution file) ("2015 Omni Catalog")

- Research and Development Directorate of Department of Health, *Research and Development Work Relating to Assistive Technology 2005-2006*, Nov. 2006 (British Department of Health) ("2006 British Health Publication")

- Sachtman, Noah, "New Relief For Pilots?  It Depends," Wired (May 21, 2008) (available at https://www.wired.com/2008/05/pilot-relief/).

- ASG Service, "Step by Step how Ur24 Works Home, UR24 Medicial Investment Opportunity"  (version available in 376 patent prosecution history)

Sage further incorporates by reference the prior art identified with respect to the 508 Patent above.

As a preliminary matter, the Asserted Claims of the 376 Patent and the Asserted Claims of the 989 Patent are entitled to a priority date of no earlier than June 1, 2017, in the case of the 376 Patent, and September 8, 2016, in the case of the 989 Patent.  PureWick bears the burden of establishing an earlier priority date, and PureWick has failed to meet this burden.  In its response to Sage's Interrogatory No. 3, which requested priority date information as well as Section 112 support for the Asserted Claims of the Patents, Plaintiff failed to provide an adequate response as explained in the letter of April 10, 2020, from Bryce Persichetti.  Plaintiff made a blanket allegation that both patents were entitled to a priority date of March 19, 2014, even though many claim elements are missing from the March 19, 2014 application.  The subsequent supplement was likewise deficient as explained in the letter of May 15, 2020, from Bryce Persichetti.  To the extent that Plaintiff interprets the Asserted Claims of the 376 and 989 Patents such that the disclosure in the March 19, 2014, application discloses every element of the Asserted Claims of the 376 and 989 Patents, then those Asserted Claims are clearly invalid in view of (including anticipated by) the prior art including the 508 Patent.

The charts below identify non-limiting examples of where in each item of prior art each element of each asserted claim is found.  For example, as discussed above, where a single prior art reference in the charts includes each of the elements of the asserted claim (either expressly and/or inherently), the claimed invention is anticipated by that reference.  Where a single prior art reference does not disclose all elements of a claim, the combination of that reference with one (or more) of the references disclosing the missing element(s), or the knowledge of an ordinarily skilled artisan, renders the claimed invention obvious.  Similarly, to the extent any cited anticipatory reference is

found not to anticipate, that reference – by itself or in combination with one (or more) of the references disclosing the missing element(s) or the knowledge of a person of ordinary skill in the art – renders the claimed subject matter obvious.

The suggested obviousness combinations, as reflected in the charts below, would have been made by one of skill in the art at the time of the alleged inventions embodied by the Asserted Claims of the 376 and 989 Patents.  Such combinations are consistent with the principles set forth by the Supreme Court in *KSR Int'l v. Teleflex Inc.*, 127 S. Ct. 1727 (2007), and its progeny.  For example, as discussed above, the reasons for combining the references stem (explicitly or implicitly) from: (a) the prior art references themselves; (b) the prior art as a whole; (c) the knowledge, common sense, and creativity of those of ordinary skill in the art; (d) the nature of the problem to be solved; (e) the demands in the design community and/or the marketplace; (f) the simple and predictable substitution of one known element for another in accordance with their known functions; (g) the application of a known technique or method; (h) the obviousness of trying the combination; and/or (i) the general needs and problems in the field.

For instance, in addition to the knowledge of the art discussed above for the 508 patent (which is hereby incorporated by reference), the following items and background information were also well known to those skilled in the art at the relevant time for the asserted patent claims (and are also taught by the prior art identified herein) including at least a year before the earliest possible priority date of March 19, 2014:

(1)      Urine collection devices designed to be placed with an opening next to a patient's urethra so discharged urine is received through the opening, and methods of placing the device to do so.  *See, e.g.*, Van Den Heuvel 823 at Figs. 1-4, 1:27-2:7, 7:22-24, 6:18-26, 7:5-13, 8:22-25; Van Den Heuvel 894 at Figs. 1-4, paras. 5, 13-14, 38-44; Wolf 784 at Abstract, Figs. 1a, 5a, 5b,

9:8-21, 9:23-28, 10:1-4; Keane 768 at Abstract, Figs. 4, 9-10, 1:67-2:32, 3:60-4:16; Sanchez 508 at Abstract, 1:22-44, 2:1-2, 2:26-46, 3:47-44, Figs. 1-8; Suzuki 250 at Abstract, Figs. 1-5, 8, 11, claim 1, 2:41-55; Chiku 946 at Figs. 6, 10, 12, paras. 20, 21, 25-26; Macaulay 2007 at pp. 641-643; 2006 British Health Publication at pp. 14-15; Schmitt 710 at Figs. 3-6, cols. 1-2; Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64; Conkling 541 at Figs. 12-15, 6:43-49, 6:62-68, 7:2-5, 7:8-11; Washington 508 at Abstract, Figs. 5-9, 3:1-9; Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13; Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27; Parmar 2014 at p. 1; 2015 Omni Catalog at pp. 3-4.

(2)     Urine collection devices with a fluid impermeable casing with a fluid reservoir at one end and a fluid outlet at the other end, allowing for collection and removal of urine from the device.  *See, e.g.*, Van Den Heuvel 823 at Figs. 1-4, 1:27-2:7, 6:18-26, 7:15-20, 7:22-24, 7:25-30, 8:22-25; Van Den Heuvel 894 at Figs. 1-4, paras. 5, 7, 40, 42, 44, 51; Wolf 784 at Abstract, Figs. 1a, 5a, 5b, 9:8-21 ("a small reservoir 34 from which urine is sucked away"), 9:23-28, 10:1-4; Keane 768 at Abstract, Figs. 4, 9-10, 1:67-2:32, 3:60-4:16; Sanchez 508 at Abstract, Fig. 8, 6:21-31; Suzuki 250 at Figs. 1-5, 8, 11, 12:8-12, 12:5-15; Chiku 946 at Figs. 1, 2, 6, 7, Abstract, paras. 6-7, 14; Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13; Macaulay 2007 at pp. 641-643; 2006 British Health Publication at pp. 14-15; Conkling 541 at Figs. 12-15, 3:29-49, 6:43-68, 7:2-11; Schmitt 710 at Figs. 3-6, cols. 1-2; Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32; Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27; Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55; Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32.

(3)     Urine collection devices with a casing made from pliable materials (including a fluid reservoir defined by the casing).  *See, e.g.*, Van Den Heuvel 894 at Figs. 1-4, paras. 5, 7, 40, 42, 44, 51; Van Den Heuvel 823 at Figs. 1-4, 6:18-26, 7:5-20, 8:22-25; Keane 768 at Abstract, 1:65-2:10, 2:46-56, 3:49-4:16, Figs. 9-10; Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32; Kuntz 355 at Abstract,

Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55; Conkling 541 at Figs. 12-15, Figs. 12-15, 6:43-68; Lawrence 564 at Figs. 1-10, Abstract, 5:8-6:27, 7:28-56; Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13; Chiku 946 at Figs. 1, 2, 6, 7, Abstract, paras. 6-7, 14.

(4)     Longitudinally extending fluid impermeable layers coupled to a fluid reservoir and outlet and defining a longitudinally elongated opening between them, allowing for urine to enter the collection device. *See, e.g.*, Van Den Heuvel 823 at Figs. 1-4, 1:27-2:7, 6:18-26, 7:15-20, 7:22-24, 7:25-30, 8:22-25; Van Den Heuvel 894 at Figs. 1-4, paras. 5, 7, 17, 23, 40, 44; Wolf 784 at Abstract, Figs. 1a, 5a, 5b, 9:8-21, 9:23-28, 10:1-4; Keane 768 at Abstract, Figs. 4, 9-10, 1:67-2:32, 3:60-4:16; Sanchez 508 at Abstract, Figs. 1-8, 6:21-31; Suzuki 250 at Figs. 1-5, 8, 11, 12:5-15; Chiku 946 at Figs. 1, 2, 6, 7, Abstract, paras. 6-7, 9, 14; Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13; Macaulay 2007 at pp. 641-643; 2006 British Health Publication at pp. 14-15; Conkling 541 at Figs. 12-15, 3:29-49, 6:43-68, 7:2-11; Washington 508 at Figs. 1-5, Abstract, 2:27-33, 2:60-68, 6:22-38, 6:60-68, 12:17-30; Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55; Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32.

(5)     Urine collection devices with a fluid permeable support inside a casing that extends across an elongated opening in the casing, facilitating collection of urine. *See, e.g.*, Van Den Heuvel 823 at Figs. 1-4, 1:27-2:7, 6:18-26, 6:28-7:3, 7:15-20, 7:22-24, 7:25-30, 8:17-20, 8:22-25; Van Den Heuvel 894 at Figs. 1-4, paras. 5, 7, 13-14, 38-44; Wolf 784 at Abstract, Figs. 1a, 5a, 5b, 9:8-28, 10:1-9; Keane 768 at Abstract, Figs. 4, 9-10, 3:75-4:16; Sanchez 508 at Abstract, Fig. 8, 6:21-31; Suzuki 250 at Abstract, Figs. 1-5, 8, 11, 2:41-55, 12:5-21; Chiku 946 at Figs. 1, 2, 6, 7, Abstract, claim 10, paras. 8, 14-15; Macaulay 2007 at pp. 641-643; 2006 British Health Publication at pp. 14-15; Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13; Conkling 541 at Figs. 12-15, 3:29-49, 6:43-68, 7:2-11; Washington 508 at Figs. 1-5, Abstract, 2:27-33, 2:60-68, 6:22-38, 6:60-68, 12:17-30;

4:2-7; Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32; Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55; Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32.

(6)     A casing that is cylindrical or substantially cylindrical.  *See, e.g.*, Coley 804 at Figs. 1-5, Abstract, paras. 18-19, 21-24; Lawrence 564 at Fig. 14, 11:24-35; Lawrence 222 at Fig. 14, 11:24-35; Washington 508 at Fig. 1, 2:27-33, 2:60-68, 6:22-38, 6:60-68, 12:17-30; Duhamel 102 at Fig. 2, 1:65-2:14; Kraus 703 at Abstract, Figs. 1-6, 3:37-4:62; Duke 046 at Figs. 2, 4; Carns 997 at Fig. 4, Abstract; Robertson 771 at Fig. 1, Abstract; Sanchez 508 at Abstract, Fig. 8, 6:21-31.

(7)     A support that is cylindrical or substantially cylindrical.  *See* Sanchez 508 at Abstract, Fig. 8, 6:21-31; Coley 804 at Figs. 1-5, Abstract, paras. 18-19, 21-24; Washington 508 at Fig. 1, 2:27-33, 2:60-68, 6:22-38, 6:60-68, 12:17-30;  Jones 080 at Figs. 1-7, 1:59-89, 2:52-79; Flower 300 at Figs. 2, 7, 1:11-15, 2:22-24, 3:23-32; Hirschman 277 at Figs. 1-9, 1:33-40, 2:24-50; Larson 025 at Abstract, Fig. 2, 3:21-25, 4:47-52;  Brennan 465 at 4:16-66, Figs. 1-2, 6;  McGuire 347 at Figs. 1-4, Abstract, 2:35-40, 5:25-30, 6:1-35; Lawrence 564 at Fig. 14, 11:24-35; Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54; Mombrinie 639 at Figs. 1-9, paras. 13-14, 31-38, 40, 43.

(8)     A support that has a lumen with a urine removal tube within the lumen.  *See* Sanchez 508 at Abstract, Fig. 8, 6:21-31; Kuntz 166 at Fig. 2, 2:38-47, 3:42-45, 3:61-64, 4:17-32; Kuntz 355 at Figs. 3-5,  2:9-12, 5:3-5; Van Den Heuvel 823 at Figs. 1-4, 1:27-2:7, 6:18-26, 6:28-7:3, 7:15-20, 7:22-24, 7:25-30, 8:17-20, 8:22-25; Van Den Heuvel 894 at Figs. 3-4, paras. 19, 47; Jones 080 at Figs. 1-7, 1:59-89, 2:52-79; Flower 300 at Figs. 2, 7, 1:11-15, 2:22-24, 3:23-32; Larson 025 at Abstract, Fig. 2, 3:21-25, 4:47-52;  Brennan 465 at 4:16-66, Figs. 1-2, 6; McGuire 347 at Figs. 1-4, Abstract, 2:35-40, 5:25-30, 6:1-35.

(9)     Urine collection devices with a fluid permeable support and reservoir that are distinct from, but next to, each other.  *See, e.g.*, Van Den Heuvel 823 at Figs. 1-4, 6:18-26, 7:15-

20, 7:22-24, 8:22-25; Van Den Heuvel 894 at Figs. 1-4, paras. 42, 44; Wolf 784 at Abstract, Figs. 1a, 5a, 5b, 9:17-19; Keane 768 at Abstract, Figs. 9-10, 3:75-4:25; Sanchez 508 at Abstract, Fig. 8, 6:21-31; Suzuki 250 at Fig. 11, 12:5-21; Chiku 946 at Figs. 1, 2, 6, 7, claim 10, Abstract, paras. 6-8, 14; Macaulay 2007 at pp. 641-643; 2006 British Health Publication at pp. 14-15; Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13; Conkling 541 at Figs. 12-15, 6:43-68; Washington 508 at Figs. 1-5, 2:24-67, 5:22-6:67; Sweetser 793 at Figs. 1-2, 3:35-4:31; Triunfol 675 at Figs. 1-5, claims 1-4, 3:66-4:7, 4:2-7.

(10)    Urine collection devices with a fluid permeable membrane on a fluid permeable support, allowing for enhanced urine collection. *See, e.g.*, Van Den Heuvel 823 at 1:27-2:12, 2:25-27; Van Den Heuvel 894 at para. 5; Wolf 784 at Abstract, Figs. 1a, 5a, 5b, 9:25-10:9; Keane 768 at Abstract, Figs. 4, 9-10, 1:67-2:32, 3:60-4:16; Sanchez 508 at Abstract, Fig. 8, 3:22-49, 6:21-31; Suzuki 250 at Abstract, Figs. 1-5, 8, 11, 11:65-12:4; Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64; Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61; Lawrence 564 at Figs. 1-10, Abstract, 5:8-6:27, 7:28-56; Lawrence 222 at Figs. 1-10, 14, Abstract, 5:8-6:27, 7:28-56, 11:24-36; Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32; Wolff 066 at Fig. 5b, 5:56-6:35; Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46; Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32; Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55; Mahnensmith 080 at Abstract, Figs. 1-5, paras. 10-11, 20-22, 24, 30-31; Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56; Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27; Parmar 2014 at p. 1; 2015 Omni Catalog at pp. 3-4.

(11)    Urine collection devices with a fluid permeable membrane on a support that is inside a casing, where the membrane covers a portion of the support that extends across an opening of the casing. *See, e.g.*, Van Den Heuvel 823 at Figs. 1-4, 1:27-2:15, 2:25-27, 6:18-26, 7:15-20, 7:22-24, 7:25-30, 8:22-25; Van Den Heuvel 894 at Figs. 1-4, paras. 5-6, 13-14, 38-44; Wolf 784 at Abstract,

Figs. 1a, 5a, 5b, 9:8-21, 9:23-10:9; Keane 768 at Abstract, Figs. 4, 9-10, 1:67-2:32, 3:60-4:16; Sanchez 508 at Abstract, Fig. 8, 3:22-49, 6:21-31; Suzuki 250 at Abstract, Figs. 1-5, 8, 11, 11:65-12:4, 12:5-21; Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32; Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55; Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27.

(12)    A urine collection device that is configured so that a fluid permeable membrane engages tissue surrounding the urethral opening. *See, e.g.*, Van Den Heuvel 823 at Figs. 1-4, 1:27-2:15, 2:25-27, 6:18-26, 7:15-20, 7:22-24, 7:25-30, 8:22-25; Van Den Heuvel 894 at Figs. 1-4, paras. 5-6, 23, 44; Wolf 784 at Abstract, Figs. 1a, 5a, 5b, 9:7-19, 9:8-21, 9:23-10:9; Keane 768 at Abstract, Figs. 4, 9-10, 1:34-36, 1:67-2:32, 3:60-4:16; Sanchez 508 at Abstract, Fig. 8, 3:22-49, 4:7-9, 6:21-31; Suzuki 250 at Abstract, Figs. 1-5, 8, 11, claim 1, 2:41-55, 11:65-12:4; Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32; Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55; Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33; Fell 044 at Fig. 1, Abstract, 23:12-14;  Tong 356 at Figs. 1-5, 4:11-26; McGuire 981 at 1:71-2:16; Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27; Parmar 2014 at p. 1; 2015 Omni Catalog at pp. 3-4.

(13)    Using a fabric sleeve or ribbed knit fabric as a permeable membrane. *See, e.g.*, Jones 080 at Figs. 1-7, 1:59-89, 2:52-79; Flower 300 at Figs. 2, 7, 1:11-15, 2:22-24, 3:23-32;  Larson 025 at Abstract, Fig. 2, 3:21-25, 4:47-52; Brennan 465 at 4:16-66, Figs. 1-2, 6; Lawrence 564 at Fig. 14, 11:24-35; Sanchez 508 at Abstract, Fig. 8, 3:22-49, 4:7-9, 6:21-31; Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55; Schmidt 688 at Figs. 4-7, 4:29-68, 5:43-62; McGuire 981 at 1:71-2:16; Tong 356 at Figs. 1-5, 4:11-26; Fell 044 at Fig. 1, Abstract, 23:12-14.

(14)    A permeable membrane that includes a wicking material.  *See, e.g.*, Sanchez 508 at Abstract, Fig. 8, 3:22-49, 4:7-9, 6:21-31; Kuntz 166 at Abstract, Figs. 2-6, 2:43-47, 2:48-69; Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55; Mahnensmith 080 at Abstract, Figs. 1-5, paras.

9-11, 17, 21-22, 24, 30-31; Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-50, 2:51-59, 2:59-67, 3:45-4:19, 5:15-24, 5:27-43, 6:18-43; Keane 768 at Abstract, 1:34-36, 1:65-2:10, 2:46-56, Fig. 4; Lawrence 564 at Figs. 1-10, 14, Abstract, 4:47-55, 5:8-6:27, 6:21-25, 6:40-42, 7:28-56, 11:1-19, 11:24-36, claim 6; Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32; Lawrence 222 at Figs. 1-10, 14, Abstract, 4:47-55, 5:8-6:27, 6:21-25, 6:40-42, 7:28-56, 11:1-19, 11:24-36, claim 6; Cheng 133 at Figs. 7A-9, 16:53-17:54.

(15)     Urine collection devices that use a tube to remove urine from the device with one end of the tube in the reservoir and where the tube extends through the fluid outlet to the fluid discharge end of the device (in many cases, the tube has openings only at its ends with a lumen coupling the two openings). *See, e.g.*, Van Den Heuvel 823 at Figs. 1-4, 2:14-17, 3:21-25, 4:13-19, 7:15-30; Van Den Heuvel 894 at Figs. 1-4, paras. 19, 42, 44, 47; Wolf 784 at Abstract, Figs. 1a, 5a, 5b, 6:1-7, 9:8-21, 9:23-10:9; Keane 768 at Abstract, Figs. 4, 9-10, 1:67-2:32, 3:60-4:34; Sanchez 508 at Abstract, Fig. 8, 3:22-49, 6:21-31; Suzuki 250 at Figs. 1-5, 8, 11, 3:4-13, 6:3-6, 12:5-21; Chiku 946 at Figs. 5, 10, 1, 2, 7, Abstract, paras. 11-12; Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13; Macaulay 2007 at pp. 641-643; 2006 British Health Publication at pp. 14-15; Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32; Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55.

(16)     Urine collection devices with a fluid discharge tube that extends behind a fluid permeable membrane and support. *See, e.g.*, Van Den Heuvel 823 at Figs. 1-4, 2:14-17, 3:21-25, 4:13-19, 7:15-30; Van Den Heuvel 894 at Figs. 1-4, 19, 47; Keane 768 at Abstract, Figs. 4, 9-10, 1:67-2:32, 3:60-4:34; Sanchez 508 at Abstract, Fig. 8, 3:22-49, 6:21-31; Suzuki 250 at Abstract, Figs. 1-5, 8, 11, 11:65-12:4, 12:5-21; Chiku 946 at Figs. 1, 2, 6, 7, paras. 6-7, 9, 14; Mizuguchi 641 at Figs. 1, 2, 6, 7, paras. 6-7, 9, 14; Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13; Macaulay 2007 at pp. 641-643; 2006 British Health Publication at pp. 14-15; Wolff 066 at Fig. 5b, 5:56-6:35;

Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46; Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32; Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55; Tsai 554 at Figs. 2, 3, 5, 5:22-24.

(17)    Urine collection devices configured so that discharged urine passes through an opening in a casing or fluid impermeable layer of the device, through a membrane and a support, and into a reservoir where the urine is withdrawn via a discharge tube. *See, e.g.*, Van Den Heuvel 823 at Figs. 1-4, 2:14-17, 3:21-25, 4:13-19, 6:28-7:3, 7:15-30, 8:17-20; Van Den Heuvel 894 at Figs. 1-4, paras. 17, 20-21, 44; Wolf 784 at Abstract, Figs. 1a, 5a, 5b, 6:1-7, 9:7-19, 9:8-21, 9:23-10:9; Keane 768 at Abstract, Figs. 4, 9-10, 1:67-2:32, 3:60-4:34; Sanchez 508 at Abstract, Fig. 8, 3:22-49, 6:21-31; Suzuki 250 at Abstract, Figs. 1-5, 8, 11, 2:41-55, 3:4-13, 6:3-6, 11:65-12:4, 12:5-21; Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32; Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55; Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27.

(18)    Urine collection devices held in place solely by frictional engagement with or between the labia or other portions of the user's body surrounding the urethral opening. *See, e.g.*, Sanchez 508 at 5:14-16; Coley 804 at Figs. 1-5, Abstract, paras. 18-19, 21-25; Nolan 144 at Figs. 1-6, 1:55-82, 2:69-77; Swiecicki 634 at Figs. 1-8, 2:14-34, 4:59-5:9, 11:42-61; Hirschman 277 at Figs. 1-9, 1:33-40, 2:24-50; Parmar 2014 at p. 1.

(19)    Urine collection devices held in place by engagement between one end of the casing and a user's perineum. *See, e.g.,* Sanchez 508 at 5:14-16; Coley 804 at Figs. 1-5, Abstract, paras. 18-19, 21-25; Nolan 144 at Figs. 1-6, 1:55-82, 2:69-77; Swiecicki 634 at Figs. 1-8, 2:14-34, 4:59-5:9, 11:42-61; Parmar 2014 at p. 1.

(20)    Urine collection devices that are curved with a fluid opening on the inside of the curve for positioning next to the user's urethra and where one end of the device is adjacent to the user's anus. *See* Sanchez 508 at Fig. 5, 5:14-16; Coley 804 at Figs. 1-5, Abstract, paras. 18-19, 21-

25; Van Den Heuvel 823 at Figs. 1-4, 6:18-26, 7:5-13, 8:22-25, 7:23-25; Van Den Heuvel 894 at Figs. 1-4, paras. 17, 41, 43, 48; Wolf 784 at Abstract, Figs. 1a, 5a, 5b, 9:7-19; Keane 768 at Abstract, Figs. 9-10, 3:75-4:4; Suzuki 250 at Abstract, Figs. 1-5, 8, 11, 2:41-55, claim 1; Chiku 946 at Figs. 6, 10, 12, paras. 20, 21, 25-26; Mizuguchi 641 at Figs. 6, 10, 12, paras. 20, 21, 25-26; Ishii 108 at Figs. 1-4, paras 1-13; Macaulay 2007 at pp. 641-643; 2006 British Health Publication at pp. 14-15; Schmitt 710 at Figs. 3-6, cols. 1-2; Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64; Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61; Conkling 541 at Figs. 12-15, 7:2-5, 7:8-11; Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13; Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32; Parmar 2014 at p. 1; 2015 Omni Catalog at pp. 3-4.

(21)    Urine collection devices with a curved design with a fluid opening on the inside of the curve for positioning next to a female user's urethra where the end of the device that is adjacent to the user's anus has a reservoir and the opposite end above the urethra has a fluid outlet. *See, e.g.*, Van Den Heuvel 823 at Figs. 1-4, 6:18-26, 7:5-13, 8:22-25, 7:23-25; Van Den Heuvel 894 at Figs. 1-4, paras. 41, 43, 44; Keane 768 at Abstract, Figs. 4, 9-10, 1:67-2:32, 3:75-4:4; Sanchez 508 at Abstract, Fig. 8, 3:22-49, 6:21-31; Suzuki 250 at Abstract, Figs. 1-5, 8, 11, 2:41-55, claim 1; Chiku 946 at Figs. 6, 10, 12, paras. 20, 21, 25-26; Mizuguchi 641 at Figs. 6, 10, 12, paras. 20, 21, 25-26; Ishii 108 at Figs. 1-4, paras 1-13; Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13; Macaulay 2007 at pp. 641-643; 2006 British Health Publication at pp. 14-15; Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32; 2015 Omni Catalog at pp. 3-4.

(22)    Permeable materials made from spun plastic, including a fluid permeable support made out of spun plastic. *See, e.g.*, Van Den Heuvel 823 at 8:19-20; Van Den Heuvel 894 at para. 52; Wolf 784 at 9:25-28, 10:1-4; Philips 505 at Figs. 18-22, 21:35-64, 26:40-27:42; Bond 845 at Abstract, ¶¶ 72, 205.

(23)    Connecting a fluid receptacle to the discharge end of a tube to allow urine withdrawn from a fluid reservoir to enter it.  *See, e.g.*, Van Den Heuvel 823 at Figs. 1-4, 2:14-17, 3:21-25, 4:13-19, 7:15-30; Van Den Heuvel 894 at Figs. 1-4, paras. 5-6, 21, 46; Wolf 784 at Abstract, Figs. 1a-5b, 2:4-10, 5:12-30, 6:1-7, 9:3-5; Macaulay 2007 at pp. 641-643; 2006 British Health Publication at pp. 14-15; Keane 768 at 1:31-41, 2:6-10; Sanchez 508 at Abstract, Fig. 8, 3:22-49, 6:21-31; Schmitt 710 at Figs. 3-6, cols. 1-2; Chiku 946 at Figs. 5, 12, claim 14, paras. 18-19; Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13; Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32; Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55; Lawrence 222 at Figs. 6-10, 14, Abstract, 4:47-55, 5:8-6:27, 6:21-25, 6:40-42, 7:28-56, 8:8-29, 8:38-10:29, 11:1-19, 11:24-36; Washington 508 at Figs. Figs. 6-9, 2:33-38, 5:63-6:10; Parmar 2014 at p. 1; 2015 Omni Catalog at pp. 3-4; Martin 061 at Figs. 1, 8, 2:65-3:14, 3:15-21, 4:34-38, 5:10-51.

(24)    Connecting a vacuum source connected to the discharge end of a urine discharge tube to assist in withdrawing urine from the fluid reservoir.  *See, e.g.*, Van Den Heuvel 823 at 1:27-2:7; Van Den Heuvel 894 at Figs. 1-4, paras. 5-6, 21, 46; Wolf 784 at Abstract, Figs. 1a-5b, 2:4-10, 5:12-30, 6:1-7, 9:3-5; Macaulay 2007 at pp. 641-643; 2006 British Health Publication at pp. 14-15; Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35; Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46; Keane 768 at 1:31-41, 2:6-10; Sanchez 508 at Abstract, Fig. 8, 3:22-49, 6:21-31; Schmitt 710 at Figs. 3-6, cols. 1-2; Chiku 946 at Figs. 5, 12, claim 14, paras. 18-19; Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13; Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32; Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55; Lawrence 564 at Figs. 6-10, 14, Abstract, 4:47-55, 5:8-6:27, 6:21-25, 6:40-42, 7:28-56, 8:8-29, 8:38-10:29, 11:1-19, 11:24-36; Parmar 2014 at p. 1; 2015 Omni Catalog at pp. 3-4.

(25)     Using a vacuum-induced pressure differential to withdraw urine through a tube at a flow rate equal to the urine discharge rate in a urination event (including without causing the reservoir to block the tube).  *See, e.g.*, Van Den Heuvel 823 at 1:27-2:7; Van Den Heuvel 894 at paras. 5-6, 8, 21; Wolf 784 at Abstract, Figs. 1a-5b, 2:4-10, 5:12-30, 6:1-7, 6:9-12, 7:8-12, 9:3-5; Macaulay 2007 at pp. 641-643; 2006 British Health Publication at pp. 14-15; Wolff 066 at 2:1-2; Wolff 131 at para. 3; Chiku 946 at para. 19; Mizuguchi 641 at Figs. 1-10, Abstract, paras 6-11, 14-21, 23-26; Otto 137 at Figs. 1-2, 3:7-64, 4:10-28; Sanchez 508 at 4:55-64.

(26)     Using the above referenced urine collection devices in methods of collecting and removing urine from a user by, for example, positioning the device so that it is disposed with a female user's urethral opening, allowing urine to be received through an opening in the device, and allowing the discharged urine to be withdrawn via a discharge tube.  *See, e.g.*, Van Den Heuvel 823 at Figs. 1-4, 7:23-30; Van Den Heuvel 894 at Figs. 1-4, paras. 23, 28, 41, 43, 44; Wolf 784 at Abstract, Figs. 1a-5b, 9:7-19; Keane 768 at Abstract, Figs. 4, 9-10, 1:31-41, 1:67-2:32, 3:60-4:16; Sanchez 508 at Abstract, Fig. 8, 3:22-49, 6:21-31; Suzuki 250 at Abstract, Fig. 1, 3:4-13, 6:3-6; Chiku 946 at Figs. 6, 10, 12, paras. 20-21, 25-26; Macaulay 2007 at pp. 641-643; 2006 British Health Publication at pp. 14-15; Schmitt 710 at Figs. 3-6, cols. 1-2; Conkling 541 at Figs. 12-15, 7:2-5, 7:8-11; Washington 508 at Figs. 5-9, 3:1-9; Parmar 2014 at p. 1; 2015 Omni Catalog at pp. 3-4.

(27)     Removing the urine collection device from a user and adding another urine collection device as needed.  *See, e.g.*, Kuntz 355 at 9:33-53; Okabe 706 at 8:21-26; Okabe 547 at para. 41; Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33, 5:66-6:4; Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64; Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61; Wada 460 at 9:32-35; Tazoe 205 at 5:40-45; Tazoe 292 at para. 42; Coley 804 at Figs. 1-5, Abstract, paras. 18-19, 21-

24; Nolan 144 at Figs. 1-6, 1:55-82, 2:69-77; Swiecicki 634 at Figs. 1-8, 2:14-34, 4:59-5:9, 11:42-61; Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27; Parmar 2014 at p. 1; 2015 PureWick brochure at pp. 1-4.

As shown by the above examples (and the charts below), the differences, if any, between the relevant prior art references and the Asserted Claims of the 376 Patent were known and would have been within the knowledge and common sense of one of ordinary skill in the art, and modification, if any, to achieve the claimed invention would have been a routine choice with a reasonable expectation of success.  In addition, or alternatively, one of ordinary skill in art would have been motivated to combine one or more of the references as they nearly all pertain, generally, to urine collection systems or apparatuses.

As noted above, the following charts identify where in each item of prior art each element of each asserted claim is found.  The citations in the charts are representative and should not be construed as limiting.  As mentioned above, the charts below reflect alternative views of the meaning of claim language including Sage's understanding of Plaintiff's position regarding the construction of the claims, and Sage makes no admissions regarding any alleged infringement.  Moreover, by addressing any claim language in the charts below, Sage makes no admission as to whether or not that language serves as a limitation of the claim.

## U.S. Patent No. 10,226,376 (Claims 1, 4–9, and 11–14)

| Claim Language | Prior Art |
|---|---|
| **Claim 1** | |
| 1. An apparatus comprising: | To the extent the preamble is limiting, the below-cited references each disclose an apparatus. |

| Claim Language | Prior Art |
|---|---|
| a fluid impermeable casing having a fluid reservoir at a first end, | Apparatuses with fluid impermeable casings having a fluid reservoir at one end were well known at the time of the alleged invention.[4]<br><br>• Duke 046 at Figs. 1-3, 1:63-2:2;<br>• Keane 768 at Abstract, Figs. 4, 9-10, 1:67-2:32, 3:75-4:16;<br>• Ellis 185 at Figs. 1-3, 2:55-3:3;<br>• Flower 300 at Figs. 2, 7, 1:11-15, 2:22-24, 3:23-32;<br>• Larson 025 at Abstract, Fig. 2, 3:21-25, 4:47-52;<br>• Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33, 5:34-6:4, 6:36-43;<br>• Kraus 703 at Abstract, Figs. 1-6, 3:37-4:62;<br>• Triunfol 675 at Figs. 1-5, claims 1-4, 3:66-4:7, 4:2-7;<br>• Martin 061 at Figs. 1, 8, 2:65-3:14, 3:15-21, 4:34-38, 5:10-51;<br>• Nussbaumer 160 at Figs. 1-9, 2:23-44, 2:50-59, 3:20-41, 4:5-13, 5:10-15;<br>• Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32;<br>• Ehrenkranz 215 at Abstract, Figs. 1-9B;<br>• Brennan 465 at 4:16-66, Figs. 1-2, 6;<br>• Washington 508 at Figs. 1-5, 11-12, 2:24-27, 2:40-52, 5:22-62, 10:23-34;<br>• Conkling 541 at Figs. 12-15, Figs. 12-15, 3:29-49, 6:43-68, 7:2-11;<br>• Nigay 463 at Figs. 1-3, 1:65-2:62;<br>• McGuire 347 at Figs. 1-4, Abstract, 2:35-40, 5:25-30, 6:1-35;<br>• Carns 997 at Figs. 2-5, 6:15-31;<br>• Kubo 983 at Figs. 1a-2, Abstract, 2:44-3:5, 4:19-33, 5:8-27;<br>• Kubo 052 at Figs. 1a-4, Abstract, 3:53-4:59;<br>• Lawrence 564 at Figs. 1-10, Abstract, 5:8-6:27, 7:28-56; |

---

[4] For purposes of the 376 Patent, it is assumed that the time of the alleged invention is the earliest alleged priority date of March 2014 despite Plaintiff's failure to provide adequate evidence on this issue.  Of course, what was known as of that date was also known at later dates.

| Claim Language | Prior Art |
|---|---|
| | • Lawrence 222 at Figs. 1-10, 14, Abstract, 5:8-6:27, 7:28-56, 11:24-36;<br>• Etheredge 606 at Figs. 1-3, Abstract, 4:7-60, 5:212-54;<br>• Kraus 339 at Abstract, Figs. 1-7, 4:47-5:15;<br>• Cheng 133 at Figs. 7A-9, 16:53-17:54;<br>• Snyder 560 at Figs. 1-5, 4:5-5:47;<br>• Sweetser 793 at Figs. 1-2, 3:35-4:31;<br>• Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64;<br>• Scott 384 at 3:15-31, Figs. 3-4;<br>• Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35;<br>• Otto 137 at Figs. 1-2, 3:7-64, 4:10-28;<br>• Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61;<br>• Harvie 964 at Figs. 1-3, 9:25-10:45;<br>• Harvie 012 at Figs. 1-3, 8:29-9:51;<br>• Harvie 043 at Figs. 1-3, 9:66-10:58;<br>• Easter 366 at Figs. 5-9, 5:54-6:10;<br>• Trabold 781 at Abstract, Figs. 1-8, 2:35-51;<br>• Cheng 245 at 24:12-35, 29:27-52, 37:35-57, 38:48-53;<br>• Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33;<br>• Suzuki 250 at Abstract, Figs. 1-5, 8, 11, claim 1, 2:41-55, 11:65-12:21;<br>• Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26;<br>• Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54;<br>• Mombrinie 389 at Figs. 1-4, 9, 4:17-26, 4:61-5:7, 5:15-19;<br>• Swiecicki 634 at Figs. 1-8, 2:14-34, 4:59-5:9, 11:42-61;<br>• Okabe 706 at 7:40-8:14, Figs. 3-4;<br>• Sanchez 508 at Abstract, Fig. 8, 6:21-31;<br>• Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27;<br>• Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56;<br>• Grundke 161 at Figs. 1-5, paras. 20-24, 33;<br>• Scott 749 at Figs. 3-4, paras. 74-75, 79;<br>• Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46; |

| Claim Language | Prior Art |
|---|---|
| | <ul><li>Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66;</li><li>Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32;</li><li>Mombrinie 639 at Figs. 1-9, paras. 13-14, 31-38, 40, 43;</li><li>Mahnensmith 080 at Abstract, Figs. 1-5, paras. 8-9, 17-20, 30-31;</li><li>Wightman 214 at Figs. 2b, 4b, 5-6, paras. 87, 92;</li><li>Coley 804 at Figs. 1-5, Abstract, paras. 18-19, 21-24;</li><li>Van Den Heuvel 894 at Figs. 1-4, paras. 5, 7, 40, 42, 44, 51;</li><li>Van Den Heuvel 823 at Figs. 1-4, 1:27-2:7, 6:18-26, 6:28-7:3, 7:15-20, 7:22-24, 7:25-30, 8:17-20, 8:22-25;</li><li>Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:8-21, 9:23-25;</li><li>Goldenberg 638 at Abstract, Figs. 1-3, 3:20-42, 6:44-57;</li><li>Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;</li><li>Wada 625 at Fig. 24, paras. 188-194;</li><li>Schmitt 710 at Figs. 3-6, cols. 1-2;</li><li>Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13;</li><li>Chiku 946 at Figs. 1, 2, 6, 7, Abstract, paras. 6-7, 14;</li><li>Mizuguchi 641 at Figs. 1, 2, 6, 7, Abstract, paras. 6-7, 14;</li><li>Ishii 108 at Figs. 1-4, paras 1-13;</li><li>Macaulay 2007 at pp. 641-643;</li><li>2006 British Health Publication at pp. 14-15;</li><li>Omni Starter Kit Brochure;</li><li>Omni Brochure;</li><li>Omni Presentation;</li><li>2015 Omni Catalog;</li><li>2015 PureWick brochure at pp. 1-4.</li></ul> |
| a fluid outlet at a second end, | Fluid impermeable casings having a fluid outlet at another end were well known at the time of the alleged invention. |

| Claim Language | Prior Art |
|---|---|
| | <ul><li>Scott 234 at 1:29-48, Figs. 1-3;</li><li>Duke 046 at Figs. 1-3, 1:63-2:23;</li><li>Keane 768 at Abstract, 1:65-2:10, 3:49-4:16, Fig. 9-10;</li><li>Flower 300 at Figs. 2, 7, 1:11-15, 2:22-24, 3:23-32;</li><li>Larson 025 at Abstract, Fig. 2, 3:21-25, 4:47-52;</li><li>Hessner 418 at 6:36-43;</li><li>Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32;</li><li>Brennan 465 at 4:16-66, Figs. 1-2, 6;</li><li>Washington 508 at Figs. 1-12, 2:33-38, 5:63-6:10;</li><li>Conkling 541 at Figs. 12-15, 3:29-49, 6:43-68, 7:2-11;</li><li>Nigay 463 at Figs. 1-3, 1:65-2:62;</li><li>McGuire 347 at Figs. 1-4, Abstract, 2:35-40, 5:25-30, 6:1-35;</li><li>McGuire 699 at Figs. 1-6, 4:1-19, 4:68-5:2, 6:61-64;</li><li>Skow 735 at Abstract, Figs. 1-11, 3:48-51, 6:16-67;</li><li>Argenta 643 at Figs. 1, 5; 3:31-51, 6:46-64, 7:10-23, 7:56-58;</li><li>Carns 997 at Figs. 2-5, 6:15-31;</li><li>Kubo 983 at Figs. 1a-2, Abstract, 2:44-3:5, 4:19-33, 5:1-7;</li><li>Kubo 052 at Figs. 1a-4, Abstract, 3:53-4:59;</li><li>Lawrence 564 at Figs. 1-10, Abstract, 5:8-6:27, 7:28-56;</li><li>Lawrence 222 at Figs. 1-10, 14, Abstract, 5:8-6:27, 7:28-56, 11:24-36;</li><li>Kraus 339 at Abstract, Figs. 1-7, 4:47-5:15;</li><li>Triunfol 675 at Figs. 1-5, claims 1-4, 3:66-4:7, 4:2-7;</li><li>Robertson 771 at Figs. 1-2, 2:56-3:44;</li><li>Cheng 133 at Figs. 7A-9, 16:53-17:54;</li><li>Snyder 560 at Figs. 1-5, 4:5-5:47;</li><li>Sweetser 793 at Figs. 1-2, 3:35-4:31;</li><li>Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64;</li><li>Scott 384 at 3:15-31, Figs. 3-4;</li><li>Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35;</li></ul> |

| Claim Language | Prior Art |
| --- | --- |
| | • Otto 137 at Figs. 1-2, 3:7-64, 4:10-28;<br>• Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61;<br>• Easter 366 at Figs. 5-9, 5:54-6:10;<br>• Harvie 964 at Figs. 1-3, 9:25-10:45;<br>• Harvie 012 at Figs. 1-3, 8:29-9:51;<br>• Harvie 043 at Figs. 1-3, 9:66-10:58;<br>• Trabold 781 at Abstract, Figs. 1-8, 2:35-51;<br>• Cheng 245 at 24:12-35, 29:27-52, 37:35-57, 38:48-53;<br>• Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33;<br>• Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26;<br>• Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54;<br>• Mombrinie 389 at Figs. 1-4, 9, 4:17-26, 4:61-5:7, 5:15-19;<br>• Okabe 706 at Figs. 1-9, 3:36-45, 4:10-21, 6:13-17;<br>• Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56;<br>• Sanchez 508 at Abstract, Fig. 8, 6:21-31;<br>• Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27;<br>• Grundke 161 at Figs. 1-5, paras. 20-24, 33;<br>• Scott 749 at Figs. 3-4, paras. 74-75, 79;<br>• Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46;<br>• Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66;<br>• Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32;<br>• Mombrinie 639 at Figs. 1-9, paras. 13-14, 31-38, 40, 43;<br>• Mahnensmith 080 at Abstract, Figs. 1-5, paras. 23, 30-31;<br>• Van Den Heuvel 894 at Figs. 1-4, paras. 5-7, 40, 42, 44, 51;<br>• Van Den Heuvel 823 at Figs. 1-4, 2:14-17, 3:21-25, 4:13-19, 7:15-30;<br>• Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 6:1-7, 9:8-21, 9:23-25; |

| Claim Language | Prior Art |
|---|---|
| | • Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55; <br> • Wada 625 at Fig. 24, paras. 188-194; <br> • Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13; <br> • Goldenberg 638 at Abstract, Figs. 1-3, 3:20-42, 6:44-57; <br> • Schmitt 710 at Figs. 3-6, cols. 1-2; <br> • Chiku 946 at Figs. 1, 2, 6, 7, Abstract, paras. 6-7, 14; <br> • Mizuguchi 641 at Figs. 1, 2, 6, 7, Abstract, paras. 6-7, 14; <br> • Ishii 108 at Figs. 1-4, paras 1-13; <br> • Macaulay 2007 at pp. 641-643; <br> • 2006 British Health Publication at pp. 14-15; <br> • Parmar 2014 at p. 1; <br> • Omni Starter Kit Brochure; <br> • Omni Brochure; <br> • Omni Presentation; <br> • 2015 Omni Catalog; <br> • 2015 PureWick brochure at pp. 1-4. |
| and a longitudinally extending fluid impermeable layer coupled to the fluid reservoir and the fluid outlet and defining a longitudinally elongated opening between the fluid reservoir and the fluid outlet; | Fluid impermeable casings having a longitudinally extending fluid impermeable layer coupled to the fluid reservoir and the fluid outlet and defining a longitudinally elongated opening between the fluid reservoir and the fluid outlet were well known at the time of the alleged invention. For example, in the case of urine collection devices, such a configuration is shaped for the female anatomy as discussed above while allowing for urine collection and removal. <br><br> • Duke 046 at Figs. 1-3, 1:63-2:23; <br> • Keane 768 at Abstract, 1:65-2:10, 2:46-56, Fig. 9-10; <br> • Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33, 5:34-6:4, 6:36-43; <br> • Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32; <br> • Conkling 541 at Figs. 12-15, 3:29-49, 6:43-68, 7:2-11; <br> • Nigay 463 at Figs. 1-3, 1:65-2:62; |

| Claim Language | Prior Art |
|---|---|
|  | <ul><li>Carns 997 at Figs. 2-5, 6:15-31;</li><li>Lawrence 564 at Figs. 1-10, Abstract, 5:8-6:27, 7:28-56;</li><li>Lawrence 222 at Figs. 1-10, 14, Abstract, 5:8-6:27, 7:28-56, 11:24-36;</li><li>Kraus 339 at Abstract, Figs. 1-7, 4:47-5:15;</li><li>Robertson 771 at Figs. 1-2, 2:56-3:44;</li><li>Cheng 133 at Figs. 7A-9, 16:53-17:54;</li><li>Snyder 560 at Figs. 1-5, 4:5-5:47;</li><li>Sweetser 793 at Figs. 1-2, 3:35-4:31;</li><li>Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64;</li><li>Scott 384 at 3:15-31, Figs. 3-4;</li><li>Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35;</li><li>Otto 137 at Figs. 1-2, 3:7-64, 4:10-28;</li><li>Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61;</li><li>Easter 366 at Figs. 5-9, 5:54-6:10;</li><li>Harvie 964 at Figs. 1-3, 9:25-10:45;</li><li>Harvie 012 at Figs. 1-3, 8:29-9:51;</li><li>Harvie 043 at Figs. 1-3, 9:66-10:58;</li><li>Trabold 781 at Abstract, Figs. 1-8, 2:35-51;</li><li>Cheng 245 at 24:12-35, 29:27-52, 37:35-57, 38:48-53;</li><li>Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33;</li><li>Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26;</li><li>Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54;</li><li>Mombrinie 389 at Figs. 1-4, 9, 4:17-26, 4:61-5:7, 5:15-19;</li><li>Okabe 706 at Figs. 1-9, 3:36-45, 4:10-21, 6:13-17;</li><li>Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56;</li><li>Sanchez 508 at Abstract, Fig. 8, 6:21-31;</li><li>Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27;</li><li>Grundke 161 at Figs. 1-5, paras. 20-24, 33;</li><li>Scott 749 at Figs. 3-4, paras. 74-75, 79;</li><li>Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46;</li></ul> |

| Claim Language | Prior Art |
|---|---|
| | • Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66;<br>• Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32;<br>• Mombrinie 639 at Figs. 1-9, paras. 13-14, 31-38, 40, 43;<br>• Mahnensmith 080 at Abstract, Figs. 1-5, paras. 9-11, 17-22, 24, 30-31;<br>• Van Den Heuvel 894 at Figs. 1-4, paras. 5, 7, 17, 23, 40, 44;<br>• Van Den Heuvel 823 at Figs. 1-4, 1:27-2:7, 7:22-24, 6:18-26, 7:5-13, 8:22-25;<br>• Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:8-21, 9:23-25;<br>• Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;<br>• Wada 625 at Fig. 24, paras. 188-194;<br>• Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13;<br>• Goldenberg 638 at Abstract, Figs. 1-3, 3:20-42, 6:44-57;<br>• Schmitt 710 at Figs. 3-6, cols. 1-2;<br>• Chiku 946 at Figs. 1-10, Abstract, paras. 6-11, 14-21, 23-26;<br>• Mizuguchi 641 at Figs. 1-10, Abstract, paras 6-11, 14-21, 23-26;<br>• Ishii 108 at Figs. 1-4, paras 1-13;<br>• Macaulay 2007 at pp. 641-643;<br>• 2006 British Health Publication at pp. 14-15;<br>• Omni Starter Kit Brochure;<br>• Omni Brochure;<br>• Omni Presentation;<br>• 2015 Omni Catalog;<br>• 2015 PureWick brochure at pp. 1-4. |
| a fluid permeable support disposed within the casing with a portion extending across the elongated opening, | Fluid permeable supports disposed within the casing with a portion extending across the elongated opening was well known at the time of the alleged invention, for example, allowing for support of a fluid permeable membrane.<br><br>• Keane 768 at Abstract, 1:65-2:10, 2:46-56, 3:75-4:16, Fig. 9-10; |

| Claim Language | Prior Art |
|---|---|
| | • Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33, 5:34-6:4, 6:36-43;<br>• Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32;<br>• Conkling 541 at Figs. 12-15, 3:29-49, 6:43-68, 7:2-11;<br>• Nigay 463 at Figs. 1-3, 1:65-2:62;<br>• Lawrence 564 at Figs. 1-10, Abstract, 5:8-6:27, 7:28-56, 11:24-36;<br>• Lawrence 222 at Figs. 1-10, 14, Abstract, 5:8-6:27, 7:28-56, 11:24-36;<br>• Cheng 133 at Figs. 7A-9, 16:53-17:54;<br>• Sweetser 793 at Figs. 1-2, 3:35-4:31;<br>• Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64;<br>• Scott 384 at 3:15-31, Figs. 3-4;<br>• Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35;<br>• Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61;<br>• Easter 366 at Figs. 5-9, 5:54-6:10;<br>• Harvie 964 at Figs. 1-3, 9:25-10:45;<br>• Harvie 012 at Figs. 1-3, 8:29-9:51;<br>• Harvie 043 at Figs. 1-3, 9:66-10:58;<br>• Cheng 245 at 24:12-35, 29:27-52, 37:35-57, 38:48-53;<br>• Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33;<br>• Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26;<br>• Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54;<br>• Mombrinie 389 at Figs. 1-4, 9, 4:17-26, 4:61-5:7, 5:15-19;<br>• Okabe 706 at Figs. 1-9, 3:36-45, 4:10-21, 6:13-17;<br>• Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56;<br>• Sanchez 508 at Abstract, Fig. 8, 6:21-31;<br>• Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27;<br>• Scott 749 at Figs. 3-4, paras. 74-75, 79;<br>• Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46;<br>• Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66;<br>• Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32; |

| Claim Language | Prior Art |
|---|---|
|  | • Mombrinie 639 at Figs. 1-9, paras. 13-14, 31-38, 40, 43;<br>• Mahnensmith 080 at Abstract, Figs. 1-5, paras. 8-9, 17-20, 30-31;<br>• Van Den Heuvel 894 at Figs. 1-4, paras. 5, 7, 13-14, 38-44;<br>• Van Den Heuvel 823 at Figs. 1-4, 1:27-2:7, 6:18-26, 6:28-7:3, 7:15-20, 7:22-24, 7:25-30, 8:17-20, 8:22-25;<br>• Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:8-21, 9:23-28, 10:1-4;<br>• Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;<br>• Wada 625 at Fig. 24, paras. 188-194;<br>• Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13;<br>• Chiku 946 at Figs. 1, 2, 6, 7, Abstract, paras. 6-7, 14;<br>• Mizuguchi 641 at Figs. 1, 2, 6, 7, Abstract, paras. 6-7, 14<br>• Macaulay 2007 at pp. 641-643;<br>• 2006 British Health Publication at pp. 14-15;<br>• Omni Starter Kit Brochure;<br>• Omni Brochure;<br>• Omni Presentation;<br>• 2015 Omni Catalog;<br>• 2015 PureWick brochure at pp. 1-4. |
| wherein the fluid permeable support is distinct from and at least proximate to the fluid reservoir; | Fluid permeable supports distinct from and near the fluid reservoir were well known at the time of the alleged invention. For example, in the case of urine collection devices, such a configuration prevented the support from being in a urine reservoir but close enough to allow for urine to enter the reservoir.<br><br>• Keane 768 at Abstract, 1:65-2:10, 2:46-56, 3:75-4:16, Fig. 9-10;<br>• Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33, 5:34-6:4, 6:36-43;<br>• Washington 508 at Figs. 1-5, 2:24-67, 5:22-6:67;<br>• Conkling 541 at Figs. 12-15, 6:43-68; |

| Claim Language | Prior Art |
|---|---|
| | <ul><li>Nigay 463 at Figs. 1-3, 1:65-2:62;</li><li>Triunfol 675 at Figs. 1-5, claims 1-4, 3:66-4:7, 4:2-7;</li><li>Sweetser 793 at Figs. 1-2, 3:35-4:31;</li><li>Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35;</li><li>Mombrinie 389 at Figs. 1-4, 9, 4:17-26, 4:61-5:7, 5:15-19;</li><li>Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56;</li><li>Sanchez 508 at Abstract, Fig. 8, 6:21-31;</li><li>Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27;</li><li>Scott 749 at Figs. 3-4, paras. 74-75, 79;</li><li>Scott 384 at 3:15-31, Figs. 3-4;</li><li>Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46;</li><li>Mombrinie 639 at Figs. 1-9, paras. 13-14, 31-38, 40, 43;</li><li>Mahnensmith 080 at Abstract, Figs. 1-5, paras. 8-11, 17-20, 30-31;</li><li>Van Den Heuvel 894 at Figs. 1-4, paras. 42, 44;</li><li>Van Den Heuvel 823 at Figs. 1-4, 6:18-26, 7:15-20, 7:22-24, 8:22-25;</li><li>Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:17-19, 9:8-21, 9:23-28, 10:1-4;</li><li>Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;</li><li>Wada 625 at Fig. 24, paras. 188-194;</li><li>Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13;</li><li>Chiku 946 at Figs. 1, 2, 6, 7, Abstract, claim 10, paras. 8, 14-15;</li><li>Mizuguchi 641 at Figs. 1, 2, 6, 7, Abstract, claim 10, paras. 8, 14-15;</li><li>Macaulay 2007 at pp. 641-643;</li><li>Omni Starter Kit Brochure;</li><li>Omni Brochure;</li><li>Omni Presentation;</li><li>2015 Omni Catalog;</li><li>2006 British Health Publication at pp. 14-15.</li></ul> |
| a fluid permeable membrane disposed on the support and covering at least the portion of the | Using multiple layers of permeable materials is well known in the body fluid collection art |

| Claim Language | Prior Art |
|---|---|
| support that extends across the elongated opening, so that the membrane is supported on the support and disposed across the elongated opening; | to facilitate fluid flow.  Fluid permeable membranes disposed on a permeable support and covering part of the support that extends across the opening where fluid enters were well known in the art at the time of the alleged invention.  In such configurations, the membrane is supported on the support and disposed across the opening, enhancing fluid collection.<br><br>• Keane 768 at Figs. 9-10, 3:75-4:16;<br>• Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33;<br>• Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32;<br>• Lawrence 564 at Figs. 1-10, Abstract, 5:8-6:27, 7:28-56;<br>• Lawrence 222 at Figs. 1-10, 14, Abstract, 5:8-6:27, 7:28-56, 11:24-36;<br>• Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64;<br>• Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35;<br>• Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61;<br>• Harvie 964 at Figs. 1-3, 9:25-10:45;<br>• Harvie 012 at Figs. 1-3, 8:29-9:51;<br>• Harvie 043 at Figs. 1-3, 9:66-10:58;<br>• Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33;<br>• Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26;<br>• Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54;<br>• Mombrinie 389 at Figs. 1-4, 9, 4:17-26, 4:61-5:7, 5:15-19;<br>• Okabe 706 at Figs. 1-9, 3:36-45, 4:10-21, 6:13-17;<br>• Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56;<br>• Sanchez 508 at Abstract, Fig. 8, 6:21-31;<br>• Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27;<br>• Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46;<br>• Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66; |

| Claim Language | Prior Art |
|---|---|
| | • Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32;<br>• Mombrinie 639 at Figs. 1-9, paras. 13-14, 31-38, 40, 43;<br>• Mahnensmith 080 at Abstract, Figs. 1-5, paras. 10-11, 20-22, 24, 30-31;<br>• Van Den Heuvel 894 at para. 5;<br>• Van Den Heuvel 823 at 1:27-2:12, 2:25-27;<br>• Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:8-21, 9:23-10:1, 10:4-9;<br>• Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;<br>• Wada 625 at Fig. 24, paras. 188-194;<br>• Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13;<br>• Parmar 2014 at p. 1;<br>• Omni Starter Kit Brochure;<br>• Omni Brochure;<br>• Omni Presentation;<br>• 2015 Omni Catalog;<br>• 2015 PureWick brochure at pp. 1-4. |
| a tube having a first end disposed in the reservoir and extending behind at least the portion of the support and the portion of the membrane disposed across the elongated opening and extending through the fluid outlet to a second, fluid discharge end, | Fluid discharge tubes were known at the time of the alleged invention to assist in discharge of fluid from a body fluid collection appartus to a location outside of the apparatus.  It was known to have such tubes extend from the fluid reservoir, behind a portion of the membrane and support disposed across the fluid opening, and through to the fluid outlet.<br><br>• Keane 768 at Abstract, Figs. 9-10, 1:65-2:10, 3:47-4:16;<br>• Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32;<br>• Suzuki 250 at Abstract, Figs. 1-5, 8, 11, 11:65-12:21;<br>• Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35;<br>• Sanchez 508 at Abstract, Fig. 8, 6:21-31;<br>• Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27;<br>• Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46; |

| Claim Language | Prior Art |
|---|---|
|  | • Van Den Heuvel 894 at Figs. 1-4, paras. 19, 42, 44, 47; <br> • Van Den Heuvel 823 at Figs. 1-4, 2:14-17, 3:21-25, 4:13-19, 7:15-30; <br> • Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55; <br> • Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13; <br> • Chiku 946 at Figs. 5, 10, 1, 2, 7, Abstract, paras. 11-12; <br> • Mizuguchi 641 at Figs. 5, 10, 1, 2, 7, Abstract, paras. 11-12; <br> • Macaulay 2007 at pp. 641-643; <br> • 2006 British Health Publication at pp. 14-15. <br> • Omni Starter Kit Brochure; <br> • Omni Brochure; <br> • Omni Presentation; <br> • 2015 Omni Catalog. |
| the apparatus configured to be disposed with the opening adjacent to a urethral opening of a user, to receive urine discharged from the urethral opening through the opening of the fluid impermeable layer, the membrane, the support, and into the reservoir, and to have the received urine withdrawn from the reservoir via the tube and out of the fluid discharge end of the tube. | It was well known to configure such apparatuses so that the opening where fluid entered was designed to be near the source of the body fluid. For example, in a urine collection device, it was well known to dispose the device next to the urethral opening of a user so that urine could be received through the opening of the fluid impermeable layer, the membrane, the support, and into the reservoir. It was also well known to configure such apparatus with a fluid discharge end where collected fluid could leave the device via a discharge tube as discussed above. For example, for a urine collection device, it was well known to configure the device so that urine withdrawn from the reservoir was expelled out of the discharge end of the fluid collection tube. <br><br> • Keane 768 at Abstract, Figs. 4, 9-10, 1:67-2:32, 3:60-4:16; <br> • Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33, 5:34-6:4, 6:36-43; <br> • Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32; |

| Claim Language | Prior Art |
|---|---|
|  | • Suzuki 250 at Abstract, claim 1, 2:41-55, Figs. 1-5, 8, 11, 3:4-13, 6:3-6; 11:65-12:21;<br>• Lawrence 564 at Figs. 1-10, Abstract, 5:8-6:27, 7:28-56, 11:1-19;<br>• Lawrence 222 at Figs. 1-10, 14, Abstract, 5:8-6:27, 7:28-56, 11:1-19;<br>• Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64;<br>• Wolff 066 at Fig. 5b, 5:56-6:35;<br>• Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61;<br>• Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54;<br>• Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33;<br>• Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32;<br>• Sanchez 508 at Abstract, Fig. 8, 3:22-49, 6:21-31;<br>• Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27;<br>• Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46;<br>• Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26;<br>• Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66;<br>• Mahnensmith 080 at Abstract, Figs. 1-5, paras. 10-11, 20-22, 24-25, 30-31;<br>• Van Den Heuvel 894 at Figs. 1-4, paras. 5, 13-14, 38-44;<br>• Van Den Heuvel 823 at Figs. 1-4, 6:18-26, 7:5-13, 8:22-25, 7:23-25;<br>• Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:7-21, 9:23-28, 10:1-9;<br>• Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13;<br>• Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;<br>• Omni Starter Kit Brochure;<br>• Omni Brochure;<br>• Omni Presentation;<br>• 2015 Omni Catalog;<br>• 2015 PureWick brochure at pp. 1-4. |

| Claim Language | Prior Art |
|---|---|
| | |
| **Claim 4** | |
| 4. The apparatus of claim 1, wherein the support is cylindrical | See Claim 1.<br><br>There were a few known design choice configurations for body fluid collection devices, particularly those used for urine collection. For example, as discussed above, it was known that cylindrical devices conformed to the female anatomy, and thus it was known to construct such devices (and their corresponding elements such as the permeable support) to have such cylindrical shapes.<br><br><ul><li>Jones 080 at Figs. 1-7, 1:59-89, 2:52-79;</li><li>Flower 300 at Figs. 2, 7, 1:11-15, 2:22-24, 3:23-32;</li><li>Hirschman 277 at Figs. 1-9, 1:33-40, 2:24-50;</li><li>Larson 025 at Abstract, Fig. 2, 3:21-25, 4:47-52;</li><li>Brennan 465 at 4:16-66, Figs. 1-2, 6;</li><li>Washington 508 at Fig. 1, 2:27-33, 2:60-68, 6:22-38, 6:60-68, 12:17-30;</li><li>McGuire 347 at Figs. 1-4, Abstract, 2:35-40, 5:25-30, 6:1-35;</li><li>Lawrence 564 at Fig. 14, 11:24-35;</li><li>Lawrence 222 at Fig. 14, 11:24-35;</li><li>Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54;</li><li>Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66;</li><li>Mombrinie 639 at Figs. 1-9, paras. 13-14, 31-38, 40, 43;</li><li>Sanchez 508 at Abstract, Fig. 8, 3:22-49, 6:21-31;</li><li>Coley 804 at Figs. 1-5, Abstract, paras. 18-19, 21-24;</li><li>2015 PureWick brochure at pp. 1-4.</li></ul> |
| and defines a lumen, | As discussed above, there were a few known design choice configurations for body fluid collection devices, many of which had lumens inside the device and within the |

| Claim Language | Prior Art |
|---|---|
|  | support in particular for placement of a fluid discharge tube.  Further, providing a lumen in the support for a tube was one of only a few design options.<br><br>• Jones 080 at Figs. 1-7, 1:59-89, 2:52-79;<br>• Flower 300 at Figs. 2, 7, 1:11-15, 2:22-24, 3:23-32;<br>• Larson 025 at Abstract, Fig. 2, 3:21-25, 4:47-52;<br>• Kuntz 166 at Fig. 2, 2:38-47, 3:42-45, 3:61-64, 4:17-32;<br>• Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33;<br>• Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26;<br>• Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54;<br>• Mombrinie 389 at Figs. 1-4, 8-9;<br>• Okabe 706 at Fig. 1;<br>• Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66;<br>• Brennan 465 at 4:16-66, Figs. 1-2, 6;<br>• Washington 508 at Fig. 1, 2:27-33, 2:60-68, 6:22-38, 6:60-68, 12:17-30;<br>• McGuire 347 at Figs. 1-4, Abstract, 2:35-40, 5:25-30, 6:1-35;<br>• Sanchez 508 at Abstract, Fig. 8, 3:22-49, 6:21-31;<br>• Van Den Heuvel 894 at Figs. 3-4, paras. 19, 47;<br>• Van Den Heuvel 823 at Figs. 1-4, 2:14-17, 3:21-25, 4:13-19, 7:15-30;<br>• Kuntz 355 at Figs. 3-5, 2:9-12, 5:3-5. |
| the membrane is a fabric sleeve disposed around the support, | There are a few design options known for a fluid permeable membrane including the use of fabric sleeves.  Fabric sleeves disposed around a support were known at the time of the alleged invention.<br><br>• Jones 080 at Figs. 1-7, 1:59-89, 2:52-79;<br>• Flower 300 at Figs. 2, 7, 1:11-15, 2:22-24, 3:23-32; |

| Claim Language | Prior Art |
|---|---|
| | • Larson 025 at Abstract, Fig. 2, 3:21-25, 4:47-52;<br>• Brennan 465 at 4:16-66, Figs. 1-2, 6;<br>• McGuire 347 at Figs. 1-4, Abstract, 2:35-40, 5:25-30, 6:1-35;<br>• Lawrence 564 at Fig. 14, 11:24-35;<br>• Lawrence 222 at Fig. 14, 11:24-35;<br>• Sanchez 508 at Abstract, Fig. 8, 3:22-49, 4:7-9, 6:21-31;<br>• Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;<br>• Schmidt 688 at Figs. 4-7, 4:29-68, 5:43-62. |
| and the tube is disposed in the lumen of the support. | As discussed above, supports with lumens for a fluid discharge tube were well known. It is well understood that a lumen serves as a structure for placement of a tube.<br><br>• Jones 080 at Figs. 1-7, 1:59-89, 2:52-79;<br>• Flower 300 at Figs. 2, 7, 1:11-15, 2:22-24, 3:23-32;<br>• Larson 025 at Abstract, Fig. 2, 3:21-25, 4:47-52;<br>• Kuntz 166 at Fig. 2, 2:38-47, 3:42-45, 3:61-64, 4:17-32;<br>• Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33;<br>• Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26;<br>• Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54;<br>• Mombrinie 389 at Figs. 1-4, 8-9;<br>• Okabe 706 at Fig. 1;<br>• Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66;<br>• Brennan 465 at 4:16-66, Figs. 1-2, 6;<br>• Washington 508 at Fig. 1, 2:27-33, 2:60-68, 6:22-38, 6:60-68, 12:17-30<br>• McGuire 347 at Figs. 1-4, Abstract, 2:35-40, 5:25-30, 6:1-35;<br>• Sanchez 508 at Abstract, Fig. 8, 3:22-49, 6:21-31;<br>• Van Den Heuvel 894 at Figs. 3-4, paras. 19, 47; |

| Claim Language | Prior Art |
|---|---|
| | • Van Den Heuvel 823 at Figs. 1-4, 2:14-17, 3:21-25, 4:13-19, 7:15-30;<br>• Kuntz 355 at Figs. 3-5, 2:9-12, 5:3-5. |

| Claim 5 | |
|---|---|
| 5. The apparatus of claim 1, wherein the support and casing are substantially cylindrical, | See Claim 1.<br><br>As discussed above, cylindrical and substantially cylindrical apparatus were one of the few design choices for body fluid collection apparatuses, and it was well understood that cylindrical or substantially cylindrical devices were well-suited for the female anatomy.  It was understood to design the associated components such as the support and casing in accordance with the design of the device (e.g., cylindrical).<br><br>• Ellis 185 at Figs. 1-3, 2:55-3:3;<br>• Duhamel 102 at Fig. 2, 1:65-2:14;<br>• Washington 508 at Figs. 1-5, 11-12, 2:24-67, 5:22-6:67;<br>• Lawrence 564 at Fig. 14, 11:24-35;<br>• Lawrence 222 at Fig. 14, 11:24-35;<br>• Sanchez 508 at Abstract, Fig. 8, 3:22-49, 6:21-31;<br>• Coley 804 at Figs. 1-5, Abstract, paras. 18-19, 21-24;<br>• Van Den Heuvel 894 at Figs. 1-4, paras. 17, 20-21, 44;<br>• Van Den Heuvel 823 at Figs. 1-4, 1:27-2:15, 2:25-27, 3:5-25, 6:18-26, 6:28-7:3, 7:5-13, 8:17-20, 8:22-25;<br>• Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;<br>• Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:8-21, 9:23-25;<br>• Parmar 2014 at p. 1;<br>• 2015 PureWick brochure at pp. 1-4. |
| the apparatus configured to be: disposed with the elongated opening adjacent the urethral opening of a human female; | As discussed above, it was well known to configure a body fluid collection device so that the opening was adjacent to the source of fluid.  Urine collection devices were |

| Claim Language | Prior Art |
|---|---|
| | known to be configured so that the elongated opening was adjacent the urethral opening of a female.<br><br>• Keane 768 at Abstract, Figs. 4, 9-10, 1:67-2:32, 3:60-4:16;<br>• Ellis 185 at Figs. 1-3, 2:55-3:3;<br>• Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32;<br>• Martin 061 at Figs. 1, 8, 2:65-3:14, 3:15-21, 4:34-38, 5:10-51;<br>• Washington 508 at Figs. 6-9, 3:1-9;<br>• Carns 997 at Figs. 2-5, 6:15-31;<br>• Lawrence 564 at Figs. 1-10, Abstract, 5:8-6:27, 7:28-56, 11:1-19;<br>• Lawrence 222 at Figs. 1-10, 14, Abstract, 5:8-6:27, 7:28-56, 11:1-19;<br>• Kraus 339 at Abstract, Figs. 1-7, 4:47-5:15;<br>• Otto 137 at Figs. 1-2, 3:7-64, 4:10-28;<br>• Suzuki 250 at Abstract, Figs. 1-5, claim 1, 2:41-55, 12:5-21;<br>• Mombrinie 639 at Figs. 1-9, paras. 13-14, 31-38, 40, 43;<br>• Sanchez 508 at Abstract, Fig. 8, 3:22-49, 6:21-31;<br>• Coley 804 at Figs. 1-5, Abstract, paras. 18-19, 21-24;<br>• Van Den Heuvel 894 at Figs. 1-4, paras. 17, 41, 43, 48;<br>• Van Den Heuvel 823 at Figs. 1-4, 2:14-17, 3:21-25, 4:13-19, 6:28-7:3, 7:15-30, 8:17-20;<br>• Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:7-21, 9:23-28, 10:1-9;<br>• Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;<br>• Schmitt 710 at Figs. 3-6, cols. 1-2;<br>• Chiku 946 at Figs. 6, 10, 12, paras. 20, 21, 25-26;<br>• Mizuguchi 641 at 6, 10, 12, paras. 20, 21, 25-26;<br>• Parmar 2014 at p. 1;<br>• Omni Starter Kit Brochure;<br>• Omni Brochure; |

| Claim Language | Prior Art |
|---|---|
| | - Omni Presentation;<br>- 2015 Omni Catalog;<br>- 2015 PureWick brochure at pp. 1-4. |
| oriented with the reservoir adjacent to the user's anus and the outlet disposed above the urethral opening; and | It was well known at the time of the alleged invention to orient a urine collection device with the reservoir adjacent to the user's anus and the outlet disposed above the urethral opening.  For example, such a configuration used in conjunction with female urine collection devices optimized comfort and facilitated urine collection while minimizing leaks.<br><br>- Keane 768 at Abstract, Figs. 4, 9-10, 1:67-2:32, 3:60-4:16;<br>- Ellis 185 at Figs. 1-3, 2:55-3:3;<br>- Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32;<br>- Martin 061 at Figs. 1, 8, 2:65-3:14, 3:15-21, 4:34-38, 5:10-51;<br>- Washington 508 at Figs. 6-9, 3:1-9;<br>- Carns 997 at Figs. 2-5, 6:15-31;<br>- Kraus 339 at Abstract, Figs. 1-7, 4:47-5:15;<br>- Otto 137 at Figs. 1-2, 3:7-64, 4:10-28;<br>- Suzuki 250 at Abstract, Figs. 1-5, 4:12-19, 6:3-6, 6:66-7:4;<br>- Sanchez 508 at Abstract, Fig. 8, 3:22-49, 6:21-31;<br>- Van Den Heuvel 894 at Figs. 1-4, paras. 17, 41, 43, 48;<br>- Van Den Heuvel 894 at Figs. 1-4, paras. 17, 41, 43, 48;<br>- Van Den Heuvel 823 at Figs. 1-4, 2:14-17, 3:21-25, 4:13-19, 6:28-7:3, 7:15-30, 8:17-20;<br>- Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;<br>- Schmitt 710 at Figs. 3-6, cols. 1-2;<br>- Chiku 946 at Figs. 6, 10, 12, paras. 20, 21, 25-26;<br>- Mizuguchi 641 at Figs. 6, 10, 12, paras. 20, 21, 25-26;<br>- Parmar 2014 at p. 1; |

| Claim Language | Prior Art |
|---|---|
| | • Omni Starter Kit Brochure;<br>• Omni Brochure;<br>• Omni Presentation;<br>• 2015 Omni Catalog;<br>• 2015 PureWick brochure at pp. 1-4. |
| arranged with a curved shape with the elongated opening disposed on the inside of the curve. | It was well known at the time of the alleged invention to select an apparatus design consistent with the intended use of the apparatus.  For example, urine collection devices for women were known to have a curved shape with the elongated opening disposed on the inside of the curve, consistent with the female anatomy.<br><br>• Keane 768 at Abstract, Figs. 4, 9-10, 1:67-2:32, 3:60-4:16;<br>• Ellis 185 at Figs. 1-3, 2:55-3:3;<br>• Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32;<br>• Martin 061 at Figs. 1, 8, 2:65-3:14, 3:15-21, 4:34-38, 5:10-51;<br>• Washington 508 at Figs. 1-12, 5:60-62, 7:1-7;<br>• Lawrence 564 at Figs. 1-10, Abstract, 5:8-6:27, 7:28-56, 11:1-19;<br>• Lawrence 222 at Figs. 1-10, 14, Abstract, 5:8-6:27, 7:28-56, 11:1-19;<br>• Carns 997 at Figs. 2-5, 6:15-31;<br>• Suzuki 250 at Abstract, Figs. 1-5, 4:12-19, 6:3-6, 6:66-7:4;<br>• Sanchez 508 at Abstract, Figs. 5 and 8, 3:22-49, 6:21-31;<br>• Coley 804 at Figs. 1-5, Abstract, paras. 18-19, 21-24;<br>• Van Den Heuvel 894 at Figs. 1-4, paras. 5, 13-14, 38-44;<br>• Van Den Heuvel 823 at Figs. 1-4, 2:14-17, 3:21-25, 4:13-19, 6:28-7:3, 7:15-30, 8:17-20;<br>• Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:7-21, 9:23-28, 10:1-9;<br>• Schmitt 710 at Figs. 3-6, cols. 1-2; |

| Claim Language | Prior Art |
|---|---|
| | • Chiku 946 at Figs. 6, 10, 12, paras. 20, 21, 25-26; <br> • Mizuguchi 641 at Figs. 6, 10, 12, paras. 20, 21, 25-26; <br> • Parmar 2014 at p. 1; <br> • Omni Starter Kit Brochure; <br> • Omni Brochure; <br> • Omni Presentation; <br> • 2015 Omni Catalog; <br> • 2015 PureWick brochure at pp. 1-4. |
| **Claim 6** | |
| 6. The apparatus of claim 1, wherein the support is formed of spun plastic. | See Claim 1. <br><br> There are a few design choices for the material from which a permeable support could be formed, one of which is spun plastic.  It was well known at the time of the allged invention that spun plastic, for example, could hold and support a membrane and maintain form while allowing for fluid permeability. <br><br> • Van Den Heuvel 894 at para. 52; <br> • Van Den Heuvel 823 at 3:18-19, 6:18-26, 8:17-20, 11:9-10; <br> • Philips 505 at Figs. 18-22, 21:35-64, 26:40-27:42; <br> • Bond 845 at Abstract, ¶¶ 72, 205; <br> • Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:25-28, 10:1-4; <br> • 2015 PureWick brochure at pp. 1-4. |
| and the membrane is formed of ribbed knit fabric | Fabrics such as ribbed knit fabrics were one of a few known design choices for the material from which a permeable membrane could be formed.  It was well known at the time of the allged invention that ribbed knit fabrics are permeable, comfortable, and can conform to a support. <br><br> • McGuire 981 at 1:71-2:16; <br> • Tong 356 at Figs. 1-5, 4:11-26; <br> • Fell 044 at Fig. 1, Abstract, 23:12-14. |

| Claim Language | Prior Art |
|---|---|
| | |
| **Claim 7** | |
| 7. The apparatus of claim 1, further comprising a fluid receptacle fluidically coupled to the discharge end of the tube. | See Claim 1.<br><br>Fluid receptacles that coupled to the discharge end of the fluid discharge tube of a fluid collection apparatus to collect body fluid were well known at the time of the alleged invention.<br><br><ul><li>Keane 768 at Abstract, Figs. 4, 9-10, 1:67-2:32, 3:60-65;</li><li>Hessner 418 at 6:36-43;</li><li>Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32;</li><li>Crowley 928 at 2:31-48, Fig. 3-5;</li><li>Washington 508 at Figs. 6-9, 7:58-67;</li><li>Nigay 463 at Figs. 1-3, 1:65-2:62;</li><li>Lawrence 564 at Figs. 1-10, Abstract, 4:47-55, 5:8-6:27, 6:21-25, 6:40-42, 7:28-56, 8:8-29, 8:38-10:29;</li><li>Lawrence 222 at Figs. 1-10, Abstract, 4:47-55, 5:8-6:27, 6:21-25, 6:40-42, 7:28-56, 8:8-29, 8:38-10:29;</li><li>Wolff 066 at Fig. 1-3b, 5b, 3:34-47, 5:56-6:35;</li><li>Martin 061 at Figs. 1, 8, 2:65-3:14, 3:15-21, 4:34-38, 5:10-51;</li><li>Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64;</li><li>Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61;</li><li>Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33;</li><li>Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26;</li><li>Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54;</li><li>Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66;</li><li>Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32;</li><li>Scott 384 at 3:15-31, Figs. 3-4; Scott 749 at Figs. 3-4, paras. 74-75, 79;</li><li>Otto 137 at Figs. 1-2, 3:7-64, 4:10-28;</li></ul> |

| Claim Language | Prior Art |
|---|---|
| | • Suzuki 250 at Abstract, Figs. 1-5, 4:12-19, 6:3-6, 6:66-7:4;<br>• Wightman 214 at Figs. 2b, 4b, 5-6, paras. 87, 92;<br>• Sanchez 508 at Abstract, Fig. 8, 3:22-49, 6:21-31;<br>• Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27;<br>• Mahnensmith 080 at Abstract, Figs. 3, para. 23;<br>• Wolff 131 at Figs. 1-3b, 5a, 5b, paras. 22-24, 28, 45-46;<br>• Van Den Heuvel 894 at Figs. 1-4, paras. 5, 13-14, 38-44;<br>• Van Den Heuvel 823 at 1:27-2:7;<br>• Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 2:4-10, 5:12-30, 6:1-7, 9:3-5;<br>• Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56;<br>• Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;<br>• Wada 625 at Fig. 24, paras. 188-194;<br>• Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13;<br>• Schmitt 710 at Figs. 3-6, cols. 1-2;<br>• Chiku 946 at Figs. 5, 12, claim 14, paras. 18-19;<br>• Mizuguchi 641 at Figs. 5, 12, claim 14, paras. 18-19;<br>• Ishii 108 at Figs. 1-4, paras 1-13;<br>• Macaulay 2007 at pp. 641-643;<br>• 2006 British Health Publication at pp. 14-15;<br>• Parmar 2014 at p. 1;<br>• Omni Starter Kit Brochure;<br>• Omni Brochure;<br>• Omni Presentation;<br>• 2015 Omni Catalog;<br>• 2015 PureWick brochure at pp. 1-4. |
| **Claim 8** | |
| 8. The apparatus of claim 1, further comprising a source of vacuum fluidically coupled to the discharge end of the tube. | See Claim 1. |

| Claim Language | Prior Art |
|---|---|
|  | As previously discussed, it was well known to connect a vacuum source to fluid collection apparatuses to remove fluid via a fluid discharge tube.<br><br>• Jones 080 at 1:26-35;<br>• Scott 234 at 2:32-54, Fig. 1;<br>• Keane 768 at Abstract, 1:31-41, 2:6-10, 3:49-56, 3:60-65, 4:4-34, Fig. 4, 9-10;<br>• Hessner 418 at 6:36-43;<br>• Triunfol 675 at Figs. 2, 2:10-17;<br>• Flower 300 at Figs. 2, 7, 1:11-15, 2:22-24, 3:23-32;<br>• Larson 025 at Abstract, Fig. 2, 3:21-25, 4:47-52;<br>• Hessner 418 at Abstract, Figs. 1-8, 3:26-31, 5:54-57, 6:36-43;<br>• Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32;<br>• Martin 061 at Figs. 1, 8, 2:65-3:14, 3:15-21, 4:34-38, 5:10-51;<br>• Crowley 928 at 2:31-48, Fig. 3-5;<br>• Brennan 465 at 4:16-66, Figs. 1-2, 6;<br>• Nigay 463 at Figs. 1-3, 1:65-2:62;<br>• McGuire 347 at Figs. 1-4, Abstract, 2:35-40, 5:25-30, 6:1-35;<br>• McGuire 699 at Figs. 1-6, 4:1-19, 4:68-5:2, 6:61-64;<br>• Skow 735 at Abstract, Figs. 1-11, 3:48-51, 6:16-67;<br>• Argenta 643 at Figs. 1, 5; 3:31-51, 6:46-64, 7:10-23, 7:56-58;<br>• Lawrence 564 at Figs. 1-10, Abstract, 4:47-55, 5:8-6:27, 6:21-25, 6:40-42, 7:28-56, 8:8-29, 8:38-10:29;<br>• Lawrence 222 at Figs. 1-10, Abstract, 4:47-55, 5:8-6:27, 6:21-25, 6:40-42, 7:28-56, 8:8-29, 8:38-10:29;<br>• Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64;<br>• Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35;<br>• Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61;<br>• Easter 366 at Figs. 5-9, 5:54-6:10;<br>• Harvie 964 at Figs. 1-3, 9:25-10:45;<br>• Harvie 012 at Figs. 1-3, 8:29-9:51; |

| Claim Language | Prior Art |
|---|---|
| | • Harvie 043 at Figs. 1-3, 9:66-10:58 |
| | • Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33; |
| | • Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26; |
| | • Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54; |
| | • Mombrinie 389 at Figs. 1-4, 9, 4:17-26, 4:61-5:7, 5:15-19; |
| | • Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56; |
| | • Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46; |
| | • Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66; |
| | • Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32; |
| | • Sanchez 508 at Abstract, Fig. 8, 3:22-49, 6:21-31; |
| | • Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27; |
| | • Mombrinie 639 at Figs. 1-9, paras. 13-14, 31-38, 40, 43; |
| | • Mahnensmith 080 at Abstract, Fig. 3, paras. 10, 23; |
| | • Van Den Heuvel 894 at Figs. 1-4, paras. 5-6, 21, 46; |
| | • Van Den Heuvel 823 at 1:27-2:7; |
| | • Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 2:4-10, 5:12-30, 6:1-7, 9:3-5; |
| | • Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13; |
| | • Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55; |
| | • Wada 625 at Fig. 24, paras. 188-194; |
| | • Schmitt 710 at Figs. 3-6, cols. 1-2; |
| | • Chiku 946 at Figs. 5, 12, claim 14, paras. 18-19; |
| | • Mizuguchi 641 at Figs. 5, 12, claim 14, paras. 18-19; |
| | • Ishii 108 at Figs. 1-4, paras 1-13; |
| | • Macaulay 2007 at pp. 641-643; |
| | • 2006 British Health Publication at pp. 14-15; |
| | • Parmar 2014 at p. 1; |
| | • Omni Starter Kit Brochure; |

| Claim Language | Prior Art |
|---|---|
|  | • Omni Brochure;<br>• Omni Presentation;<br>• 2015 Omni Catalog;<br>• 2015 PureWick brochure at pp. 1-4. |
| **Claim 9** | |
| 9. The apparatus of claim 1, wherein the fluid permeable membrane includes a wicking material. | See Claim 1.<br><br>It was well known at the time of the alleged invention to have the permeable membrane include a wicking material.<br><br>• Scott 234 at 2:32-54, Fig. 1;<br>• Keane 768 at Abstract, 3:75-4:4, Figs. 9-10;<br>• Flower 300 at Figs. 2, 7, 1:11-15, 2:22-24, 3:23-32;<br>• Larson 025 at Abstract, Fig. 2, 3:21-25, 4:47-52;<br>• Frosch 901 at Abstract, Figs. 1-2, 5:57-65;<br>• Hessner 418 at Abstract, Figs. 1-8, 3:26-31, 5:54-57, 6:36-43;<br>• Frosch 539 at Abstract, Figs. 1-2, 3:5-21, 6:27-42;<br>• Triunfol 675 at Figs. 1-5, claims 1-4, 3:66-4:7, 4:2-7;<br>• Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32;<br>• Brennan 465 at 4:16-66, Figs. 1-2, 6;<br>• McGuire 347 at Figs. 1-4, Abstract, 2:35-40, 5:25-30, 6:1-35;<br>• McGuire 699 at Figs. 1-6, 4:1-19, 4:68-5:2, 6:61-64;<br>• Skow 735 at Abstract, Figs. 1-11, 3:48-51, 6:16-67;<br>• Argenta 643 at Figs. 1, 5; 3:31-51, 6:46-64, 7:10-23, 7:56-58;<br>• Lawrence 564 at Figs. 1-5, 14, Abstract, 5:8-6:27, 7:28-56, 11:24-36, claim 6;<br>• Lawrence 222 at Figs. 1-5, 14, Abstract, 5:8-6:27, 7:28-56, 11:24-36, claim 6;<br>• Etheredge 606 at Figs. 1-3, Abstract, 4:7-60, 5:212-54; |

| Claim Language | Prior Art |
| --- | --- |
|  | • Cheng 133 at Figs. 7A-9, 16:53-17:54;<br>• Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64;<br>• Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35;<br>• Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61;<br>• Easter 366 at Figs. 5-9, 5:54-6:10;<br>• Harvie 964 at Figs. 1-3, 9:25-10:45;<br>• Harvie 012 at Figs. 1-3, 8:29-9:51;<br>• Harvie 043 at Figs. 1-3, 9:66-10:58;<br>• Cheng 245 at 24:12-35, 29:27-52, 37:35-57, 38:48-53;<br>• Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33;<br>• Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26;<br>• Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54;<br>• Mombrinie 389 at Figs. 1-4, 9, 4:17-26, 4:61-5:7, 5:15-19;<br>• Okabe 706 at Figs. 1-9, 3:36-45, 4:10-21, 6:13-17;<br>• Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56;<br>• Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46;<br>• Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66;<br>• Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32;<br>• Suzuki 250 at Abstract, Figs. 1-5, 4:12-19, 6:3-6, 6:66-7:4;<br>• Sanchez 508 at Abstract, Figs. 5 and 8, 3:22-49, 6:21-31;<br>• Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27;<br>• Mombrinie 639 at Figs. 1-9, paras. 13-14, 31-38, 40, 43;<br>• Mahnensmith 080 at Abstract, Figs. 1-5, paras. 10-11, 20-22, 24, 30-31;<br>• Van Den Heuvel 894 at Figs. 1-4, paras. 5-6, 21, 46;<br>• Van Den Heuvel 823 at 1:27-2:7;<br>• Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:25-10:1, 10:4-9;<br>• Wada 625 at Fig. 24, paras. 188-194; |

| Claim Language | Prior Art |
|---|---|
| | • Coley 804 at Figs. 1-5, Abstract, paras. 18-19, 21-24;<br>• Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;<br>• Parmar 2014 at p. 1;<br>• Omni Starter Kit Brochure;<br>• Omni Brochure;<br>• Omni Presentation;<br>• 2015 Omni Catalog;<br>• 2015 PureWick brochure at pp. 1-4. |
| **Claim 11** | |
| 11. An apparatus comprising: a fluid impermeable casing defining a fluid reservoir at a first end, | Apparatuses with fluid impermeable casings defining a fluid reservoir at one end were well known at the time of the alleged invention.<br><br>• Duke 046 at Figs. 1-3, 1:63-2:2;<br>• Keane 768 at Abstract, Figs. 4, 9-10, 1:67-2:32, 3:75-4:16;<br>• Ellis 185 at Figs. 1-3, 2:55-3:3;<br>• Flower 300 at Figs. 2, 7, 1:11-15, 2:22-24, 3:23-32;<br>• Larson 025 at Abstract, Fig. 2, 3:21-25, 4:47-52;<br>• Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33, 5:34-6:4, 6:36-43;<br>• Kraus 703 at Abstract, Figs. 1-6, 3:37-4:62;<br>• Triunfol 675 at Figs. 1-5, claims 1-4, 3:66-4:7, 4:2-7;<br>• Martin 061 at Figs. 1, 8, 2:65-3:14, 3:15-21, 4:34-38, 5:10-51;<br>• Nussbaumer 160 at Figs. 1-9, 2:23-44, 2:50-59, 3:20-41, 4:5-13, 5:10-15;<br>• Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32;<br>• Ehrenkranz 215 at Abstract, Figs. 1-9B;<br>• Brennan 465 at 4:16-66, Figs. 1-2, 6;<br>• Washington 508 at Figs. 1-5, 11-12, 2:24-27, 2:40-52, 5:22-62, 10:23-34;<br>• Conkling 541 at Figs. 12-15, Figs. 12-15, 3:29-49, 6:43-68, 7:2-11;<br>• Nigay 463 at Figs. 1-3, 1:65-2:62; |

| Claim Language | Prior Art |
| --- | --- |
|  | • McGuire 347 at Figs. 1-4, Abstract, 2:35-40, 5:25-30, 6:1-35;<br>• Carns 997 at Figs. 2-5, 6:15-31;<br>• Kubo 983 at Figs. 1a-2, Abstract, 2:44-3:5, 4:19-33, 5:8-27;<br>• Kubo 052 at Figs. 1a-4, Abstract, 3:53-4:59;<br>• Lawrence 564 at Figs. 1-10, Abstract, 5:8-6:27, 7:28-56;<br>• Lawrence 222 at Figs. 1-10, 14, Abstract, 5:8-6:27, 7:28-56, 11:24-36;<br>• Etheredge 606 at Figs. 1-3, Abstract, 4:7-60, 5:212-54;<br>• Kraus 339 at Abstract, Figs. 1-7, 4:47-5:15;<br>• Cheng 133 at Figs. 7A-9, 16:53-17:54;<br>• Snyder 560 at Figs. 1-5, 4:5-5:47;<br>• Sweetser 793 at Figs. 1-2, 3:35-4:31;<br>• Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64;<br>• Scott 384 at 3:15-31, Figs. 3-4;<br>• Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35;<br>• Otto 137 at Figs. 1-2, 3:7-64, 4:10-28;<br>• Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61;<br>• Harvie 964 at Figs. 1-3, 9:25-10:45;<br>• Harvie 012 at Figs. 1-3, 8:29-9:51;<br>• Harvie 043 at Figs. 1-3, 9:66-10:58;<br>• Easter 366 at Figs. 5-9, 5:54-6:10;<br>• Trabold 781 at Abstract, Figs. 1-8, 2:35-51;<br>• Cheng 245 at 24:12-35, 29:27-52, 37:35-57, 38:48-53;<br>• Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33;<br>• Suzuki 250 at Abstract, Figs. 1-5, 8, 11, claim 1, 2:41-55, 11:65-12:21;<br>• Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26;<br>• Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54;<br>• Mombrinie 389 at Figs. 1-4, 9, 4:17-26, 4:61-5:7, 5:15-19;<br>• Swiecicki 634 at Figs. 1-8, 2:14-34, 4:59-5:9, 11:42-61;<br>• Okabe 706 at 7:40-8:14, Figs. 3-4;<br>• Sanchez 508 at Abstract, Fig. 8, 6:21-31; |

| Claim Language | Prior Art |
|---|---|
| | • Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27;<br>• Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56;<br>• Grundke 161 at Figs. 1-5, paras. 20-24, 33;<br>• Scott 749 at Figs. 3-4, paras. 74-75, 79;<br>• Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46;<br>• Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66;<br>• Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32;<br>• Mombrinie 639 at Figs. 1-9, paras. 13-14, 31-38, 40, 43;<br>• Mahnensmith 080 at Abstract, Figs. 1-5, paras. 8-9, 17-20, 30-31;<br>• Wightman 214 at Figs. 2b, 4b, 5-6, paras. 87, 92;<br>• Coley 804 at Figs. 1-5, Abstract, paras. 18-19, 21-24;<br>• Van Den Heuvel 894 at Figs. 1-4, paras. 5, 7, 40, 42, 44, 51;<br>• Van Den Heuvel 823 at Figs. 1-4, 1:27-2:7, 6:18-26, 6:28-7:3, 7:15-20, 7:22-24, 7:25-30, 8:17-20, 8:22-25;<br>• Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:8-21, 9:23-25;<br>• Goldenberg 638 at Abstract, Figs. 1-3, 3:20-42, 6:44-57;<br>• Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;<br>• Wada 625 at Fig. 24, paras. 188-194;<br>• Schmitt 710 at Figs. 3-6, cols. 1-2;<br>• Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13;<br>• Chiku 946 at Figs. 1, 2, 6, 7, Abstract, paras. 6-7, 14;<br>• Mizuguchi 641 at Figs. 1, 2, 6, 7, Abstract, paras. 6-7, 14;<br>• Ishii 108 at Figs. 1-4, paras 1-13;<br>• Macaulay 2007 at pp. 641-643;<br>• 2006 British Health Publication at pp. 14-15;<br>• Omni Starter Kit Brochure; |

| Claim Language | Prior Art |
|---|---|
| | • Omni Brochure;<br>• Omni Presentation;<br>• 2015 Omni Catalog;<br>• 2015 PureWick brochure at pp. 1-4. |
| a fluid outlet at a second end, | See Claim 1.<br><br>• Scott 234 at 1:29-48, Figs. 1-3;<br>• Duke 046 at Figs. 1-3, 1:63-2:23;<br>• Keane 768 at Abstract, 1:65-2:10, 3:49-4:16, Fig. 9-10;<br>• Flower 300 at Figs. 2, 7, 1:11-15, 2:22-24, 3:23-32;<br>• Larson 025 at Abstract, Fig. 2, 3:21-25, 4:47-52;<br>• Hessner 418 at 6:36-43;<br>• Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32;<br>• Brennan 465 at 4:16-66, Figs. 1-2, 6;<br>• Washington 508 at Figs. 1-12, 2:33-38, 5:63-6:10;<br>• Conkling 541 at Figs. 12-15, 3:29-49, 6:43-68, 7:2-11;<br>• Nigay 463 at Figs. 1-3, 1:65-2:62;<br>• McGuire 347 at Figs. 1-4, Abstract, 2:35-40, 5:25-30, 6:1-35;<br>• McGuire 699 at Figs. 1-6, 4:1-19, 4:68-5:2, 6:61-64;<br>• Skow 735 at Abstract, Figs. 1-11, 3:48-51, 6:16-67;<br>• Argenta 643 at Figs. 1, 5; 3:31-51, 6:46-64, 7:10-23, 7:56-58;<br>• Carns 997 at Figs. 2-5, 6:15-31;<br>• Kubo 983 at Figs. 1a-2, Abstract, 2:44-3:5, 4:19-33, 5:1-7;<br>• Kubo 052 at Figs. 1a-4, Abstract, 3:53-4:59;<br>• Lawrence 564 at Figs. 1-10, Abstract, 5:8-6:27, 7:28-56;<br>• Lawrence 222 at Figs. 1-10, 14, Abstract, 5:8-6:27, 7:28-56, 11:24-36;<br>• Kraus 339 at Abstract, Figs. 1-7, 4:47-5:15;<br>• Triunfol 675 at Figs. 1-5, claims 1-4, 3:66-4:7, 4:2-7; |

| Claim Language | Prior Art |
|---|---|
| | • Robertson 771 at Figs. 1-2, 2:56-3:44;<br>• Cheng 133 at Figs. 7A-9, 16:53-17:54;<br>• Snyder 560 at Figs. 1-5, 4:5-5:47;<br>• Sweetser 793 at Figs. 1-2, 3:35-4:31;<br>• Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64;<br>• Scott 384 at 3:15-31, Figs. 3-4;<br>• Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35;<br>• Otto 137 at Figs. 1-2, 3:7-64, 4:10-28;<br>• Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61;<br>• Easter 366 at Figs. 5-9, 5:54-6:10;<br>• Harvie 964 at Figs. 1-3, 9:25-10:45;<br>• Harvie 012 at Figs. 1-3, 8:29-9:51;<br>• Harvie 043 at Figs. 1-3, 9:66-10:58;<br>• Trabold 781 at Abstract, Figs. 1-8, 2:35-51;<br>• Cheng 245 at 24:12-35, 29:27-52, 37:35-57, 38:48-53;<br>• Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33;<br>• Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26;<br>• Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54;<br>• Mombrinie 389 at Figs. 1-4, 9, 4:17-26, 4:61-5:7, 5:15-19;<br>• Okabe 706 at Figs. 1-9, 3:36-45, 4:10-21, 6:13-17;<br>• Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56;<br>• Sanchez 508 at Abstract, Fig. 8, 6:21-31;<br>• Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27;<br>• Grundke 161 at Figs. 1-5, paras. 20-24, 33;<br>• Scott 749 at Figs. 3-4, paras. 74-75, 79;<br>• Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46;<br>• Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66;<br>• Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32;<br>• Mombrinie 639 at Figs. 1-9, paras. 13-14, 31-38, 40, 43;<br>• Mahnensmith 080 at Abstract, Figs. 1-5, paras. 23, 30-31; |

| Claim Language | Prior Art |
|---|---|
| | • Van Den Heuvel 894 at Figs. 1-4, paras. 5-7, 40, 42, 44, 51;<br>• Van Den Heuvel 823 at Figs. 1-4, 2:14-17, 3:21-25, 4:13-19, 7:15-30;<br>• Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 6:1-7, 9:8-21, 9:23-25;<br>• Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;<br>• Wada 625 at Fig. 24, paras. 188-194;<br>• Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13;<br>• Goldenberg 638 at Abstract, Figs. 1-3, 3:20-42, 6:44-57;<br>• Schmitt 710 at Figs. 3-6, cols. 1-2;<br>• Chiku 946 at Figs. 1, 2, 6, 7, Abstract, paras. 6-7, 14;<br>• Mizuguchi 641 at Figs. 1, 2, 6, 7, Abstract, paras. 6-7, 14;<br>• Ishii 108 at Figs. 1-4, paras 1-13;<br>• Macaulay 2007 at pp. 641-643;<br>• 2006 British Health Publication at pp. 14-15;<br>• Parmar 2014 at p. 1;<br>• Omni Starter Kit Brochure;<br>• Omni Brochure;<br>• Omni Presentation;<br>• 2015 Omni Catalog;<br>• 2015 PureWick brochure at pp. 1-4. |
| and a longitudinally extending portion extending between the fluid reservoir and the fluid outlet and defining a longitudinally elongated opening between the fluid reservoir and the fluid outlet; | See Claim 1.<br><br>• Duke 046 at Figs. 1-3, 1:63-2:23;<br>• Keane 768 at Abstract, 1:65-2:10, 2:46-56, Fig. 9-10;<br>• Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33, 5:34-6:4, 6:36-43;<br>• Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32;<br>• Conkling 541 at Figs. 12-15, 3:29-49, 6:43-68, 7:2-11;<br>• Nigay 463 at Figs. 1-3, 1:65-2:62;<br>• Carns 997 at Figs. 2-5, 6:15-31;<br>• Lawrence 564 at Figs. 1-10, Abstract, 5:8-6:27, 7:28-56; |

| Claim Language | Prior Art |
| --- | --- |
|  | <ul><li>Lawrence 222 at Figs. 1-10, 14, Abstract, 5:8-6:27, 7:28-56, 11:24-36;</li><li>Kraus 339 at Abstract, Figs. 1-7, 4:47-5:15;</li><li>Robertson 771 at Figs. 1-2, 2:56-3:44;</li><li>Cheng 133 at Figs. 7A-9, 16:53-17:54;</li><li>Snyder 560 at Figs. 1-5, 4:5-5:47;</li><li>Sweetser 793 at Figs. 1-2, 3:35-4:31;</li><li>Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64;</li><li>Scott 384 at 3:15-31, Figs. 3-4;</li><li>Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35;</li><li>Otto 137 at Figs. 1-2, 3:7-64, 4:10-28;</li><li>Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61;</li><li>Easter 366 at Figs. 5-9, 5:54-6:10;</li><li>Harvie 964 at Figs. 1-3, 9:25-10:45;</li><li>Harvie 012 at Figs. 1-3, 8:29-9:51;</li><li>Harvie 043 at Figs. 1-3, 9:66-10:58;</li><li>Trabold 781 at Abstract, Figs. 1-8, 2:35-51;</li><li>Cheng 245 at 24:12-35, 29:27-52, 37:35-57, 38:48-53;</li><li>Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33;</li><li>Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26;</li><li>Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54;</li><li>Mombrinie 389 at Figs. 1-4, 9, 4:17-26, 4:61-5:7, 5:15-19;</li><li>Okabe 706 at Figs. 1-9, 3:36-45, 4:10-21, 6:13-17;</li><li>Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56;</li><li>Sanchez 508 at Abstract, Fig. 8, 6:21-31;</li><li>Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27;</li><li>Grundke 161 at Figs. 1-5, paras. 20-24, 33;</li><li>Scott 749 at Figs. 3-4, paras. 74-75, 79;</li><li>Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46;</li><li>Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66;</li><li>Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32;</li></ul> |

| Claim Language | Prior Art |
| --- | --- |
| | • Mombrinie 639 at Figs. 1-9, paras. 13-14, 31-38, 40, 43;<br>• Mahnensmith 080 at Abstract, Figs. 1-5, paras. 9-11, 17-22, 24, 30-31;<br>• Van Den Heuvel 894 at Figs. 1-4, paras. 5, 7, 17, 23, 40, 44;<br>• Van Den Heuvel 823 at Figs. 1-4, 1:27-2:7, 7:22-24, 6:18-26, 7:5-13, 8:22-25;<br>• Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:8-21, 9:23-25;<br>• Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;<br>• Wada 625 at Fig. 24, paras. 188-194;<br>• Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13;<br>• Goldenberg 638 at Abstract, Figs. 1-3, 3:20-42, 6:44-57;<br>• Schmitt 710 at Figs. 3-6, cols. 1-2;<br>• Chiku 946 at Figs. 1-10, Abstract, paras. 6-11, 14-21, 23-26;<br>• Mizuguchi 641 at Figs. 1-10, Abstract, paras 6-11, 14-21, 23-26;<br>• Ishii 108 at Figs. 1-4, paras 1-13;<br>• Macaulay 2007 at pp. 641-643;<br>• 2006 British Health Publication at pp. 14-15;<br>• Omni Starter Kit Brochure;<br>• Omni Brochure;<br>• Omni Presentation;<br>• 2015 Omni Catalog;<br>• 2015 PureWick brochure at pp. 1-4. |
| a fluid permeable support disposed within the casing with a portion extending across the elongated opening, wherein the fluid permeable support is distinct from and at least proximate to the fluid reservoir; | See Claim 1.<br><br>• Keane 768 at Abstract, 1:65-2:10, 2:46-56, 3:75-4:16, Fig. 9-10;<br>• Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33, 5:34-6:4, 6:36-43;<br>• Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32;<br>• Conkling 541 at Figs. 12-15, 3:29-49, 6:43-68, 7:2-11;<br>• Nigay 463 at Figs. 1-3, 1:65-2:62;<br>• Lawrence 564 at Figs. 1-10, Abstract, 5:8-6:27, 7:28-56, 11:24-36; |

| Claim Language | Prior Art |
|---|---|
| | • Lawrence 222 at Figs. 1-10, 14, Abstract, 5:8-6:27, 7:28-56, 11:24-36;<br>• Cheng 133 at Figs. 7A-9, 16:53-17:54;<br>• Sweetser 793 at Figs. 1-2, 3:35-4:31;<br>• Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64;<br>• Scott 384 at 3:15-31, Figs. 3-4;<br>• Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35;<br>• Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61;<br>• Easter 366 at Figs. 5-9, 5:54-6:10;<br>• Harvie 964 at Figs. 1-3, 9:25-10:45;<br>• Harvie 012 at Figs. 1-3, 8:29-9:51;<br>• Harvie 043 at Figs. 1-3, 9:66-10:58;<br>• Cheng 245 at 24:12-35, 29:27-52, 37:35-57, 38:48-53;<br>• Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33;<br>• Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26;<br>• Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54;<br>• Mombrinie 389 at Figs. 1-4, 9, 4:17-26, 4:61-5:7, 5:15-19;<br>• Okabe 706 at Figs. 1-9, 3:36-45, 4:10-21, 6:13-17;<br>• Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56;<br>• Sanchez 508 at Abstract, Fig. 8, 6:21-31;<br>• Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27;<br>• Scott 749 at Figs. 3-4, paras. 74-75, 79;<br>• Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46;<br>• Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66;<br>• Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32;<br>• Mombrinie 639 at Figs. 1-9, paras. 13-14, 31-38, 40, 43;<br>• Mahnensmith 080 at Abstract, Figs. 1-5, paras. 8-9, 17-20, 30-31;<br>• Van Den Heuvel 894 at Figs. 1-4, paras. 5, 7, 13-14, 38-44;<br>• Van Den Heuvel 823 at Figs. 1-4, 1:27-2:7, 6:18-26, 6:28-7:3, 7:15-20, 7:22-24, 7:25-30, 8:17-20, 8:22-25; |

| Claim Language | Prior Art |
|---|---|
| | • Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:8-21, 9:23-28, 10:1-4;<br>• Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;<br>• Wada 625 at Fig. 24, paras. 188-194;<br>• Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13;<br>• Chiku 946 at Figs. 1, 2, 6, 7, Abstract, paras. 6-7, 14;<br>• Mizuguchi 641 at Figs. 1, 2, 6, 7, Abstract, paras. 6-7, 14<br>• Macaulay 2007 at pp. 641-643;<br>• 2006 British Health Publication at pp. 14-15;<br>• Omni Starter Kit Brochure;<br>• Omni Brochure;<br>• Omni Presentation;<br>• 2015 Omni Catalog;<br>• 2015 PureWick brochure at pp. 1-4. |
| a fluid permeable membrane disposed on the support and covering at least the portion of the support that extends across the elongated opening, so that the membrane is supported on the support and disposed across the elongated opening; | See Claim 1.<br><br>• Keane 768 at Figs. 9-10, 3:75-4:16;<br>• Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33;<br>• Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32;<br>• Lawrence 564 at Figs. 1-10, Abstract, 5:8-6:27, 7:28-56;<br>• Lawrence 222 at Figs. 1-10, 14, Abstract, 5:8-6:27, 7:28-56, 11:24-36;<br>• Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64;<br>• Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35;<br>• Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61;<br>• Harvie 964 at Figs. 1-3, 9:25-10:45;<br>• Harvie 012 at Figs. 1-3, 8:29-9:51;<br>• Harvie 043 at Figs. 1-3, 9:66-10:58;<br>• Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33;<br>• Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26;<br>• Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54;<br>• Mombrinie 389 at Figs. 1-4, 9, 4:17-26, 4:61-5:7, 5:15-19; |

| Claim Language | Prior Art |
|---|---|
| | • Okabe 706 at Figs. 1-9, 3:36-45, 4:10-21, 6:13-17;<br>• Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56;<br>• Sanchez 508 at Abstract, Fig. 8, 6:21-31;<br>• Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27;<br>• Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46;<br>• Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66;<br>• Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32;<br>• Mombrinie 639 at Figs. 1-9, paras. 13-14, 31-38, 40, 43;<br>• Mahnensmith 080 at Abstract, Figs. 1-5, paras. 10-11, 20-22, 24, 30-31;<br>• Van Den Heuvel 894 at para. 5;<br>• Van Den Heuvel 823 at 1:27-2:12, 2:25-27;<br>• Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:8-21, 9:23-10:1, 10:4-9;<br>• Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;<br>• Wada 625 at Fig. 24, paras. 188-194;<br>• Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13;<br>• Parmar 2014 at p. 1;<br>• Omni Starter Kit Brochure;<br>• Omni Brochure;<br>• Omni Presentation;<br>• 2015 Omni Catalog;<br>• 2015 PureWick brochure at pp. 1-4. |
| a tube having a first end disposed in the reservoir and extending behind at least the portion of the support and the portion of the membrane disposed across the elongated opening and extending through the fluid outlet to a second, fluid discharge end, | See Claim 1.<br><br>• Keane 768 at Abstract, Figs. 9-10, 1:65-2:10, 3:47-4:16;<br>• Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32;<br>• Suzuki 250 at Abstract, Figs. 1-5, 8, 11, 11:65-12:21;<br>• Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35;<br>• Sanchez 508 at Abstract, Fig. 8, 6:21-31; |

| Claim Language | Prior Art |
|---|---|
|  | • Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27;<br>• Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46;<br>• Van Den Heuvel 894 at Figs. 1-4, paras. 19, 42, 44, 47;<br>• Van Den Heuvel 823 at Figs. 1-4, 2:14-17, 3:21-25, 4:13-19, 7:15-30;<br>• Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;<br>• Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13;<br>• Chiku 946 at Figs. 5, 10, 1, 2, 7, Abstract, paras. 11-12;<br>• Mizuguchi 641 at Figs. 5, 10, 1, 2, 7, Abstract, paras. 11-12;<br>• Macaulay 2007 at pp. 641-643;<br>• Omni Starter Kit Brochure;<br>• Omni Brochure;<br>• Omni Presentation;<br>• 2015 Omni Catalog;<br>• 2006 British Health Publication at pp. 14-15. |
| the apparatus configured to:  be disposed with the opening adjacent to a urethral opening of a user, with the fluid permeable membrane engaging tissue surrounding the urethral opening, | As discussed above, it was well known to configure a body fluid collection device so that the opening was adjacent to the source of fluid.  Urine collection devices were known to be configured so that the opening was adjacent the urethral opening of a female.<br><br>• Keane 768 at Abstract, 1:65-2:10, 3:75-4:16, Figs. 4, 9-10;<br>• Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32;<br>• Martin 061 at Figs. 1, 8, 2:65-3:14, 3:15-21, 4:34-38, 5:10-51;<br>• Lawrence 564 at Figs. 1-10, Abstract, 5:8-6:27, 7:28-56, 11:1-19;<br>• Lawrence 222 at Figs. 1-10, 14, Abstract, 5:8-6:27, 7:28-56, 11:1-19;<br>• Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64;<br>• Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35; |

| Claim Language | Prior Art |
|---|---|
|  | <ul><li>Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61;</li><li>Harvie 964 at Figs. 1-3, 9:25-10:45;</li><li>Harvie 012 at Figs. 1-3, 8:29-9:51;</li><li>Harvie 043 at Figs. 1-3, 9:66-10:58;</li><li>Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33;</li><li>Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26;</li><li>Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54;</li><li>Mombrinie 389 at Figs. 1-4, 9, 4:17-26, 4:61-5:7, 5:15-19;</li><li>Okabe 706 at Figs. 1-9, 3:36-45, 4:10-21, 6:13-17;</li><li>Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56;</li><li>Sanchez 508 at Abstract, Fig. 8, 6:21-31;</li><li>Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27;</li><li>Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46;</li><li>Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66;</li><li>Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32;</li><li>Mombrinie 639 at Figs. 1-9, para 13-14, 31-38, 40, 43;</li><li>Mahnensmith 080 at Abstract, Figs. 1-5, paras. 25, 30-31;</li><li>Van Den Heuvel 894 at Figs. 1-4, paras. 13-14, 38-44;</li><li>Van Den Heuvel 823 at Figs. 1-4, 2:14-17, 3:21-25, 4:13-19, 6:28-7:3, 7:15-30, 8:17-20;</li><li>Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:7-10:1, 10:4-9;</li><li>Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;</li><li>Wada 625 at Fig. 24, paras. 188-194;</li><li>Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13;</li><li>Macaulay 2007 at pp. 641-643;</li><li>2006 British Health Publication at pp. 14-15;</li><li>Parmar 2014 at p. 1;</li></ul> |

| Claim Language | Prior Art |
|---|---|
| | • Omni Starter Kit Brochure;<br>• Omni Brochure;<br>• Omni Presentation;<br>• 2015 Omni Catalog;<br>• 2015 PureWick brochure at pp. 1-4. |
| be retained in position on the user solely by frictional engagement with and/or between the labia and/or other portions of the area of the user's body surrounding the urethral opening, and | It was well known at the time of the alleged invention that a fluid collection device could be held in place in a number of ways, one of which was solely by engaging the patient's body (for example, the labia in the case of urine collection devices for women) with the device.  The other option was to use additional mechanisms to hold the device in place such as tape, form wear or the like.<br><br>• Swiecicki 634 at Figs. 1-8, 2:14-34, 4:59-5:9, 11:42-61;<br>• Hirschman 277 at Figs. 1-9, 1:33-40, 2:24-50;<br>• Sanchez 508 at 5:14-16;<br>• Coley 804 at Figs. 1-5, Abstract, paras. 18-19, 21-25;<br>• Nolan 144 at Figs. 1-6, 1:55-82, 2:69-77;<br>• Parmar 2014 at p. 1;<br>• 2015 PureWick brochure at pp. 1-4. |
| receive urine discharged from the urethral opening through the opening of the fluid impermeable layer, the membrane, the support, and into the reservoir, and to have the received urine withdrawn from the reservoir via the tube and out of the fluid discharge end of the tube. | See Claim 1.<br><br>• Keane 768 at Abstract, Figs. 4, 9-10, 1:67-2:32, 3:60-4:16;<br>• Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33, 5:34-6:4, 6:36-43;<br>• Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32;<br>• Suzuki 250 at Abstract, claim 1, 2:41-55, Figs. 1-5, 8, 11, 3:4-13, 6:3-6; 11:65-12:21;<br>• Lawrence 564 at Figs. 1-10, Abstract, 5:8-6:27, 7:28-56, 11:1-19;<br>• Lawrence 222 at Figs. 1-10, 14, Abstract, 5:8-6:27, 7:28-56, 11:1-19;<br>• Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64; |

| Claim Language | Prior Art |
|---|---|
| | <ul><li>Wolff 066 at Fig. 5b, 5:56-6:35;</li><li>Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61;</li><li>Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54;</li><li>Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33;</li><li>Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32;</li><li>Sanchez 508 at Abstract, Fig. 8, 3:22-49, 6:21-31;</li><li>Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27;</li><li>Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46;</li><li>Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26;</li><li>Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66;</li><li>Mahnensmith 080 at Abstract, Figs. 1-5, paras. 10-11, 20-22, 24-25, 30-31;</li><li>Van Den Heuvel 894 at Figs. 1-4, paras. 5, 13-14, 38-44;</li><li>Van Den Heuvel 823 at Figs. 1-4, 6:18-26, 7:5-13, 8:22-25, 7:23-25;</li><li>Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:7-21, 9:23-28, 10:1-9;</li><li>Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13;</li><li>Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;</li><li>Omni Starter Kit Brochure;</li><li>Omni Brochure;</li><li>Omni Presentation;</li><li>2015 Omni Catalog;</li><li>2015 PureWick brochure at pp. 1-4.</li></ul> |
| **Claim 12** | |
| 12. The apparatus of claim 11, wherein the apparatus is configured to be retained in position on the user via engagement between the first end of the casing and a user's perineum. | See Claim 11.<br><br>As discussed above, it was well known at the time of the alleged invention that a fluid collection device could be held in place in a number of ways, one of which was solely by engaging the patient's body (for example, the |

132

| Claim Language | Prior Art |
|---|---|
| | labia in the case of urine collection devices for women) with the device.  It was also known that, for urine collection devices for women, the device could be configured to be held in place by engaging an end of the casing and a user's perineum.<br><br>• Swiecicki 634 at Figs. 1-8, 2:14-34, 4:59-5:9, 11:42-61;<br>• Sanchez 508 at 5:14-16;<br>• Coley 804 at Figs. 1-5, Abstract, paras. 18-19, 21-25;<br>• Nolan 144 at Figs. 1-6, 1:55-82, 2:69-77;<br>• Parmar 2014 at p. 1;<br>• 2015 PureWick brochure at pp. 1-4. |
| **Claim 13** | |
| 13. An apparatus comprising:  a fluid impermeable casing defining a fluid reservoir at a first end, | See Claims 1 and 11.<br><br>• Duke 046 at Figs. 1-3, 1:63-2:2;<br>• Keane 768 at Abstract, Figs. 4, 9-10, 1:67-2:32, 3:75-4:16;<br>• Ellis 185 at Figs. 1-3, 2:55-3:3;<br>• Flower 300 at Figs. 2, 7, 1:11-15, 2:22-24, 3:23-32;<br>• Larson 025 at Abstract, Fig. 2, 3:21-25, 4:47-52;<br>• Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33, 5:34-6:4, 6:36-43;<br>• Kraus 703 at Abstract, Figs. 1-6, 3:37-4:62;<br>• Triunfol 675 at Figs. 1-5, claims 1-4, 3:66-4:7, 4:2-7;<br>• Martin 061 at Figs. 1, 8, 2:65-3:14, 3:15-21, 4:34-38, 5:10-51;<br>• Nussbaumer 160 at Figs. 1-9, 2:23-44, 2:50-59, 3:20-41, 4:5-13, 5:10-15;<br>• Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32;<br>• Ehrenkranz 215 at Abstract, Figs. 1-9B;<br>• Brennan 465 at 4:16-66, Figs. 1-2, 6;<br>• Washington 508 at Figs. 1-5, 11-12, 2:24-27, 2:40-52, 5:22-62, 10:23-34; |

| Claim Language | Prior Art |
|---|---|
|  | • Conkling 541 at Figs. 12-15, Figs. 12-15, 3:29-49, 6:43-68, 7:2-11;<br>• Nigay 463 at Figs. 1-3, 1:65-2:62;<br>• McGuire 347 at Figs. 1-4, Abstract, 2:35-40, 5:25-30, 6:1-35;<br>• Carns 997 at Figs. 2-5, 6:15-31;<br>• Kubo 983 at Figs. 1a-2, Abstract, 2:44-3:5, 4:19-33, 5:8-27;<br>• Kubo 052 at Figs. 1a-4, Abstract, 3:53-4:59;<br>• Lawrence 564 at Figs. 1-10, Abstract, 5:8-6:27, 7:28-56;<br>• Lawrence 222 at Figs. 1-10, 14, Abstract, 5:8-6:27, 7:28-56, 11:24-36;<br>• Etheredge 606 at Figs. 1-3, Abstract, 4:7-60, 5:212-54;<br>• Kraus 339 at Abstract, Figs. 1-7, 4:47-5:15;<br>• Cheng 133 at Figs. 7A-9, 16:53-17:54;<br>• Snyder 560 at Figs. 1-5, 4:5-5:47;<br>• Sweetser 793 at Figs. 1-2, 3:35-4:31;<br>• Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64;<br>• Scott 384 at 3:15-31, Figs. 3-4;<br>• Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35;<br>• Otto 137 at Figs. 1-2, 3:7-64, 4:10-28;<br>• Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61;<br>• Harvie 964 at Figs. 1-3, 9:25-10:45;<br>• Harvie 012 at Figs. 1-3, 8:29-9:51;<br>• Harvie 043 at Figs. 1-3, 9:66-10:58;<br>• Easter 366 at Figs. 5-9, 5:54-6:10;<br>• Trabold 781 at Abstract, Figs. 1-8, 2:35-51;<br>• Cheng 245 at 24:12-35, 29:27-52, 37:35-57, 38:48-53;<br>• Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33;<br>• Suzuki 250 at Abstract, Figs. 1-5, 8, 11, claim 1, 2:41-55, 11:65-12:21;<br>• Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26;<br>• Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54;<br>• Mombrinie 389 at Figs. 1-4, 9, 4:17-26, 4:61-5:7, 5:15-19; |

| Claim Language | Prior Art |
|---|---|
| | • Swiecicki 634 at Figs. 1-8, 2:14-34, 4:59-5:9, 11:42-61;<br>• Okabe 706 at 7:40-8:14, Figs. 3-4;<br>• Sanchez 508 at Abstract, Fig. 8, 6:21-31;<br>• Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27;<br>• Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56;<br>• Grundke 161 at Figs. 1-5, paras. 20-24, 33;<br>• Scott 749 at Figs. 3-4, paras. 74-75, 79;<br>• Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46;<br>• Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66;<br>• Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32;<br>• Mombrinie 639 at Figs. 1-9, paras. 13-14, 31-38, 40, 43;<br>• Mahnensmith 080 at Abstract, Figs. 1-5, paras. 8-9, 17-20, 30-31;<br>• Wightman 214 at Figs. 2b, 4b, 5-6, paras. 87, 92;<br>• Coley 804 at Figs. 1-5, Abstract, paras. 18-19, 21-24;<br>• Van Den Heuvel 894 at Figs. 1-4, paras. 5, 7, 40, 42, 44, 51;<br>• Van Den Heuvel 823 at Figs. 1-4, 1:27-2:7, 6:18-26, 6:28-7:3, 7:15-20, 7:22-24, 7:25-30, 8:17-20, 8:22-25;<br>• Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:8-21, 9:23-25;<br>• Goldenberg 638 at Abstract, Figs. 1-3, 3:20-42, 6:44-57;<br>• Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;<br>• Wada 625 at Fig. 24, paras. 188-194;<br>• Schmitt 710 at Figs. 3-6, cols. 1-2;<br>• Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13;<br>• Chiku 946 at Figs. 1, 2, 6, 7, Abstract, paras. 6-7, 14;<br>• Mizuguchi 641 at Figs. 1, 2, 6, 7, Abstract, paras. 6-7, 14;<br>• Ishii 108 at Figs. 1-4, paras 1-13; |

| Claim Language | Prior Art |
|---|---|
|  | • Macaulay 2007 at pp. 641-643;<br>• 2006 British Health Publication at pp. 14-15;<br>• Omni Starter Kit Brochure;<br>• Omni Brochure;<br>• Omni Presentation;<br>• 2015 Omni Catalog;<br>• 2015 PureWick brochure at pp. 1-4. |
| a fluid outlet at a second end, | See Claims 1 and 11.<br><br>• Scott 234 at 1:29-48, Figs. 1-3;<br>• Duke 046 at Figs. 1-3, 1:63-2:23;<br>• Keane 768 at Abstract, 1:65-2:10, 3:49-4:16, Fig. 9-10;<br>• Flower 300 at Figs. 2, 7, 1:11-15, 2:22-24, 3:23-32;<br>• Larson 025 at Abstract, Fig. 2, 3:21-25, 4:47-52;<br>• Hessner 418 at 6:36-43;<br>• Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32;<br>• Brennan 465 at 4:16-66, Figs. 1-2, 6;<br>• Washington 508 at Figs. 1-12, 2:33-38, 5:63-6:10;<br>• Conkling 541 at Figs. 12-15, 3:29-49, 6:43-68, 7:2-11;<br>• Nigay 463 at Figs. 1-3, 1:65-2:62;<br>• McGuire 347 at Figs. 1-4, Abstract, 2:35-40, 5:25-30, 6:1-35;<br>• McGuire 699 at Figs. 1-6, 4:1-19, 4:68-5:2, 6:61-64;<br>• Skow 735 at Abstract, Figs. 1-11, 3:48-51, 6:16-67;<br>• Argenta 643 at Figs. 1, 5; 3:31-51, 6:46-64, 7:10-23, 7:56-58;<br>• Carns 997 at Figs. 2-5, 6:15-31;<br>• Kubo 983 at Figs. 1a-2, Abstract, 2:44-3:5, 4:19-33, 5:1-7;<br>• Kubo 052 at Figs. 1a-4, Abstract, 3:53-4:59;<br>• Lawrence 564 at Figs. 1-10, Abstract, 5:8-6:27, 7:28-56;<br>• Lawrence 222 at Figs. 1-10, 14, Abstract, 5:8-6:27, 7:28-56, 11:24-36; |

| Claim Language | Prior Art |
|---|---|
| | • Kraus 339 at Abstract, Figs. 1-7, 4:47-5:15;<br>• Triunfol 675 at Figs. 1-5, claims 1-4, 3:66-4:7, 4:2-7;<br>• Robertson 771 at Figs. 1-2, 2:56-3:44;<br>• Cheng 133 at Figs. 7A-9, 16:53-17:54;<br>• Snyder 560 at Figs. 1-5, 4:5-5:47;<br>• Sweetser 793 at Figs. 1-2, 3:35-4:31;<br>• Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64;<br>• Scott 384 at 3:15-31, Figs. 3-4;<br>• Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35;<br>• Otto 137 at Figs. 1-2, 3:7-64, 4:10-28;<br>• Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61;<br>• Easter 366 at Figs. 5-9, 5:54-6:10;<br>• Harvie 964 at Figs. 1-3, 9:25-10:45;<br>• Harvie 012 at Figs. 1-3, 8:29-9:51;<br>• Harvie 043 at Figs. 1-3, 9:66-10:58;<br>• Trabold 781 at Abstract, Figs. 1-8, 2:35-51;<br>• Cheng 245 at 24:12-35, 29:27-52, 37:35-57, 38:48-53;<br>• Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33;<br>• Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26;<br>• Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54;<br>• Mombrinie 389 at Figs. 1-4, 9, 4:17-26, 4:61-5:7, 5:15-19;<br>• Okabe 706 at Figs. 1-9, 3:36-45, 4:10-21, 6:13-17;<br>• Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56;<br>• Sanchez 508 at Abstract, Fig. 8, 6:21-31;<br>• Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27;<br>• Grundke 161 at Figs. 1-5, paras. 20-24, 33;<br>• Scott 749 at Figs. 3-4, paras. 74-75, 79;<br>• Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46;<br>• Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66;<br>• Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32; |

| Claim Language | Prior Art |
|---|---|
| | • Mombrinie 639 at Figs. 1-9, paras. 13-14, 31-38, 40, 43;<br>• Mahnensmith 080 at Abstract, Figs. 1-5, paras. 23, 30-31;<br>• Van Den Heuvel 894 at Figs. 1-4, paras. 5-7, 40, 42, 44, 51;<br>• Van Den Heuvel 823 at Figs. 1-4, 2:14-17, 3:21-25, 4:13-19, 7:15-30;<br>• Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 6:1-7, 9:8-21, 9:23-25;<br>• Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;<br>• Wada 625 at Fig. 24, paras. 188-194;<br>• Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13;<br>• Goldenberg 638 at Abstract, Figs. 1-3, 3:20-42, 6:44-57;<br>• Schmitt 710 at Figs. 3-6, cols. 1-2;<br>• Chiku 946 at Figs. 1, 2, 6, 7, Abstract, paras. 6-7, 14;<br>• Mizuguchi 641 at Figs. 1, 2, 6, 7, Abstract, paras. 6-7, 14;<br>• Ishii 108 at Figs. 1-4, paras 1-13;<br>• Macaulay 2007 at pp. 641-643;<br>• 2006 British Health Publication at pp. 14-15;<br>• Parmar 2014 at p. 1;<br>• Omni Starter Kit Brochure;<br>• Omni Brochure;<br>• Omni Presentation;<br>• 2015 Omni Catalog;<br>• 2015 PureWick brochure at pp. 1-4. |
| and a longitudinally extending portion extending between the fluid reservoir and the fluid outlet and defining a longitudinally elongated opening between the fluid reservoir and the fluid outlet | See Claims 1 and 11.<br><br>• Duke 046 at Figs. 1-3, 1:63-2:23;<br>• Keane 768 at Abstract, 1:65-2:10, 2:46-56, Fig. 9-10;<br>• Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33, 5:34-6:4, 6:36-43;<br>• Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32;<br>• Conkling 541 at Figs. 12-15, 3:29-49, 6:43-68, 7:2-11;<br>• Nigay 463 at Figs. 1-3, 1:65-2:62; |

| Claim Language | Prior Art |
| --- | --- |
| | • Carns 997 at Figs. 2-5, 6:15-31;<br>• Lawrence 564 at Figs. 1-10, Abstract, 5:8-6:27, 7:28-56;<br>• Lawrence 222 at Figs. 1-10, 14, Abstract, 5:8-6:27, 7:28-56, 11:24-36;<br>• Kraus 339 at Abstract, Figs. 1-7, 4:47-5:15;<br>• Robertson 771 at Figs. 1-2, 2:56-3:44;<br>• Cheng 133 at Figs. 7A-9, 16:53-17:54;<br>• Snyder 560 at Figs. 1-5, 4:5-5:47;<br>• Sweetser 793 at Figs. 1-2, 3:35-4:31;<br>• Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64;<br>• Scott 384 at 3:15-31, Figs. 3-4;<br>• Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35;<br>• Otto 137 at Figs. 1-2, 3:7-64, 4:10-28;<br>• Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61;<br>• Easter 366 at Figs. 5-9, 5:54-6:10;<br>• Harvie 964 at Figs. 1-3, 9:25-10:45;<br>• Harvie 012 at Figs. 1-3, 8:29-9:51;<br>• Harvie 043 at Figs. 1-3, 9:66-10:58;<br>• Trabold 781 at Abstract, Figs. 1-8, 2:35-51;<br>• Cheng 245 at 24:12-35, 29:27-52, 37:35-57, 38:48-53;<br>• Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33;<br>• Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26;<br>• Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54;<br>• Mombrinie 389 at Figs. 1-4, 9, 4:17-26, 4:61-5:7, 5:15-19;<br>• Okabe 706 at Figs. 1-9, 3:36-45, 4:10-21, 6:13-17;<br>• Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56;<br>• Sanchez 508 at Abstract, Fig. 8, 6:21-31;<br>• Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27;<br>• Grundke 161 at Figs. 1-5, paras. 20-24, 33;<br>• Scott 749 at Figs. 3-4, paras. 74-75, 79;<br>• Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46; |

| Claim Language | Prior Art |
|---|---|
| | • Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66;<br>• Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32;<br>• Mombrinie 639 at Figs. 1-9, paras. 13-14, 31-38, 40, 43;<br>• Mahnensmith 080 at Abstract, Figs. 1-5, paras. 9-11, 17-22, 24, 30-31;<br>• Van Den Heuvel 894 at Figs. 1-4, paras. 5, 7, 17, 23, 40, 44;<br>• Van Den Heuvel 823 at Figs. 1-4, 1:27-2:7, 7:22-24, 6:18-26, 7:5-13, 8:22-25;<br>• Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:8-21, 9:23-25;<br>• Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;<br>• Wada 625 at Fig. 24, paras. 188-194;<br>• Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13;<br>• Goldenberg 638 at Abstract, Figs. 1-3, 3:20-42, 6:44-57;<br>• Schmitt 710 at Figs. 3-6, cols. 1-2;<br>• Chiku 946 at Figs. 1-10, Abstract, paras. 6-11, 14-21, 23-26;<br>• Mizuguchi 641 at Figs. 1-10, Abstract, paras 6-11, 14-21, 23-26;<br>• Ishii 108 at Figs. 1-4, paras 1-13;<br>• Macaulay 2007 at pp. 641-643;<br>• 2006 British Health Publication at pp. 14-15;<br>• Omni Starter Kit Brochure;<br>• Omni Brochure;<br>• Omni Presentation;<br>• 2015 Omni Catalog;<br>• 2015 PureWick brochure at pp. 1-4. |
| a fluid permeable support disposed within the casing with a portion extending across the elongated opening, | See Claims 1 and 11.<br><br>• Keane 768 at Abstract, 1:65-2:10, 2:46-56, 3:75-4:16, Fig. 9-10;<br>• Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33, 5:34-6:4, 6:36-43;<br>• Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32; |

| Claim Language | Prior Art |
|---|---|
| | <ul><li>Conkling 541 at Figs. 12-15, 3:29-49, 6:43-68, 7:2-11;</li><li>Nigay 463 at Figs. 1-3, 1:65-2:62;</li><li>Lawrence 564 at Figs. 1-10, Abstract, 5:8-6:27, 7:28-56, 11:24-36;</li><li>Lawrence 222 at Figs. 1-10, 14, Abstract, 5:8-6:27, 7:28-56, 11:24-36;</li><li>Cheng 133 at Figs. 7A-9, 16:53-17:54;</li><li>Sweetser 793 at Figs. 1-2, 3:35-4:31;</li><li>Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64;</li><li>Scott 384 at 3:15-31, Figs. 3-4;</li><li>Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35;</li><li>Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61;</li><li>Easter 366 at Figs. 5-9, 5:54-6:10;</li><li>Harvie 964 at Figs. 1-3, 9:25-10:45;</li><li>Harvie 012 at Figs. 1-3, 8:29-9:51;</li><li>Harvie 043 at Figs. 1-3, 9:66-10:58;</li><li>Cheng 245 at 24:12-35, 29:27-52, 37:35-57, 38:48-53;</li><li>Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33;</li><li>Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26;</li><li>Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54;</li><li>Mombrinie 389 at Figs. 1-4, 9, 4:17-26, 4:61-5:7, 5:15-19;</li><li>Okabe 706 at Figs. 1-9, 3:36-45, 4:10-21, 6:13-17;</li><li>Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56;</li><li>Sanchez 508 at Abstract, Fig. 8, 6:21-31;</li><li>Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27;</li><li>Scott 749 at Figs. 3-4, paras. 74-75, 79;</li><li>Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46;</li><li>Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66;</li><li>Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32;</li><li>Mombrinie 639 at Figs. 1-9, paras. 13-14, 31-38, 40, 43;</li><li>Mahnensmith 080 at Abstract, Figs. 1-5, paras. 8-9, 17-20, 30-31;</li></ul> |

| Claim Language | Prior Art |
|---|---|
|  | • Van Den Heuvel 894 at Figs. 1-4, paras. 5, 7, 13-14, 38-44; <br> • Van Den Heuvel 823 at Figs. 1-4, 1:27-2:7, 6:18-26, 6:28-7:3, 7:15-20, 7:22-24, 7:25-30, 8:17-20, 8:22-25; <br> • Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:8-21, 9:23-28, 10:1-4; <br> • Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55; <br> • Wada 625 at Fig. 24, paras. 188-194; <br> • Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13; <br> • Chiku 946 at Figs. 1, 2, 6, 7, Abstract, paras. 6-7, 14; <br> • Mizuguchi 641 at Figs. 1, 2, 6, 7, Abstract, paras. 6-7, 14 <br> • Macaulay 2007 at pp. 641-643; <br> • 2006 British Health Publication at pp. 14-15; <br> • Omni Starter Kit Brochure; <br> • Omni Brochure; <br> • Omni Presentation; <br> • 2015 Omni Catalog; <br> • 2015 PureWick brochure at pp. 1-4. |
| wherein the fluid permeable support is distinct from and at least proximate to the fluid reservoir; | See Claims 1 and 11. <br><br> • Keane 768 at Abstract, 1:65-2:10, 2:46-56, 3:75-4:16, Fig. 9-10; <br> • Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33, 5:34-6:4, 6:36-43; <br> • Washington 508 at Figs. 1-5, 2:24-67, 5:22-6:67; <br> • Conkling 541 at Figs. 12-15, 6:43-68; <br> • Nigay 463 at Figs. 1-3, 1:65-2:62; <br> • Triunfol 675 at Figs. 1-5, claims 1-4, 3:66-4:7, 4:2-7; <br> • Sweetser 793 at Figs. 1-2, 3:35-4:31; <br> • Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35; <br> • Mombrinie 389 at Figs. 1-4, 9, 4:17-26, 4:61-5:7, 5:15-19; <br> • Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56; <br> • Sanchez 508 at Abstract, Fig. 8, 6:21-31; |

| Claim Language | Prior Art |
|---|---|
| | • Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27;<br>• Scott 749 at Figs. 3-4, paras. 74-75, 79;<br>• Scott 384 at 3:15-31, Figs. 3-4;<br>• Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46;<br>• Mombrinie 639 at Figs. 1-9, paras. 13-14, 31-38, 40, 43;<br>• Mahnensmith 080 at Abstract, Figs. 1-5, paras. 8-11, 17-20, 30-31;<br>• Van Den Heuvel 894 at Figs. 1-4, paras. 42, 44;<br>• Van Den Heuvel 823 at Figs. 1-4, 6:18-26, 7:15-20, 7:22-24, 8:22-25;<br>• Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:17-19, 9:8-21, 9:23-28, 10:1-4;<br>• Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;<br>• Wada 625 at Fig. 24, paras. 188-194;<br>• Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13;<br>• Chiku 946 at Figs. 1, 2, 6, 7, Abstract, claim 10, paras. 8, 14-15;<br>• Mizuguchi 641 at Figs. 1, 2, 6, 7, Abstract, claim 10, paras. 8, 14-15;<br>• Macaulay 2007 at pp. 641-643;<br>• 2006 British Health Publication at pp. 14-15;<br>• Omni Starter Kit Brochure;<br>• Omni Brochure;<br>• Omni Presentation;<br>• 2015 Omni Catalog. |
| a fluid permeable membrane disposed on the support and covering at least the portion of the support that extends across the elongated opening, so that the membrane is supported on the support and disposed across the elongated opening; | See Claims 1 and 11.<br><br>• Keane 768 at Figs. 9-10, 3:75-4:16;<br>• Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33;<br>• Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32;<br>• Lawrence 564 at Figs. 1-10, Abstract, 5:8-6:27, 7:28-56;<br>• Lawrence 222 at Figs. 1-10, 14, Abstract, 5:8-6:27, 7:28-56, 11:24-36;<br>• Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64; |

| Claim Language | Prior Art |
|---|---|
| | - Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35; |
| | - Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61; |
| | - Harvie 964 at Figs. 1-3, 9:25-10:45; |
| | - Harvie 012 at Figs. 1-3, 8:29-9:51; |
| | - Harvie 043 at Figs. 1-3, 9:66-10:58; |
| | - Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33; |
| | - Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26; |
| | - Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54; |
| | - Mombrinie 389 at Figs. 1-4, 9, 4:17-26, 4:61-5:7, 5:15-19; |
| | - Okabe 706 at Figs. 1-9, 3:36-45, 4:10-21, 6:13-17; |
| | - Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56; |
| | - Sanchez 508 at Abstract, Fig. 8, 6:21-31; |
| | - Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27; |
| | - Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46; |
| | - Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66; |
| | - Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32; |
| | - Mombrinie 639 at Figs. 1-9, paras. 13-14, 31-38, 40, 43; |
| | - Mahnensmith 080 at Abstract, Figs. 1-5, paras. 10-11, 20-22, 24, 30-31; |
| | - Van Den Heuvel 894 at para. 5; |
| | - Van Den Heuvel 823 at 1:27-2:12, 2:25-27; |
| | - Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:8-21, 9:23-10:1, 10:4-9; |
| | - Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55; |
| | - Wada 625 at Fig. 24, paras. 188-194; |
| | - Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13; |
| | - Parmar 2014 at p. 1; |
| | - Omni Starter Kit Brochure; |
| | - Omni Brochure; |
| | - Omni Presentation; |
| | - 2015 Omni Catalog; |

| Claim Language | Prior Art |
|---|---|
| | • 2015 PureWick brochure at pp. 1-4. |
| a tube having a first end disposed in the reservoir and extending behind at least the portion of the support and the portion of the membrane disposed across the elongated opening and extending through the fluid outlet to a second, fluid discharge end, | See Claims 1 and 11.<br><br>• Keane 768 at Abstract, Figs. 9-10, 1:65-2:10, 3:47-4:16;<br>• Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32;<br>• Suzuki 250 at Abstract, Figs. 1-5, 8, 11, 11:65-12:21;<br>• Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35;<br>• Sanchez 508 at Abstract, Fig. 8, 6:21-31;<br>• Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27;<br>• Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46;<br>• Van Den Heuvel 894 at Figs. 1-4, paras. 19, 42, 44, 47;<br>• Van Den Heuvel 823 at Figs. 1-4, 2:14-17, 3:21-25, 4:13-19, 7:15-30;<br>• Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;<br>• Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13;<br>• Chiku 946 at Figs. 5, 10, 1, 2, 7, Abstract, paras. 11-12;<br>• Mizuguchi 641 at Figs. 5, 10, 1, 2, 7, Abstract, paras. 11-12;<br>• Macaulay 2007 at pp. 641-643;<br>• 2006 British Health Publication at pp. 14-15;<br>• Omni Starter Kit Brochure;<br>• Omni Brochure;<br>• Omni Presentation;<br>• 2015 Omni Catalog. |
| the tube having only a first opening at the first end and a second opening at the second end, and a lumen fluidically coupling the first opening and the second opening, | As discussed above, using a fluid discharge tube (with a lumen) was well known at the time of the alleged invention.  Many such tubes had an opening at each end to allow fluid to enter on one end and exit on the other.<br><br>• Duke 046 at Figs. 1-3, 1:63-2:23;<br>• Keane 768 at Figs. 9-10, 3:66-74; |

| Claim Language | Prior Art |
|---|---|
| | • Ellis 185 at Figs. 1-3, 2:55-3:3;<br>• Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32;<br>• Nigay 463 at Figs. 1-3, 1:65-2:62;<br>• Martin 061 at Figs. 1, 8, 2:65-3:14, 3:15-21, 4:34-38, 5:10-51;<br>• Carns 997 at Figs. 2-5, 6:15-31;<br>• Lawrence 564 at Figs. 1-10, Abstract, 5:8-6:27, 7:28-56, 11:24-36;<br>• Lawrence 222 at Figs. 1-10, 14, Abstract, 5:8-6:27, 7:28-56, 11:24-36;<br>• Kraus 339 at Abstract, Figs. 1-7, 4:47-5:15;<br>• Scott 384 at 3:15-31, Figs. 3-4;<br>• Wolff 066 at Fig. 5b, 5:56-6:35;<br>• Otto 137 at Figs. 1-2, 3:7-64, 4:10-28;<br>• Suzuki 250 at Abstract, Figs. 1-5, 4:12-19, 6:3-6, 6:66-7:4;<br>• Sanchez 508 at Abstract, Fig. 8, 3:22-49, 6:21-31;<br>• Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27;<br>• Scott 749 at Figs. 3-4, paras. 74-75, 79;<br>• Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46;<br>• Van Den Heuvel 894 at Figs. 1-4, paras. 5, 13-14, 38-44;<br>• Van Den Heuvel 823 at Figs. 1-4, 2:14-17, 3:21-25, 4:13-19, 6:28-7:3, 7:15-30;<br>• Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 6:1-7, 9:25-10:1, 10:4-9;<br>• Wada 625 at Fig. 24, paras. 188-194;<br>• Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13;<br>• Schmitt 710 at Figs. 3-6, cols. 1-2;<br>• Chiku 946 at Figs. 5, 10, 1, 2, 7, Abstract, paras. 11-12;<br>• Mizuguchi 641 at Figs. 5, 10, 1, 2, 7, Abstract, paras. 11-12;<br>• Ishii 108 at Figs. 1-4, paras 1-13;<br>• Macaulay 2007 at pp. 641-643;<br>• 2006 British Health Publication at pp. 14-15. |

| Claim Language | Prior Art |
|---|---|
| the apparatus configured to be disposed with the opening adjacent to a urethral opening of a user, with the fluid permeable membrane engaging tissue surrounding the urethral opening, to receive urine discharged from the urethral opening through the opening of the fluid impermeable layer, the membrane, the support, and into the reservoir, and to have the received urine withdrawn from the reservoir via the tube and out of the fluid discharge end of the tube. | See Claim 1.<br><br>• Keane 768 at Abstract, Figs. 4, 9-10, 1:67-2:32, 3:60-4:16;<br>• Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33, 5:34-6:4, 6:36-43;<br>• Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32;<br>• Suzuki 250 at Abstract, claim 1, 2:41-55, Figs. 1-5, 8, 11, 3:4-13, 6:3-6; 11:65-12:21;<br>• Lawrence 564 at Figs. 1-10, Abstract, 5:8-6:27, 7:28-56, 11:1-19;<br>• Lawrence 222 at Figs. 1-10, 14, Abstract, 5:8-6:27, 7:28-56, 11:1-19;<br>• Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64;<br>• Wolff 066 at Fig. 5b, 5:56-6:35;<br>• Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61;<br>• Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54;<br>• Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33;<br>• Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32;<br>• Sanchez 508 at Abstract, Fig. 8, 3:22-49, 6:21-31;<br>• Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27;<br>• Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46;<br>• Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26;<br>• Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66;<br>• Mahnensmith 080 at Abstract, Figs. 1-5, paras. 10-11, 20-22, 24-25, 30-31;<br>• Van Den Heuvel 894 at Figs. 1-4, paras. 5, 13-14, 38-44;<br>• Van Den Heuvel 823 at Figs. 1-4, 6:18-26, 7:5-13, 8:22-25, 7:23-25;<br>• Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:7-21, 9:23-28, 10:1-9; |

| Claim Language | Prior Art |
|---|---|
|  | • Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13;<br>• Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;<br>• Omni Starter Kit Brochure;<br>• Omni Brochure;<br>• Omni Presentation;<br>• 2015 Omni Catalog;<br>• 2015 PureWick brochure at pp. 1-4. |
| **Claim 14** |  |
| 14. An apparatus comprising:  a fluid impermeable casing defining a pliable fluid reservoir at a first end, | See Claims 1 and 11.<br><br>It was known at the time of the alleged invention that the casing (and thus the fluid reservoir defined by the casing) could be pliable.<br><br>• Keane 768 at Abstract, 1:65-2:10, 2:46-56, 3:49-4:16, Figs. 9-10;<br>• Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32;<br>• Conkling 541 at Figs. 12-15, Figs. 12-15, 6:43-68;<br>• Lawrence 564 at Figs. 1-10, Abstract, 5:8-6:27, 7:28-56, 11:24-36;<br>• Lawrence 222 at Figs. 1-10, 14, Abstract, 5:8-6:27, 7:28-56, 11:24-36;<br>• Cheng 133 at Figs. 7A-9, 16:53-17:54;<br>• Sweetser 793 at Figs. 1-2, 3:35-4:31;<br>• Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64;<br>• Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35;<br>• Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61;<br>• Easter 366 at Figs. 5-9, 5:54-6:10;<br>• Harvie 964 at Figs. 1-3, 9:25-10:45;<br>• Harvie 012 at Figs. 1-3, 8:29-9:51;<br>• Harvie 043 at Figs. 1-3, 9:66-10:58;<br>• Cheng 245 at 24:12-35, 29:27-52, 37:35-57, 38:48-53;<br>• Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33;<br>• Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26;<br>• Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54; |

| Claim Language | Prior Art |
| --- | --- |
| | • Okabe 706 at Figs. 1-9, 3:36-45, 4:10-21, 6:13-17;<br>• Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56;<br>• Sanchez 508 at Abstract, Fig. 8, 3:33-36, 6:21-31;<br>• Grundke 161 at Figs. 1-5, para 20-24, 33;<br>• Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46;<br>• Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66;<br>• Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32;<br>• Mahnensmith 080 at Abstract, Figs. 1-5, paras. 8-11, 17-24, 30-31;<br>• Van Den Heuvel 894 at Figs. 1-4, paras. 5, 7, 40, 42, 44, 51;<br>• Van Den Heuvel 823 at Figs. 1-4, 6:18-26, 7:5-20, 8:22-25;<br>• Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 6:1-7, 9:8-10:1, 10:4-9;<br>• Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;<br>• Wada 625 at Fig. 24, paras. 188-194;<br>• Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13;<br>• Chiku 946 at Figs. 1, 2, 6, 7, Abstract, paras. 6-7, 14;<br>• Mizuguchi 641 at Figs. 1, 2, 6, 7, Abstract, paras. 6-7, 14;<br>• Macaulay 2007 at pp. 641-643;<br>• 2006 British Health Publication at pp. 14-15;<br>• Omni Starter Kit Brochure;<br>• Omni Brochure;<br>• Omni Presentation;<br>• 2015 Omni Catalog. |
| a fluid outlet at a second end, | See Claim 1 and 11.<br><br>• Scott 234 at 1:29-48, Figs. 1-3;<br>• Duke 046 at Figs. 1-3, 1:63-2:23;<br>• Keane 768 at Abstract, 1:65-2:10, 3:49-4:16, Fig. 9-10; |

| Claim Language | Prior Art |
|---|---|
|  | • Flower 300 at Figs. 2, 7, 1:11-15, 2:22-24, 3:23-32; <br> • Larson 025 at Abstract, Fig. 2, 3:21-25, 4:47-52; <br> • Hessner 418 at 6:36-43; <br> • Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32; <br> • Brennan 465 at 4:16-66, Figs. 1-2, 6; <br> • Washington 508 at Figs. 1-12, 2:33-38, 5:63-6:10; <br> • Conkling 541 at Figs. 12-15, 3:29-49, 6:43-68, 7:2-11; <br> • Nigay 463 at Figs. 1-3, 1:65-2:62; <br> • McGuire 347 at Figs. 1-4, Abstract, 2:35-40, 5:25-30, 6:1-35; <br> • McGuire 699 at Figs. 1-6, 4:1-19, 4:68-5:2, 6:61-64; <br> • Skow 735 at Abstract, Figs. 1-11, 3:48-51, 6:16-67; <br> • Argenta 643 at Figs. 1, 5; 3:31-51, 6:46-64, 7:10-23, 7:56-58; <br> • Carns 997 at Figs. 2-5, 6:15-31; <br> • Kubo 983 at Figs. 1a-2, Abstract, 2:44-3:5, 4:19-33, 5:1-7; <br> • Kubo 052 at Figs. 1a-4, Abstract, 3:53-4:59; <br> • Lawrence 564 at Figs. 1-10, Abstract, 5:8-6:27, 7:28-56; <br> • Lawrence 222 at Figs. 1-10, 14, Abstract, 5:8-6:27, 7:28-56, 11:24-36; <br> • Kraus 339 at Abstract, Figs. 1-7, 4:47-5:15; <br> • Triunfol 675 at Figs. 1-5, claims 1-4, 3:66-4:7, 4:2-7; <br> • Robertson 771 at Figs. 1-2, 2:56-3:44; <br> • Cheng 133 at Figs. 7A-9, 16:53-17:54; <br> • Snyder 560 at Figs. 1-5, 4:5-5:47; <br> • Sweetser 793 at Figs. 1-2, 3:35-4:31; <br> • Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64; <br> • Scott 384 at 3:15-31, Figs. 3-4; <br> • Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35; <br> • Otto 137 at Figs. 1-2, 3:7-64, 4:10-28; <br> • Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61; <br> • Easter 366 at Figs. 5-9, 5:54-6:10; |

| Claim Language | Prior Art |
|---|---|
|  | • Harvie 964 at Figs. 1-3, 9:25-10:45;<br>• Harvie 012 at Figs. 1-3, 8:29-9:51;<br>• Harvie 043 at Figs. 1-3, 9:66-10:58;<br>• Trabold 781 at Abstract, Figs. 1-8, 2:35-51;<br>• Cheng 245 at 24:12-35, 29:27-52, 37:35-57, 38:48-53;<br>• Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33;<br>• Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26;<br>• Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54;<br>• Mombrinie 389 at Figs. 1-4, 9, 4:17-26, 4:61-5:7, 5:15-19;<br>• Okabe 706 at Figs. 1-9, 3:36-45, 4:10-21, 6:13-17;<br>• Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56;<br>• Sanchez 508 at Abstract, Fig. 8, 6:21-31;<br>• Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27;<br>• Grundke 161 at Figs. 1-5, paras. 20-24, 33;<br>• Scott 749 at Figs. 3-4, paras. 74-75, 79;<br>• Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46;<br>• Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66;<br>• Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32;<br>• Mombrinie 639 at Figs. 1-9, paras. 13-14, 31-38, 40, 43;<br>• Mahnensmith 080 at Abstract, Figs. 1-5, paras. 23, 30-31;<br>• Van Den Heuvel 894 at Figs. 1-4, paras. 5-7, 40, 42, 44, 51;<br>• Van Den Heuvel 823 at Figs. 1-4, 2:14-17, 3:21-25, 4:13-19, 7:15-30;<br>• Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 6:1-7, 9:8-21, 9:23-25;<br>• Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;<br>• Wada 625 at Fig. 24, paras. 188-194;<br>• Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13; |

| Claim Language | Prior Art |
|---|---|
| | • Goldenberg 638 at Abstract, Figs. 1-3, 3:20-42, 6:44-57;<br>• Schmitt 710 at Figs. 3-6, cols. 1-2;<br>• Chiku 946 at Figs. 1, 2, 6, 7, Abstract, paras. 6-7, 14;<br>• Mizuguchi 641 at Figs. 1, 2, 6, 7, Abstract, paras. 6-7, 14;<br>• Ishii 108 at Figs. 1-4, paras 1-13;<br>• Macaulay 2007 at pp. 641-643;<br>• 2006 British Health Publication at pp. 14-15;<br>• Parmar 2014 at p. 1;<br>• Omni Starter Kit Brochure;<br>• Omni Brochure;<br>• Omni Presentation;<br>• 2015 Omni Catalog;<br>• 2015 PureWick brochure at pp. 1-4. |
| and a longitudinally extending portion extending between the fluid reservoir and the fluid outlet and defining a longitudinally elongated opening between the fluid reservoir and the fluid outlet; | See Claim 1 and 11.<br><br>• Duke 046 at Figs. 1-3, 1:63-2:23;<br>• Keane 768 at Abstract, 1:65-2:10, 2:46-56, Fig. 9-10;<br>• Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33, 5:34-6:4, 6:36-43;<br>• Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32;<br>• Conkling 541 at Figs. 12-15, 3:29-49, 6:43-68, 7:2-11;<br>• Nigay 463 at Figs. 1-3, 1:65-2:62;<br>• Carns 997 at Figs. 2-5, 6:15-31;<br>• Lawrence 564 at Figs. 1-10, Abstract, 5:8-6:27, 7:28-56;<br>• Lawrence 222 at Figs. 1-10, 14, Abstract, 5:8-6:27, 7:28-56, 11:24-36;<br>• Kraus 339 at Abstract, Figs. 1-7, 4:47-5:15;<br>• Robertson 771 at Figs. 1-2, 2:56-3:44;<br>• Cheng 133 at Figs. 7A-9, 16:53-17:54;<br>• Snyder 560 at Figs. 1-5, 4:5-5:47;<br>• Sweetser 793 at Figs. 1-2, 3:35-4:31;<br>• Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64;<br>• Scott 384 at 3:15-31, Figs. 3-4;<br>• Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35;<br>• Otto 137 at Figs. 1-2, 3:7-64, 4:10-28; |

| Claim Language | Prior Art |
|---|---|
| | - Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61;<br>- Easter 366 at Figs. 5-9, 5:54-6:10;<br>- Harvie 964 at Figs. 1-3, 9:25-10:45;<br>- Harvie 012 at Figs. 1-3, 8:29-9:51;<br>- Harvie 043 at Figs. 1-3, 9:66-10:58;<br>- Trabold 781 at Abstract, Figs. 1-8, 2:35-51;<br>- Cheng 245 at 24:12-35, 29:27-52, 37:35-57, 38:48-53;<br>- Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33;<br>- Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26;<br>- Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54;<br>- Mombrinie 389 at Figs. 1-4, 9, 4:17-26, 4:61-5:7, 5:15-19;<br>- Okabe 706 at Figs. 1-9, 3:36-45, 4:10-21, 6:13-17;<br>- Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56;<br>- Sanchez 508 at Abstract, Fig. 8, 6:21-31;<br>- Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27;<br>- Grundke 161 at Figs. 1-5, paras. 20-24, 33;<br>- Scott 749 at Figs. 3-4, paras. 74-75, 79;<br>- Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46;<br>- Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66;<br>- Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32;<br>- Mombrinie 639 at Figs. 1-9, paras. 13-14, 31-38, 40, 43;<br>- Mahnensmith 080 at Abstract, Figs. 1-5, paras. 9-11, 17-22, 24, 30-31;<br>- Van Den Heuvel 894 at Figs. 1-4, paras. 5, 7, 17, 23, 40, 44;<br>- Van Den Heuvel 823 at Figs. 1-4, 1:27-2:7, 7:22-24, 6:18-26, 7:5-13, 8:22-25;<br>- Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:8-21, 9:23-25;<br>- Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55; |

| Claim Language | Prior Art |
|---|---|
| | • Wada 625 at Fig. 24, paras. 188-194;<br>• Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13;<br>• Goldenberg 638 at Abstract, Figs. 1-3, 3:20-42, 6:44-57;<br>• Schmitt 710 at Figs. 3-6, cols. 1-2;<br>• Chiku 946 at Figs. 1-10, Abstract, paras. 6-11, 14-21, 23-26;<br>• Mizuguchi 641 at Figs. 1-10, Abstract, paras 6-11, 14-21, 23-26;<br>• Ishii 108 at Figs. 1-4, paras 1-13;<br>• Macaulay 2007 at pp. 641-643;<br>• 2006 British Health Publication at pp. 14-15;<br>• Omni Starter Kit Brochure;<br>• Omni Brochure;<br>• Omni Presentation;<br>• 2015 Omni Catalog;<br>• 2015 PureWick brochure at pp. 1-4. |
| a fluid permeable support disposed within the casing with a portion extending across the elongated opening, wherein the fluid permeable support is distinct from and at least proximate to the fluid reservoir; | See Claim 1 and 11.<br><br>• Keane 768 at Abstract, 1:65-2:10, 2:46-56, 3:75-4:16, Fig. 9-10;<br>• Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33, 5:34-6:4, 6:36-43;<br>• Washington 508 at Figs. 1-5, 2:24-67, 5:22-6:67;<br>• Conkling 541 at Figs. 12-15, 6:43-68;<br>• Nigay 463 at Figs. 1-3, 1:65-2:62;<br>• Triunfol 675 at Figs. 1-5, claims 1-4, 3:66-4:7, 4:2-7;<br>• Sweetser 793 at Figs. 1-2, 3:35-4:31;<br>• Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35;<br>• Mombrinie 389 at Figs. 1-4, 9, 4:17-26, 4:61-5:7, 5:15-19;<br>• Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56;<br>• Sanchez 508 at Abstract, Fig. 8, 6:21-31;<br>• Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27;<br>• Scott 749 at Figs. 3-4, paras. 74-75, 79;<br>• Scott 384 at 3:15-31, Figs. 3-4;<br>• Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46; |

| Claim Language | Prior Art |
|---|---|
| | - Mombrinie 639 at Figs. 1-9, paras. 13-14, 31-38, 40, 43;<br>- Mahnensmith 080 at Abstract, Figs. 1-5, paras. 8-11, 17-20, 30-31;<br>- Van Den Heuvel 894 at Figs. 1-4, paras. 42, 44;<br>- Van Den Heuvel 823 at Figs. 1-4, 6:18-26, 7:15-20, 7:22-24, 8:22-25;<br>- Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:17-19, 9:8-21, 9:23-28, 10:1-4;<br>- Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;<br>- Wada 625 at Fig. 24, paras. 188-194;<br>- Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13;<br>- Chiku 946 at Figs. 1, 2, 6, 7, Abstract, claim 10, paras. 8, 14-15;<br>- Mizuguchi 641 at Figs. 1, 2, 6, 7, Abstract, claim 10, paras. 8, 14-15;<br>- Macaulay 2007 at pp. 641-643;<br>- 2006 British Health Publication at pp. 14-15;<br>- Omni Starter Kit Brochure;<br>- Omni Brochure;<br>- Omni Presentation;<br>- 2015 Omni Catalog. |
| a fluid permeable membrane disposed on the support and covering at least the portion of the support that extends across the elongated opening, so that the membrane is supported on the support and disposed across the elongated opening; | See Claim 1 and 11.<br><br>- Keane 768 at Figs. 9-10, 3:75-4:16;<br>- Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33;<br>- Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32;<br>- Lawrence 564 at Figs. 1-10, Abstract, 5:8-6:27, 7:28-56;<br>- Lawrence 222 at Figs. 1-10, 14, Abstract, 5:8-6:27, 7:28-56, 11:24-36;<br>- Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64;<br>- Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35;<br>- Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61;<br>- Harvie 964 at Figs. 1-3, 9:25-10:45;<br>- Harvie 012 at Figs. 1-3, 8:29-9:51;<br>- Harvie 043 at Figs. 1-3, 9:66-10:58; |

| Claim Language | Prior Art |
|---|---|
| | <ul><li>Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33;</li><li>Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26;</li><li>Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54;</li><li>Mombrinie 389 at Figs. 1-4, 9, 4:17-26, 4:61-5:7, 5:15-19;</li><li>Okabe 706 at Figs. 1-9, 3:36-45, 4:10-21, 6:13-17;</li><li>Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56;</li><li>Sanchez 508 at Abstract, Fig. 8, 6:21-31;</li><li>Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27;</li><li>Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46;</li><li>Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66;</li><li>Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32;</li><li>Mombrinie 639 at Figs. 1-9, paras. 13-14, 31-38, 40, 43;</li><li>Mahnensmith 080 at Abstract, Figs. 1-5, paras. 10-11, 20-22, 24, 30-31;</li><li>Van Den Heuvel 894 at para. 5;</li><li>Van Den Heuvel 823 at 1:27-2:12, 2:25-27;</li><li>Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:8-21, 9:23-10:1, 10:4-9;</li><li>Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;</li><li>Wada 625 at Fig. 24, paras. 188-194;</li><li>Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13;</li><li>Parmar 2014 at p. 1;</li><li>Omni Starter Kit Brochure;</li><li>Omni Brochure;</li><li>Omni Presentation;</li><li>2015 Omni Catalog;</li><li>2015 PureWick brochure at pp. 1-4.</li></ul> |
| a tube having a first end with a first opening therein disposed in the reservoir and extending behind at least the portion of the support and the portion of the membrane disposed across | See Claim 1 and 11.<br><br><ul><li>Keane 768 at Abstract, Figs. 9-10, 1:65-2:10, 3:47-4:16;</li></ul> |

| Claim Language | Prior Art |
|---|---|
| the elongated opening and extending through the fluid outlet to a second, fluid discharge end, | • Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32;<br>• Suzuki 250 at Abstract, Figs. 1-5, 8, 11, 11:65-12:21;<br>• Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35;<br>• Sanchez 508 at Abstract, Fig. 8, 6:21-31;<br>• Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27;<br>• Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46;<br>• Van Den Heuvel 894 at Figs. 1-4, paras. 19, 42, 44, 47;<br>• Van Den Heuvel 823 at Figs. 1-4, 2:14-17, 3:21-25, 4:13-19, 7:15-30;<br>• Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;<br>• Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13;<br>• Chiku 946 at Figs. 5, 10, 1, 2, 7, Abstract, paras. 11-12;<br>• Mizuguchi 641 at Figs. 5, 10, 1, 2, 7, Abstract, paras. 11-12;<br>• Macaulay 2007 at pp. 641-643;<br>• 2006 British Health Publication at pp. 14-15;<br>• Omni Starter Kit Brochure;<br>• Omni Brochure;<br>• Omni Presentation;<br>• 2015 Omni Catalog. |
| the apparatus configured to be disposed with the opening adjacent to a urethral opening of a user, with the fluid permeable membrane engaging tissue surrounding the urethral opening, to receive urine discharged from the urethral opening through the opening of the fluid impermeable layer, the membrane, the support, and into the reservoir, and | See Claims 1 and 11.<br>• Keane 768 at Abstract, Figs. 4, 9-10, 1:67-2:32, 3:60-4:16;<br>• Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33, 5:34-6:4, 6:36-43;<br>• Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32;<br>• Suzuki 250 at Abstract, claim 1, 2:41-55, Figs. 1-5, 8, 11, 3:4-13, 6:3-6; 11:65-12:21;<br>• Lawrence 564 at Figs. 1-10, Abstract, 5:8-6:27, 7:28-56, 11:1-19;<br>• Lawrence 222 at Figs. 1-10, 14, Abstract, 5:8-6:27, 7:28-56, 11:1-19; |

| Claim Language | Prior Art |
| --- | --- |
| | <ul><li>Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64;</li><li>Wolff 066 at Fig. 5b, 5:56-6:35;</li><li>Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61;</li><li>Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54;</li><li>Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33;</li><li>Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32;</li><li>Sanchez 508 at Abstract, Fig. 8, 3:22-49, 6:21-31;</li><li>Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27;</li><li>Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46;</li><li>Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26;</li><li>Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66;</li><li>Mahnensmith 080 at Abstract, Figs. 1-5, paras. 10-11, 20-22, 24-25, 30-31;</li><li>Van Den Heuvel 894 at Figs. 1-4, paras. 5, 13-14, 38-44;</li><li>Van Den Heuvel 823 at Figs. 1-4, 6:18-26, 7:5-13, 8:22-25, 7:23-25;</li><li>Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:7-21, 9:23-28, 10:1-9;</li><li>Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13;</li><li>Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;</li><li>Omni Starter Kit Brochure;</li><li>Omni Brochure;</li><li>Omni Presentation;</li><li>2015 Omni Catalog;</li><li>2015 PureWick brochure at pp. 1-4.</li></ul> |
| to have the received urine withdrawn from the reservoir via the tube and out of the fluid discharge end of the tube by a vacuum-induced pressure differential at the first end of the tube sufficiently large to withdraw urine through the tube at flow rate equal to the urine | As discussed above, it was well known at the time of the alleged invention to configure an apparatus to have discharged fluid be withdrawn from a reservoir via a discharge tube by applying a vacuum-induced pressure differential at the other end of the tube.  The |

| Claim Language | Prior Art |
|---|---|
| discharge rate in a urination event and without causing the fluid reservoir to be drawn towards and to occlude the first opening in the first end of the tube. | rate of vacuum could be controlled, and it was known that, for urine collection, the flow rate could be equal to the urine discharge rate in a urination event to avoid overflow.  It was also known to configure devices so that the application of vacuum would not cause the fluid reservoir to be drawn towards and to occlude the tube opening.<br><br>• Wolff 066 at 2:1-2;<br>• Otto 137 at Figs. 1-2, 3:7-64, 4:10-28;<br>• Sanchez 508 at 4:55-64;<br>• Wolff 131 at para 3;<br>• Van Den Heuvel 894 at paras. 5-6, 8, 21;<br>• Van Den Heuvel 823 at 1:27-2:7;<br>• Wolff 784 at Abstract, Figs. 1a-4, 2:4-10, 5:12-30, 6:9-12, 7:8-12;<br>• Wada 625 at Fig. 24, paras. 188-194;<br>• Chiku 946 at para 19;<br>• Mizuguchi 641 at para 19;<br>• Macaulay 2007 at pp. 641-643;<br>• 2006 British Health Publication at pp. 14-15. |

### U.S. Patent No. 10,390,989 (Claims 1-6)

| Claim Language | Prior Art |
|---|---|
| **Claim 1** | |
| 1. A method comprising:<br>disposing in operative relationship with the urethral opening of a female user a urine collecting apparatus that includes: | As discussed above, it was well known to configure a body fluid collection device so that the opening was adjacent to the source of fluid.  Urine collection devices were known to be used so that the opening was disposed adjacent the urethral opening of a female.<br><br>• Keane 768 at Abstract, 1:65-2:10, 3:75-4:16, Figs. 4, 9-10<br>• Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32; |

| Claim Language | Prior Art |
|---|---|
|  | • Martin 061 at Figs. 1, 8, 2:65-3:14, 3:15-21, 4:34-38, 5:10-51; <br> • Lawrence 564 at Figs. 1-10, Abstract, 5:8-6:27, 7:28-56, 11:1-19; <br> • Lawrence 222 at Figs. 1-10, 14, Abstract, 5:8-6:27, 7:28-56, 11:1-19; <br> • Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64; <br> • Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35; <br> • Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61; <br> • Harvie 964 at Figs. 1-3, 9:25-10:45; <br> • Harvie 012 at Figs. 1-3, 8:29-9:51; <br> • Harvie 043 at Figs. 1-3, 9:66-10:58; <br> • Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33; <br> • Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26; <br> • Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54; <br> • Mombrinie 389 at Figs. 1-4, 9, 4:17-26, 4:61-5:7, 5:15-19; <br> • Okabe 706 at Figs. 1-9, 3:36-45, 4:10-21, 6:13-17; <br> • Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56; <br> • Sanchez 508 at Abstract, Fig. 8, 6:21-31; <br> • Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27; <br> • Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46; <br> • Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66; <br> • Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32; <br> • Mombrinie 639 at Figs. 1-9, para 13-14, 31-38, 40, 43; <br> • Mahnensmith 080 at Abstract, Figs. 1-5, paras. 25, 30-31; <br> • Van Den Heuvel 894 at Figs. 1-4, paras. 13-14, 38-44; <br> • Van Den Heuvel 823 at Figs. 1-4, 2:14-17, 3:21-25, 4:13-19, 6:28-7:3, 7:15-30, 8:17-20; <br> • Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:7-10:1, 10:4-9; |

| Claim Language | Prior Art |
|---|---|
| | • Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;<br>• Wada 625 at Fig. 24, paras. 188-194;<br>• Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13;<br>• Macaulay 2007 at pp. 641-643;<br>• 2006 British Health Publication at pp. 14-15;<br>• Parmar 2014 at p. 1;<br>• Omni Starter Kit Brochure;<br>• Omni Brochure;<br>• Omni Presentation;<br>• 2015 Omni Catalog;<br>• 2015 PureWick brochure at pp. 1-4. |
| a fluid impermeable casing having a fluid reservoir at a first end, | Apparatuses with fluid impermeable casings having a fluid reservoir at one end were well known at the time of the alleged invention.<br><br>• Duke 046 at Figs. 1-3, 1:63-2:2;<br>• Keane 768 at Abstract, Figs. 4, 9-10, 1:67-2:32, 3:75-4:16;<br>• Ellis 185 at Figs. 1-3, 2:55-3:3;<br>• Flower 300 at Figs. 2, 7, 1:11-15, 2:22-24, 3:23-32;<br>• Larson 025 at Abstract, Fig. 2, 3:21-25, 4:47-52;<br>• Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33, 5:34-6:4, 6:36-43;<br>• Kraus 703 at Abstract, Figs. 1-6, 3:37-4:62;<br>• Triunfol 675 at Figs. 1-5, claims 1-4, 3:66-4:7, 4:2-7;<br>• Martin 061 at Figs. 1, 8, 2:65-3:14, 3:15-21, 4:34-38, 5:10-51;<br>• Nussbaumer 160 at Figs. 1-9, 2:23-44, 2:50-59, 3:20-41, 4:5-13, 5:10-15;<br>• Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32;<br>• Ehrenkranz 215 at Abstract, Figs. 1-9B;<br>• Brennan 465 at 4:16-66, Figs. 1-2, 6;<br>• Washington 508 at Figs. 1-5, 11-12, 2:24-27, 2:40-52, 5:22-62, 10:23-34;<br>• Conkling 541 at Figs. 12-15, Figs. 12-15, 3:29-49, 6:43-68, 7:2-11; |

| Claim Language | Prior Art |
|---|---|
|  | <ul><li>Nigay 463 at Figs. 1-3, 1:65-2:62;</li><li>McGuire 347 at Figs. 1-4, Abstract, 2:35-40, 5:25-30, 6:1-35;</li><li>Carns 997 at Figs. 2-5, 6:15-31;</li><li>Kubo 983 at Figs. 1a-2, Abstract, 2:44-3:5, 4:19-33, 5:8-27;</li><li>Kubo 052 at Figs. 1a-4, Abstract, 3:53-4:59;</li><li>Lawrence 564 at Figs. 1-10, Abstract, 5:8-6:27, 7:28-56;</li><li>Lawrence 222 at Figs. 1-10, 14, Abstract, 5:8-6:27, 7:28-56, 11:24-36;</li><li>Etheredge 606 at Figs. 1-3, Abstract, 4:7-60, 5:212-54;</li><li>Kraus 339 at Abstract, Figs. 1-7, 4:47-5:15;</li><li>Cheng 133 at Figs. 7A-9, 16:53-17:54;</li><li>Snyder 560 at Figs. 1-5, 4:5-5:47;</li><li>Sweetser 793 at Figs. 1-2, 3:35-4:31;</li><li>Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64;</li><li>Scott 384 at 3:15-31, Figs. 3-4;</li><li>Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35;</li><li>Otto 137 at Figs. 1-2, 3:7-64, 4:10-28;</li><li>Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61;</li><li>Harvie 964 at Figs. 1-3, 9:25-10:45;</li><li>Harvie 012 at Figs. 1-3, 8:29-9:51;</li><li>Harvie 043 at Figs. 1-3, 9:66-10:58;</li><li>Easter 366 at Figs. 5-9, 5:54-6:10;</li><li>Trabold 781 at Abstract, Figs. 1-8, 2:35-51;</li><li>Cheng 245 at 24:12-35, 29:27-52, 37:35-57, 38:48-53;</li><li>Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33;</li><li>Suzuki 250 at Abstract, Figs. 1-5, 8, 11, claim 1, 2:41-55, 11:65-12:21;</li><li>Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26;</li><li>Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54;</li><li>Mombrinie 389 at Figs. 1-4, 9, 4:17-26, 4:61-5:7, 5:15-19;</li><li>Swiecicki 634 at Figs. 1-8, 2:14-34, 4:59-5:9, 11:42-61;</li><li>Okabe 706 at 7:40-8:14, Figs. 3-4;</li></ul> |

| Claim Language | Prior Art |
|---|---|
| | • Sanchez 508 at Abstract, Fig. 8, 6:21-31;<br>• Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27;<br>• Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56;<br>• Grundke 161 at Figs. 1-5, paras. 20-24, 33;<br>• Scott 749 at Figs. 3-4, paras. 74-75, 79;<br>• Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46;<br>• Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66;<br>• Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32;<br>• Mombrinie 639 at Figs. 1-9, paras. 13-14, 31-38, 40, 43;<br>• Mahnensmith 080 at Abstract, Figs. 1-5, paras. 8-9, 17-20, 30-31;<br>• Wightman 214 at Figs. 2b, 4b, 5-6, paras. 87, 92;<br>• Coley 804 at Figs. 1-5, Abstract, paras. 18-19, 21-24;<br>• Van Den Heuvel 894 at Figs. 1-4, paras. 5, 7, 40, 42, 44, 51;<br>• Van Den Heuvel 823 at Figs. 1-4, 1:27-2:7, 6:18-26, 6:28-7:3, 7:15-20, 7:22-24, 7:25-30, 8:17-20, 8:22-25;<br>• Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:8-21, 9:23-25;<br>• Goldenberg 638 at Abstract, Figs. 1-3, 3:20-42, 6:44-57;<br>• Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;<br>• Wada 625 at Fig. 24, paras. 188-194;<br>• Schmitt 710 at Figs. 3-6, cols. 1-2;<br>• Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13;<br>• Chiku 946 at Figs. 1, 2, 6, 7, Abstract, paras. 6-7, 14;<br>• Mizuguchi 641 at Figs. 1, 2, 6, 7, Abstract, paras. 6-7, 14;<br>• Ishii 108 at Figs. 1-4, paras 1-13;<br>• Macaulay 2007 at pp. 641-643;<br>• 2006 British Health Publication at pp. 14-15; |

| Claim Language | Prior Art |
|---|---|
| | • Omni Starter Kit Brochure;<br>• Omni Brochure;<br>• Omni Presentation;<br>• 2015 Omni Catalog;<br>• 2015 PureWick brochure at pp. 1-4. |
| a fluid outlet at a second end, | Fluid impermeable casings having a fluid outlet at another end were well known at the time of the alleged invention.<br><br>• Scott 234 at 1:29-48, Figs. 1-3;<br>• Duke 046 at Figs. 1-3, 1:63-2:23;<br>• Keane 768 at Abstract, 1:65-2:10, 3:49-4:16, Fig. 9-10;<br>• Flower 300 at Figs. 2, 7, 1:11-15, 2:22-24, 3:23-32;<br>• Larson 025 at Abstract, Fig. 2, 3:21-25, 4:47-52;<br>• Hessner 418 at 6:36-43;<br>• Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32;<br>• Brennan 465 at 4:16-66, Figs. 1-2, 6;<br>• Washington 508 at Figs. 1-12, 2:33-38, 5:63-6:10;<br>• Conkling 541 at Figs. 12-15, 3:29-49, 6:43-68, 7:2-11;<br>• Nigay 463 at Figs. 1-3, 1:65-2:62;<br>• McGuire 347 at Figs. 1-4, Abstract, 2:35-40, 5:25-30, 6:1-35;<br>• McGuire 699 at Figs. 1-6, 4:1-19, 4:68-5:2, 6:61-64;<br>• Skow 735 at Abstract, Figs. 1-11, 3:48-51, 6:16-67;<br>• Argenta 643 at Figs. 1, 5; 3:31-51, 6:46-64, 7:10-23, 7:56-58;<br>• Carns 997 at Figs. 2-5, 6:15-31;<br>• Kubo 983 at Figs. 1a-2, Abstract, 2:44-3:5, 4:19-33, 5:1-7;<br>• Kubo 052 at Figs. 1a-4, Abstract, 3:53-4:59;<br>• Lawrence 564 at Figs. 1-10, Abstract, 5:8-6:27, 7:28-56;<br>• Lawrence 222 at Figs. 1-10, 14, Abstract, 5:8-6:27, 7:28-56, 11:24-36; |

| Claim Language | Prior Art |
|---|---|
|  | • Kraus 339 at Abstract, Figs. 1-7, 4:47-5:15;<br>• Triunfol 675 at Figs. 1-5, claims 1-4, 3:66-4:7, 4:2-7;<br>• Robertson 771 at Figs. 1-2, 2:56-3:44;<br>• Cheng 133 at Figs. 7A-9, 16:53-17:54;<br>• Snyder 560 at Figs. 1-5, 4:5-5:47;<br>• Sweetser 793 at Figs. 1-2, 3:35-4:31;<br>• Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64;<br>• Scott 384 at 3:15-31, Figs. 3-4;<br>• Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35;<br>• Otto 137 at Figs. 1-2, 3:7-64, 4:10-28;<br>• Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61;<br>• Easter 366 at Figs. 5-9, 5:54-6:10;<br>• Harvie 964 at Figs. 1-3, 9:25-10:45;<br>• Harvie 012 at Figs. 1-3, 8:29-9:51;<br>• Harvie 043 at Figs. 1-3, 9:66-10:58;<br>• Trabold 781 at Abstract, Figs. 1-8, 2:35-51;<br>• Cheng 245 at 24:12-35, 29:27-52, 37:35-57, 38:48-53;<br>• Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33;<br>• Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26;<br>• Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54;<br>• Mombrinie 389 at Figs. 1-4, 9, 4:17-26, 4:61-5:7, 5:15-19;<br>• Okabe 706 at Figs. 1-9, 3:36-45, 4:10-21, 6:13-17;<br>• Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56;<br>• Sanchez 508 at Abstract, Fig. 8, 6:21-31;<br>• Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27;<br>• Grundke 161 at Figs. 1-5, paras. 20-24, 33;<br>• Scott 749 at Figs. 3-4, paras. 74-75, 79;<br>• Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46;<br>• Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66;<br>• Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32; |

| Claim Language | Prior Art |
|---|---|
| | <ul><li>Mombrinie 639 at Figs. 1-9, paras. 13-14, 31-38, 40, 43;</li><li>Mahnensmith 080 at Abstract, Figs. 1-5, paras. 23, 30-31;</li><li>Van Den Heuvel 894 at Figs. 1-4, paras. 5-7, 40, 42, 44, 51;</li><li>Van Den Heuvel 823 at Figs. 1-4, 2:14-17, 3:21-25, 4:13-19, 7:15-30;</li><li>Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 6:1-7, 9:8-21, 9:23-25;</li><li>Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;</li><li>Wada 625 at Fig. 24, paras. 188-194;</li><li>Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13;</li><li>Goldenberg 638 at Abstract, Figs. 1-3, 3:20-42, 6:44-57;</li><li>Schmitt 710 at Figs. 3-6, cols. 1-2;</li><li>Chiku 946 at Figs. 1, 2, 6, 7, Abstract, paras. 6-7, 14;</li><li>Mizuguchi 641 at Figs. 1, 2, 6, 7, Abstract, paras. 6-7, 14;</li><li>Ishii 108 at Figs. 1-4, paras 1-13;</li><li>Macaulay 2007 at pp. 641-643;</li><li>2006 British Health Publication at pp. 14-15;</li><li>Parmar 2014 at p. 1;</li><li>Omni Starter Kit Brochure;</li><li>Omni Brochure;</li><li>Omni Presentation;</li><li>2015 Omni Catalog;</li><li>2015 PureWick brochure at pp. 1-4.</li></ul> |
| and a longitudinally extending fluid impermeable layer coupled to the fluid reservoir and the fluid outlet and defining a longitudinally elongated opening between the fluid reservoir and the fluid outlet; | Fluid impermeable casings having a longitudinally extending fluid impermeable layer coupled to a fluid reservoir and a fluid outlet and defining a longitudinally elongated opening between the reservoir and outlet were well known at the time of the alleged invention. For example, in the case of urine collection devices, such a configuration is shaped for the female anatomy as discussed above while allowing for urine collection and removal. |

| Claim Language | Prior Art |
| --- | --- |
|  | • Duke 046 at Figs. 1-3, 1:63-2:23;<br>• Keane 768 at Abstract, 1:65-2:10, 2:46-56, Fig. 9-10;<br>• Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33, 5:34-6:4, 6:36-43;<br>• Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32;<br>• Conkling 541 at Figs. 12-15, 3:29-49, 6:43-68, 7:2-11;<br>• Nigay 463 at Figs. 1-3, 1:65-2:62;<br>• Carns 997 at Figs. 2-5, 6:15-31;<br>• Lawrence 564 at Figs. 1-10, Abstract, 5:8-6:27, 7:28-56;<br>• Lawrence 222 at Figs. 1-10, 14, Abstract, 5:8-6:27, 7:28-56, 11:24-36;<br>• Kraus 339 at Abstract, Figs. 1-7, 4:47-5:15;<br>• Robertson 771 at Figs. 1-2, 2:56-3:44;<br>• Cheng 133 at Figs. 7A-9, 16:53-17:54;<br>• Snyder 560 at Figs. 1-5, 4:5-5:47;<br>• Sweetser 793 at Figs. 1-2, 3:35-4:31;<br>• Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64;<br>• Scott 384 at 3:15-31, Figs. 3-4;<br>• Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35;<br>• Otto 137 at Figs. 1-2, 3:7-64, 4:10-28;<br>• Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61;<br>• Easter 366 at Figs. 5-9, 5:54-6:10;<br>• Harvie 964 at Figs. 1-3, 9:25-10:45;<br>• Harvie 012 at Figs. 1-3, 8:29-9:51;<br>• Harvie 043 at Figs. 1-3, 9:66-10:58;<br>• Trabold 781 at Abstract, Figs. 1-8, 2:35-51;<br>• Cheng 245 at 24:12-35, 29:27-52, 37:35-57, 38:48-53;<br>• Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33;<br>• Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26;<br>• Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54;<br>• Mombrinie 389 at Figs. 1-4, 9, 4:17-26, 4:61-5:7, 5:15-19;<br>• Okabe 706 at Figs. 1-9, 3:36-45, 4:10-21, 6:13-17; |

| Claim Language | Prior Art |
|---|---|
| | • Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56;<br>• Sanchez 508 at Abstract, Fig. 8, 6:21-31;<br>• Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27;<br>• Grundke 161 at Figs. 1-5, paras. 20-24, 33;<br>• Scott 749 at Figs. 3-4, paras. 74-75, 79;<br>• Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46;<br>• Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66;<br>• Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32;<br>• Mombrinie 639 at Figs. 1-9, paras. 13-14, 31-38, 40, 43;<br>• Mahnensmith 080 at Abstract, Figs. 1-5, paras. 9-11, 17-22, 24, 30-31;<br>• Van Den Heuvel 894 at Figs. 1-4, paras. 5, 7, 17, 23, 40, 44;<br>• Van Den Heuvel 823 at Figs. 1-4, 1:27-2:7, 7:22-24, 6:18-26, 7:5-13, 8:22-25;<br>• Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:8-21, 9:23-25;<br>• Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;<br>• Wada 625 at Fig. 24, paras. 188-194;<br>• Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13;<br>• Goldenberg 638 at Abstract, Figs. 1-3, 3:20-42, 6:44-57;<br>• Schmitt 710 at Figs. 3-6, cols. 1-2;<br>• Chiku 946 at Figs. 1-10, Abstract, paras. 6-11, 14-21, 23-26;<br>• Mizuguchi 641 at Figs. 1-10, Abstract, paras 6-11, 14-21, 23-26;<br>• Ishii 108 at Figs. 1-4, paras 1-13;<br>• Macaulay 2007 at pp. 641-643;<br>• 2006 British Health Publication at pp. 14-15;<br>• Omni Starter Kit Brochure;<br>• Omni Brochure;<br>• Omni Presentation;<br>• 2015 Omni Catalog;<br>• 2015 PureWick brochure at pp. 1-4. |

| Claim Language | Prior Art |
|---|---|
| | |
| a fluid permeable support disposed within the fluid impermeable casing with a portion extending across the longitudinally elongated opening, | Fluid permeable supports disposed within the casing with a portion extending across the elongated opening was well known at the time of the alleged invention, for example, allowing for support of a fluid permeable membrane.<br><br>• Keane 768 at Abstract, 1:65-2:10, 2:46-56, 3:75-4:16, Fig. 9-10;<br>• Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33, 5:34-6:4, 6:36-43;<br>• Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32;<br>• Conkling 541 at Figs. 12-15, 3:29-49, 6:43-68, 7:2-11;<br>• Nigay 463 at Figs. 1-3, 1:65-2:62;<br>• Lawrence 564 at Figs. 1-10, Abstract, 5:8-6:27, 7:28-56, 11:24-36;<br>• Lawrence 222 at Figs. 1-10, 14, Abstract, 5:8-6:27, 7:28-56, 11:24-36;<br>• Cheng 133 at Figs. 7A-9, 16:53-17:54;<br>• Sweetser 793 at Figs. 1-2, 3:35-4:31;<br>• Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64;<br>• Scott 384 at 3:15-31, Figs. 3-4;<br>• Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35;<br>• Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61;<br>• Easter 366 at Figs. 5-9, 5:54-6:10;<br>• Harvie 964 at Figs. 1-3, 9:25-10:45;<br>• Harvie 012 at Figs. 1-3, 8:29-9:51;<br>• Harvie 043 at Figs. 1-3, 9:66-10:58;<br>• Cheng 245 at 24:12-35, 29:27-52, 37:35-57, 38:48-53;<br>• Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33;<br>• Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26;<br>• Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54;<br>• Mombrinie 389 at Figs. 1-4, 9, 4:17-26, 4:61-5:7, 5:15-19;<br>• Okabe 706 at Figs. 1-9, 3:36-45, 4:10-21, 6:13-17;<br>• Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56; |

| Claim Language | Prior Art |
|---|---|
|  | • Sanchez 508 at Abstract, Fig. 8, 6:21-31; <br> • Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27; <br> • Scott 749 at Figs. 3-4, paras. 74-75, 79; <br> • Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46; <br> • Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66; <br> • Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32; <br> • Mombrinie 639 at Figs. 1-9, paras. 13-14, 31-38, 40, 43; <br> • Mahnensmith 080 at Abstract, Figs. 1-5, paras. 8-9, 17-20, 30-31; <br> • Van Den Heuvel 894 at Figs. 1-4, paras. 5, 7, 13-14, 38-44; <br> • Van Den Heuvel 823 at Figs. 1-4, 1:27-2:7, 6:18-26, 6:28-7:3, 7:15-20, 7:22-24, 7:25-30, 8:17-20, 8:22-25; <br> • Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:8-21, 9:23-28, 10:1-4; <br> • Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55; <br> • Wada 625 at Fig. 24, paras. 188-194; <br> • Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13; <br> • Chiku 946 at Figs. 1, 2, 6, 7, Abstract, paras. 6-7, 14; <br> • Mizuguchi 641 at Figs. 1, 2, 6, 7, Abstract, paras. 6-7, 14 <br> • Macaulay 2007 at pp. 641-643; <br> • 2006 British Health Publication at pp. 14-15; <br> • Omni Starter Kit Brochure; <br> • Omni Brochure; <br> • Omni Presentation; <br> • 2015 Omni Catalog; <br> • 2015 PureWick brochure at pp. 1-4. |
| wherein the fluid permeable support is distinct from and at least proximate to the fluid reservoir; | Fluid permeable supports distinct from and near the fluid reservoir were well known at the time of the alleged invention. For example, in the case of urine collection devices, such a configuration prevented the support from being in a urine reservoir but |

| Claim Language | Prior Art |
|---|---|
| | close enough to allow for urine to enter the reservoir. |
| | • Keane 768 at Abstract, 1:65-2:10, 2:46-56, 3:75-4:16, Fig. 9-10; |
| | • Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33, 5:34-6:4, 6:36-43; |
| | • Washington 508 at Figs. 1-5, 2:24-67, 5:22-6:67; |
| | • Conkling 541 at Figs. 12-15, 6:43-68; |
| | • Nigay 463 at Figs. 1-3, 1:65-2:62; |
| | • Triunfol 675 at Figs. 1-5, claims 1-4, 3:66-4:7, 4:2-7; |
| | • Sweetser 793 at Figs. 1-2, 3:35-4:31; |
| | • Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35; |
| | • Mombrinie 389 at Figs. 1-4, 9, 4:17-26, 4:61-5:7, 5:15-19; |
| | • Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56; |
| | • Sanchez 508 at Abstract, Fig. 8, 6:21-31; |
| | • Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27; |
| | • Scott 749 at Figs. 3-4, paras. 74-75, 79; |
| | • Scott 384 at 3:15-31, Figs. 3-4; |
| | • Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46; |
| | • Mombrinie 639 at Figs. 1-9, paras. 13-14, 31-38, 40, 43; |
| | • Mahnensmith 080 at Abstract, Figs. 1-5, paras. 8-11, 17-20, 30-31; |
| | • Van Den Heuvel 894 at Figs. 1-4, paras. 42, 44; |
| | • Van Den Heuvel 823 at Figs. 1-4, 6:18-26, 7:15-20, 7:22-24, 8:22-25; |
| | • Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:17-19, 9:8-21, 9:23-28, 10:1-4; |
| | • Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55; |
| | • Wada 625 at Fig. 24, paras. 188-194; |
| | • Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13; |
| | • Chiku 946 at Figs. 1, 2, 6, 7, Abstract, claim 10, paras. 8, 14-15; |
| | • Mizuguchi 641 at Figs. 1, 2, 6, 7, Abstract, claim 10, paras. 8, 14-15; |

| Claim Language | Prior Art |
|---|---|
| | • Macaulay 2007 at pp. 641-643;<br>• 2006 British Health Publication at pp. 14-15;<br>• Omni Starter Kit Brochure;<br>• Omni Brochure;<br>• Omni Presentation;<br>• 2015 Omni Catalog. |
| a fluid permeable membrane disposed on the fluid permeable support and covering at least the portion of the fluid permeable support that extends across the longitudinally elongated opening, so that the fluid permeable membrane is supported on the fluid permeable support and disposed across the longitudinally elongated opening; | Using multiple layers of permeable materials is well known in the body fluid collection art to facilitate fluid flow. Fluid permeable membranes disposed on a permeable support and covering part of the support that extends across the opening where fluid enters were well known in the art at the time of the alleged invention. In such configurations, the membrane is supported on the support and disposed across the opening, enhancing fluid collection.<br><br>• Keane 768 at Figs. 9-10, 3:75-4:16;<br>• Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33;<br>• Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32;<br>• Lawrence 564 at Figs. 1-10, Abstract, 5:8-6:27, 7:28-56;<br>• Lawrence 222 at Figs. 1-10, 14, Abstract, 5:8-6:27, 7:28-56, 11:24-36;<br>• Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64;<br>• Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35;<br>• Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61;<br>• Harvie 964 at Figs. 1-3, 9:25-10:45;<br>• Harvie 012 at Figs. 1-3, 8:29-9:51;<br>• Harvie 043 at Figs. 1-3, 9:66-10:58;<br>• Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33;<br>• Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26;<br>• Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54;<br>• Mombrinie 389 at Figs. 1-4, 9, 4:17-26, 4:61-5:7, 5:15-19;<br>• Okabe 706 at Figs. 1-9, 3:36-45, 4:10-21, 6:13-17; |

| Claim Language | Prior Art |
|---|---|
| | • Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56;<br>• Sanchez 508 at Abstract, Fig. 8, 6:21-31;<br>• Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27;<br>• Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46;<br>• Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66;<br>• Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32;<br>• Mombrinie 639 at Figs. 1-9, paras. 13-14, 31-38, 40, 43;<br>• Mahnensmith 080 at Abstract, Figs. 1-5, paras. 10-11, 20-22, 24, 30-31;<br>• Van Den Heuvel 894 at para. 5;<br>• Van Den Heuvel 823 at 1:27-2:12, 2:25-27;<br>• Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:8-21, 9:23-10:1, 10:4-9;<br>• Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;<br>• Wada 625 at Fig. 24, paras. 188-194;<br>• Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13;<br>• Parmar 2014 at p. 1;<br>• Omni Starter Kit Brochure;<br>• Omni Brochure;<br>• Omni Presentation;<br>• 2015 Omni Catalog;<br>• 2015 PureWick brochure at pp. 1-4. |
| a tube having a first end disposed in the fluid reservoir and extending behind at least the portion of the fluid permeable support and the portion of the fluid permeable membrane disposed across the longitudinally elongated opening and extending through the fluid outlet to a second, fluid discharge end, | Fluid discharge tubes were known at the time of the alleged invention to assist in discharge of fluid from a body fluid collection appartus to a location outside of the apparatus.  It was known to have such tubes extend from the fluid reservoir, behind a portion of the membrane and support disposed across the fluid opening, and through to the fluid outlet.<br><br>• Keane 768 at Abstract, Figs. 9-10, 1:65-2:10, 3:47-4:16;<br>• Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32; |

| Claim Language | Prior Art |
|---|---|
| | • Suzuki 250 at Abstract, Figs. 1-5, 8, 11, 11:65-12:21;<br>• Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35;<br>• Sanchez 508 at Abstract, Fig. 8, 6:21-31;<br>• Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27;<br>• Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46;<br>• Van Den Heuvel 894 at Figs. 1-4, paras. 19, 42, 44, 47;<br>• Van Den Heuvel 823 at Figs. 1-4, 2:14-17, 3:21-25, 4:13-19, 7:15-30;<br>• Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;<br>• Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13;<br>• Chiku 946 at Figs. 5, 10, 1, 2, 7, Abstract, paras. 11-12;<br>• Mizuguchi 641 at Figs. 5, 10, 1, 2, 7, Abstract, paras. 11-12;<br>• Macaulay 2007 at pp. 641-643;<br>• 2006 British Health Publication at pp. 14-15;<br>• Omni Starter Kit Brochure;<br>• Omni Brochure;<br>• Omni Presentation;<br>• 2015 Omni Catalog. |
| the operative relationship includes the longitudinally elongated opening being adjacent to the urethral opening; | As discussed above, it was well understood that the longitudinally elongated opening should be placed adjacent to the urethra for urine collection devices for women.<br><br>• Keane 768 at Abstract, 1:65-2:10, 3:75-4:16, Figs. 4, 9-10;<br>• Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32;<br>• Martin 061 at Figs. 1, 8, 2:65-3:14, 3:15-21, 4:34-38, 5:10-51;<br>• Lawrence 564 at Figs. 1-10, Abstract, 5:8-6:27, 7:28-56, 11:1-19;<br>• Lawrence 222 at Figs. 1-10, 14, Abstract, 5:8-6:27, 7:28-56, 11:1-19;<br>• Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64;<br>• Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35; |

| Claim Language | Prior Art |
|---|---|
| | • Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61;<br>• Harvie 964 at Figs. 1-3, 9:25-10:45;<br>• Harvie 012 at Figs. 1-3, 8:29-9:51;<br>• Harvie 043 at Figs. 1-3, 9:66-10:58;<br>• Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33;<br>• Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26;<br>• Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54;<br>• Mombrinie 389 at Figs. 1-4, 9, 4:17-26, 4:61-5:7, 5:15-19;<br>• Okabe 706 at Figs. 1-9, 3:36-45, 4:10-21, 6:13-17;<br>• Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56;<br>• Sanchez 508 at Abstract, Fig. 8, 6:21-31;<br>• Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27;<br>• Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46;<br>• Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66;<br>• Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32;<br>• Mombrinie 639 at Figs. 1-9, para 13-14, 31-38, 40, 43;<br>• Mahnensmith 080 at Abstract, Figs. 1-5, paras. 25, 30-31;<br>• Van Den Heuvel 894 at Figs. 1-4, paras. 13-14, 38-44;<br>• Van Den Heuvel 823 at Figs. 1-4, 2:14-17, 3:21-25, 4:13-19, 6:28-7:3, 7:15-30, 8:17-20;<br>• Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:7-10:1, 10:4-9;<br>• Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;<br>• Wada 625 at Fig. 24, paras. 188-194;<br>• Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13;<br>• Macaulay 2007 at pp. 641-643;<br>• 2006 British Health Publication at pp. 14-15;<br>• Parmar 2014 at p. 1; |

| Claim Language | Prior Art |
|---|---|
| | • Omni Starter Kit Brochure;<br>• Omni Brochure;<br>• Omni Presentation;<br>• 2015 Omni Catalog;<br>• 2015 PureWick brochure at pp. 1-4. |
| allowing urine discharged from the urethral opening to be received through the longitudinally elongated opening of the longitudinally extending fluid impermeable layer, the fluid permeable membrane, the fluid permeable support, and into the fluid reservoir; and allowing the received urine to be withdrawn from the fluid reservoir via the tube and out of the fluid discharge end of the tube. | It was well understood at the time of the alleged invention that urine would be discharged and would travel through the opening, into the permeable membrane and support, and into the reservoir where it could be withdrawn via a discharge tube.<br><br>• Keane 768 at Abstract, Figs. 4, 9-10, 1:67-2:32, 3:60-4:16;<br>• Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33, 5:34-6:4, 6:36-43;<br>• Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32;<br>• Suzuki 250 at Abstract, claim 1, 2:41-55, Figs. 1-5, 8, 11, 3:4-13, 6:3-6; 11:65-12:21;<br>• Lawrence 564 at Figs. 1-10, Abstract, 5:8-6:27, 7:28-56, 11:1-19;<br>• Lawrence 222 at Figs. 1-10, 14, Abstract, 5:8-6:27, 7:28-56, 11:1-19;<br>• Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64;<br>• Wolff 066 at Fig. 5b, 5:56-6:35;<br>• Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61;<br>• Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54;<br>• Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33;<br>• Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32;<br>• Sanchez 508 at Abstract, Fig. 8, 3:22-49, 6:21-31;<br>• Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27;<br>• Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46;<br>• Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26; |

| Claim Language | Prior Art |
|---|---|
| | • Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66;<br>• Mahnensmith 080 at Abstract, Figs. 1-5, paras. 10-11, 20-22, 24-25, 30-31;<br>• Van Den Heuvel 894 at Figs. 1-4, paras. 5, 13-14, 38-44;<br>• Van Den Heuvel 823 at Figs. 1-4, 6:18-26, 7:5-13, 8:22-25, 7:23-25;<br>• Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:7-21, 9:23-28, 10:1-9;<br>• Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13;<br>• Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;<br>• Omni Starter Kit Brochure;<br>• Omni Brochure;<br>• Omni Presentation;<br>• 2015 Omni Catalog;<br>• 2015 PureWick brochure at pp. 1-4. |
| **Claim 2** | |
| 2. The method of claim 1, further comprising fluidically coupling the fluid discharge end of the tube to a source of vacuum to assist in withdrawing the urine from the fluid reservoir via the tube. | See Claim 1.<br><br>As discussed above, it was well known at the time of the invention that a fluid discharge tube could be coupled to a vacuum source to assist in withdrawing fluid (such as urine) from a reservoir in a body fluid collection device.<br><br>• Scott 234 at 2:32-54, Fig. 1;<br>• Keane 768 at Abstract, 1:31-41, 2:6-10, 3:49-56, 3:60-65, 4:4-34, Fig. 4, 9-10;<br>• Hessner 418 at 6:36-43;<br>• Flower 300 at Figs. 2, 7, 1:11-15, 2:22-24, 3:23-32;<br>• Larson 025 at Abstract, Fig. 2, 3:21-25, 4:47-52;<br>• Hessner 418 at Abstract, Figs. 1-8, 3:26-31, 5:54-57, 6:36-43;<br>• Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32;<br>• Martin 061 at Figs. 1, 8, 2:65-3:14, 3:15-21, 4:34-38, 5:10-51;<br>• Crowley 928 at 2:31-48, Fig. 3-5; |

| Claim Language | Prior Art |
|---|---|
| | - Brennan 465 at 4:16-66, Figs. 1-2, 6;<br>- Nigay 463 at Figs. 1-3, 1:65-2:62;<br>- McGuire 347 at Figs. 1-4, Abstract, 2:35-40, 5:25-30, 6:1-35;<br>- McGuire 699 at Figs. 1-6, 4:1-19, 4:68-5:2, 6:61-64;<br>- Skow 735 at Abstract, Figs. 1-11, 3:48-51, 6:16-67;<br>- Argenta 643 at Figs. 1, 5; 3:31-51, 6:46-64, 7:10-23, 7:56-58;<br>- Lawrence 564 at Figs. 1-10, Abstract, 4:47-55, 5:8-6:27, 6:21-25, 6:40-42, 7:28-56, 8:8-29, 8:38-10:29;<br>- Lawrence 222 at Figs. 1-10, Abstract, 4:47-55, 5:8-6:27, 6:21-25, 6:40-42, 7:28-56, 8:8-29, 8:38-10:29;<br>- Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64;<br>- Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35;<br>- Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61;<br>- Easter 366 at Figs. 5-9, 5:54-6:10;<br>- Harvie 964 at Figs. 1-3, 9:25-10:45;<br>- Harvie 012 at Figs. 1-3, 8:29-9:51;<br>- Harvie 043 at Figs. 1-3, 9:66-10:58<br>- Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33;<br>- Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26;<br>- Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54;<br>- Mombrinie 389 at Figs. 1-4, 9, 4:17-26, 4:61-5:7, 5:15-19;<br>- Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56;<br>- Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46;<br>- Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66;<br>- Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32;<br>- Sanchez 508 at Abstract, Fig. 8, 3:22-49, 6:21-31;<br>- Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27;<br>- Mombrinie 639 at Figs. 1-9, paras. 13-14, 31-38, 40, 43; |

| Claim Language | Prior Art |
|---|---|
| | • Mahnensmith 080 at Abstract, Fig. 3, paras. 10, 23;<br>• Van Den Heuvel 894 at Figs. 1-4, paras. 5-6, 21, 46;<br>• Van Den Heuvel 823 at 1:27-2:7;<br>• Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 2:4-10, 5:12-30, 6:1-7, 9:3-5;<br>• Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13;<br>• Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;<br>• Wada 625 at Fig. 24, paras. 188-194;<br>• Schmitt 710 at Figs. 3-6, cols. 1-2;<br>• Chiku 946 at Figs. 5, 12, claim 14, paras. 18-19;<br>• Mizuguchi 641 at Figs. 5, 12, claim 14, paras. 18-19;<br>• Ishii 108 at Figs. 1-4, paras 1-13;<br>• Macaulay 2007 at pp. 641-643;<br>• 2006 British Health Publication at pp. 14-15;<br>• Parmar 2014 at p. 1;<br>• Omni Starter Kit Brochure;<br>• Omni Brochure;<br>• Omni Presentation;<br>• 2015 Omni Catalog;<br>• 2015 PureWick brochure at pp. 1-4. |
| **Claim 3** | |
| 3. The method of claim 1, further comprising: fluidically coupling the fluid discharge end of the tube to a fluid receptacle and allowing urine withdrawn from the fluid reservoir of the urine collecting apparatus via the tube to be received in the fluid receptacle. | See Claims 1 and 2.<br><br>As discussed above, it was well known at the time of the invention that the fluid receptacles (including urine collection devices) could be coupled to the discharge end of the fluid discharge tube of a fluid collection apparatus, allowing withdrawn fliud to be withdrawn from the reservoir into the fluid receptacle via a tube.<br><br>• Keane 768 at Abstract, Figs. 4, 9-10, 1:67-2:32, 3:60-65;<br>• Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35;<br>• Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46; |

| Claim Language | Prior Art |
| --- | --- |
|  | • Martin 061 at Figs. 1, 8, 2:65-3:14, 3:15-21, 4:34-38, 5:10-51;<br>• Mahnensmith 080 at Abstract, Figs. 1-5, paras. 9-11, 17-22, 24, 30-31;<br>• Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56;<br>• Hessner 418 at 6:36-43;<br>• Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32;<br>• Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64;<br>• Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61;<br>• Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32;<br>• Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;<br>• Crowley 928 at 2:31-48, Fig. 3-5;<br>• Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54;<br>• Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66;<br>• Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26;<br>• Washington 508 at Figs. 6-9, 7:58-67;<br>• Lawrence 564 at Figs. 1-10, Abstract, 4:47-55, 5:8-6:27, 6:21-25, 6:40-42, 7:28-56, 8:8-29, 8:38-10:29;<br>• Lawrence 222 at Figs. 1-10, Abstract, 4:47-55, 5:8-6:27, 6:21-25, 6:40-42, 7:28-56, 8:8-29, 8:38-10:29;<br>• Nigay 463 at Figs. 1-3, 1:65-2:62;<br>• Scott 384 at 3:15-31, Figs. 3-4; Scott 749 at Figs. 3-4, paras. 74-75, 79;<br>• Otto 137 at Figs. 1-2, 3:7-64, 4:10-28;<br>• Suzuki 250 at Abstract, Figs. 1-5, 4:12-19, 6:3-6, 6:66-7:4;<br>• Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33;<br>• Wightman 214 at Figs. 2b, 4b, 5-6, paras. 87, 92;<br>• Sanchez 508 at Abstract, Fig. 8, 3:22-49, 6:21-31;<br>• Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27; |

| Claim Language | Prior Art |
|---|---|
| | • Mahnensmith 080 at Abstract, Figs. 3, para. 23;<br>• Van Den Heuvel 894 at Figs. 1-4, paras. 5, 13-14, 38-44;<br>• Van Den Heuvel 823 at 1:27-2:7;<br>• Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 2:4-10, 5:12-30, 6:1-7, 9:3-5;<br>• Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;<br>• Wada 625 at Fig. 24, paras. 188-194;<br>• Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13;<br>• Schmitt 710 at Figs. 3-6, cols. 1-2;<br>• Chiku 946 at Figs. 5, 12, claim 14, paras. 18-19;<br>• Mizuguchi 641 at Figs. 5, 12, claim 14, paras. 18-19;<br>• Ishii 108 at Figs. 1-4, paras 1-13;<br>• Macaulay 2007 at pp. 641-643;<br>• 2006 British Health Publication at pp. 14-15;<br>• Parmar 2014 at p. 1;<br>• Omni Starter Kit Brochure;<br>• Omni Brochure;<br>• Omni Presentation;<br>• 2015 Omni Catalog;<br>• 2015 PureWick brochure at pp. 1-4. |
| **Claim 4** | |
| 4. The method of claim 1, further comprising removing the urine collecting apparatus from the operative relationship with the urethral opening of the user. | See Claim 1.<br><br>It was well understood at the time of the invention that any urine collection device must be removed from the user's urethera at some point, for example, to change it or if the user was done using the device.<br><br>• Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64;<br>• Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61;<br>• Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33, 5:66-6:4; |

| Claim Language | Prior Art |
|---|---|
|  | <ul><li>Tazoe 205 at 5:40-45; Tazoe 292 at para 42;</li><li>Wada 460 at 9:32-35;</li><li>Swiecicki 634 at Figs. 1-8, 2:14-34, 4:59-5:9, 11:42-61 (disposable device);</li><li>Okabe 706 at 8:21-26;;</li><li>Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27;</li><li>Okabe 547 at para 41 ;</li><li>Mahnensmith 080 at para. 28;</li><li>Kuntz 355 at 9:33-53;</li><li>Coley 804 at Figs. 1-5, Abstract, paras. 18-19, 21-24;</li><li>Wada 625 at Fig. 24, paras. 129, 188-194;</li><li>Nolan 144 at Figs. 1-6, 1:55-82, 2:69-77;</li><li>Parmar 2014 at p. 1;</li><li>Omni Starter Kit Brochure;</li><li>Omni Brochure;</li><li>Omni Presentation;</li><li>2015 Omni Catalog;</li><li>2015 PureWick brochure at pp. 1-4.</li></ul> |
| **Claim 5** | |
| 5. The method of claim 4, wherein the urine collecting apparatus is a first urine collecting apparatus and further comprising disposing in operative relationship with the urethral opening of a female user a second urine collecting apparatus substantially similar to the first urine collecting apparatus. | See Claim 1 and 4. It was well known at the time of the alleged invention that, after a user used one urine collecting device, one could routinely change it for a second similar device for example, it was well known to substitute a clean device to avoid infection or skin disease. <ul><li>Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64;</li><li>Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61;</li><li>Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33, 5:66-6:4;</li><li>Tazoe 205 at 5:40-45; Tazoe 292 at para 42;</li><li>Wada 460 at 9:32-35;</li></ul> |

| Claim Language | Prior Art |
|---|---|
| | <ul><li>Swiecicki 634 at Figs. 1-8, 2:14-34, 4:59-5:9, 11:42-61;</li><li>Okabe 706 at 8:21-26 (;</li><li>Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27;</li><li>Okabe 547 at para 41;</li><li>Wada 625 at Fig. 24, paras. 129, 188-194;</li><li>Kuntz 355 at 9:33-53;</li><li>Coley 804 at Figs. 1-5, Abstract, paras. 18-19, 21-24;</li><li>Nolan 144 at Figs. 1-6, 1:55-82, 2:69-77;</li><li>Parmar 2014 at p. 1;</li><li>2015 PureWick brochure at pp. 1-4.</li></ul> |
| **Claim 6** | |
| 6. The method of claim 1, wherein the fluid permeable support and fluid impermeable casing are cylindrical | See Claim 1.<br><br>As discussed above, there were a few design choices for body fluid collection apparatus and it was well understood that cylindrical devices were suited for the female anatomy. It was understood to design the associated components such as the support and casing in accordance with the design of the device (*e.g.*, cylindrical).<br><br><ul><li>Washington 508 at Figs. 1-5, 11-12, 2:24-67, 5:22-6:67;</li><li>Lawrence 564 at Fig. 14, 11:24-35;</li><li>Lawrence 222 at Fig. 14, 11:24-35;</li><li>Sanchez 508 at Abstract, Fig. 8, 3:22-49, 6:21-31;</li><li>Coley 804 at Figs. 1-5, Abstract, paras. 18-19, 21-24;</li><li>2015 PureWick brochure at pp. 1-4.</li></ul> |
| and have a curved shape with the longitudinally elongated opening disposed on the inside of the curve, | It was well known at the time of the alleged invention to select an apparatus design consistent with the intended use of the apparatus. For example, urine collection devices for women were known to have a curved shape with the elongated opening |

| Claim Language | Prior Art |
|---|---|
|  | disposed on the inside of the curve, consistent with the female anatomy.<br><br>• Keane 768 at Abstract, Figs. 4, 9-10, 1:67-2:32, 3:60-4:16;<br>• Ellis 185 at Figs. 1-3, 2:55-3:3;<br>• Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32;<br>• Martin 061 at Figs. 1, 8, 2:65-3:14, 3:15-21, 4:34-38, 5:10-51;<br>• Washington 508 at Figs. 1-12, 5:60-62, 7:1-7;<br>• Lawrence 564 at Figs. 1-10, Abstract, 5:8-6:27, 7:28-56, 11:1-19;<br>• Lawrence 222 at Figs. 1-10, 14, Abstract, 5:8-6:27, 7:28-56, 11:1-19;<br>• Carns 997 at Figs. 2-5, 6:15-31;<br>• Suzuki 250 at Abstract, Figs. 1-5, 4:12-19, 6:3-6, 6:66-7:4;<br>• Sanchez 508 at Abstract, Figs. 5 and 8, 3:22-49, 6:21-31;<br>• Coley 804 at Figs. 1-5, Abstract, paras. 18-19, 21-24;<br>• Van Den Heuvel 894 at Figs. 1-4, paras. 5, 13-14, 38-44;<br>• Van Den Heuvel 823 at Figs. 1-4, 2:14-17, 3:21-25, 4:13-19, 6:28-7:3, 7:15-30, 8:17-20;<br>• Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:7-21, 9:23-28, 10:1-9;<br>• Schmitt 710 at Figs. 3-6, cols. 1-2;<br>• Chiku 946 at Figs. 6, 10, 12, paras. 20, 21, 25-26;<br>• Mizuguchi 641 at Figs. 6, 10, 12, paras. 20, 21, 25-26;<br>• Parmar 2014 at p. 1;<br>• Omni Starter Kit Brochure;<br>• Omni Brochure;<br>• Omni Presentation;<br>• 2015 Omni Catalog;<br>• 2015 PureWick brochure at pp. 1-4. |
| the disposing including disposing the urine collecting apparatus with the longitudinally | As discussed above, it was well known at the time of the alleged invention to dispose a |

| Claim Language | Prior Art |
|---|---|
| elongated opening adjacent the urethral opening of the user | body fluid collection device so that the opening was adjacent to the source of fluid. Urine collection devices were known to be arranged and oriented so that the elongated opening was adjacent the urethral opening of a female.<br><br>• Keane 768 at Abstract, 1:65-2:10, 3:75-4:16, Figs. 4, 9-10<br>• Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32;<br>• Martin 061 at Figs. 1, 8, 2:65-3:14, 3:15-21, 4:34-38, 5:10-51;<br>• Lawrence 564 at Figs. 1-10, Abstract, 5:8-6:27, 7:28-56, 11:1-19;<br>• Lawrence 222 at Figs. 1-10, 14, Abstract, 5:8-6:27, 7:28-56, 11:1-19;<br>• Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64;<br>• Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35;<br>• Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61;<br>• Harvie 964 at Figs. 1-3, 9:25-10:45;<br>• Harvie 012 at Figs. 1-3, 8:29-9:51;<br>• Harvie 043 at Figs. 1-3, 9:66-10:58;<br>• Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33;<br>• Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26;<br>• Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54;<br>• Mombrinie 389 at Figs. 1-4, 9, 4:17-26, 4:61-5:7, 5:15-19;<br>• Okabe 706 at Figs. 1-9, 3:36-45, 4:10-21, 6:13-17;<br>• Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56;<br>• Sanchez 508 at Abstract, Fig. 8, 6:21-31;<br>• Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27;<br>• Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46;<br>• Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66;<br>• Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32; |

| Claim Language | Prior Art |
| --- | --- |
|  | <ul><li>Mombrinie 639 at Figs. 1-9, para 13-14, 31-38, 40, 43;</li><li>Mahnensmith 080 at Abstract, Figs. 1-5, paras. 25, 30-31;</li><li>Van Den Heuvel 894 at Figs. 1-4, paras. 13-14, 38-44;</li><li>Van Den Heuvel 823 at Figs. 1-4, 2:14-17, 3:21-25, 4:13-19, 6:28-7:3, 7:15-30, 8:17-20;</li><li>Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:7-10:1, 10:4-9;</li><li>Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;</li><li>Wada 625 at Fig. 24, paras. 188-194;</li><li>Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13;</li><li>Macaulay 2007 at pp. 641-643;</li><li>2006 British Health Publication at pp. 14-15;</li><li>Parmar 2014 at p. 1;</li><li>Omni Starter Kit Brochure;</li><li>Omni Brochure;</li><li>Omni Presentation;</li><li>2015 Omni Catalog;</li><li>2015 PureWick brochure at pp. 1-4.</li></ul> |
| and oriented with the fluid reservoir adjacent to the user's anus and the outlet disposed above the urethral opening. | It was well known at the time of the alleged invention to orient a urine collection device with the reservoir adjacent to the user's anus and the outlet disposed above the urethral opening. For example, with female urine collection devices, this affected comfort and facilitated urine collection while minimizing leaks.<br><br><ul><li>Keane 768 at Abstract, Figs. 4, 9-10, 1:67-2:32, 3:60-4:16;</li><li>Ellis 185 at Figs. 1-3, 2:55-3:3;</li><li>Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32;</li><li>Martin 061 at Figs. 1, 8, 2:65-3:14, 3:15-21, 4:34-38, 5:10-51;</li><li>Washington 508 at Figs. 6-9, 3:1-9;</li><li>Carns 997 at Figs. 2-5, 6:15-31;</li></ul> |

| Claim Language | Prior Art |
| --- | --- |
| | - Kraus 339 at Abstract, Figs. 1-7, 4:47-5:15;<br>- Otto 137 at Figs. 1-2, 3:7-64, 4:10-28;<br>- Suzuki 250 at Abstract, Figs. 1-5, 4:12-19, 6:3-6, 6:66-7:4;<br>- Sanchez 508 at Abstract, Fig. 8, 3:22-49, 6:21-31;<br>- Van Den Heuvel 894 at Figs. 1-4, paras. 17, 41, 43, 48;<br>- Van Den Heuvel 894 at Figs. 1-4, paras. 17, 41, 43, 48;<br>- Van Den Heuvel 823 at Figs. 1-4, 2:14-17, 3:21-25, 4:13-19, 6:28-7:3, 7:15-30, 8:17-20;<br>- Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;<br>- Schmitt 710 at Figs. 3-6, cols. 1-2;<br>- Chiku 946 at Figs. 6, 10, 12, paras. 20, 21, 25-26;<br>- Mizuguchi 641 at Figs. 6, 10, 12, paras. 20, 21, 25-26;<br>- Parmar 2014 at p. 1;<br>- Omni Starter Kit Brochure;<br>- Omni Brochure;<br>- Omni Presentation;<br>- 2015 Omni Catalog;<br>- 2015 PureWick brochure at pp. 1-4. |

Sage further identifies the following additional prior art, which is prior art under Sections 102 and 103 including the on-sale bar provisions:  Versions of the PureWick device appear to have been offered for sale or disclosed to third parties prior to the earliest viable priority dates of the 376 and 989 Patents.  For example, a PureWick device was publicly disclosed at least as early as November 2014, as shown by Parmar 2014 and the 2015 PureWick brochure.  Similarly, the AMXDmax In-Flight Bladder Relief System (also referenced as the Omni Device herein) was publicly known, as shown by the 2015 Omni Catalog and other AMXDmax documents identified above.  To date, Sage has been unable to provide additional information relating to this art because,

as discussed herein, PureWick has failed to provide information regarding the prior disclosures and sales of its devices or other prior art of which it was aware including information in PureWick's possession regarding the Omni device.

As discussed above, as of this date, PureWick has failed to provide requested information about the prior sale of its own devices or potential invalidating publications.  It has also failed to provide requested information regarding the other prior art devices.  PureWick's failure to provide this information in a timely fashion is prejudicing Sage's ability to prepare its case.

Sage also relies on and incorporates by reference, as if originally set forth herein, all prior art cited during the prosecution of the 508, 376 and 989 Patents to the extent not already identified. Sage also relies on and incorporates by reference, as if originally set forth herein, all prior art cited during the prosecution of related, or purportedly related, patents to the extent not already identified. This includes all prior art cited during prosecution of U.S. Patent Nos. 8,287,508, U.S. Patent No. 10,226,376, U.S. Patent No. 10,390,989, Patent Application Nos. PCT/US2016/049274, 15/171,968, 15/260,103, 14/952,591, 14/947,759, 16/452,145, 16/245,726, 16/369,676, or 14/625,469, Provisional Patent Application Nos. 62/414,963, 62/485,578, 62/084,078, 62/082,279, or 61/955,537, or Patent Publication Nos. 2016/0374848, 2016/0367226, 2015/14947759, 2017/0266031, 2017/0348139, 2017/0252202, 2019/0314190, 2019/0142624, or 2019/0224036.

Sage further contends that each of the Asserted Claims of the 376 Patent is invalid under 35 U.S.C. § 112 for indefiniteness and/or failure to contain a sufficient written description of or enable the alleged inventions.

Section 112(a) requires that: "The specification shall contain a written description of the invention, and of the manner and process of making and using it, in such full, clear, concise, and

exact terms as to enable any person skilled in the art to which it pertains, or with which it is most nearly connected, to make and use the same. . . ."  That is particularly true in view of how PureWick now apparently interprets the claims. It is difficult for Sage to assess fully the written description issues because PureWick has not even explained how Sage has infringed certain claim elements or method steps yet argues infringement nevertheless.  The asserted 376 and 989 Patents fail to satisfy this statutory requirement at least because, *inter alia*, the specifications fail to contain sufficient written description to establish that the inventors possessed the full scope of the alleged invention as claimed.  For example, to the extent that Plaintiff alleges the scope of the claims cover the PrimaFit® product or use of the PrimaFit® product (including by a single entity), the specifications did not adequately describe a "casing," a "casing [having/defining] a fluid reservoir at a first end," "a longitudinally extending fluid impermeable layer coupled to the fluid reservoir and the fluid outlet and defining a longitudinally elongated opening between the fluid reservoir and the fluid outlet," a "membrane . . . supported on the support," a "tube . . . extending behind at least the portion of the support and the portion of the membrane disposed across the elongated opening," "support is cylindrical," "fabric sleeve disposed around the support," "wicking material," "the apparatus configured to . . . be retained in position on the user solely by frictional engagement with and/or between the labia and/or other portions of the area of the user's body surrounding the urethral opening," "configured to be retained in position on the user via engagement between the first end of the casing and a user's perineum," "withdraw urine through the tube at flow rate equal to the urine discharge rate in a urination event," disposing in operative relationship with the urethral opening," "allowing urine [discharged/withdrawn] from the urethetral opening to be received . . .," "allowing the received urine to be withdrawn," fluidically coupling," and "removing the urine collection apparatus."

Section 112(b) requires that: "The specification shall conclude with one or more claims particularly pointing out and distinctly claiming the subject matter which the applicant regards as his invention."   The Asserted Claims of the 376 and 989 Patent fail to satisfy this statutory requirement because, *inter alia*, at least the following claim terms are indefinite including based on Plaintiff's own apparent claim interpretations: "casing [having/defining] a fluid reservoir," "fluid impermeable layer," "wherein the fluid permeable support is distinct from and at least proximate to the fluid reservoir," "cylindrical," "substantially cylindrical," "retained solely by frictional engagement," and "withdraw urine through the tube at flow rate equal to the urine discharge rate in a urination event."

Sage also identifies, and hereby incorporates by reference, as if originally set forth herein, its allegations of invalidity set forth in its Answer and Counterclaims filed on November 1, 2019 and particularly the allegations in paragraphs 43-48 of the Counterclaims.  Sage incorporates by reference, as if originally set forth herein, any additional allegations asserted in subsequent pleadings as well, including the Answer due to be filed on June 1, 2020.

Sage further incorporates arguments for non-patentability raised by the Patent Office during the prosecution of the 376 and 989 Patent applications.

Sage also relies on and incorporates by reference, as if originally set forth herein, all pleadings in which invalidity was alleged, including in interrogatory responses, in this civil action.

As noted previously, Sage expects that further discovery and investigation will reveal additional invalidating prior art, information, and defenses, particularly given PureWick's failure to provide relevant information.  Accordingly, Sage reserves the right to amend and/or supplement these Invalidity Contentions based on its ongoing investigation and future discovery and investigation.  Moreover, Sage will supplement with its positions regarding the 407 patent at an

appropriate time in this case as discussed above.

|  | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
|  | */s/ Anne Shea Gaza* |
| Of Counsel: | Anne Shea Gaza (No. 4093) |
|  | Samantha G. Wilson (No. 5816) |
| Robert A. Surrette | Rodney Square |
| Sandra A. Frantzen | 1000 North King Street |
| Christophert M. Scharff | Wilmington, DE 19801 |
| Bryce R. Persichetti | (302) 571-6600 |
| McAndrews, Held & Malloy, Ltd | agaza@ycst.com |
| 500 West Madison Street | swilson@ycst.com |
| Chicago, IL 60661 |  |
| (312) 775-8000 | *Attorneys for Defendant* |
| bsurrette@mcandrews-ip.com | *Sage Products, LLC* |
| sfrantzen@mcandrews-ip.com |  |
| cscharff@mcandrews-ip.com |  |
| bpersichetti@mcandrews-ip.com |  |

Dated:  May 29, 2020

## <u>CERTIFICATE OF SERVICE</u>

I, Anne Shea Gaza, hereby certify that on May 29, 2020, I caused a true and correct copy

of the foregoing document to be served on the following counsel in the manner indicated:

### <u>BY E-MAIL</u>

John W. Shaw, Esquire
Karen E. Keller, Esquire
Nathan R. Hoeschen, Esquire
Shaw Keller LLP
I.M. Pei Building
1105 North Market Street
12th Floor
Wilmington, DE 19801
*jshaw@shawkeller.com*
*kkeller@shawkeller.com*
*nhoeschen@shawkeller.com*

Steven C. Cherny, Esquire
Brian P. Biddinger, Esquire
Matthew A. Traupman, Esquire
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
*stevencherny@quinnemanuel.com*
*brianbiddinger@quinnemanuel.com*
*matthewtraupman@quinnemanuel.com*

Amanda K. Antons, Esquire
Quinn Emanuel Urquhart & Sullivan, LLP
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
*amandaantons@quinnemanuel.com*

*Attorneys for Plaintiff/Counterclaim Defendant*

Dated:  May 29, 2020

YOUNG CONAWAY STARGATT
& TAYLOR, LLP


*/s/ Anne Shea Gaza*
Anne Shea Gaza (No. 4093)
Samantha G. Wilson (No. 5816)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
swilson@ycst.com

*Attorneys for Defendant and Counterclaim*
*Plaintiff Sage Products, LLC*

2

# Exhibit 3

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

PUREWICK CORPORATION,

      Plaintiff/Counterclaim Defendant,

      v.

SAGE PRODUCTS, LLC,

      Defendant/Counterclaim Plaintiff.

C. A. No. 19-1508-MN

---

**SAGE'S SECOND SUPPLEMENTAL INVALIDITY CONTENTIONS REGARDING
U.S. PATENT NOS. 8,287,508, 10,226,375, 10,390,989, AND 10,376,407**

Defendant Sage Products, LLC ("Sage") hereby provides the following second supplemental Invalidity Contentions regarding U.S. Patent No. 8,287,508 ("the 508 Patent"), U.S. Patent No. 10,226,376 ("the 376 Patent"), U.S. Patent No. 10,390,989 ("the 989 Patent"), and U.S. Patent No. 10,376,407 ("the 407 Patent") pursuant to the Scheduling Order and the Court's October 28, 2020 Order.[1]  (D.I. 56, 89.)  Specifically, with regard to these asserted patents, Paragraph 7(d) provides that "Defendant shall produce its initial invalidity contentions for each asserted claim, as well as the known related invalidating references."  Accordingly, Sage provides its supplemental invalidity contentions for those patents as follows:

**PRELIMINARY STATEMENT**

Sage expressly reserves its right to amend and supplement these Invalidity Contentions.

---

[1] Sage provides these invalidity contentions despite Plaintiff's continued failure to provide adequate infringement contentions pursuant to paragraph 7(c) of the Scheduling Order and the fact that Plaintiff still has not provided sufficient responses to the requested discovery regarding its prior art devices, despite being ordered to provide that information by the Court in response to Sage's motion to compel.

Plaintiff (also referred to herein as "PureWick") has not yet proffered (a) its proposed constructions of all of the terms of the asserted claims, or (b) the bases and supporting evidence for such proposed constructions of all the terms. Similarly, the Court has not yet construed the claims of the asserted patents. The Court may adopt Sage's proposed constructions, Plaintiff's proposed constructions, a hybrid of the parties' constructions, or its own independent constructions. The Court's final claim constructions, as well as constructions addressed thereafter pursuant the Court's Order to narrow the number of terms for construction, may affect Sage's Invalidity Contentions provided herein. Accordingly, Sage reserves its right to amend and/or supplement these contentions after the Court's ruling on claim construction and/or if information otherwise comes to light requiring amendment or supplementation of these contentions.

Sage's invalidity contentions are not intended to proffer any proposed claim constructions. In fact, Sage has prepared these contentions, in part, based on alternative potential claim constructions for certain claim terms, including certain constructions that Sage believes Plaintiff has adopted or may adopt. In particular, these invalidity contentions are based in whole or in part on Sage's present understanding of Plaintiff's positions as set forth, for example, in Plaintiff's Infringement Contentions, including any express or implied interpretations of the asserted claim terms, as well as Plaintiff's claim construction briefing to date. Sage disputes the infringement positions taken by Plaintiff, along with the express or implied claim interpretations upon which Plaintiff relies to support them. Sage specifically objects to Plaintiff's Infringement Contentions as vague, ambiguous, and conclusory. Sage submits these Invalidity Contentions without waiving any arguments about the sufficiency or substance of Plaintiff's Infringement Contentions, and without waiving any challenges to Plaintiff's claim constructions.

Sage has also prepared these Invalidity Contentions, in part, based on Plaintiff's apparent

view of certain prior art.  By including prior art in these contentions that would anticipate and/or render obvious any of the asserted claims based on the apparent scope or construction applied by Plaintiff, Sage is not conceding in any way the accuracy of Plaintiff's proposed claim scope, constructions, or views, and such inclusion should not be construed as an admission that the prior art meets the particular claim elements under all possible alternative constructions.  Sage reserves the right to proffer non-infringement bases that are in the alternative to any bases for invalidity presented in this document.  Sage is not liable for patent infringement unless an asserted claim is both valid and infringed.  In light of the prior art disclosed herein, none of the asserted claims are both valid and infringed.

Sage reserves its right to amend and supplement these contentions based on information learned through fact and expert discovery in this action.  For example, PureWick to date has not provided sufficient discovery on prior art despite Sage's long outstanding requests and the Court's Order to do so including prior art on PureWick's own publicly available embodiments. The requested prior art is important to Sage's defenses and continued withholding of the art is prejudicial.  Some of the deficiencies with PureWick's production of discovery is set forth in the letter from Bryce Persichetti to Amanda Antons dated April 10, 2020, May 15, 2020, June 19, 2020, and July 16, 2020, and was further addressed in letter briefing before the Court and the Court's Order on discovery including Interrogatory No. 6.

Sage reserves the right to revise its contentions concerning the invalidity of the asserted claims, which may change depending upon the Court's construction of the asserted claims, and any findings as to the priority date of the asserted claims, and/or positions that Plaintiff or its fact or expert witness(es) may take concerning claim construction, infringement, and/or invalidity issues.  In addition, Sage reserves the right to raise additional prior art and invalidity defenses not

included in these Invalidity Contentions based on additional fact discovery and expert discovery or other issues raised by Plaintiff.  Sage further reserves the right to amend these Invalidity Contentions should, for example, Plaintiff provide any information that it failed to provide in its disclosures pursuant to Paragraph 7(c) of the Scheduling Order.

Sage further states that, due to the impact of COVID-19 shut down, it has not been able to access certain physical resources available to it including access to information in libraries, in offices, and the like.  This has hampered Sage's ability to prepare these Invalidity Contentions.

Sage further notes that narrowing at this stage in the litigation is premature particularly given that claim construction has not started, Plaintiff' has not provided prior art, and expert discovery has not begun.

While not required by the Scheduling Order or Default Standard, to assist Plaintiff, Sage provides accompanying invalidity claim charts listing specific examples of where prior art references disclose, either expressly or inherently, each limitation of the asserted claims and/or examples of disclosures in view of which a person of ordinary skill in the art at the time each of the alleged inventions was made, would have considered each limitation, and therefore the claim as a whole, obvious.  The references, however, may contain additional support upon which Sage may rely.  If citations are included in a claim chart, they are meant to be illustrative, not exhaustive. For any given quotation or excerpt, for example, Sage reserves the right to introduce other text and images (including, but not limited to, surrounding, related, or explanatory text, images, or uncited portions of the prior art references) from the same or other documents that may help to provide context to the quotation or excerpt.  Furthermore, if Sage cites to a particular figure in a reference, the citation should be understood to encompass the caption and description of the figure and any text relating to the figure.  Similarly, if Sage cites to a particular text referring to a figure, the

citation should be understood to include the corresponding figure as well.  Sage may also rely on other documents and information, including cited references and prosecution histories for the asserted patents (and related patents and/or patent applications), and witness testimony, including expert testimony, to explain, amplify, illustrate, demonstrate, provide context or aid in understanding the cited portions of the references.

### Sage's Invalidity Contentions Regarding U.S. Pat. No. 8,287,508

Plaintiff asserts claims 1, 3-8, and 17-19 of the 508 Patent ("Asserted Claims of the 508 Patent").  Sage contends that each of the Asserted Claims of the 508 Patent is invalid for at least the reasons set forth below.  Sage notes that Plaintiff has withdrawn infringement allegations relating to claims 2 and 9-16, which Plaintiff originally asserted in its complaint or its original contentions and no longer asserts.  Sage has relied on this withdrawal in preparing these contentions as well as preparing for discovery in this case. Sage further incorporates by reference its Inter Partes Review Petition for the 508 Patent (IPR2020-01426), supporting Declaration of Dr. Diane Newman, D.N.P., F.A.A.N. ("Newman at -"), and exhibits cited therein.

Each of the references below qualifies as prior art under one or more sections of 35 U.S.C. §§ 102 and/or 103.  For example, most (if not all) of the listed references qualify as prior art under at least 35 U.S.C. §§ 102(a), 102(b), and/or 102(e).[2]  The invalidating disclosure in each of the listed references is express and/or inherent.  Also, as shown below, any reference anticipating an asserted claim pursuant to 35 U.S.C. § 102 also renders the claim obvious pursuant to 35 U.S.C. § 103 when viewed alone or in combination with other prior art references or with the knowledge

---

[2] Conditions for patentability are set forth in 35 U.S.C. 102 and 103.  For example, prior art patents issued, and prior art publications published, more than one year before the pertinent application date for each asserted claim are § 102(b) prior art against that claim.  Similarly, prior art patents issued, and prior art publications published, before the pertinent application date for each asserted claim are § 102(a) prior art against that claim.  *See* pre-AIA 35 U.S.C. §§ 102(a) & (b).

of a person of ordinary skill in the art. The references cited herein may also be relied upon to show the state of the art in the relevant time frames or provide background regarding the alleged invention or knowledge of an ordinarily skilled artisan.

For the convenience of the reader, Sage identifies the prior art for this disclosure in the following order. First, Sage lists U.S. Patents in ascending numerical order. Second, Sage lists foreign patents or published applications in alphabetical order by type and then ascending numerical order. Third, Sage lists publications alphabetically.

Prior art under 35 U.S.C. § 102 and/or 35 U.S.C. § 103 for the 508 Patent claims include the following (including any U.S. and foreign counterparts thereof):

- U.S. Patent No. 1,742,080 ("Jones 080")

- U.S. Patent No. 2,644,234 ("Scott 234")

- U.S. Patent No. 2,968,046A ("Duke 046")

- U.S. Patent No. 3,087,938 ("Hans 938")

- U.S. Patent No. 3,198,994 ("Hilderbrant 994")

- U.S. Patent No. 3,312,981 ("McGuire 981")

- U.S. Patent No. 3,349,768 ("Keane 768")

- U.S. Patent No. 3,400,717 ("Bruce 717")

- U.S. Patent No. 3,406,688 ("Bruce 688")

- U.S. Patent No. 3,511,241 ("Lee 241")

- U.S. Patent No. 3,512,185A ("Ellis 185")

- U.S. Patent No. 3,520,300 ("Flower 300")

- U.S. Patent No. 3,613,123 ("Langstrom 123")

- U.S. Patent No. 3,651,810 ("Ormerod 810")

- U.S. Patent No. 4,200,102A ("Duhamel 102")

- U.S. Patent No. 4,202,058 ("Anderson 058")

- U.S. Patent No. 4,233,025 ("Larson 025")

- U.S. Patent No. 4,246,901 ("Frosch 901")

- U.S. Patent No. 4,257,418 ("Hessner 418")

- U.S. Patent No. 4,270,539 ("Frosch 539")

- U.S. Patent No. 4,352,356 ("Tong 356")

- U.S. Patent No. 4,425,130 ("DesMarais")

- U.S. Patent No. 4,453,938 ("Brendling 938")

- U.S. Patent No. 4,526,688 ("Schmidt 688")

- U.S. Patent No. 4,528,703A ("Kraus 703")

- U.S. Patent No. 4,610,675 ("Triunfol 675")

- U.S. Patent No. 4,627,846 ("Ternstrom 846")

- U.S. Patent No. 4,631,061 ("Martin 061")

- U.S. Patent No. 4,650,477 ("Johnson 477")

- U.S. Patent No. 4,692,160A ("Nussbaumer 160")

- U.S. Patent No. 4,713,066 ("Komis 066")

- U.S. Patent No. 4,747,166 ("Kuntz 166")

- U.S. Patent No. 4,769,215A ("Ehrenkranz 215")

- U.S. Patent No. 4,772,280 ("Rooyakkers 280")

- U.S. Patent No. 4,790,835 ("Elias 835")

- U.S. Patent No. 4,791,686A ("Taniguchi 686")

- U.S. Patent No. 4,795,449 ("Schneider 449")

- U.S. Patent No. 4,799,928A ("Crowley 928")

- U.S. Pat. No. 4,804,377 ("Hanifl 377")

- U.S. Patent No. 4,820,297 ("Kaufman 297")

- U.S. Patent No. 4,846,909 ("Klug 909")

- U.S. Patent No. 4,882,794 ("Stewart 794")

- U.S. Patent No. 4,883,465 ("Brennan 465")

- U.S. Patent No. 4,886,508 ("Washington 508")

- U.S. Patent No. 4,886,509 ("Mattsson 509")

- U.S. Patent No. 4,889,533A ("Beecher 533")

- U.S. Patent No. 4,905,692 ("More 692")

- U.S. Patent No. 5,002,541 ("Conkling 541")

- U.S. Patent No. 5,004,463A ("Nigay 463")

- U.S. Patent No. 5,031,248 ("Kemper 248")

- U.S. Patent No. 5,049,144 ("Payton 144")

- U.S. Patent No. 5,071,347 ("McGuire 347")

- U.S. Patent No. 5,084,037 ("Barnett 037")

- U.S. Patent No. 5,147,301 ("Ruvio 301")

- U.S. Patent No. 5,195,997 ("Carns 997")

- U.S. Patent No. 5,203,699 ("McGuire 699")

- U.S. Patent No. 5,244,458 ("Takasu 458")

- U.S. Patent No. 5,295,983A ("Kubo 983")

- U.S. Patent No. 5,300,052 ("Kubo 052")

- U.S. Patent No. 5,382,244 ("Telang 244")

- U.S. Patent No. 5,628,735 ("Skow 735")

- U.S. Patent No. 5,636,643 ("Argenta 643")

- U.S. Patent No. 5,674,212 ("Osborn 212")

- U.S. Patent No. 5,678,564 ("Lawrence 564")

- U.S. Patent No. 5,687,429 ("Rahlff 429")

- U.S. Patent No. 5,695,485 ("Duperret 485")

- U.S. Patent No. 5,752,944 ("Dann 944")

- U.S. Patent No. 5,772,644 ("Bark 644")

- U.S. Patent No. 5,827,247 ("Kay  247")

- U.S. Patent No. 5,827,250 ("Fujioka 250")

- U.S. Patent No. 5,827,257 ("Fujioka 257")

- U.S. Patent No. 5,887,291 ("Bellizzi 291")

- U.S. Patent No. 5,894,608 ("Birbara 608")

- U.S. Patent No. 5,911,222 ("Lawrence 222")

- U.S. Patent No. 5,957,904 ("Holland 904")

- U.S. Patent No. 5,972,505 ("Philips 505")

- U.S. Patent No. 6,063,064 ("Tuckey 064")

- U.S. Patent No. 6,105,174 ("Nygren 174")

- U.S. Patent No. 6,113,582 ("Dwork 582")

- U.S. Patent No. 6,117,163 ("Bierman 163")

- U.S. Patent No. 6,123,398 ("Arai 398")

- U.S. Patent No. 6,129,718 ("Wada 718")

- U.S. Patent No. 6,177,606 ("Etheredge 606")

- U.S. Patent No. 6,209,142 ("Mattsson 142")

- U.S. Patent No. 6,248,096 ("Dwork 096")

- U.S. Patent No. 6,311,339B1 ("Kraus 339")

- U.S. Patent No. 6,336,919 ("Davis 919")

- U.S. Patent No. 6,338,729 ("Wada 729")

- U.S. Patent No. 6,409,712 ("Cragoe 712")

- U.S. Patent No. 6,416,500 ("Wada 500")

- U.S. Patent No. 6,475,198 ("Lipman 198")

- U.S. Patent No. 6,479,726 ("Cole 726")

- U.S. Patent No. 6,540,729 ("Wada 729")

- U.S. Patent No. 6,547,771 ("Robertson 771")

- U.S. Patent No. 6,569,133 ("Cheng 133")

- U.S. Patent No. 6,592,560 ("Snyder 560")

- U.S. Patent No. 6,620,142 ("Fluckiger 142")

- U.S. Patent No. 6,702,793 ("Sweetser 793")

- U.S. Patent No. 6,706,027 ("Harvie 027")

- U.S. Patent No. 6,732,384B2  ("Scott 384")

- U.S. Patent No. 6,740,066 ("Wolff 066")

- U.S. Patent No. 6,783,519 ("Samuelsson 519")

- U.S. Patent No. 6,814,547 ("Childers 547")

- U.S. Patent No. 6,849,065 ("Schmidt 065")

- U.S. Patent No. 6,857,137B2 ("Otto 137")

- U.S. Patent No. 6,888,044 ("Fell 044")

- U.S. Patent No. 6,912,737 ("Ernest 737")

- U.S. Patent No. 6,918,899 ("Harvie 899")

- U.S. Patent No. 6,979,324 ("Bybordi 324")

- U.S. Patent No. 7,018,366 ("Easter 366")

- U.S. Patent No. 7,131,964 ("Harvie 964")

- U.S. Patent No. 7,135,012 ("Harvie 012")

- U.S. Patent No. 7,141,043 ("Harvie 043")

- U.S. Patent No. 7,171,699 ("Ernest 699")

- U.S. Patent No. 7,179,951 ("Krishnaswamy-Mirle 951")

- U.S. Patent No. 7,181,781 ("Trabold 781")

- U.S. Patent No. 7,186,245 ("Cheng 245")

- U.S. Patent No. 7,192,424 ("Cooper 424")

- U.S. Patent No. 7,220,250 ("Suzuki 250")

- U.S. Patent No. 7,335,189 ("Harvie 189")

- U.S. Patent No. 7,358,282 ("Kreuger 282")

- U.S. Patent No. 7,390,320 ("Machida 320")

- U.S. Patent No. 7,488,310 ("Yang 310")

- U.S. Patent No. 7,520,872 ("Biggie 872")

- U.S. Patent No. 7,588,560 ("Dunlop 560")

- U.S. Patent No. 7,682,347 ("Parks 347")

- U.S. Patent No. 7,695,459 ("Gilbert 459")

- U.S. Patent No. 7,695,460 ("Wada 460")

- U.S. Patent No. 7,699,818 ("Gilbert 818")

- U.S. Patent No. 7,699,831 ("Bengatson 831")

- U.S. Patent No. 7,722,584 ("Tanaka 584")

- U.S. Patent No. 7,727,206 ("Gorres 206")

- U.S. Patent No. 7,740,620 ("Gilbert 620")

- U.S. Patent No. 7,749,205 ("Tazoe 205")

- U.S. Patent No. 7,755,497 ("Wada 497")

- U.S. Patent No. 7,766,887 ("Burns 887")

- U.S. Patent No. 7,833,169 ("Hannon 169")

- U.S. Patent No. 7,866,942 ("Harvie 942")

- U.S. Patent No. 7,871,385 ("Levinson 385")

- U.S. Patent No. 7,875,010 ("Frazier 010")

- U.S. Patent No. 7,901,389 ("Mombrinie 389")

- U.S. Patent No. 7,927,321 ("Marland 321")

- U.S. Patent No. 7,931,634 ("Swiecicki 634")

- U.S. Patent No. 7,939,706 ("Okabe 706")

- U.S. Patent No. 7,976,519 ("Bubb 519")

- U.S. Patent No. 7,993,318 ("Olsson 318")

- U.S. Patent No. 8,128,608B2 ("Thevenin 608")

- U.S. Patent No. 8,181,651 ("Pinel 651")

- U.S. Patent No. 8,211,063 ("Bierman 063")

- U.S. Patent No. 8,221,369 ("Parks 369")

- U.S. Patent No. 8,241,262 ("Mahnensmith 262")

- U.S. Patent No. 8,277,426 ("Wilcox 426")

- 

- U.S. Patent No. 8,303,554 ("Tsai 554")

- U.S. Patent No. 8,337,477 ("Parks 477")

- U.S. Patent No. 8,343,122 ("Gorres 122")

- U.S. Patent No. 8,353,074 ("Krebs 074")

- U.S. Patent No. 8,388,588 ("Wada 588")

- U.S. Patent No. 8,425,482 ("Khoubnazar 482")

- U.S. Patent No. 8,546,639 ("Wada 639")

- U.S. Patent No. 8,864,730 ("Conway 730")

- U.S. Patent No. 9,028,460B2 ("Medeiros 460")

- U.S. Patent Publ. No. 2002/0026161 ("Grundke 161")

- U.S. Patent Publ. No. 2002/0087131 ("Wolff 131")

- U.S. Patent Publ. No. 2002/0189992 ("Schmidt 992")

- U.S. Patent Publ. No. 2003/0120178 ("Heki 178")

- U.S. Patent Publ. No. 2003/0004436 ("Schmidt 436")

- U.S. Patent Publ. No. 2003/0181880A1 ("Schwartz 880")

- U.S. Patent Publ. No. 2003/0195484 ("Harvie 484")

- U.S. Patent Publ. No. 2003/0233079 ("Parks 079")

- U.S. Patent Publ. No. 2004/0006321A1 ("Cheng 321")

- U.S. Patent Publ. No. 2004/0127872 ("Petryk 872")

- U.S. Patent Publ. No. 2004/0128749 ("Scott 749")

- U.S. Patent Publ. No. 2004/0191919 ("Unger 919")

- U.S. Patent Publ. No. 2004/0236292 ("Tazoe 292")

- U.S. Patent Publ. No. 2004/0254547 ("Okabe 547")

- U.S. Patent Publ. No. 2005/0010182 ("Parks 182")

- U.S. Patent Publ. No. 2005/0070861 ("Okabe 861")

- U.S. Patent Publ. No. 2005/0070862 ("Tozoe 862")

- U.S. Patent Publ. No. 2005/0097662 ("Leimkuhler 662")

- U.S. Patent Publ. No. 2005/0101924 ("Elson 924")

- U.S. Patent Publ. No. 2005/0177070 ("Levinson 070")

- U.S. Patent Publ. No. 2005/0197639 ("Mombrinie 639")

- U.S. Patent Publ. No. 2005/0277904 ("Chase 904")

- U.S. Patent Publ. No. 2005/0279359 ("LeBlanc 359")

- U.S. Patent Publ. No. 2006/0015080 ("Mahnensmith 080")

- U.S. Patent Publ. No. 2006/0015081 ("Suzuki 081")

- U.S. Patent Publ. No. 2006/0155214A1 ("Wightman 214 ")

- U.S. Patent Publ. No. 2006/0200102 ("Cooper 102")

- U.S. Patent Publ. No. 2006/0229576 ("Conway 576")

- U.S. Patent Publ. No. 2006/0235359 ("Marland 359")

- U.S. Patent Publ. No. 2007/0038194 ("Wada 194")

- U.S. Patent Publ. No. 2007/0006368 ("Key 368")

- U.S. Patent Publ. No. 2007/0117880 ("Elson 880")

- U.S. Patent Publ. No. 2007/0135786 ("Schmidt 786")

- U.S. Patent Publ. No. 2007/0191804 ("Coley 804")

- U.S. Patent Publ. No. 2007/0214553 ("Carromba 553")

- U.S. Patent Publ. No. 2008/0015527 ("House 527")

- U.S. Patent Publ. No. 2008/0033386 ("Okabe 386")

- U.S. Patent Pub. No. 2008/0004576 ("Tanaka 576")

- U.S. Patent Publ. No. 2008/0091153 ("Harvie 153")

- U.S. Patent Publ. No. 2008/0091158 ("Yang 158")

- U.S. Patent Publ. No. 2008/0234642 ("Patterson 642")

- U.S. Patent Publ. No. 2008/0287894 ("Van Den Heuvel 894")

- U.S. Patent Publ. No. 2009/0025717 ("Pinel 717")

- U.S. Patent Publ. No. 2009/0056003 ("Ivie 003")

- U.S. Patent Publ. No. 2009/0264840A1 ("Virginio 840")

- U.S. Patent Publ. No. 2009/0281510 ("Fisher 510")

- U.S. Patent Publ. No. 2010/0185168 ("Graauw 168")

- U.S. Patent Publ. No. 2010/0241104 ("Gilbert 104")

- U.S. Patent Publ. No. 2010/0263113 ("Shelton 113")

- U.S. Patent Publ. No. 2011/0028922A1 ("Kay 922")

- U.S. Patent Publ. No. 2011/0034889  ("Smith 889")

- U.S. Patent Publ. No. 2011/0040271 ("Rogers 271")

- U.S. Patent Publ. No. 2011/0054426 ("Stewart 426")

- U.S. Patent Publ. No. 2011/0060300 ("Weig 300")

- U.S. Patent Publ. No. 2011/0077495 ("Gilbert 495")

- U.S. Patent Publ. No. 2011/0172620 ("Khambatta 620")

- U.S. Patent Publ. No. 2011/0172625 ("Wada 625")

- U.S. Patent Publ. No. 2011/0202024 ("Cozzens 024")

- U.S. Patent Publ. No. 2012/0103347 ("Wheaton 347")

- D373,928 ("Green 928")

- D401,699 ("Herchenbach 699")

- D409,303 ("Oepping 303")

- D591,106 ("Dominique 106")

- D593801 ("Wilson 801")

- Denmark Publ. No. DK9600118U3 ("Flyger 118")

- European Publ. No. EP0032138A2 ("Ozenne 138")

- European Publ. No. EP0610638A1 ("Goldenberg 638")

- European Publ. No. EP066070B1 ("Steer 070")

- European Publ. No. EP0613355A1 ("Kuntz 355")

- European Publ. No. EP1382318A1 ("Kim 318")

- European Publ. No. EP2180907 ("Weig 907")

- European Publ. No. EP2380532 ("Wada 532")

- UK Publ. No. GB2148126B ("Cottenden 126")

- UK Publ. No. GB2199750 ("Gropp 750")

- UK Publ. No. GB2260907 ("Kubo 907")

- UK Publ. No. 2469496A ("Shelton 496")

- German Publ. No. DE4443710A1 ("Schmitt 710")

- German Publ. No. DE9407554U1 ("Javadi 554")

- Japanese Publ. No. JP11-113946 ("Chiku 946")

- Japanese Publ. No. JP1979-S5410596 ("Hetsunsuneru")

- Japanese Publ. No. JP3132659B2 ("Yanagihara 659")

- Japanese Publ. No. JP4039641B2 ("Mizuguchi 641")

16

- Japanese Publ. No. JP2001054531 ("Higati 531")

- Japanese Publ. No. JP2001276107A ("Ishii 107")

- Japanese Publ. No. JP2001276108A ("Ishii 108")

- Japanese Publ. No. 2004-267530 ("Okabe 530")

- Japanese Publ. No. 2006-026108 ("Suzuki 108")

- Japanese Publ. No. JPH05123349 ("Kubo 349")

- WIPO Publication WO 1988/04558A1 ("Conkling 558")

- WIPO Publication WO 1991/04714A2 ("Washington 714")

- WIPO Publication WO 1992/20299 ("Zamierowski 299")

- WIPO Publication WO 1993/09736 A2 ("Kuntz 736")

- WIPO Publication WO 1996/00096A1 ("Saltz 096")

- WIPO Publication WO 2000/057784 ("Wolff 784")

- WIPO Publication WO 2001/0145618 ("Schmidt 618")

- WIPO Publication WO 2004/019836 ("Wightman 836")

- WIPO Publication WO 2004/03071931 ("Harvie 931")

- WIPO Publication WO 2005/089687 ("Levinson 687")

- WIPO Publication WO 2005/107661 ("Parks 661")

- WIPO Publication WO2007/007845 ("Wada 845")

- WIPO Publication WO 2007/042823 A2 (Van Den Heuvel 823")

- WIPO Publication WO 2008/078117 A1 ("Short 117")

- WIPO Publication WO 2009/052496 ("Tsai 496")

- WIPO Publication WO2009/101738 ("Wada 738")

- WIPO Publication WO 2010030122 ("Lee 122")

- WIPO Publication WO 2011/132043A1 ("Richer 043")

- Newman, Diane K. (1997). *The Urinary Incontinence Sourcebook*, Los Angeles: Lowell House

- Research and Development Work Relating to Assistive Technology 2005-2006, Nov. 2006 (British Department of Health) ("2006 British Health Publication")

- Macaulay et al., *A Noninvasive Continence Management System: Development and Evaluation of a Novel Toileting Device for Women, J Wound Ostomy Continence Nurs.* 2007; 34(6):641-648 (Nov./Dec. 2007) ("Macaulay 2007")

- Sachtman, Noah, "New Relief For Pilots?  It Depends," Wired (May 21, 2008) (available at https://www.wired.com/2008/05/pilot-relief/).

- www.shethinx.com/pages/thinx-it-works

- Omni Medical AMXD/AMXDMax Devices (*see* infra)

- 2007 Omni Medical User & Maintenance Guide

As a preliminary matter, the claims of the 508 Patent are entitled to a priority date of no earlier than July 21, 2010, i.e., the filing date of the application resulting in the 508 Patent.  The 508 Patent does not claim priority to any earlier-filed patent applications.

The charts below identify non-limiting examples of where in each item of prior art each element of each asserted claim is found.  For example, where a single prior art reference in the charts includes each of the elements of the asserted claim (either expressly and/or inherently), the claimed invention is anticipated by that reference.  Where a single prior art reference does not disclose all elements of a claim, the combination of that reference with one (or more) of the references disclosing the missing element(s), or the knowledge of an ordinarily skilled artisan, renders the claimed invention obvious.  Similarly, to the extent any cited anticipatory reference is

found not to anticipate, that reference – by itself or in combination with one (or more) of the references disclosing the missing element(s) or the knowledge of a person of ordinary skill in the art – renders the claimed subject matter obvious.

The suggested obviousness combinations, as reflected in the charts below, would have been made by one of skill in the art at the time of the alleged inventions embodied by the asserted 508 Patent claims. Such combinations are consistent with the principles set forth by the Supreme Court in *KSR Int'l v. Teleflex Inc.*, 127 S. Ct. 1727 (2007), and its progeny. For example, the reasons for combining the references stem (explicitly or implicitly) from: (a) the prior art references themselves; (b) the prior art as a whole; (c) the knowledge, common sense, and creativity of those of ordinary skill in the art; (d) the nature of the problem to be solved; (e) the demands in the design community and/or the marketplace; (f) the simple and predictable substitution of one known element for another in accordance with their known functions; (g) the application of a known technique or method; (h) the obviousness of trying the combination; and/or (i) the general needs and problems in the field.

For instance, the following items and background information were well known to those skilled in the art at the relevant time for the Asserted Claims of the 508 Patent (and are also taught by the prior art identified herein). This is also explained more fully in the declaration of Dr. Newman filed in connection with the 508 Petition for Inter Partes Review, as well as the declarations of Dr. Newman filed in connection with the claim construction briefing, which are hereby incorporated by reference:

(1)    Urine collection devices used in systems and methods for transporting voided urine by drawing the urine into a moisture-wicking article that is in contact with a region of the urethral opening. *See, e.g.*, Mahnensmith 080 at Abstract, Figs. 1-5, paras. 9-11, 17, 21-22, 24, 30-31;

Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-50, 2:51-59, 2:59-67, 3:45-4:19, 5:15-24, 5:27-43, 6:18-43; Keane 768 at Abstract, 1:34-36, 1:65-2:10, 2:46-56, Fig. 4; Lawrence 564 at Figs. 1-10, 14, Abstract, 4:47-55, 5:8-6:27, 6:21-25, 6:40-42, 7:28-56, 11:1-19, 11:24-36, claim 6; Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32; Lawrence 222 at Figs. 1-10, 14, Abstract, 4:47-55, 5:8-6:27, 6:21-25, 6:40-42, 7:28-56, 11:1-19, 11:24-36, claim 6; Cheng 133 at Figs. 7A-9, 16:53-17:54; Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:8-21, 9:23-10:9; Triunfol 675 at Figs. 1-5, claims 1-4, 1:56-67, 2:7-17, 2:58-3:18, 3:66-4:7, 4:2-7; Sweetser 793 at Figs. 1-2, 3:35-4:31; Skow 735 at Abstract, Figs. 1-11, 3:48-51, 6:16-67; Kuntz 166 at Abstract, Figs. 2-6, 2:43-47, 2:48-69; Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55; Coley 804 at Figs. 1-5, Abstract, paras. 18-19, 21-24; Omni AMXD/AMXDmax Devices; 2007 Omni Medical User & Maintenance Guide at pp. 10, 21; Osborn 212 at Figs. 1-7, 18, 22-23, 1:35-41, 2:41-51, 4:54-5:29, 5:59-62, 11:32-58, 17:4-52, 19:9-13, 19:22-25, 33:13-15.; DesMarais 130 at Figs. 1-5, 2:65-3:23, 4:11-17, 5:13-26,  5:54-59, 6:28-51, 6:51-7:8,  10:1-5, 10:11-11:51.  *See also* Flower 300 at Figs. 2, 7, 1:11-15, 2:22-24, 3:23-32.

(2)      Systems and methods for transporting voided urine that are configured such that urine is drawn into a urine collection device from a moisture-wicking article. *See, e.g.*, Mahnensmith 080 at Abstract, Figs. 1-5, paras. 9-11, 17-22, 24, 30-31; Mahnensmith 262 at Abstract, Figs. 1-5, 2:51-59, 4:45-5:5; Keane 768 at Abstract, 1:65-2:10, 2:46-56, Fig. 4; Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33, 5:34-6:4, 6:36-43; Lawrence 564 at Figs. 1-10, 14, Abstract, 4:47-55, 5:8-6:27, 6:21-25, 6:40-42, 7:28-56, 11:1-19, 11:24-36, claim 6; Lawrence 222 at Figs. 1-10, 14, Abstract, 4:47-55, 5:8-6:27, 6:21-25, 6:40-42, 7:28-56, 11:1-19, 11:24-36, claim 6; Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55; Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32; Cheng 133 at Figs. 7A-9, 16:53-17:54; Sweetser 793 at Figs. 1-2, 3:35-4:31; Kuntz 166 at Abstract, Figs. 2-6, 2:65-3:6, 3:48-52, 3:66-4:2, 7:17-23; Kuntz 355 at Abstract,

Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55; Coley 804 at Figs. 1-5, Abstract, paras. 18-19, 21-24; Omni AMXD/AMXDmax Devices; 2007 Omni Medical User & Maintenance Guide at pp. 10, 21; Osborn 212 at Figs. 1-7, 18, 22-23, 1:35-41, 2:41-51, 4:54-5:29, 5:59-62, 11:31-13:58, 17:4-52, 19:9-13, 19:22-25, 33:13-15; DesMarais 130 at Figs. 1-5, 2:65-3:23, 4:11-17, 5:13-26, 5:54-59, 10:1-5, 10:11-11:51. *See also* Flower 300 at Figs. 2, 7, 1:11-15, 2:22-24, 3:23-32

(3)     Urine collection devices with a container that defines a chamber for collecting urine. *See, e.g.*, Mahnensmith 080 at Abstract, Figs. 1-5, paras. 8, 17-20, 30-31; Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-50, 3:45-4:19, 6:18-43, 5:15-25, 5:43-50, 6:44-49; Keane 768 at Abstract, 1:65-2:10, 2:46-56, Fig. 1-4; Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33, 5:34-6:4, 6:36-43; Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55; Conkling 541 at Figs. 12-15, 3:29-49, 6:43-68, 7:2-11; Duke 046 at Figs. 1-3, 1:63-2:23, 2:66-3:15, 3:35-4:10; Ellis 185 at Figs. 1-3, 2:55-3:3; Washington 508 at Figs. 1-12, 2:24-67, 6:22-67; Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13; Kuntz 166 at Abstract, Figs. 2-6, 2:34-37, 2:38-47; Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55; Coley 804 at Figs. 1-5, Abstract, paras. 18-19, 21-24; Omni AMXD/AMXDmax Devices; 2007 Omni Medical User & Maintenance Guide at pp. 10, 21; Osborn 212 at Figs. 1-7, 18, 22-23, 1:35-41, 2:41-51, 4:54-5:29, 5:59-62, 11:32-58, 17:4-52, 19:9-13, 19:22-25, 33:13-15; DesMarais 130 at Figs. 1-5, 2:65-3:23, 4:11-17, 5:13-26, 5:54-59, 6:28-51, 6:51-7:8, 10:1-5, 10:11-11:51. *See also* Flower 300 at Figs. 2, 7, 1:11-15, 2:22-24, 3:23-32

(4)     Containers that are configured so that a secured moisture wicking article is disposed in contact with the region surrounding the uretheral opening. *See, e.g.*, Mahnensmith 080 at Abstract, Figs. 1-5, paras. 11, 21-22, 24-25, 30-31; Mahnensmith 262 at Abstract, Figs. 1-5, 5:27-43, 5:65-6:2, 6:18-25, 6:49-56; Keane 768 at Abstract, 1:34-36, 1:65-2:10, 2:46-56, Fig. 4; Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64; Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61; Lawrence

564 at Figs. 1-10, 14, Abstract, 4:47-55, 5:8-6:27, 6:21-25, 6:40-42, 7:28-56, 11:1-19, 11:24-36, claim 6; Lawrence 222 at Figs. 1-10, 14, Abstract, 4:47-55, 5:8-6:27, 6:21-25, 6:40-42, 7:28-56, 11:1-19, 11:24-36, claim 6; Cheng 133 at Figs. 7A-9, 16:53-17:54; Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32; Sweetser 793 at Figs. 1-2, 3:35-4:31; Kuntz 166 at Abstract, Figs. 2-6, 4:33-47, 3:48-52, 3:66-4:2, 7:17-23; Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55; Coley 804 at Figs. 1-5, Abstract, paras. 18-19, 21-24; Omni AMXD/AMXDmax Devices; 2007 Omni Medical User & Maintenance Guide at pp. 10, 21; Osborn 212 at Figs. 1-7, 18, 22-23, 1:35-41, 2:41-51, 4:54-5:29, 5:59-62, 11:31-13:58, 17:4-52, 19:9-13, 19:22-25, 33:13-15; DesMarais 130 at Figs. 1-5, 2:65-3:23, 4:11-17, 5:13-26, 5:54-59, 6:28-51, 6:51-7:8, 10:1-5, 10:11-11:51. *See also* Flower 300 at Figs. 2, 7, 1:11-15, 2:22-24, 3:23-32

(5)    Containers that are closed except for an array of openings through which urine is drawn into the chamber and an outlet port through which urine can be drawn away from the chamber. *See, e.g.*, Mahnensmith 080 at Abstract, Figs. 1-5, paras. 8-11, 17-20, 30-31; Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-50, 3:45-4:19, 6:18-43; Keane 768 at Abstract, 1:65-2:10, 2:46-56, Fig. 1-4; Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33, 5:34-6:4, 6:36-43; Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32; Kuntz 166 at Abstract, Figs. 2-3, 2:34-47; Scott 384 at 3:15-31, Figs. 3-4; Scott 749 at Figs. 3-4, paras. 74-75, 79; Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54; Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66; Nigay 463 at Figs. 1-3, 1:65-2:62; Skow 735 at Abstract, Figs. 1-11, 3:48-51, 6:16-67; Suzuki 250 at Abstract, Figs. 1-5, 4:12-19, 6:3-6, 6:66-7:4; Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33; Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26; Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55; Omni AMXD/AMXDmax Devices; 2007 Omni Medical User & Maintenance Guide at pp. 10, 21. *See also* Flower 300 at Figs. 2, 7, 1:11-15, 2:22-24, 3:23-32

(6) Containers that are closed (with the exceptions of the openings and outlet port) including by being sealed at both ends. *See, e.g.*, Mahnensmith 080 at Abstract, Figs. 1-5, paras. 8-11, 17-20, 30-31; Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56; Scott 234 at 1:29-48, Figs. 1-3; Scott 749 at Figs. 3-4, paras. 74-75, 79; Keane 768 at Abstract, 1:65-2:10, 2:46-56, Fig. 1-4; Flower 300 at Figs. 2, 7, 1:11-15, 2:22-24, 3:23-32; Larson 025 at Abstract, Fig. 2, 3:21-25, 4:47-52; Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33; Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32; Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54; Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66; Kuntz 166 at Figs. 2-3, 2:34-47; Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55; Omni AMXD/AMXDmax Devices; 2007 Omni Medical User & Maintenance Guide at pp. 10, 21; Osborn 212 at Figs. 1-7, 18, 22-23, 19:9-13, 19:22-36; DesMarais 130 at Figs. 1-5, 2:65-3:23, 4:11-17, 5:13-26, 5:54-59, 6:28-51, 6:51-7:8, 10:1-5, 10:11-11:51. *See also* Flower 300 at Figs. 2, 7, 1:11-15, 2:22-24, 3:23-32.

(7) Containers that are elongated. *See, e.g.*, Mahnensmith 080 at Abstract, Fig. 4, paras. 30-31; Mahnensmith 262 at Abstract, Figs. 4-5, 6:18-56; Keane 768 at Abstract, 1:65-2:10, 2:46-56, Fig. 1-4; Scott 234 at 1:29-48, Figs. 1-3; Scott 749 at Figs. 3-4, paras. 74-75, 79; Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55; Flower 300 at Figs. 2, 7, 1:11-15, 2:22-24, 3:23-32; Larson 025 at Abstract, Fig. 2, 3:21-25, 4:47-52; Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33; Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64; Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54; Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66; Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61; Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32; Kuntz 166 at Abstract, Figs. 2-3, 2:34-47; Cheng 133 at Figs. 7A-9, 16:53-17:54; Washington 508 at Figs. 1-12, 2:24-67, 6:22-67; Sweetser 793 at Figs. 1-2, 3:35-4:31; Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13; Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55; Coley 804 at Figs. 1-5, Abstract, paras. 18-19, 21-24; Omni

AMXD/AMXDmax Devices; 2007 Omni Medical User & Maintenance Guide at pp. 10, 21; Osborn 212 at Figs. 1-7, 18, 22-23, 1:35-41, 2:41-51, 4:54-5:29, 5:59-62, 17:4-52, 19:9-13, 19:22-25, 33:13-15; DesMarais 130 at Figs. 1-5, 2:65-3:23, 4:11-17, 5:13-26, 5:54-59, 6:28-51, 6:51-7:8, 10:1-5, 10:11-11:51.

(8)      Containers that are made of plastic.  *See, e.g.*, Mahnensmith 080 at Abstract, Figs. 1-5, paras. 8, 17-20, 30-31; Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-50, 3:45-4:19, 6:18-43; Keane 768 at Abstract, 1:65-2:10, 2:46-56, Fig. 1-4; Hessner 418 at Abstract, Figs. 1-8, 3:26-31, 5:54-57, 6:36-43; Conkling 541 at Figs. 12-15, 3:29-49, 6:43-68, 7:2-11; Kraus 703 at Abstract, Figs. 1-6, 3:37-4:62; Triunfol 675 at Figs. 1-5, claims 1-4, 3:66-4:7, 4:2-7; Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54; Martin 061 at Figs. 1, 8, 2:65-3:14, 3:15-21, 4:34-38, 5:10-51; Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32; Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55.

(9)      Containers that are rigid.  *See, e.g.*, Mahnensmith 080 at Abstract, Figs. 1-5, paras. 8-9, 17-20, 30-31; Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56; Keane 768 at Abstract, 1:65-2:10, 2:46-56, Fig. 1-4; Hessner 418 at Abstract, Figs. 1-8, 3:26-31, 5:54-57, 6:36-43; Conkling 541 at Figs. 12-15, 3:29-49, 6:43-68, 7:2-11; Kraus 703 at Abstract, Figs. 1-6, 3:37-4:62; Triunfol 675 at Figs. 1-5, claims 1-4, 3:66-4:7, 4:2-7; Martin 061 at Figs. 1, 8, 2:65-3:14, 3:15-21, 4:34-38, 5:10-51; Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32; Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55.

(10)      Containers that are cylindrical.  *See, e.g.*, Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54; Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66; Kuntz 166 at Abstract, Figs. 2-3, 2:34-47; Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55; Flower 300 at Figs. 2, 7, 1:11-15, 2:22-24, 3:23-32; Larson 025 at Abstract, Fig. 2, 3:21-25, 4:47-52; Keane 768 at Abstract, 1:65-2:10, 2:46-56, Figs. 1-4; Brennan 465 at 4:16-66, Figs. 1-2, 6; McGuire 347 at Figs. 1-4, Abstract, 2:35-40, 5:25-

24

30, 6:1-35; Mombrinie 639 at Figs. 1-9, paras. 13-14, 31-38, 40, 43; Coley 804 at Figs. 1-5, Abstract, paras. 18-19, 21-24; Omni AMXD/AMXDmax Devices; 2007 Omni Medical User & Maintenance Guide at pp. 10, 21.

(11)     Containers (including their exteriors) that are configured for (and have) a moisture wicking article secured over the array of openings by wrapping the article over the openings and securing the article. *See, e.g.*, Mahnensmith 080 at Abstract, Figs. 1-5, paras. 8-11, 17-22, 24, 30-31; Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56; Keane 768 at Abstract, 1:65-2:10, 2:46-56, Figs. 1-4; Kuntz 166 at Abstract, Figs. 2-3, 2:34-47, 3:58-64, 4:33-5:58; Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55; Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32; Skow 735 at Abstract, Figs. 1-11, 3:48-51, 6:16-67; Flower 300 at Figs. 2, 7, 1:11-15, 2:22-24, 3:23-32; Scott 234 at 2:32-54, Fig. 1; Larson 025 at Abstract, Fig. 2, 3:21-25, 4:47-52; Coley 804 at Figs. 1-5, Abstract, paras. 18-19, 21-24; Omni AMXD/AMXDmax Devices; 2007 Omni Medical User & Maintenance Guide at pp. 10, 21; Osborn 212 at Figs. 1-7, 18, 22-23, 1:35-41, 2:41-51, 4:54-5:29, 5:59-62, 11:31-13:58, 17:4-52, 19:9-13, 19:22-25, 33:13-15; DesMarais 130 at Figs. 1-5, 2:65-3:23, 4:11-17, 5:13-26,  5:54-59, 6:28-51, 6:51-7:8,  10:1-5, 10:11-11:51.

(12)     A moisture wicking article dimensioned so that it can be secured over the openings. *See, e.g.*, Mahnensmith 080 at Abstract, Figs. 1-5, paras. 8-11, 17-22, 24, 30-31; Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56; Keane 768 at Abstract, 1:65-2:10, 2:46-56, Fig. 4; Hessner 418 at Abstract, Figs. 1-8, 3:26-31, 5:54-57, 6:36-43; Kuntz 166 at Abstract, Figs. 2-6, 2:43-47, 2:48-69; Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55; Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64; Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61; Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32; Wolff 066 at Fig. 5b, 5:56-6:35; Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46; Skow 735 at Abstract, Figs. 1-11, 3:48-51, 6:16-67; Flower 300 at Figs. 2, 7, 1:11-15, 2:22-24,

3:23-32; Scott 234 at 2:32-54, Fig. 1; Larson 025 at Abstract, Fig. 2, 3:21-25, 4:47-52; Brennan 465 at 4:16-66, Figs. 1-2, 6; Omni AMXD/AMXDmax Devices; 2007 Omni Medical User & Maintenance Guide at pp. 10, 21; Osborn 212 at Figs. 1-7, 18, 22-23, 1:35-41, 2:41-51, 4:54-5:29, 11:31-13:58; DesMarais 130 at Figs. 1-5, 2:65-3:23, 4:11-17, 5:13-26, 5:54-59, 6:28-51, 6:51-7:8, 10:1-5, 10:11-11:51.

(13)    Securing a moisture-wicking article at opposite ends of openings on a container, including by using elastic bands.  *See, e.g.*, Mahnensmith 080 at Figs. 1, 3, paras. 9, 24; Mahnensmith 262 at Figs. 1, 3, 2:57-59, 5:27-35; Keane 768 at Fig. 4, 2:34-46, 3:20-36; Kuntz 166 at 4:11-14, 5:63-65; Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55; Stewart 794 at Figs. 1-5, 2:62-4:38; Krebs 074 at Fig. 7B, 2:55-63, 6:2-13; Schmidt 688 at Figs. 4-7, 4:29-68, 5:43-62; Skow 735 at Abstract, Fig. 7, 3:48-51, 6:16-67; Jones 080 at Figs. 1, 8-9, 2:37-79, 3:15-31. Moreover, containers that are configured to secure a moisture-wicking article at opposite ends of a container including by elastic bands were also known as this was a typical configuration. *See infra.*

(14)    Moisture wicking articles having the moisture-wicking characteristics of a paper towel.  *See, e.g.*, Kuntz 355 at 5:9-12; Mahnensmith 080 at paras. 9, 22; Mahnensmith 262 at Abstract, 2:51-59, 4:45-5:5; Keane 768 at Abstract, 1:65-2:10, 2:46-56, Fig. 4; Hessner 418 at Abstract, Figs. 1-8, 3:26-31, 5:54-57, 6:36-43; Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26; Osborn 212 at 4:54-28, 5:59-62, 33:13-15; Stewart 794 at Figs. 1-5, 2:62-4:38; Kirshnaswamy 951 at 12:58-63; Kuntz 166 at 2:62-68; Coley 804 at Figs. 1-5, Abstract, paras. 18-19, 21-24; Omni AMXD/AMXDmax Devices; 2007 Omni Medical User & Maintenance Guide at pp. 10, 21; DesMarais 130 at Abstract, Figs. 1-5, 4:66-53, 3:45-4:65, 6:29-51, 10:11-12:14; *See also* Flower 300 at Figs. 2, 7, 1:11-15, 2:22-24, 3:23-32.

(15)    Systems and methods for transporting urine that include using a vacuum pump for

drawing urine through the container's openings into a chamber from a moisture wicking article. *See, e.g.*, Mahnensmith 080 at Abstract, Figs. 1-5, paras. 9-11, 17-22, 24, 30-31; Mahnensmith 262 at Abstract, Figs. 3, 2:59-67, 5:15-25, 5:43-50, 6:44-49; Keane 768 at 1:34-40, 2:5-10, 5:4-14, Fig. 4; Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33, 5:34-6:4, 6:36-43; Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55; Kuntz 166 at Figs. 1, 7-8, 2:65-3:6, 3:37-42, 5:59-6:17; Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64; Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32; Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61; Omni AMXD/AMXDmax Devices; 2007 Omni Medical User & Maintenance Guide at pp. 10, 21. *See also* Flower 300 at Figs. 2, 7, 1:11-15, 2:22-24, 3:23-32.

(16)     Systems and methods for transporting urine that include using a vacuum pump for drawing urine away from the container's chamber through an outlet port. *See, e.g.*, Mahnensmith 080 at Abstract, Fig. 3, paras. 10, 23; Mahnensmith 262 at Abstract, Fig. 3, 2:59-67, 5:65-6:2, 6:49-56; Keane 768 at 1:34-40, 2:5-10, 5:4-14, Fig. 4; Hessner 418 at 6:36-43; Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32; Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64; Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61; Kuntz 166 at Figs. 1, 7-8, 2:65-3:6, 3:37-42, 5:59-6:17; Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55; Omni AMXD/AMXDmax Devices; 2007 Omni Medical User & Maintenance Guide at pp. 10, 21. *See also* Flower 300 at Figs. 2, 7, 1:11-15, 2:22-24, 3:23-32.

(17)     Vacuum pumps that apply partial vacuum to the system including the outlet port. *See, e.g.*, Mahnensmith 080 at Fig. 3, paras. 10, 23; Mahnensmith 262 at Abstract, Fig. 3, 2:59-67, 5:15, 5:43-50, 6:44-49; Keane 768 at Abstract, 1:40-41, 1:65-2:10, 2:46-56, Fig. 4; Larson 025 at Abstract, Fig. 2, 1:66, 3:21-25, 4:47-52; Hessner 418 at 6:36-43; Triunfol 675 at Figs. 2, claims 1-4, 2:10-17; Kuntz 166 at Figs. 1, 7-8, 2:65-3:6, 3:37-42, 5:59-6:17; Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55; Conkling 541 at Figs. 12-15, 3:29-49, 6:43-68, 7:2-11; Nigay 463 at

Figs. 1-3, 1:65-2:62; Carns 997 at Figs. 2-5, 6:15-31, Abstract; Omni AMXD/AMXDmax Devices; 2007 Omni Medical User & Maintenance Guide at pp. 10, 21. *See also* Flower 300 at Figs. 2, 7, 1:11-15, 2:22-24, 3:23-32.

(18)     Methods of transporting voided urine that include urine collection devices with closed containers. *See, e.g.*, Mahnensmith 080 at Abstract, Figs. 1-5, paras. 8-11, 17-20, 23, 30-31; Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-50, 3:45-4:19, 6:18-43; Keane 768 at Abstract, 1:65-2:10, 2:46-56, Fig. 1-4; Hessner 418 at Abstract, Figs. 1-8, 3:26-31, 5:54-57, 6:36-43; Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32; Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64; Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61; Kuntz 166 at Abstract, Figs. 2-6, 2:34-47; Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55; Nigay 463 at Figs. 1-3, 1:65-2:62; Skow 735 at Abstract, Figs. 1-11, 3:48-51, 6:16-67; Omni AMXD/AMXDmax Devices; 2007 Omni Medical User & Maintenance Guide at pp. 10, 21; Osborn 212 at Figs. 1-7, 18, 22-23, 19:9-13, 19:22-36; DesMarais 130 at Figs. 1-5, 2:65-3:23, 4:11-17, 5:13-26, 5:54-59, 6:28-51, 6:51-7:8, 10:1-5, 10:11-11:51. *See also* Flower 300 at Figs. 2, 7, 1:11-15, 2:22-24, 3:23-32.

As mentioned, many of the above concepts, the knowledge referenced below, as well as detailed discussions of how the prior art reads on the claims are further explained in the Petition for *Inter Partes* Review for the 508 Patent as well as the Declaration of Diane Newman, which as explained above, are hereby incorporated by reference. As shown by the above examples (and the charts below as well as the documents filed in the IPR), the differences, if any, between the relevant prior art references and the Asserted Claims of the 508 Patent were known and would have been within the knowledge and common sense of one of ordinary skill in the art, and modification, if any, to achieve the claimed invention would have been a routine choice with a reasonable expectation of success. In addition, or alternatively, one of ordinary skill in art would have been

motivated to combine one or more of the references as they nearly all pertain, generally, to urine collection systems or apparatuses.

As noted above, the following charts identify where in each item of prior art each element of each asserted claim is found. The citations in the charts are representative and should not be construed as limiting. As mentioned above, the charts below reflect alternative views of the meaning of claim language including Sage's understanding of Plaintiff's position regarding the construction of the claims, and Sage makes no admissions regarding any alleged infringement. Moreover, by addressing any claim language in the charts below, Sage makes no admission as to whether or not that language serves as a limitation of the claim.

## U.S. Patent No. 8,287,508 (Claims 1, 3-8, and 17-19)

| 508 Patent Claim Language | Prior Art |
|---|---|
| **Claim 1** | |
| 1. A urine collection device for use in a system for transporting urine voided from a person or an animal by drawing the urine into a moisture-wicking article that is disposed in contact with a region of the person or animal surrounding an urethral opening, and further drawing the urine into the collection device from the moisture-wicking article, comprising[3]: | Urine collection devices for use in systems for transporting voided urine by drawing the urine into a moisture-wicking article that is disposed in contact with the urethral opening and then into the collection device were well known in the art at the time of the alleged invention.<br><br>• Jones 080 at Figs. 1, 8-9, 1:26-35, 2:51-57;<br>• Scott 234 at 2:32-54, Fig. 1;<br>• Keane 768 at Abstract, 1:34-36, 1:65-2:10, 2:46-56, Fig. 4;<br>• Flower 300 at Figs. 2, 7, 1:11-15, 2:22-24, 3:23-32;<br>• Larson 025 at Abstract, Fig. 2, 3:21-25, 4:47-52;<br>• DesMarais 130 at Abstract, Figs. 1-5, 4:66-53, 3:45-4:65, 6:29-51, 10:1-5, 10:11-12:14;<br>• Frosch 901 at Abstract, Figs. 1-2, 2:44-60, 4:33-62, 5:58-6:45;<br>• Frosch 539 at Abstract, Figs. 1-2, Abstract, 2:38-66, 3:5-21, 4:43-57, 6:11-42; |

---

[3] By addressing any preamble herein, Sage makes no admission as to whether or not the preamble of any of the asserted claims serves as a limitation of the claim.

| 508 Patent Claim Language | Prior Art |
|---|---|
| | • Triunfol 675 at Figs. 1-5, claims 1-4, 1:56-67, 2:7-17, 2:58-3:18, 3:66-4:7, 4:2-7;<br>• Kuntz 166 at Abstract, Figs. 2-6, 2:43-47, 2:48-69;<br>• Brennan 465 at 4:16-66, Figs. 1-2, 6;<br>• Washington 508 at Figs. 1-12, 2:24-67, 5:22-6:67;<br>• McGuire 347 at Figs. 1-4, Abstract, 2:35-40, 5:25-30, 6:1-35;<br>• McGuire 699 at Figs. 1-6, 4:1-19, 4:68-5:2, 6:61-64;<br>• Skow 735 at Abstract, Figs. 1-11, 3:48-51, 6:16-67;<br>• Argenta 643 at Figs. 1, 5; 3:31-51, 6:46-64, 7:10-23, 7:56-58;<br>• Osborn 212 at Figs. 1-7, 18, 22-23, 1:35-41, 2:41-51, 4:54-5:29, 5:59-62, 11:32-58, 17:4-52, 19:9-13, 19:22-25, 33:13-15;<br>• Lawrence 564 at Figs. 1-10, 14, Abstract, 5:8-6:27, 7:28-56, 11:1-19, 11:24-36, claim 6;<br>• Lawrence 222 at Figs. 1-10, 14, Abstract, 5:8-6:27, 7:28-56, 11:1-19, 11:24-36, claim 6;<br>• Etheredge 606 at Figs. 1-3, Abstract, 4:7-60, 5:212-54;<br>• Cheng 133 at Figs. 7A-9, 16:53-17:54;<br>• Sweetser 793 at Figs. 1-2, 3:35-4:31;<br>• Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64;<br>• Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35;<br>• Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61;<br>• Easter 366 at Figs. 5-9, 5:54-6:10;<br>• Harvie 964 at Figs. 1-3, 9:25-10:45;<br>• Harvie 012 at Figs. 1-3, 8:29-9:51;<br>• Harvie 043 at Figs. 1-3, 9:66-10:58;<br>• Cheng 245 at 24:12-35, 29:27-52, 37:35-57, 38:48-53;<br>• Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33;<br>• Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26;<br>• Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54;<br>• Mombrinie 389 at Figs. 1-4, 9, 4:17-26, 4:61-5:7, 5:15-19;<br>• Okabe 706 at Figs. 1-9, 3:36-45, 4:10-21, 6:13-17; |

| 508 Patent Claim Language | Prior Art |
|---|---|
| | • Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56;<br>• Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46;<br>• Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66;<br>• Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32;<br>• Mombrinie 639 at Figs. 1-9, paras. 13-14, 31-38, 40, 43;<br>• Mahnensmith 080 at Abstract, Figs. 1-5, paras. 8-11, 17-24, 30-31;<br>• Wolf 784 at Abstract, Figs. 1a, 5a, 5b, 9:8-21, 9:23-10:9;<br>• Coley 804 at Figs. 1-5, Abstract, paras. 18-19, 21-24;<br>• Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55.<br>• 2007 Omni Medical User & Maintenance Guide at pp. 10, 21;<br>• Omni AMXD / AMXDMax devices |
| a container defining a chamber for collecting urine, | Containers defining a chamber for or capable of collecting urine were well known in the art at the time of the alleged invention.<br><br>• Jones 080 at Figs. 1, 8-9, 1:26-35, 1:73-79;<br>• Scott 234 at 2:32-54, Fig. 1;<br>• Duke 046 at Figs. 1-3, 1:63-2:23, 2:66-3:15, 3:35-4:10;<br>• Keane 768 at Abstract, 1:65-2:10, 2:46-56, Fig. 1-4;<br>• Ellis 185 at Figs. 1-3, 2:55-3:3;<br>• Flower 300 at Figs. 2, 7, 1:11-15, 2:22-24, 3:23-32;<br>• Larson 025 at Abstract, Fig. 2, 3:21-25, 4:47-52;<br>• Frosch 901 at Abstract, Figs. 1-2, 2:44-60, 4:33-62;<br>• Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33, 5:34-6:4, 6:36-43;<br>• DesMarais 130 at Abstract, Figs. 1-5, 4:66-53, 3:45-4:65, 6:29-51, 10:1-5, 10:11-12:14;<br>• Frosch 539 at Abstract, Figs. 1-2, 2:53-66, 4:43-57;<br>• Kraus 703 at Abstract, Figs. 1-6, 3:37-4:62; |

| 508 Patent Claim Language | Prior Art |
|---|---|
| | • Triunfol 675 at Figs. 1-5, claims 1-4, 1:56-67, 2:7-17, 2:58-3:18, 3:66-4:7, 4:2-7; |
| | • Martin 061 at Figs. 1, 8, 2:65-3:14, 3:15-21, 4:34-38, 5:10-51; |
| | • Nussbaumer 160 at Figs. 1-9, 2:23-44, 2:50-59, 3:20-41, 4:5-13, 5:10-15; |
| | • Kuntz 166 at Abstract, Figs. 2-6, 2:34-47; |
| | • Ehrenkranz 215 at Abstract, Figs. 1-9B; |
| | • Schneider 449 at Abstract, Figs. 1-11; |
| | • Crowley 928 at 2:31-48; |
| | • Brennan 465 at 4:16-66, Figs. 1-2, 6; |
| | • Washington 508 at Figs. 1-12, 2:24-67, 5:22-6:67; |
| | • Conkling 541 at Figs. 12-15, 3:29-49, 6:43-68, 7:2-11; |
| | • Nigay 463 at Figs. 1-3, 1:65-2:62; |
| | • McGuire 347 at Figs. 1-4, Abstract, 2:35-40, 5:25-30, 6:1-35; |
| | • Carns 997 at Figs. 2-5, 6:15-31; |
| | • McGuire 699 at Figs. 1-6, 4:1-19, 4:68-5:2, 6:61-64; |
| | • Kubo 983 at Figs. 1a-2, Abstract, 2:44-3:5, 4:19-33, 5:8-27; |
| | • Kubo 052 at Figs. 1a-4, Abstract, 4:12-16; |
| | • Skow 735 at Abstract, Figs. 1-11, 3:48-51, 6:16-67; |
| | • Argenta 643 at Figs. 1, 5, 3:31-51, 6:46-64, 7:10-23, 7:56-58; |
| | • Osborn 212 at Figs. 1-7, 18, 22-23, 1:35-41, 2:41-51, 4:54-5:29, 5:59-62, 11:32-58, 17:4-52, 19:9-13, 19:22-25, 33:13-15; |
| | • Lawrence 564 at Figs. 1-10, Abstract, 5:8-6:27, 7:28-56; |
| | • Lawrence 222 at Figs. 1-10, 14, Abstract, 5:8-6:27, 7:28-56, 11:24-36; |
| | • Etheredge 606 at Figs. 1-3, Abstract, 4:7-60, 5:212-54; |
| | • Kraus 339 at Abstract, Figs. 1-7, 4:47-5:15; |
| | • Robertson 771 at Figs. 1-2, 2:56-3:44; |
| | • Cheng 133 at Figs. 7A-9, 16:53-17:54; |
| | • Sweetser 793 at Figs. 1-2, 3:35-4:31; |
| | • Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64; |
| | • Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35; |
| | • Otto 137 at Figs. 1-2, 3:7-64, 4:10-28; |

| 508 Patent Claim Language | Prior Art |
|---|---|
| | • Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61;<br>• Harvie 964 at Figs. 1-3, 9:25-10:45;<br>• Harvie 012 at Figs. 1-3, 8:29-9:51;<br>• Harvie 043 at Figs. 1-3, 9:66-10:58;<br>• Easter 366 at Figs. 5-9, 5:54-6:10;<br>• Trabold 781 at Abstract, Figs. 1-8, 2:35-51;<br>• Cheng at 24:12-35, 29:27-52, 37:35-57, 38:48-53;<br>• Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33;<br>• Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26;<br>• Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54;<br>• Mombrinie 389 at Figs. 1-4, 9, 4:17-26, 4:61-5:7, 5:15-19;<br>• Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56;<br>• Grundke 161 at Figs. 1-5, paras. 20-24, 33;<br>• Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46;<br>• Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66;<br>• Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32;<br>• Mombrinie 639 at Figs. 1-9, paras. 13-14, 31-38, 40, 43;<br>• Mahnensmith 080 at Abstract, Figs. 1-5, paras. 8-11, 17-20, 30-31;<br>• Wightman 214 at Figs. 2b, 4b, 5-6, paras. 87, 92;<br>• Coley 804 at Figs. 1-5, Abstract, paras. 18-19, 21-24;<br>• Van Den Heuvel 894 at Figs. 1-4, paras. 13-14, 38-44;<br>• Van Den Heuvel 823 at Figs. 1-4, 1:27-2:15, 2:25-27, 3:5-25, 6:18-26, 6:28-7:3, 7:5-13, 8:17-20, 8:22-25;<br>• Wolf 784 at Abstract, Figs. 1a, 5a, 5b, 9:8-21, 9:23-10:9;<br>• Goldenberg 638 at Abstract, Figs. 1-3, 3:20-42, 6:44-57;<br>• Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;<br>• Schmitt 710 at Figs. 3-6, cols. 1-2;<br>• Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13; |

| 508 Patent Claim Language | Prior Art |
|---|---|
|  | • Chiku 946 at Figs. 1-10, Abstract, paras. 6-11, 14-21, 23-26;<br>• Mizuguchi 641 at Figs. 1-10, Abstract, paras 6-11, 14-21, 23-26;<br>• Ishii 108 at Figs. 1-4, paras 1-13;<br>• Macaulay 2007 at pp. 641-643;<br>• 2006 British Health Publication at pp. 14-15;<br>• 2007 Omni Medical User & Maintenance Guide at pp. 10, 21;<br>• Omni AMXD / AMXDMax devices |
| wherein the container is closed, except for having an array of openings through which urine can be drawn into the chamber | Containers that were closed, except for having an array of openings through which urine can be drawn into a chamber, were well known in the art at the time of the alleged invention. For example, such openings in a urine or bodily fluid collection container provide an entry point for the fluid but otherwise contain and capture fluid.<br><br>• Jones 080 at Figs. 1, 8-9, 1:26-35, 1:73-79;<br>• Scott 234 at 1:29-48, Figs. 1-3;<br>• Keane 768 at Abstract, 1:65-2:10, 2:46-56, Fig. 1-4;<br>• Flower 300 at Figs. 2, 7, 1:11-15, 2:22-24, 3:23-32;<br>• Larson 025 at Abstract, Fig. 2, 3:21-25, 4:47-52;<br>• Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33, 5:34-6:4, 6:36-43;<br>• DesMarais 130 at Abstract, Figs. 1-5, 4:66-53, 3:45-4:65, 6:29-51, 10:11-12:14;<br>• Kuntz 166 at Abstract, Figs. 2-6, 2:34-47, 4:63-5:2;<br>• Brennan 465 at 4:16-66, Figs. 1-2, 6;<br>• Nigay 463 at Figs. 1-3, 1:65-2:62;<br>• McGuire 347 at Figs. 1-4, Abstract, 2:35-40, 5:25-30, 6:1-35;<br>• McGuire 699 at Figs. 1-6, 4:1-19, 4:68-5:2, 6:61-64;<br>• Skow 735 at Abstract, Figs. 1-11, 3:48-51, 6:16-67;<br>• Argenta 643 at Figs. 1, 5; 3:31-51, 6:46-64, 7:10-23, 7:56-58; |

| 508 Patent Claim Language | Prior Art |
|---|---|
|  | • Osborn 212 at Figs. 1-7, 18, 22-23, 1:35-41, 2:41-51, 4:54-5:29, 5:59-62, 11:32-58, 17:4-52, 19:9-13, 19:22-25, 33:13-15;<br>• Lawrence 564 at Figs. 1-10, 14, Abstract, 5:8-6:27, 7:28-56, 11:1-19, 11:24-36, claim 6;<br>• Lawrence 222 at Figs. 1-10, 14, Abstract, 5:8-6:27, 7:28-56, 11:1-19, 11:24-36, claim 6;<br>• Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64;<br>• Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35;<br>• Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61;<br>• Easter 366 at Figs. 5-9, 5:54-6:10;<br>• Harvie 964 at Figs. 1-3, 9:25-10:45;<br>• Harvie 012 at Figs. 1-3, 8:29-9:51;<br>• Harvie 043 at Figs. 1-3, 9:66-10:58;<br>• Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33;<br>• Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26;<br>• Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54;<br>• Mombrinie 389 at Figs. 1-4, 9, 4:17-26, 4:61-5:7, 5:15-19;<br>• Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56;<br>• Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46;<br>• Tazoe 292 at Figs. 1-9, 11-12, paras 21-33, 63-66;<br>• Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32;<br>• Mombrinie 639 at Figs. 1-9, paras. 13-14, 31-38, 40, 43;<br>• Mahnensmith 080 at Abstract, Figs. 1-5, paras. 8-11, 17-20, 23, 30-31;<br>• Van Den Heuvel 894 at Figs. 1-4, paras. 13-14, 38-44;<br>• Van Den Heuvel 823 at Figs. 1-4, 1:27-2:15, 2:25-27, 3:5-25, 6:18-26, 6:28-7:3, 7:5-13, 8:17-20, 8:22-25;<br>• Wolf 784 at Abstract, Figs. 1a, 5a, 5b, 9:8-21, 9:23-10:9;<br>• Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;<br>• 2007 Omni Medical User & Maintenance Guide at pp. 10, 21;<br>• Omni AMXD / AMXDMax devices |

| 508 Patent Claim Language | Prior Art |
|---|---|
| and at least one outlet port through which urine can be drawn away from the chamber; and | Containers having an outlet port through which urine can be drawn away from a chamber were well known at the time of the alleged invention. An outlet was a conventional feature to provide for sanitary removal of the urine and subsequent continued use of the collection device.<br><br>• Jones 080 at Figs. 1, 8-9, 1:26-35, 1:73-79;<br>• Scott 234 at 1:29-48, Figs. 1-3;<br>• Keane 768 at Abstract, 1:65-2:10, 2:46-56, Fig. 1-4;<br>• Flower 300 at Figs. 2, 7, 1:11-15, 2:22-24, 3:23-32;<br>• Larson 025 at Abstract, Fig. 2, 3:21-25, 4:47-52;<br>• Hessner 418 at 6:36-43;<br>• Triunfol 675 at Figs. 1-5, claims 1-4, 1:56-67, 2:7-17, 2:58-3:18, 3:66-4:7, 4:2-7;<br>• Kuntz 166 at Abstract, Figs. 2-6, 2:25-30, 2:65-3:6, 3:37-52, 4:9-11, 5:59-6:17, 7:17-23;<br>• Brennan 465 at 4:16-66, Figs. 1-2, 6;<br>• Washington 508 at Figs. 1-12, 2:24-67, 6:22-67;<br>• Nigay 463 at Figs. 1-3, 1:65-2:62;<br>• McGuire 347 at Figs. 1-4, Abstract, 2:35-40, 5:25-30, 6:1-35;<br>• McGuire 699 at Figs. 1-6, 4:1-19, 4:68-5:2, 6:61-64;<br>• Skow 735 at Abstract, Figs. 1-11, 3:48-51, 6:16-67;<br>• Argenta 643 at Figs. 1, 5; 3:31-51, 6:46-64, 7:10-23, 7:56-58;<br>• Lawrence 564 at Figs. 1-10, Abstract, 5:8-6:27, 7:28-56;<br>• Lawrence 222 at Figs. 1-10, 14, Abstract, 5:8-6:27, 7:28-56, 11:24-36;<br>• Robertson 771 at Figs. 1-2, 2:56-3:44;<br>• Cheng 133 at Figs. 7A-9, 16:53-17:54;<br>• Sweetser 793 at Figs. 1-2, 3:35-4:31;<br>• Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64;<br>• Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35;<br>• Otto 137 at Figs. 1-2, 3:7-64, 4:10-28;<br>• Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61;<br>• Easter 366 at Figs. 5-9, 5:54-6:10;<br>• Harvie 964 at Figs. 1-3, 9:25-10:45; |

| 508 Patent Claim Language | Prior Art |
| --- | --- |
| | • Harvie 012 at Figs. 1-3, 8:29-9:51;<br>• Harvie 043 at Figs. 1-3, 9:66-10:58;<br>• Trabold 781 at Abstract, Figs. 1-8, 2:35-51;<br>• Cheng 245 at 24:12-35, 29:27-52, 37:35-57, 38:48-53;<br>• Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33;<br>• Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26;<br>• Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54;<br>• Mombrinie 389 at Figs. 1-4, 9, 4:17-26, 4:61-5:7, 5:15-19;<br>• Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56;<br>• Grundke 161 at Figs. 1-5, paras. 20-24, 33;<br>• Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46;<br>• Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66;<br>• Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32;<br>• Mombrinie 639 at Figs. 1-9, paras. 13-14, 31-38, 40, 43;<br>• Mahnensmith 080 at Abstract, Figs. 1-5, paras. 10, 23;<br>• Van Den Heuvel 894 at Figs. 1-4, paras. 13-14, 38-44;<br>• Van Den Heuvel 823 at Figs. 1-4, 1:27-2:7, 2:14-17, 3:21-25, 4:13-19, 7:15-30;<br>• Wolf 784 at Abstract, Figs. 1a, 5a, 5b, 9:8-21, 9:23-10:9;<br>• Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;<br>• Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13;<br>• Goldenberg 638 at Abstract, Figs. 1-3, 3:20-42, 6:44-57;<br>• Schmitt 710 at Figs. 3-6, cols. 1-2;<br>• Chiku 946 at Figs. 1-10, Abstract, paras. 6-11, 14-21, 23-26;<br>• Mizuguchi 641 at Figs. 1-10, Abstract, paras 6-11, 14-21, 23-26;<br>• Ishii 108 at Figs. 1-4, paras 1-13;<br>• Macaulay 2007 at pp. 641-643;<br>• 2006 British Health Publication at pp. 14-15;<br>• 2007 Omni Medical User & Maintenance Guide at pp. 10, 21; |

| 508 Patent Claim Language | Prior Art |
|---|---|
|  | • Omni AMXD / AMXDMax devices |
| wherein an elongated exterior of the container is configured and dimensioned for enabling a moisture-wicking article to be secured over the array of openings of the container by wrapping the article over the array and securing the wrapped article, | Containers having an elongated exterior configured and dimensioned for enabling a moisture-wicking article to be secured over an array of openings of a container by wrapping the article over the array and securing it (and containers specifically having such a secured moisture-wicking article) were well known in the art at the time of the alleged invention. Securing the article over the openings allows the article to stay in place while covering the openings and facilitating moisture wicking and access to the container.  The shape facilitates urine collection. For example, an elongated container conforms to the female anatomy and can fit between the legs.<br><br>• Jones 080 at Figs. 1, 8-9, 2:37-65, 2:70-79, 3:15-31;<br>• Scott 234 at 2:32-54, Fig. 1;<br>• Keane 768 at Abstract, 1:65-2:10, 2:46-56, Fig. 4;<br>• Flower 300 at Figs. 2, 7, 1:11-15, 2:22-24, 3:23-32;<br>• Larson 025 at Abstract, Fig. 2, 3:21-25, 4:47-52;<br>• Brennan 465 at 4:16-66, Figs. 1-2, 6;<br>• McGuire 347 at Figs. 1-4, Abstract, 2:35-40, 5:25-30, 6:1-35;<br>• McGuire 699 at Figs. 1-6, 4:1-19, 4:68-5:2, 6:61-64;<br>• Skow 735 at Abstract, Figs. 1-11, 3:48-51, 6:16-67;<br>• Argenta 643 at Figs. 1, 5; 3:31-51, 6:46-64, 7:10-23, 7:56-58;<br>• DesMarais 130 at Abstract, Figs. 1-5, 4:66-53, 3:45-4:65, 6:29-51, 10:11-12:14;<br>• Kuntz 166 at Abstract, Figs. 2-6, 2:43-69;<br>• Etheredge 606 at Figs. 1-3, Abstract, 4:7-60, 5:212-54;<br>• Osborn 212 at Figs. 1-7, 18, 22-23, 1:35-41, 2:41-51, 4:54-5:29, 5:59-62, 11:32-58, 17:4-52, 19:9-13, 19:22-25, 33:13-15;<br>• Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64;<br>• Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61;<br>• Easter 366 at Figs. 5-9, 5:54-6:10;<br>• Harvie 964 at Figs. 1-3, 9:25-10:45; |

| 508 Patent Claim Language | Prior Art |
|---|---|
| | <ul><li>Harvie 012 at Figs. 1-3, 8:29-9:51;</li><li>Harvie 043 at Figs. 1-3, 9:66-10:58;</li><li>Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33;</li><li>Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26;</li><li>Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54;</li><li>Mombrinie 389 at Figs. 1-4, 9, 4:17-26, 4:61-5:7, 5:15-19;</li><li>Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56;</li><li>Coley 804 at Figs. 1-5, Abstract, paras. 18-19, 21-24;</li><li>Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66;</li><li>Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32;</li><li>Mombrinie 639 at Figs. 1-9, paras. 13-14, 31-38, 40, 43;</li><li>Mahnensmith 080 at Abstract, Figs. 4, paras. 9-11, 17-24, 30-31;</li><li>Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;</li><li>2007 Omni Medical User & Maintenance Guide at pp. 10, 21;</li><li>Omni AMXD / AMXDMax devices</li></ul> |
| and for enabling said secured moisture-wicking article to be disposed in contact with the region of a female body surrounding the urethral opening. | It was well known to configure the moisture-wicking article so it was disposed in contact with the region surrounding the urethral opening, for example, to maximize urine collection.<br><br><ul><li>Jones 080 at Figs. 1, 8-9, 1:26-79, 2:37-79, 3:15-31;</li><li>Scott 234 at 2:32-54, Fig. 1;</li><li>Keane 768 at Abstract, 1:34-36, 1:65-2:10, 2:46-56, Fig. 4;</li><li>Flower 300 at Figs. 2, 7, 1:11-15, 2:22-24, 3:23-32;</li><li>Larson 025 at Abstract, Fig. 2, 3:21-25, 4:47-52;</li><li>DesMarais 130 at Abstract, Figs. 1-5, 4:66-53, 3:45-4:65, 6:29-51, 10:11-12:14;</li><li>Frosch 901 at Abstract, Figs. 1-2, 5:57-6:45;</li><li>Frosch 539 at Abstract, Figs. 1-2, 2:38-52, 3:5-21, 6:11-42;</li></ul> |

| 508 Patent Claim Language | Prior Art |
|---|---|
| | • Triunfol 675 at Figs. 1-5, claims 1-4, 1:56-67, 2:7-17, 2:58-3:18, 3:66-4:7, 4:2-7;<br>• Kuntz 166 at Abstract, Figs. 2-6, 3:48-52, 7:17-23;<br>• Brennan 465 at 4:16-66, Figs. 1-2, 6;<br>• Washington 508 at Figs. 1-12, 2:24-67, 5:22-6:67;<br>• McGuire 347 at Figs. 1-4, Abstract, 2:35-40, 5:25-30, 6:1-35;<br>• McGuire 699 at Figs. 1-6, 4:1-19, 4:68-5:2, 6:61-64;<br>• Skow 735 at Abstract, Figs. 1-11, 3:48-51, 6:16-67;<br>• Argenta 643 at Figs. 1, 5; 3:31-51, 6:46-64, 7:10-23, 7:56-58;<br>• Osborn 212 at Figs. 1-7, 18, 22-23, 1:35-41, 2:41-51, 4:54-5:29, 5:59-62, 11:32-58, 17:4-52, 19:9-13, 19:22-25, 33:13-15;<br>• Lawrence 564 at Figs. 1-10, 14, Abstract, 5:8-6:27, 7:28-56, 11:1-19, 11:24-36, claim 6;<br>• Lawrence 222 at Figs. 1-10, 14, Abstract, 5:8-6:27, 7:28-56, 11:1-19, 11:24-36, claim 6;<br>• Etheredge 606 at Figs. 1-3, Abstract, 4:7-60, 5:212-54;<br>• Cheng 133 at Figs. 7A-9, 16:53-17:54;<br>• Sweetser 793 at Figs. 1-2, 3:35-4:31;<br>• Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64;<br>• Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35;<br>• Otto 137 at Figs. 1-2, 3:7-64, 4:10-28;<br>• Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61;<br>• Easter 366 at Figs. 5-9, 5:54-6:10;<br>• Harvie 964 at Figs. 1-3, 9:25-10:45;<br>• Harvie 012 at Figs. 1-3, 8:29-9:51;<br>• Harvie 043 at Figs. 1-3, 9:66-10:58;<br>• Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33;<br>• Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26;<br>• Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54;<br>• Mombrinie 389 at Figs. 1-4, 9, 4:17-26, 4:61-5:7, 5:15-19;<br>• Okabe 706 at Figs. 1-9, 3:36-45, 4:10-21, 6:13-17; |

| 508 Patent Claim Language | Prior Art |
|---|---|
| | • Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56;<br>• Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46;<br>• Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66;<br>• Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32;<br>• Mombrinie 639 at Figs. 1-9, paras. 13-14, 31-38, 40, 43;<br>• Mahnensmith 080 at Abstract, Figs. 1-5, paras. 24-25, 30-31;<br>• Wolf 784 at Abstract, Figs. 1a, 5a, 5b, 9:8-21, 9:23-10:9;<br>• Coley 804 at Figs. 1-5, Abstract, paras. 18-19, 21-24;<br>• Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;<br>• 2007 Omni Medical User & Maintenance Guide at pp. 10, 21;<br>• Omni AMXD / AMXDMax devices |
| **Claim 3** | |
| 3. A device according to claim 1 in combination with said moisture-wicking article when the moisture-wicking article is wrapped and secured over the array of openings, wherein the moisture-wicking article is dimensioned for being secured over the array of openings. | See Claim 1.  Moisture-wicking articles dimensioned to be wrapped and secured over a container's openings were well known as previously discussed.<br><br>• Jones 080 at Figs. 1, 8-9, 2:37-79, 3:15-31;<br>• Scott 234 at 2:32-54, Fig. 1;<br>• Keane 768 at Abstract, 1:65-2:10, 2:46-56, Fig. 4;<br>• Flower 300 at Figs. 2, 7, 1:11-15, 2:22-24, 3:23-32;<br>• Larson 025 at Abstract, Fig. 2, 3:21-25, 4:47-52;<br>• Brennan 465 at 4:16-66, Figs. 1-2, 6;<br>• Kuntz 166 at Abstract, Figs. 2-6, 2:34-69;<br>• McGuire 347 at Figs. 1-4, Abstract, 2:35-40, 5:25-30, 6:1-35;<br>• McGuire 699 at Figs. 1-6, 4:1-19, 4:68-5:2, 6:61-64;<br>• Skow 735 at Abstract, Figs. 1-11, 3:48-51, 6:16-67;<br>• Argenta 643 at Figs. 1, 5; 3:31-51, 6:46-64, 7:10-23, 7:56-58;<br>• Desmarais 130 at Figs. 1-5, 2:65-3:23, 4:11-17, 5:13-26,  5:54-59, 6:28-51, 6:51-7:8,  10:1-5, 10:11-11:51; |

| 508 Patent Claim Language | Prior Art |
|---|---|
| | • Osborn 212 at Figs. 1-7, 18, 22-23, 1:35-41, 2:41-51, 4:54-5:29, 5:59-62, 11:32-58, 17:4-52, 19:9-13, 19:22-25, 33:13-15;<br>• Etheredge 606 at Figs. 1-3, Abstract, 4:7-60, 5:212-54;<br>• Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64;<br>• Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61;<br>• Easter 366 at Figs. 5-9, 5:54-6:10;<br>• Harvie 964 at Figs. 1-3, 9:25-10:45;<br>• Harvie 012 at Figs. 1-3, 8:29-9:51;<br>• Harvie 043 at Figs. 1-3, 9:66-10:58;<br>• Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33;<br>• Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26;<br>• Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54;<br>• Mombrinie 389 at Figs. 1-4, 9, 4:17-26, 4:61-5:7, 5:15-19;<br>• Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56;<br>• Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66;<br>• Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32;<br>• Mombrinie 639 at Figs. 1-9, paras. 13-14, 31-38, 40, 43;<br>• Mahnensmith 080 at Abstract, Figs. 1-5, paras. 8-11, 17-25, 30-31;<br>• Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55<br>• 2007 Omni Medical User & Maintenance Guide at pp. 10, 21;<br>• Omni AMXD / AMXDMax devices |
| **Claim 4** | |
| 4. A combination according to claim 3, wherein the moisture-wicking article has the moisture-wicking characteristic of a paper towel. | See Claim 3.  Using articles that have the characteristic of a paper towel (and actually were paper towels) as moisture-wicking articles were well known at the time of the alleged invention. As explained in the Newman Declarations filed in connection with claim construction, paper towel and paper towel-like materials are permeable and absorbent and included numerous features that made |

| 508 Patent Claim Language | Prior Art |
|---|---|
|  | them one of a few known design choices as a moisture-wicking article.<br><br><ul><li>Jones 080 at 2:51-57;</li><li>Scott 234 at 2:32-54, Fig. 1;</li><li>Keane 768 at Abstract, 1:34-41, 1:65-2:10, 2:46-56, Fig. 4;</li><li>Flower 300 at Figs. 2, 7, 1:11-15, 2:22-24, 3:23-32;</li><li>Larson 025 at Abstract, Fig. 2, 3:21-25, 4:47-52;</li><li>Hessner 418 at Abstract, Figs. 1-8, 3:26-31, 5:54-57, 6:36-43;</li><li>DesMarais 130 at Abstract, Figs. 1-5, 4:66-53, 3:45-4:65, 6:29-51, 10:11-12:14;</li><li>Frosch 539 at Abstract, Figs. 1-2, 2:38-66, 3:5-21, 6:27-42;</li><li>Triunfol 675 at Figs. 1-5, claims 1-4, 3:66-4:7, 4:2-7;</li><li>Kuntz 166 at Abstract, Figs. 1-8, 2:43-68;</li><li>Brennan 465 at 4:16-66, Figs. 1-2, 6;</li><li>Washington 508 at Figs. 1-12, 2:24-67, 5:22-6:67;</li><li>McGuire 347 at Figs. 1-4, Abstract, 2:35-40, 5:25-30, 6:1-35;</li><li>McGuire 699 at Figs. 1-6, 4:1-19, 4:68-5:2, 6:61-64;</li><li>Skow 735 at Abstract, Figs. 1-11, 3:48-51, 6:16-67;</li><li>Argenta 643 at Figs. 1, 5; 3:31-51, 6:46-64, 7:10-23, 7:56-58;</li><li>Osborn 212 at 4:54-28, 5:59-62, 33:13-15;</li><li>Lawrence 564 at Figs. 1-10, Abstract, 5:8-6:27, 7:28-56;</li><li>Lawrence 222 at Figs. 1-10, 14, Abstract, 5:8-6:27, 7:28-56, 11:24-36;</li><li>Philips 505 at 1:45-63, 10:30-11:4;</li><li>Etheredge 606 at Figs. 1-3, Abstract, 4:7-60, 5:212-54;</li><li>Cheng 133 at Figs. 7A-9, 16:53-17:54;</li><li>Sweetser 793 at Figs. 1-2, 3:35-4:31;</li><li>Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64;</li><li>Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35;</li><li>Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61;</li></ul> |

| 508 Patent Claim Language | Prior Art |
|---|---|
| | • Easter 366 at Figs. 5-9, 5:54-6:10;<br>• Kirshnaswamy 951 at 12:58-63;<br>• Harvie 964 at Figs. 1-3, 9:25-10:45;<br>• Harvie 012 at Figs. 1-3, 8:29-9:51;<br>• Harvie 043 at Figs. 1-3, 9:66-10:58;<br>• Cheng 245 at 24:12-35, 29:27-52, 37:35-57, 38:48-53;<br>• Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33;<br>• Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26;<br>• Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54;<br>• Mombrinie 389 at Figs. 1-4, 9, 4:17-26, 4:61-5:7, 5:15-19;<br>• Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56;<br>• Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46;<br>• Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66;<br>• Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32;<br>• Mombrinie 639 at Figs. 1-9, paras. 13-14, 31-38, 40, 43;<br>• Mahnensmith 080 at paras. 9, 22;<br>• Wolf 784 at Abstract, Figs. 1a, 5a, 5b, 9:8-21, 9:23-10:9;<br>• Kuntz 355 at Abstract, Figs. 1-5, 5:9-12 |
| **Claim 5** | |
| 5. A combination according to claim 1, wherein the moisture-wicking article has the moisture-wicking characteristic of a paper towel. | See Claims 1 and 4.<br><br>• Jones 080 at 2:51-57;<br>• Scott 234 at 2:32-54, Fig. 1;<br>• Keane 768 at Abstract, 1:34-41, 1:65-2:10, 2:46-56, Fig. 4;<br>• Flower 300 at Figs. 2, 7, 1:11-15, 2:22-24, 3:23-32;<br>• Larson 025 at Abstract, Fig. 2, 3:21-25, 4:47-52;<br>• Hessner 418 at Abstract, Figs. 1-8, 3:26-31, 5:54-57, 6:36-43;<br>• DesMarais 130 at Abstract, Figs. 1-5, 4:66-53, 3:45-4:65, 6:29-51, 10:11-12:14;<br>• Frosch 539 at Abstract, Figs. 1-2, 2:38-66, 3:5-21, 6:27-42; |

| 508 Patent Claim Language | Prior Art |
|---|---|
| | • Triunfol 675 at Figs. 1-5, claims 1-4, 3:66-4:7, 4:2-7;<br>• Kuntz 166 at Abstract, Figs. 1-8, 2:43-68;<br>• Brennan 465 at 4:16-66, Figs. 1-2, 6;<br>• Washington 508 at Figs. 1-12, 2:24-67, 5:22-6:67;<br>• McGuire 347 at Figs. 1-4, Abstract, 2:35-40, 5:25-30, 6:1-35;<br>• McGuire 699 at Figs. 1-6, 4:1-19, 4:68-5:2, 6:61-64;<br>• Skow 735 at Abstract, Figs. 1-11, 3:48-51, 6:16-67;<br>• Argenta 643 at Figs. 1, 5; 3:31-51, 6:46-64, 7:10-23, 7:56-58;<br>• Osborn 212 at 4:54-28, 5:59-62, 33:13-15;<br>• Lawrence 564 at Figs. 1-10, Abstract, 5:8-6:27, 7:28-56;<br>• Lawrence 222 at Figs. 1-10, 14, Abstract, 5:8-6:27, 7:28-56, 11:24-36;<br>• Philips 505 at 1:45-63, 10:30-11:4;<br>• Etheredge 606 at Figs. 1-3, Abstract, 4:7-60, 5:212-54;<br>• Cheng 133 at Figs. 7A-9, 16:53-17:54;<br>• Sweetser 793 at Figs. 1-2, 3:35-4:31;<br>• Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64;<br>• Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35;<br>• Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61;<br>• Easter 366 at Figs. 5-9, 5:54-6:10;<br>• Kirshnaswamy 951 at 12:58-63;<br>• Harvie 964 at Figs. 1-3, 9:25-10:45;<br>• Harvie 012 at Figs. 1-3, 8:29-9:51;<br>• Harvie 043 at Figs. 1-3, 9:66-10:58;<br>• Cheng 245 at 24:12-35, 29:27-52, 37:35-57, 38:48-53;<br>• Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33;<br>• Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26;<br>• Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54;<br>• Mombrinie 389 at Figs. 1-4, 9, 4:17-26, 4:61-5:7, 5:15-19;<br>• Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56; |

| 508 Patent Claim Language | Prior Art |
|---|---|
| | • Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46;<br>• Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66;<br>• Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32;<br>• Mombrinie 639 at Figs. 1-9, paras. 13-14, 31-38, 40, 43;<br>• Mahnensmith 080 at paras. 9, 22;<br>• Wolf 784 at Abstract, Figs. 1a, 5a, 5b, 9:8-21, 9:23-10:9;<br>• Kuntz 355 at Abstract, Figs. 1-5, 5:9-12 |
| **Claim 6** | |
| 6. A combination according to claim 1, in further combination with a vacuum pump for drawing the urine through the array of openings and into the chamber from the disposed moisture-wicking article. | See Claim 1.  It was well known at the time of the alleged invention to use vacuum pumps with urine or other bodily fluid collection devices to draw fluid through openings in the device from a moisture-wicking article and into a collection chamber.  For example, it was well known that vacuum helps facilitate transfer of fluid through the article into the container for transfer outside of the system.<br><br>• Jones 080 at 1:26-35;<br>• Scott 234 at 2:32-54, Fig. 1;<br>• Keane 768 at 1:34-40, 2:5-10, 5:4-14, Fig. 4;<br>• Flower 300 at Figs. 2, 7, 1:11-15, 2:22-24, 3:23-32;<br>• Larson 025 at Abstract, Fig. 2, 3:21-25, 4:47-52;<br>• Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33, 5:34-6:4, 6:36-43;<br>• Triunfol 675 at Figs. 1-5, claims 1-4, 1:56-67, 2:7-17, 2:58-3:18, 3:66-4:7, 4:2-7;<br>• Kuntz 166 at Abstract, Figs. 1, 7-8, 2:25-30, 2:65-3:6, 3:37-42, 4:9-11, 5:59-6:17;<br>• Crowley 928 at 2:31-48, Fig. 3-5;<br>• Brennan 465 at 4:16-66, Figs. 1-2, 6;<br>• Nigay 463 at Figs. 1-3, 1:65-2:62;<br>• McGuire 347 at Figs. 1-4, Abstract, 2:35-40, 5:25-30, 6:1-35;<br>• McGuire 699 at Figs. 1-6, 4:1-19, 4:68-5:2, 6:61-64;<br>• Skow 735 at Abstract, Figs. 1-11, 3:48-51, 6:16-67;<br>• Argenta 643 at Figs. 1, 5; 3:31-51, 6:46-64, 7:10-23, 7:56-58; |

| 508 Patent Claim Language | Prior Art |
|---|---|
| | • Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64;<br>• Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35;<br>• Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61;<br>• Easter 366 at Figs. 5-9, 5:54-6:10;<br>• Harvie 964 at Figs. 1-3, 9:25-10:45;<br>• Harvie 012 at Figs. 1-3, 8:29-9:51;<br>• Harvie 043 at Figs. 1-3, 9:66-10:58;<br>• Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33;<br>• Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26;<br>• Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54;<br>• Mombrinie 389 at Figs. 1-4, 9, 4:17-26, 4:61-5:7, 5:15-19;<br>• Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56;<br>• Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46;<br>• Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66;<br>• Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32;<br>• Mombrinie 639 at Figs. 1-9, paras. 13-14, 31-38, 40, 43;<br>• Mahnensmith 080 at Fig. 3, paras. 10, 23;<br>• Wolf 784 at Abstract, Figs. 1a-4, 2:4-10, 5:12-30, 9:3-5;<br>• Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;<br>• 2007 Omni Medical User & Maintenance Guide at pp. 10, 21;<br>• Omni AMXD / AMXDMax devices. |
| **Claim 7** | |
| 7. A combination according to claim 6, wherein the vacuum pump is disposed for drawing the urine away from the chamber through the outlet port. | See Claim 6.  It was well known at the time of the alleged invention to dispose a vacuum pump to draw urine away from the chamber through the outlet port. For example, doing so provided a way to remove the urine from the collection device.<br><br>• Jones 080 at Figs. 1, 8-9, 1:26-35;<br>• Scott 234 at 2:32-54, Fig. 1;<br>• Keane 768 at Abstract, 1:34-40, 2:5-10, 5:4-14, Fig. 4, 2:46-56; |

| 508 Patent Claim Language | Prior Art |
|---|---|
| | • Flower 300 at Figs. 2, 7, 1:11-15, 2:22-24, 3:23-32;<br>• Larson 025 at Abstract, Fig. 2, 3:21-25, 4:47-52;<br>• Hessner 418 at 6:36-43;<br>• Triunfol 675 at Figs. 2, 2:10-17;<br>• Kuntz 166 at Abstract, Figs. 1, 7-8, 2:25-30, 2:65-3:6, 3:37-42, 4:9-11, 5:59-6:17;<br>• Crowley 928 at 2:31-48, Fig. 3-5;<br>• Brennan 465 at 4:16-66, Figs. 1-2, 6;<br>• Nigay 463 at Figs. 1-3, 1:65-2:62;<br>• McGuire 347 at Figs. 1-4, Abstract, 2:35-40, 5:25-30, 6:1-35;<br>• McGuire 699 at Figs. 1-6, 4:1-19, 4:68-5:2, 6:61-64;<br>• Skow 735 at Abstract, Figs. 1-11, 3:48-51, 6:16-67;<br>• Argenta 643 at Figs. 1, 5; 3:31-51, 6:46-64, 7:10-23, 7:56-58;<br>• Lawrence 564 at Figs. 1-10, Abstract, 5:8-6:27, 7:28-56;<br>• Lawrence 222 at Figs. 6-10, 14, Abstract, 4:47-55, 5:8-6:27, 6:21-25, 6:40-42, 7:28-56, 8:8-29, 8:38-10:29, 11:24-36;<br>• Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64;<br>• Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35;<br>• Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61;<br>• Easter 366 at Figs. 5-9, 5:54-6:10;<br>• Harvie 964 at Figs. 1-3, 9:25-10:45;<br>• Harvie 012 at Figs. 1-3, 8:29-9:51;<br>• Harvie 043 at Figs. 1-3, 9:66-10:58;<br>• Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33;<br>• Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26;<br>• Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54;<br>• Mombrinie 389 at Figs. 1-4, 9, 4:17-26, 4:61-5:7, 5:15-19;<br>• Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56;<br>• Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46;<br>• Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66;<br>• Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32; |

| 508 Patent Claim Language | Prior Art |
|---|---|
| | • Mombrinie 639 at Figs. 1-9, paras. 13-14, 31-38, 40, 43;<br>• Mahnensmith 080 at Fig. 3, paras. 10, 23;<br>• Van Den Heuvel 894 at Figs. 1-4, paras. 13-14, 38-44;<br>• Van Den Heuvel 823 at Figs. 1-4, 1:27-2:7;<br>• Wolf 784 at Abstract, Figs. 1a-4, 2:4-10, 5:12-30, 9:3-5;<br>• Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13;<br>• Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;<br>• Schmitt 710 at Figs. 3-6, cols. 1-2;<br>• Chiku 946 at Figs. 1-10, Abstract, paras. 6-11, 14-21, 23-26;<br>• Mizuguchi 641 at Figs. 1-10, Abst., paras 6-11, 14-21, 23-26;<br>• Ishii 108 at Figs. 1-4, paras 1-13;<br>• Macaulay 2007 at pp. 641-643;<br>• 2006 British Health Publication at pp. 14-15;<br>• 2007 Omni Medical User & Maintenance Guide at pp. 10, 21;<br>• Omni AMXD / AMXDMax devices. |
| **Claim 8** | |
| 8. A combination according to claim 7, wherein the vacuum pump is disposed for applying a partial vacuum to the outlet port. | See Claim 7.  It was further well known at the time of the alleged invention to use a vacuum pump that applied a partial vacuum to the device (including an outlet port) of a urine or other bodily fluid collection device.<br><br>• Jones 080 at 1:26-35;<br>• Scott 234 at 2:32-54, Fig. 1;<br>• Keane 768 at Abstract, 1:34-40, 2:5-10, 5:4-14, 2:46-56, Fig. 4;<br>• Flower 300 at Figs. 2, 7, 1:11-15, 2:22-24, 3:23-32;<br>• Larson 025 at Abstract, Fig. 2, 3:21-25, 4:47-52;<br>• Hessner 418 at 6:36-43;<br>• Triunfol 675 at Fig. 2, 2:10-17;<br>• Kuntz 166 at Abstract, Figs. 1, 7-8, 2:25-30, 2:65-3:6, 3:37-42, 4:9-11, 5:59-6:17;<br>• Crowley 928 at 2:31-48, Fig. 3-5;<br>• Brennan 465 at 4:16-66, Figs. 1-2, 6;<br>• Nigay 463 at Figs. 1-3, 1:65-2:62; |

| 508 Patent Claim Language | Prior Art |
|---|---|
| | • McGuire 347 at Figs. 1-4, Abstract, 2:35-40, 5:25-30, 6:1-35;<br>• McGuire 699 at Figs. 1-6, 4:1-19, 4:68-5:2, 6:61-64;<br>• Skow 735 at Abstract, Figs. 1-11, 3:48-51, 6:16-67;<br>• Argenta 643 at Figs. 1, 5; 3:31-51, 6:46-64, 7:10-23, 7:56-58;<br>• Lawrence 564 at Figs. 1-10, Abstract, 5:8-6:27, 7:28-56;<br>• Lawrence 222 at Figs. 6-10, 14, Abstract, 4:47-55, 5:8-6:27, 6:21-25, 6:40-42, 7:28-56, 8:8-29, 8:38-10:29, 11:24-36;<br>• Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64;<br>• Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35;<br>• Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61;<br>• Easter 366 at Figs. 5-9, 5:54-6:10;<br>• Harvie 964 at Figs. 1-3, 9:25-10:45;<br>• Harvie 012 at Figs. 1-3, 8:29-9:51;<br>• Harvie 043 at Figs. 1-3, 9:66-10:58;<br>• Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33;<br>• Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26;<br>• Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54, claim 10;<br>• Mombrinie 389 at Figs. 1-4, 9, 4:17-26, 4:61-5:7, 5:15-19;<br>• Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56;<br>• Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46;<br>• Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66;<br>• Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32;<br>• Mombrinie 639 at Figs. 1-9, paras. 13-14, 31-38, 40, 43;<br>• Mahnensmith 080 at Fig. 3, paras. 10, 23;<br>• Van Den Heuvel 894 at Figs. 1-4, paras. 13-14, 38-44;<br>• Van Den Heuvel 823 at Figs. 1-4, 1:27-2:7;<br>• Wolf 784 at Abstract, Figs. 1a-4, 2:4-10, 5:12-30, 9:3-5;<br>• Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13; |

| 508 Patent Claim Language | Prior Art |
|---|---|
| | • Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;<br>• Schmitt 710 at Figs. 3-6, cols. 1-2;<br>• Chiku 946 at Figs. 1-10, Abstract, paras. 6-11, 14-21, 23-26;<br>• Mizuguchi 641 at Figs. 1-10, Abst., paras 6-11, 14-21, 23-26;<br>• Ishii 108 at Figs. 1-4, paras 1-13;<br>• Macaulay 2007 at pp. 641-643;<br>• 2006 British Health Publication at pp. 14-15;<br>• 2007 Omni Medical User & Maintenance Guide at pp. 10, 21;<br>• Omni AMXD / AMXDMax devices. |
| **Claim 17** | |
| 17. A moisture-wicking article adapted for use with a urine collection device for use in a system for transporting urine voided from a body of a person or an animal by drawing the urine into the moisture-wicking article when said article is disposed in contact with a region of the body surrounding the urethral opening, and drawing the urine into the collection device from the moisture-wicking article, | See Claim 1. Urine collection devices for use in systems for transporting voided urine by drawing the urine into a moisture-wicking article that is disposed in contact with the urethral opening and then into the collection device were well known in the art at the time of the alleged invention.<br><br>• Jones 080 at Figs. 1, 8-9, 1:26-35, 2:51-57;<br>• Scott 234 at 2:32-54, Fig. 1;<br>• Keane 768 at Abstract, 1:34-36, 1:65-2:10, 2:46-56, Fig. 4;<br>• Flower 300 at Figs. 2, 7, 1:11-15, 2:22-24, 3:23-32;<br>• Larson 025 at Abstract, Fig. 2, 3:21-25, 4:47-52;<br>• DesMarais 130 at Abstract, Figs. 1-5, 4:66-53, 3:45-4:65, 6:29-51, 10:1-5, 10:11-12:14;<br>• Frosch 901 at Abstract, Figs. 1-2, 2:44-60, 4:33-62, 5:58-6:45;<br>• Frosch 539 at Abstract, Figs. 1-2, Abstract, 2:38-66, 3:5-21, 4:43-57, 6:11-42;<br>• Triunfol 675 at Figs. 1-5, claims 1-4, 1:56-67, 2:7-17, 2:58-3:18, 3:66-4:7, 4:2-7;<br>• Kuntz 166 at Abstract, Figs. 2-6, 2:43-47, 2:48-69;<br>• Brennan 465 at 4:16-66, Figs. 1-2, 6;<br>• Washington 508 at Figs. 1-12, 2:24-67, 5:22-6:67;<br>• McGuire 347 at Figs. 1-4, Abstract, 2:35-40, 5:25-30, 6:1-35; |

| 508 Patent Claim Language | Prior Art |
|---|---|
| | <ul><li>McGuire 699 at Figs. 1-6, 4:1-19, 4:68-5:2, 6:61-64;</li><li>Skow 735 at Abstract, Figs. 1-11, 3:48-51, 6:16-67;</li><li>Argenta 643 at Figs. 1, 5; 3:31-51, 6:46-64, 7:10-23, 7:56-58;</li><li>Osborn 212 at Figs. 1-7, 18, 22-23, 1:35-41, 2:41-51, 4:54-5:29, 5:59-62, 11:32-58, 17:4-52, 19:9-13, 19:22-25, 33:13-15;</li><li>Lawrence 564 at Figs. 1-10, 14, Abstract, 5:8-6:27, 7:28-56, 11:1-19, 11:24-36, claim 6;</li><li>Lawrence 222 at Figs. 1-10, 14, Abstract, 5:8-6:27, 7:28-56, 11:1-19, 11:24-36, claim 6;</li><li>Etheredge 606 at Figs. 1-3, Abstract, 4:7-60, 5:212-54;</li><li>Cheng 133 at Figs. 7A-9, 16:53-17:54;</li><li>Sweetser 793 at Figs. 1-2, 3:35-4:31;</li><li>Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64;</li><li>Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35;</li><li>Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61;</li><li>Easter 366 at Figs. 5-9, 5:54-6:10;</li><li>Harvie 964 at Figs. 1-3, 9:25-10:45;</li><li>Harvie 012 at Figs. 1-3, 8:29-9:51;</li><li>Harvie 043 at Figs. 1-3, 9:66-10:58;</li><li>Cheng 245 at 24:12-35, 29:27-52, 37:35-57, 38:48-53;</li><li>Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33;</li><li>Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26;</li><li>Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54;</li><li>Mombrinie 389 at Figs. 1-4, 9, 4:17-26, 4:61-5:7, 5:15-19;</li><li>Okabe 706 at Figs. 1-9, 3:36-45, 4:10-21, 6:13-17;</li><li>Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56;</li><li>Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46;</li><li>Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66;</li><li>Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32;</li><li>Mombrinie 639 at Figs. 1-9, paras. 13-14, 31-38, 40, 43;</li></ul> |

| 508 Patent Claim Language | Prior Art |
|---|---|
| | • Mahnensmith 080 at Abstract, Figs. 1-5, paras. 8-11, 17-24, 30-31;<br>• Wolf 784 at Abstract, Figs. 1a, 5a, 5b, 9:8-21, 9:23-10:9;<br>• Coley 804 at Figs. 1-5, Abstract, paras. 18-19, 21-24;<br>• Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55<br>• Van Den Heuvel 894 at Figs. 1-4, paras. 13-14, 38-44;<br>• Van Den Heuvel 823 at Figs. 1-4, 1:27-2:7;<br>• Wolf 784 at Abstract, Figs. 1a-4, 2:4-10, 5:12-30, 9:3-5;<br>• Macaulay 2007 at pp. 641-643;<br>• 2006 British Health Publication at pp. 14-15;<br>• 2007 Omni Medical User & Maintenance Guide at pp. 10, 21;<br>• Omni AMXD / AMXDMax devices. |
| wherein the urine collection device includes an elongated container defining a chamber that is closed at both ends for collecting urine | Urine collection devices and other bodily fluid collection devices that include an elongated container defining a chamber closed at both ends for collecting urine or other fluid were well known at the time of the alleged invention.  As discussed above, closed collection containers (including ones that were closed at the ends) were known, and an elongated container conforms to the female anatomy.<br><br>• Scott 234 at 1:29-48, Figs. 1-3;<br>• Keane 768 at Abstract, 1:65-2:10, 2:46-56, Fig. 1-4;<br>• Flower 300 at Figs. 2, 7, 1:11-15, 2:22-24, 3:23-32;<br>• Larson 025 at Abstract, Fig. 2, 3:21-25, 4:47-52;<br>• Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33, 5:34-6:4, 6:36-43;<br>• DesMarais 130 at Abstract, Figs. 1-5, 4:66-53, 3:45-4:65, 6:29-51, 10:1-5, 10:11-12:14;<br>• Triunfol 675 at Figs. 1-5, claims 1-4, 1:56-67, 2:7-17, 2:58-3:18, 3:66-4:7, 4:2-7;<br>• Kuntz 166 at Abstract, Figs. 2-6, 2:34-47, 3:48-52, 7:17-23;<br>• Brennan 465 at 4:16-66, Figs. 1-2, 6;<br>• Washington 508 at Figs. 1-12, 2:24-67, 6:22-67;<br>• Nigay 463 at Figs. 1-3, 1:65-2:62; |

| 508 Patent Claim Language | Prior Art |
|---|---|
| | • McGuire 347 at Figs. 1-4, Abstract, 2:35-40, 5:25-30, 6:1-35; <br> • McGuire 699 at Figs. 1-6, 4:1-19, 4:68-5:2, 6:61-64; <br> • Skow 735 at Abstract, Figs. 1-11, 3:48-51, 6:16-67; <br> • Argenta 643 at Figs. 1, 5; 3:31-51, 6:46-64, 7:10-23, 7:56-58; <br> • Osborn 212 at Figs. 1-7, 18, 22-23, 1:35-41, 2:41-51, 4:54-5:29, 5:59-62, 11:32-58, 17:4-52, 19:9-13, 19:22-25, 33:13-15; <br> • Lawrence 564 at Figs. 1-10, Abstract, 5:8-6:27, 7:28-56; <br> • Lawrence 222 at Figs. 6-10, 14, Abstract, 4:47-55, 5:8-6:27, 7:28-56, 8:8-29, 11:24-36; <br> • Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64; <br> • Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35; <br> • Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61; <br> • Easter 366 at Figs. 5-9, 5:54-6:10; <br> • Harvie 964 at Figs. 1-3, 9:25-10:45; <br> • Harvie 012 at Figs. 1-3, 8:29-9:51; <br> • Harvie 043 at Figs. 1-3, 9:66-10:58; <br> • Trabold 781 at Abstract, Figs. 1-8, 2:35-51; <br> • Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33; <br> • Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26; <br> • Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54; <br> • Mombrinie 389 at Figs. 1-4, 9, 4:17-26, 4:61-5:7, 5:15-19; <br> • Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56; <br> • Grundke 161 at Figs. 1-5, paras. 20-24, 33; <br> • Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46; <br> • Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66; <br> • Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32; <br> • Mombrinie 639 at Figs. 1-9, paras. 13-14, 31-38, 40, 43; <br> • Mahnensmith 080 at Fig. 4, paras. 30-31; <br> • Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55 |

| 508 Patent Claim Language | Prior Art |
|---|---|
| | • Van Den Heuvel 894 at Figs. 1-4, paras. 13-14, 38-44;<br>• Van Den Heuvel 823 at Figs. 1-4, 1:27-2:15, 2:25-27, 3:5-25, 6:18-26, 6:28-7:3, 7:5-13, 8:17-20, 8:22-25;<br>• Wolf 784 at Abstract, Figs. 1a, 5a, 5b, 9:8-21, 9:23-25;<br>• Macaulay 2007 at pp. 641-643;<br>• 2006 British Health Publication at pp. 14-15<br>• 2007 Omni Medical User & Maintenance Guide at pp. 10, 21;<br>• Omni AMXD / AMXDMax devices. |
| and having an array of openings in an elongated side of the container through which urine can be drawn into the chamber and | As discussed above, urine collection devices and other bodily fluid collection devices having an array of openings in an elongated side of the container through which urine can be drawn into a chamber were well known at the time of the alleged invention. This was a typical configuration particularly for the female anatomy for the reasons discussed above.<br><br>• Scott 234 at 1:29-48, Figs. 1-3;<br>• Keane 768 at Abstract, 1:65-2:10, 2:46-56, Fig. 1-4;<br>• Flower 300 at Figs. 2, 7, 1:11-15, 2:22-24, 3:23-32;<br>• Larson 025 at Abstract, Fig. 2, 3:21-25, 4:47-52;<br>• Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33, 5:34-6:4, 6:36-43;<br>• DesMarais 130 at Abstract, Figs. 1-5, 4:66-53, 3:45-4:65, 6:29-51, 10:1-5, 10:11-12:14;<br>• Kuntz 166 at Abstract, Figs. 2-6, 2:34-37, 2:38-47, 4:63-5:2;<br>• Brennan 465 at 4:16-66, Figs. 1-2, 6;<br>• Nigay 463 at Figs. 1-3, 1:65-2:62;<br>• McGuire 347 at Figs. 1-4, Abstract, 2:35-40, 5:25-30, 6:1-35;<br>• McGuire 699 at Figs. 1-6, 4:1-19, 4:68-5:2, 6:61-64;<br>• Skow 735 at Abstract, Figs. 1-11, 3:48-51, 6:16-67;<br>• Argenta 643 at Figs. 1, 5; 3:31-51, 6:46-64, 7:10-23, 7:56-58; |

| 508 Patent Claim Language | Prior Art |
|---|---|
|  | • Osborn 212 at Figs. 1-7, 18, 22-23, 1:35-41, 2:41-51, 4:54-5:29, 5:59-62, 11:32-58, 17:4-52, 19:9-13, 19:22-25, 33:13-15;<br>• Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64;<br>• Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35;<br>• Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61;<br>• Easter 366 at Figs. 5-9, 5:54-6:10;<br>• Harvie 964 at Figs. 1-3, 9:25-10:45;<br>• Harvie 012 at Figs. 1-3, 8:29-9:51;<br>• Harvie 043 at Figs. 1-3, 9:66-10:58;<br>• Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33;<br>• Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26;<br>• Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54;<br>• Mombrinie 389 at Figs. 1-4, 9, 4:17-26, 4:61-5:7, 5:15-19;<br>• Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56;<br>• Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46;<br>• Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66;<br>• Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32;<br>• Mombrinie 639 at Figs. 1-9, paras. 13-14, 31-38, 40, 43;<br>• Mahnensmith 080 at Abstract, Figs. 1-5, paras. 8-11, 17-24, 30-31;<br>• Wolf 784 at Abstract, Figs. 1a-4, 2:4-10, 5:12-30, 9:3-5, 9:25-10:9;<br>• Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;<br>• 2007 Omni Medical User & Maintenance Guide at pp. 10, 21;<br>• Omni AMXD / AMXDMax devices. |
| at least one outlet port through which urine can be drawn away from the chamber, | See Claim 1.<br><br>• Jones 080 at Figs. 1, 8-9, 1:26-35, 1:73-79;<br>• Scott 234 at 1:29-48, Figs. 1-3;<br>• Keane 768 at Abstract, 1:65-2:10, 2:46-56, Fig. 1-4;<br>• Flower 300 at Figs. 2, 7, 1:11-15, 2:22-24, 3:23-32; |

| 508 Patent Claim Language | Prior Art |
|---|---|
| | • Larson 025 at Abstract, Fig. 2, 3:21-25, 4:47-52;<br>• Hessner 418 at 6:36-43;<br>• Triunfol 675 at Figs. 1-5, claims 1-4, 1:56-67, 2:7-17, 2:58-3:18, 3:66-4:7, 4:2-7;<br>• Kuntz 166 at Abstract, Figs. 2-6, 2:25-30, 2:65-3:6, 3:37-52, 4:9-11, 5:59-6:17, 7:17-23;<br>• Brennan 465 at 4:16-66, Figs. 1-2, 6;<br>• Washington 508 at Figs. 1-12, 2:24-67, 6:22-67;<br>• Nigay 463 at Figs. 1-3, 1:65-2:62;<br>• McGuire 347 at Figs. 1-4, Abstract, 2:35-40, 5:25-30, 6:1-35;<br>• McGuire 699 at Figs. 1-6, 4:1-19, 4:68-5:2, 6:61-64;<br>• Skow 735 at Abstract, Figs. 1-11, 3:48-51, 6:16-67;<br>• Argenta 643 at Figs. 1, 5; 3:31-51, 6:46-64, 7:10-23, 7:56-58;<br>• Lawrence 564 at Figs. 1-10, Abstract, 5:8-6:27, 7:28-56;<br>• Lawrence 222 at Figs. 1-10, 14, Abstract, 5:8-6:27, 7:28-56, 11:24-36;<br>• Robertson 771 at Figs. 1-2, 2:56-3:44;<br>• Cheng 133 at Figs. 7A-9, 16:53-17:54;<br>• Sweetser 793 at Figs. 1-2, 3:35-4:31;<br>• Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64;<br>• Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35;<br>• Otto 137 at Figs. 1-2, 3:7-64, 4:10-28;<br>• Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61;<br>• Easter 366 at Figs. 5-9, 5:54-6:10;<br>• Harvie 964 at Figs. 1-3, 9:25-10:45;<br>• Harvie 012 at Figs. 1-3, 8:29-9:51;<br>• Harvie 043 at Figs. 1-3, 9:66-10:58;<br>• Trabold 781 at Abstract, Figs. 1-8, 2:35-51;<br>• Cheng 245 at 24:12-35, 29:27-52, 37:35-57, 38:48-53;<br>• Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33;<br>• Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26;<br>• Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54;<br>• Mombrinie 389 at Figs. 1-4, 9, 4:17-26, 4:61-5:7, 5:15-19;<br>• Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56; |

| 508 Patent Claim Language | Prior Art |
|---|---|
| | • Grundke 161 at Figs. 1-5, paras. 20-24, 33;<br>• Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46;<br>• Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66;<br>• Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32;<br>• Mombrinie 639 at Figs. 1-9, paras. 13-14, 31-38, 40, 43;<br>• Mahnensmith 080 at Abstract, Figs. 1-5, paras. 10, 23;<br>• Van Den Heuvel 894 at Figs. 1-4, paras. 13-14, 38-44;<br>• Van Den Heuvel 823 at Figs. 1-4, 1:27-2:7, 2:14-17, 3:21-25, 4:13-19, 7:15-30;<br>• Wolf 784 at Abstract, Figs. 1a, 5a, 5b, 9:8-21, 9:23-10:9;<br>• Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;<br>• Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13;<br>• Goldenberg 638 at Abstract, Figs. 1-3, 3:20-42, 6:44-57;<br>• Schmitt 710 at Figs. 3-6, cols. 1-2;<br>• Chiku 946 at Figs. 1-10, Abstract, paras. 6-11, 14-21, 23-26;<br>• Mizuguchi 641 at Figs. 1-10, Abstract, paras 6-11, 14-21, 23-26;<br>• Ishii 108 at Figs. 1-4, paras 1-13;<br>• Macaulay 2007 at pp. 641-643;<br>• 2006 British Health Publication at pp. 14-15;<br>• 2007 Omni Medical User & Maintenance Guide at pp. 10, 21;<br>• Omni AMXD / AMXDMax devices. |
| and wherein the exterior of the container is configured and dimensioned for enabling a moisture-wicking article to be secured over the array of openings of the container by wrapping the article over the array and securing the wrapped article, | See Claim 1.<br>• Jones 080 at Figs. 1, 8-9, 2:37-65, 2:70-79, 3:15-31;<br>• Scott 234 at 2:32-54, Fig. 1;<br>• Keane 768 at Abstract, 1:65-2:10, 2:46-56, Fig. 4;<br>• Flower 300 at Figs. 2, 7, 1:11-15, 2:22-24, 3:23-32;<br>• Larson 025 at Abstract, Fig. 2, 3:21-25, 4:47-52;<br>• Brennan 465 at 4:16-66, Figs. 1-2, 6;<br>• McGuire 347 at Figs. 1-4, Abstract, 2:35-40, 5:25-30, 6:1-35; |

| 508 Patent Claim Language | Prior Art |
| --- | --- |
|  | - McGuire 699 at Figs. 1-6, 4:1-19, 4:68-5:2, 6:61-64; |
|  | - Skow 735 at Abstract, Figs. 1-11, 3:48-51, 6:16-67; |
|  | - Argenta 643 at Figs. 1, 5; 3:31-51, 6:46-64, 7:10-23, 7:56-58; |
|  | - Osborn 212 at Figs. 1-7, 18, 22-23, 1:35-41, 2:41-51, 4:54-5:29, 5:59-62, 11:32-58, 17:4-52, 19:9-13, 19:22-25, 33:13-15; |
|  | - DesMarais 130 at Abstract, Figs. 1-5, 4:66-53, 3:45-4:65, 6:29-51, 10:11-12:14; |
|  | - Kuntz 166 at Abstract, Figs. 2-6, 2:43-69; |
|  | - Etheredge 606 at Figs. 1-3, Abstract, 4:7-60, 5:212-54; |
|  | - Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64; |
|  | - Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61; |
|  | - Easter 366 at Figs. 5-9, 5:54-6:10; |
|  | - Harvie 964 at Figs. 1-3, 9:25-10:45; |
|  | - Harvie 012 at Figs. 1-3, 8:29-9:51; |
|  | - Harvie 043 at Figs. 1-3, 9:66-10:58; |
|  | - Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33; |
|  | - Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26; |
|  | - Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54; |
|  | - Mombrinie 389 at Figs. 1-4, 9, 4:17-26, 4:61-5:7, 5:15-19; |
|  | - Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56; |
|  | - Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66; |
|  | - Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32; |
|  | - Mombrinie 639 at Figs. 1-9, paras. 13-14, 31-38, 40, 43; |
|  | - Mahnensmith 080 at Abstract, Figs. 4, paras. 9-11, 17-24, 30-31; |
|  | - Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55; |
|  | - 2007 Omni Medical User & Maintenance Guide at pp. 10, 21; |
|  | - Omni AMXD / AMXDMax devices. |

| 508 Patent Claim Language | Prior Art |
|---|---|
| and for enabling a said secured moisture-wicking article to be disposed in contact with the region of the body surrounding the urethral opening. | See Claim 1.<br>• Jones 080 at Figs. 1, 8-9, 1:26-79, 2:37-79, 3:15-31;<br>• Scott 234 at 2:32-54, Fig. 1;<br>• Keane 768 at Abstract, 1:34-36, 1:65-2:10, 2:46-56, Fig. 4;<br>• Flower 300 at Figs. 2, 7, 1:11-15, 2:22-24, 3:23-32;<br>• Larson 025 at Abstract, Fig. 2, 3:21-25, 4:47-52;<br>• DesMarais 130 at Abstract, Figs. 1-5, 4:66-53, 3:45-4:65, 6:29-51, 10:1-5, 10:11-12:14;<br>• Frosch 901 at Abstract, Figs. 1-2, 5:57-6:45;<br>• Frosch 539 at Abstract, Figs. 1-2, 2:38-52, 3:5-21, 6:11-42;<br>• Triunfol 675 at Figs. 1-5, claims 1-4, 1:56-67, 2:7-17, 2:58-3:18, 3:66-4:7, 4:2-7;<br>• Kuntz 166 at Abstract, Figs. 2-6, 3:48-52, 7:17-23;<br>• Brennan 465 at 4:16-66, Figs. 1-2, 6;<br>• Washington 508 at Figs. 1-12, 2:24-67, 5:22-6:67;<br>• McGuire 347 at Figs. 1-4, Abstract, 2:35-40, 5:25-30, 6:1-35;<br>• McGuire 699 at Figs. 1-6, 4:1-19, 4:68-5:2, 6:61-64;<br>• Skow 735 at Abstract, Figs. 1-11, 3:48-51, 6:16-67;<br>• Argenta 643 at Figs. 1, 5; 3:31-51, 6:46-64, 7:10-23, 7:56-58;<br>• Osborn 212 at Figs. 1-7, 18, 22-23, 1:35-41, 2:41-51, 4:54-5:29, 5:59-62, 11:32-58, 17:4-52, 19:9-13, 19:22-25, 33:13-15;Lawrence 564 at Figs. 1-10, 14, Abstract, 5:8-6:27, 7:28-56, 11:1-19, 11:24-36, claim 6;<br>• Lawrence 222 at Figs. 1-10, 14, Abstract, 5:8-6:27, 7:28-56, 11:1-19, 11:24-36, claim 6;<br>• Etheredge 606 at Figs. 1-3, Abstract, 4:7-60, 5:212-54;<br>• Cheng 133 at Figs. 7A-9, 16:53-17:54;<br>• Sweetser 793 at Figs. 1-2, 3:35-4:31;<br>• Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64;<br>• Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35;<br>• Otto 137 at Figs. 1-2, 3:7-64, 4:10-28;<br>• Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61; |

| 508 Patent Claim Language | Prior Art |
|---|---|
| | • Easter 366 at Figs. 5-9, 5:54-6:10;<br>• Harvie 964 at Figs. 1-3, 9:25-10:45;<br>• Harvie 012 at Figs. 1-3, 8:29-9:51;<br>• Harvie 043 at Figs. 1-3, 9:66-10:58;<br>• Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33;<br>• Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26;<br>• Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54;<br>• Mombrinie 389 at Figs. 1-4, 9, 4:17-26, 4:61-5:7, 5:15-19;<br>• Okabe 706 at Figs. 1-9, 3:36-45, 4:10-21, 6:13-17;<br>• Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56;<br>• Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46;<br>• Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66;<br>• Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32;<br>• Mombrinie 639 at Figs. 1-9, paras. 13-14, 31-38, 40, 43;<br>• Mahnensmith 080 at Abstract, Figs. 1-5, paras. 24-25, 30-31;<br>• Wolf 784 at Abstract, Figs. 1a, 5a, 5b, 9:8-21, 9:23-10:9;<br>• Coley 804 at Figs. 1-5, Abstract, paras. 18-19, 21-24;<br>• Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;<br>• 2007 Omni Medical User & Maintenance Guide at pp. 10, 21;<br>• Omni AMXD / AMXDMax devices. |
| **Claim 18** | |
| 18. A moisture-wicking article according to claim 17, wherein the article is dimensioned for being secured over the array of openings by the application of elastic bands about the moisture-wicking article at opposite ends of the array of openings. | See Claim 17.<br><br>Each of the references cited above in claim 17 with respect to a "moisture-wicking article" are capable of being secured as claimed. Further, at the time of the alleged invention, there were several known design choices for how to secure a moisture-wicking article over a container or openings over a container and including at opposite ends of the container (rather than, for example, in the middle which would cover |

61

| 508 Patent Claim Language | Prior Art |
|---|---|
| | the openings).  Using elastic bands was a known design choice.  It was well known at the time of the alleged invention to use elastic bands to secure a moisture-wicking article over openings in a container at opposite ends of the openings.<br><br>• Jones 080 at Figs. 1, 8-9, 1:26-79, 2:37-79, 3:15-31;<br>• Scott 234 at 2:32-54, Fig. 1;<br>• Keane 768 at Fig. 4, 2:34-46, 3:20-36;<br>• Flower 300 at Figs. 2, 7, 1:11-15, 2:22-24, 3:23-32;<br>• Larson 025 at Abstract, Fig. 2, 3:21-25, 4:47-52;<br>• DesMarais 130 at Abstract, Figs. 1-5, 4:66-53, 3:45-4:65, 6:29-51, 10:1-5, 10:11-12:14;<br>• Frosch 901 at Abstract, Figs. 1-2, 5:57-6:45;<br>• Frosch 539 at Abstract, Figs. 1-2, 2:38-52, 3:5-21, 6:11-42;<br>• Triunfol 675 at Figs. 1-5, claims 1-4, 1:56-67, 2:7-17, 2:58-3:18, 3:66-4:7, 4:2-7;<br>• Kuntz 166 at 4:11-14, 5:63-65;<br>• Brennan 465 at 4:16-66, Figs. 1-2, 6;<br>• Washington 508 at Figs. 1-12, 2:24-67, 5:22-6:67;<br>• McGuire 347 at Figs. 1-4, Abstract, 2:35-40, 5:25-30, 6:1-35;<br>• McGuire 699 at Figs. 1-6, 4:1-19, 4:68-5:2, 6:61-64;<br>• Skow 735 at Abstract, Figs. 1-11, 3:48-51, 6:16-67;<br>• Argenta 643 at Figs. 1, 5; 3:31-51, 6:46-64, 7:10-23, 7:56-58;<br>• Osborn 212 at Figs. 1-7, 18, 22-23, 1:35-41, 2:41-51, 4:54-5:29, 5:59-62, 11:32-58, 17:4-52, 19:9-13, 19:22-25, 33:13-15;Lawrence 564 at Figs. 1-10, 14, Abstract, 5:8-6:27, 7:28-56, 11:1-19, 11:24-36, claim 6;<br>• Lawrence 222 at Figs. 1-10, 14, Abstract, 5:8-6:27, 7:28-56, 11:1-19, 11:24-36, claim 6;<br>• Etheredge 606 at Figs. 1-3, Abstract, 4:7-60, 5:212-54;<br>• Cheng 133 at Figs. 7A-9, 16:53-17:54;<br>• Sweetser 793 at Figs. 1-2, 3:35-4:31;<br>• Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64;<br>• Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35; |

| 508 Patent Claim Language | Prior Art |
|---|---|
| | • Otto 137 at Figs. 1-2, 3:7-64, 4:10-28;<br>• Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61;<br>• Easter 366 at Figs. 5-9, 5:54-6:10;<br>• Harvie 964 at Figs. 1-3, 9:25-10:45;<br>• Harvie 012 at Figs. 1-3, 8:29-9:51;<br>• Harvie 043 at Figs. 1-3, 9:66-10:58;<br>• Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33;<br>• Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26;<br>• Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54;<br>• Mombrinie 389 at Figs. 1-4, 9, 4:17-26, 4:61-5:7, 5:15-19;<br>• Okabe 706 at Figs. 1-9, 3:36-45, 4:10-21, 6:13-17;<br>• Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56;<br>• Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46;<br>• Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66;<br>• Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32;<br>• Mombrinie 639 at Figs. 1-9, paras. 13-14, 31-38, 40, 43;<br>• Mahnensmith 080 at Abstract, Figs. 1-5, paras. 24-25, 30-31;<br>• Wolf 784 at Abstract, Figs. 1a, 5a, 5b, 9:8-21, 9:23-10:9;<br>• Coley 804 at Figs. 1-5, Abstract, paras. 18-19, 21-24;<br>• Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55<br>• 2007 Omni Medical User & Maintenance Guide at pp. 10, 21;<br>• Omni AMXD / AMXDMax devices.<br>• Schmidt 688 at Figs. 4, 7; 4:42-56, 5:1-16, 5:43-63;<br>• Stewart 794 at Figs. 1-5, 2:62-4:38;<br>• Ruvio 301 at Figs. 1-6, 2:24-30;<br>• Labit 501 at 3:58-62, 5:4-7;<br>• Krebs 074 at Fig. 7B, 2:55-63, 6:2-13;<br>• House 527 at Fig. 1A, para. 0024. |

| 508 Patent Claim Language | Prior Art |
|---|---|
| **Claim 19** | |
| 19. A moisture-wicking article according to claim 17, wherein the article has the moisture-wicking characteristic of a paper towel. | See Claim 17 and Claim 5.<br><br>• Jones 080 at 2:51-57;<br>• Scott 234 at 2:32-54, Fig. 1;<br>• Keane 768 at Abstract, 1:34-41, 1:65-2:10, 2:46-56, Fig. 4;<br>• Keane 768 at Abstract, 1:65-2:10, 2:46-56, Fig. 4;<br>• Flower 300 at Figs. 2, 7, 1:11-15, 2:22-24, 3:23-32;<br>• Larson 025 at Abstract, Fig. 2, 3:21-25, 4:47-52;<br>• DesMarais 130 at Abstract, Figs. 1-5, 4:66-53, 3:45-4:65, 6:29-51, 10:1-5, 10:11-12:14;<br>• Hessner 418 at Abstract, Figs. 1-8, 3:26-31, 5:54-57, 6:36-43;<br>• Frosch 539 at Abstract, Figs. 1-2, 2:38-66, 3:5-21, 6:27-42;<br>• Triunfol 675 at Figs. 1-5, claims 1-4, 3:66-4:7, 4:2-7;<br>• Kuntz 166 at Abstract, Figs. 1-8, 2:43-68;<br>• Brennan 465 at 4:16-66, Figs. 1-2, 6;<br>• Washington 508 at Figs. 1-12, 2:24-67, 5:22-6:67;<br>• McGuire 347 at Figs. 1-4, Abstract, 2:35-40, 5:25-30, 6:1-35;<br>• McGuire 699 at Figs. 1-6, 4:1-19, 4:68-5:2, 6:61-64;<br>• Skow 735 at Abstract, Figs. 1-11, 3:48-51, 6:16-67;<br>• Argenta 643 at Figs. 1, 5; 3:31-51, 6:46-64, 7:10-23, 7:56-58;<br>• Osborn 212 at 4:54-28, 5:59-62, 33:13-15;<br>• Lawrence 564 at Figs. 1-10, Abstract, 5:8-6:27, 7:28-56;<br>• Lawrence 222 at Figs. 1-10, 14, Abstract, 5:8-6:27, 7:28-56, 11:24-36;<br>• Philips 505 at 1:45-63, 10:30-11:4;<br>• Etheredge 606 at Figs. 1-3, Abstract, 4:7-60, 5:212-54;<br>• Cheng 133 at Figs. 7A-9, 16:53-17:54;<br>• Sweetser 793 at Figs. 1-2, 3:35-4:31;<br>• Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64;<br>• Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35; |

| 508 Patent Claim Language | Prior Art |
|---|---|
| | • Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61; |
| | • Easter 366 at Figs. 5-9, 5:54-6:10; |
| | • Kirshnaswamy 951 at 12:58-63; |
| | • Harvie 964 at Figs. 1-3, 9:25-10:45; |
| | • Harvie 012 at Figs. 1-3, 8:29-9:51; |
| | • Harvie 043 at Figs. 1-3, 9:66-10:58; |
| | • Cheng 245 at 24:12-35, 29:27-52, 37:35-57, 38:48-53; |
| | • Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33; |
| | • Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26; |
| | • Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54; |
| | • Mombrinie 389 at Figs. 1-4, 9, 4:17-26, 4:61-5:7, 5:15-19; |
| | • Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56; |
| | • Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46; |
| | • Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66; |
| | • Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32; |
| | • Mombrinie 639 at Figs. 1-9, paras. 13-14, 31-38, 40, 43; |
| | • Mahnensmith 080 at paras. 9, 22; |
| | • Wolf 784 at Abstract, Figs. 1a, 5a, 5b, 9:8-21, 9:23-10:9; |
| | • Kuntz 355 at Abstract, Figs. 1-5, 5:9-12 |

Sage also relies on and incorporates by reference, as if originally set forth herein, all prior art cited during the prosecution of the 508 Patent to the extent not already identified.  Sage also relies on and incorporates by reference, as if originally set forth herein, all prior art cited during the prosecution of related, or purportedly related, patents to the extent not already identified.  Sage further incorporates by reference, as if originally set forth herein, all prior art cited during prosecution of the 508, 376, 989, or 407 Patents, as well as U.S. Pat. No. 10,376,406, Patent Application Nos. PCT/US2016/049274, PCT/US2017/35625, PCT/US2017/43025, 15/171,968,

15/260,103,  14/952,591,  14/947,759,  16/452,145,  16/245,726,  16/369,676,  14/625,469, 29/694,002,  29/624,661,  16/904,868,  16/905,400,  14/952,591,  14/625,469,  15/611,587, 15/612,325,  16/452,258,  16/899,956,  Provisional  Patent  Application  Nos.  62/414,963, 62/485,578, 62/084,078, 62/082,279, or 61/955,537, or Patent Publication Nos. 2016/0374848, 2016/0367226, 2015/14947759, 2017/0266031, 2017/0348139, 2017/0252202, 2019/0314190, 2019/0142624,  or  2019/0224036.   Sages also relies on and incorporates by reference, as if originally set forth herein, all prior art cited in the sections of these contentions in connection with U.S. Pat. No. 10,226,376, U.S. Pat. No. 10,390,989, and U.S. Pat. No. 10,376,407 to the extent not already identified in this section.

Sage has not been able to address additional prior art because, to date, Plaintiff has not produced prior art in its possession including information regarding when its own products were offered for sale or on sale and public disclosures of its products including in brochures and the like. PureWick has also not provided information on its related patent application filings, hampering Sage's ability to assess double patenting issues or identify other potential relevant prior art. Upon information and belief, Robert Sanchez publicly used or disclosed the invention (including every element of the asserted claims) more than a year prior to the filing date. Upon information and belief, the devices referred to herein as the "Omni AMXD / AMXDmax Devices" are the Omni Medical AMXD and AMXDmax that were publicly known and on sale well before the critical date and use the patented features or obvious variations thereof as reflected above. The Omni AMXD / AMXDmax Devices are reflected in part in the 2007 Omni Medical User & Maintenance Guide, Omni Starter Kit Brochure, Omni Brochure, Omni Presentation, and other AMXDMax documents identified herein including the 2015 Omni Catalog to the extent relevant. Sage believes that discovery will further confirm these allegations and provide additional support

for claim elements.  PureWick has failed to provide information regarding the prior disclosures and sales of its devices or other prior art of which it was aware including information in PureWick's possession regarding the Omni devices.

Sage further contends that each of the Asserted Claims of the 508 Patent is invalid under 35 U.S.C. § 112 for indefiniteness and/or failure to contain a sufficient written description of or enable the alleged inventions.

Section 112, ¶ 1 (pre-AIA) requires that: "The specification shall contain a written description of the invention, and of the manner and process of making and using it, in such full, clear, concise, and exact terms as to enable any person skilled in the art to which it pertains, or with which it is most nearly connected, to make and use the same. . . ."  That is particularly true in view of how PureWick now apparently interprets the claims.  It is difficult for Sage to assess fully the written description issues because PureWick has not explained how Sage allegedly has infringed certain claim elements but argues infringement nevertheless.  The asserted 508 Patent fails to satisfy this statutory requirement at least because, *inter alia*, the specification fails to contain sufficient written description to establish that the inventors possessed the full scope of the alleged invention as claimed.  For example, to the extent that Plaintiff alleges the scope of the claims cover the PrimaFit® product, the specification did not adequately describe "a container defining a chamber for collecting urine," "the container is closed" "an array of openings," "enabling a moisture-wicking article to be secured over the array of openings," "wrapping the article over the array and securing the wrapped article," "securing a moisture wicking article over the array of openings by wrapping the article over the array and securing the article," "the moisture-wicking characteristic of a paper towel", "disposing the secured moisture-wicking article in contact with a region of the person or animal . . .", "drawing the urine from the moisture-wicking

material", or "elastic bands". Nor does the specification enable a person of ordinary skill in the art to how to determine the full scope of the "moisture wicking charasterics of a paper towel."

Section 112, ¶ 2 (pre-AIA) requires that: "The specification shall conclude with one or more claims particularly pointing out and distinctly claiming the subject matter which the applicant regards as his invention." The Asserted Claims of the 508 Patent fail to satisfy this statutory requirement because, *inter alia*, at least the following claim terms are indefinite: "moisture-wicking article," "wrapping the article over the array," "wrapped and secured over the array of openings," "the moisture wicking characteristic of a paper towel," and "partial vacuum."

Claims 1 and 17 (and the asserted claims that depend upon them (Claims 3-8 and 18-19) are indefinite for claiming an apparatus and reciting method steps for the apparatus. Indeed, PureWick has confirmed during claim construction that the claims include method steps, render the claims indefinite. Claim 17 and its dependent claims are also indefinite because Claim 17 recites "a moisture wicking article" but further recites that it is for use in a broader "system for transporting urine," that system having a number of features.

Section 112, ¶ 4 (pre-AIA) requires that: "[A] claim in dependent form shall contain a reference to a claim previously set forth and then specify a further limitation of the subject matter claimed." Claim 3 of the 508 Patent does not satisfy this statutory requirement to the extent that it fails to further limit independent claim 1 from which it depends.

Sage also identifies, and hereby incorporates by reference, as if originally set forth herein, its allegations of invalidity set forth in its Answer and Counterclaims filed on November 1, 2019 and particularly the allegations in paragraphs 18-25 of the Counterclaims. Sage incorporates by reference, as if originally set forth herein, any additional allegations asserted in subsequent pleadings as well, including the Answer due to be filed on June 1, 2020.

Sage further incorporates arguments for non-patentability raised by the Patent Office during the prosecution of the 508 Patent application.

Sage also relies on and incorporates by reference, as if originally set forth herein, all pleadings in which invalidity was alleged, including in interrogatory responses, in this civil action, as well as all papers filed by Sage in IPR2020-01426 in connection with the 508 patent.

### Sage's Invalidity Contentions Regarding U.S. Pat. Nos. 10,226,376 and 10,390,989

Plaintiff asserts claims 1, 4-6, 9, and 11-13 of the 376 Patent ("Asserted Claims of the 376 Patent") and Claims 1-3, 5-6 of the 989 Patent ("Asserted Claims of the 989 Patent"). Both are related; however, the specification of each patent differs. Sage contends that each of the Asserted Claims of the 376 Patent is invalid for at least the reasons set forth below. Sage notes that Plaintiff has withdrawn infringement allegations relating to claims 2, 3, and 10 of the 376 Patent, which Plaintiff originally asserted in its complaint and no longer asserts. Plaintiff has also not asserted Claim 7 of the 989 Patent. Plaintiff has also withdrawn infringement allegations for Claims 7, 8, and 14 of the 376 Patent and Claim 4 of the 989 Patent. Sage has relied on this withdrawal as well as the failure to assert claims in preparing these contentions as well as preparing for discovery in this case.

As discussed above, each of the references below qualifies as prior art under one or more sections of 35 U.S.C. §§ 102 and/or 103. For example, most (if not all) of the listed references qualify as prior art under at least 35 U.S.C. §§ 102(a). The invalidating disclosure in each of the listed references is express and/or inherent. Also, as shown below, any reference anticipating an asserted claim pursuant to 35 U.S.C. § 102 also renders the claim obvious pursuant to 35 U.S.C. § 103 when viewed alone or in combination with other prior art references or with the knowledge of a person of ordinary skill in the art. The references cited herein may also be relied upon to show

the state of the art in the relevant time frames or provide background regarding the alleged invention or knowledge of an ordinarily skilled artisan.

As before, for the convenience of the reader, Sage identifies the prior art for this disclosure in the following order.  First, Sage lists U.S. Patents in ascending numerical order.  Second, Sage lists foreign patents or published applications in alphabetical order by type and then ascending numerical order.  Third, Sage lists publications alphabetically.

Prior art under 35 U.S.C. § 102 and/or 35 U.S.C. § 103 for the 376 and 989 Patent claims include the following (including any U.S. and foreign counterparts thereof):

- U.S. Patent No. 1,742,080 ("Jones 080")
- U.S. Patent No. 2,644,234 ("Scott 234")
- U.S. Patent No. 2,968,046A ("Duke 046")
- U.S. Patent No. 3,087,938 ("Hans 938")
- U.S. Patent No. 3,198,994 ("Hilderbrant 994")
- U.S. Patent No. 3,312,981 ("McGuire 981")
- U.S. Patent No. 3,349,768 ("Keane 768")
- U.S. Patent No. 3,400,717 ("Bruce 717")
- U.S. Patent No. 3,406,688 ("Bruce 688")
- U.S. Patent No. 3,511,241 ("Lee 241")
- U.S. Patent No. 3,512,185A ("Ellis 185")
- U.S. Patent No. 3,520,300 ("Flower 300")
- U.S. Patent No. 3,613,123 ("Langstrom 123")
- U.S. Patent No. 3,651,810 ("Ormerod 810")
- U.S. Patent No. 3,726,277 ("Hirschman 277")

- U.S. Patent No. 4,200,102A ("Duhamel 102")

- U.S. Patent No. 4,202,058 ("Anderson 058")

- U.S. Patent No. 4,233,025 ("Larson 025")

- U.S. Patent No. 4,246,901 ("Frosch 901")

- U.S. Patent No. 4,257,418 ("Hessner 418")

- U.S. Patent No. 4,270,539 ("Frosch 539")

- U.S. Patent No. 4,352,356 ("Tong 356")

- U.S. Patent No. 4,425,130 ("DesMarais")

- U.S. Patent No. 4,453,938 ("Brendling 938")

- U.S. Patent No. 4,528,703A ("Kraus 703")

- U.S. Patent No. 4,610,675 ("Triunfol 675")

- U.S. Patent No. 4,627,846 ("Ternstrom 846")

- U.S. Patent No. 4,631,061 ("Martin 061")

- U.S. Patent No. 4,650,477 ("Johnson 477")

- U.S. Patent No. 4,692,160A ("Nussbaumer 160")

- U.S. Patent No. 4,713,066 ("Komis 066")

- U.S. Patent No. 4,747,166 ("Kuntz 166")

- U.S. Patent No. 4,769,215A ("Ehrenkranz 215")

- U.S. Patent No. 4,772,280 ("Rooyakkers 280")

- U.S. Patent No. 4,790,835 ("Elias 835")

- U.S. Patent No. 4,791,686A ("Taniguchi 686")

- U.S. Patent No. 4,795,449 ("Schneider 449")

- U.S. Patent No. 4,799,928A ("Crowley 928")

- U.S. Patent No. 4,804,377 ("Hanifl 377")

- U.S. Patent No. 4,820,297 ("Kaufman 297")

- U.S. Patent No. 4,846,909 ("Klug 909")

- U.S. Patent No. 4,882,794 ("Stewart 794")

- U.S. Patent No. 4,883,465 ("Brennan 465")

- U.S. Patent No. 4,886,508 ("Washington 508")

- U.S. Patent No. 4,886,509 ("Mattsson 509")

- U.S. Patent No. 4,889,533A ("Beecher 533")

- U.S. Patent No. 4,905,692 ("More 692")

- U.S. Patent No. 5,002,541 ("Conkling 541")

- U.S. Patent No. 5,004,463A ("Nigay 463")

- U.S. Patent No. 5,031,248 ("Kemper 248")

- U.S. Patent No. 5,049,144 ("Payton 144")

- U.S. Patent No. 5,071,347 ("McGuire 347")

- U.S. Patent No. 5,084,037 ("Barnett 037")

- U.S. Patent No. 5,195,997 ("Carns 997")

- U.S. Patent No. 5,203,699 ("McGuire 699")

- U.S. Patent No. 5,244,458 ("Takasu 458")

- U.S. Patent No. 5,295,983A ("Kubo 983")

- U.S. Patent No. 5,300,052 ("Kubo 052")

- U.S. Patent No. 5,382,244 ("Telang 244")

- U.S. Patent No. 5,628,735 ("Skow 735")

- U.S. Patent No. 5,636,643 ("Argenta 643")

- U.S. Patent No. 5,674,212 ("Osborn 212")

- U.S. Patent No. 5,678,564 ("Thompson 564")

- U.S. Patent No. 5,687,429 ("Rahlff 429")

- U.S. Patent No. 5,695,485 ("Duperret 485")

- U.S. Patent No. 5,752,944 ("Dann 944")

- U.S. Patent No. 5,772,644 ("Bark 644")

- U.S. Patent No. 5,827,247 ("Kay 247")

- U.S. Patent No. 5,827,250 ("Fujioka 250")

- U.S. Patent No. 5,827,257 ("Fujioka 257")

- U.S. Patent No. 5,894,608 ("Birbara 608")

- U.S. Patent No. 5,911,222 ("Thompson 222")

- U.S. Patent No. 5,957,904 ("Holland 904")

- U.S. Patent No. 5,972,505 ("Philips 505")

- U.S. Patent No. 6,063,064 ("Tuckey 064")

- U.S. Patent No. 6,105,174 ("Nygren 174")

- U.S. Patent No. 6,113,582 ("Dwork 582")

- U.S. Patent No. 6,117,163 ("Bierman 163")

- U.S. Patent No. 6,123,398 ("Arai 398")

- U.S. Patent No. 6,129,718 ("Wada 718")

- U.S. Patent No. 6,177,606 ("Etheredge 606")

- U.S. Patent No. 6,209,142 ("Mattsson 142")

- U.S. Patent No. 6,248,096 ("Dwork 096")

- U.S. Patent No. 6,311,339B1 ("Kraus 339")

- U.S. Patent No. 6,336,919 ("Davis 919")

- U.S. Patent No. 6,338,729 ("Wada 729")

- U.S. Patent No. 6,409,712 ("Cragoe 712")

- U.S. Patent No. 6,416,500 ("Wada 500")

- U.S. Patent No. 6,475,198 ("Lipman 198")

- U.S. Patent No. 6,479,726 ("Cole 726")

- U.S. Patent No. 6,540,729 ("Wada 729")

- U.S. Patent No. 6,547,771 ("Robertson 771")

- U.S. Patent No. 6,569,133 ("Cheng 133")

- U.S. Patent No. 6,592,560 ("Snyder 560")

- U.S. Patent No. 6,620,142 ("Fluckiger 142")

- U.S. Patent No. 6,702,793 ("Sweetser 793")

- U.S. Patent No. 6,706,027 ("Harvie 027")

- U.S. Patent No. 6,732,384B2 ("Scott 384")

- U.S. Patent No. 6,740,066 ("Wolff 066")

- U.S. Patent No. 6,783,519 ("Samuelsson 519")

- U.S. Patent No. 6,814,547 ("Childers 547")

- U.S. Patent No. 6,849,065 ("Schmidt 065")

- U.S. Patent No. 6,857,137B2 ("Otto 137")

- U.S. Patent No. 6,888,044 ("Fell 044")

- U.S. Patent No. 6,912,737 ("Ernest 737")

- U.S. Patent No. 6,918,899 ("Harvie 899")

- U.S. Patent No. 6,979,324 ("Bybord 324")

- U.S. Patent No. 7,018,366 ("Easter 366")

- U.S. Patent No. 7,131,964 ("Harvie 964")

- U.S. Patent No. 7,135,012 ("Harvie 012")

- U.S. Patent No. 7,141,043 ("Harvie 043")

- U.S. Patent No. 7,171,699 ("Ernest 699")

- U.S. Patent No. 7,179,951 ("Krishnaswamy-Mirle 951")

- U.S. Patent No. 7,181,781 ("Trabold 781")

- U.S. Patent No. 7,186,245 ("Cheng 245")

- U.S. Patent No. 7,192,424 ("Cooper 424")

- U.S. Patent No. 7,220,250 ("Suzuki 250")

- U.S. Patent No. 7,335,189 ("Harvie 189")

- U.S. Patent No. 7,358,282 ("Kreuger 282")

- U.S. Patent No. 7,390,320 ("Machida 320")

- U.S. Patent No. 7,488,310 ("Yang 310")

- U.S. Patent No. 7,520,872 ("Biggie 872")

- U.S. Patent No. 7,588,560 ("Dunlop 560")

- U.S. Patent No. 7,682,347 ("Parks 347")

- U.S. Patent No. 7,695,459 ("Gilbert' 459")

- U.S. Patent No. 7,695,460 ("Wada 460")

- U.S. Patent No. 7,699,818 ("Gilbert 818")

- U.S. Patent No. 7,699,831 ("Bengatson 831")

- U.S. Patent No. 7,722,584 ("Tanaka 584")

- U.S. Patent No. 7,727,206 ("Gorres 206")

- U.S. Patent No. 7,740,620 ("Gilbert 620")

- U.S. Patent No. 7,749,205 ("Tazoe 205")

- U.S. Patent No. 7,755,497 ("Wada 497")

- U.S. Patent No. 7,766,887 ("Burns 887")

- U.S. Patent No. 7,833,169 ("Hannon 169")

- U.S. Patent No. 7,866,942 ("Harvie 942")

- U.S. Patent No. 7,871,385 ("Levinson 385")

- U.S. Patent No. 7,875,010 ("Frazier 010")

- U.S. Patent No. 7,901,389 ("Mombrinie 389")

- U.S. Patent No. 7,927,321 ("Marland 321")

- U.S. Patent No. 7,931,634 ("Swiecicki 634")

- U.S. Patent No. 7,939,706 ("Okabe 706")

- U.S. Patent No. 7,976,519 ("Bubb 519")

- U.S. Patent No. 7,993,318 ("Olsson 318")

- U.S. Patent No. 8,128,608B2 ("Thevenin 608")

- U.S. Patent No. 8,181,651 ("Pinel 651")

- U.S. Patent No. 8,211,063 ("Bierman 063")

- U.S. Patent No. 8,221,369 ("Parks 369")

- U.S. Patent No. 8,241,262 ("Mahnensmith 262")

- U.S. Patent No. 8,277,426 ("Wilcox 426")

- U.S. Patent No. 8,287,508 ("Sanchez 508")

- U.S. Patent No. 8,303,554 ("Tsai 554")

- U.S. Patent No. 8,343,122 ("Gorres 122")

- U.S. Patent No. 8,353,074 ("Krebs 074")

- U.S. Patent No. 8,388,588 ("Wada 588")

- U.S. Patent No. 8,425,482 ("Khoubnazar 482")

- U.S. Patent No. 8,551,075 ("Bengtson 075")

- U.S. Patent No. 8,568,376 ("Delattre 376")

- U.S. Patent No. 8,585,683 ("Bengtson 683")

- U.S. Patent No. 8,715,267 ("Bengtson 267")

- U.S. Patent No. 8,864,730 ("Conway 730")

- U.S. Patent No. 8,936,585 ("Delattre 585")

- U.S. Patent No. 9,028,460B2 ("Medeiros 460")

- U.S. Patent No. 9,173,602 ("Gilbert 602")

- U.S. Patent No. 9,173,799 ("Tanimoto 799")

- U.S. Patent No. 9,248,058 ("Conway 058")

- U.S. Patent No. 9,480,595 ("Baham 595")

- U.S. Patent Publ. No. 2002/0026161 ("Grundke 161")

- U.S. Patent Publ. No. 2002/0087131 ("Wolff 131")

- U.S. Patent Publ. No. 2002/0189992 ("Schmidt 992")

- U.S. Patent Publ. No. 2003/0120178 ("Heki 178")

- U.S. Patent Publ. No. 2003/0004436 ("Schmidt 436")

- U.S. Patent Publ. No. 2003/0181880A1 ("Schwartz 880")

- U.S. Patent Publ. No. 2003/0195484 ("Harvie 484")

- U.S. Patent Publ. No. 2003/0233079 ("Parks 079")

- U.S. Patent Publ. No. 2004/0006321A1 ("Cheng 321")

- U.S. Patent Publ. No. 2004/0127872 ("Petryk 872")

- U.S. Patent Publ. No. 2004/0128749 ("Scott 749")

- U.S. Patent Publ. No. 2004/0191919 ("Unger 919")

- U.S. Patent Publ. No. 2004/0236292 ("Tazoe 292")

- U.S. Patent Publ. No. 2004/0254547 ("Okabe 547")

- U.S. Patent Publ. No. 2005/0010182 ("Parks 182")

- U.S. Patent Publ. No. 2005/0070861 ("Okabe 861")

- U.S. Patent Publ. No. 2005/0070862 ("Tozoe 862")

- U.S. Patent Publ. No. 2005/0097662 ("Leimkuhler 662")

- U.S. Patent Publ. No. 2005/0101924 ("Elson 924")

- U.S. Patent Publ. No. 2005/0177070 ("Levinson 070")

- U.S. Patent Publ. No. 2005/0197639 ("Mombrinie 639")

- U.S. Patent Publ. No. 2005/0277904 ("Chase 904")

- U.S. Patent Publ. No. 2005/0279359 ("LeBlanc 359")

- U.S. Patent Publ. No. 2006/0015080 ("Mahnensmith 080")

- U.S. Patent Publ. No. 2006/0015081 ("Suzuki 081")

- U.S. Patent Publ. No. 2006/0155214A1 ("Wightman 214 ")

- U.S. Patent Publ. No. 2006/0200102 ("Cooper 102")

- U.S. Patent Publ. No. 2006/0229576 ("Conway 576")

- U.S. Patent Publ. No. 2006/0235359 ("Marland 359")

- U.S. Patent Publ. No. 2007/0038194 ("Wada 194")

- U.S. Patent Publ. No. 2007/0006368 ("Key 368")

- U.S. Patent Publ. No. 2007/0117880 ("Elson 880")

- U.S. Patent Publ. No. 2007/0135786 ("Schmidt 786")

- U.S. Patent Publ. No. 2007/0191804 ("Cooley 804")

- U.S. Patent Publ. No. 2007/0214553 ("Carromba 553")

- U.S. Patent Publ. No. 2008/0015527 ("House 527")

- U.S. Patent Publ. No. 2008/0033386 ("Okabe 386")

- U.S. Patent Pub. No. 2008/0004576 ("Tanaka 576")

- U.S. Patent Publ. No. 2008/0091153 ("Harvie 153")

- U.S. Patent Publ. No. 2008/0091158 ("Yang 158")

- U.S. Patent Publ. No. 2008/0234642 ("Patterson 642")

- U.S. Patent Publ. No. 2008/0287894 ("Van Den Heuvel 894")

- U.S. Patent Publ. No. 2009/0025717 ("Pinel 717")

- U.S. Patent Publ. No. 2009/0056003 ("Ivie 003")

- U.S. Patent Publ. No. 2009/0264840A1 ("Virginio 840")

- U.S. Patent Publ. No. 2009/0281510 ("Fisher 510")

- U.S. Patent Publ. No. 2010/0121289 ("Parks 289")

- U.S. Patent Publ. No. 2010/0185168 ("Graauw 168")

- U.S. Patent Publ. No. 2010/0198172 ("Wada 172")

- U.S. Patent Publ. No. 2010/0241104 ("Gilbert 104")

- U.S. Patent Publ. No. 2010/0263113 ("Shelton 113")

- U.S. Patent Publ. No. 2010/0310845A1 ("Bond '845")

- U.S. Patent Publ. No. 2011/0028922A1 ("Kay 922")

- U.S. Patent Publ. No. 2011/0034889  ("Smith 889")

- U.S. Patent Publ. No. 2011/0040267 ("Wada 267")

- U.S. Patent Publ. No. 2011/0040271 ("Rogers 271")

- U.S. Patent Publ. No. 2011/0054426 ("Stewart 426")

- U.S. Patent Publ. No. 2011/0060300 ("Weig 300")

- U.S. Patent Publ. No. 2011/0077495 ("Gilbert 495")

- U.S. Patent Publ. No. 2011/0172620 ("Khambatta 620")

- U.S. Patent Publ. No. 2011/0172625 ("Wada 625")

- U.S. Patent Publ. No. 2011/0202024 ("Cozzens 024")

- U.S. Patent Publ. No. 2012/0035577 ("Tomes 577")

- U.S. Patent Publ. No. 2012/0103347 ("Wheaton 347")

- U.S. Patent Publ. No. 2012/0165768 ("Sekiyama 768")

- U.S. Patent Publ. No. 2012/0210503 ("Anzivino 503")

- U.S. Patent Publ. No. 2012/0245547 ("Wilcox 547")

- U.S. Patent Publ. No. 2012/0253303 ("Suzuki 303")

- U.S. Patent Publ. No. 2012/0330256 ("Wilcox 256")

- U.S. Patent Publ. No. 2013/0006206 ("Wada 206")

- U.S. Patent Publ. No. 2013/0053804 ("Sorensen 804")

- U.S. Patent Publ. No. 2014/0371628 ("Desai 628")

- U.S. Patent Publ. No. 2014/0348139 ("Newton 139")

- U.S. Patent Publ. No. 2014/0031774 ("Bengtson 774")

- U.S. Patent Publ. No. 2014/0157499 ("Suzuki 499")

- U.S. Patent Publ. No. 2014/0196189 ("Lee 189")

- U.S. Patent Publ. No. 2015/0047114 ("Ramirez 114")

- U.S. Patent Publ. No. 2015/0157300A1 ("Ealovega 300 ")

- U.S. Patent Publ. No. 2015/0209194 ("Heyman 194")

- U.S. Patent Publ. No. 2015/0366699 ("Nelson 699")

- U.S. Patent Publ. No. 2016/0029998 ("Brister 998")

- U.S. Patent Publ. No. 2016/0058322 ("Brister 322")

- U.S. Patent Publ. No. 2016/0100976 ("Conway 976")

- U.S. Patent Publ. No. 2016/0278662 ("Brister 662")

- U.S. Patent Publ. No. 2016/0367226 ("Newton 226")

- U.S. Patent Publ. No. 2016/0367411 ("Justiz 411")

- U.S. Patent Publ. No. 2016/0374848 ("Sanchez 848")

- U.S. Patent Publ. No. 2017/0042748 ("Griffin 748")

- U.S. Patent Publ. No. 2017/0143534 ("Sanchez 534")

- U.S. Patent Publ. No. 2017/0189225 ("Voorhees 225")

- U.S. Patent Publ. No. 2017/0202692 ("Laniado 692")

- U.S. Patent Publ. No. 2017/0246026 ("Laniado 026")

- U.S. Patent Publ. No. 2017/0266031 ("Sanchez 031")

- U.S. Patent Publ. No. 2017/0312116 ("Laniado 116")

- U.S. Patent Publ. No. 2017/0333244 ("Laniado 244")

- U.S. Patent Publ. No. 2018/0008804 ("Laniado 808")

- U.S. Patent Publ. No. 2018/0028349 ("Newton 349")

- U.S. Patent Publ. No. 2018/0228642 ("Davis 624")

- D373,928 ("Green 928")

- D401,699 ("Herchenbach 699")

- D409,303 ("Oepping 303")

- D591,106 ("Dominique 106")

- D593801 ("Wilson 801")

- D674,241 ("Bickert 241")

- D704,330 ("Cicatelli 330")

- D704,510 ("Mason 510")

- D705,423 ("Walsh 423")

- D729,581 ("Boroski 581")

- D777,941 ("Piramoon 941")

- D804,907 ("Sandoval 907")

- D814,239 ("Arora 239")

- Chinese Publ. No. CN 107847384 ("Heongyu 384")

- Denmark Publ. No. DK9600118U3 ("Flyger 118")

- German Publ. No. DE102011103783A1 ("Gloger 783")

- German Publ. No. DE4443710A1 ("Schmitt 710")

- German Publ. No. DE9407554U1 ("Javadi 554")

- European Publ. No. EP0032138A2 ("Ozenne 138")

- European Publ. No. EP0610638A1 ("Goldenberg 638")

- European Publ. No. EP0613355A1 ("Kuntz 355")

- European Publ. No. EP066070B1 ("Steer 070")

- European Publ. No. EP 1 382 318 A1 ("Kim 318")

- European Publ. No. EP0613355 ("Kuntz 355")

- European Publ. No. EP2180907 ("Weig 907")

- European Publ. No. EP2380532 ("Wada 532")

- UK Publ. No. GB1467144 ("Nolan 144")

- UK Publ. No. GB2148126B ("Cottenden 126")

- UK Publ. No. GB2199750 ("Gropp 750")

- UK Publ. No. GB2260907 ("Kubo 907")

- UK Publ. No. 2469496A ("Shelton 496")

- Japanese Publ. No. JP 11-113946 ("Chiku 946")

- Japanese Publ. No. JP1979-S5410596 ("Hetsunsuneru")

- Japanese Publ. No. JP3132659B2 ("Yanagihara 659")

- Japanese Publ. No. JP4039641B2 ("Mizuguchi 641")

- Japanese Publ. No. JP 2001054531 ("Higati 531")

- Japanese Publ. No. JP2001276108A ("Ishii 108")

- Japanese Publ. No. 2004-267530 ("Okabe 530")

- Japanese Publ. No. 2006-026108 ("Suzuki 108")

- Japanese Publ. No. 2012-523869 ("Shelton 869")

- Japanese Publ. No. JP2015092945A (Uchida 945")

- Japanese Publ. No. JPH 05123349 ("Kubo 349")

- WIPO Publication WO 1988/04558A1 ("Conkling 558")

- WIPO Publication WO 1991/04714A2 ("Washington 714")

- WIPO Publication WO 1993/09736 A2 ("Kuntz 736")

- WIPO Publication WO 1996/00096A1 ("Saltz 096")

- WIPO Publication WO 2000/057784 ("Wolff 784")

- WIPO Publication WO 2001/0145618 ("Schmidt 618")

- WIPO Publication WO 2004/019836 ("Wightman 836")

- WIP Publication WO 2004/03071931 ("Harvie 931")

- WIPO Publication WO 2005/089687 ("Levinson 687")

- WIPO Publication WO 2005/107661 ("Parks 661")

- WIPO Publication WO2007/007845 ("Wada 845")

- WIPO Publication WO 2007/042823 A2 (Van Den Heuvel 823")

- WIPO Publication WO 2008/078117 A1 ("Short 117")

- WIPO Publication WO 2009/052496 ("Tsai 496")

- WIPO Publication WO2009/101738 ("Wada 738")

- WIPO Publication WO 2011/132043A1 ("Richer 043")

- WIPO Publication WO 2013/103291 ("Van Senus 291")

- WIPO Publication WO 2013/131109 ("Desai")

- WIPO Publication WO 2014/041534 A1 ("Laniado 534")

- WIPO Publication WO 2015/170307 A1 ("Laniado 307")

- WIPO Publication WO 2015/169403 A1 ("Kubler 403")

- WIPO Publication WO2016/200088 A1 ("Kim 088")

- WIPO Publication WO 2016/055989 A1 ("Laniado 989")

- WIPO Publication WO 2016/071894 A1 ("Laniado 894")

- WIPO Publication WO 2016/103242 A1 ("Laniado 242")

- WIPO Publication WO 2016/116915 A1 ("Laniado 915")

- WIPO Publication WO 2018/056953 A1 ("Travers 953")

- WIPO Publication WO 2018/235065 A1 ("Parahovnik 065")

- WIPO Publication WO 92/20299 ("Zamierowski 299")

- WIPO Publication WO 2010030122 ("Lee 122")

- Newman, Diane K. (1997). *The Urinary Incontinence Sourcebook*, Los Angeles: Lowell House

- Parmar, Arundhai, "10 Finalists Chosen for Dare-to-Dream Medtech Design Challenge" (PureWick) (dated Nov. 10, 2014) (version available in 376 patent prosecution file as well as MDDI and other versions ("Medtech Finalists 2014" or "Parmar 2014")

- Newton et al., "Measuring Safety, Effectiveness and Ease of Use of PureWick in the Management of Urinary Incontinence in Bedbound Women: Case Studies (Jan. 8, 2016) ("2016 Newton Article")

- MD&DI, "Winners Announced for Dare-to-Dream Medtech Design Challenge" (2014) ("2014 MedTech Announcement")

- Macaulay et al., *A Noninvasive Continence Management System:  Development and Evaluation of a Novel Toileting Device for Women*, J Wound Ostomy Continence Nurs. 2007; 34(6):641-648 (2007) ("Macaulay 2007")

- Hollister Company, "Male Urinary Pouch External Collection Device" (version available in 376 patent prosecution history) ("Hollister Brochure")

- PureWick Co., "Incontinence Relief for Women" (dated September 23, 2015) (version available in 376 patent prosecution file) ("2015 PureWick brochure")

- Pytlik, "Super Absorbent Polymers," University of Buffalo, hltp://wwwcourses.scns.buffalo.edu/ce435/Diapers/Diapers.html  (version available in 376 patent prosecution file) ("Pytlik")

- Omni Medical AMXD Control Starter Kit Brochure ("Omni Starter Kit Brochure")

- Omni Medical AMXDX – Advanced Mission Extender Device Brochure (available at http://www.omnimedicalsys.com/uploads/AMXDFixedWing.pdf) ("Omni Brochure")

- Omni – In Flight Bladder Relief Presentation (available at https://www.omnimedicalsys.com/uploads/AMXDmax_HSD.pdf) ("Omni Presentation")

- Omni Medical 2015 Catalog, AMXDmax (Advanced Mission Extender Device) In-Flight Bladder Relief (version available in 376 patent prosecution file) ("2015 Omni Catalog")

- 2007 Omni Medical User & Maintenance Guide at pp. 10, 21;

- Omni Medical AMXD/AMXDMax Devices

- PureWick Prior Art Devices (see infra)

- Research and Development Directorate of Department of Health, *Research and Development Work Relating to Assistive Technology 2005-2006*, Nov. 2006 (British Department of Health) ("2006 British Health Publication")

- Sachtman, Noah, "New Relief For Pilots?  It Depends," Wired (May 21, 2008) (available at https://www.wired.com/2008/05/pilot-relief/).

- www.shethinx.com/pages/thinx-it-works

- ASG Service, "Step by Step how Ur24 Works Home, UR24 Medicial Investment Opportunity"  (version available in 376 patent prosecution history)

As a preliminary matter, the Asserted Claims of the 376 Patent and the Asserted Claims of the 989 Patent are entitled to a priority date of no earlier than June 1, 2017, in the case of the 376 Patent, and September 8, 2016, in the case of the 989 Patent. PureWick bears the burden of

establishing an earlier priority date, and PureWick has failed to meet this burden.  In its response to Sage's Interrogatory No. 3, which requested priority date information as well as Section 112 support for the Asserted Claims of the Patents, Plaintiff failed to provide an adequate response as explained in the letter of April 10, 2020, from Bryce Persichetti.  Plaintiff made a blanket allegation that both patents were entitled to a priority date of March 19, 2014, even though many claim elements are missing from the March 19, 2014 application.  The subsequent supplement was likewise deficient as explained in the letter of May 15, 2020, from Bryce Persichetti.  More specifically, mumerous elements were not present in the March 2014 application or later applications sufficient to satisfy Section 112 (the full scope of the invention) including the claimed "fluid impermeable casing…", the "fluid permeable support…", the "fluid permeable membrane…", the "tube….extending behind at least the portion of the support," many of which were added as new matter in the filing of August 29, 2016.  PureWick has relied upon new matter during claim construction.

    To the extent that Plaintiff interprets the Asserted Claims of the 376 and 989 Patents such that the disclosure in the March 19, 2014, application discloses every element of the Asserted Claims of the 376 and 989 Patents, then those Asserted Claims are clearly invalid in view of (including anticipated by) the prior art including the 508 Patent as well as the PureWick Prior Art Devices. With regard to the PureWick Prior Art Devices (addressed infra), again, as with all references, allegations herein are based upon Sage's constructions as well as PureWick's constructions. For example, PureWick has asserted that a casing is any "enclosure," rather than the casing described in the 376/989 patents.

    The charts below identify non-limiting examples of where in each item of prior art each element of each asserted claim is found.  For example, as discussed above, where a single prior art

reference in the charts includes each of the elements of the asserted claim (either expressly and/or inherently), the claimed invention is anticipated by that reference. Where a single prior art reference does not disclose all elements of a claim, the combination of that reference with one (or more) of the references disclosing the missing element(s), or the knowledge of an ordinarily skilled artisan, renders the claimed invention obvious. Similarly, to the extent any cited anticipatory reference is found not to anticipate, that reference – by itself or in combination with one (or more) of the references disclosing the missing element(s) or the knowledge of a person of ordinary skill in the art – renders the claimed subject matter obvious.

The suggested obviousness combinations, as reflected in the charts below, would have been made by one of skill in the art at the time of the alleged inventions embodied by the Asserted Claims of the 376 and 989 Patents. Such combinations are consistent with the principles set forth by the Supreme Court in *KSR Int'l v. Teleflex Inc.*, 127 S. Ct. 1727 (2007), and its progeny. For example, as discussed above, the reasons for combining the references stem (explicitly or implicitly) from: (a) the prior art references themselves; (b) the prior art as a whole; (c) the knowledge, common sense, and creativity of those of ordinary skill in the art; (d) the nature of the problem to be solved; (e) the demands in the design community and/or the marketplace; (f) the simple and predictable substitution of one known element for another in accordance with their known functions; (g) the application of a known technique or method; (h) the obviousness of trying the combination; and/or (i) the general needs and problems in the field.

For instance, Sage incorporates by reference the prior art, as well as the IPR materials and knowledge regarding the state of the art, discussed with respect to the 508 patents and below with respect to the 407 Patent. In addition, the following items and background information were also well known to those skilled in the art at the relevant time for the asserted patent claims (and are also

taught by the prior art identified herein) including at least a year before the earliest possible priority date of March 19, 2014 as well as by the much later actual priority dates.  This is also explained more fully in the declaration of Dr. Newman filed in connection with the 508 Petition for Inter Partes Review, as well as the declarations of Dr. Newman filed in connection with the claim construction briefing, which are hereby incorporated by reference.

(1)     Urine collection devices designed to be placed with an opening next to a patient's urethra so discharged urine is received through the opening, and methods of placing the device to do so.  *See, e.g.*, Van Den Heuvel 823 at Figs. 1-4, 1:27-2:7, 7:22-24, 6:18-26, 7:5-13, 8:22-25; Van Den Heuvel 894 at Figs. 1-4, paras. 5, 13-14, 38-44; Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:8-21, 9:23-28, 10:1-4; Keane 768 at Abstract, Figs. 4, 9-10, 1:67-2:32, 3:60-4:16; Sanchez 508 at Abstract, 1:22-44, 2:1-2, 2:26-46, 3:47-44, Figs. 1-8; Suzuki 250 at Abstract, Figs. 1-5, 8, 11, claim 1, 2:41-55; Chiku 946 at Figs. 6, 10, 12, paras. 20, 21, 25-26; Okabe 547 at Figs. 1-6, Abstract, paras. 1-5, 17-28, 41-42, 49; Macaulay 2007 at pp. 641-643; 2006 British Health Publication at pp. 14-15; Schmitt 710 at Figs. 3-6, cols. 1-2; Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64; Conkling 541 at Figs. 12-15, 6:43-49, 6:62-68, 7:2-5, 7:8-11; Washington 508 at Abstract, Figs. 5-9, 3:1-9; Coley 804 at Figs. 1-5, Abstract, paras. 18-19, 21-24; Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13; Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27; 2015 Omni Catalog at pp. 3-4; Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32; Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55; Omni 2007 AMXD User & Maintenance Guide at pp. 10, 21; Omni AMXD/Dmax devices; PureWick Prior Art Devices; Medtech Finalists 2014; Fell 044 at Figs. 1-8, Abstract, 1:6-50, 3:18-7:42, 23:12-14;

(2)     Urine collection devices with a fluid impermeable casing with a fluid reservoir at one end and a fluid outlet at the other end, allowing for collection and removal of urine from the

device. *See, e.g.*, Van Den Heuvel 823 at Figs. 1-4, 1:27-2:7, 6:18-26, 7:15-20, 7:22-24, 7:25-30, 8:22-25; Van Den Heuvel 894 at Figs. 1-4, paras. 5, 7, 40, 42, 44, 51; Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:8-21, 9:23-28, 10:1-4; Keane 768 at Abstract, Figs. 4, 9-10, 1:67-2:32, 3:60-4:16; Sanchez 508 at Abstract, Fig. 8, 6:21-31; Suzuki 250 at Figs. 1-5, 8, 11, 12:8-12, 12:5-15; Chiku 946 at Figs. 1, 2, 6, 7, Abstract, paras. 6-7, 14; Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13; Macaulay 2007 at pp. 641-643; 2006 British Health Publication at pp. 14-15; Conkling 541 at Figs. 12-15, 3:29-49, 6:43-68, 7:2-11; Schmitt 710 at Figs. 3-6, cols. 1-2; Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27; Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55; Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32; Medtech Finalists 2014; PureWick Prior Art Devices.

(3)     Urine collection devices with a casing made from pliable materials (including a fluid reservoir defined by the casing). *See, e.g.*, Van Den Heuvel 894 at Figs. 1-4, paras. 5, 7, 40, 42, 44, 51; Van Den Heuvel 823 at Figs. 1-4, 6:18-26, 7:5-20, 8:22-25; Keane 768 at Abstract, 1:65-2:10, 2:46-56, 3:49-4:16, Figs. 9-10; Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32; Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55; Conkling 541 at Figs. 12-15, Figs. 12-15, 6:43-68; Sanchez 508 at Abstract, Fig. 8, 3:32-37, 4:25-28, 6:21-31; Lawrence 564 at Figs. 1-10, Abstract, 5:8-6:27, 7:28-56; Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13; Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:8-21, 9:23-28, 10:1-4; Okabe 547 at Figs. 1-6, Abstract, paras. 1-5, 17-28, 41-42, 49; Chiku 946 at Figs. 1, 2, 6, 7, Abstract, paras. 6-7, 14; Fell 044 at Figs. 1-8, Abstract, 1:6-50, 3:18-7:42, 23:12-14.; Omni 2007 AMXD User & Maintenance Guide at pp. 10, 21; Omni AMXD/Dmax devices; Medtech Finalists 2014; PureWick Prior Art Devices; Macaulay 2007 at pp. 641-643;

(4)     Longitudinally extending fluid impermeable layers coupled to a fluid reservoir and outlet and defining a longitudinally elongated opening between them, allowing for urine to enter the collection device. *See, e.g.*, Van Den Heuvel 823 at Figs. 1-4, 1:27-2:7, 6:18-26, 7:15-20, 7:22-

24, 7:25-30, 8:22-25; Van Den Heuvel 894 at Figs. 1-4, paras. 5, 7, 17, 23, 40, 44; Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:8-21, 9:23-28, 10:1-4; Keane 768 at Abstract, Figs. 4, 9-10, 1:67-2:32, 3:60-4:16; Sanchez 508 at Abstract, Figs. 1-8, 6:21-31; Suzuki 250 at Figs. 1-5, 8, 11, 12:5-15; Okabe 547 at Figs. 1-6, Abstract, paras. 1-5, 17-28, 41-42, 49; Chiku 946 at Figs. 1, 2, 6, 7, Abstract, paras. 6-7, 9, 14; Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13; Macaulay 2007 at pp. 641-643; 2006 British Health Publication at pp. 14-15; Conkling 541 at Figs. 12-15, 3:29-49, 6:43-68, 7:2-11; Coley 804 at Figs. 1-5, Abstract, paras. 18-19, 21-24; Washington 508 at Figs. 1-5, Abstract, 2:27-33, 2:60-68, 6:22-38, 6:60-68, 12:17-30; Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55; Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32; Omni 2007 AMXD User & Maintenance Guide at pp. 10, 21; Omni AMXD/Dmax devices; Medtech Finalists 2014; PureWick Prior Art Devices.

(5)    Urine collection devices with a fluid permeable support inside a casing that extends across an elongated opening in the casing, facilitating collection of urine. *See, e.g.*, Van Den Heuvel 823 at Figs. 1-4, 1:27-2:7, 6:18-26, 6:28-7:3, 7:15-20, 7:22-24, 7:25-30, 8:17-20, 8:22-25; Van Den Heuvel 894 at Figs. 1-4, paras. 5, 7, 13-14, 38-44; Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:8-28, 10:1-9; Keane 768 at Abstract, Figs. 4, 9-10, 3:75-4:16; Sanchez 508 at Abstract, Fig. 8, 6:21-31; Suzuki 250 at Abstract, Figs. 1-5, 8, 11, 2:41-55, 12:5-21; Okabe 547 at Figs. 1-6, Abstract, paras. 1-5, 17-28, 41-42, 49; Coley 804 at Figs. 1-5, Abstract, paras. 18-19, 21-24; Chiku 946 at Figs. 1, 2, 6, 7, Abstract, claim 10, paras. 8, 14-15; Macaulay 2007 at pp. 641-643; 2006 British Health Publication at pp. 14-15; Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13; Conkling 541 at Figs. 12-15, 3:29-49, 6:43-68, 7:2-11; Washington 508 at Figs. 1-5, Abstract, 2:27-33, 2:60-68, 6:22-38, 6:60-68, 12:17-30; 4:2-7; Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55; Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32; Fell 044 at Figs. 1-8, Abstract, 1:6-50, 3:18-7:42, 23:12-14; Omni

2007 AMXD User & Maintenance Guide at pp. 10, 21; Omni AMXD/Dmax devices; Medtech Finalists 2014; PureWick Prior Art Devices.

(6)      A casing that is cylindrical or substantially cylindrical.  *See, e.g.*, Coley 804 at Figs. 1-5, Abstract, paras. 18-19, 21-24; Lawrence 564 at Fig. 14, 11:24-35; Lawrence 222 at Fig. 14, 11:24-35; Washington 508 at Fig. 1, 2:27-33, 2:60-68, 6:22-38, 6:60-68, 12:17-30; Duhamel 102 at Fig. 2, 1:65-2:14; Kraus 703 at Abstract, Figs. 1-6, 3:37-4:62; Duke 046 at Figs. 2, 4; Carns 997 at Fig. 4, Abstract; Robertson 771 at Fig. 1, Abstract; Sanchez 508 at Abstract, Fig. 8, 6:21-31; Van Den Heuvel 823 at Figs. 1-4, 1:27-2:7, 6:18-26, 6:28-7:3, 7:15-20, 7:22-24, 7:25-30, 8:17-20, 8:22-25; Van Den Heuvel 894 at Figs. 1-4, paras. 5, 7, 13-14, 38-44; Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:8-28, 10:1-9; Keane 768 at Abstract, Figs. 4, 9-10, 3:75-4:16; Okabe 547 at Figs. 1-6, Abstract, paras. 1-5, 17-28, 41-42, 49; Macaulay 2007 at pp. 641-643; Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55; Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32; Fell 044 at Figs. 1-8, Abstract, 1:6-50, 3:18-7:42, 23:12-14; Omni 2007 AMXD User & Maintenance Guide at pp. 10, 21; Omni AMXD/Dmax devices; Medtech Finalists 2014; PureWick Prior Art Devices.

(7)      A support that is cylindrical or substantially cylindrical.  *See* Sanchez 508 at Abstract, Fig. 8, 6:21-31; Coley 804 at Figs. 1-5, Abstract, paras. 18-19, 21-24; Washington 508 at Fig. 1, 2:27-33, 2:60-68, 6:22-38, 6:60-68, 12:17-30;  Jones 080 at Figs. 1-7, 1:59-89, 2:52-79; Flower 300 at Figs. 2, 7, 1:11-15, 2:22-24, 3:23-32; Hirschman 277 at Figs. 1-9, 1:33-40, 2:24-50; Larson 025 at Abstract, Fig. 2, 3:21-25, 4:47-52;  Brennan 465 at 4:16-66, Figs. 1-2, 6;  McGuire 347 at Figs. 1-4, Abstract, 2:35-40, 5:25-30, 6:1-35; Lawrence 564 at Fig. 14, 11:24-35; Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54; Mombrinie 639 at Figs. 1-9, paras. 13-14, 31-38, 40, 43; Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32; Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55; Van Den Heuvel 823 at Figs. 1-4, 1:27-2:7, 6:18-26, 6:28-7:3, 7:15-20, 7:22-24, 7:25-30, 8:17-20, 8:22-

25; Van Den Heuvel 894 at Figs. 1-4, paras. 5, 7, 13-14, 38-44; Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:8-28, 10:1-9; Keane 768 at Abstract, Figs. 4, 9-10, 3:75-4:16; Okabe 547 at Figs. 1-6, Abstract, paras. 1-5, 17-28, 41-42, 49; Macaulay 2007 at pp. 641-643; Fell 044 at Figs. 1-8, Abstract, 1:6-50, 3:18-7:42, 23:12-14; Omni 2007 AMXD User & Maintenance Guide at pp. 10, 21; Omni AMXD/Dmax devices;  Medtech Finalists 2014; PureWick Prior Art Devices.

(8) A support that has a lumen with a urine removal tube within the lumen. *See* Sanchez 508 at Abstract, Fig. 8, 6:21-31; Kuntz 166 at Fig. 2, 2:38-47, 3:42-45, 3:61-64, 4:17-32; Kuntz 355 at Figs. 3-5, 2:9-12, 5:3-5; Van Den Heuvel 823 at Figs. 1-4, 1:27-2:7, 6:18-26, 6:28-7:3, 7:15-20, 7:22-24, 7:25-30, 8:17-20, 8:22-25; Van Den Heuvel 894 at Figs. 3-4, paras. 19, 47; Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:25-10:9; Macaulay 2007 at pp. 641-643; Jones 080 at Figs. 1-7, 1:59-89, 2:52-79; Flower 300 at Figs. 2, 7, 1:11-15, 2:22-24, 3:23-32; Larson 025 at Abstract, Fig. 2, 3:21-25, 4:47-52;  Brennan 465 at 4:16-66, Figs. 1-2, 6; McGuire 347 at Figs. 1-4, Abstract, 2:35-40, 5:25-30, 6:1-35; Medtech Finalists 2014; PureWick Prior Art Devices.

(9) Urine collection devices with a fluid permeable support and reservoir that are distinct from, but next to, each other. *See, e.g.*, Van Den Heuvel 823 at Figs. 1-4, 6:18-26, 7:15-20, 7:22-24, 8:22-25; Van Den Heuvel 894 at Figs. 1-4, paras. 42, 44; Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:17-19; Keane 768 at Abstract, Figs. 9-10, 3:75-4:25; Sanchez 508 at Abstract, Fig. 8, 6:21-31; Suzuki 250 at Fig. 11, 12:5-21; Chiku 946 at Figs. 1, 2, 6, 7, claim 10, Abstract, paras. 6-8, 14; Macaulay 2007 at pp. 641-643; 2006 British Health Publication at pp. 14-15; Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13; Conkling 541 at Figs. 12-15, 6:43-68; Washington 508 at Figs. 1-5, 2:24-67, 5:22-6:67; Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32; Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55; Sweetser 793 at Figs. 1-2, 3:35-4:31; Triunfol 675 at Figs. 1-5, claims 1-

4, 3:66-4:7, 4:2-7; Omni 2007 AMXD User & Maintenance Guide at pp. 10, 21; Omni

AMXD/Dmax devices; Medtech Finalists 2014; PureWick Prior Art Devices.

(10)　Urine collection devices with a fluid permeable membrane on a fluid permeable

support, allowing for enhanced urine collection.  *See, e.g.*, Van Den Heuvel 823 at 1:27-2:12, 2:25-

27, claims 1-2 (*see also* WO00/57784 at 9:7-10:9, Fig. 5b); Van Den Heuvel 894 at para. 5; Wolff

784 at Abstract, Figs. 1a, 5a, 5b, 9:25-10:9; Keane 768 at Abstract, Figs. 4, 9-10, 1:67-2:32, 3:60-

4:16; Sanchez 508 at Abstract, Fig. 8, 3:22-49, 6:21-31; Suzuki 250 at Abstract, Figs. 1-5, 8, 11,

11:65-12:4; Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64; Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35,

9:49-61; Lawrence 564 at Figs. 1-10, Abstract, 5:8-6:27, 7:28-56; Lawrence 222 at Figs. 1-10, 14,

Abstract, 5:8-6:27, 7:28-56, 11:24-36; Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32; Wolff 066 at

Fig. 5b, 5:56-6:35; Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46; Macaulay 2007 at pp. 641-

643; Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32; Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11,

4:7-6:55; Mahnensmith 080 at Abstract, Figs. 1-5, paras. 10-11, 20-22, 24, 30-31; Mahnensmith

262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56; Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-

6:3, 9:5-16, 9:24-27; Omni 2007 AMXD User & Maintenance Guide at pp. 10, 21; Omni

AMXD/Dmax devices; Medtech Finalists 2014;  PureWick Prior Art Devices; Fell 044 at Figs. 1-

8, Abstract, 1:6-50, 3:18-7:42, 23:12-14.

(11)　Urine collection devices with a fluid permeable membrane on a support that is inside

a casing, where the membrane covers a portion of the support that extends across an opening of the

casing.  *See, e.g.*, Van Den Heuvel 823 at Figs. 1-4, 1:27-2:15, 2:25-27, 6:18-26, 7:15-20, 7:22-24,

7:25-30, 8:22-25; Van Den Heuvel 894 at Figs. 1-4, paras. 5-6, 13-14, 38-44; Wolff 784 at Abstract,

Figs. 1a, 5a, 5b, 9:8-21, 9:23-10:9; Keane 768 at Abstract, Figs. 4, 9-10, 1:67-2:32, 3:60-4:16;

Sanchez 508 at Abstract, Fig. 8, 3:22-49, 6:21-31; Suzuki 250 at Abstract, Figs. 1-5, 8, 11, 11:65-

12:4, 12:5-21; Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32; Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55; Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27; Macaulay 2007 at pp. 641-643; Okabe 547 at Figs. 1-6, Abstract, paras. 1-5, 17-28, 41-42, 49; Omni 2007 AMXD User & Maintenance Guide at pp. 10, 21; Omni AMXD/Dmax devices; Medtech Finalists 2014; PureWick Prior Art Devices; Fell 044 at Figs. 1-8, Abstract, 1:6-50, 3:18-7:42, 23:12-14.

(12)    A urine collection device that is configured so that a fluid permeable membrane engages tissue surrounding the urethral opening. *See, e.g.*, Van Den Heuvel 823 at Figs. 1-4, 1:27-2:15, 2:25-27, 6:18-26, 7:15-20, 7:22-24, 7:25-30, 8:22-25; Van Den Heuvel 894 at Figs. 1-4, paras. 5-6, 23, 44; Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:7-19, 9:8-21, 9:23-10:9; Keane 768 at Abstract, Figs. 4, 9-10, 1:34-36, 1:67-2:32, 3:60-4:16; Sanchez 508 at Abstract, Fig. 8, 3:22-49, 4:7-9, 6:21-31; Okabe 547 at Figs. 1-6, Abstract, paras. 1-5, 17-28, 41-42, 49; Coley 804 at Figs. 1-5, Abstract, paras. 18-19, 21-24; Suzuki 250 at Abstract, Figs. 1-5, 8, 11, claim 1, 2:41-55, 11:65-12:4; Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32; Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55; Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33; Fell 044 at Fig. 1, Abstract, 23:12-14; Tong 356 at Figs. 1-5, 4:11-26; McGuire 981 at 1:71-2:16; Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27; Macaulay 2007 at pp. 641-643; 2015 Omni Catalog at pp. 3-4; Omni 2007 AMXD User & Maintenance Guide at pp. 10, 21; Omni AMXD/Dmax devices; Medtech Finalists 2014; PureWick Prior Art Devices.

(13)    Using a fabric sleeve or ribbed knit fabric as a permeable membrane. *See, e.g.*, Jones 080 at Figs. 1-7, 1:59-89, 2:52-79; Flower 300 at Figs. 2, 7, 1:11-15, 2:22-24, 3:23-32; Larson 025 at Abstract, Fig. 2, 3:21-25, 4:47-52; Brennan 465 at 4:16-66, Figs. 1-2, 6; Lawrence 564 at Fig. 14, 11:24-35; Sanchez 508 at Abstract, Fig. 8, 3:22-49, 4:7-9, 6:21-31; Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32; Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55; Kuntz 355 at Abstract,

Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55; Schmidt 688 at Figs. 4-7, 4:29-68, 5:43-62; McGuire 981 at 1:71-2:16; Tong 356 at Figs. 1-5, 4:11-26; Fell 044 at Fig. 1, Abstract, 23:12-14; Medtech Finalists 2014; PureWick Prior Art Devices.

(14)   A permeable membrane that includes a wicking material. *See, e.g.*, Sanchez 508 at Abstract, Fig. 8, 3:22-49, 4:7-9, 6:21-31; Kuntz 166 at Abstract, Figs. 2-6, 2:43-47, 2:48-69; Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55; Mahnensmith 080 at Abstract, Figs. 1-5, paras. 9-11, 17, 21-22, 24, 30-31; Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-50, 2:51-59, 2:59-67, 3:45-4:19, 5:15-24, 5:27-43, 6:18-43; Keane 768 at Abstract, 1:34-36, 1:65-2:10, 2:46-56, Fig. 4; Van Den Heuvel 823 at Figs. 1-4, 1:27-2:15, 2:25-27, 6:18-26, 7:15-20, 7:22-24, 7:25-30, 8:22-25; Van Den Heuvel 894 at Figs. 1-4, paras. 5-6, 23, 44; Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:7-19, 9:8-21, 9:23-10:9; Coley 804 at Figs. 1-5, Abstract, paras. 18-19, 21-24; Lawrence 564 at Figs. 1-10, 14, Abstract, 4:47-55, 5:8-6:27, 6:21-25, 6:40-42, 7:28-56, 11:1-19, 11:24-36, claim 6; Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32; Lawrence 222 at Figs. 1-10, 14, Abstract, 4:47-55, 5:8-6:27, 6:21-25, 6:40-42, 7:28-56, 11:1-19, 11:24-36, claim 6; Cheng 133 at Figs. 7A-9, 16:53-17:54; Macaulay 2007 at pp. 641-643; Omni 2007 AMXD User & Maintenance Guide at pp. 10, 21; Omni AMXD/Dmax devices; Medtech Finalists 2014; PureWick Prior Art Devices; Fell 044 at Figs. 1-8, Abstract, 1:6-50, 3:18-7:42, 23:12-14.

(15)   Urine collection devices that use a tube to remove urine from the device with one end of the tube in the reservoir and where the tube extends through the fluid outlet to the fluid discharge end of the device (in many cases, the tube has openings only at its ends with a lumen coupling the two openings). *See, e.g.*, Van Den Heuvel 823 at Figs. 1-4, 2:14-17, 3:21-25, 4:13-19, 7:15-30; Van Den Heuvel 894 at Figs. 1-4, paras. 19, 42, 44, 47; Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 6:1-7, 9:8-21, 9:23-10:9; Keane 768 at Abstract, Figs. 4, 9-10, 1:67-2:32, 3:60-4:34;

Sanchez 508 at Abstract, Fig. 8, 3:22-49, 6:21-31; Suzuki 250 at Figs. 1-5, 8, 11, 3:4-13, 6:3-6, 12:5-21; Chiku 946 at Figs. 5, 10, 1, 2, 7, Abstract, paras. 11-12; Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13; Macaulay 2007 at pp. 641-643; 2006 British Health Publication at pp. 14-15; Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32; Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55; Medtech Finalists 2014; PureWick Prior Art Devices.

(16)     Urine collection devices with a fluid discharge tube that extends behind a fluid permeable membrane and support.  *See, e.g*., Van Den Heuvel 823 at Figs. 1-4, 2:14-17, 3:21-25, 4:13-19, 7:15-30; Van Den Heuvel 894 at Figs. 1-4, 19, 47; Keane 768 at Abstract, Figs. 4, 9-10, 1:67-2:32, 3:60-4:34; Sanchez 508 at Abstract, Fig. 8, 3:22-49, 6:21-31; Suzuki 250 at Abstract, Figs. 1-5, 8, 11, 11:65-12:4, 12:5-21; Chiku 946 at Figs. 1, 2, 6, 7, paras. 6-7, 9, 14; Mizuguchi 641 at Figs. 1, 2, 6, 7, paras. 6-7, 9, 14; Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13; Macaulay 2007 at pp. 641-643; 2006 British Health Publication at pp. 14-15; Wolff 066 at Fig. 5b, 5:56-6:35; Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46; Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:7-19, 9:8-21, 9:23-10:9; Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32; Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55; Tsai 554 at Figs. 2, 3, 5, 5:22-24; Medtech Finalists 2014; PureWick Prior Art Devices.

(17)     Urine collection devices configured so that discharged urine passes through an opening in a casing or fluid impermeable layer of the device, through a membrane and a support, and into a reservoir where the urine is withdrawn via a discharge tube.  *See, e.g.*, Van Den Heuvel 823 at Figs. 1-4, 2:14-17, 3:21-25, 4:13-19, 6:28-7:3, 7:15-30, 8:17-20; Van Den Heuvel 894 at Figs. 1-4, paras. 17, 20-21, 44; Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 6:1-7, 9:7-19, 9:8-21, 9:23-10:9; Keane 768 at Abstract, Figs. 4, 9-10, 1:67-2:32, 3:60-4:34; Sanchez 508 at Abstract, Fig. 8, 3:22-49, 6:21-31; Okabe 547 at Figs. 1-6, Abstract, paras. 1-5, 17-28, 41-42, 49; Suzuki 250 at

Abstract, Figs. 1-5, 8, 11, 2:41-55, 3:4-13, 6:3-6, 11:65-12:4, 12:5-21; Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32; Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55; Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27; Macaulay 2007 at pp. 641-643; Omni 2007 AMXD User & Maintenance Guide at pp. 10, 21; Omni AMXD/Dmax devices; Medtech Finalists 2014; PureWick Prior Art Devices.

(18)   Urine collection devices held in place solely by frictional engagement with or between the labia or other portions of the user's body surrounding the urethral opening. *See, e.g.*, Sanchez 508 at 5:14-16; Coley 804 at Figs. 1-5, Abstract, paras. 18-19, 21-25; Nolan 144 at Figs. 1-6, 1:55-82, 2:69-77; Swiecicki 634 at Figs. 1-8, 2:14-34, 4:59-5:9, 11:42-61; Hirschman 277 at Figs. 1-9, 1:33-40, 2:24-50; Van Den Heuvel 823 at Figs. 1-4, 1:27-2:7, 7:22-24, 6:18-26, 7:5-13, 8:22-25;  Van Den Heuvel 894 at Figs. 1-4, paras. 5, 13-14, 38-44; Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:8-21, 9:23-28, 10:1-4; Keane 768 at Abstract, Figs. 4, 9-10, 1:67-2:32, 3:60-4:16; Sanchez 508 at Abstract, 1:22-44, 2:1-2, 2:26-46, 3:47-44, Figs. 1-8; Okabe 547 at Figs. 1-6, Abstract, paras. 1-5, 17-28, 41-42, 49; Macaulay 2007 at pp. 641-643; 2006 British Health Publication at pp. 14-15; Washington 508 at Abstract, Figs. 5-9, 3:1-9; 2015 Omni Catalog at pp. 3-4; Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32; Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55; Omni 2007 AMXD User & Maintenance Guide at pp. 10, 21; Omni AMXD/Dmax devices; Medtech Finalists 2014; PureWick Prior Art Devices; Fell 044 at Figs. 1-8, Abstract, 1:6-50, 3:18-7:42, 23:12-14.

(19)   Urine collection devices held in place by engagement between one end of the casing and a user's perineum. *See, e.g.,* Sanchez 508 at 5:14-16; Coley 804 at Figs. 1-5, Abstract, paras. 18-19, 21-25; Nolan 144 at Figs. 1-6, 1:55-82, 2:69-77; Swiecicki 634 at Figs. 1-8, 2:14-34, 4:59-5:9, 11:42-61; Van Den Heuvel 823 at Figs. 1-4, 1:27-2:7, 7:22-24, 6:18-26, 7:5-13, 8:22-25;  Van

Den Heuvel 894 at Figs. 1-4, paras. 5, 13-14, 38-44; Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:8-21, 9:23-28, 10:1-4; Keane 768 at Abstract, Figs. 4, 9-10, 1:67-2:32, 3:60-4:16; Sanchez 508 at Abstract, 1:22-44, 2:1-2, 2:26-46, 3:47-44, Figs. 1-8; Okabe 547 at Figs. 1-6, Abstract, paras. 1-5, 17-28, 41-42, 49; Macaulay 2007 at pp. 641-643; 2006 British Health Publication at pp. 14-15; Washington 508 at Abstract, Figs. 5-9, 3:1-9; 2015 Omni Catalog at pp. 3-4; Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32; Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55; Omni 2007 AMXD User & Maintenance Guide at pp. 10, 21; Omni AMXD/Dmax devices; Medtech Finalists 2014; PureWick Prior Art Devices; Fell 044 at Figs. 1-8, Abstract, 1:6-50, 3:18-7:42, 23:12-14.

(20)   Urine collection devices that are curved with a fluid opening on the inside of the curve for positioning next to the user's urethra and where one end of the device is adjacent to the user's anus. *See* Sanchez 508 at Fig. 5, 5:14-16; Coley 804 at Figs. 1-5, Abstract, paras. 18-19, 21-25; Van Den Heuvel 823 at Figs. 1-4, 6:18-26, 7:5-13, 8:22-25, 7:23-25; Van Den Heuvel 894 at Figs. 1-4, paras. 17, 41, 43, 48; Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:7-19; Keane 768 at Abstract, Figs. 9-10, 3:75-4:4; Washington 508 at Abstract, Figs. 5-9, 3:1-9, 7:8-8:45; Suzuki 250 at Abstract, Figs. 1-5, 8, 11, 2:41-55, claim 1; Chiku 946 at Figs. 6, 10, 12, paras. 20, 21, 25-26; Mizuguchi 641 at Figs. 6, 10, 12, paras. 20, 21, 25-26; Ishii 108 at Figs. 1-4, paras 1-13; Macaulay 2007 at pp. 641-643; 2006 British Health Publication at pp. 14-15; Schmitt 710 at Figs. 3-6, cols. 1-2; Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64; Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61; Conkling 541 at Figs. 12-15, 7:2-5, 7:8-11; Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13; Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32; Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55; 2015 Omni Catalog at pp. 3-4; Omni 2007 AMXD User & Maintenance Guide at pp. 10, 21; Omni AMXD/Dmax devices; Medtech Finalists 2014; PureWick Prior Art Devices; Fell 044 at Figs. 1-8, Abstract, 1:6-50, 3:18-7:42, 23:12-14.

(21)     Urine collection devices with a curved design with a fluid opening on the inside of the curve for positioning next to a female user's urethra where the end of the device that is adjacent to the user's anus has a reservoir and the opposite end above the urethra has a fluid outlet.  *See, e.g.*, Van Den Heuvel 823 at Figs. 1-4, 6:18-26, 7:5-13, 8:22-25, 7:23-25; Van Den Heuvel 894 at Figs. 1-4, paras. 41, 43, 44; Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:7-19, 9:8-21, 9:23-10:9; Keane 768 at Abstract, Figs. 4, 9-10, 1:67-2:32, 3:75-4:4; Sanchez 508 at Abstract, Fig. 8, 3:22-49, 6:21-31; Okabe 547 at Figs. 1-6, Abstract, paras. 1-5, 17-28, 41-42, 49; Suzuki 250 at Abstract, Figs. 1-5, 8, 11, 2:41-55, claim 1; Chiku 946 at Figs. 6, 10, 12, paras. 20, 21, 25-26; Mizuguchi 641 at Figs. 6, 10, 12, paras. 20, 21, 25-26; Ishii 108 at Figs. 1-4, paras 1-13; Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13; Macaulay 2007 at pp. 641-643; 2006 British Health Publication at pp. 14-15; Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32; Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55; Medtech Finalists 2014; PureWick Prior Art Devices.

(22)     Permeable materials made from spun plastic, including a fluid permeable support made out of spun plastic. *See, e.g.*, Van Den Heuvel 823 at 8:19-20; Van Den Heuvel 894 at para. 52; Wolff 784 at 9:25-28, 10:1-4; Philips 505 at Figs. 18-22, 21:35-64, 26:40-27:42; Bond 845 at Abstract, ¶¶ 72, 205; Petryk 872 at ¶¶ 73-74, 117; Kuntz 166 at 1:63-2:2, *see also* DesMarais 130 at 5:1-3, 4:13-52; Macaulay 2007 at pp. 641-643; Fell 044 at 3:61-67, 5:1-3, 5:37-40, 23:13-14; Okabe 547 at Figs. 1-6, Abstract, paras. 18; Tong 356 at 4:30-33, 5:19-20, 6:29-30; Medtech Finalists 2014; PureWick Prior Art Devices.

(23)     Connecting a fluid receptacle to the discharge end of a tube to allow urine withdrawn from a fluid reservoir to enter it.  *See, e.g.*, Van Den Heuvel 823 at Figs. 1-4, 2:14-17, 3:21-25, 4:13-19, 7:15-30; Van Den Heuvel 894 at Figs. 1-4, paras. 5-6, 21, 46; Wolff 784 at Abstract, Figs. 1a-5b, 2:4-10, 5:12-30, 6:1-7, 9:3-5; Macaulay 2007 at pp. 641-643; 2006 British Health

Publication at pp. 14-15; Keane 768 at 1:31-41, 2:6-10; Sanchez 508 at Abstract, Fig. 8, 3:22-49, 6:21-31; Schmitt 710 at Figs. 3-6, cols. 1-2; Okabe 547 at Figs. 1-6, Abstract, paras. 1-5, 17-28, 41-42, 49; Chiku 946 at Figs. 5, 12, claim 14, paras. 18-19; Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13; Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32; Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55; Lawrence 222 at Figs. 6-10, 14, Abstract, 4:47-55, 5:8-6:27, 6:21-25, 6:40-42, 7:28-56, 8:8-29, 8:38-10:29, 11:1-19, 11:24-36; Washington 508 at Figs. 6-9, 2:33-38, 5:63-6:10; Medtech Finalists 2014; 2015 Omni Catalog at pp. 3-4; Omni 2007 AMXD User & Maintenance Guide at pp. 10, 21; Omni AMXD/Dmax devices; PureWick Prior Art Devices; Martin 061 at Figs. 1, 8, 2:65-3:14, 3:15-21, 4:34-38, 5:10-51.

(24)    Connecting a vacuum source connected to the discharge end of a urine discharge tube to assist in withdrawing urine from the fluid reservoir. *See, e.g.*, Van Den Heuvel 823 at 1:27-2:7; Van Den Heuvel 894 at Figs. 1-4, paras. 5-6, 21, 46; Wolff 784 at Abstract, Figs. 1a-5b, 2:4-10, 5:12-30, 6:1-7, 9:3-5; Macaulay 2007 at pp. 641-643; 2006 British Health Publication at pp. 14-15; Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35; Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46; Keane 768 at 1:31-41, 2:6-10; Sanchez 508 at Abstract, Fig. 8, 3:22-49, 6:21-31; Schmitt 710 at Figs. 3-6, cols. 1-2; Okabe 547 at Figs. 1-6, Abstract, paras. 1-5, 17-28, 41-42, 49; Chiku 946 at Figs. 5, 12, claim 14, paras. 18-19; Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13; Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32; Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55; Lawrence 564 at Figs. 6-10, 14, Abstract, 4:47-55, 5:8-6:27, 6:21-25, 6:40-42, 7:28-56, 8:8-29, 8:38-10:29, 11:1-19, 11:24-36; Medtech Finalists 2014; 2015 Omni Catalog at pp. 3-4; Omni 2007 AMXD User & Maintenance Guide at pp. 10, 21; Omni AMXD/Dmax devices; PureWick Prior Art Devices.

(25)    Using a vacuum-induced pressure differential to withdraw urine through a tube at a flow rate equal to the urine discharge rate in a urination event (including without causing the reservoir to block the tube).  *See, e.g.*, Van Den Heuvel 823 at 1:27-2:7; Van Den Heuvel 894 at paras. 5-6, 8, 21; Wolff 784 at Abstract, Figs. 1a-5b, 2:4-10, 5:12-30, 6:1-7, 6:9-12, 7:8-12, 9:3-5; Macaulay 2007 at pp. 641-643; 2006 British Health Publication at pp. 14-15; Wolff 066 at 2:1-2; Wolff 131 at para. 3; Chiku 946 at para. 19; Mizuguchi 641 at Figs. 1-10, Abstract, paras 6-11, 14-21, 23-26; Otto 137 at Figs. 1-2, 3:7-64, 4:10-28; Sanchez 508 at 4:55-64.

(26)    Using the above referenced urine collection devices in methods of collecting and removing urine from a user by, for example, positioning the device so that it is disposed with a female user's urethral opening, allowing urine to be received through an opening in the device, and allowing the discharged urine to be withdrawn via a discharge tube.  *See, e.g.*, Van Den Heuvel 823 at Figs. 1-4, 7:23-30; Van Den Heuvel 894 at Figs. 1-4, paras. 23, 28, 41, 43, 44; Wolff 784 at Abstract, Figs. 1a-5b, 9:7-19; Keane 768 at Abstract, Figs. 4, 9-10, 1:31-41, 1:67-2:32, 3:60-4:16; Sanchez 508 at Abstract, Fig. 8, 3:22-49, 6:21-31; Suzuki 250 at Abstract, Fig. 1, 3:4-13, 6:3-6; Okabe 547 at Figs. 1-6, Abstract, paras. 1-5, 17-28, 41-42, 49; Chiku 946 at Figs. 6, 10, 12, paras. 20-21, 25-26; Macaulay 2007 at pp. 641-643; 2006 British Health Publication at pp. 14-15; Schmitt 710 at Figs. 3-6, cols. 1-2; Conkling 541 at Figs. 12-15, 7:2-5, 7:8-11; Washington 508 at Figs. 5-9, 3:1-9; Medtech Finalists 2014; 2015 Omni Catalog at pp. 3-4; Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32; Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55; Omni 2007 AMXD User & Maintenance Guide at pp. 10, 21; Omni AMXD/Dmax devices; PureWick Prior Art Devices.

(27)    Removing the urine collection device from a user and adding another urine collection device as needed.  *See, e.g.*, Kuntz 355 at 9:33-53; Van Den Heuvel 823 at Figs. 1-4, 1:27-2:15, 2:25-27, 6:18-26, 7:15-20, 7:22-24, 7:25-30, 8:22-25; Van Den Heuvel 894 at Figs. 1-4,

paras. 5-6, 23, 44; Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:7-19, 9:8-21, 9:23-10:9; Keane 768 at Abstract, Figs. 4, 9-10, 1:31-41, 1:67-2:32, 3:60-4:16; Washington 508 at Figs. 5-9, 3:1-9, 4:17-23, 7:8-8:31; Kuntz 166 at Abstract, Figs. 1-8, 5:59-6:17; Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55; Okabe 706 at 8:21-26; Okabe 547 at para. 41; Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33, 5:66-6:4; Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64; Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61; Wada 460 at 9:32-35; Tazoe 205 at 5:40-45; Tazoe 292 at para. 42; Coley 804 at Figs. 1-5, Abstract, paras. 18-19, 21-24; Nolan 144 at Figs. 1-6, 1:55-82, 2:69-77; Swiecicki 634 at Figs. 1-8, 2:14-34, 4:59-5:9, 11:42-61; Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27; Macaulay 2007 at pp. 641-643; Medtech Finalists 2014; 2015 PureWick brochure at pp. 1-4; Fell 044 at Figs. 1-8, Abstract, 1:6-50, 3:18-7:42, 23:12-14; Omni 2007 AMXD User & Maintenance Guide at pp. 10, 21; Omni AMXD/Dmax devices; PureWick Prior Art Devices.

As shown by the above examples (and the charts below), the differences, if any, between the relevant prior art references and the Asserted Claims of the 376 Patent were known and would have been within the knowledge and common sense of one of ordinary skill in the art, and modification, if any, to achieve the claimed invention would have been a routine choice with a reasonable expectation of success. In addition, or alternatively, one of ordinary skill in art would have been motivated to combine one or more of the references as they nearly all pertain, generally, to urine collection systems or apparatuses.

As noted above, the following charts identify where in each item of prior art each element of each asserted claim is found. The citations in the charts are representative and should not be construed as limiting. As mentioned above, the charts below reflect alternative views of the meaning of claim language including Sage's understanding of Plaintiff's position regarding the

construction of the claims, and Sage makes no admissions regarding any alleged infringement. Moreover, by addressing any claim language in the charts below, Sage makes no admission as to whether or not that language serves as a limitation of the claim.

## U.S. Patent No. 10,226,376 (Claims 1, 4-6, 9, and 11-13)

| 376 Patent Claim Language | Prior Art |
|---|---|
| **Claim 1** | |
| 1. An apparatus comprising: | To the extent the preamble is limiting, the below-cited references each disclose an apparatus. |
| a fluid impermeable casing having a fluid reservoir at a first end, | Apparatuses with fluid impermeable casings having a fluid reservoir at one end were well known at the time of the alleged invention.[4]<br><br>• Duke 046 at Figs. 1-3, 1:63-2:2;<br>• Keane 768 at Abstract, Figs. 4, 9-10, 1:67-2:32, 3:75-4:16;<br>• Ellis 185 at Figs. 1-3, 2:55-3:3;<br>• Flower 300 at Figs. 2, 7, 1:11-15, 2:22-24, 3:23-32;<br>• Larson 025 at Abstract, Fig. 2, 3:21-25, 4:47-52;<br>• Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33, 5:34-6:4, 6:36-43;<br>• Kraus 703 at Abstract, Figs. 1-6, 3:37-4:62;<br>• Triunfol 675 at Figs. 1-5, claims 1-4, 3:66-4:7, 4:2-7;<br>• Martin 061 at Figs. 1, 8, 2:65-3:14, 3:15-21, 4:34-38, 5:10-51;<br>• Nussbaumer 160 at Figs. 1-9, 2:23-44, 2:50-59, 3:20-41, 4:5-13, 5:10-15;<br>• Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32; |

---

[4] For purposes of the 376 and 989 Patent, it is generally assumed that the time of the alleged invention is the earliest alleged priority date of March 2014 despite Plaintiff's failure to provide adequate evidence on this issue. Of course, what was known as of that date was also known at later dates. However, as discussed above, PureWick has not established that the priority date of the 376 and 989 patents are no earlier than their filing dates. Moreover, as discussed above, the evidence shows that numerous claim elements were missing from the disclosures prior to August 29, 2016.

| 376 Patent Claim Language | Prior Art |
|---|---|
| | • Ehrenkranz 215 at Abstract, Figs. 1-9B;<br>• Brennan 465 at 4:16-66, Figs. 1-2, 6;<br>• Washington 508 at Figs. 1-5, 11-12, 2:24-27, 2:40-52, 5:22-62, 10:23-34;<br>• Conkling 541 at Figs. 12-15, Figs. 12-15, 3:29-49, 6:43-68, 7:2-11;<br>• Nigay 463 at Figs. 1-3, 1:65-2:62;<br>• McGuire 347 at Figs. 1-4, Abstract, 2:35-40, 5:25-30, 6:1-35;<br>• Carns 997 at Figs. 2-5, 6:15-31;<br>• Kubo 983 at Figs. 1a-2, Abstract, 2:44-3:5, 4:19-33, 5:8-27;<br>• Kubo 052 at Figs. 1a-4, Abstract, 3:53-4:59;<br>• Lawrence 564 at Figs. 1-10, Abstract, 5:8-6:27, 7:28-56;<br>• Lawrence 222 at Figs. 1-10, 14, Abstract, 5:8-6:27, 7:28-56, 11:24-36;<br>• Etheredge 606 at Figs. 1-3, Abstract, 4:7-60, 5:212-54;<br>• Kraus 339 at Abstract, Figs. 1-7, 4:47-5:15;<br>• Cheng 133 at Figs. 7A-9, 16:53-17:54;<br>• Snyder 560 at Figs. 1-5, 4:5-5:47;<br>• Sweetser 793 at Figs. 1-2, 3:35-4:31;<br>• Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64;<br>• Scott 384 at 3:15-31, Figs. 3-4;<br>• Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35;<br>• Otto 137 at Figs. 1-2, 3:7-64, 4:10-28;<br>• Fell 044 at Figs. 1-8, Abstract, 1:6-50, 3:18-7:42, 23:12-14;<br>• Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61;<br>• Harvie 964 at Figs. 1-3, 9:25-10:45;<br>• Harvie 012 at Figs. 1-3, 8:29-9:51;<br>• Harvie 043 at Figs. 1-3, 9:66-10:58;<br>• Easter 366 at Figs. 5-9, 5:54-6:10;<br>• Trabold 781 at Abstract, Figs. 1-8, 2:35-51;<br>• Cheng 245 at 24:12-35, 29:27-52, 37:35-57, 38:48-53;<br>• Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33;<br>• Suzuki 250 at Abstract, Figs. 1-5, 8, 11, claim 1, 2:41-55, 11:65-12:21; |

| 376 Patent Claim Language | Prior Art |
|---|---|
|  | • Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26;<br>• Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54;<br>• Mombrinie 389 at Figs. 1-4, 9, 4:17-26, 4:61-5:7, 5:15-19;<br>• Swiecicki 634 at Figs. 1-8, 2:14-34, 4:59-5:9, 11:42-61;<br>• Okabe 706 at 7:40-8:14, Figs. 3-4;<br>• Sanchez 508 at Abstract, Fig. 8, 6:21-31;<br>• Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27;<br>• Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56;<br>• Grundke 161 at Figs. 1-5, paras. 20-24, 33;<br>• Scott 749 at Figs. 3-4, paras. 74-75, 79;<br>• Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46;<br>• Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66;<br>• Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32;<br>• Mombrinie 639 at Figs. 1-9, paras. 13-14, 31-38, 40, 43;<br>• Mahnensmith 080 at Abstract, Figs. 1-5, paras. 8-9, 17-20, 30-31;<br>• Wightman 214 at Figs. 2b, 4b, 5-6, paras. 87, 92;<br>• Coley 804 at Figs. 1-5, Abstract, paras. 18-19, 21-24;<br>• Van Den Heuvel 894 at Figs. 1-4, paras. 5, 7, 40, 42, 44, 51;<br>• Van Den Heuvel 823 at Figs. 1-4, 1:27-2:7, 6:18-26, 6:28-7:3, 7:15-20, 7:22-24, 7:25-30, 8:17-20, 8:22-25;<br>• Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:8-21, 9:23-25;<br>• Goldenberg 638 at Abstract, Figs. 1-3, 3:20-42, 6:44-57;<br>• Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;<br>• Wada 625 at Fig. 24, paras. 188-194;<br>• Schmitt 710 at Figs. 3-6, cols. 1-2;<br>• Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13; |

| 376 Patent Claim Language | Prior Art |
|---|---|
| | <ul><li>Chiku 946 at Figs. 1, 2, 6, 7, Abstract, paras. 6-7, 14;</li><li>Mizuguchi 641 at Figs. 1, 2, 6, 7, Abstract, paras. 6-7, 14;</li><li>Ishii 108 at Figs. 1-4, paras 1-13;</li><li>Macaulay 2007 at pp. 641-643;</li><li>2006 British Health Publication at pp. 14-15;</li><li>Omni Starter Kit Brochure;</li><li>Omni Brochure;</li><li>Omni Presentation;</li><li>2015 Omni Catalog;</li><li>Omni 2007 AMXD User & Maintenance Guide at pp. 10, 21;</li><li>Omni AMXD / AMXDMax devices;</li><li>Medtech Finalists 2014;</li><li>2015 PureWick brochure at pp. 1-4;</li><li>PureWick Prior Art Devices.</li></ul> |
| a fluid outlet at a second end, | Fluid impermeable casings having a fluid outlet at another end were well known at the time of the alleged invention and this was a typical and one of a few known configurations as previously explained.<br><br><ul><li>Scott 234 at 1:29-48, Figs. 1-3;</li><li>Duke 046 at Figs. 1-3, 1:63-2:23;</li><li>Keane 768 at Abstract, 1:65-2:10, 3:49-4:16, Fig. 9-10;</li><li>Flower 300 at Figs. 2, 7, 1:11-15, 2:22-24, 3:23-32;</li><li>Larson 025 at Abstract, Fig. 2, 3:21-25, 4:47-52;</li><li>Hessner 418 at 6:36-43;</li><li>Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32;</li><li>Brennan 465 at 4:16-66, Figs. 1-2, 6;</li><li>Washington 508 at Figs. 1-12, 2:33-38, 5:63-6:10;</li><li>Conkling 541 at Figs. 12-15, 3:29-49, 6:43-68, 7:2-11;</li><li>Nigay 463 at Figs. 1-3, 1:65-2:62;</li><li>McGuire 347 at Figs. 1-4, Abstract, 2:35-40, 5:25-30, 6:1-35;</li></ul> |

| 376 Patent Claim Language | Prior Art |
|---|---|
|  | • McGuire 699 at Figs. 1-6, 4:1-19, 4:68-5:2, 6:61-64;<br>• Skow 735 at Abstract, Figs. 1-11, 3:48-51, 6:16-67;<br>• Argenta 643 at Figs. 1, 5; 3:31-51, 6:46-64, 7:10-23, 7:56-58;<br>• Carns 997 at Figs. 2-5, 6:15-31;<br>• Kubo 983 at Figs. 1a-2, Abstract, 2:44-3:5, 4:19-33, 5:1-7;<br>• Kubo 052 at Figs. 1a-4, Abstract, 3:53-4:59;<br>• Lawrence 564 at Figs. 1-10, Abstract, 5:8-6:27, 7:28-56;<br>• Lawrence 222 at Figs. 1-10, 14, Abstract, 5:8-6:27, 7:28-56, 11:24-36;<br>• Kraus 339 at Abstract, Figs. 1-7, 4:47-5:15;<br>• Triunfol 675 at Figs. 1-5, claims 1-4, 3:66-4:7, 4:2-7;<br>• Robertson 771 at Figs. 1-2, 2:56-3:44;<br>• Cheng 133 at Figs. 7A-9, 16:53-17:54;<br>• Snyder 560 at Figs. 1-5, 4:5-5:47;<br>• Sweetser 793 at Figs. 1-2, 3:35-4:31;<br>• Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64;<br>• Scott 384 at 3:15-31, Figs. 3-4;<br>• Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35;<br>• Otto 137 at Figs. 1-2, 3:7-64, 4:10-28;<br>• Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61;<br>• Easter 366 at Figs. 5-9, 5:54-6:10;<br>• Harvie 964 at Figs. 1-3, 9:25-10:45;<br>• Harvie 012 at Figs. 1-3, 8:29-9:51;<br>• Harvie 043 at Figs. 1-3, 9:66-10:58;<br>• Trabold 781 at Abstract, Figs. 1-8, 2:35-51;<br>• Cheng 245 at 24:12-35, 29:27-52, 37:35-57, 38:48-53;<br>• Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33;<br>• Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26;<br>• Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54;<br>• Mombrinie 389 at Figs. 1-4, 9, 4:17-26, 4:61-5:7, 5:15-19; |

| 376 Patent Claim Language | Prior Art |
|---|---|
|  | <ul><li>Okabe 706 at Figs. 1-9, 3:36-45, 4:10-21, 6:13-17;</li><li>Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56;</li><li>Sanchez 508 at Abstract, Fig. 8, 6:21-31;</li><li>Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27;</li><li>Grundke 161 at Figs. 1-5, paras. 20-24, 33;</li><li>Scott 749 at Figs. 3-4, paras. 74-75, 79;</li><li>Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46;</li><li>Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66;</li><li>Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32;</li><li>Mombrinie 639 at Figs. 1-9, paras. 13-14, 31-38, 40, 43;</li><li>Mahnensmith 080 at Abstract, Figs. 1-5, paras. 23, 30-31;</li><li>Van Den Heuvel 894 at Figs. 1-4, paras. 5-7, 40, 42, 44, 51;</li><li>Van Den Heuvel 823 at Figs. 1-4, 2:14-17, 3:21-25, 4:13-19, 7:15-30;</li><li>Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 6:1-7, 9:8-21, 9:23-25;</li><li>Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;</li><li>Wada 625 at Fig. 24, paras. 188-194;</li><li>Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13;</li><li>Goldenberg 638 at Abstract, Figs. 1-3, 3:20-42, 6:44-57;</li><li>Schmitt 710 at Figs. 3-6, cols. 1-2;</li><li>Chiku 946 at Figs. 1, 2, 6, 7, Abstract, paras. 6-7, 14;</li><li>Mizuguchi 641 at Figs. 1, 2, 6, 7, Abstract, paras. 6-7, 14;</li><li>Ishii 108 at Figs. 1-4, paras 1-13;</li><li>Macaulay 2007 at pp. 641-643;</li><li>2006 British Health Publication at pp. 14-15;</li><li>Medtech Finalists 2014;</li><li>2014 Medtech Announcement at p. 3;</li><li>Omni Starter Kit Brochure;</li></ul> |

| 376 Patent Claim Language | Prior Art |
|---|---|
|  | • Omni Brochure;<br>• Omni Presentation;<br>• 2015 Omni Catalog;<br>• Omni 2007 AMXD User & Maintenance Guide at pp. 10, 21;<br>• Omni AMXD / AMXDMax devices;<br>• 2015 PureWick brochure at pp. 1-4;<br>• PureWick Prior Art Devices. |
| and a longitudinally extending fluid impermeable layer coupled to the fluid reservoir and the fluid outlet and defining a longitudinally elongated opening between the fluid reservoir and the fluid outlet; | Fluid impermeable casings having a longitudinally extending fluid impermeable layer coupled to the fluid reservoir and the fluid outlet and defining a longitudinally elongated opening between the fluid reservoir and the fluid outlet were well known at the time of the alleged invention. For example, in the case of urine collection devices, such a configuration is shaped for the female anatomy as discussed above while allowing for urine collection and removal.<br><br>• Duke 046 at Figs. 1-3, 1:63-2:23;<br>• Keane 768 at Abstract, 1:65-2:10, 2:46-56, Fig. 9-10;<br>• Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33, 5:34-6:4, 6:36-43;<br>• Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32;<br>• Conkling 541 at Figs. 12-15, 3:29-49, 6:43-68, 7:2-11;<br>• Nigay 463 at Figs. 1-3, 1:65-2:62;<br>• Carns 997 at Figs. 2-5, 6:15-31;<br>• Lawrence 564 at Figs. 1-10, Abstract, 5:8-6:27, 7:28-56;<br>• Lawrence 222 at Figs. 1-10, 14, Abstract, 5:8-6:27, 7:28-56, 11:24-36;<br>• Kraus 339 at Abstract, Figs. 1-7, 4:47-5:15;<br>• Robertson 771 at Figs. 1-2, 2:56-3:44;<br>• Cheng 133 at Figs. 7A-9, 16:53-17:54;<br>• Snyder 560 at Figs. 1-5, 4:5-5:47;<br>• Sweetser 793 at Figs. 1-2, 3:35-4:31;<br>• Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64;<br>• Scott 384 at 3:15-31, Figs. 3-4;<br>• Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35; |

| 376 Patent Claim Language | Prior Art |
|---|---|
| | <ul><li>Otto 137 at Figs. 1-2, 3:7-64, 4:10-28;</li><li>Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61;</li><li>Easter 366 at Figs. 5-9, 5:54-6:10;</li><li>Harvie 964 at Figs. 1-3, 9:25-10:45;</li><li>Harvie 012 at Figs. 1-3, 8:29-9:51;</li><li>Harvie 043 at Figs. 1-3, 9:66-10:58;</li><li>Trabold 781 at Abstract, Figs. 1-8, 2:35-51;</li><li>Cheng 245 at 24:12-35, 29:27-52, 37:35-57, 38:48-53;</li><li>Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33;</li><li>Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26;</li><li>Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54;</li><li>Mombrinie 389 at Figs. 1-4, 9, 4:17-26, 4:61-5:7, 5:15-19;</li><li>Okabe 706 at Figs. 1-9, 3:36-45, 4:10-21, 6:13-17;</li><li>Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56;</li><li>Sanchez 508 at Abstract, Fig. 8, 6:21-31;</li><li>Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27;</li><li>Grundke 161 at Figs. 1-5, paras. 20-24, 33;</li><li>Scott 749 at Figs. 3-4, paras. 74-75, 79;</li><li>Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46;</li><li>Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66;</li><li>Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32;</li><li>Mombrinie 639 at Figs. 1-9, paras. 13-14, 31-38, 40, 43;</li><li>Mahnensmith 080 at Abstract, Figs. 1-5, paras. 9-11, 17-22, 24, 30-31;</li><li>Van Den Heuvel 894 at Figs. 1-4, paras. 5, 7, 17, 23, 40, 44;</li><li>Van Den Heuvel 823 at Figs. 1-4, 1:27-2:7, 7:22-24, 6:18-26, 7:5-13, 8:22-25;</li><li>Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:8-21, 9:23-25;</li></ul> |

| 376 Patent Claim Language | Prior Art |
|---|---|
|  | • Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;<br>• Wada 625 at Fig. 24, paras. 188-194;<br>• Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13;<br>• Goldenberg 638 at Abstract, Figs. 1-3, 3:20-42, 6:44-57;<br>• Schmitt 710 at Figs. 3-6, cols. 1-2;<br>• Chiku 946 at Figs. 1-10, Abstract, paras. 6-11, 14-21, 23-26;<br>• Mizuguchi 641 at Figs. 1-10, Abstract, paras 6-11, 14-21, 23-26;<br>• Ishii 108 at Figs. 1-4, paras 1-13;<br>• Macaulay 2007 at pp. 641-643;<br>• 2006 British Health Publication at pp. 14-15;<br>• Omni Starter Kit Brochure;<br>• Omni Brochure;<br>• Omni Presentation;<br>• 2015 Omni Catalog;<br>• Omni 2007 AMXD User & Maintenance Guide at pp. 10, 21;<br>• Omni AMXD / AMXDMax devices;<br>• 2015 PureWick brochure at pp. 1-4;<br>• Medtech Finalists 2014;<br>• PureWick Prior Art Devices. |
| a fluid permeable support disposed within the casing with a portion extending across the elongated opening, | Fluid permeable supports disposed within the casing with a portion extending across the elongated opening was well known at the time of the alleged invention, for example, allowing for support of a fluid permeable membrane and allowing for permeation of urine.<br><br>• Keane 768 at Abstract, 1:65-2:10, 2:46-56, 3:75-4:16, Fig. 9-10;<br>• Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33, 5:34-6:4, 6:36-43;<br>• Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32;<br>• Washington 508 at Figs. 1-12, 2:33-68, 5:63-6:10;<br>• Conkling 541 at Figs. 12-15, 3:29-49, 6:43-68, 7:2-11; |

| 376 Patent Claim Language | Prior Art |
|---|---|
| | <ul><li>Nigay 463 at Figs. 1-3, 1:65-2:62;</li><li>Lawrence 564 at Figs. 1-10, Abstract, 5:8-6:27, 7:28-56, 11:24-36;</li><li>Lawrence 222 at Figs. 1-10, 14, Abstract, 5:8-6:27, 7:28-56, 11:24-36;</li><li>Cheng 133 at Figs. 7A-9, 16:53-17:54;</li><li>Sweetser 793 at Figs. 1-2, 3:35-4:31;</li><li>Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64;</li><li>Scott 384 at 3:15-31, Figs. 3-4;</li><li>Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35;</li><li>Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61;</li><li>Easter 366 at Figs. 5-9, 5:54-6:10;</li><li>Fell 044 at Figs. 1-8, Abstract, 1:6-50, 3:18-7:42, 23:12-14;</li><li>Harvie 964 at Figs. 1-3, 9:25-10:45;</li><li>Harvie 012 at Figs. 1-3, 8:29-9:51;</li><li>Harvie 043 at Figs. 1-3, 9:66-10:58;</li><li>Cheng 245 at 24:12-35, 29:27-52, 37:35-57, 38:48-53;</li><li>Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33;</li><li>Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26;</li><li>Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54;</li><li>Mombrinie 389 at Figs. 1-4, 9, 4:17-26, 4:61-5:7, 5:15-19;</li><li>Okabe 706 at Figs. 1-9, 3:36-45, 4:10-21, 6:13-17;</li><li>Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56;</li><li>Sanchez 508 at Abstract, Fig. 8, 6:21-31;</li><li>Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27;</li><li>Scott 749 at Figs. 3-4, paras. 74-75, 79;</li><li>Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46;</li><li>Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66;</li><li>Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32;</li><li>Mombrinie 639 at Figs. 1-9, paras. 13-14, 31-38, 40, 43;</li><li>Mahnensmith 080 at Abstract, Figs. 1-5, paras. 8-9, 17-20, 30-31;</li></ul> |

| 376 Patent Claim Language | Prior Art |
|---|---|
| | • Coley 804 at Figs. 1-5, Abstract, paras. 18-19, 21-24;<br>• Van Den Heuvel 894 at Figs. 1-4, paras. 5, 7, 13-14, 38-44;<br>• Van Den Heuvel 823 at Figs. 1-4, 1:27-2:7, 6:18-26, 6:28-7:3, 7:15-20, 7:22-24, 7:25-30, 8:17-20, 8:22-25;<br>• Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:8-21, 9:23-28, 10:1-4;<br>• Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;<br>• Wada 625 at Fig. 24, paras. 188-194;<br>• Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13;<br>• Chiku 946 at Figs. 1, 2, 6, 7, Abstract, paras. 6-7, 14;<br>• Mizuguchi 641 at Figs. 1, 2, 6, 7, Abstract, paras. 6-7, 14<br>• Macaulay 2007 at pp. 641-643;<br>• 2006 British Health Publication at pp. 14-15;<br>• Omni Starter Kit Brochure;<br>• Omni Brochure;<br>• Omni Presentation;<br>• 2015 Omni Catalog;<br>• Omni 2007 AMXD User & Maintenance Guide at pp. 10, 21;<br>• Omni AMXD / AMXDMax devices;<br>• 2015 PureWick brochure at pp. 1-4;<br>• Medtech Finalists 2014;<br>• PureWick Prior Art Devices. |
| wherein the fluid permeable support is distinct from and at least proximate to the fluid reservoir; | Fluid permeable supports distinct from and near the fluid reservoir were well known at the time of the alleged invention. For example, in the case of urine collection devices, such a configuration prevented the support from being in a urine reservoir but close enough to allow for urine to enter the reservoir.<br><br>• Keane 768 at Abstract, 1:65-2:10, 2:46-56, 3:75-4:16, Fig. 9-10;<br>• Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33, 5:34-6:4, 6:36-43; |

| 376 Patent Claim Language | Prior Art |
|---|---|
|  | <ul><li>Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32;</li><li>Washington 508 at Figs. 1-5, 2:24-67, 5:22-6:67;</li><li>Conkling 541 at Figs. 12-15, 6:43-68;</li><li>Nigay 463 at Figs. 1-3, 1:65-2:62;</li><li>Triunfol 675 at Figs. 1-5, claims 1-4, 3:66-4:7, 4:2-7;</li><li>Sweetser 793 at Figs. 1-2, 3:35-4:31;</li><li>Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35;</li><li>Mombrinie 389 at Figs. 1-4, 9, 4:17-26, 4:61-5:7, 5:15-19;</li><li>Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56;</li><li>Sanchez 508 at Abstract, Fig. 8, 6:21-31;</li><li>Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27;</li><li>Scott 749 at Figs. 3-4, paras. 74-75, 79;</li><li>Scott 384 at 3:15-31, Figs. 3-4;</li><li>Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46;</li><li>Mombrinie 639 at Figs. 1-9, paras. 13-14, 31-38, 40, 43;</li><li>Mahnensmith 080 at Abstract, Figs. 1-5, paras. 8-11, 17-20, 30-31;</li><li>Van Den Heuvel 894 at Figs. 1-4, paras. 42, 44;</li><li>Van Den Heuvel 823 at Figs. 1-4, 6:18-26, 7:15-20, 7:22-24, 8:22-25;</li><li>Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:17-19, 9:8-21, 9:23-28, 10:1-4;</li><li>Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;</li><li>Wada 625 at Fig. 24, paras. 188-194;</li><li>Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13;</li><li>Chiku 946 at Figs. 1, 2, 6, 7, Abstract, claim 10, paras. 8, 14-15;</li><li>Mizuguchi 641 at Figs. 1, 2, 6, 7, Abstract, claim 10, paras. 8, 14-15;</li><li>Macaulay 2007 at pp. 641-643;</li><li>2006 British Health Publication at pp. 14-15;</li><li>Medtech Finalists 2014;</li><li>PureWick Prior Art Devices.</li></ul> |

| 376 Patent Claim Language | Prior Art |
|---|---|
| | |
| a fluid permeable membrane disposed on the support and covering at least the portion of the support that extends across the elongated opening, so that the membrane is supported on the support and disposed across the elongated opening; | Using multiple layers of permeable materials is well known in the body fluid collection art to facilitate fluid flow.  Fluid permeable membranes disposed on a permeable support and covering part of the support that extends across the opening where fluid enters were well known in the art at the time of the alleged invention.  In such configurations, the membrane is supported on the support and disposed across the opening, enhancing fluid collection and/or providing a comfortable patient interface.<br><br>• Keane 768 at Figs. 9-10, 3:75-4:16;<br>• Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33;<br>• Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32;<br>• Lawrence 564 at Figs. 1-10, Abstract, 5:8-6:27, 7:28-56;<br>• Lawrence 222 at Figs. 1-10, 14, Abstract, 5:8-6:27, 7:28-56, 11:24-36;<br>• Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64;<br>• Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35;<br>• Fell 044 at Figs. 1-8, Abstract, 1:6-50, 3:18-7:42, 23:12-14;<br>• Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61;<br>• Harvie 964 at Figs. 1-3, 9:25-10:45;<br>• Harvie 012 at Figs. 1-3, 8:29-9:51;<br>• Harvie 043 at Figs. 1-3, 9:66-10:58;<br>• Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33;<br>• Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26;<br>• Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54;<br>• Mombrinie 389 at Figs. 1-4, 9, 4:17-26, 4:61-5:7, 5:15-19;<br>• Okabe 706 at Figs. 1-9, 3:36-45, 4:10-21, 6:13-17;<br>• Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56;<br>• Sanchez 508 at Abstract, Fig. 8, 6:21-31; |

| 376 Patent Claim Language | Prior Art |
|---|---|
| | • Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27;<br>• Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46;<br>• Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66;<br>• Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32;<br>• Mombrinie 639 at Figs. 1-9, paras. 13-14, 31-38, 40, 43;<br>• Mahnensmith 080 at Abstract, Figs. 1-5, paras. 10-11, 20-22, 24, 30-31;<br>• Van Den Heuvel 894 at para. 5;<br>• Van Den Heuvel 823 at 1:27-2:12, 2:25-27, claims 1-2 (*see also* WO00/57784 at 9:7-10:9, Fig. 5b);<br>• Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:8-21, 9:23-10:1, 10:4-9;<br>• Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;<br>• Wada 625 at Fig. 24, paras. 188-194;<br>• Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13;<br>• Medtech Finalists 2014;<br>• 2014 Medtech Announcement at p. 3;<br>• Macaulay 2007 at pp. 641-643;<br>• Omni Starter Kit Brochure;<br>• Omni Brochure;<br>• Omni Presentation;<br>• 2015 Omni Catalog;<br>• Omni 2007 AMXD User & Maintenance Guide at pp. 10, 21;<br>• Omni AMXD / AMXDMax devices;<br>• 2015 PureWick brochure at pp. 1-4;<br>• PureWick Prior Art Devices. |
| A tube having a first end disposed in the reservoir and extending behind at least the portion of the support and the portion of the membrane disposed across the elongated opening and extending through the fluid outlet to a second, fluid discharge end, | Fluid discharge tubes were known at the time of the alleged invention to assist in discharge of fluid from a body fluid collection apparatus to a location outside of the apparatus. It was known to have such tubes extend from the fluid reservoir, behind a portion of the membrane and support disposed across the fluid opening, and through to the fluid outlet. There were a few |

| 376 Patent Claim Language | Prior Art |
|---|---|
| | design options for placement of the tube and this configuration was one of them. See Declaration of Dr. Newman regarding additional information on tube placement.<br><br>• Keane 768 at Abstract, Figs. 9-10, 1:65-2:10, 3:47-4:16;<br>• Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32;<br>• Suzuki 250 at Abstract, Figs. 1-5, 8, 11, 11:65-12:21;<br>• Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35;<br>• Sanchez 508 at Abstract, Fig. 8, 6:21-31;<br>• Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27;<br>• Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46;<br>• Van Den Heuvel 894 at Figs. 1-4, paras. 19, 42, 44, 47;<br>• Van Den Heuvel 823 at Figs. 1-4, 2:14-17, 3:21-25, 4:13-19, 7:15-30, claims 1-2 (*see also* WO00/57784 at 9:7-10:9, Fig. 5b);<br>• Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:8-21, 9:23-10:1, 10:4-9;<br>• Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;<br>• Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13;<br>• Chiku 946 at Figs. 5, 10, 1, 2, 7, Abstract, paras. 11-12;<br>• Mizuguchi 641 at Figs. 5, 10, 1, 2, 7, Abstract, paras. 11-12;<br>• Macaulay 2007 at pp. 641-643;<br>• 2006 British Health Publication at pp. 14-15.<br>• 2015 Omni Catalog;<br>• Medtech Finalists 2014;<br>• PureWick Prior Art Devices. |
| the apparatus configured to be disposed with the opening adjacent to a urethral opening of a user, to receive urine discharged from the urethral opening through the opening of the fluid impermeable layer, the membrane, the | It was well known to configure such apparatuses so that the opening where fluid entered was designed to be near the source of the body fluid. For example, in a urine collection device, it was well known to |

| 376 Patent Claim Language | Prior Art |
|---|---|
| support, and into the reservoir, and to have the received urine withdrawn from the reservoir via the tube and out of the fluid discharge end of the tube. | dispose the device next to the urethral opening of a user so that urine could be received through the opening of the fluid impermeable layer, the membrane, the support, and into the reservoir.  It was also well known to configure such apparatus with a fluid discharge end where collected fluid could leave the device via a discharge tube as discussed above.  For example, for a urine collection device, it was well known to configure the device so that urine withdrawn from the reservoir was expelled out of the discharge end of the fluid collection tube.<br><br>• Keane 768 at Abstract, Figs. 4, 9-10, 1:67-2:32, 3:60-4:16;<br>• Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33, 5:34-6:4, 6:36-43;<br>• Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32;<br>• Suzuki 250 at Abstract, claim 1, 2:41-55, Figs. 1-5, 8, 11, 3:4-13, 6:3-6; 11:65-12:21;<br>• Lawrence 564 at Figs. 1-10, Abstract, 5:8-6:27, 7:28-56, 11:1-19;<br>• Lawrence 222 at Figs. 1-10, 14, Abstract, 5:8-6:27, 7:28-56, 11:1-19;<br>• Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64;<br>• Wolff 066 at Fig. 5b, 5:56-6:35;<br>• Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61;<br>• Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54;<br>• Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33;<br>• Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32;<br>• Sanchez 508 at Abstract, Fig. 8, 3:22-49, 6:21-31;<br>• Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27;<br>• Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46; |

| 376 Patent Claim Language | Prior Art |
|---|---|
| | • Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26;<br>• Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66;<br>• Mahnensmith 080 at Abstract, Figs. 1-5, paras. 10-11, 20-22, 24-25, 30-31;<br>• Van Den Heuvel 894 at Figs. 1-4, paras. 5, 13-14, 38-44;<br>• Van Den Heuvel 823 at Figs. 1-4, 6:18-26, 7:5-13, 8:22-25, 7:23-25, claims 1-2 (*see also* WO00/57784 at 9:7-10:9, Fig. 5b);<br>• Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:7-21, 9:23-28, 10:1-9;<br>• Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13;<br>• Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;<br>• Macaulay 2007 at pp. 641-643;<br>• Omni Starter Kit Brochure;<br>• Omni Brochure;<br>• Omni Presentation;<br>• 2015 Omni Catalog;<br>• Omni AMXD / AMXDMax devices;<br>• Omni 2007 AMXD User & Maintenance Guide at pp. 10, 21;<br>• 2015 PureWick brochure at pp. 1-4;<br>• Medtech Finalists 2014;<br>• PureWick Prior Art Devices. |
| **Claim 4** | |
| 4. The apparatus of claim 1, wherein the support is cylindrical | See Claim 1.<br><br>There were a few known design choice configurations for body fluid collection devices, particularly those used for urine collection. For example, as discussed above, it was known that cylindrical devices conformed to the female anatomy, and thus it was known to construct such devices (and their corresponding elements such as the permeable support) to have such cylindrical shapes. |

| 376 Patent Claim Language | Prior Art |
|---|---|
| | • Jones 080 at Figs. 1-7, 1:59-89, 2:52-79;<br>• Flower 300 at Figs. 2, 7, 1:11-15, 2:22-24, 3:23-32;<br>• Hirschman 277 at Figs. 1-9, 1:33-40, 2:24-50;<br>• Larson 025 at Abstract, Fig. 2, 3:21-25, 4:47-52;<br>• Keane 768 at Abstract, Figs. 4, 9-10, 3:75-4:16;<br>• Fell 044 at Figs. 1-8, Abstract, 1:6-50, 3:18-7:42, 23:12-14;<br>• Brennan 465 at 4:16-66, Figs. 1-2, 6;<br>• Washington 508 at Fig. 1, 2:27-33, 2:60-68, 6:22-38, 6:60-68, 12:17-30;<br>• McGuire 347 at Figs. 1-4, Abstract, 2:35-40, 5:25-30, 6:1-35;<br>• Lawrence 564 at Fig. 14, 11:24-35;<br>• Lawrence 222 at Fig. 14, 11:24-35;<br>• Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32;<br>• Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54;<br>• Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66;<br>• Mombrinie 639 at Figs. 1-9, paras. 13-14, 31-38, 40, 43;<br>• Sanchez 508 at Abstract, Fig. 8, 3:22-49, 6:21-31;<br>• Coley 804 at Figs. 1-5, Abstract, paras. 18-19, 21-24;<br>• Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;<br>• Van Den Heuvel 823 at Figs. 1-4, 1:27-2:7, 6:18-26, 6:28-7:3, 7:15-20, 7:22-24, 7:25-30, 8:17-20, 8:22-25;<br>• Van Den Heuvel 894 at Figs. 1-4, paras. 5, 7, 13-14, 38-44;<br>• Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:8-28, 10:1-9;<br>• Okabe 547 at Figs. 1-6, Abstract, paras. 1-5, 17-28, 41-42, 49; Macaulay 2007 at pp. 641-643;<br>• Macaulay 2007 at pp. 641-643;<br>• Omni AMXD/Dmax devices; |

| 376 Patent Claim Language | Prior Art |
|---|---|
|  | • Omni 2007 AMXD User & Maintenance Guide at pp. 10, 21;<br>• 2015 PureWick brochure at pp. 1-4;<br>• Medtech Finalists 2014;<br>• PureWick Prior Art Devices. |
| and defines a lumen | As discussed above, there were a few known design choice configurations for body fluid collection devices, many of which had lumens inside the device and within the support in particular for placement of a fluid discharge tube.  Further, providing a lumen in the support for a tube was one of only a few design options.<br><br>• Jones 080 at Figs. 1-7, 1:59-89, 2:52-79;<br>• Flower 300 at Figs. 2, 7, 1:11-15, 2:22-24, 3:23-32;<br>• Larson 025 at Abstract, Fig. 2, 3:21-25, 4:47-52;<br>• Keane 768 at Abstract, Figs. 4, 9-10, 1:67-2:32, 3:60-4:16;<br>• Kuntz 166 at Fig. 2, 2:38-47, 3:42-45, 3:61-64, 4:17-32;<br>• Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33;<br>• Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26;<br>• Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54;<br>• Mombrinie 389 at Figs. 1-4, 8-9;<br>• Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66;<br>• Brennan 465 at 4:16-66, Figs. 1-2, 6;<br>• Washington 508 at Fig. 1, 2:27-33, 2:60-68, 6:22-38, 6:60-68, 12:17-30;<br>• McGuire 347 at Figs. 1-4, Abstract, 2:35-40, 5:25-30, 6:1-35;<br>• Sanchez 508 at Abstract, Fig. 8, 3:22-49, 6:21-31;<br>• Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27;<br>• Van Den Heuvel 894 at Figs. 3-4, paras. 19, 47; |

| 376 Patent Claim Language | Prior Art |
|---|---|
| | • Van Den Heuvel 823 at Figs. 1-4, 2:14-17, 3:21-25, 4:13-19, 7:15-30;<br>• Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:8-21, 9:23-10:1, 10:4-9;<br>• Kuntz 355 at Figs. 3-5, 2:9-12, 5:3-5;<br>• Macaulay 2007 at pp. 641-643;<br>• Medtech Finalists 2014;<br>• PureWick Prior Art Devices. |
| the membrane is a fabric sleeve disposed around the support, | There are a few design options known for a fluid permeable membrane including the use of fabric sleeves. Fabric sleeves disposed around a support were known at the time of the alleged invention.<br><br>• Jones 080 at Figs. 1-7, 1:59-89, 2:52-79;<br>• Flower 300 at Figs. 2, 7, 1:11-15, 2:22-24, 3:23-32;<br>• Larson 025 at Abstract, Fig. 2, 3:21-25, 4:47-52;<br>• Kuntz 166 at Fig. 2, 2:38-47, 3:42-45, 3:61-64, 4:17-32;<br>• Fell 044 at Figs. 1-8, 1:6-50, 3:18-7:42<br>• Brennan 465 at 4:16-66, Figs. 1-2, 6;<br>• McGuire 347 at Figs. 1-4, Abstract, 2:35-40, 5:25-30, 6:1-35;<br>• Lawrence 564 at Fig. 14, 11:24-35;<br>• Lawrence 222 at Fig. 14, 11:24-35;<br>• Sanchez 508 at Abstract, Fig. 8, 3:22-49, 4:7-9, 6:21-31;<br>• Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;<br>• Schmidt 688 at Figs. 4-7, 4:29-68, 5:43-62;<br>• Medtech Finalists 2014;<br>• PureWick Prior Art Devices. |
| and the tube is disposed in the lumen of the support. | As discussed above, supports with lumens for a fluid discharge tube were well known. It is well understood that a lumen serves as a structure for placement of a tube.<br><br>• Jones 080 at Figs. 1-7, 1:59-89, 2:52-79; |

| 376 Patent Claim Language | Prior Art |
|---|---|
| | <ul><li>Flower 300 at Figs. 2, 7, 1:11-15, 2:22-24, 3:23-32;</li><li>Larson 025 at Abstract, Fig. 2, 3:21-25, 4:47-52;</li><li>Keane 768 at Abstract, Figs. 4, 9-10, 1:67-2:32, 3:60-4:16;</li><li>Kuntz 166 at Fig. 2, 2:38-47, 3:42-45, 3:61-64, 4:17-32;</li><li>Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33;</li><li>Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26;</li><li>Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54;</li><li>Mombrinie 389 at Figs. 1-4, 8-9;</li><li>Okabe 706 at Fig. 1;</li><li>Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66;</li><li>Brennan 465 at 4:16-66, Figs. 1-2, 6;</li><li>McGuire 347 at Figs. 1-4, Abstract, 2:35-40, 5:25-30, 6:1-35;</li><li>Sanchez 508 at Abstract, Fig. 8, 3:22-49, 6:21-31;</li><li>Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27;</li><li>Van Den Heuvel 894 at Figs. 3-4, paras. 19, 47;</li><li>Van Den Heuvel 823 at Figs. 1-4, 2:14-17, 3:21-25, 4:13-19, 7:15-30;</li><li>Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:8-21, 9:23-10:1, 10:4-9;</li><li>Kuntz 355 at Figs. 3-5, 2:9-12, 5:3-5;</li><li>Macaulay 2007 at pp. 641-643;</li><li>Medtech Finalists 2014;</li><li>PureWick Prior Art Devices.</li></ul> |
| **Claim 5** | |
| 5. The apparatus of claim 1, wherein the support and casing are substantially cylindrical, | See Claim 1.<br><br>As discussed above, cylindrical and substantially cylindrical apparatuses were one of the few design choices for body fluid collection apparatuses, and it was well understood that cylindrical or substantially cylindrical devices were well-suited for the |

| 376 Patent Claim Language | Prior Art |
|---|---|
| | female anatomy. It was understood to design the associated components such as the support and casing in accordance with the design of the device (e.g., cylindrical) and that it would be obvious to modify existing devices to have an overall cylindrical shape (both for the support and casing) to comfortably comform to the anatomy. <br><br> • Ellis 185 at Figs. 1-3, 2:55-3:3; <br> • Duhamel 102 at Fig. 2, 1:65-2:14; <br> • Keane 768 at Abstract, Figs. 4, 9-10, 1:67-2:32, 3:60-4:16; <br> • Washington 508 at Figs. 1-5, 11-12, 2:24-67, 5:22-6:67; <br> • Kuntz 166 at Fig. 2, 2:38-47, 3:42-45, 3:61-64, 4:17-32 <br> • Lawrence 564 at Fig. 14, 11:24-35; <br> • Lawrence 222 at Fig. 14, 11:24-35; <br> • Sanchez 508 at Abstract, Fig. 8, 3:22-49, 6:21-31; <br> • Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27; <br> • Coley 804 at Figs. 1-5, Abstract, paras. 18-19, 21-24; <br> • Van Den Heuvel 894 at Figs. 1-4, paras. 17, 20-21, 44; <br> • Van Den Heuvel 823 at Figs. 1-4, 1:27-2:15, 2:25-27, 3:5-25, 6:18-26, 6:28-7:3, 7:5-13, 8:17-20, 8:22-25; <br> • Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55; <br> • Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:8-21, 9:23-25; <br> • Macaulay 2007 at pp. 641-643; <br> • Omni Starter Kit Brochure; <br> • Omni Brochure; <br> • Omni Presentation; <br> • 2015 Omni Catalog; <br> • Omni 2007 AMXD User & Maintenance Guide at pp. 10, 21; <br> • Omni AMXD / AMXDMax devices; <br> • Medtech Finalists 2014; <br> • 2014 Medtech Announcement at p. 3; |

| 376 Patent Claim Language | Prior Art |
|---|---|
| | • 2015 PureWick brochure at pp. 1-4;<br>• PureWick Prior Art Devices. |
| the apparatus configured to be: disposed with the elongated opening adjacent the urethral opening of a human female; | As discussed above, it was well known to configure a body fluid collection device so that the opening was adjacent to the source of fluid.  Urine collection devices were known to be configured so that the elongated opening was adjacent the urethral opening of a female.<br><br>• Keane 768 at Abstract, Figs. 4, 9-10, 1:67-2:32, 3:60-4:16;<br>• Ellis 185 at Figs. 1-3, 2:55-3:3;<br>• Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32;<br>• Martin 061 at Figs. 1, 8, 2:65-3:14, 3:15-21, 4:34-38, 5:10-51;<br>• Washington 508 at Figs. 6-9, 3:1-9;<br>• Carns 997 at Figs. 2-5, 6:15-31;<br>• Lawrence 564 at Figs. 1-10, Abstract, 5:8-6:27, 7:28-56, 11:1-19;<br>• Lawrence 222 at Figs. 1-10, 14, Abstract, 5:8-6:27, 7:28-56, 11:1-19;<br>• Kraus 339 at Abstract, Figs. 1-7, 4:47-5:15;<br>• Otto 137 at Figs. 1-2, 3:7-64, 4:10-28;<br>• Suzuki 250 at Abstract, Figs. 1-5, claim 1, 2:41-55, 12:5-21;<br>• Mombrinie 639 at Figs. 1-9, paras. 13-14, 31-38, 40, 43;<br>• Sanchez 508 at Abstract, Fig. 8, 3:22-49, 6:21-31;<br>• Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27;<br>• Coley 804 at Figs. 1-5, Abstract, paras. 18-19, 21-24;<br>• Van Den Heuvel 894 at Figs. 1-4, paras. 17, 41, 43, 48;<br>• Van Den Heuvel 823 at Figs. 1-4, 2:14-17, 3:21-25, 4:13-19, 6:28-7:3, 7:15-30, 8:17-20;<br>• Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:7-21, 9:23-28, 10:1-9; |

| 376 Patent Claim Language | Prior Art |
|---|---|
| | • Fell 044 at Figs. 1-8, Abstract, 1:6-50, 3:18-7:42, 23:12-14;<br>• Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;<br>• Schmitt 710 at Figs. 3-6, cols. 1-2;<br>• Okabe 547 at Figs. 1-6, Abstract, paras. 1-5, 17-28, 41-42, 49;<br>• Chiku 946 at Figs. 6, 10, 12, paras. 20, 21, 25-26;<br>• Mizuguchi 641 at 6, 10, 12, paras. 20, 21, 25-26;<br>• Medtech Finalists 2014;<br>• 2014 Medtech Announcement at p. 3;<br>• Macaulay 2007 at pp. 641-643;<br>• Omni Starter Kit Brochure;<br>• Omni Brochure;<br>• Omni Presentation;<br>• 2015 Omni Catalog;<br>• Omni 2007 AMXD User & Maintenance Guide at pp. 10, 21;<br>• Omni AMXD / AMXDMax devices;<br>• 2015 PureWick brochure at pp. 1-4;<br>• PureWick Prior Art Devices. |
| oriented with the reservoir adjacent to the user's anus and the outlet disposed above the urethral opening; and | It was well known at the time of the alleged invention to orient a urine collection device with the reservoir adjacent to the user's anus and the outlet disposed above the urethral opening.  For example, such a configuration used in conjunction with female urine collection devices optimized comfort and facilitated urine collection while minimizing leaks. The configuration was one of a few known design choices.<br><br>• Keane 768 at Abstract, Figs. 4, 9-10, 1:67-2:32, 3:60-4:16;<br>• Ellis 185 at Figs. 1-3, 2:55-3:3;<br>• Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32;<br>• Martin 061 at Figs. 1, 8, 2:65-3:14, 3:15-21, 4:34-38, 5:10-51;<br>• Washington 508 at Figs. 6-9, 3:1-9;<br>• Carns 997 at Figs. 2-5, 6:15-31; |

| 376 Patent Claim Language | Prior Art |
|---|---|
| | • Kraus 339 at Abstract, Figs. 1-7, 4:47-5:15; <br> • Otto 137 at Figs. 1-2, 3:7-64, 4:10-28; <br> • Suzuki 250 at Abstract, Figs. 1-5, 4:12-19, 6:3-6, 6:66-7:4; <br> • Sanchez 508 at Abstract, Fig. 8, 3:22-49, 6:21-31; <br> • Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27; <br> • Van Den Heuvel 894 at Figs. 1-4, paras. 17, 41, 43, 48; <br> • Van Den Heuvel 823 at Figs. 1-4, 2:14-17, 3:21-25, 4:13-19, 6:28-7:3, 7:15-30, 8:17-20; <br> • Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:8-21, 9:23-10:1, 10:4-9; <br> • Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55; <br> • Schmitt 710 at Figs. 3-6, cols. 1-2; <br> • Okabe 547 at Figs. 1-6, Abstract, paras. 1-5, 17-28, 41-42, 49; <br> • Chiku 946 at Figs. 6, 10, 12, paras. 20, 21, 25-26; <br> • Mizuguchi 641 at Figs. 6, 10, 12, paras. 20, 21, 25-26; <br> • Macaulay 2007 at pp. 641-643; <br> • Medtech Finalists 2014; <br> • 2014 Medtech Announcement at p. 3; <br> • Omni Starter Kit Brochure; <br> • Omni Brochure; <br> • Omni Presentation; <br> • 2015 Omni Catalog; <br> • Omni AMXD / AMXDMax devices; <br> • Omni 2007 AMXD User & Maintenance Guide at pp. 10, 21; <br> • 2015 PureWick brochure at pp. 1-4; <br> • PureWick Prior Art Devices. |
| arranged with a curved shape with the elongated opening disposed on the inside of the curve. | It was well known at the time of the alleged invention to select an apparatus design consistent with the intended use of the apparatus. For example, urine collection devices for women were known to have a curved shape with the elongated opening |

| 376 Patent Claim Language | Prior Art |
|---|---|
| | disposed on the inside of the curve, consistent with the female anatomy.<br><br>• Keane 768 at Abstract, Figs. 4, 9-10, 1:67-2:32, 3:60-4:16;<br>• Ellis 185 at Figs. 1-3, 2:55-3:3;<br>• Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32;<br>• Martin 061 at Figs. 1, 8, 2:65-3:14, 3:15-21, 4:34-38, 5:10-51;<br>• Washington 508 at Figs. 1-12, 5:60-62, 7:1-7;<br>• Lawrence 564 at Figs. 1-10, Abstract, 5:8-6:27, 7:28-56, 11:1-19;<br>• Lawrence 222 at Figs. 1-10, 14, Abstract, 5:8-6:27, 7:28-56, 11:1-19;<br>• Carns 997 at Figs. 2-5, 6:15-31;<br>• Suzuki 250 at Abstract, Figs. 1-5, 4:12-19, 6:3-6, 6:66-7:4;<br>• Sanchez 508 at Abstract, Figs. 5 and 8, 3:22-49, 6:21-31;<br>• Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27;<br>• Coley 804 at Figs. 1-5, Abstract, paras. 18-19, 21-24;<br>• Van Den Heuvel 894 at Figs. 1-4, paras. 5, 13-14, 38-44;<br>• Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;<br>• Van Den Heuvel 823 at Figs. 1-4, 2:14-17, 3:21-25, 4:13-19, 6:28-7:3, 7:15-30, 8:17-20;<br>• Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:7-21, 9:23-28, 10:1-9;<br>• Fell 044 at Figs. 1-8, Abstract, 1:6-50, 3:18-7:42, 23:12-14;<br>• Schmitt 710 at Figs. 3-6, cols. 1-2;<br>• Chiku 946 at Figs. 6, 10, 12, paras. 20, 21, 25-26;<br>• Mizuguchi 641 at Figs. 6, 10, 12, paras. 20, 21, 25-26;<br>• Macaulay 2007 at pp. 641-643;<br>• Medtech Finalists 2014;<br>• 2014 Medtech Announcement at p. 3; |

| 376 Patent Claim Language | Prior Art |
|---|---|
| | • Omni Starter Kit Brochure;<br>• Omni Brochure;<br>• Omni Presentation;<br>• Omni AMXD / AMXDMax devices;<br>• 2015 Omni Catalog;<br>• Omni 2007 AMXD User & Maintenance Guide at pp. 10, 21;<br>• 2015 PureWick brochure at pp. 1-4;<br>• PureWick Prior Art Devices. |
| **Claim 6** | |
| 6. The apparatus of claim 1, wherein the support is formed of spun plastic, | See Claim 1.<br><br>There are a few design choices for the material from which a permeable support could be formed, one of which is spun plastic. It was well known at the time of the alleged invention that spun plastic, for example, could hold and support a membrane and maintain form while allowing for fluid permeability.<br><br>• Kuntz 166 at 1:63-2:2, *see also* DesMarais 130 at 5:1-3, 4:13-52;<br>• DesMarais 130 at 5:1-3, 4:13-52;<br>• Van Den Heuvel 894 at para. 52;<br>• Van Den Heuvel 823 at 3:18-19, 6:18-26, 8:17-20, 11:9-10;<br>• Petryk 872 at ¶¶ 71, 73-74, 117;<br>• Philips 505 at Figs. 18-22, 21:35-64, 26:40-27:42;<br>• Tong 356 at 4:30-33, 5:19-20, 6:29-30;<br>• Fell 044 at 3:61-67, 5:1-3, 5:37-40, 23:13-14;<br>• Bond 845 at Abstract, ¶¶ 72, 205;<br>• Okabe 547 at paras. 18,<br>• Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:25-28, 10:1-4;<br>• Macaulay 2007 at pp. 641-643;<br>• 2015 PureWick brochure at pp. 1-4;<br>• Medtech Finalists 2014;<br>• PureWick Prior Art Devices. |
| and the membrane is formed of ribbed knit fabric | Fabrics such as ribbed knit fabrics were one of a few known design choices for the |

| 376 Patent Claim Language | Prior Art |
|---|---|
| | material from which a permeable membrane could be formed.  It was well known at the time of the alleged invention that ribbed knit fabrics are permeable, comfortable, and can conform to a support.  See also Claim 4.<br><br>• McGuire 981 at 1:71-2:16;<br>• Tong 356 at Figs. 1-5, 4:11-26;<br>• Fell 044 at Fig. 1, Abstract, 23:12-14;<br>• Jones 080 at Figs. 1-7, 1:59-89, 2:52-79;<br>• Flower 300 at Figs. 2, 7, 1:11-15, 2:22-24, 3:23-32;<br>• Larson 025 at Abstract, Fig. 2, 3:21-25, 4:47-52;<br>• Kuntz 166 at Fig. 2, 2:38-47, 3:42-45, 3:61-64, 4:17-32;<br>• Fell 044 at Figs. 1-8, 1:6-50, 3:18-7:42<br>• Brennan 465 at 4:16-66, Figs. 1-2, 6;<br>• Lawrence 564 at Fig. 14, 11:24-35;<br>• Lawrence 222 at Fig. 14, 11:24-35;<br>• Sanchez 508 at 4:10-12;<br>• Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;<br>• Schmidt 688 at Figs. 4-7, 4:29-68, 5:43-62;<br>• Van Den Heuvel 894 at para. 52;<br>• Van Den Heuvel 823 at 3:18-19, 6:18-26, 8:17-20, 11:9-10;<br>• Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:25-28, 10:1-4;<br>• Macaulay 2007 at pp. 641-643<br>• 2014Medtech Finalists 2014;<br>• PureWick Prior Art Devices. |
| **Claim 9** | |
| 9. The apparatus of claim 1, wherein the fluid permeable membrane includes a wicking material. | See Claim 1.<br><br>It was well known at the time of the alleged invention to have the permeable membrane include a wicking material.<br><br>• Scott 234 at 2:32-54, Fig. 1;<br>• Keane 768 at Abstract, 3:75-4:4, Figs. 9-10; |

| 376 Patent Claim Language | Prior Art |
|---|---|
|  | - Flower 300 at Figs. 2, 7, 1:11-15, 2:22-24, 3:23-32; <br> - Larson 025 at Abstract, Fig. 2, 3:21-25, 4:47-52; <br> - Frosch 901 at Abstract, Figs. 1-2, 5:57-65; <br> - Hessner 418 at Abstract, Figs. 1-8, 3:26-31, 5:54-57, 6:36-43; <br> - Frosch 539 at Abstract, Figs. 1-2, 3:5-21, 6:27-42; <br> - Triunfol 675 at Figs. 1-5, claims 1-4, 3:66-4:7, 4:2-7; <br> - Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32; <br> - Brennan 465 at 4:16-66, Figs. 1-2, 6; <br> - McGuire 347 at Figs. 1-4, Abstract, 2:35-40, 5:25-30, 6:1-35; <br> - McGuire 699 at Figs. 1-6, 4:1-19, 4:68-5:2, 6:61-64; <br> - Skow 735 at Abstract, Figs. 1-11, 3:48-51, 6:16-67; <br> - Argenta 643 at Figs. 1, 5; 3:31-51, 6:46-64, 7:10-23, 7:56-58; <br> - Lawrence 564 at Figs. 1-5, 14, Abstract, 5:8-6:27, 7:28-56, 11:24-36, claim 6; <br> - Lawrence 222 at Figs. 1-5, 14, Abstract, 5:8-6:27, 7:28-56, 11:24-36, claim 6; <br> - Etheredge 606 at Figs. 1-3, Abstract, 4:7-60, 5:212-54; <br> - Cheng 133 at Figs. 7A-9, 16:53-17:54; <br> - Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64; <br> - Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35; <br> - Fell 044 at Figs. 1-8, Abstract, 1:6-50, 3:18-7:42, 23:12-14; <br> - Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61; <br> - Easter 366 at Figs. 5-9, 5:54-6:10; <br> - Harvie 964 at Figs. 1-3, 9:25-10:45; <br> - Harvie 012 at Figs. 1-3, 8:29-9:51; <br> - Harvie 043 at Figs. 1-3, 9:66-10:58; <br> - Cheng 245 at 24:12-35, 29:27-52, 37:35-57, 38:48-53; <br> - Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33; |

| 376 Patent Claim Language | Prior Art |
|---|---|
| | • Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26; |
| | • Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54; |
| | • Mombrinie 389 at Figs. 1-4, 9, 4:17-26, 4:61-5:7, 5:15-19; |
| | • Okabe 706 at Figs. 1-9, 3:36-45, 4:10-21, 6:13-17; |
| | • Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56; |
| | • Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46; |
| | • Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66; |
| | • Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32; |
| | • Suzuki 250 at Abstract, Figs. 1-5, 4:12-19, 6:3-6, 6:66-7:4; |
| | • Sanchez 508 at Abstract, Figs. 5 and 8, 3:22-49, 6:21-31; |
| | • Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27; |
| | • Mombrinie 639 at Figs. 1-9, paras. 13-14, 31-38, 40, 43; |
| | • Mahnensmith 080 at Abstract, Figs. 1-5, paras. 10-11, 20-22, 24, 30-31; |
| | • Van Den Heuvel 894 at Figs. 1-4, paras. 5-6, 21, 46; |
| | • Van Den Heuvel 823 at 1:27-2:7, claims 1-2 (*see also* WO00/57784 at 9:7-10:9, Fig. 5b); |
| | • Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:25-10:1, 10:4-9; |
| | • Wada 625 at Fig. 24, paras. 188-194; |
| | • Coley 804 at Figs. 1-5, Abstract, paras. 18-19, 21-24; |
| | • Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55; |
| | • Medtech Finalists 2014; |
| | • 2014 Medtech Announcement at p. 3; |
| | • Omni Starter Kit Brochure; |
| | • Omni Brochure; |
| | • Omni Presentation; |
| | • Omni AMXD / AMXDMax devices; |
| | • 2015 Omni Catalog; |

| 376 Patent Claim Language | Prior Art |
|---|---|
| | <ul><li>Omni 2007 AMXD User & Maintenance Guide at pp. 10, 21;</li><li>Macaulay 2007 at pp. 641-643;</li><li>2015 PureWick brochure at pp. 1-4;</li><li>PureWick Prior Art Devices.</li></ul> |
| **Claim 11** | |
| 11. An apparatus comprising: a fluid impermeable casing defining a fluid reservoir at a first end, | Apparatuses with fluid impermeable casings defining a fluid reservoir at one end were well known at the time of the alleged invention. <ul><li>Duke 046 at Figs. 1-3, 1:63-2:2;</li><li>Keane 768 at Abstract, Figs. 4, 9-10, 1:67-2:32, 3:75-4:16;</li><li>Ellis 185 at Figs. 1-3, 2:55-3:3;</li><li>Flower 300 at Figs. 2, 7, 1:11-15, 2:22-24, 3:23-32;</li><li>Larson 025 at Abstract, Fig. 2, 3:21-25, 4:47-52;</li><li>Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33, 5:34-6:4, 6:36-43;</li><li>Kraus 703 at Abstract, Figs. 1-6, 3:37-4:62;</li><li>Triunfol 675 at Figs. 1-5, claims 1-4, 3:66-4:7, 4:2-7;</li><li>Martin 061 at Figs. 1, 8, 2:65-3:14, 3:15-21, 4:34-38, 5:10-51;</li><li>Nussbaumer 160 at Figs. 1-9, 2:23-44, 2:50-59, 3:20-41, 4:5-13, 5:10-15;</li><li>Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32;</li><li>Ehrenkranz 215 at Abstract, Figs. 1-9B;</li><li>Brennan 465 at 4:16-66, Figs. 1-2, 6;</li><li>Washington 508 at Figs. 1-5, 11-12, 2:24-27, 2:40-52, 5:22-62, 10:23-34;</li><li>Conkling 541 at Figs. 12-15, Figs. 12-15, 3:29-49, 6:43-68, 7:2-11;</li><li>Nigay 463 at Figs. 1-3, 1:65-2:62;</li><li>McGuire 347 at Figs. 1-4, Abstract, 2:35-40, 5:25-30, 6:1-35;</li><li>Carns 997 at Figs. 2-5, 6:15-31;</li><li>Kubo 983 at Figs. 1a-2, Abstract, 2:44-3:5, 4:19-33, 5:8-27;</li></ul> |

| 376 Patent Claim Language | Prior Art |
|---|---|
| | • Kubo 052 at Figs. 1a-4, Abstract, 3:53-4:59; <br> • Lawrence 564 at Figs. 1-10, Abstract, 5:8-6:27, 7:28-56; <br> • Lawrence 222 at Figs. 1-10, 14, Abstract, 5:8-6:27, 7:28-56, 11:24-36; <br> • Etheredge 606 at Figs. 1-3, Abstract, 4:7-60, 5:212-54; <br> • Kraus 339 at Abstract, Figs. 1-7, 4:47-5:15; <br> • Cheng 133 at Figs. 7A-9, 16:53-17:54; <br> • Snyder 560 at Figs. 1-5, 4:5-5:47; <br> • Sweetser 793 at Figs. 1-2, 3:35-4:31; <br> • Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64; <br> • Scott 384 at 3:15-31, Figs. 3-4; <br> • Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35; <br> • Otto 137 at Figs. 1-2, 3:7-64, 4:10-28; <br> • Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61; <br> • Harvie 964 at Figs. 1-3, 9:25-10:45; <br> • Harvie 012 at Figs. 1-3, 8:29-9:51; <br> • Harvie 043 at Figs. 1-3, 9:66-10:58; <br> • Easter 366 at Figs. 5-9, 5:54-6:10; <br> • Trabold 781 at Abstract, Figs. 1-8, 2:35-51; <br> • Cheng 245 at 24:12-35, 29:27-52, 37:35-57, 38:48-53; <br> • Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33; <br> • Suzuki 250 at Abstract, Figs. 1-5, 8, 11, claim 1, 2:41-55, 11:65-12:21; <br> • Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26; <br> • Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54; <br> • Mombrinie 389 at Figs. 1-4, 9, 4:17-26, 4:61-5:7, 5:15-19; <br> • Swiecicki 634 at Figs. 1-8, 2:14-34, 4:59-5:9, 11:42-61; <br> • Okabe 706 at 7:40-8:14, Figs. 3-4; <br> • Sanchez 508 at Abstract, Fig. 8, 6:21-31; <br> • Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27; <br> • Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56; |

| 376 Patent Claim Language | Prior Art |
|---|---|
| | • Grundke 161 at Figs. 1-5, paras. 20-24, 33;<br>• Scott 749 at Figs. 3-4, paras. 74-75, 79;<br>• Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46;<br>• Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66;<br>• Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32;<br>• Mombrinie 639 at Figs. 1-9, paras. 13-14, 31-38, 40, 43;<br>• Mahnensmith 080 at Abstract, Figs. 1-5, paras. 8-9, 17-20, 30-31;<br>• Wightman 214 at Figs. 2b, 4b, 5-6, paras. 87, 92;<br>• Coley 804 at Figs. 1-5, Abstract, paras. 18-19, 21-24;<br>• Van Den Heuvel 894 at Figs. 1-4, paras. 5, 7, 40, 42, 44, 51;<br>• Van Den Heuvel 823 at Figs. 1-4, 1:27-2:7, 6:18-26, 6:28-7:3, 7:15-20, 7:22-24, 7:25-30, 8:17-20, 8:22-25;<br>• Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:8-21, 9:23-25;<br>• Goldenberg 638 at Abstract, Figs. 1-3, 3:20-42, 6:44-57;<br>• Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;<br>• Wada 625 at Fig. 24, paras. 188-194;<br>• Schmitt 710 at Figs. 3-6, cols. 1-2;<br>• Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13;<br>• Chiku 946 at Figs. 1, 2, 6, 7, Abstract, paras. 6-7, 14;<br>• Mizuguchi 641 at Figs. 1, 2, 6, 7, Abstract, paras. 6-7, 14;<br>• Ishii 108 at Figs. 1-4, paras 1-13;<br>• Macaulay 2007 at pp. 641-643;<br>• 2006 British Health Publication at pp. 14-15;<br>• Omni Starter Kit Brochure;<br>• Omni Brochure;<br>• Omni Presentation;<br>• Omni AMXD / AMXDMax devices;<br>• 2015 Omni Catalog; |

| 376 Patent Claim Language | Prior Art |
|---|---|
|  | <ul><li>Omni 2007 AMXD User & Maintenance Guide at pp. 10, 21;</li><li>2015 PureWick brochure at pp. 1-4;</li><li>Medtech Finalists 2014;</li><li>PureWick Prior Art Devices.</li></ul> |
| a fluid outlet at a second end, | See Claim 1. <br><br> <ul><li>Scott 234 at 1:29-48, Figs. 1-3;</li><li>Duke 046 at Figs. 1-3, 1:63-2:23;</li><li>Keane 768 at Abstract, 1:65-2:10, 3:49-4:16, Fig. 9-10;</li><li>Flower 300 at Figs. 2, 7, 1:11-15, 2:22-24, 3:23-32;</li><li>Larson 025 at Abstract, Fig. 2, 3:21-25, 4:47-52;</li><li>Hessner 418 at 6:36-43;</li><li>Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32;</li><li>Brennan 465 at 4:16-66, Figs. 1-2, 6;</li><li>Washington 508 at Figs. 1-12, 2:33-38, 5:63-6:10;</li><li>Conkling 541 at Figs. 12-15, 3:29-49, 6:43-68, 7:2-11;</li><li>Nigay 463 at Figs. 1-3, 1:65-2:62;</li><li>McGuire 347 at Figs. 1-4, Abstract, 2:35-40, 5:25-30, 6:1-35;</li><li>McGuire 699 at Figs. 1-6, 4:1-19, 4:68-5:2, 6:61-64;</li><li>Skow 735 at Abstract, Figs. 1-11, 3:48-51, 6:16-67;</li><li>Argenta 643 at Figs. 1, 5; 3:31-51, 6:46-64, 7:10-23, 7:56-58;</li><li>Carns 997 at Figs. 2-5, 6:15-31;</li><li>Kubo 983 at Figs. 1a-2, Abstract, 2:44-3:5, 4:19-33, 5:1-7;</li><li>Kubo 052 at Figs. 1a-4, Abstract, 3:53-4:59;</li><li>Lawrence 564 at Figs. 1-10, Abstract, 5:8-6:27, 7:28-56;</li><li>Lawrence 222 at Figs. 1-10, 14, Abstract, 5:8-6:27, 7:28-56, 11:24-36;</li><li>Kraus 339 at Abstract, Figs. 1-7, 4:47-5:15;</li></ul> |

| 376 Patent Claim Language | Prior Art |
|---|---|
| | • Triunfol 675 at Figs. 1-5, claims 1-4, 3:66-4:7, 4:2-7; |
| | • Robertson 771 at Figs. 1-2, 2:56-3:44; |
| | • Cheng 133 at Figs. 7A-9, 16:53-17:54; |
| | • Snyder 560 at Figs. 1-5, 4:5-5:47; |
| | • Sweetser 793 at Figs. 1-2, 3:35-4:31; |
| | • Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64; |
| | • Scott 384 at 3:15-31, Figs. 3-4; |
| | • Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35; |
| | • Otto 137 at Figs. 1-2, 3:7-64, 4:10-28; |
| | • Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61; |
| | • Easter 366 at Figs. 5-9, 5:54-6:10; |
| | • Harvie 964 at Figs. 1-3, 9:25-10:45; |
| | • Harvie 012 at Figs. 1-3, 8:29-9:51; |
| | • Harvie 043 at Figs. 1-3, 9:66-10:58; |
| | • Trabold 781 at Abstract, Figs. 1-8, 2:35-51; |
| | • Cheng 245 at 24:12-35, 29:27-52, 37:35-57, 38:48-53; |
| | • Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33; |
| | • Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26; |
| | • Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54; |
| | • Mombrinie 389 at Figs. 1-4, 9, 4:17-26, 4:61-5:7, 5:15-19; |
| | • Okabe 706 at Figs. 1-9, 3:36-45, 4:10-21, 6:13-17; |
| | • Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56; |
| | • Sanchez 508 at Abstract, Fig. 8, 6:21-31; |
| | • Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27; |
| | • Grundke 161 at Figs. 1-5, paras. 20-24, 33; |
| | • Scott 749 at Figs. 3-4, paras. 74-75, 79; |
| | • Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46; |
| | • Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66; |
| | • Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32; |
| | • Mombrinie 639 at Figs. 1-9, paras. 13-14, 31-38, 40, 43; |

| 376 Patent Claim Language | Prior Art |
|---|---|
| | • Mahnensmith 080 at Abstract, Figs. 1-5, paras. 23, 30-31;<br>• Van Den Heuvel 894 at Figs. 1-4, paras. 5-7, 40, 42, 44, 51;<br>• Van Den Heuvel 823 at Figs. 1-4, 2:14-17, 3:21-25, 4:13-19, 7:15-30;<br>• Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 6:1-7, 9:8-21, 9:23-25;<br>• Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;<br>• Wada 625 at Fig. 24, paras. 188-194;<br>• Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13;<br>• Goldenberg 638 at Abstract, Figs. 1-3, 3:20-42, 6:44-57;<br>• Schmitt 710 at Figs. 3-6, cols. 1-2;<br>• Chiku 946 at Figs. 1, 2, 6, 7, Abstract, paras. 6-7, 14;<br>• Mizuguchi 641 at Figs. 1, 2, 6, 7, Abstract, paras. 6-7, 14;<br>• Ishii 108 at Figs. 1-4, paras 1-13;<br>• Macaulay 2007 at pp. 641-643;<br>• 2006 British Health Publication at pp. 14-15;<br>• 2014 Medtech Announcement at p. 3;<br>• Omni Starter Kit Brochure;<br>• Omni Brochure;<br>• Omni Presentation;<br>• 2015 Omni Catalog;<br>• Omni AMXD / AMXDMax devices;<br>• Omni 2007 AMXD User & Maintenance Guide at pp. 10, 21;<br>• 2015 PureWick brochure at pp. 1-4;<br>• Medtech Finalists 2014;<br>• PureWick Prior Art Devices. |
| and a longitudinally extending portion extending between the fluid reservoir and the fluid outlet and defining a longitudinally elongated opening between the fluid reservoir and the fluid outlet; | See Claim 1.<br><br>• Duke 046 at Figs. 1-3, 1:63-2:23;<br>• Keane 768 at Abstract, 1:65-2:10, 2:46-56, Fig. 9-10;<br>• Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33, 5:34-6:4, 6:36-43;<br>• Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32; |

| 376 Patent Claim Language | Prior Art |
|---|---|
| | <ul><li>Conkling 541 at Figs. 12-15, 3:29-49, 6:43-68, 7:2-11;</li><li>Nigay 463 at Figs. 1-3, 1:65-2:62;</li><li>Carns 997 at Figs. 2-5, 6:15-31;</li><li>Lawrence 564 at Figs. 1-10, Abstract, 5:8-6:27, 7:28-56;</li><li>Lawrence 222 at Figs. 1-10, 14, Abstract, 5:8-6:27, 7:28-56, 11:24-36;</li><li>Kraus 339 at Abstract, Figs. 1-7, 4:47-5:15;</li><li>Robertson 771 at Figs. 1-2, 2:56-3:44;</li><li>Cheng 133 at Figs. 7A-9, 16:53-17:54;</li><li>Snyder 560 at Figs. 1-5, 4:5-5:47;</li><li>Sweetser 793 at Figs. 1-2, 3:35-4:31;</li><li>Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64;</li><li>Scott 384 at 3:15-31, Figs. 3-4;</li><li>Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35;</li><li>Otto 137 at Figs. 1-2, 3:7-64, 4:10-28;</li><li>Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61;</li><li>Easter 366 at Figs. 5-9, 5:54-6:10;</li><li>Harvie 964 at Figs. 1-3, 9:25-10:45;</li><li>Harvie 012 at Figs. 1-3, 8:29-9:51;</li><li>Harvie 043 at Figs. 1-3, 9:66-10:58;</li><li>Trabold 781 at Abstract, Figs. 1-8, 2:35-51;</li><li>Cheng 245 at 24:12-35, 29:27-52, 37:35-57, 38:48-53;</li><li>Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33;</li><li>Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26;</li><li>Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54;</li><li>Mombrinie 389 at Figs. 1-4, 9, 4:17-26, 4:61-5:7, 5:15-19;</li><li>Okabe 706 at Figs. 1-9, 3:36-45, 4:10-21, 6:13-17;</li><li>Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56;</li><li>Sanchez 508 at Abstract, Fig. 8, 6:21-31;</li><li>Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27;</li><li>Grundke 161 at Figs. 1-5, paras. 20-24, 33;</li><li>Scott 749 at Figs. 3-4, paras. 74-75, 79;</li></ul> |

| 376 Patent Claim Language | Prior Art |
|---|---|
| | • Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46;<br>• Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66;<br>• Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32;<br>• Mombrinie 639 at Figs. 1-9, paras. 13-14, 31-38, 40, 43;<br>• Mahnensmith 080 at Abstract, Figs. 1-5, paras. 9-11, 17-22, 24, 30-31;<br>• Van Den Heuvel 894 at Figs. 1-4, paras. 5, 7, 17, 23, 40, 44;<br>• Van Den Heuvel 823 at Figs. 1-4, 1:27-2:7, 7:22-24, 6:18-26, 7:5-13, 8:22-25;<br>• Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:8-21, 9:23-25;<br>• Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;<br>• Wada 625 at Fig. 24, paras. 188-194;<br>• Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13;<br>• Goldenberg 638 at Abstract, Figs. 1-3, 3:20-42, 6:44-57;<br>• Schmitt 710 at Figs. 3-6, cols. 1-2;<br>• Chiku 946 at Figs. 1-10, Abstract, paras. 6-11, 14-21, 23-26;<br>• Mizuguchi 641 at Figs. 1-10, Abstract, paras 6-11, 14-21, 23-26;<br>• Ishii 108 at Figs. 1-4, paras 1-13;<br>• Macaulay 2007 at pp. 641-643;<br>• 2006 British Health Publication at pp. 14-15;<br>• Omni Starter Kit Brochure;<br>• Omni Brochure;<br>• Omni Presentation;<br>• Omni AMXD / AMXDMax devices;<br>• Omni 2007 AMXD User & Maintenance Guide at pp. 10, 21;<br>• 2015 Omni Catalog;<br>• 2015 PureWick brochure at pp. 1-4;<br>• Medtech Finalists 2014;<br>• PureWick Prior Art Devices. |
| a fluid permeable support disposed within the casing with a portion extending across the | See Claim 1. |

| 376 Patent Claim Language | Prior Art |
|---|---|
| elongated opening, wherein the fluid permeable support is distinct from and at least proximate to the fluid reservoir; | <ul><li>Keane 768 at Abstract, 1:65-2:10, 2:46-56, 3:75-4:16, Fig. 9-10;</li><li>Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33, 5:34-6:4, 6:36-43;</li><li>Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32;</li><li>Washington 508 at Figs. 1-12, 2:33-68, 5:63-6:10;</li><li>Conkling 541 at Figs. 12-15, 3:29-49, 6:43-68, 7:2-11;</li><li>Nigay 463 at Figs. 1-3, 1:65-2:62;</li><li>Lawrence 564 at Figs. 1-10, Abstract, 5:8-6:27, 7:28-56, 11:24-36;</li><li>Lawrence 222 at Figs. 1-10, 14, Abstract, 5:8-6:27, 7:28-56, 11:24-36;</li><li>Cheng 133 at Figs. 7A-9, 16:53-17:54;</li><li>Sweetser 793 at Figs. 1-2, 3:35-4:31;</li><li>Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64;</li><li>Scott 384 at 3:15-31, Figs. 3-4;</li><li>Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35;</li><li>Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61;</li><li>Easter 366 at Figs. 5-9, 5:54-6:10;</li><li>Harvie 964 at Figs. 1-3, 9:25-10:45;</li><li>Harvie 012 at Figs. 1-3, 8:29-9:51;</li><li>Harvie 043 at Figs. 1-3, 9:66-10:58;</li><li>Cheng 245 at 24:12-35, 29:27-52, 37:35-57, 38:48-53;</li><li>Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33;</li><li>Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26;</li><li>Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54;</li><li>Mombrinie 389 at Figs. 1-4, 9, 4:17-26, 4:61-5:7, 5:15-19;</li><li>Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56;</li><li>Sanchez 508 at Abstract, Fig. 8, 6:21-31;</li><li>Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27;</li><li>Scott 749 at Figs. 3-4, paras. 74-75, 79;</li><li>Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46;</li><li>Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66;</li></ul> |

| 376 Patent Claim Language | Prior Art |
|---|---|
| | • Mombrinie 639 at Figs. 1-9, paras. 13-14, 31-38, 40, 43;<br>• Mahnensmith 080 at Abstract, Figs. 1-5, paras. 8-9, 17-20, 30-31;<br>• Van Den Heuvel 894 at Figs. 1-4, paras. 5, 7, 13-14, 38-44;<br>• Van Den Heuvel 823 at Figs. 1-4, 1:27-2:7, 6:18-26, 6:28-7:3, 7:15-20, 7:22-24, 7:25-30, 8:17-20, 8:22-25;<br>• Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:8-21, 9:23-28, 10:1-4;<br>• Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;<br>• Wada 625 at Fig. 24, paras. 188-194;<br>• Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13;<br>• Chiku 946 at Figs. 1, 2, 6, 7, Abstract, paras. 6-7, 14;<br>• Mizuguchi 641 at Figs. 1, 2, 6, 7, Abstract, paras. 6-7, 14<br>• Macaulay 2007 at pp. 641-643;<br>• 2006 British Health Publication at pp. 14-15;<br>• 2015 PureWick brochure at pp. 1-4;<br>• Medtech Finalists 2014;<br>• PureWick Prior Art Devices. |
| a fluid permeable membrane disposed on the support and covering at least the portion of the support that extends across the elongated opening, so that the membrane is supported on the support and disposed across the elongated opening; | See Claim 1.<br><br>• Keane 768 at Figs. 9-10, 3:75-4:16;<br>• Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33;<br>• Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32;<br>• Lawrence 564 at Figs. 1-10, Abstract, 5:8-6:27, 7:28-56;<br>• Lawrence 222 at Figs. 1-10, 14, Abstract, 5:8-6:27, 7:28-56, 11:24-36;<br>• Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64;<br>• Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35;<br>• Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61;<br>• Harvie 964 at Figs. 1-3, 9:25-10:45;<br>• Harvie 012 at Figs. 1-3, 8:29-9:51;<br>• Harvie 043 at Figs. 1-3, 9:66-10:58; |

| 376 Patent Claim Language | Prior Art |
|---|---|
| | • Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33; <br> • Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26; <br> • Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54; <br> • Mombrinie 389 at Figs. 1-4, 9, 4:17-26, 4:61-5:7, 5:15-19; <br> • Okabe 706 at Figs. 1-9, 3:36-45, 4:10-21, 6:13-17; <br> • Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56; <br> • Sanchez 508 at Abstract, Fig. 8, 6:21-31; <br> • Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27; <br> • Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46; <br> • Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66; <br> • Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32; <br> • Mombrinie 639 at Figs. 1-9, paras. 13-14, 31-38, 40, 43; <br> • Mahnensmith 080 at Abstract, Figs. 1-5, paras. 10-11, 20-22, 24, 30-31; <br> • Van Den Heuvel 894 at para. 5; <br> • Van Den Heuvel 823 at 1:27-2:12, 2:25-27, claims 1-2 (*see also* WO00/57784 at 9:7-10:9, Fig. 5b); <br> • Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:8-21, 9:23-10:1, 10:4-9; <br> • Fell 044 at Figs. 1-8, Abstract, 1:6-50, 3:18-7:42, 23:12-14; <br> • Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55; <br> • Wada 625 at Fig. 24, paras. 188-194; <br> • Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13; <br> • Macaulay 2007 at pp. 641-643; <br> • 2014 Medtech Announcement at p. 3; <br> • Omni Starter Kit Brochure; <br> • Omni Brochure; <br> • Omni Presentation; <br> • 2015 Omni Catalog; <br> • Omni 2007 AMXD User & Maintenance Guide at pp. 10, 21; |

| 376 Patent Claim Language | Prior Art |
|---|---|
| | • Omni AMXD / AMXDMax devices;<br>• 2015 PureWick brochure at pp. 1-4;<br>• Medtech Finalists 2014;<br>• PureWick Prior Art Devices. |
| a tube having a first end disposed in the reservoir and extending behind at least the portion of the support and the portion of the membrane disposed across the elongated opening and extending through the fluid outlet to a second, fluid discharge end, | See Claim 1.<br><br>• Keane 768 at Abstract, Figs. 9-10, 1:65-2:10, 3:47-4:16;<br>• Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32;<br>• Suzuki 250 at Abstract, Figs. 1-5, 8, 11, 11:65-12:21;<br>• Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35;<br>• Sanchez 508 at Abstract, Fig. 8, 6:21-31;<br>• Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27;<br>• Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46;<br>• Van Den Heuvel 894 at Figs. 1-4, paras. 19, 42, 44, 47;<br>• Van Den Heuvel 823 at Figs. 1-4, 2:14-17, 3:21-25, 4:13-19, 7:15-30, claims 1-2 (*see also* WO00/57784 at 9:7-10:9, Fig. 5b);<br>• Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:8-21, 9:23-10:1, 10:4-9;<br>• Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;<br>• Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13;<br>• Chiku 946 at Figs. 5, 10, 1, 2, 7, Abstract, paras. 11-12;<br>• Mizuguchi 641 at Figs. 5, 10, 1, 2, 7, Abstract, paras. 11-12;<br>• Macaulay 2007 at pp. 641-643;<br>• 2006 British Health Publication at pp. 14-15;<br>• Medtech Finalists 2014;<br>• PureWick Prior Art Devices. |
| the apparatus configured to: be disposed with the opening adjacent to a urethral opening of a user, with the fluid permeable membrane | As discussed above, it was well known to configure a body fluid collection device so that the opening was adjacent to the source |

| 376 Patent Claim Language | Prior Art |
|---|---|
| engaging tissue surrounding the urethral opening, | of fluid. Urine collection devices were known to be configured so that the opening was adjacent the urethral opening of a female.<br><br>• Keane 768 at Abstract, 1:65-2:10, 3:75-4:16, Figs. 4, 9-10;<br>• Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32;<br>• Martin 061 at Figs. 1, 8, 2:65-3:14, 3:15-21, 4:34-38, 5:10-51;<br>• Lawrence 564 at Figs. 1-10, Abstract, 5:8-6:27, 7:28-56, 11:1-19;<br>• Lawrence 222 at Figs. 1-10, 14, Abstract, 5:8-6:27, 7:28-56, 11:1-19;<br>• Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64;<br>• Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35;<br>• Fell 044 at Figs. 1-8, Abstract, 1:6-50, 3:18-7:42, 23:12-14;<br>• Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61;<br>• Harvie 964 at Figs. 1-3, 9:25-10:45;<br>• Harvie 012 at Figs. 1-3, 8:29-9:51;<br>• Harvie 043 at Figs. 1-3, 9:66-10:58;<br>• Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33;<br>• Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26;<br>• Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54;<br>• Mombrinie 389 at Figs. 1-4, 9, 4:17-26, 4:61-5:7, 5:15-19;<br>• Okabe 706 at Figs. 1-9, 3:36-45, 4:10-21, 6:13-17;<br>• Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56;<br>• Sanchez 508 at Abstract, Fig. 8, 6:21-31;<br>• Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27;<br>• Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46;<br>• Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66;<br>• Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32; |

| 376 Patent Claim Language | Prior Art |
|---|---|
| | <ul><li>Mombrinie 639 at Figs. 1-9, para 13-14, 31-38, 40, 43;</li><li>Mahnensmith 080 at Abstract, Figs. 1-5, paras. 25, 30-31;</li><li>Van Den Heuvel 894 at Figs. 1-4, paras. 13-14, 38-44;</li><li>Van Den Heuvel 823 at Figs. 1-4, 2:14-17, 3:21-25, 4:13-19, 6:28-7:3, 7:15-30, 8:17-20, claims 1-2 (*see also* WO00/57784 at 9:7-10:9, Fig. 5b);</li><li>Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:7-10:1, 10:4-9;</li><li>Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;</li><li>Wada 625 at Fig. 24, paras. 188-194;</li><li>Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13;</li><li>Macaulay 2007 at pp. 641-643;</li><li>2006 British Health Publication at pp. 14-15;</li><li>2014 Medtech Announcement at p. 3;</li><li>Omni Starter Kit Brochure;</li><li>Omni Brochure;</li><li>Omni Presentation;</li><li>2015 Omni Catalog;</li><li>Omni 2007 AMXD User & Maintenance Guide at pp. 10, 21;</li><li>Omni AMXD / AMXDMax devices;</li><li>2015 PureWick brochure at pp. 1-4;</li><li>Medtech Finalists 2014;</li><li>PureWick Prior Art Devices.</li></ul> |
| be retained in position on the user solely by frictional engagement with and/or between the labia and/or other portions of the area of the user's body surrounding the urethral opening, and | It was well known at the time of the alleged invention that a fluid collection device could be held in place in a number of ways, one of which was solely by engaging the patient's body (for example, the labia in the case of urine collection devices for women) with the device. The other option was to use additional mechanisms to hold the device in place such as tape, form wear or the like.<br><br><ul><li>Swiecicki 634 at Figs. 1-8, 2:14-34, 4:59-5:9, 11:42-61;</li></ul> |

| 376 Patent Claim Language | Prior Art |
|---|---|
| | <ul><li>Hirschman 277 at Figs. 1-9, 1:33-40, 2:24-50;</li><li>Sanchez 508 at 5:14-16;</li><li>Coley 804 at Figs. 1-5, Abstract, paras. 18-19, 21-25;</li><li>Nolan 144 at Figs. 1-6, 1:55-82, 2:69-77;</li><li>Macaulay 2007 at pp. 641-643;</li><li>2014 Medtech Announcement at p. 3;</li><li>2015 PureWick brochure at pp. 1-4;</li><li>Medtech Finalists 2014;</li><li>PureWick Prior Art Devices;</li><li>Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32;</li><li>Van Den Heuvel 823 at Figs. 1-4, 1:27-2:7, 7:22-24, 6:18-26, 7:5-13, 8:22-25;</li><li>Van Den Heuvel 894 at Figs. 1-4, paras. 5, 13-14, 38-44;</li><li>Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:8-21, 9:23-28, 10:1-4;</li><li>Keane 768 at Abstract, Figs. 4, 9-10, 1:67-2:32, 3:60-4:16;</li><li>Okabe 547 at Figs. 1-6, Abstract, paras. 1-5, 17-28, 41-42, 49;</li><li>Macaulay 2007 at pp. 641-643;</li><li>2006 British Health Publication at pp. 14-15;</li><li>Washington 508 at Abstract, Figs. 5-9, 3:1-9;</li><li>2015 Omni Catalog at pp. 3-4;</li><li>Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;</li><li>Omni 2007 AMXD User & Maintenance Guide at pp. 10, 21;</li><li>Omni AMXD/Dmax devices;</li><li>Fell 044 at Figs. 1-8, Abstract, 1:6-50, 3:18-7:42, 23:12-14.</li></ul> |
| receive urine discharged from the urethral opening through the opening of the fluid impermeable layer, the membrane, the support, and into the reservoir, and to have the received urine withdrawn from the reservoir via the tube and out of the fluid discharge end of the tube. | See Claim 1.<br><br><ul><li>Keane 768 at Abstract, Figs. 4, 9-10, 1:67-2:32, 3:60-4:16;</li><li>Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33, 5:34-6:4, 6:36-43;</li><li>Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32;</li></ul> |

| 376 Patent Claim Language | Prior Art |
|---|---|
| | • Suzuki 250 at Abstract, claim 1, 2:41-55, Figs. 1-5, 8, 11, 3:4-13, 6:3-6; 11:65-12:21; |
| | • Lawrence 564 at Figs. 1-10, Abstract, 5:8-6:27, 7:28-56, 11:1-19; |
| | • Lawrence 222 at Figs. 1-10, 14, Abstract, 5:8-6:27, 7:28-56, 11:1-19; |
| | • Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64; |
| | • Wolff 066 at Fig. 5b, 5:56-6:35; |
| | • Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61; |
| | • Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54; |
| | • Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33; |
| | • Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32; |
| | • Sanchez 508 at Abstract, Fig. 8, 3:22-49, 6:21-31; |
| | • Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27; |
| | • Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46; |
| | • Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26; |
| | • Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66; |
| | • Mahnensmith 080 at Abstract, Figs. 1-5, paras. 10-11, 20-22, 24-25, 30-31; |
| | • Van Den Heuvel 894 at Figs. 1-4, paras. 5, 13-14, 38-44; |
| | • Van Den Heuvel 823 at Figs. 1-4, 6:18-26, 7:5-13, 8:22-25, 7:23-25; |
| | • Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:7-21, 9:23-28, 10:1-9; |
| | • Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13; |
| | • Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55; |
| | • Macaulay 2007 at pp. 641-643; |
| | • Omni Starter Kit Brochure; |
| | • Omni Brochure; |
| | • Omni Presentation; |
| | • 2015 Omni Catalog; |

| 376 Patent Claim Language | Prior Art |
|---|---|
| | • Omni 2007 AMXD User & Maintenance Guide at pp. 10, 21;<br>• Omni AMXD / AMXDMax devices;<br>• 2015 PureWick brochure at pp. 1-4;<br>• Medtech Finalists 2014;<br>• PureWick Prior Art Devices. |
| **Claim 12** | |
| 12. The apparatus of claim 11, wherein the apparatus is configured to be retained in position on the user via engagement between the first end of the casing and a user's perineum. | See Claim 11.<br><br>As discussed above, it was well known at the time of the alleged invention that a fluid collection device could be held in place in a number of ways, one of which was solely by engaging the patient's body (for example, the labia in the case of urine collection devices for women) with the device. It was also known that, for urine collection devices for women, the device could be configured to be held in place by engaging an end of the casing and a user's perineum.<br><br>• Swiecicki 634 at Figs. 1-8, 2:14-34, 4:59-5:9, 11:42-61;<br>• Sanchez 508 at 5:14-16;<br>• Coley 804 at Figs. 1-5, Abstract, paras. 18-19, 21-25;<br>• Nolan 144 at Figs. 1-6, 1:55-82, 2:69-77;<br>• Macaulay 2007 at pp. 641-643;<br>• 2014 Medtech Announcement at p. 3;<br>• 2015 PureWick brochure at pp. 1-4;<br>• PureWick Prior Art Devices;<br>• Macaulay 2007 at pp. 641-643;<br>• Medtech Finalists 2014;<br>• 2014 Medtech Announcement at p. 3;<br>• 2015 PureWick brochure at pp. 1-4;<br>• Van Den Heuvel 823 at Figs. 1-4, 1:27-2:7, 7:22-24, 6:18-26, 7:5-13, 8:22-25;<br>• Van Den Heuvel 894 at Figs. 1-4, paras. 5, 13-14, 38-44;<br>• Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:8-21, 9:23-28, 10:1-4;<br>• Keane 768 at Abstract, Figs. 4, 9-10, 1:67-2:32, 3:60-4:16; |

| 376 Patent Claim Language | Prior Art |
|---|---|
|  | • Okabe 547 at Figs. 1-6, Abstract, paras. 1-5, 17-28, 41-42, 49;<br>• 2006 British Health Publication at pp. 14-15;<br>• Washington 508 at Abstract, Figs. 5-9, 3:1-9;<br>• 2015 Omni Catalog at pp. 3-4;<br>• Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32;<br>• Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;<br>• Omni 2007 AMXD User & Maintenance Guide at pp. 10, 21;<br>• Omni AMXD/Dmax devices;<br>• Fell 044 at Figs. 1-8, Abstract, 1:6-50, 3:18-7:42, 23:12-14. |
| **Claim 13** | |
| 13. An apparatus comprising:  a fluid impermeable casing defining a fluid reservoir at a first end, | See Claims 1 and 11.<br><br>• Duke 046 at Figs. 1-3, 1:63-2:2;<br>• Keane 768 at Abstract, Figs. 4, 9-10, 1:67-2:32, 3:75-4:16;<br>• Ellis 185 at Figs. 1-3, 2:55-3:3;<br>• Flower 300 at Figs. 2, 7, 1:11-15, 2:22-24, 3:23-32;<br>• Larson 025 at Abstract, Fig. 2, 3:21-25, 4:47-52;<br>• Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33, 5:34-6:4, 6:36-43;<br>• Kraus 703 at Abstract, Figs. 1-6, 3:37-4:62;<br>• Triunfol 675 at Figs. 1-5, claims 1-4, 3:66-4:7, 4:2-7;<br>• Martin 061 at Figs. 1, 8, 2:65-3:14, 3:15-21, 4:34-38, 5:10-51;<br>• Nussbaumer 160 at Figs. 1-9, 2:23-44, 2:50-59, 3:20-41, 4:5-13, 5:10-15;<br>• Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32;<br>• Ehrenkranz 215 at Abstract, Figs. 1-9B;<br>• Brennan 465 at 4:16-66, Figs. 1-2, 6;<br>• Washington 508 at Figs. 1-5, 11-12, 2:24-27, 2:40-52, 5:22-62, 10:23-34; |

| 376 Patent Claim Language | Prior Art |
|---|---|
| | - Conkling 541 at Figs. 12-15, Figs. 12-15, 3:29-49, 6:43-68, 7:2-11; |
| | - Nigay 463 at Figs. 1-3, 1:65-2:62; |
| | - McGuire 347 at Figs. 1-4, Abstract, 2:35-40, 5:25-30, 6:1-35; |
| | - Carns 997 at Figs. 2-5, 6:15-31; |
| | - Kubo 983 at Figs. 1a-2, Abstract, 2:44-3:5, 4:19-33, 5:8-27; |
| | - Kubo 052 at Figs. 1a-4, Abstract, 3:53-4:59; |
| | - Lawrence 564 at Figs. 1-10, Abstract, 5:8-6:27, 7:28-56; |
| | - Lawrence 222 at Figs. 1-10, 14, Abstract, 5:8-6:27, 7:28-56, 11:24-36; |
| | - Etheredge 606 at Figs. 1-3, Abstract, 4:7-60, 5:212-54; |
| | - Kraus 339 at Abstract, Figs. 1-7, 4:47-5:15; |
| | - Cheng 133 at Figs. 7A-9, 16:53-17:54; |
| | - Snyder 560 at Figs. 1-5, 4:5-5:47; |
| | - Sweetser 793 at Figs. 1-2, 3:35-4:31; |
| | - Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64; |
| | - Scott 384 at 3:15-31, Figs. 3-4; |
| | - Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35; |
| | - Otto 137 at Figs. 1-2, 3:7-64, 4:10-28; |
| | - Fell 044 at Figs. 1-8, Abstract, 1:6-50, 3:18-7:42, 23:12-14; |
| | - Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61; |
| | - Harvie 964 at Figs. 1-3, 9:25-10:45; |
| | - Harvie 012 at Figs. 1-3, 8:29-9:51; |
| | - Harvie 043 at Figs. 1-3, 9:66-10:58; |
| | - Easter 366 at Figs. 5-9, 5:54-6:10; |
| | - Trabold 781 at Abstract, Figs. 1-8, 2:35-51; |
| | - Cheng 245 at 24:12-35, 29:27-52, 37:35-57, 38:48-53; |
| | - Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33; |
| | - Suzuki 250 at Abstract, Figs. 1-5, 8, 11, claim 1, 2:41-55, 11:65-12:21; |
| | - Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26; |
| | - Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54; |

| 376 Patent Claim Language | Prior Art |
|---|---|
| | <ul><li>Mombrinie 389 at Figs. 1-4, 9, 4:17-26, 4:61-5:7, 5:15-19;</li><li>Swiecicki 634 at Figs. 1-8, 2:14-34, 4:59-5:9, 11:42-61;</li><li>Okabe 706 at 7:40-8:14, Figs. 3-4;</li><li>Sanchez 508 at Abstract, Fig. 8, 6:21-31;</li><li>Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27;</li><li>Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56;</li><li>Grundke 161 at Figs. 1-5, paras. 20-24, 33;</li><li>Scott 749 at Figs. 3-4, paras. 74-75, 79;</li><li>Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46;</li><li>Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66;</li><li>Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32;</li><li>Mombrinie 639 at Figs. 1-9, paras. 13-14, 31-38, 40, 43;</li><li>Mahnensmith 080 at Abstract, Figs. 1-5, paras. 8-9, 17-20, 30-31;</li><li>Wightman 214 at Figs. 2b, 4b, 5-6, paras. 87, 92;</li><li>Coley 804 at Figs. 1-5, Abstract, paras. 18-19, 21-24;</li><li>Van Den Heuvel 894 at Figs. 1-4, paras. 5, 7, 40, 42, 44, 51;</li><li>Van Den Heuvel 823 at Figs. 1-4, 1:27-2:7, 6:18-26, 6:28-7:3, 7:15-20, 7:22-24, 7:25-30, 8:17-20, 8:22-25;</li><li>Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:8-21, 9:23-25;</li><li>Goldenberg 638 at Abstract, Figs. 1-3, 3:20-42, 6:44-57;</li><li>Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;</li><li>Wada 625 at Fig. 24, paras. 188-194;</li><li>Schmitt 710 at Figs. 3-6, cols. 1-2;</li><li>Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13;</li><li>Chiku 946 at Figs. 1, 2, 6, 7, Abstract, paras. 6-7, 14;</li></ul> |

| 376 Patent Claim Language | Prior Art |
|---|---|
|  | • Mizuguchi 641 at Figs. 1, 2, 6, 7, Abstract, paras. 6-7, 14;<br>• Ishii 108 at Figs. 1-4, paras 1-13;<br>• Macaulay 2007 at pp. 641-643;<br>• 2006 British Health Publication at pp. 14-15;<br>• Omni Starter Kit Brochure;<br>• Omni Brochure;<br>• Omni Presentation;<br>• 2015 Omni Catalog;<br>• Omni 2007 AMXD User & Maintenance Guide at pp. 10, 21;<br>• Omni AMXD / AMXDMax devices;<br>• 2015 PureWick brochure at pp. 1-4;<br>• Medtech Finalists 2014;<br>• PureWick Prior Art Devices. |
| a fluid outlet at a second end, | See Claims 1 and 11.<br><br>• Scott 234 at 1:29-48, Figs. 1-3;<br>• Duke 046 at Figs. 1-3, 1:63-2:23;<br>• Keane 768 at Abstract, 1:65-2:10, 3:49-4:16, Fig. 9-10;<br>• Flower 300 at Figs. 2, 7, 1:11-15, 2:22-24, 3:23-32;<br>• Larson 025 at Abstract, Fig. 2, 3:21-25, 4:47-52;<br>• Hessner 418 at 6:36-43;<br>• Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32;<br>• Brennan 465 at 4:16-66, Figs. 1-2, 6;<br>• Washington 508 at Figs. 1-12, 2:33-38, 5:63-6:10;<br>• Conkling 541 at Figs. 12-15, 3:29-49, 6:43-68, 7:2-11;<br>• Nigay 463 at Figs. 1-3, 1:65-2:62;<br>• McGuire 347 at Figs. 1-4, Abstract, 2:35-40, 5:25-30, 6:1-35;<br>• McGuire 699 at Figs. 1-6, 4:1-19, 4:68-5:2, 6:61-64;<br>• Skow 735 at Abstract, Figs. 1-11, 3:48-51, 6:16-67;<br>• Argenta 643 at Figs. 1, 5; 3:31-51, 6:46-64, 7:10-23, 7:56-58;<br>• Carns 997 at Figs. 2-5, 6:15-31; |

| 376 Patent Claim Language | Prior Art |
|---|---|
| | • Kubo 983 at Figs. 1a-2, Abstract, 2:44-3:5, 4:19-33, 5:1-7; |
| | • Kubo 052 at Figs. 1a-4, Abstract, 3:53-4:59; |
| | • Lawrence 564 at Figs. 1-10, Abstract, 5:8-6:27, 7:28-56; |
| | • Lawrence 222 at Figs. 1-10, 14, Abstract, 5:8-6:27, 7:28-56, 11:24-36; |
| | • Kraus 339 at Abstract, Figs. 1-7, 4:47-5:15; |
| | • Triunfol 675 at Figs. 1-5, claims 1-4, 3:66-4:7, 4:2-7; |
| | • Robertson 771 at Figs. 1-2, 2:56-3:44; |
| | • Cheng 133 at Figs. 7A-9, 16:53-17:54; |
| | • Snyder 560 at Figs. 1-5, 4:5-5:47; |
| | • Sweetser 793 at Figs. 1-2, 3:35-4:31; |
| | • Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64; |
| | • Scott 384 at 3:15-31, Figs. 3-4; |
| | • Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35; |
| | • Otto 137 at Figs. 1-2, 3:7-64, 4:10-28; |
| | • Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61; |
| | • Easter 366 at Figs. 5-9, 5:54-6:10; |
| | • Harvie 964 at Figs. 1-3, 9:25-10:45; |
| | • Harvie 012 at Figs. 1-3, 8:29-9:51; |
| | • Harvie 043 at Figs. 1-3, 9:66-10:58; |
| | • Trabold 781 at Abstract, Figs. 1-8, 2:35-51; |
| | • Cheng 245 at 24:12-35, 29:27-52, 37:35-57, 38:48-53; |
| | • Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33; |
| | • Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26; |
| | • Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54; |
| | • Mombrinie 389 at Figs. 1-4, 9, 4:17-26, 4:61-5:7, 5:15-19; |
| | • Okabe 706 at Figs. 1-9, 3:36-45, 4:10-21, 6:13-17; |
| | • Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56; |
| | • Sanchez 508 at Abstract, Fig. 8, 6:21-31; |
| | • Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27; |

| 376 Patent Claim Language | Prior Art |
|---|---|
| | • Grundke 161 at Figs. 1-5, paras. 20-24, 33;<br>• Scott 749 at Figs. 3-4, paras. 74-75, 79;<br>• Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46;<br>• Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66;<br>• Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32;<br>• Mombrinie 639 at Figs. 1-9, paras. 13-14, 31-38, 40, 43;<br>• Mahnensmith 080 at Abstract, Figs. 1-5, paras. 23, 30-31;<br>• Van Den Heuvel 894 at Figs. 1-4, paras. 5-7, 40, 42, 44, 51;<br>• Van Den Heuvel 823 at Figs. 1-4, 2:14-17, 3:21-25, 4:13-19, 7:15-30;<br>• Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 6:1-7, 9:8-21, 9:23-25;<br>• Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;<br>• Wada 625 at Fig. 24, paras. 188-194;<br>• Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13;<br>• Goldenberg 638 at Abstract, Figs. 1-3, 3:20-42, 6:44-57;<br>• Schmitt 710 at Figs. 3-6, cols. 1-2;<br>• Chiku 946 at Figs. 1, 2, 6, 7, Abstract, paras. 6-7, 14;<br>• Mizuguchi 641 at Figs. 1, 2, 6, 7, Abstract, paras. 6-7, 14;<br>• Ishii 108 at Figs. 1-4, paras 1-13;<br>• Macaulay 2007 at pp. 641-643;<br>• 2006 British Health Publication at pp. 14-15;<br>• Medtech Finalists 2014;<br>• 2014 Medtech Announcement at p. 3;<br>• Omni Starter Kit Brochure;<br>• Omni Brochure;<br>• Omni Presentation;<br>• 2015 Omni Catalog;<br>• Omni 2007 AMXD User & Maintenance Guide at pp. 10, 21;<br>• Omni AMXD / AMXDMax devices;<br>• 2015 PureWick brochure at pp. 1-4; |

| 376 Patent Claim Language | Prior Art |
|---|---|
| | • PureWick Prior Art Devices. |
| and a longitudinally extending portion extending between the fluid reservoir and the fluid outlet and defining a longitudinally elongated opening between the fluid reservoir and the fluid outlet | See Claims 1 and 11.<br><br>• Duke 046 at Figs. 1-3, 1:63-2:23;<br>• Keane 768 at Abstract, 1:65-2:10, 2:46-56, Fig. 9-10;<br>• Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33, 5:34-6:4, 6:36-43;<br>• Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32;<br>• Conkling 541 at Figs. 12-15, 3:29-49, 6:43-68, 7:2-11;<br>• Nigay 463 at Figs. 1-3, 1:65-2:62;<br>• Carns 997 at Figs. 2-5, 6:15-31;<br>• Lawrence 564 at Figs. 1-10, Abstract, 5:8-6:27, 7:28-56;<br>• Lawrence 222 at Figs. 1-10, 14, Abstract, 5:8-6:27, 7:28-56, 11:24-36;<br>• Kraus 339 at Abstract, Figs. 1-7, 4:47-5:15;<br>• Robertson 771 at Figs. 1-2, 2:56-3:44;<br>• Cheng 133 at Figs. 7A-9, 16:53-17:54;<br>• Snyder 560 at Figs. 1-5, 4:5-5:47;<br>• Sweetser 793 at Figs. 1-2, 3:35-4:31;<br>• Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64;<br>• Scott 384 at 3:15-31, Figs. 3-4;<br>• Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35;<br>• Otto 137 at Figs. 1-2, 3:7-64, 4:10-28;<br>• Fell 044 at Figs. 1-8, Abstract, 1:6-50, 3:18-7:42, 23:12-14;<br>• Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61;<br>• Easter 366 at Figs. 5-9, 5:54-6:10;<br>• Harvie 964 at Figs. 1-3, 9:25-10:45;<br>• Harvie 012 at Figs. 1-3, 8:29-9:51;<br>• Harvie 043 at Figs. 1-3, 9:66-10:58;<br>• Trabold 781 at Abstract, Figs. 1-8, 2:35-51;<br>• Cheng 245 at 24:12-35, 29:27-52, 37:35-57, 38:48-53;<br>• Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33;<br>• Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26; |

| 376 Patent Claim Language | Prior Art |
|---|---|
| | <ul><li>Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54;</li><li>Mombrinie 389 at Figs. 1-4, 9, 4:17-26, 4:61-5:7, 5:15-19;</li><li>Okabe 706 at Figs. 1-9, 3:36-45, 4:10-21, 6:13-17;</li><li>Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56;</li><li>Sanchez 508 at Abstract, Fig. 8, 6:21-31;</li><li>Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27;</li><li>Grundke 161 at Figs. 1-5, paras. 20-24, 33;</li><li>Scott 749 at Figs. 3-4, paras. 74-75, 79;</li><li>Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46;</li><li>Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66;</li><li>Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32;</li><li>Mombrinie 639 at Figs. 1-9, paras. 13-14, 31-38, 40, 43;</li><li>Mahnensmith 080 at Abstract, Figs. 1-5, paras. 9-11, 17-22, 24, 30-31;</li><li>Van Den Heuvel 894 at Figs. 1-4, paras. 5, 7, 17, 23, 40, 44;</li><li>Van Den Heuvel 823 at Figs. 1-4, 1:27-2:7, 7:22-24, 6:18-26, 7:5-13, 8:22-25;</li><li>Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:8-21, 9:23-25;</li><li>Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;</li><li>Wada 625 at Fig. 24, paras. 188-194;</li><li>Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13;</li><li>Goldenberg 638 at Abstract, Figs. 1-3, 3:20-42, 6:44-57;</li><li>Schmitt 710 at Figs. 3-6, cols. 1-2;</li><li>Chiku 946 at Figs. 1-10, Abstract, paras. 6-11, 14-21, 23-26;</li><li>Mizuguchi 641 at Figs. 1-10, Abstract, paras 6-11, 14-21, 23-26;</li><li>Ishii 108 at Figs. 1-4, paras 1-13;</li><li>Macaulay 2007 at pp. 641-643;</li><li>2006 British Health Publication at pp. 14-15;</li></ul> |

| 376 Patent Claim Language | Prior Art |
|---|---|
| | • Omni Starter Kit Brochure;<br>• Omni Brochure;<br>• Omni Presentation;<br>• 2015 Omni Catalog;<br>• Omni 2007 AMXD User & Maintenance Guide at pp. 10, 21;<br>• Omni AMXD / AMXDMax devices;<br>• 2015 PureWick brochure at pp. 1-4;<br>• Medtech Finalists 2014;<br>• PureWick Prior Art Devices. |
| a fluid permeable support disposed within the casing with a portion extending across the elongated opening, | See Claims 1 and 11.<br><br>• Keane 768 at Abstract, 1:65-2:10, 2:46-56, 3:75-4:16, Fig. 9-10;<br>• Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33, 5:34-6:4, 6:36-43;<br>• Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32;<br>• Washington 508 at Figs. 1-12, 2:33-68, 5:63-6:10;<br>• Conkling 541 at Figs. 12-15, 3:29-49, 6:43-68, 7:2-11;<br>• Nigay 463 at Figs. 1-3, 1:65-2:62;<br>• Lawrence 564 at Figs. 1-10, Abstract, 5:8-6:27, 7:28-56, 11:24-36;<br>• Lawrence 222 at Figs. 1-10, 14, Abstract, 5:8-6:27, 7:28-56, 11:24-36;<br>• Cheng 133 at Figs. 7A-9, 16:53-17:54;<br>• Sweetser 793 at Figs. 1-2, 3:35-4:31;<br>• Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64;<br>• Scott 384 at 3:15-31, Figs. 3-4;<br>• Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35;<br>• Fell 044 at Figs. 1-8, Abstract, 1:6-50, 3:18-7:42, 23:12-14;<br>• Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61;<br>• Easter 366 at Figs. 5-9, 5:54-6:10;<br>• Harvie 964 at Figs. 1-3, 9:25-10:45;<br>• Harvie 012 at Figs. 1-3, 8:29-9:51;<br>• Harvie 043 at Figs. 1-3, 9:66-10:58;<br>• Cheng 245 at 24:12-35, 29:27-52, 37:35-57, 38:48-53;<br>• Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33; |

| 376 Patent Claim Language | Prior Art |
|---|---|
| | • Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26; |
| | • Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54; |
| | • Mombrinie 389 at Figs. 1-4, 9, 4:17-26, 4:61-5:7, 5:15-19; |
| | • Okabe 706 at Figs. 1-9, 3:36-45, 4:10-21, 6:13-17; |
| | • Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56; |
| | • Sanchez 508 at Abstract, Fig. 8, 6:21-31; |
| | • Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27; |
| | • Scott 749 at Figs. 3-4, paras. 74-75, 79; |
| | • Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46; |
| | • Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66; |
| | • Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32; |
| | • Mombrinie 639 at Figs. 1-9, paras. 13-14, 31-38, 40, 43; |
| | • Mahnensmith 080 at Abstract, Figs. 1-5, paras. 8-9, 17-20, 30-31; |
| | • Van Den Heuvel 894 at Figs. 1-4, paras. 5, 7, 13-14, 38-44; |
| | • Van Den Heuvel 823 at Figs. 1-4, 1:27-2:7, 6:18-26, 6:28-7:3, 7:15-20, 7:22-24, 7:25-30, 8:17-20, 8:22-25; |
| | • Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:8-21, 9:23-28, 10:1-4; |
| | • Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55; |
| | • Wada 625 at Fig. 24, paras. 188-194; |
| | • Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13; |
| | • Chiku 946 at Figs. 1, 2, 6, 7, Abstract, paras. 6-7, 14; |
| | • Mizuguchi 641 at Figs. 1, 2, 6, 7, Abstract, paras. 6-7, 14 |
| | • Macaulay 2007 at pp. 641-643; |
| | • 2006 British Health Publication at pp. 14-15; |
| | • Omni Starter Kit Brochure; |
| | • Omni Brochure; |
| | • Omni Presentation; |

| 376 Patent Claim Language | Prior Art |
|---|---|
| | • 2015 Omni Catalog;<br>• Omni 2007 AMXD User & Maintenance Guide at pp. 10, 21;<br>• Omni AMXD / AMXDMax devices;<br>• 2015 PureWick brochure at pp. 1-4;<br>• Medtech Finalists 2014;<br>• PureWick Prior Art Devices. |
| wherein the fluid permeable support is distinct from and at least proximate to the fluid reservoir; | See Claims 1 and 11.<br><br>• Keane 768 at Abstract, 1:65-2:10, 2:46-56, 3:75-4:16, Fig. 9-10;<br>• Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33, 5:34-6:4, 6:36-43;<br>• Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32;<br>• Washington 508 at Figs. 1-5, 2:24-67, 5:22-6:67;<br>• Conkling 541 at Figs. 12-15, 6:43-68;<br>• Nigay 463 at Figs. 1-3, 1:65-2:62;<br>• Triunfol 675 at Figs. 1-5, claims 1-4, 3:66-4:7, 4:2-7;<br>• Sweetser 793 at Figs. 1-2, 3:35-4:31;<br>• Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35;<br>• Mombrinie 389 at Figs. 1-4, 9, 4:17-26, 4:61-5:7, 5:15-19;<br>• Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56;<br>• Sanchez 508 at Abstract, Fig. 8, 6:21-31;<br>• Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27;<br>• Scott 749 at Figs. 3-4, paras. 74-75, 79;<br>• Scott 384 at 3:15-31, Figs. 3-4;<br>• Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46;<br>• Mombrinie 639 at Figs. 1-9, paras. 13-14, 31-38, 40, 43;<br>• Mahnensmith 080 at Abstract, Figs. 1-5, paras. 8-11, 17-20, 30-31;<br>• Van Den Heuvel 894 at Figs. 1-4, paras. 42, 44;<br>• Van Den Heuvel 823 at Figs. 1-4, 6:18-26, 7:15-20, 7:22-24, 8:22-25;<br>• Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:17-19, 9:8-21, 9:23-28, 10:1-4; |

| 376 Patent Claim Language | Prior Art |
|---|---|
| | • Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;<br>• Wada 625 at Fig. 24, paras. 188-194;<br>• Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13;<br>• Chiku 946 at Figs. 1, 2, 6, 7, Abstract, claim 10, paras. 8, 14-15;<br>• Mizuguchi 641 at Figs. 1, 2, 6, 7, Abstract, claim 10, paras. 8, 14-15;<br>• Macaulay 2007 at pp. 641-643;<br>• 2006 British Health Publication at pp. 14-15;<br>• Medtech Finalists 2014;<br>• PureWick Prior Art Devices. |
| a fluid permeable membrane disposed on the support and covering at least the portion of the support that extends across the elongated opening, so that the membrane is supported on the support and disposed across the elongated opening; | See Claims 1 and 11.<br><br>• Keane 768 at Figs. 9-10, 3:75-4:16;<br>• Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33;<br>• Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32;<br>• Lawrence 564 at Figs. 1-10, Abstract, 5:8-6:27, 7:28-56;<br>• Lawrence 222 at Figs. 1-10, 14, Abstract, 5:8-6:27, 7:28-56, 11:24-36;<br>• Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64;<br>• Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35;<br>• Fell 044 at Figs. 1-8, Abstract, 1:6-50, 3:18-7:42, 23:12-14;<br>• Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61;<br>• Harvie 964 at Figs. 1-3, 9:25-10:45;<br>• Harvie 012 at Figs. 1-3, 8:29-9:51;<br>• Harvie 043 at Figs. 1-3, 9:66-10:58;<br>• Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33;<br>• Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26;<br>• Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54;<br>• Mombrinie 389 at Figs. 1-4, 9, 4:17-26, 4:61-5:7, 5:15-19;<br>• Okabe 706 at Figs. 1-9, 3:36-45, 4:10-21, 6:13-17; |

| 376 Patent Claim Language | Prior Art |
|---|---|
| | • Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56;<br>• Sanchez 508 at Abstract, Fig. 8, 6:21-31;<br>• Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27;<br>• Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46;<br>• Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66;<br>• Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32;<br>• Mombrinie 639 at Figs. 1-9, paras. 13-14, 31-38, 40, 43;<br>• Mahnensmith 080 at Abstract, Figs. 1-5, paras. 10-11, 20-22, 24, 30-31;<br>• Van Den Heuvel 894 at para. 5;<br>• Van Den Heuvel 823 at 1:27-2:12, 2:25-27, claims 1-2 (*see also* WO00/57784 at 9:7-10:9, Fig. 5b);<br>• Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:8-21, 9:23-10:1, 10:4-9;<br>• Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;<br>• Wada 625 at Fig. 24, paras. 188-194;<br>• Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13;<br>• Medtech Finalists 2014;<br>• 2014 Medtech Announcement at p. 3;<br>• Macaulay 2007 at pp. 641-643;<br>• Omni Starter Kit Brochure;<br>• Omni Brochure;<br>• Omni Presentation;<br>• 2015 Omni Catalog;<br>• Omni 2007 AMXD User & Maintenance Guide at pp. 10, 21;<br>• Omni AMXD / AMXDMax devices;<br>• 2015 PureWick brochure at pp. 1-4;<br>• PureWick Prior Art Devices. |
| a tube having a first end disposed in the reservoir and extending behind at least the portion of the support and the portion of the membrane disposed across the elongated opening and extending through the fluid outlet to a second, fluid discharge end, | See Claims 1 and 11.<br><br>• Keane 768 at Abstract, Figs. 9-10, 1:65-2:10, 3:47-4:16;<br>• Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32; |

| 376 Patent Claim Language | Prior Art |
|---|---|
| | • Suzuki 250 at Abstract, Figs. 1-5, 8, 11, 11:65-12:21;<br>• Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35;<br>• Sanchez 508 at Abstract, Fig. 8, 6:21-31;<br>• Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27;<br>• Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46;<br>• Van Den Heuvel 894 at Figs. 1-4, paras. 19, 42, 44, 47;<br>• Van Den Heuvel 823 at Figs. 1-4, 2:14-17, 3:21-25, 4:13-19, 7:15-30, claims 1-2 (*see also* WO00/57784 at 9:7-10:9, Fig. 5b);<br>• Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;<br>• Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13;<br>• Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:7-19, 9:8-21, 9:23-10:9;<br>• Chiku 946 at Figs. 5, 10, 1, 2, 7, Abstract, paras. 11-12;<br>• Mizuguchi 641 at Figs. 5, 10, 1, 2, 7, Abstract, paras. 11-12;<br>• Macaulay 2007 at pp. 641-643;<br>• 2006 British Health Publication at pp. 14-15;<br>• Medtech Finalists 2014;<br>• PureWick Prior Art Devices. |
| the tube having only a first opening at the first end and a second opening at the second end, and a lumen fluidically coupling the first opening and the second opening, | As discussed above, using a fluid discharge tube (with a lumen) was well known at the time of the alleged invention. Many such tubes had an opening at each end to allow fluid to enter on one end and exit on the other.<br><br>• Duke 046 at Figs. 1-3, 1:63-2:23;<br>• Keane 768 at Figs. 9-10, 3:66-74;<br>• Ellis 185 at Figs. 1-3, 2:55-3:3;<br>• Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32;<br>• Nigay 463 at Figs. 1-3, 1:65-2:62;<br>• Martin 061 at Figs. 1, 8, 2:65-3:14, 3:15-21, 4:34-38, 5:10-51; |

| 376 Patent Claim Language | Prior Art |
|---|---|
| | • Carns 997 at Figs. 2-5, 6:15-31;<br>• Lawrence 564 at Figs. 1-10, Abstract, 5:8-6:27, 7:28-56, 11:24-36;<br>• Lawrence 222 at Figs. 1-10, 14, Abstract, 5:8-6:27, 7:28-56, 11:24-36;<br>• Kraus 339 at Abstract, Figs. 1-7, 4:47-5:15;<br>• Scott 384 at 3:15-31, Figs. 3-4;<br>• Wolff 066 at Fig. 5b, 5:56-6:35;<br>• Otto 137 at Figs. 1-2, 3:7-64, 4:10-28;<br>• Suzuki 250 at Abstract, Figs. 1-5, 4:12-19, 6:3-6, 6:66-7:4;<br>• Sanchez 508 at Abstract, Fig. 8, 3:22-49, 6:21-31;<br>• Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27;<br>• Scott 749 at Figs. 3-4, paras. 74-75, 79;<br>• Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46;<br>• Van Den Heuvel 894 at Figs. 1-4, paras. 5, 13-14, 38-44;<br>• Van Den Heuvel 823 at Figs. 1-4, 2:14-17, 3:21-25, 4:13-19, 6:28-7:3, 7:15-30;<br>• Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 6:1-7, 9:25-10:1, 10:4-9;<br>• Wada 625 at Fig. 24, paras. 188-194;<br>• Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13;<br>• Schmitt 710 at Figs. 3-6, cols. 1-2;<br>• Chiku 946 at Figs. 5, 10, 1, 2, 7, Abstract, paras. 11-12;<br>• Mizuguchi 641 at Figs. 5, 10, 1, 2, 7, Abstract, paras. 11-12;<br>• Ishii 108 at Figs. 1-4, paras 1-13;<br>• Macaulay 2007 at pp. 641-643;<br>• 2006 British Health Publication at pp. 14-15;<br>• Medtech Finalists 2014;<br>• PureWick Prior Art Devices. |
| the apparatus configured to be disposed with the opening adjacent to a urethral opening of a user, with the fluid permeable membrane engaging tissue surrounding the urethral | See Claim 1.<br><br>• Keane 768 at Abstract, Figs. 4, 9-10, 1:67-2:32, 3:60-4:16; |

| 376 Patent Claim Language | Prior Art |
|---|---|
| opening, to receive urine discharged from the urethral opening through the opening of the fluid impermeable layer, the membrane, the support, and into the reservoir, and to have the received urine withdrawn from the reservoir via the tube and out of the fluid discharge end of the tube. | • Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33, 5:34-6:4, 6:36-43;<br>• Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32;<br>• Suzuki 250 at Abstract, claim 1, 2:41-55, Figs. 1-5, 8, 11, 3:4-13, 6:3-6; 11:65-12:21;<br>• Lawrence 564 at Figs. 1-10, Abstract, 5:8-6:27, 7:28-56, 11:1-19;<br>• Lawrence 222 at Figs. 1-10, 14, Abstract, 5:8-6:27, 7:28-56, 11:1-19;<br>• Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64;<br>• Wolff 066 at Fig. 5b, 5:56-6:35;<br>• Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61;<br>• Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54;<br>• Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33;<br>• Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32;<br>• Sanchez 508 at Abstract, Fig. 8, 3:22-49, 6:21-31;<br>• Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27;<br>• Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46;<br>• Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26;<br>• Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66;<br>• Mahnensmith 080 at Abstract, Figs. 1-5, paras. 10-11, 20-22, 24-25, 30-31;<br>• Van Den Heuvel 894 at Figs. 1-4, paras. 5, 13-14, 38-44;<br>• Van Den Heuvel 823 at Figs. 1-4, 6:18-26, 7:5-13, 8:22-25, 7:23-25, claims 1-2 (*see also* WO00/57784 at 9:7-10:9, Fig. 5b);<br>• Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:7-21, 9:23-28, 10:1-9;<br>• Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13; |

| 376 Patent Claim Language | Prior Art |
|---|---|
|  | <ul><li>Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;</li><li>Macaulay 2007 at pp. 641-643;</li><li>Omni Starter Kit Brochure;</li><li>Omni Brochure;</li><li>Omni Presentation;</li><li>2015 Omni Catalog;</li><li>Omni 2007 AMXD User & Maintenance Guide at pp. 10, 21;</li><li>Omni AMXD / AMXDMax devices;</li><li>2015 PureWick brochure at pp. 1-4;</li><li>Medtech Finalists 2014;</li><li>PureWick Prior Art Devices.</li></ul> |

## U.S. Patent No. 10,390,989 (Claims 1-3, 5-6)

| 989 Patent Claim Language | Prior Art |
|---|---|
| **Claim 1** |  |
| 1. A method comprising:<br>disposing in operative relationship with the urethral opening of a female user a urine collecting apparatus that includes: | As discussed above, it was well known to configure a body fluid collection device so that the opening was adjacent to the source of fluid.  Urine collection devices were known to be used so that the opening was disposed adjacent the urethral opening of a female.<br><br><ul><li>Keane 768 at Abstract, 1:65-2:10, 3:75-4:16, Figs. 4, 9-10</li><li>Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32;</li><li>Martin 061 at Figs. 1, 8, 2:65-3:14, 3:15-21, 4:34-38, 5:10-51;</li><li>Lawrence 564 at Figs. 1-10, Abstract, 5:8-6:27, 7:28-56, 11:1-19;</li><li>Washington 508 at Figs. 1-5, 2:24-67, 5:22-6:67;</li><li>Lawrence 222 at Figs. 1-10, 14, Abstract, 5:8-6:27, 7:28-56, 11:1-19;</li><li>Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64;</li><li>Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35;</li></ul> |

| 989 Patent Claim Language | Prior Art |
|---|---|
| | - Fell 044 at Figs. 1-8, Abstract, 1:6-50, 3:18-7:42, 23:12-14;
- Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61;
- Harvie 964 at Figs. 1-3, 9:25-10:45;
- Harvie 012 at Figs. 1-3, 8:29-9:51;
- Harvie 043 at Figs. 1-3, 9:66-10:58;
- Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33;
- Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26;
- Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54;
- Mombrinie 389 at Figs. 1-4, 9, 4:17-26, 4:61-5:7, 5:15-19;
- Okabe 706 at Figs. 1-9, 3:36-45, 4:10-21, 6:13-17;
- Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56;
- Sanchez 508 at Abstract, Fig. 8, 6:21-31;
- Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27;
- Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46;
- Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66;
- Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32;
- Mombrinie 639 at Figs. 1-9, para 13-14, 31-38, 40, 43;
- Mahnensmith 080 at Abstract, Figs. 1-5, paras. 25, 30-31;
- Van Den Heuvel 894 at Figs. 1-4, paras. 13-14, 38-44;
- Van Den Heuvel 823 at Figs. 1-4, 2:14-17, 3:21-25, 4:13-19, 6:28-7:3, 7:15-30, 8:17-20;
- Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:7-10:1, 10:4-9;
- Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;
- Wada 625 at Fig. 24, paras. 188-194;
- Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13;
- Macaulay 2007 at pp. 641-643; |

| 989 Patent Claim Language | Prior Art |
|---|---|
| | • 2006 British Health Publication at pp. 14-15;<br>• Medtech Finalists 2014;<br>• 2014 Medtech Announcement at p. 3;<br>• Omni Starter Kit Brochure;<br>• Omni Brochure;<br>• Omni Presentation;<br>• 2015 Omni Catalog;<br>• Omni 2007 AMXD User & Maintenance Guide at pp. 10, 21;<br>• Omni AMXD/AMXDmax devices;<br>• 2015 PureWick brochure at pp. 1-4;<br>• PureWick Prior Art Devices. |
| a fluid impermeable casing having a fluid reservoir at a first end, | Apparatuses with fluid impermeable casings having a fluid reservoir at one end were well known at the time of the alleged invention. See corresponding claim elements in the 376 patent.<br><br>• Duke 046 at Figs. 1-3, 1:63-2:2;<br>• Keane 768 at Abstract, Figs. 4, 9-10, 1:67-2:32, 3:75-4:16;<br>• Ellis 185 at Figs. 1-3, 2:55-3:3;<br>• Flower 300 at Figs. 2, 7, 1:11-15, 2:22-24, 3:23-32;<br>• Larson 025 at Abstract, Fig. 2, 3:21-25, 4:47-52;<br>• Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33, 5:34-6:4, 6:36-43;<br>• Kraus 703 at Abstract, Figs. 1-6, 3:37-4:62;<br>• Triunfol 675 at Figs. 1-5, claims 1-4, 3:66-4:7, 4:2-7;<br>• Martin 061 at Figs. 1, 8, 2:65-3:14, 3:15-21, 4:34-38, 5:10-51;<br>• Nussbaumer 160 at Figs. 1-9, 2:23-44, 2:50-59, 3:20-41, 4:5-13, 5:10-15;<br>• Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32;<br>• Ehrenkranz 215 at Abstract, Figs. 1-9B;<br>• Brennan 465 at 4:16-66, Figs. 1-2, 6;<br>• Washington 508 at Figs. 1-5, 11-12, 2:24-27, 2:40-52, 5:22-62, 10:23-34; |

| 989 Patent Claim Language | Prior Art |
|---|---|
| | • Conkling 541 at Figs. 12-15, Figs. 12-15, 3:29-49, 6:43-68, 7:2-11;<br>• Nigay 463 at Figs. 1-3, 1:65-2:62;<br>• McGuire 347 at Figs. 1-4, Abstract, 2:35-40, 5:25-30, 6:1-35;<br>• Carns 997 at Figs. 2-5, 6:15-31;<br>• Kubo 983 at Figs. 1a-2, Abstract, 2:44-3:5, 4:19-33, 5:8-27;<br>• Kubo 052 at Figs. 1a-4, Abstract, 3:53-4:59;<br>• Lawrence 564 at Figs. 1-10, Abstract, 5:8-6:27, 7:28-56;<br>• Lawrence 222 at Figs. 1-10, 14, Abstract, 5:8-6:27, 7:28-56, 11:24-36;<br>• Etheredge 606 at Figs. 1-3, Abstract, 4:7-60, 5:212-54;<br>• Kraus 339 at Abstract, Figs. 1-7, 4:47-5:15;<br>• Cheng 133 at Figs. 7A-9, 16:53-17:54;<br>• Snyder 560 at Figs. 1-5, 4:5-5:47;<br>• Sweetser 793 at Figs. 1-2, 3:35-4:31;<br>• Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64;<br>• Scott 384 at 3:15-31, Figs. 3-4;<br>• Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35;<br>• Otto 137 at Figs. 1-2, 3:7-64, 4:10-28;<br>• Fell 044 at Figs. 1-8, Abstract, 1:6-50, 3:18-7:42, 23:12-14;<br>• Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61;<br>• Harvie 964 at Figs. 1-3, 9:25-10:45;<br>• Harvie 012 at Figs. 1-3, 8:29-9:51;<br>• Harvie 043 at Figs. 1-3, 9:66-10:58;<br>• Easter 366 at Figs. 5-9, 5:54-6:10;<br>• Trabold 781 at Abstract, Figs. 1-8, 2:35-51;<br>• Cheng 245 at 24:12-35, 29:27-52, 37:35-57, 38:48-53;<br>• Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33;<br>• Suzuki 250 at Abstract, Figs. 1-5, 8, 11, claim 1, 2:41-55, 11:65-12:21;<br>• Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26;<br>• Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54; |

| 989 Patent Claim Language | Prior Art |
|---|---|
|  | <ul><li>Mombrinie 389 at Figs. 1-4, 9, 4:17-26, 4:61-5:7, 5:15-19;</li><li>Swiecicki 634 at Figs. 1-8, 2:14-34, 4:59-5:9, 11:42-61;</li><li>Okabe 706 at 7:40-8:14, Figs. 3-4;</li><li>Sanchez 508 at Abstract, Fig. 8, 6:21-31;</li><li>Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27;</li><li>Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56;</li><li>Grundke 161 at Figs. 1-5, paras. 20-24, 33;</li><li>Scott 749 at Figs. 3-4, paras. 74-75, 79;</li><li>Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46;</li><li>Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66;</li><li>Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32;</li><li>Mombrinie 639 at Figs. 1-9, paras. 13-14, 31-38, 40, 43;</li><li>Mahnensmith 080 at Abstract, Figs. 1-5, paras. 8-9, 17-20, 30-31;</li><li>Wightman 214 at Figs. 2b, 4b, 5-6, paras. 87, 92;</li><li>Coley 804 at Figs. 1-5, Abstract, paras. 18-19, 21-24;</li><li>Van Den Heuvel 894 at Figs. 1-4, paras. 5, 7, 40, 42, 44, 51;</li><li>Van Den Heuvel 823 at Figs. 1-4, 1:27-2:7, 6:18-26, 6:28-7:3, 7:15-20, 7:22-24, 7:25-30, 8:17-20, 8:22-25;</li><li>Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:8-21, 9:23-25;</li><li>Goldenberg 638 at Abstract, Figs. 1-3, 3:20-42, 6:44-57;</li><li>Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;</li><li>Wada 625 at Fig. 24, paras. 188-194;</li><li>Schmitt 710 at Figs. 3-6, cols. 1-2;</li><li>Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13;</li><li>Chiku 946 at Figs. 1, 2, 6, 7, Abstract, paras. 6-7, 14;</li></ul> |

| 989 Patent Claim Language | Prior Art |
|---|---|
| | • Mizuguchi 641 at Figs. 1, 2, 6, 7, Abstract, paras. 6-7, 14;<br>• Ishii 108 at Figs. 1-4, paras 1-13;<br>• Macaulay 2007 at pp. 641-643;<br>• 2006 British Health Publication at pp. 14-15;<br>• Omni Starter Kit Brochure;<br>• Omni Brochure;<br>• Omni Presentation;<br>• 2015 Omni Catalog;<br>• Omni 2007 AMXD User & Maintenance Guide at pp. 10, 21;<br>• Omni AMXD/AMXDmax devices;<br>• 2015 PureWick brochure at pp. 1-4;<br>• Medtech Finalists 2014;<br>• PureWick Prior Art Devices. |
| a fluid outlet at a second end, | Fluid impermeable casings having a fluid outlet at another end were well known at the time of the alleged invention.  See corresponding claim elements in the 376 patent.<br><br>• Scott 234 at 1:29-48, Figs. 1-3;<br>• Duke 046 at Figs. 1-3, 1:63-2:23;<br>• Keane 768 at Abstract, 1:65-2:10, 3:49-4:16, Fig. 9-10;<br>• Flower 300 at Figs. 2, 7, 1:11-15, 2:22-24, 3:23-32;<br>• Larson 025 at Abstract, Fig. 2, 3:21-25, 4:47-52;<br>• Hessner 418 at 6:36-43;<br>• Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32;<br>• Brennan 465 at 4:16-66, Figs. 1-2, 6;<br>• Washington 508 at Figs. 1-12, 2:33-38, 5:63-6:10;<br>• Conkling 541 at Figs. 12-15, 3:29-49, 6:43-68, 7:2-11;<br>• Nigay 463 at Figs. 1-3, 1:65-2:62;<br>• McGuire 347 at Figs. 1-4, Abstract, 2:35-40, 5:25-30, 6:1-35;<br>• McGuire 699 at Figs. 1-6, 4:1-19, 4:68-5:2, 6:61-64; |

| 989 Patent Claim Language | Prior Art |
| --- | --- |
| | • Skow 735 at Abstract, Figs. 1-11, 3:48-51, 6:16-67;<br>• Argenta 643 at Figs. 1, 5; 3:31-51, 6:46-64, 7:10-23, 7:56-58;<br>• Carns 997 at Figs. 2-5, 6:15-31;<br>• Kubo 983 at Figs. 1a-2, Abstract, 2:44-3:5, 4:19-33, 5:1-7;<br>• Kubo 052 at Figs. 1a-4, Abstract, 3:53-4:59;<br>• Lawrence 564 at Figs. 1-10, Abstract, 5:8-6:27, 7:28-56;<br>• Lawrence 222 at Figs. 1-10, 14, Abstract, 5:8-6:27, 7:28-56, 11:24-36;<br>• Kraus 339 at Abstract, Figs. 1-7, 4:47-5:15;<br>• Triunfol 675 at Figs. 1-5, claims 1-4, 3:66-4:7, 4:2-7;<br>• Robertson 771 at Figs. 1-2, 2:56-3:44;<br>• Cheng 133 at Figs. 7A-9, 16:53-17:54;<br>• Snyder 560 at Figs. 1-5, 4:5-5:47;<br>• Sweetser 793 at Figs. 1-2, 3:35-4:31;<br>• Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64;<br>• Scott 384 at 3:15-31, Figs. 3-4;<br>• Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35;<br>• Otto 137 at Figs. 1-2, 3:7-64, 4:10-28;<br>• Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61;<br>• Easter 366 at Figs. 5-9, 5:54-6:10;<br>• Harvie 964 at Figs. 1-3, 9:25-10:45;<br>• Harvie 012 at Figs. 1-3, 8:29-9:51;<br>• Harvie 043 at Figs. 1-3, 9:66-10:58;<br>• Trabold 781 at Abstract, Figs. 1-8, 2:35-51;<br>• Cheng 245 at 24:12-35, 29:27-52, 37:35-57, 38:48-53;<br>• Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33;<br>• Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26;<br>• Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54;<br>• Mombrinie 389 at Figs. 1-4, 9, 4:17-26, 4:61-5:7, 5:15-19;<br>• Okabe 706 at Figs. 1-9, 3:36-45, 4:10-21, 6:13-17; |

| 989 Patent Claim Language | Prior Art |
|---|---|
|  | - Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56;<br>- Sanchez 508 at Abstract, Fig. 8, 6:21-31;<br>- Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27;<br>- Grundke 161 at Figs. 1-5, paras. 20-24, 33;<br>- Scott 749 at Figs. 3-4, paras. 74-75, 79;<br>- Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46;<br>- Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66;<br>- Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32;<br>- Mombrinie 639 at Figs. 1-9, paras. 13-14, 31-38, 40, 43;<br>- Mahnensmith 080 at Abstract, Figs. 1-5, paras. 23, 30-31;<br>- Van Den Heuvel 894 at Figs. 1-4, paras. 5-7, 40, 42, 44, 51;<br>- Van Den Heuvel 823 at Figs. 1-4, 2:14-17, 3:21-25, 4:13-19, 7:15-30;<br>- Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 6:1-7, 9:8-21, 9:23-25;<br>- Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;<br>- Wada 625 at Fig. 24, paras. 188-194;<br>- Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13;<br>- Goldenberg 638 at Abstract, Figs. 1-3, 3:20-42, 6:44-57;<br>- Schmitt 710 at Figs. 3-6, cols. 1-2;<br>- Chiku 946 at Figs. 1, 2, 6, 7, Abstract, paras. 6-7, 14;<br>- Mizuguchi 641 at Figs. 1, 2, 6, 7, Abstract, paras. 6-7, 14;<br>- Ishii 108 at Figs. 1-4, paras 1-13;<br>- Macaulay 2007 at pp. 641-643;<br>- 2006 British Health Publication at pp. 14-15;<br>- Medtech Finalists 2014;<br>- 2014 Medtech Announcement at p. 3;<br>- Omni Starter Kit Brochure;<br>- Omni Brochure;<br>- Omni Presentation; |

| 989 Patent Claim Language | Prior Art |
|---|---|
| | • 2015 Omni Catalog;<br>• Omni 2007 AMXD User & Maintenance Guide at pp. 10, 21;<br>• Omni AMXD/AMXDmax devices;<br>• 2015 PureWick brochure at pp. 1-4;<br>• PureWick Prior Art Devices. |
| and a longitudinally extending fluid impermeable layer coupled to the fluid reservoir and the fluid outlet and defining a longitudinally elongated opening between the fluid reservoir and the fluid outlet; | Fluid impermeable casings having a longitudinally extending fluid impermeable layer coupled to a fluid reservoir and a fluid outlet and defining a longitudinally elongated opening between the reservoir and outlet were well known at the time of the alleged invention.  For example, in the case of urine collection devices, such a configuration is shaped for the female anatomy as discussed above while allowing for urine collection and removal. See corresponding claim elements in the 376 patent.<br><br>• Duke 046 at Figs. 1-3, 1:63-2:23;<br>• Keane 768 at Abstract, 1:65-2:10, 2:46-56, Fig. 9-10;<br>• Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33, 5:34-6:4, 6:36-43;<br>• Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32;<br>• Conkling 541 at Figs. 12-15, 3:29-49, 6:43-68, 7:2-11;<br>• Nigay 463 at Figs. 1-3, 1:65-2:62;<br>• Carns 997 at Figs. 2-5, 6:15-31;<br>• Lawrence 564 at Figs. 1-10, Abstract, 5:8-6:27, 7:28-56;<br>• Lawrence 222 at Figs. 1-10, 14, Abstract, 5:8-6:27, 7:28-56, 11:24-36;<br>• Kraus 339 at Abstract, Figs. 1-7, 4:47-5:15;<br>• Robertson 771 at Figs. 1-2, 2:56-3:44;<br>• Cheng 133 at Figs. 7A-9, 16:53-17:54;<br>• Snyder 560 at Figs. 1-5, 4:5-5:47;<br>• Sweetser 793 at Figs. 1-2, 3:35-4:31;<br>• Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64;<br>• Scott 384 at 3:15-31, Figs. 3-4;<br>• Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35; |

| 989 Patent Claim Language | Prior Art |
|---|---|
| | <ul><li>Otto 137 at Figs. 1-2, 3:7-64, 4:10-28;</li><li>Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61;</li><li>Easter 366 at Figs. 5-9, 5:54-6:10;</li><li>Harvie 964 at Figs. 1-3, 9:25-10:45;</li><li>Harvie 012 at Figs. 1-3, 8:29-9:51;</li><li>Harvie 043 at Figs. 1-3, 9:66-10:58;</li><li>Trabold 781 at Abstract, Figs. 1-8, 2:35-51;</li><li>Cheng 245 at 24:12-35, 29:27-52, 37:35-57, 38:48-53;</li><li>Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33;</li><li>Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26;</li><li>Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54;</li><li>Mombrinie 389 at Figs. 1-4, 9, 4:17-26, 4:61-5:7, 5:15-19;</li><li>Okabe 706 at Figs. 1-9, 3:36-45, 4:10-21, 6:13-17;</li><li>Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56;</li><li>Sanchez 508 at Abstract, Fig. 8, 6:21-31;</li><li>Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27;</li><li>Grundke 161 at Figs. 1-5, paras. 20-24, 33;</li><li>Scott 749 at Figs. 3-4, paras. 74-75, 79;</li><li>Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46;</li><li>Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66;</li><li>Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32;</li><li>Mombrinie 639 at Figs. 1-9, paras. 13-14, 31-38, 40, 43;</li><li>Mahnensmith 080 at Abstract, Figs. 1-5, paras. 9-11, 17-22, 24, 30-31;</li><li>Van Den Heuvel 894 at Figs. 1-4, paras. 5, 7, 17, 23, 40, 44;</li><li>Van Den Heuvel 823 at Figs. 1-4, 1:27-2:7, 7:22-24, 6:18-26, 7:5-13, 8:22-25;</li><li>Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:8-21, 9:23-25;</li></ul> |

| 989 Patent Claim Language | Prior Art |
|---|---|
| | <ul><li>Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;</li><li>Wada 625 at Fig. 24, paras. 188-194;</li><li>Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13;</li><li>Goldenberg 638 at Abstract, Figs. 1-3, 3:20-42, 6:44-57;</li><li>Schmitt 710 at Figs. 3-6, cols. 1-2;</li><li>Chiku 946 at Figs. 1-10, Abstract, paras. 6-11, 14-21, 23-26;</li><li>Mizuguchi 641 at Figs. 1-10, Abstract, paras 6-11, 14-21, 23-26;</li><li>Ishii 108 at Figs. 1-4, paras 1-13;</li><li>Macaulay 2007 at pp. 641-643;</li><li>2006 British Health Publication at pp. 14-15;</li><li>Omni Starter Kit Brochure;</li><li>Omni Brochure;</li><li>Omni Presentation;</li><li>2015 Omni Catalog;</li><li>Omni 2007 AMXD User & Maintenance Guide at pp. 10, 21;</li><li>Omni AMXD/AMXDmax devices;</li><li>2015 PureWick brochure at pp. 1-4;</li><li>Medtech Finalists 2014;</li><li>PureWick Prior Art Devices.</li></ul> |
| a fluid permeable support disposed within the fluid impermeable casing with a portion extending across the longitudinally elongated opening, | Fluid permeable supports disposed within the casing with a portion extending across the elongated opening was well known at the time of the alleged invention, for example, allowing for support of a fluid permeable membrane. See corresponding claim elements in the 376 patent.<br><br><ul><li>Keane 768 at Abstract, 1:65-2:10, 2:46-56, 3:75-4:16, Fig. 9-10;</li><li>Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33, 5:34-6:4, 6:36-43;</li><li>Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32;</li><li>Conkling 541 at Figs. 12-15, 3:29-49, 6:43-68, 7:2-11;</li><li>Nigay 463 at Figs. 1-3, 1:65-2:62;</li></ul> |

| 989 Patent Claim Language | Prior Art |
|---|---|
|  | • Lawrence 564 at Figs. 1-10, Abstract, 5:8-6:27, 7:28-56, 11:24-36; <br> • Lawrence 222 at Figs. 1-10, 14, Abstract, 5:8-6:27, 7:28-56, 11:24-36; <br> • Washington 508 at Figs. 1-12, 2:33-38, 5:63-6:10; <br> • Cheng 133 at Figs. 7A-9, 16:53-17:54; <br> • Sweetser 793 at Figs. 1-2, 3:35-4:31; <br> • Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64; <br> • Scott 384 at 3:15-31, Figs. 3-4; <br> • Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35; <br> • Fell 044 at Figs. 1-8, Abstract, 1:6-50, 3:18-7:42, 23:12-14; <br> • Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61; <br> • Easter 366 at Figs. 5-9, 5:54-6:10; <br> • Harvie 964 at Figs. 1-3, 9:25-10:45; <br> • Harvie 012 at Figs. 1-3, 8:29-9:51; <br> • Harvie 043 at Figs. 1-3, 9:66-10:58; <br> • Cheng 245 at 24:12-35, 29:27-52, 37:35-57, 38:48-53; <br> • Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33; <br> • Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26; <br> • Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54; <br> • Mombrinie 389 at Figs. 1-4, 9, 4:17-26, 4:61-5:7, 5:15-19; <br> • Okabe 706 at Figs. 1-9, 3:36-45, 4:10-21, 6:13-17; <br> • Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56; <br> • Sanchez 508 at Abstract, Fig. 8, 6:21-31; <br> • Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27; <br> • Scott 749 at Figs. 3-4, paras. 74-75, 79; <br> • Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46; <br> • Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66; <br> • Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32; <br> • Mombrinie 639 at Figs. 1-9, paras. 13-14, 31-38, 40, 43; |

| 989 Patent Claim Language | Prior Art |
|---|---|
|  | • Mahnensmith 080 at Abstract, Figs. 1-5, paras. 8-9, 17-20, 30-31;<br>• Van Den Heuvel 894 at Figs. 1-4, paras. 5, 7, 13-14, 38-44;<br>• Van Den Heuvel 823 at Figs. 1-4, 1:27-2:7, 6:18-26, 6:28-7:3, 7:15-20, 7:22-24, 7:25-30, 8:17-20, 8:22-25;<br>• Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:8-21, 9:23-28, 10:1-4;<br>• Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;<br>• Wada 625 at Fig. 24, paras. 188-194;<br>• Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13;<br>• Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:7-19, 9:8-21, 9:23-10:9;<br>• Chiku 946 at Figs. 1, 2, 6, 7, Abstract, paras. 6-7, 14;<br>• Mizuguchi 641 at Figs. 1, 2, 6, 7, Abstract, paras. 6-7, 14<br>• Macaulay 2007 at pp. 641-643;<br>• 2006 British Health Publication at pp. 14-15;<br>• Omni Starter Kit Brochure;<br>• Omni Brochure;<br>• Omni Presentation;<br>• 2015 Omni Catalog;<br>• Omni 2007 AMXD User & Maintenance Guide at pp. 10, 21;<br>• Omni AMXD/AMXDmax devices;<br>• 2015 PureWick brochure at pp. 1-4;<br>• Medtech Finalists 2014;<br>• PureWick Prior Art Devices. |
| wherein the fluid permeable support is distinct from and at least proximate to the fluid reservoir; | Fluid permeable supports distinct from and near the fluid reservoir were well known at the time of the alleged invention. For example, in the case of urine collection devices, such a configuration prevented the support from being in a urine reservoir but close enough to allow for urine to enter the reservoir. See corresponding claim elements in the 376 patent. |

179

| 989 Patent Claim Language | Prior Art |
|---|---|
| | • Keane 768 at Abstract, 1:65-2:10, 2:46-56, 3:75-4:16, Fig. 9-10;<br>• Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33, 5:34-6:4, 6:36-43;<br>• Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;<br>• Washington 508 at Figs. 1-5, 2:24-67, 5:22-6:67;<br>• Conkling 541 at Figs. 12-15, 6:43-68;<br>• Nigay 463 at Figs. 1-3, 1:65-2:62;<br>• Triunfol 675 at Figs. 1-5, claims 1-4, 3:66-4:7, 4:2-7;<br>• Sweetser 793 at Figs. 1-2, 3:35-4:31;<br>• Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35;<br>• Mombrinie 389 at Figs. 1-4, 9, 4:17-26, 4:61-5:7, 5:15-19;<br>• Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56;<br>• Sanchez 508 at Abstract, Fig. 8, 6:21-31;<br>• Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27;<br>• Scott 749 at Figs. 3-4, paras. 74-75, 79;<br>• Scott 384 at 3:15-31, Figs. 3-4;<br>• Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46;<br>• Mombrinie 639 at Figs. 1-9, paras. 13-14, 31-38, 40, 43;<br>• Mahnensmith 080 at Abstract, Figs. 1-5, paras. 8-11, 17-20, 30-31;<br>• Van Den Heuvel 894 at Figs. 1-4, paras. 42, 44;<br>• Van Den Heuvel 823 at Figs. 1-4, 6:18-26, 7:15-20, 7:22-24, 8:22-25;<br>• Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:17-19, 9:8-21, 9:23-28, 10:1-4;<br>• Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;<br>• Wada 625 at Fig. 24, paras. 188-194;<br>• Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13;<br>• Chiku 946 at Figs. 1, 2, 6, 7, Abstract, claim 10, paras. 8, 14-15;<br>• Mizuguchi 641 at Figs. 1, 2, 6, 7, Abstract, claim 10, paras. 8, 14-15;<br>• Macaulay 2007 at pp. 641-643; |

| 989 Patent Claim Language | Prior Art |
|---|---|
|  | • 2006 British Health Publication at pp. 14-15;<br>• Medtech Finalists 2014;<br>• PureWick Prior Art Devices. |
| a fluid permeable membrane disposed on the fluid permeable support and covering at least the portion of the fluid permeable support that extends across the longitudinally elongated opening, so that the fluid permeable membrane is supported on the fluid permeable support and disposed across the longitudinally elongated opening; | Using multiple layers of permeable materials is well known in the body fluid collection art to facilitate fluid flow. Fluid permeable membranes disposed on a permeable support and covering part of the support that extends across the opening where fluid enters were well known in the art at the time of the alleged invention. In such configurations, the membrane is supported on the support and disposed across the opening, enhancing fluid collection. See corresponding claim elements in the 376 patent.<br><br>• Keane 768 at Figs. 9-10, 3:75-4:16;<br>• Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33;<br>• Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32;<br>• Lawrence 564 at Figs. 1-10, Abstract, 5:8-6:27, 7:28-56;<br>• Lawrence 222 at Figs. 1-10, 14, Abstract, 5:8-6:27, 7:28-56, 11:24-36;<br>• Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64;<br>• Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35;<br>• Fell 044 at Figs. 1-8, Abstract, 1:6-50, 3:18-7:42, 23:12-14;<br>• Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61;<br>• Harvie 964 at Figs. 1-3, 9:25-10:45;<br>• Harvie 012 at Figs. 1-3, 8:29-9:51;<br>• Harvie 043 at Figs. 1-3, 9:66-10:58;<br>• Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33;<br>• Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26;<br>• Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54;<br>• Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32;<br>• Mombrinie 389 at Figs. 1-4, 9, 4:17-26, 4:61-5:7, 5:15-19; |

| 989 Patent Claim Language | Prior Art |
|---|---|
| | • Okabe 706 at Figs. 1-9, 3:36-45, 4:10-21, 6:13-17;<br>• Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56;<br>• Sanchez 508 at Abstract, Fig. 8, 6:21-31;<br>• Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27;<br>• Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46;<br>• Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66;<br>• Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32;<br>• Mombrinie 639 at Figs. 1-9, paras. 13-14, 31-38, 40, 43;<br>• Mahnensmith 080 at Abstract, Figs. 1-5, paras. 10-11, 20-22, 24, 30-31;<br>• Van Den Heuvel 894 at para. 5;<br>• Van Den Heuvel 823 at 1:27-2:12, 2:25-27;<br>• Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:8-21, 9:23-10:1, 10:4-9;<br>• Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;<br>• Wada 625 at Fig. 24, paras. 188-194;<br>• Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13;<br>• Medtech Finalists 2014;<br>• 2014 Medtech Announcement at p. 3;<br>• Macaulay 2007 at pp. 641-643;<br>• Omni Starter Kit Brochure;<br>• Omni Brochure;<br>• Omni Presentation;<br>• 2015 Omni Catalog;<br>• Omni 2007 AMXD User & Maintenance Guide at pp. 10, 21;<br>• Omni AMXD/AMXDmax devices;<br>• 2015 PureWick brochure at pp. 1-4;<br>• PureWick Prior Art Devices. |
| a tube having a first end disposed in the fluid reservoir and extending behind at least the portion of the fluid permeable support and the portion of the fluid permeable membrane disposed across the longitudinally elongated | Fluid discharge tubes were known at the time of the alleged invention to assist in discharge of fluid from a body fluid collection appartus to a location outside of the apparatus.  It was known to have such tubes extend from the |

| 989 Patent Claim Language | Prior Art |
|---|---|
| opening and extending through the fluid outlet to a second, fluid discharge end, | fluid reservoir, behind a portion of the membrane and support disposed across the fluid opening, and through to the fluid outlet. See corresponding claim elements in the 376 patent.<br><br>• Keane 768 at Abstract, Figs. 9-10, 1:65-2:10, 3:47-4:16;<br>• Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32;<br>• Suzuki 250 at Abstract, Figs. 1-5, 8, 11, 11:65-12:21;<br>• Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35;<br>• Sanchez 508 at Abstract, Fig. 8, 6:21-31;<br>• Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27;<br>• Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46;<br>• Van Den Heuvel 894 at Figs. 1-4, paras. 19, 42, 44, 47;<br>• Van Den Heuvel 823 at Figs. 1-4, 2:14-17, 3:21-25, 4:13-19, 7:15-30;<br>• Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;<br>• Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13;<br>• Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:7-19, 9:8-21, 9:23-10:9;<br>• Chiku 946 at Figs. 5, 10, 1, 2, 7, Abstract, paras. 11-12;<br>• Mizuguchi 641 at Figs. 5, 10, 1, 2, 7, Abstract, paras. 11-12;<br>• Macaulay 2007 at pp. 641-643;<br>• 2006 British Health Publication at pp. 14-15;<br>• Medtech Finalists 2014;<br>• PureWick Prior Art Devices. |
| the operative relationship includes the longitudinally elongated opening being adjacent to the urethral opening; | As discussed above, it was well understood that the longitudinally elongated opening should be placed adjacent to the urethra for urine collection devices for women.<br><br>• Keane 768 at Abstract, 1:65-2:10, 3:75-4:16, Figs. 4, 9-10; |

183

| 989 Patent Claim Language | Prior Art |
|---|---|
| | • Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32;<br>• Martin 061 at Figs. 1, 8, 2:65-3:14, 3:15-21, 4:34-38, 5:10-51;<br>• Lawrence 564 at Figs. 1-10, Abstract, 5:8-6:27, 7:28-56, 11:1-19;<br>• Washington 508 at Figs. 1-9, 2:24-67, 5:22-6:67;<br>• Lawrence 222 at Figs. 1-10, 14, Abstract, 5:8-6:27, 7:28-56, 11:1-19;<br>• Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64;<br>• Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35;<br>• Fell 044 at Figs. 1-8, Abstract, 1:6-50, 3:18-7:42, 23:12-14;<br>• Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61;<br>• Harvie 964 at Figs. 1-3, 9:25-10:45;<br>• Harvie 012 at Figs. 1-3, 8:29-9:51;<br>• Harvie 043 at Figs. 1-3, 9:66-10:58;<br>• Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33;<br>• Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26;<br>• Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54;<br>• Mombrinie 389 at Figs. 1-4, 9, 4:17-26, 4:61-5:7, 5:15-19;<br>• Okabe 706 at Figs. 1-9, 3:36-45, 4:10-21, 6:13-17;<br>• Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56;<br>• Sanchez 508 at Abstract, Fig. 8, 6:21-31;<br>• Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27;<br>• Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46;<br>• Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66;<br>• Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32;<br>• Mombrinie 639 at Figs. 1-9, para 13-14, 31-38, 40, 43;<br>• Mahnensmith 080 at Abstract, Figs. 1-5, paras. 25, 30-31;<br>• Van Den Heuvel 894 at Figs. 1-4, paras. 13-14, 38-44; |

| 989 Patent Claim Language | Prior Art |
|---|---|
| | • Van Den Heuvel 823 at Figs. 1-4, 2:14-17, 3:21-25, 4:13-19, 6:28-7:3, 7:15-30, 8:17-20;<br>• Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:7-10:1, 10:4-9;<br>• Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;<br>• Wada 625 at Fig. 24, paras. 188-194;<br>• Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13;<br>• Macaulay 2007 at pp. 641-643;<br>• 2006 British Health Publication at pp. 14-15;<br>• Medtech Finalists 2014;<br>• 2014 Medtech Announcement at p. 3;<br>• Omni Starter Kit Brochure;<br>• Omni Brochure;<br>• Omni Presentation;<br>• 2015 Omni Catalog;<br>• Omni 2007 AMXD User & Maintenance Guide at pp. 10, 21;<br>• Omni AMXD/AMXDmax devices;<br>• 2015 PureWick brochure at pp. 1-4;<br>• PureWick Prior Art Devices. |
| allowing urine discharged from the urethral opening to be received through the longitudinally elongated opening of the longitudinally extending fluid impermeable layer, the fluid permeable membrane, the fluid permeable support, and into the fluid reservoir; and allowing the received urine to be withdrawn from the fluid reservoir via the tube and out of the fluid discharge end of the tube. | It was well understood at the time of the alleged invention that urine would be discharged and would travel through the opening, into the permeable membrane and support, and into the reservoir where it could be withdrawn via a discharge tube. See corresponding claim elements in the 376 patent.<br><br>• Keane 768 at Abstract, Figs. 4, 9-10, 1:67-2:32, 3:60-4:16;<br>• Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33, 5:34-6:4, 6:36-43;<br>• Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32;<br>• Suzuki 250 at Abstract, claim 1, 2:41-55, Figs. 1-5, 8, 11, 3:4-13, 6:3-6; 11:65-12:21; |

| 989 Patent Claim Language | Prior Art |
|---|---|
| | <ul><li>Lawrence 564 at Figs. 1-10, Abstract, 5:8-6:27, 7:28-56, 11:1-19;</li><li>Washington 508 at Figs. 1-5, 2:24-67, 5:22-6:67;</li><li>Lawrence 222 at Figs. 1-10, 14, Abstract, 5:8-6:27, 7:28-56, 11:1-19;</li><li>Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64;</li><li>Wolff 066 at Fig. 5b, 5:56-6:35;</li><li>Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61;</li><li>Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54;</li><li>Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33;</li><li>Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32;</li><li>Sanchez 508 at Abstract, Fig. 8, 3:22-49, 6:21-31;</li><li>Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27;</li><li>Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46;</li><li>Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26;</li><li>Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66;</li><li>Mahnensmith 080 at Abstract, Figs. 1-5, paras. 10-11, 20-22, 24-25, 30-31;</li><li>Van Den Heuvel 894 at Figs. 1-4, paras. 5, 13-14, 38-44;</li><li>Van Den Heuvel 823 at Figs. 1-4, 6:18-26, 7:5-13, 8:22-25, 7:23-25;</li><li>Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:7-21, 9:23-28, 10:1-9;</li><li>Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13;</li><li>Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;</li><li>Macaulay 2007 at pp. 641-643;</li><li>Omni Starter Kit Brochure;</li><li>Omni Brochure;</li><li>Omni Presentation;</li><li>2015 Omni Catalog;</li></ul> |

| 989 Patent Claim Language | Prior Art |
|---|---|
|  | • Omni 2007 AMXD User & Maintenance Guide at pp. 10, 21;<br>• Omni AMXD/AMXDmax devices;<br>• 2015 PureWick brochure at pp. 1-4;<br>• Medtech Finalists 2014;<br>• PureWick Prior Art Devices. |
| **Claim 2** | |
| 2. The method of claim 1, further comprising fluidically coupling the fluid discharge end of the tube to a source of vacuum to assist in withdrawing the urine from the fluid reservoir via the tube. | See Claim 1.<br><br>As discussed above, it was well known at the time of the alleged invention that a fluid discharge tube could be coupled to a vacuum source to assist in withdrawing fluid (such as urine) from a reservoir in a body fluid collection device.<br><br>• Scott 234 at 2:32-54, Fig. 1;<br>• Keane 768 at Abstract, 1:31-41, 2:6-10, 3:49-56, 3:60-65, 4:4-34, Fig. 4, 9-10;<br>• Hessner 418 at 6:36-43;<br>• Flower 300 at Figs. 2, 7, 1:11-15, 2:22-24, 3:23-32;<br>• Larson 025 at Abstract, Fig. 2, 3:21-25, 4:47-52;<br>• Hessner 418 at Abstract, Figs. 1-8, 3:26-31, 5:54-57, 6:36-43;<br>• Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32;<br>• Martin 061 at Figs. 1, 8, 2:65-3:14, 3:15-21, 4:34-38, 5:10-51;<br>• Crowley 928 at 2:31-48, Fig. 3-5;<br>• Brennan 465 at 4:16-66, Figs. 1-2, 6;<br>• Nigay 463 at Figs. 1-3, 1:65-2:62;<br>• McGuire 347 at Figs. 1-4, Abstract, 2:35-40, 5:25-30, 6:1-35;<br>• McGuire 699 at Figs. 1-6, 4:1-19, 4:68-5:2, 6:61-64;<br>• Skow 735 at Abstract, Figs. 1-11, 3:48-51, 6:16-67;<br>• Argenta 643 at Figs. 1, 5; 3:31-51, 6:46-64, 7:10-23, 7:56-58;<br>• Lawrence 564 at Figs. 1-10, Abstract, 4:47-55, 5:8-6:27, 6:21-25, 6:40-42, 7:28-56, 8:8-29, 8:38-10:29; |

| 989 Patent Claim Language | Prior Art |
|---|---|
|  | • Lawrence 222 at Figs. 1-10, Abstract, 4:47-55, 5:8-6:27, 6:21-25, 6:40-42, 7:28-56, 8:8-29, 8:38-10:29;<br>• Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64;<br>• Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35;<br>• Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61;<br>• Easter 366 at Figs. 5-9, 5:54-6:10;<br>• Harvie 964 at Figs. 1-3, 9:25-10:45;<br>• Harvie 012 at Figs. 1-3, 8:29-9:51;<br>• Harvie 043 at Figs. 1-3, 9:66-10:58<br>• Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33;<br>• Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26;<br>• Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54;<br>• Mombrinie 389 at Figs. 1-4, 9, 4:17-26, 4:61-5:7, 5:15-19;<br>• Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56;<br>• Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46;<br>• Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66;<br>• Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32;<br>• Sanchez 508 at Abstract, Fig. 8, 3:22-49, 6:21-31;<br>• Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27;<br>• Mombrinie 639 at Figs. 1-9, paras. 13-14, 31-38, 40, 43;<br>• Mahnensmith 080 at Abstract, Fig. 3, paras. 10, 23;<br>• Van Den Heuvel 894 at Figs. 1-4, paras. 5-6, 21, 46;<br>• Van Den Heuvel 823 at 1:27-2:7;<br>• Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 2:4-10, 5:12-30, 6:1-7, 9:3-5;<br>• Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13;<br>• Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;<br>• Wada 625 at Fig. 24, paras. 188-194;<br>• Schmitt 710 at Figs. 3-6, cols. 1-2; |

| 989 Patent Claim Language | Prior Art |
|---|---|
| | • Chiku 946 at Figs. 5, 12, claim 14, paras. 18-19;<br>• Mizuguchi 641 at Figs. 5, 12, claim 14, paras. 18-19;<br>• Ishii 108 at Figs. 1-4, paras 1-13;<br>• Macaulay 2007 at pp. 641-643;<br>• 2006 British Health Publication at pp. 14-15;<br>• Medtech Finalists 2014;<br>• 2014 Medtech Announcement at p. 3;<br>• Omni Starter Kit Brochure;<br>• Omni Brochure;<br>• Omni Presentation;<br>• 2015 Omni Catalog;<br>• Omni 2007 AMXD User & Maintenance Guide at pp. 10, 21;<br>• Omni AMXD/AMXDmax devices;<br>• 2015 PureWick brochure at pp. 1-4;<br>• PureWick Prior Art Devices. |
| **Claim 3** | |
| 3. The method of claim 1, further comprising: fluidically coupling the fluid discharge end of the tube to a fluid receptacle and allowing urine withdrawn from the fluid reservoir of the urine collecting apparatus via the tube to be received in the fluid receptacle. | See Claims 1 and 2.<br><br>As discussed above, it was well known at the time of the alleged invention that the fluid receptacles (including urine collection devices) could be coupled to the discharge end of the fluid discharge tube of a fluid collection apparatus, allowing withdrawn fliud to be withdrawn from the reservoir into the fluid receptacle via a tube.<br><br>• Keane 768 at Abstract, Figs. 4, 9-10, 1:67-2:32, 3:60-65;<br>• Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35;<br>• Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46;<br>• Martin 061 at Figs. 1, 8, 2:65-3:14, 3:15-21, 4:34-38, 5:10-51;<br>• Mahnensmith 080 at Abstract, Figs. 1-5, paras. 9-11, 17-22, 24, 30-31;<br>• Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56;<br>• Hessner 418 at 6:36-43; |

| 989 Patent Claim Language | Prior Art |
|---|---|
| | • Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32; |
| | • Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64; |
| | • Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61; |
| | • Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32; |
| | • Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55; |
| | • Crowley 928 at 2:31-48, Fig. 3-5; |
| | • Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54; |
| | • Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66; |
| | • Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26; |
| | • Washington 508 at Figs. 6-9, 7:58-67; |
| | • Lawrence 564 at Figs. 1-10, Abstract, 4:47-55, 5:8-6:27, 6:21-25, 6:40-42, 7:28-56, 8:8-29, 8:38-10:29; |
| | • Lawrence 222 at Figs. 1-10, Abstract, 4:47-55, 5:8-6:27, 6:21-25, 6:40-42, 7:28-56, 8:8-29, 8:38-10:29; |
| | • Nigay 463 at Figs. 1-3, 1:65-2:62; |
| | • Scott 384 at 3:15-31, Figs. 3-4; Scott 749 at Figs. 3-4, paras. 74-75, 79; |
| | • Otto 137 at Figs. 1-2, 3:7-64, 4:10-28; |
| | • Suzuki 250 at Abstract, Figs. 1-5, 4:12-19, 6:3-6, 6:66-7:4; |
| | • Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33; |
| | • Wightman 214 at Figs. 2b, 4b, 5-6, paras. 87, 92; |
| | • Sanchez 508 at Abstract, Fig. 8, 3:22-49, 6:21-31; |
| | • Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27; |
| | • Mahnensmith 080 at Abstract, Figs. 3, para. 23; |
| | • Van Den Heuvel 894 at Figs. 1-4, paras. 5, 13-14, 38-44; |
| | • Van Den Heuvel 823 at 1:27-2:7; |
| | • Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 2:4-10, 5:12-30, 6:1-7, 9:3-5; |

| 989 Patent Claim Language | Prior Art |
|---|---|
| | • Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;<br>• Wada 625 at Fig. 24, paras. 188-194;<br>• Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13;<br>• Schmitt 710 at Figs. 3-6, cols. 1-2;<br>• Chiku 946 at Figs. 5, 12, claim 14, paras. 18-19;<br>• Mizuguchi 641 at Figs. 5, 12, claim 14, paras. 18-19;<br>• Ishii 108 at Figs. 1-4, paras 1-13;<br>• Macaulay 2007 at pp. 641-643;<br>• 2006 British Health Publication at pp. 14-15;<br>• Medtech Finalists 2014;<br>• 2014 Medtech Announcement at p. 3;<br>• Omni Starter Kit Brochure;<br>• Omni Brochure;<br>• Omni Presentation;<br>• 2015 Omni Catalog;<br>• Omni 2007 AMXD User & Maintenance Guide at pp. 10, 21;<br>• Omni AMXD/AMXDmax devices;<br>• 2015 PureWick brochure at pp. 1-4;<br>• PureWick Prior Art Devices. |
| **Claim 4** | |
| 4. The method of claim 1, further comprising removing the urine collecting apparatus from the operative relationship with the urethral opening of the user. | See Claim 1.<br><br>It was well understood at the time of the alleged invention that any urine collection device must be removed from the user's urethera at some point, for example, to change it or if the user was done using the device.<br><br>• Keane 768 at Abstract, Figs. 4, 9-10, 1:67-2:32, 3:75-4:16;<br>• Flower 300 at Figs. 2, 7, 1:11-15, 2:22-24, 3:23-32;<br>• Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33, 5:34-6:4, 6:36-43;<br>• Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32; |

| 989 Patent Claim Language | Prior Art |
|---|---|
| | <ul><li>Washington 508 at Figs. 1-5, 11-12, 2:24-27, 2:40-52, 5:22-62, 10:23-34;</li><li>Fell 044 at Figs. 1-8, Abstract, 1:6-50, 3:18-7:42, 23:12-14;</li><li>Kuntz 166 at Abstract, Figs. 1-8, 5:59-6:17;</li><li>Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;</li><li>Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64;</li><li>Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61;</li><li>Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33, 5:66-6:4;</li><li>Tazoe 205 at 5:40-45; Tazoe 292 at para 42;</li><li>Wada 460 at 9:32-35;</li><li>Swiecicki 634 at Figs. 1-8, 2:14-34, 4:59-5:9, 11:42-61;</li><li>Okabe 706 at 8:21-26;</li><li>Sanchez 508 at Abstract, Fig. 1-8, 6:21-31;</li><li>Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27;</li><li>Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56;</li><li>Okabe 547 at para 41 ;</li><li>Mahnensmith 080 at para. 28;</li><li>Kuntz 355 at 9:33-53;</li><li>Coley 804 at Figs. 1-5, Abstract, paras. 18-19, 21-24;</li><li>Van Den Heuvel 894 at Figs. 1-4, paras. 5, 7, 40, 42, 44, 51;</li><li>Van Den Heuvel 823 at Figs. 1-4, 1:27-2:7, 6:18-26, 6:28-7:3, 7:15-20, 7:22-24, 7:25-30, 8:17-20, 8:22-25;</li><li>Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:8-21, 9:23-25;</li><li>Wada 625 at Fig. 24, paras. 129, 188-194;</li><li>Nolan 144 at Figs. 1-6, 1:55-82, 2:69-77;</li><li>Medtech Finalists 2014;</li><li>Macaulay 2007 at pp. 641-643;</li><li>2014 Medtech Announcement at p. 3;</li></ul> |

| 989 Patent Claim Language | Prior Art |
|---|---|
|  | • Omni Starter Kit Brochure;<br>• Omni Brochure;<br>• Omni Presentation;<br>• 2015 Omni Catalog;<br>• Omni 2007 AMXD User & Maintenance Guide at pp. 10, 21;<br>• Omni AMXD/AMXDmax devices;<br>• 2015 PureWick brochure at pp. 1-4;<br>• PureWick Prior Art Devices. |
| **Claim 5** | |
| 5. The method of claim 4, wherein the urine collecting apparatus is a first urine collecting apparatus and further comprising disposing in operative relationship with the urethral opening of a female user a second urine collecting apparatus substantially similar to the first urine collecting apparatus. | See Claim 1 and 4.<br><br> It was well known at the time of the alleged invention that, after a user used one urine collecting device, one could routinely change it for a second similar device for example, it was well known to substitute a clean device to avoid infection or skin disease. A person of ordinary skill in the art would understand that, for urine collection, both disposable and reusable products would be replaced with clean, new products at a medically appropriate time.<br><br>• Keane 768 at Abstract, Figs. 4, 9-10, 1:67-2:32, 3:75-4:16;<br>• Flower 300 at Figs. 2, 7, 1:11-15, 2:22-24, 3:23-32;<br>• Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33, 5:34-6:4, 6:36-43;<br>• Kuntz 166 at Abstract, Figs. 1-8, 5:59-6:17;<br>• Washington 508 at Figs. 1-5, 11-12, 2:24-27, 2:40-52, 5:22-62, 10:23-34;<br>• Fell 044 at Figs. 1-8, Abstract, 1:6-50, 3:18-7:42, 23:12-14;<br>• Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64;<br>• Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61;<br>• Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33, 5:66-6:4; |

| 989 Patent Claim Language | Prior Art |
|---|---|
| | <ul><li>Tazoe 205 at 5:40-45; Tazoe 292 at para 42;</li><li>Wada 460 at 9:32-35;</li><li>Swiecicki 634 at Figs. 1-8, 2:14-34, 4:59-5:9, 11:42-61;</li><li>Okabe 706 at 8:21-26;</li><li>Sanchez 508 at Abstract, Fig. 1-8, 6:21-31;</li><li></li><li>Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27;</li><li>Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56;</li><li>Okabe 547 at para 41;</li><li>Wada 625 at Fig. 24, paras. 129, 188-194;</li><li>Kuntz 355 at 9:33-53;</li><li>Coley 804 at Figs. 1-5, Abstract, paras. 18-19, 21-24;</li><li>Van Den Heuvel 894 at Figs. 1-4, paras. 5, 7, 40, 42, 44, 51;</li><li>Van Den Heuvel 823 at Figs. 1-4, 1:27-2:7, 6:18-26, 6:28-7:3, 7:15-20, 7:22-24, 7:25-30, 8:17-20, 8:22-25;</li><li>Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:8-21, 9:23-25;</li><li>Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;Nolan 144 at Figs. 1-6, 1:55-82, 2:69-77;</li><li>Macaulay 2007 at pp. 641-643;</li><li>Omni Starter Kit Brochure;</li><li>Omni Brochure;</li><li>Omni Presentation;</li><li>2015 Omni Catalog;</li><li>Omni 2007 AMXD User & Maintenance Guide at pp. 10, 21;</li><li>Omni AMXD/AMXDmax devices;</li><li>Medtech Finalists 2014;</li><li>2014 Medtech Announcement at p. 3;</li><li>2015 PureWick brochure at pp. 1-4;</li><li>PureWick Prior Art Devices .</li></ul> |

| 989 Patent Claim Language | Prior Art |
|---|---|
| **Claim 6** | |
| 6. The method of claim 1, wherein the fluid permeable support and fluid impermeable casing are cylindrical | See Claim 1.<br><br>As discussed above, there were a few design choices for body fluid collection apparatuses and it was well understood that cylindrical devices were suited for the female anatomy. It was understood to design the associated components such as the support and casing in accordance with the design of the device (*e.g.*, cylindrical) and that it would be obvious to modify existing devices to have an overall cylindrical shape (both for the support and casing) to comfortably comform to the anatomy. See corresponding claim elements in the 376 patent.<br><br>• Washington 508 at Figs. 1-5, 11-12, 2:24-67, 5:22-6:67;<br>• Lawrence 564 at Fig. 14, 11:24-35;<br>• Lawrence 222 at Fig. 14, 11:24-35;<br>• Sanchez 508 at Abstract, Fig. 8, 3:22-49, 6:21-31;<br>• Coley 804 at Figs. 1-5, Abstract, paras. 18-19, 21-24;<br>• 2015 PureWick brochure at pp. 1-4;<br>• Medtech Finalists 2014;<br>• PureWick Prior Art Devices.<br>• Keane 768 at Abstract, Figs. 4, 9-10, 1:67-2:32, 3:75-4:16;<br>• Flower 300 at Figs. 2, 7, 1:11-15, 2:22-24, 3:23-32;<br>• Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32;<br>• Washington 508 at Figs. 1-5, 11-12, 2:24-27, 2:40-52, 5:22-62, 10:23-34;<br>• Fell 044 at Figs. 1-8, Abstract, 1:6-50, 3:18-7:42, 23:12-14;<br>• Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64;<br>• Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61;<br>• Okabe 706 at 8:21-26;<br>• Sanchez 508 at Abstract, Fig. 1-8, 6:21-31; |

| 989 Patent Claim Language | Prior Art |
|---|---|
| | <ul><li>Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27;</li><li>Kuntz 355 at 9:33-53;</li><li>Van Den Heuvel 894 at Figs. 1-4, paras. 5, 7, 40, 42, 44, 51;</li><li>Van Den Heuvel 823 at Figs. 1-4, 1:27-2:7, 6:18-26, 6:28-7:3, 7:15-20, 7:22-24, 7:25-30, 8:17-20, 8:22-25;</li><li>Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:8-21, 9:23-25;</li><li>Macaulay 2007 at pp. 641-643;</li><li>2014 Medtech Announcement at p. 3;</li><li>Omni Starter Kit Brochure;</li><li>Omni Brochure;</li><li>Omni Presentation;</li><li>2015 Omni Catalog;</li><li>Omni 2007 AMXD User & Maintenance Guide at pp. 10, 21;</li><li>Omni AMXD/AMXDmax devices;</li></ul> |
| and have a curved shape with the longitudinally elongated opening disposed on the inside of the curve, | It was well known at the time of the alleged invention to select an apparatus design consistent with the intended use of the apparatus. For example, urine collection devices for women were known to have a curved shape with the elongated opening disposed on the inside of the curve, consistent with the female anatomy.  See corresponding claim elements in the 376 patent.<br><br><ul><li>Keane 768 at Abstract, Figs. 4, 9-10, 1:67-2:32, 3:60-4:16;</li><li>Ellis 185 at Figs. 1-3, 2:55-3:3;</li><li>Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32;</li><li>Martin 061 at Figs. 1, 8, 2:65-3:14, 3:15-21, 4:34-38, 5:10-51;</li><li>Washington 508 at Figs. 1-12, 5:60-62, 7:1-7;</li><li>Lawrence 564 at Figs. 1-10, Abstract, 5:8-6:27, 7:28-56, 11:1-19;</li></ul> |

| 989 Patent Claim Language | Prior Art |
|---|---|
| | <ul><li>Lawrence 222 at Figs. 1-10, 14, Abstract, 5:8-6:27, 7:28-56, 11:1-19;</li><li>Carns 997 at Figs. 2-5, 6:15-31;</li><li>Suzuki 250 at Abstract, Figs. 1-5, 4:12-19, 6:3-6, 6:66-7:4;</li><li>Sanchez 508 at Abstract, Figs. 5 and 8, 3:22-49, 6:21-31;</li><li>Coley 804 at Figs. 1-5, Abstract, paras. 18-19, 21-24;</li><li>Van Den Heuvel 894 at Figs. 1-4, paras. 5, 13-14, 38-44;</li><li>Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55</li><li>Van Den Heuvel 823 at Figs. 1-4, 2:14-17, 3:21-25, 4:13-19, 6:28-7:3, 7:15-30, 8:17-20;</li><li>Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:7-21, 9:23-28, 10:1-9;</li><li>Fell 044 at Figs. 1-8, Abstract, 1:6-50, 3:18-7:42, 23:12-14;</li><li>Schmitt 710 at Figs. 3-6, cols. 1-2;</li><li>Chiku 946 at Figs. 6, 10, 12, paras. 20, 21, 25-26;</li><li>Mizuguchi 641 at Figs. 6, 10, 12, paras. 20, 21, 25-26;</li><li>Medtech Finalists 2014;</li><li>Macaulay 2007 at pp. 641-643;</li><li>2014 Medtech Announcement at p. 3;</li><li>Omni Starter Kit Brochure;</li><li>Omni Brochure;</li><li>Omni Presentation;</li><li>2015 Omni Catalog;</li><li>Omni 2007 AMXD User & Maintenance Guide at pp. 10, 21;</li><li>Omni AMXD/AMXDmax devices;</li><li>2015 PureWick brochure at pp. 1-4;</li><li>PureWick Prior Art Devices.</li></ul> |
| the disposing including disposing the urine collecting apparatus with the longitudinally elongated opening adjacent the urethral opening of the user | As discussed above, it was well known at the time of the alleged invention to dispose a body fluid collection device so that the opening was adjacent to the source of fluid. Urine collection devices were known to be arranged and oriented so that the elongated |

| 989 Patent Claim Language | Prior Art |
|---|---|
| | opening was adjacent the urethral opening of a female. |

- Keane 768 at Abstract, 1:65-2:10, 3:75-4:16, Figs. 4, 9-10
- Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32;
- Martin 061 at Figs. 1, 8, 2:65-3:14, 3:15-21, 4:34-38, 5:10-51;
- Lawrence 564 at Figs. 1-10, Abstract, 5:8-6:27, 7:28-56, 11:1-19;
- Lawrence 222 at Figs. 1-10, 14, Abstract, 5:8-6:27, 7:28-56, 11:1-19;
- Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64;
- Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35;
- Fell 044 at Figs. 1-8, Abstract, 1:6-50, 3:18-7:42, 23:12-14;
- Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61;
- Harvie 964 at Figs. 1-3, 9:25-10:45;
- Harvie 012 at Figs. 1-3, 8:29-9:51;
- Harvie 043 at Figs. 1-3, 9:66-10:58;
- Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33;
- Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26;
- Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54;
- Mombrinie 389 at Figs. 1-4, 9, 4:17-26, 4:61-5:7, 5:15-19;
- Okabe 706 at Figs. 1-9, 3:36-45, 4:10-21, 6:13-17;
- Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56;
- Sanchez 508 at Abstract, Fig. 8, 6:21-31;
- Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27;
- Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46;
- Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66;
- Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32;
- Mombrinie 639 at Figs. 1-9, para 13-14, 31-38, 40, 43;

| 989 Patent Claim Language | Prior Art |
|---|---|
| | - Mahnensmith 080 at Abstract, Figs. 1-5, paras. 25, 30-31;<br>- Van Den Heuvel 894 at Figs. 1-4, paras. 13-14, 38-44;<br>- Van Den Heuvel 823 at Figs. 1-4, 2:14-17, 3:21-25, 4:13-19, 6:28-7:3, 7:15-30, 8:17-20;<br>- Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:7-10:1, 10:4-9;<br>- Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;<br>- Wada 625 at Fig. 24, paras. 188-194;<br>- Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13;<br>- Macaulay 2007 at pp. 641-643;<br>- 2006 British Health Publication at pp. 14-15;<br>- Medtech Finalists 2014;<br>- 2014 Medtech Announcement at p. 3;<br>- Omni Starter Kit Brochure;<br>- Omni Brochure;<br>- Omni Presentation;<br>- 2015 Omni Catalog;<br>- Omni 2007 AMXD User & Maintenance Guide at pp. 10, 21;<br>- Omni AMXD/AMXDMax devices;<br>- 2015 PureWick brochure at pp. 1-4;<br>- PureWick Prior Art Devices. |
| and oriented with the fluid reservoir adjacent to the user's anus and the outlet disposed above the urethral opening. | It was well known at the time of the alleged invention to orient a urine collection device with the reservoir adjacent to the user's anus and the outlet disposed above the urethral opening.  For example, with female urine collection devices, this affected comfort and facilitated urine collection while minimizing leaks. See corresponding claim elements in the 376 patent.<br><br>- Keane 768 at Abstract, Figs. 4, 9-10, 1:67-2:32, 3:60-4:16;<br>- Ellis 185 at Figs. 1-3, 2:55-3:3;<br>- Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32; |

| 989 Patent Claim Language | Prior Art |
|---|---|
| | <ul><li>Martin 061 at Figs. 1, 8, 2:65-3:14, 3:15-21, 4:34-38, 5:10-51;</li><li>Washington 508 at Figs. 6-9, 3:1-9;</li><li>Carns 997 at Figs. 2-5, 6:15-31;</li><li>Kraus 339 at Abstract, Figs. 1-7, 4:47-5:15;</li><li>Otto 137 at Figs. 1-2, 3:7-64, 4:10-28;</li><li>Suzuki 250 at Abstract, Figs. 1-5, 4:12-19, 6:3-6, 6:66-7:4;</li><li>Sanchez 508 at Abstract, Fig. 8, 3:22-49, 6:21-31;</li><li>Van Den Heuvel 894 at Figs. 1-4, paras. 17, 41, 43, 48;</li><li>Van Den Heuvel 823 at Figs. 1-4, 2:14-17, 3:21-25, 4:13-19, 6:28-7:3, 7:15-30, 8:17-20;</li><li>Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;</li><li>Schmitt 710 at Figs. 3-6, cols. 1-2;</li><li>Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:7-19, 9:8-21, 9:23-10:9;</li><li>Chiku 946 at Figs. 6, 10, 12, paras. 20, 21, 25-26;</li><li>Mizuguchi 641 at Figs. 6, 10, 12, paras. 20, 21, 25-26;</li><li>Macaulay 2007 at pp. 641-643;</li><li>Medtech Finalists 2014;</li><li>2014 Medtech Announcement at p. 3;</li><li>Macaulay 2007 at pp. 641-643;</li><li>Omni Starter Kit Brochure;</li><li>Omni Brochure;</li><li>Omni Presentation;</li><li>2015 Omni Catalog;</li><li>Omni 2007 AMXD User & Maintenance Guide at pp. 10, 21;</li><li>Omni AMXD/AMXMax devices;</li><li>2015 PureWick brochure at pp. 1-4;</li><li>PureWick Prior Art Devices.</li></ul> |

Sage further identifies the following additional prior art, which is prior art under Sections 102 and 103 including the on-sale bar provisions. Versions of the PureWick device ("PureWick

Prior Art Devices") were offered for sale, publicly demonstrated, and disclosed to third parties prior to the earliest viable priority dates of the 376 and 989 Patents including versions that include all elements of the asserted claims of the 376 and 989 Patents. For example, in addition to what was discussed for the 508 patent, PureWick Prior Art devices were publicly disclosed at least as early as 2014, as shown by Medtech Finalists 2014, 2014 Medtech Announcement, the 2015 PureWick brochure, and the 2016 Newman Article. They were also publicly disclosed to PureWick potential customers, volunteers, and other third parties, including devices used with patients from approximately July 2013-February 2014 and in September 2014, devices disclosed and demonstrated in association with a Medtech award (see, e.g., 2014 Medtech Finalists and 2014 Medtech Announcement), devices used with patients in approximately May 2015, sales in July 2015, and devices shown to prospective purchasers and used with patients and disclosed and demonstrated in association with CONNECT by at least July 2015 (referred to herein as the "PureWick Prior Art Devices"). *See, e.g.,* PureWick's Resp. to Interrog. No. 6 and documents cited therein as well as PW30265-289. For example, the PureWick Prior Art Device depicted in Medtech Finalists 2014, and also described in 2014 Medtech Announcement, invalidates every asserted claim of the 376 and 989 patents. Any element not present in these devices would have been obvious for the reasons described above. Additionally, PureWick has admitted that versions of its PureWick device ("brown wick" and "silicone shell" designs) were sold at least as early as January 2016 and admits that these products are covered by all of the Asserted Claims (see exhibits attached to PureWick's interrogatory responses). Thus, these designs admittedly invalidate under the assumed priority dates and PureWick bears the burden of proving otherwise. Sage's contentions with respect to the PureWick Prior Art Devices in particular is based on information that is publicly available and the limited information that PureWick has produced to date.  Sage has been unable

to provide additional information relating to this art because, as discussed herein, PureWick has not provided the fully-requested information regarding the prior disclosures and sales of its devices or other prior art of which it was aware.

Similarly, upon information and belief, the devices referred to herein as the "Omni AMXD / AMXDmax Devices" are the Omni Medical AMXD and AMXDmax that were publicly known and on sale well before the critical date and use the patented features or obvious variations thereof as reflected above. The Omni AMXD / AMXDmax Devices are reflected in part in the 2015 Omni Catalog, 2007 Omni Medical User & Maintenance Guide, Omni Starter Kit Brochure, Omni Brochure, Omni Presentation, and other AMXDMax documents identified above. Sage believes that discovery will further confirm these allegations and provide additional support for claim elements.  PureWick has failed to provide information regarding the prior disclosures and sales of its devices or other prior art of which it was aware including information in PureWick's possession regarding the Omni devices.

As discussed above, PureWick's failure to provide information about the prior art in a timely fashion is prejudicing Sage's ability to prepare its case.

Sage also relies on and incorporates by reference, as if originally set forth herein, all prior art cited during the prosecution of the 508, 376 and 989 Patents to the extent not already identified. Sage also relies on and incorporates by reference, as if originally set forth herein, all prior art cited during the prosecution of related, or purportedly related, patents to the extent not already identified. This includes all prior art cited during prosecution of the 508, 376, 989, or 407 Patents, as well as U.S. Pat. No. 10,376,406, Patent Application Nos. PCT/US2016/049274, PCT/US2017/35625, PCT/US2017/43025, 15/171,968, 15/260,103, 14/952,591, 14/947,759, 16/452,145, 16/245,726, 16/369,676, 14/625,469, 29/694,002, 29/624,661, 16/904,868, 16/905,400, 14/952,591,

14/625,469, 15/611,587, 15/612,325, 16/452,258, 16/899,956, Provisional Patent Application Nos. 62/414,963, 62/485,578, 62/084,078, 62/082,279, or 61/955,537, or Patent Publication Nos. 2016/0374848, 2016/0367226, 2015/14947759, 2017/0266031, 2017/0348139, 2017/0252202, 2019/0314190, 2019/0142624, or 2019/0224036.   Sages also relies on and incorporates by reference, as if originally set forth herein, all prior art cited in the sections of these Contentions in connection with the 508 Patent and the 407 Patent to the extent not already identified in this section.

Sage further contends that each of the Asserted Claims of the 376 Patent is invalid under 35 U.S.C. § 112 for indefiniteness and/or failure to contain a sufficient written description of or enable the alleged inventions.

Section 112(a) requires that: "The specification shall contain a written description of the invention, and of the manner and process of making and using it, in such full, clear, concise, and exact terms as to enable any person skilled in the art to which it pertains, or with which it is most nearly connected, to make and use the same. . . ." That is particularly true in view of how PureWick now apparently interprets the claims. It is difficult for Sage to assess fully the written description issues because PureWick has not even explained how Sage has allegedly infringed certain claim elements or method steps yet argues infringement nevertheless.  The asserted 376 and 989 Patents fail to satisfy this statutory requirement at least because, *inter alia*, the specifications fail to contain sufficient written description to establish that the inventors possessed the full scope of the alleged invention as claimed.  For example, to the extent that Plaintiff alleges the scope of the claims cover the PrimaFit® product or use of the PrimaFit® product (including by a single entity), the specifications did not adequately describe a "casing," a "casing [having/defining] a fluid reservoir at a first end," "a longitudinally extending fluid impermeable layer coupled to the fluid reservoir

and the fluid outlet and defining a longitudinally elongated opening between the fluid reservoir and the fluid outlet," a "membrane . . . supported on the support," a "tube . . . extending behind at least the portion of the support and the portion of the membrane disposed across the elongated opening," "support is cylindrical," "fabric sleeve disposed around the support," "wicking material," "the apparatus configured to . . . be retained in position on the user solely by frictional engagement with and/or between the labia and/or other portions of the area of the user's body surrounding the urethral opening," "configured to be retained in position on the user via engagement between the first end of the casing and a user's perineum," "withdraw urine through the tube at flow rate equal to the urine discharge rate in a urination event," disposing in operative relationship with the urethral opening," "allowing urine [discharged/withdrawn] from the urethetral opening to be received . . .," "allowing the received urine to be withdrawn," fluidically coupling," and "removing the urine collection apparatus."

Section 112(b) requires that: "The specification shall conclude with one or more claims particularly pointing out and distinctly claiming the subject matter which the applicant regards as his invention."   The Asserted Claims of the 376 and 989 Patent fail to satisfy this statutory requirement because, *inter alia*, at least the following claim terms are indefinite including based on Plaintiff's own apparent claim interpretations: "casing [having/defining] a fluid reservoir," "fluid impermeable layer," "wherein the fluid permeable support is distinct from and at least proximate to the fluid reservoir," "cylindrical," "substantially cylindrical," "retained solely by frictional engagement," and "withdraw urine through the tube at flow rate equal to the urine discharge rate in a urination event."

Sage also identifies, and hereby incorporates by reference, as if originally set forth herein, its allegations of invalidity set forth in its Answer and Counterclaims filed on November 1, 2019

and particularly the allegations in paragraphs 43-48 of the Counterclaims.  Sage incorporates by reference, as if originally set forth herein, any additional allegations asserted in subsequent pleadings as well, including the Answer due to be filed on June 1, 2020.

Sage further incorporates arguments for non-patentability raised by the Patent Office during the prosecution of the 376 and 989 Patent applications.

Sage also relies on and incorporates by reference, as if originally set forth herein, all pleadings in which invalidity was alleged, including in interrogatory responses, in this civil action.

### Sage's Invalidity Contentions Regarding U.S. Pat. Nos. 10,376,407

Plaintiff asserts claims 1, 2, 5, 7-9, and 13-15 of the 407 Patent ("Asserted Claims of the 407 Patent").  Sage contends that each of the Asserted Claims of the 407 Patent is invalid for at least the reasons set forth below.  Sage notes that Plaintiff has withdrawn infringement allegations relating to claims 3-4, 6, 11, 12, and 16 of the 407 Patent, which Plaintiff originally asserted in its second amended complaint and no longer asserts.  Plaintiff has also withdrawn infringement allegations for Claim 10.  Sage has relied on these withdrawals as well as the failure to assert claims in preparing these contentions as well as preparing for discovery in this case.

As discussed above, each of the references below qualifies as prior art under one or more sections of 35 U.S.C. §§ 102 and/or 103.  For example, most (if not all) of the listed references qualify as prior art under at least 35 U.S.C. §§ 102(a).  The invalidating disclosure in each of the listed references is express and/or inherent.  Also, as shown below, any reference anticipating an asserted claim pursuant to 35 U.S.C. § 102 also renders the claim obvious pursuant to 35 U.S.C. § 103 when viewed alone or in combination with other prior art references or with the knowledge of a person of ordinary skill in the art. The references cited herein may also be relied upon to show the state of the art in the relevant time frames or provide background regarding the alleged

invention or knowledge of an ordinarily skilled artisan.

As before, for the convenience of the reader, Sage identifies the prior art for this disclosure in the following order. First, Sage lists U.S. Patents in ascending numerical order. Second, Sage lists foreign patents or published applications in alphabetical order by type and then ascending numerical order. Third, Sage lists publications alphabetically.

Prior art under 35 U.S.C. § 102 and/or 35 U.S.C. § 103 for the 407 Patent claims include the following (including any U.S. and foreign counterparts thereof):

- U.S. Patent No. 1,742,080 ("Jones 080")

- U.S. Patent No. 2,644,234 ("Scott 234")

- U.S. Patent No. 2,968,046A ("Duke 046")

- U.S. Patent No. 3,087,938 ("Hans 938")

- U.S. Patent No. 3,198,994 ("Hilderbrant 994")

- U.S. Patent No. 3,312,981 ("McGuire 981")

- U.S. Patent No. 3,349,768 ("Keane 768")

- U.S. Patent No. 3,366,116 ("Huck 116")

- U.S. Patent No. 3,400,717 ("Bruce 717")

- U.S. Patent No. 3,406,688 ("Bruce 688")

- U.S. Patent No. 3,511,241 ("Lee 241")

- U.S. Patent No. 3,512,185A ("Ellis 185")

- U.S. Patent No. 3,520,300 ("Flower 300")

- U.S. Patent No. 3,613,123 ("Langstrom 123")

- U.S. Patent No. 3,651,810 ("Ormerod 810")

- U.S. Patent No. 3,726,277 ("Hirschman 277")

- U.S. Patent No. 4,020,843 ("Kanall 843")

- U.S. Patent No. 4,022,213 ("Stein 213")

- U.S. Patent No. 4,200,102A ("Duhamel 102")

- U.S. Patent No. 4,202,058 ("Anderson 058")

- U.S. Patent No. 4,233,025 ("Larson 025")

- U.S. Patent No. 4,246,901 ("Frosch 901")

- U.S. Patent No. 4,257,418 ("Hessner 418")

- U.S. Patent No. 4,270,539 ("Frosch 539")

- U.S. Patent No. 4,352,356 ("Tong 356")

- U.S. Patent No. 4,425,130 ("DesMarais")

- U.S. Patent No. 4,387,726 ("Denard 726")

- U.S. Patent No. 4,453,938 ("Brendling 938")

- U.S. Patent No. 4,457,314 ("Knowles 314")

- U.S. Patent No. 4,528,703A ("Kraus 703")

- U.S. Patent No. 4,581,026 ("Schneider 026")

- U.S. Patent No. 4,610,675 ("Triunfol 675")

- U.S. Patent No. 4,627,846 ("Ternstrom 846")

- U.S. Patent No. 4,631,061 ("Martin 061")

- U.S. Patent No. 4,650,477 ("Johnson 477")

- U.S. Patent No. 4,692,160A ("Nussbaumer 160")

- U.S. Patent No. 4,713,066 ("Komis 066")

- U.S. Patent No. 4,747,166 ("Kuntz 166")

- U.S. Patent No. 4,769,215A ("Ehrenkranz 215")

- U.S. Patent No. 4,772,280 ("Rooyakkers 280")

- U.S. Patent No. 4,790,835 ("Elias 835")

- U.S. Patent No. 4,791,686A ("Taniguchi 686")

- U.S. Patent No. 4,795,449 ("Schneider 449")

- U.S. Patent No. 4,799,928A ("Crowley 928")

- U.S. Patent No. 4,804,377 ("Hanifl 377")

- U.S. Patent No. 4,820,297 ("Kaufman 297")

- U.S. Patent No. 4,846,909 ("Klug 909")

- U.S. Patent No. 4,882,794 ("Stewart 794")

- U.S. Patent No. 4,883,465 ("Brennan 465")

- U.S. Patent No. 4,886,508 ("Washington 508")

- U.S. Patent No. 4,886,509 ("Mattsson 509")

- U.S. Patent No. 4,889,533A ("Beecher 533")

- U.S. Patent No. 4,905,692 ("More 692")

- U.S. Patent No. 5,002,541 ("Conkling 541")

- U.S. Patent No. 5,004,463A ("Nigay 463")

- U.S. Patent No. 5,031,248 ("Kemper 248")

- U.S. Patent No. 5,049,144 ("Payton 144")

- U.S. Patent No. 5,071,347 ("McGuire 347")

- U.S. Patent No. 5,084,037 ("Barnett 037")

- U.S. Patent No. 5,100,396 ("Zamierowski 396")

- U.S. Patent No. 5,195,997 ("Carns 997")

- U.S. Patent No. 5,203,699 ("McGuire 699")

- U.S. Patent No. 5,244,458 ("Takasu 458")

- U.S. Patent No. 5,295,983A ("Kubo 983")

- U.S. Patent No. 5,294,983 ("Kubo 983")

- U.S. Patent No. 5,300,052 ("Kubo 052")

- U.S. Patent No. 5,382,244 ("Telang 244")

- U.S. Patent No. 5,478,334 ("Bernstein 334")

- U.S. Patent No. 5,618,277 ("Goulter 277")

- U.S. Patent No. 5,628,735 ("Skow 735")

- U.S. Patent No. 5,636,643 ("Argenta 643")

- U.S. Patent No. 5,674,212 ("Osborn 212")

- U.S. Patent No. 5,678,564 ("Thompson 564")

- U.S. Patent No. 5,687,429 ("Rahlff 429")

- U.S. Patent No. 5,695,485 ("Duperret 485")

- U.S. Patent No. 5,752,944 ("Dann 944")

- U.S. Patent No. 5,772,644 ("Bark 644")

- U.S. Patent No. 5,827,247 ("Kay 247")

- U.S. Patent No. 5,827,250 ("Fujioka 250")

- U.S. Patent No. 5,827,257 ("Fujioka 257")

- U.S. Patent No. 5,894,608 ("Birbara 608")

- U.S. Patent No. 5,911,222 ("Thompson 222")

- U.S. Patent No. 5,957,904 ("Holland 904")

- U.S. Patent No. 5,972,505 ("Philips 505")

- U.S. Patent No. 6,063,064 ("Tuckey 064")

- U.S. Patent No. 6,105,174 ("Nygren 174")

- U.S. Patent No. 6,113,582 ("Dwork 582")

- U.S. Patent No. 6,117,163 ("Bierman 163")

- U.S. Patent No. 6,123,398 ("Arai 398")

- U.S. Patent No. 6,129,718 ("Wada 718")

- U.S. Patent No. 6,177,606 ("Etheredge 606")

- U.S. Patent No. 6,209,142 ("Mattsson 142")

- U.S. Patent No. 6,248,096 ("Dwork 096")

- U.S. Patent No. 6,311,339B1 ("Kraus 339")

- U.S. Patent No. 6,336,919 ("Davis 919")

- U.S. Patent No. 6,338,729 ("Wada 729")

- U.S. Patent No. 6,409,712 ("Cragoe 712")

- U.S. Patent No. 6,416,500 ("Wada 500")

- U.S. Patent No. 6,475,198 ("Lipman 198")

- U.S. Patent No. 6,479,726 ("Cole 726")

- U.S. Patent No. 6,540,729 ("Wada 729")

- U.S. Patent No. 6,547,771 ("Robertson 771")

- U.S. Patent No. 6,569,133 ("Cheng 133")

- U.S. Patent No. 6,592,560 ("Snyder 560")

- U.S. Patent No. 6,620,142 ("Fluckiger 142")

- U.S. Patent No. 6,702,793 ("Sweetser 793")

- U.S. Patent No. 6,706,027 ("Harvie 027")

- U.S. Patent No. 6,732,384B2  ("Scott 384")

- U.S. Patent No. 6,740,066 ("Wolff 066")

- U.S. Patent No. 6,783,519 ("Samuelsson 519")

- U.S. Patent No. 6,814,547 ("Childers 547")

- U.S. Patent No. 6,849,065 ("Schmidt 065")

- U.S. Patent No. 6,857,137B2 ("Otto 137")

- U.S. Patent No. 6,888,044 ("Fell 044")

- U.S. Patent No. 6,912,737 ("Ernest 737")

- U.S. Patent No. 6,918,899 ("Harvie 899")

- U.S. Patent No. 6,979,324 ("Bybord 324")

- U.S. Patent No. 7,018,366 ("Easter 366")

- U.S. Patent No. 7,125,399 ("Miskie 399")

- U.S. Patent No. 7,131,964 ("Harvie 964")

- U.S. Patent No. 7,131,964B2 ("Harvie 964")

- U.S. Patent No. 7,135,012 ("Harvie 012")

- U.S. Patent No. 7,141,043 ("Harvie 043")

- U.S. Patent No. 7,171,699 ("Ernest 699")

- U.S. Patent No. 7,179,951 ("Krishnaswamy-Mirle 951")

- U.S. Patent No. 7,181,781 ("Trabold 781")

- U.S. Patent No. 7,186,245 ("Cheng 245")

- U.S. Patent No. 7,192,424 ("Cooper 424")

- U.S. Patent No. 7,220,250 ("Suzuki 250")

- U.S. Patent No. 7,335,189 ("Harvie 189")

- U.S. Patent No. 7,390,320 ("Machida 320")

- U.S. Patent No. 7,488,310 ("Yang 310")

- U.S. Patent No. 7,520,872 ("Biggie 872")

- U.S. Patent No. 7,588,560 ("Dunlop 560")

- U.S. Patent No. 7,682,347 ("Parks 347")

- U.S. Patent No. 7,695,459 ("Gilbert' 459")

- U.S. Patent No. 7,695,460 ("Wada 460")

- U.S. Patent No. 7,699,818 ("Gilbert 818")

- U.S. Patent No. 7,699,831 ("Bengatson 831")

- U.S. Patent No. 7,722,584 ("Tanaka 584")

- U.S. Patent No. 7,727,206 ("Gorres 206")

- U.S. Patent No. 7,740,620 ("Gilbert 620")

- U.S. Patent No. 7,749,205 ("Tazoe 205")

- U.S. Patent No. 7,755,497 ("Wada 497")

- U.S. Patent No. 7,833,169 ("Hannon 169")

- U.S. Patent No. 7,866,942 ("Harvie 942")

- U.S. Patent No. 7,871,385 ("Levinson 385")

- U.S. Patent No. 7,875,010 ("Frazier 010")

- U.S. Patent No. 7,901,389 ("Mombrinie 389")

- U.S. Patent No. 7,927,320B2 ("Goldwasser 320")

- U.S. Patent No. 7,927,321 ("Marland 321")

- U.S. Patent No. 7,931,634 ("Swiecicki 634")

- U.S. Patent No. 7,939,706 ("Okabe 706")

- U.S. Patent No. 7,976,519 ("Bubb 519")

- U.S. Patent No. 7,993,318 ("Olsson 318")

- U.S. Patent No. 8,128,608B2 ("Thevenin 608")

- U.S. Patent No. 8,181,651 ("Pinel 651")

- U.S. Patent No. 8,211,063 ("Bierman 063")

- U.S. Patent No. 8,221,369 ("Parks 369")

- U.S. Patent No. 8,241,262 ("Mahnensmith 262")

- U.S. Patent No. 8,277,426 ("Wilcox 426")

- U.S. Patent No. 8,287,508 ("Sanchez 508")

- U.S. Patent No. 8,303,554 ("Tsai 554")

- U.S. Patent No. 8,343,122 ("Gorres 122")

- U.S. Patent No. 8,353,074 ("Krebs 074")

- U.S. Patent No. 8,388,588 ("Wada 588")

- U.S. Patent No. 8,425,482 ("Khoubnazar 482")

- U.S. Patent No. 8,551,075 ("Bengtson 075")

- U.S. Patent No. 8,568,376 ("Delattre 376")

- U.S. Patent No. 8,585,683 ("Bengtson 683")

- U.S. Patent No. 8,715,267 ("Bengtson 267")

- U.S. Patent No. 8,864,730 ("Conway 730")

- U.S. Patent No. 8,936,585 ("Delattre 585")

- U.S. Patent No. 9,028,460B2 ("Medeiros 460")

- U.S. Patent No. 9,173,602 ("Gilbert 602")

- U.S. Patent No. 9,173,799 ("Tanimoto 799")

- U.S. Patent No. 9,248,058 ("Conway 058")

- U.S. Patent No. 9,480,595 ("Baham 595")

- U.S. Patent Publ. No. 2002/0026161 ("Grundke 161")

- U.S. Patent Publ. No. 2002/0087131 ("Wolff 131")

- U.S. Patent Publ. No. 2002/0189992 ("Schmidt 992")

- U.S. Patent Publ. No. 2003/0120178 ("Heki 178")

- U.S. Patent Publ. No. 2003/0004436 ("Schmidt 436")

- U.S. Patent Publ. No. 2003/0181880A1 ("Schwartz 880")

- U.S. Patent Publ. No. 2003/0195484 ("Harvie 484")

- U.S. Patent Publ. No. 2003/0195484A1 ("Harvie 484")

- U.S. Patent Publ. No. 2003/0233079 ("Parks 079")

- U.S. Patent Publ. No. 2004/0006321A1 ("Cheng 321")

- U.S. Patent Publ. No. 2004/0127872 ("Petryk 872")

- U.S. Patent Publ. No. 2004/0128749 ("Scott 749")

- U.S. Patent Publ. No. 2004/0143229A1 ("Easter 229")

- U.S. Patent Publ. No. 2004/0191919 ("Unger 919")

- U.S. Patent Publ. No. 2004/0236292 ("Tazoe 292")

- U.S. Patent Publ. No. 2004/0254547 ("Okabe 547")

- U.S. Patent Publ. No. 2005/0010182 ("Parks 182")

- U.S. Patent Publ. No. 2005/0070861 ("Okabe 861")

- U.S. Patent Publ. No. 2005/0070862 ("Tozoe 862")

- U.S. Patent Publ. No. 2005/0097662 ("Leimkuhler 662")

- U.S. Patent Publ. No. 2005/0101924 ("Elson 924")

- U.S. Patent Publ. No. 2005/0177070 ("Levinson 070")

- U.S. Patent Publ. No. 2005/0197639 ("Mombrinie 639")

- U.S. Patent Publ. No. 2005/0277904 ("Chase 904")

- U.S. Patent Publ. No. 2005/0279359 ("LeBlanc 359")

- U.S. Patent Publ. No. 2006/0015080 ("Mahnensmith 080")

- U.S. Patent Publ. No. 2006/0015081 ("Suzuki 081")

- U.S. Patent Publ. No. 2006/0155214A1 ("Wightman 214 ")

- U.S. Patent Publ. No. 2006/0200102 ("Cooper 102")

- U.S. Patent Publ. No. 2006/0229576 ("Conway 576")

- U.S. Patent Publ. No. 2006/0235359 ("Marland 359")

- U.S. Patent Publ. No. 2007/0038194 ("Wada 194")

- U.S. Patent Publ. No. 2007/0006368 ("Key 368")

- U.S. Patent Publ. No. 2007/0117880 ("Elson 880")

- U.S. Patent Publ. No. 2007/0135786 ("Schmidt 786")

- U.S. Patent Publ. No. 2007/0191804 ("Cooley 804")

- U.S. Patent Publ. No. 2007/0214553 ("Carromba 553")

- U.S. Patent Publ. No. 2008/0015527 ("House 527")

- U.S. Patent Publ. No. 2008/0281282A1 ("Finger 282")

- U.S. Patent Publ. No. 2008/0033386 ("Okabe 386")

- U.S. Patent Pub. No. 2008/0004576 ("Tanaka 576")

- U.S. Patent Publ. No. 2008/0091153 ("Harvie 153")

- U.S. Patent Publ. No. 2008/0091158 ("Yang 158")

- U.S. Patent Publ. No. 2008/0234642 ("Patterson 642")

- U.S. Patent Publ. No. 2008/0287894 ("Van Den Heuvel 894")

- U.S. Patent Publ. No. 2009/0025717 ("Pinel 717")

- U.S. Patent Publ. No. 2009/0056003 ("Ivie 003")

- U.S. Patent Publ. No. 2009/0264840A1 ("Virginio 840")

- U.S. Patent Publ. No. 2009/0281510 ("Fisher 510")

- U.S. Patent Publ. No. 2009/0270822A1 ("Medeiros 822")

- U.S. Patent Publ. No. 2010/0121289 ("Parks 289")

- U.S. Patent Publ. No. 2010/0185168 ("Graauw 168")

- U.S. Patent Publ. No. 2010/0198172 ("Wada 172")

- U.S. Patent Publ. No. 2010/0241104 ("Gilbert 104")

- U.S. Patent Publ. No. 2010/0263113 ("Shelton 113")

- U.S. Patent Publ. No. 2010/0310845A1 ("Bond '845")

- U.S. Patent Publ. No. 2011/0028922A1 ("Kay 922")

- U.S. Patent Publ. No. 2011/0034889  ("Smith 889")

- U.S. Patent Publ. No. 2011/0040267 ("Wada 267")

- U.S. Patent Publ. No. 2011/0040271 ("Rogers 271")

- U.S. Patent Publ. No. 2011/0054426 ("Stewart 426")

- U.S. Patent Publ. No. 2011/0060300 ("Weig 300")

- U.S. Patent Publ. No. 2011/0077495 ("Gilbert 495")

- U.S. Patent Publ. No. 2011/0172620 ("Khambatta 620")

- U.S. Patent Publ. No. 2011/0172625 ("Wada 625")

- U.S. Patent Publ. No. 2011/0202024 ("Cozzens 024")

- U.S. Patent Publ. No. 2012/0035577 ("Tomes 577")

- U.S. Patent Publ. No. 2012/0103347 ("Wheaton 347")

- U.S. Patent Publ. No. 2012/0165768 ("Sekiyama 768")

- U.S. Patent Publ. No. 2012/0210503 ("Anzivino 503")

- U.S. Patent Publ. No. 2012/0245547 ("Wilcox 547")

- U.S. Patent Publ. No. 2012/0253303 ("Suzuki 303")

- U.S. Patent Publ. No. 2012/0330256 ("Wilcox 256")

- U.S. Patent Publ. No. 2013/0006206 ("Wada 206")

- U.S. Patent Publ. No. 2013/0053804 ("Sorensen 804")

- U.S. Patent Publ. No. 2014/0371628 ("Desai 628")

- U.S. Patent Publ. No. 2014/0348139 ("Newton 139")

- U.S. Patent Publ. No. 2014/0031774 ("Bengtson 774")

- U.S. Patent Publ. No. 2014/0157499 ("Suzuki 499")

- U.S. Patent Publ. No. 2014/0196189 ("Lee 189")

- U.S. Patent Publ. No. 2015/0047114 ("Ramirez 114")

- U.S. Patent Publ. No. 2015/0157300A1 ("Ealovega 300 ")

- U.S. Patent Publ. No. 2015/0209194 ("Heyman 194")

- U.S. Patent Publ. No. 2015/0366699 ("Nelson 699")

- U.S. Patent Publ. No. 2016/0029998 ("Brister 998")

- U.S. Patent Publ. No. 2016/0058322 ("Brister 322")

- U.S. Patent Publ. No. 2016/0100976 ("Conway 976")

- U.S. Patent Publ. No. 2016/0278662 ("Brister 662")

- U.S. Patent Publ. No. 2016/0367226 ("Newton 226")

- U.S. Patent Publ. No. 2016/0367411 ("Justiz 411")

- U.S. Patent Publ. No. 2016/0374848 ("Sanchez 848")

- U.S. Patent Publ. No. 2017/0042748 ("Griffin 748")

- U.S. Patent Publ. No. 2017/0143534 ("Sanchez 534")

- U.S. Patent Publ. No. 2017/0189225 ("Voorhees 225")

- U.S. Patent Publ. No. 2017/0202692 ("Laniado 692")

- U.S. Patent Publ. No. 2017/0246026 ("Laniado 026")

- U.S. Patent Publ. No. 2017/0266031 ("Sanchez 031")

- U.S. Patent Publ. No. 2017/0312116 ("Laniado 116")

- U.S. Patent Publ. No. 2017/0333244 ("Laniado 244")

- U.S. Patent Publ. No. 2018/0008804 ("Laniado 808")

- U.S. Patent Publ. No. 2018/0028349 ("Newton 349")

- U.S. Patent Publ. No. 2018/0228642 ("Davis 624")

- D373,928 ("Green 928")

- D401,699 ("Herchenbach 699")

- D409,303 ("Oepping 303")

- D591,106 ("Dominique 106")

- D593801 ("Wilson 801")

- D674,241 ("Bickert 241")

- D704,330 ("Cicatelli 330")

- D704,510 ("Mason 510")

- D705,423 ("Walsh 423")

- D729,581 ("Boroski 581")

- D777,941 ("Piramoon 941")

- D804,907 ("Sandoval 907")

- D814,239 ("Arora 239")

- Chinese Publ. No. CN 107847384 ("Heongyu 384")

- Denmark Publ. No. DK9600118U3 ("Flyger 118")

- German Publ. No. DE102011103783A1 ("Gloger 783")

- German Publ. No. DE4443710A1 ("Schmitt 710")

- German Publ. No. DE9407554U1 ("Javadi 554")

- European Publ. No. EP0032138A2 ("Ozenne 138")

- European Publ. No. EP0119143B1 ("Damoulin 143")

- European Publ. No. EP0610638A1 ("Goldenberg 638")

- European Publ. No. EP0613355A1 ("Kuntz 355")

- European Publ. No. EP066070B1 ("Steer 070")

- European Publ. No. EP 1382318A1 ("Kim 318")

- European Publ. No. EP0613355 ("Kuntz 355")

- European Publ. No. EP2180907 ("Weig 907")

- European Publ. No. EP2380532 ("Wada 532")

- European Publ. No. EP3169292B1 ("Lumaque-Steeman 292")

- UK Publ. No. GB1467144 ("Nolan 144")

- UK Publ. No. GB2106395 ("Bevan 395")

- UK Publ. No. GB2148126B ("Cottenden 126")

- UK Publ. No. GB2199750 ("Gropp 750")

- UK Publ. No. GB2260907 ("Kubo 907")

- UK Publ. No. 2469496A ("Shelton 496")

- Japanese Publ. No. JP 11-113946 ("Chiku 946")

- Japanese Publ. No. JP1979-S5410596 ("Hetsunsuneru")

- Japanese Publ. No. JP4039641B2 ("Mizuguchi 641")

- Japanese Publ. No. JP 2001054531 ("Higati 531")

- Japanese Publ. No. JP2001276107A ("Ishii 107")

- Japanese Publ. No. JP2001276108A ("Ishii 108")

- Japanese Publ. No. 2004-267530 ("Okabe 530")

- Japanese Publ. No. 2006-026108 ("Suzuki 108")

- Japanese Publ. No. 2012-523869 ("Shelton 869")

- Japanese Publ. No. JP2015092945A (Uchida 945")

- Japanese Publ. No. JPH 05123349 ("Kubo 349")

- WIPO Publication WO 1981/01957 ("Ozenne 957")

- WIPO Publication WO 1988/04558A1 ("Conkling 558")

- WIPO Publication WO 1991/04714A2 ("Washington 714")

- WIPO Publication WO 1993/09736 A2 ("Kuntz 736")

- WIPO Publication WO 1996/00096A1 ("Saltz 096")

- WIPO Publication WO 2000/057784 ("Wolff 784")

- WIPO Publication WO 2001/0145618 ("Schmidt 618")

- WIPO Publication WO 2004/019836 ("Wightman 836")

- WIP Publication WO 2004/03071931 ("Harvie 931")

- WIPO Publication WO 2005/089687 ("Levinson 687")

- WIPO Publication WO 2005/107661 ("Parks 661")

- WIPO Publication WO2007/007845 ("Wada 845")

- WIPO Publication WO 2007/042823 A2 ("Van Den Heuvel 823")

- WIPO Publication WO 2008/078117 A1 ("Short 117")

- WIPO Publication WO 2009/052496 ("Tsai 496")

- WIPO Publication WO2009/101738 ("Wada 738")

- WIPO Publication WO 2011/132043A1 ("Richer 043")

- WIPO Publication WO 2013/103291 ("Van Senus 291")

- WIPO Publication WO 2013/131109 ("Desai")

- WIPO Publication WO 2014/041534 A1 ("Laniado 534")

- WIPO Publication WO 2015/170307 A1 ("Laniado 307")

- WIPO Publication WO 2015/169403 A1 ("Kubler 403")

- WIPO Publication WO2016/200088 A1 ("Kim 088")

- WIPO Publication WO 2016/055989 A1 ("Laniado 989")

- WIPO Publication WO 2016/071894 A1 ("Laniado 894")

- WIPO Publication WO 2016/103242 A1 ("Laniado 242")

- WIPO Publication WO 2016/116915 A1 ("Laniado 915")

- WIPO Publication WO 2018/056953 A1 ("Travers 953")

- WIPO Publication WO 2018/235065 A1 ("Parahovnik 065")

- WIPO Publication WO 92/20299 ("Zamierowski 299")

- WIPO Publication WO 2010030122 ("Lee 122")

- Newman, Diane K. (1997). *The Urinary Incontinence Sourcebook*, Los Angeles: Lowell House

- Newton et al., "Measuring Safety, Effectiveness and Ease of Use of PureWick in the Management of Urinary Incontinence in Bedbound Women: Case Studies (Jan. 8, 2016) ("2016 Newton Article")

- Parmar, Arundhai, "10 Finalists Chosen for Dare-to-Dream Medtech Design Challenge" (PureWick) (see "Parmar 2014" and "Medtech Finalists 2014" above)

- MD&DI, "Winners Announced for Dare-to-Dream Medtech Design Challenge" (dated Nov. 18, 2014) ("2014 Medtech Announcement")

- Macaulay et al., *A Noninvasive Continence Management System: Development and Evaluation of a Novel Toileting Device for Women*, J Wound Ostomy Continence Nurs. 2007; 34(6):641-648 (2007) ("Macaulay 2007")

- Hollister Company, "Male Urinary Pouch External Collection Device" (version available in 376 patent prosecution history) ("Hollister Brochure")

- Hollister Company, "Female Urinary Pouch and Male Urinary Pouch" (2011) ("Hollister 2011 brochure")

- PureWick Co., "Incontinence Relief for Women" (dated September 23, 2015) (version available in 376 patent prosecution file) ("2015 PureWick brochure")

- Pytlik, "Super Absorbent Polymers," University of Buffalo, hltp://wwwcourses.scns.buffalo.edu/ce435/Diapers/Diapers.html  (version available in 376 patent prosecution file) ("Pytlik")

- Omni Medical AMXD Control Starter Kit Brochure ("Omni Starter Kit Brochure")

- Omni Medical AMXDX – Advanced Mission Extender Device Brochure (available at http://www.omnimedicalsys.com/uploads/AMXDFixedWing.pdf) ("Omni Brochure")

- Omni – In Flight Bladder Relief Presentation (available at https://www.omnimedicalsys.com/uploads/AMXDmax_HSD.pdf) ("Omni Presentation")

- Omni Medical 2015 Catalog, AMXDmax (Advanced Mission Extender Device) In-Flight Bladder Relief (version available in 376 patent prosecution file) ("2015 Omni Catalog")

- Omni 2007 AMXD User & Maintenance Guide

- Omni Medical AMXD/AMXDMax Devices

- Research and Development Directorate of Department of Health, *Research and Development Work Relating to Assistive Technology 2005-2006*, Nov. 2006 (British Department of Health) ("2006 British Health Publication")

- Sachtman, Noah, "New Relief For Pilots?  It Depends," Wired (May 21, 2008) (available at https://www.wired.com/2008/05/pilot-relief/).

- ASG Service, "Step by Step how Ur24 Works Home, UR24 Medicial Investment Opportunity"  (version available in 376 patent prosecution history)

- www.shethinx.com/pages/thinx-it-works

As a preliminary matter, the Asserted Claims of the 407 Patent are entitled to a priority date of no earlier than August 16, 2016, which is the filing date of the 407 Patent.

The charts below identify non-limiting examples of where in each item of prior art each element of each asserted claim is found.  For example, as discussed above, where a single prior art reference in the charts includes each of the elements of the asserted claim (either expressly and/or inherently), the claimed invention is anticipated by that reference.  Where a single prior art reference does not disclose all elements of a claim, the combination of that reference with one (or more) of

the references disclosing the missing element(s), or the knowledge of an ordinarily skilled artisan, renders the claimed invention obvious. Similarly, to the extent any cited anticipatory reference is found not to anticipate, that reference – by itself or in combination with one (or more) of the references disclosing the missing element(s) or the knowledge of a person of ordinary skill in the art – renders the claimed subject matter obvious.

The suggested obviousness combinations, as reflected in the charts below, would have been made by one of skill in the art at the time of the alleged inventions embodied by the Asserted Claims of the 407 Patent. Such combinations are consistent with the principles set forth by the Supreme Court in *KSR Int'l v. Teleflex Inc.*, 127 S. Ct. 1727 (2007), and its progeny. For example, as discussed above, the reasons for combining the references stem (explicitly or implicitly) from: (a) the prior art references themselves; (b) the prior art as a whole; (c) the knowledge, common sense, and creativity of those of ordinary skill in the art; (d) the nature of the problem to be solved; (e) the demands in the design community and/or the marketplace; (f) the simple and predictable substitution of one known element for another in accordance with their known functions; (g) the application of a known technique or method; (h) the obviousness of trying the combination; and/or (i) the general needs and problems in the field.

For instance, Sage incorporates by reference the prior art, as well as the IPR materials and knowledge regarding the state of the art, discussed with respect to the 508, 376, and 989 patents. In addition, the following items and background information were also well known to those skilled in the art at the relevant time for the Asserted Claims of the 407 Patent (and are also taught by the prior art identified herein) including at least a year before the earliest possible priority date of August 16, 2016:

(1)      Urine collection devices used to collect urine flowing from a penis in a way that the urine can be transported from the device as the urine is being collected.  *See, e.g.*, Keane 768 at Figs. 6-8, 9-10, Abstract, Title, 2:57-68, 3:37-47, 3:48-56, 3:61-66, 4:35-40, 4:45-52, 4:62-67; Kuntz 166 at Figs. 1, 2, 5:59-63, 7:18-32, 2:34-37, 4:21-32; Hanifl 377 at Figs. 1-6, Abstract, 2:28-38; Sanchez 508 at 4:16-28; Harvie 012 at Abstract, Figs. 4-5, 3:3-16; Cheng 321 at Fig. 1, 2A-2B, 7A-7B, 9A, ¶¶ 136, 230-234, 244-246; Ozenne 138 at Fig. 1, Abstract, ¶¶ 24, 27-31; Bevan 395 at Figs. 1, 2, 7-8, 1:3-6, 1:113-2:11, 2:12-36, 2:77-98, 3:62-80, 3:120-122; Langstrom 123 at Figs. 1-2, 5, 2:39-4:6; Ishii 107 at Figs. 1-13, ¶¶ 10-11, 13, 15; Hollister 2011 Brochure (2011) at p. 1; 2007 Omni Medical User & Maintenance Guide at p. 10; Omni Medical AMXD/AXMXDMax devices.

(2)      Urine collection devices with a layer of porous material, including porous materials that were flexible.  *See, e.g.*, Keane 768 at Figs. 6-8, 9-10, 4:4-16, 6:22-25, 3:4-9, 3:35-52; Kuntz 166 at Figs. 1, 2, 2:25-30, 2:38-47 3:42-45, 4:9-11; Hanifl 377 at Figs. 1-6, Abstract, 2:28-38; Sanchez 508 at 4:16-28; Harvie 012 at Fig. 5, 6:59-7:15; Langstrom 123 at Figs. 1-2, 5, 2:39-4:6; Cheng 321 at Fig. 1, 2A-2B, 7A-7B, 9A, ¶¶ 136, 230-234, 244-246; Ozenne 138 at Fig. 1, Abstract, ¶¶ 24, 27-31; Bevan 395 at Figs. 1, 2, 7-8, 3:91-103; Ishii 107 at Figs. 1-6 and 9-13, ¶¶ 14, 18; 2007 Omni Medical User & Maintenance Guide at p. 10; Omni Medical AMXD/AXMXDMax devices.

(3)      Urine collection devices with wicking material, including wicking materials that were flexible and ones that were positioned in the interior of the device.  *See, e.g.*, Keane 768 at Figs. 6-8, 9-10, 3:75-4:16, 6:22-25, 3:4-9, 3:35-52; Kuntz 166 at Figs. 1, 2, 2:48-67, 4:9-11, 5:65-6:9; Sanchez 508 at 4:16-28; Harvie 484 at Fig. 5, ¶ 91; Cheng 321 at Fig. 1, 2A-2B, 7A-7B, 9A, ¶¶ 136, 230-234, 244-246; Mahnensmith 080 at Abstract, Figs. 1-5, ¶¶ 21-22, 25, 30-31; Harvie

012 at Fig. 5, 6:59-7:15; Langstrom 123 at Figs. 1-2, 5, 2:39-4:6; Ishii 107 at Figs. 1-6 and 9-13,

¶¶ 14, 18; Wolff 066 at Fig. 5b, 5:56-6:36, 6:42-59; Van Den Heuvel 894 at Figs. 1, 3, ¶ 5; 2007

Omni Medical User & Maintenance Guide at p. 10; Omni Medical AMXD/AXMXDMax devices.

(4)     The wicking material may include gauze. *See, e.g.*, Sanchez 508 at 4:10-13 ("The

moisture-wicking article 20 includes a rapidly permeable material such as gauze, felt, terrycloth,

thick tissue paper, paper towel, etc."); Langstrom 123 at Figs. 1-2, 5, 2:59-66; Knowles 314 at

2:60-65, 4:14-16, Figs. 1-2; Nussbaumer 160 at 5:23-26; Crowley 928 at 2:27.

(5)     Urine collection devices where the wicking material is disposed on or adjacent to a

porous layer. *See, e.g.*, Keane 768 at Figs. 6-8, 9-10, 3:75-4:16, 6:22-25, 3:4-9, 3:35-52; Kuntz 166

at Figs. 1, 2, 2:48-67, 4:9-11, 5:65-6:9; Sanchez 508 at 4:16-28; Harvie 484 at Fig. 5, ¶ 91;

Mahnensmith 080 at Abstract, Figs. 1-5, ¶¶ 21-22, 25, 30-31; Harvie 012 at Fig. 5, 6:59-7:15;

Langstrom 123 at Figs. 1-2, 5, 2:39-4:6; Ishii 107 at Figs. 1-6 and 9-13, ¶¶ 14, 18; Wolff 066 at

Fig. 5b, 5:56-6:36, 6:42-59; Van Den Heuvel 894 at Figs. 1, 3, ¶¶ 5, 38, 40, 42, 44, 50-51; 2007

Omni Medical User & Maintenance Guide at p. 10; Omni Medical AMXD/AXMXDMax devices.

(6)     Urine collection devices with a layer of impermeable material that defines an interior

portion of the device, including impermeable materials that were flexible.  *See, e.g.*, Keane 768 at

Figs. 6-10, 2:57-60, 2:69-3:12, 3:37-47, 3:60-74, 3:75-4:15, 3:35-52; Kuntz 166 at Figs. 1, 2, 2:39-

40, 3:45-57, 3:64-66, 4:14-16, 4:19-21; Hanifl 377 at Figs. 1-6, Abstract, 2:28-38; Sanchez 508 at

4:16-28; Harvie 484 at Fig. 5, ¶¶ 91-94; Langstrom 123 at Figs. 1-2, 5, 2:39-4:6; Cheng 321 at Fig.

1, 2A-2B, 7A-7B, 9A, ¶¶ 136, 230-234, 244-246; Ozenne 138 at Fig. 1, Abstract, ¶¶ 24, 27-31;

Bevan 395 at Figs. 1, 2, 7-8, 1:3-6, 1:113-2:11, 2:12-36, 2:77-98, 3:62-80, 3:120-122; Harvie 012

at Fig. 5, 6:59-7:15, 7:37-42; Ishii 107 at Figs. 1-6 and 9-13, ¶¶ 12, 15, 17; Hollister 2011 Brochure

(2011) at p. 1; Wolff 066 at Fig. 5b, 5:56-6:36, 6:42-59; Van Den Heuvel 894 at Figs. 1, 3, ¶¶ 5,

38, 40, 42, 44, 50-51; 2007 Omni Medical User & Maintenance Guide at p. 10; Omni Medical AMXD/AXMXDMax devices.

(7)     Urine collection devices with a flexible wicking material and porous material positioned in the interior of the device, with a portion of the porous material secured to the impermeable material. *See, e.g*., Keane 768 at Figs. 6-10, 2:57-60, 2:69-3:19, 3:20-36, 3:37-47, 3:60-74, 3:75-4:15, 3:35-52;  Kuntz 166 at Figs. 1-2, 2:38-67, 3:42-57, 3:64-66, 4:9-21, 5:65-6:9, 7:18-32; Langstrom 123 at Figs. 1-2, 5, 2:39-3:1, 3:4-9, 3:15-20, 3:39-56; Harvie 484 at Fig. 5, ¶¶ 91-94; Harvie 964 at Fig. 5, 7:53-8:9; Harvie 012 at Fig. 5, 6:59-7:24, 7:37-42; Wolff 066 at Fig. 5b, 5:56-6:36, 6:42-59; Van Den Heuvel 894 at Figs. 1, 3, ¶¶ 5, 38, 40, 42, 44, 50-51; 2007 Omni Medical User & Maintenance Guide at p. 10; Omni Medical AMXD/AXMXDMax devices.

(8)     Urine collection devices with porous material positioned between wicking material and an impermeable material. *See, e.g.,*  Keane 768 at Figs. 6-8, 9-10, 3:75-4:16, 6:22-25, 3:4-9, 3:35-52; Kuntz 166 at Figs. 1, 2, 2:48-67, 4:9-11, 5:65-6:9; Sanchez 508 at 4:16-28; Harvie 484 at Fig. 5, ¶ 91; Mahnensmith 080 at Abstract, Figs. 1-5, ¶¶ 21-22, 25, 30-31; Harvie 012 at Fig. 5, 6:59-7:24, 7:37-42; Langstrom 123 at Figs. 1-2, 5, 2:39-4:6; Ishii 107 at Figs. 1-6 and 9-13, ¶¶ 14, 18; Wolff 066 at Fig. 5b, 5:56-6:36, 6:42-59; Van Den Heuvel 894 at Figs. 1, 3, ¶¶ 5, 38, 40, 42, 44, 50-51; 2007 Omni Medical User & Maintenance Guide at p. 10; Omni Medical AMXD/AXMXDMax devices.

(9)     Urine collection devices with a chamber in the interior between a porous layer and an impermeable layer (and defined at least partially by a portion of those layers) and configured to collect urine. *See, e.g*., Keane 768 at Figs. 7, 10, 2:58-68, 3:37-42,  3:60-74, 4:35-52; Langstrom 123 at Figs. 1-2, 5, 2:39-3:1, 3:4-9, 3:15-20, 3:39-56; Kuntz 166 at Figs. 1-2, 2:39-30, 3:45-57, 3:64-66, 4:14-16, 4:19-21; Hanifl 377 at Figs. 1-6, Abstract, 2:28-38; Sanchez 508 at 4:16-28;

Harvie 484 at Fig. 5, ¶¶ 91-92; Harvie 012 at Fig. 5, 6:59-7:24, 7:37-42; Cheng 321 at Fig. 1, 2A-2B, 7A-7B, 9A, ¶¶ 136, 230-234, 244-246; Ozenne 138 at Fig. 1, Abstract, ¶¶ 24, 27-31; Bevan 395 at Figs. 1, 2, 7-8, 1:3-6, 1:113-2:11, 2:12-36, 2:77-98, 3:62-80, 3:91-103, 3:120-122; Van Den Heuvel 894 at Figs. 1, 3, ¶¶ 42; 2007 Omni Medical User & Maintenance Guide at p. 10; Omni Medical AMXD/AXMXDMax devices.

(10)    There may be an opening in the impermeable material, and the chamber may be positioned substantially opposite to it.  *See, e.g.*, Keane 768 at Figs. 6-8, 9-10, 2:47-68, 3:3-19, 3:37-42, 3:60-74, 3:75-4:16, 4:35-52, 5:19-24, 5:39-50; Langstrom 123 at Figs. 1-2, 5, 2:39-3:1, 3:4-9, 3:15-20, 3:39-56; Kuntz 166 at Figs. 1-2, 2:39-30, 3:45-57, 3:64-66, 4:14-16, 4:19-21; Hanifl 377 at Figs. 1-6, Abstract, 2:28-38; Sanchez 508 at 4:16-28; Harvie 484 at Fig. 5, ¶¶ 91-92; Cheng 321 at Fig. 1, 2A-2B, 7A-7B, 9A, ¶¶ 136, 230-234, 244-246; Harvie 012 at Fig. 5, 6:59-7:24, 7:37-42; Ozenne 138 at Fig. 1, Abstract, ¶¶ 24, 27-31; Bevan 395 at Figs. 1, 2, 7-8, 1:3-6, 1:113-2:11, 2:12-36, 2:77-98, 3:62-80, 3:120-122; Ishii 107 at Figs. 1-6 and 9-13, ¶¶ 10-18; Hollister 2011 Brochure (2011) at p. 1; Wolff 066 at Fig. 5b, 5:56-6:36, 6:42-59; Van Den Heuvel 894 at Figs. 1, 3, ¶¶ 5, 38, 40, 42, 44, 50-51; 2007 Omni Medical User & Maintenance Guide at p. 10; Omni Medical AMXD/AXMXDMax devices.

(11)    A chamber of void space may be positioned substantially opposite to the opening of a receptacle. *See, e.g.*, Keane 768 at Figs. 7, 10, 2:58-68, 3:37-42, 3:60-74, 4:35-52; Kuntz 166 at Figs. 1-2, 2:39-30, 3:45-57, 3:64-66, 4:14-16, 4:19-21; Hanifl 377 at Figs. 1-6, Abstract, 2:28-38; Sanchez 508 at 4:16-28; Harvie 484 at Fig. 5, ¶¶ 91-92; Harvie 012 at Fig. 5, 6:59-7:24; Cheng 321 at Fig. 1, 2A-2B, 7A-7B, 9A, ¶¶ 136, 230-234, 244-246; Ozenne 138 at Fig. 1, Abstract, ¶¶ 24, 27-31; Bevan 395 at Figs. 1, 2, 7-8, 1:3-6, 1:113-2:11, 2:12-36, 2:77-98, 3:62-80, 3:91-103,

3:120-122; Van Den Heuvel 894 at Figs. 1, 3, ¶¶ 42; 2007 Omni Medical User & Maintenance Guide at p. 10; Omni Medical AMXD/AXMXDMax devices.

(12)    A portion of the wicking material may be positioned opposite to an opening in the impermeable material, or of a receptacle, and adjacent to the porous material defining the chamber. *See, e.g.*, Keane 768 at Figs. 6-10, 2:57-60, 2:69-3:19, 3:20-36, 3:37-47, 3:60-74, 3:75-4:15, 3:35-52; Sanchez 508 at 4:16-28; Kuntz 166 at Figs. 1-2, 2:38-67, 3:42-57, 3:64-66, 4:9-21, 5:65-6:9, 7:18-32; Langstrom 123 at Figs. 1-2, 5, 2:39-3:1, 3:4-9, 3:15-20, 3:39-56; Harvie 484 at Fig. 5, ¶¶ 91-94; Harvie 964 at Fig. 5, 7:53-8:9; Harvie 012 at Fig. 5, 6:59-7:24, 7:37-42; Wolff 066 at Fig. 5b, 5:56-6:36, 6:42-59; Van Den Heuvel 894 at Figs. 1, 3, ¶¶ 5, 38, 40, 42, 44, 50-51; 2007 Omni Medical User & Maintenance Guide at p. 10; Omni Medical AMXD/AXMXDMax devices.

(13)    The chamber may be of void space. *See, e.g.*, Keane 768 at Figs. 7, 10, 2:58-68, 3:37-42, 3:60-74, 4:35-52; Kuntz 166 at Figs. 1-2, 2:39-30, 3:45-57, 3:64-66, 4:14-16, 4:19-21; Hanifl 377 at Figs. 1-6, Abstract, 2:28-38; Sanchez 508 at 4:16-28; Harvie 484 at Fig. 5, ¶¶ 91-92; Harvie 012 at Fig. 5, 6:59-7:24, 7:37-42; Cheng 321 at Fig. 1, 2A-2B, 7A-7B, 9A, ¶¶ 136, 230-234, 244-246; Ozenne 138 at Fig. 1, Abstract, ¶¶ 24, 27-31; Bevan 395 at Figs. 1, 2, 7-8, 1:3-6, 1:113-2:11, 2:12-36, 2:77-98, 3:62-80, 3:91-103, 3:120-122; Van Den Heuvel 894 at Figs. 1, 3, ¶¶ 42; 2007 Omni Medical User & Maintenance Guide at p. 10; Omni Medical AMXD/AXMXDMax devices.

(14)    Urine collection devices with a port extending through impermeable material to a chamber. *See, e.g.,* Keane 768 at Figs. 6-7, 9-10, 2:47-68, 3:37-42, 3:60-74, 3:75-4:16, 4:35-52; Kuntz 166 at Figs. 1-2, 2:34-37, 3:45-57, 3:64-66, 4:14-16, 4:19-32, 7:18-32; Suzuki 250 at Figs. 1-5, 10B, 11-12 at 6:33-48, 6:66-7:19, 7:47-63, 8:21-24, 8:56-65; Sanchez 508 at 4:16-28; Harvie 484 at Fig. 4-5, ¶¶ 91-94, 101-103; Cheng 321 at Fig. 1, 2A-2B, 7A-7B, 9A, ¶¶ 136, 230-234, 244-

246; Mahnensmith 080 at Figs 2, 3, 5; ¶ 8,17, 23, 25, 30, 31; Harvie 012 at Figs. 4, 5, 6:18-7:37;

Ozenne 138 at Fig. 1, Abstract, ¶¶ 24, 27-31; Bevan 395 at Figs. 1, 2, 7-8, 2:37-60, 3:28-42, 3:109-

114; Ishii 107 at Figs. 1-6 and 9-13, ¶¶ 10-18; Wolff 066 at Fig. 5b, 5:56-6:36, 6:42-59; Van Den

Heuvel 894 at Figs. 1, 3, ¶¶ 5, 38, 40, 42, 44, 50-51; Hollister 2011 Brochure (2011) at p. 1; 2007

Omni Medical User & Maintenance Guide at p. 10; Omni Medical AMXD/AXMXDMax devices.

(15)     The chamber has a port for a tube configured to transport urine from the chamber if

vacuum is applied via the tube. *See, e.g*., Keane 768 at Figs. 6-7, 9-10, 2:47-68, 3:37-42, 3:60-74,

3:75-4:16, 4:35-52; Kuntz 166 at Figs. 1-2, 2:34-37, 3:45-57, 3:64-66, 4:14-16, 4:19-32, 7:18-32;

Suzuki 250 at Figs. 1-5, 10B, 11-12 at 6:33-48, 6:66-7:19, 7:47-63, 8:21-24, 8:56-65; Sanchez 508

at 4:16-28; Harvie 484 at Fig. 4-5, ¶¶ 91-94, 101-103; Cheng 321 at Fig. 1, 2A-2B, 7A-7B, 9A, ¶¶

136, 230-234, 244-246; Mahnensmith 080 at Figs 2, 3, 5; ¶ 8,17, 23, 25, 30, 31; Harvie 012 at

Figs. 4, 5, 6:18-7:37; Ishii 107 at Figs. 1-6 and 9-13, ¶¶ 10-18; Wolff 066 at Fig. 5b, 5:56-6:36,

6:42-59; Van Den Heuvel 894 at Figs. 1, 3, ¶¶ 5, 38, 40, 42, 44, 50-51; 2007 Omni Medical User

& Maintenance Guide at p. 10; Omni Medical AMXD/AXMXDMax devices.

(16)     The port is positioned substantially opposite to the opening of a cavity. *See e.g.,*

Keane 768 at Figs. 6-7, 9-10, 2:47-68, 3:37-42, 3:60-74, 3:75-4:16, 4:35-52; Kanall 843 at Figs.

1-4, Abstract, 1:49-57, 2:17-24, 2:68-3:6, 3:39-35, 1:59-62, 2:57-68, 3:29-35; Suzuki 250 at Figs.

1-5, 10B, 11-12 at 6:33-48, 6:66-7:19, 7:47-63, 8:21-24, 8:56-65; Sanchez 508 at 4:16-28; Harvie

484 at Fig. 4-5, ¶¶ 91-94, 101-103; Harvie 012 at Figs. 4, 5, 6:18-7:37; Cheng 321 at Fig. 1, 2A-

2B, 7A-7B, 9A, ¶¶ 136, 230-234, 244-246; Ozenne 138 at Fig. 1, Abstract, ¶¶ 24, 27-31; Bevan

395 at Figs. 1, 2, 7-8, 2:37-60, 3:28-42, 3:109-114; Ishii 107 at Figs. 1-6 and 9-13, ¶¶ 10-18;

Hollister 2011 Brochure (2011) at p. 1; 2007 Omni Medical User & Maintenance Guide at p. 10;

Omni Medical AMXD/AXMXDMax devices.

(17)     Urine collection devices with a receptacle in the interior that were dimensioned and configured to receive a head of a penis. *See, e.g*., Keane 768 at Figs. 6-8, 9-10, 2:47-68, 3:3-19, 3:37-42, 3:60-74, 3:75-4:16, 4:35-52, 5:19-24, 5:39-50; Langstrom 123 at Figs. 1-2, 5, 2:39-3:1, 3:4-9, 3:15-20, 3:39-56; Hanifl 377 at Figs. 1-6, Abstract, 2:28-38; Harvie 484 at Fig. 5, ¶¶ 91-94, 101-103; Sanchez 508 at 4:16-28; Harvie 012 at Figs. 4, 5, 6:18-7:37; Cheng 321 at Fig. 1, 2A-2B, 7A-7B, 9A, ¶¶ 136, 230-234, 244-246; Ozenne 138 at Fig. 1, Abstract, ¶¶ 24, 27-31; Bevan 395 at Figs. 1, 2, 7-8, 1:3-6, 1:113-2:11, 2:12-36, 2:77-98, 3:62-80, 3:91-103, 3:120-122; Ishii 107 at Figs. 1-6 and 9-13, ¶¶ 10-18; Hollister 2011 Brochure (2011) at p. 1; 2007 Omni Medical User & Maintenance Guide at p. 10; Omni Medical AMXD/AXMXDMax devices.

(18)     The receptacle may be defined at least partially by a wicking material and the wicking material and an impermeable material are dimensioned and configured to shape the receptacle to receive the head of a penis. *See, e.g*., Keane 768 at Figs. 6-8, 9-10, 2:47-68, 3:3-19, 3:37-42, 3:60-74, 3:75-4:16, 4:35-52, 5:19-24, 5:39-50; Langstrom 123 at Figs. 1-2, 5, 2:39-3:1, 3:4-9, 3:15-20, 3:39-56; Harvie 484 at Fig. 5, ¶¶ 91-92; Sanchez 508 at 4:16-28; Harvie 012 at Figs. 4, 5, 6:18-7:24; Cheng 321 at Fig. 1, 2A-2B, 7A-7B, 9A, ¶¶ 136, 230-234, 244-246; Medeiros 822 at Figs 1-2, ¶¶38-39, 66; Ishii 107 at Figs. 1-6 and 9-13, ¶¶ 10-18; 2007 Omni Medical User & Maintenance Guide at p. 10; Omni Medical AMXD/AXMXDMax devices.

(19)     The receptacle may extend from the opening in the impermeable material, or its own opening, into the interior portion of the device and shaped to receive the head of a penis. *See, e.g*., Keane 768 at Figs. 6-8, 9-10, 2:47-68, 3:3-19, 3:37-42, 3:60-74, 3:75-4:16, 4:35-52, 5:19-24, 5:39-50; Langstrom 123 at Figs. 1-2, 5, 2:39-3:1, 3:4-9, 3:15-20, 3:39-56; Hanifl 377 at Figs. 1-6, Abstract, 2:28-38; Harvie 484 at Fig. 5, ¶¶ 91-94, 101-103; Sanchez 508 at 4:16-28; Harvie 012 at Figs. 4, 5, 6:18-7:37; Cheng 321 at Fig. 1, 2A-2B, 7A-7B, 9A, ¶¶ 136, 230-234, 244-246; Ozenne

138 at Fig. 1, Abstract, ¶¶ 24, 27-31; Bevan 395 at Figs. 1, 2, 7-8, 1:3-6, 1:113-2:11, 2:12-36, 2:77-98, 3:62-80, 3:91-103, 3:120-122; Ishii 107 at Figs. 1-6 and 9-13, ¶¶ 10-18; Hollister 2011 Brochure (2011) at p. 1; 2007 Omni Medical User & Maintenance Guide at p. 10; Omni Medical AMXD/AXMXDMax devices.

(20)     The receptacle is configured to draw urine into it, through wicking material and porous materials and into a chamber, when the penis is disposed in the receptacle and vacuum is applied. *See, e.g.*, Keane 768 at 768 at Figs. 6-8, 9-10, Abstract, 1:21-41, 2:47-68, 2:69-3:3, 3:3-19, 3:37-42, 3:60-74, 3:75-4:16, 4:35-52, 5:19-24, 5:39-50; Kuntz 166 at Figs. 1-2, 2:34-37, 2:38-69, 3:40-57, 3:64-66, 4:9-21, 4:29-32, 5:65-6:9, 7:18-32; Sanchez 508 at 4:16-28; Suzuki 250 at Figs. 1-5, 10B, 11-12 at 6:33-48, 6:66-7:19, 7:47-63, 8:21-24, 8:56-65; Harvie 484 at Abstract, Title, Fig. 4-6, ¶¶ 91-94, 101-103; Harvie 012 at Figs. 4, 5, 6:18-7:37; Langstrom 123 at Figs. 1-2, 5, 2:39-4:6; Ishii 107 at Figs. 1-6 and 9-13, ¶¶ 10-18; Wolff 066 at Fig. 5b, 5:56-6:36, 6:42-59; Van Den Heuvel 894 at Figs. 1, 3, ¶¶ 5, 38, 40, 42, 44, 50-51; 2007 Omni Medical User & Maintenance Guide at p. 10; Omni Medical AMXD/AXMXDMax devices.

(21)     Urine collection devices with a lip of impermeable material for retaining urine in a receptacle, the lip being formed by the impermeable material extending beyond covering the other side of a porous material and inward over the receptacle. *See, e.g.*, Keane 768 at Figs. 6-8, 9-10, 2:47-68, 3:3-19, 3:37-42, 3:60-74, 3:75-4:16, 4:35-52, 5:19-24, 5:39-50; Langstrom 123 at Figs. 1-2, 5, 2:39-3:1, 3:4-9, 3:15-20, 3:39-56; Kuntz 166 at Figs. 1-2, 2:39-30, 3:45-57, 3:64-66, 4:14-16, 4:19-21; Hanifl 377 at Figs. 1-6, Abstract, 2:28-38; Harvie 484 at Fig. 5, ¶¶ 91-92; Harvie 012 at Figs. 4, 5, 6:18-7:37; Cheng 321 at Fig. 1, 2A-2B, 7A-7B, 9A, ¶¶ 136, 230-234, 244-246; Ozenne 138 at Fig. 1, Abstract, ¶¶ 24, 27-31; Bevan 395 at Figs. 1, 2, 7-8, 1:3-6, 1:113-2:11, 2:12-

36, 2:77-98, 3:62-80, 3:91-103, 3:120-122; Ishii 107 at Figs. 1-6 and 9-13, ¶¶ 10-18; 2007 Omni

Medical User & Maintenance Guide at p. 10; Omni Medical AMXD/AXMXDMax devices.

As shown by the above examples (and the charts below), the differences, if any, between

the relevant prior art references and the Asserted Claims of the 407 Patent were known and would

have been within the knowledge and common sense of one of ordinary skill in the art, and

modification, if any, to achieve the claimed invention would have been a routine choice with a

reasonable expectation of success.  In addition, or alternatively, one of ordinary skill in art would

have been motivated to combine one or more of the references as they nearly all pertain, generally,

to urine collection systems or apparatuses.

As noted above, the following charts identify where in each item of prior art each element

of each asserted claim is found.  The citations in the charts are representative and should not be

construed as limiting.  As mentioned above, the charts below reflect alternative views of the

meaning of claim language including Sage's understanding of Plaintiff's position regarding the

construction of the claims, and Sage makes no admissions regarding any alleged infringement.

Moreover, by addressing any claim language in the charts below, Sage makes no admission as to

whether or not that language serves as a limitation of the claim.

### U.S. Patent No. 10,376,407 (Claims 1, 2, 5, 7-9, and 13-15)

| 407 Patent Claim Language | Prior Art |
|---|---|
| **Claim 1** | |
| 1. A device for use to collect urine flowing from a penis of a person or an animal in such a manner that the urine can be transported from the device as the urine is being collected, the device comprising: | To the extent the preamble is limiting, devices for collecting urine flowing from a penis so that the urine can be transported from the device as it is being collected were well known at the time of the alleged invention. • Jones 080 at Figs. 1, 8-9, 2:37-65, 2:70-79, 3:15-31; |

| 407 Patent Claim Language | Prior Art |
|---|---|
| | • Keane 768 at Figs. 6-8, 9-10, Abstract, Title, 2:57-68, 3:37-47, 3:48-56, 3:61-66, 4:35-40, 4:45-52, 4:62-67;<br>• Langstrom 123 at Figs. 1-2, 5, 2:39-3:1, 3:4-9, 3:15-20, 3:39-56;<br>• Kanall 843 at Figs. 1-4, Abstract, 1:49-57, 2:17-24, 2:68-3:6, 3:39-35;<br>• Stein 213 at Figs. 1-3, Abstract, 1:62-2:2<br>• Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33, 5:34-6:4, 6:36-43<br>• Kuntz 166 at Figs. 1, 2, 5:59-63, 7:18-32, 2:34-37, 4:21-32;<br>• Hanifl 377 at Figs. 1-6, Abstract, 2:28-38;<br>• Conkling 541 at Figs. 8-11, 4:35-40, 5:17-19, 5:22-28, 5:38-45, 6:13-42;<br>• Kubo 052 at Abstract, Figs. 1-5, 2:5-3:25, 6:15-39, 6:50-69;<br>• Bernstein 334 at Abstract, Figs. 4-5, 2:12-16, 43-58, 3:14-18, 58-67, 4:10-16;<br>• Goulter 277 at Abstract, Figs. 1-2, 4, 2:29-3:2;<br>• Miskie 399 at Abstract, Figs. 1-2, 2:7-23, 3:14-27;<br>• Harvie 964 at Abstract, Figs. 4-5, 3:25-37;<br>• Harvie 012 at Abstract, Figs. 4-5, 3:3-16;<br>• Harvie 043 at Abstract, Figs. 4-5, 3:42-61;<br>• Suzuki 250 at Figs. 1-5, 10B, 11-12 at 6:33-48, 6:66-7:19, 7:47-63, 8:21-24, 8:56-65;<br>• Goldwasser 320 at Figs. 1-7, 4:16-20, 18:11-30;<br>• Mahnensmith 262 at Fig. 3-4 Abstract, ¶¶ 2:51-67, 25, 30-31;<br>• Sanchez 508 at 4:16-28, Figs. 1, 5, 1:59-2:1, 3:24-47, 4:10-54;<br>• Harvie 484 at Abstract, Figs. 4-6, Title, ¶¶ 90-99;<br>• Cheng 321 at Fig. 1, 2A-2B, 7A-7B, 9A, ¶¶ 136, 230-234, 244-246;<br>• Wolff 066 at Fig. 5b, 5:56-6:36, 6:42-59 |

| 407 Patent Claim Language | Prior Art |
|---|---|
| | • Easter 229 at Figs. 1-2, Abstract, ¶¶ 22-23, 36-37, 97;<br>• Mahnensmith 080 at Fig. 3-4 Abstract, ¶¶ 9-10, 5:37-57, 6:18-56;<br>• Finger 282 at Figs. 1,2, 4, ¶¶ 3-4, 12, 17-24;<br>• Medeiros 822 at Figs. 1-2, Abstract, Claim 1, ¶¶ 10-12, 39-40, 66;<br>• Van Den Heuvel 894 at Figs. 1, 3, ¶¶5, 38, 40, 42, 44, 50-51;<br>• Ozenne 138 at Fig. 1, Abstract, ¶¶ 24, 27-31;<br>• Damoulin 143 at Fig. 1, Abstract, ¶¶ 1, 46;<br>• Kuntz 355 at Figs. 1-3, 4:7-17, 4:18-25, 4:59-5:26, 5:27-39, 5:40-49, 9:54-10:46;<br>• Lumaque-Steeman 292 at ¶¶15-16,18;<br>• Bevan 395 at Figs. 1, 2, 7-8, 1:3-6, 1:113-2:11, 2:12-36, 2:77-98, 3:62-80, 3:120-122;<br>• Ishii 107 at Figs. 1-13, ¶¶ 10-11, 13, 15;<br>• Parmar at pp. 1-2;<br>• 2014 Medtech Announcement at p. 3;<br>• Hollister Brochure at pp. 1-2;<br>• Hollister 2011 Brochure (2011) at p. 1;<br>• 2015 PureWick brochure at pp. 1-7;<br>• Omni Starter Kit Brochure at p. 1;<br>• Omni Brochure at pp. 1-2;<br>• Omni Presentation at 9, 11-12;<br>• 2015 Omni Catalog at pp. 1-4;<br>• 2007 Omni AMXD User & Maintenance Guide at p. 10;<br>• Omni AMXD / AMXDmax Devices;<br>• Sachtman at pp. 1-2;<br>• PureWick Prior Art Devices. |
| a flexible layer of porous material having a first side and a second side; | Urine collection devices having a two-sided flexible layer of porous material were well known at the time of the alleged invention and were used in urine collection devices for a variety of reasons including, for example, separating the genitals from urine. It was typical to include such a layer so that fluid could be contained. |

| 407 Patent Claim Language | Prior Art |
|---|---|
| | • Jones 080 at Figs. 1, 8-9, 2:37-65, 2:70-79, 3:15-31;<br>• Keane 768 at Figs. 6-8, 9-10, 4:4-16, 6:22-25, 3:4-9, 3:35-52;<br>• Langstrom 123 at Figs. 1-2, 5, 2:39-3:1, 3:4-9, 3:15-20, 3:39-56;<br>• Kanall 843 at Figs. 1-4, Abstract, 1:59-62, 2:57-68, 3:29-35;<br>• Stein 213 at Figs. 1-3, 1:32-40, 2:19-30;<br>• Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33, 5:34-6:4, 6:36-43;<br>• Kuntz 166 at Figs. 1, 2, 2:25-30, 2:38-47 3:42-45, 4:9-11;<br>• Hanifl 377 at Figs. 1-6, Abstract, 2:28-38;<br>• Kubo 052 at Figs. 1-5, Abstract, 4:6-16, 2:22-26, 2:46-61, 5:25-34, 6:50-56;<br>• Miskie 399 at Figs. 1, 6, 7, 8, 9, 4:4-14, 5:1-37;<br>• Harvie 964 at Fig. 5, 7:53-8:9;<br>• Harvie 012 at Fig. 5, 6:59-7:15;<br>• Harvie 043 at Fig. 5, 7:54-8:10;<br>• Suzuki 250 at Figs. 1-5, 10B, 11-12 at 6:33-48, 6:66-7:19, 7:47-63, 8:21-24, 8:56-65;<br>• Goldwasser 320 at Figs. 3-6, 16:28-10, 7:34-12:52; 21:60-22:40, claim 1;<br>• Mahnensmith 262 at Figs. 1-5, Abstract, 3:46-4:44, 6:18-43;<br>• Sanchez 508 at 4:16-28, Figs. 1, 5, 1:59-62, 3:24-35;<br>• Harvie 484 at Fig. 5, ¶ 91;<br>• Cheng 321 at Fig. 1, 2A-2B, 7A-7B, 9A, ¶¶ 136, 230-234, 244-246;<br>• Wolff 066 at Fig. 5b, 5:56-6:36, 6:42-59;<br>• Easter 229 at Figs. 5, 9, ¶¶ 51, 90;<br>• Mahnensmith 080 at Figs. 1-5, Abstract, ¶¶ 17-20, 30;<br>• Finger 282 at Fig. 4, ¶¶ 7, 24-25;<br>• Medeiros 822 at Fig. 2, ¶ 66;<br>• Van Den Heuvel 894 at Figs. 1, 3, ¶¶5, 38, 40, 42, 44; |

| 407 Patent Claim Language | Prior Art |
|---|---|
| | - Ozenne 138 at Fig. 1, Abstract, ¶¶ 24, 27-31;<br>- Damoulin 143 at ¶¶ 47-50;<br>- Kuntz 355 at Figs. 1-3, 4:7-17, 4:18-25, 4:59-5:26, 5:27-39, 5:40-49, 6:15-29;<br>- Lumaque-Steeman 292 at ¶ 18;<br>- Bevan 395 at Figs. 1, 2, 7-8, 3:91-103;<br>- Ishii 107 at Figs. 1-6 and 9-13, ¶¶ 14, 18;<br>- Parmar at pp. 1-2;<br>- 2014 Medtech Announcement at p. 3;<br>- 2015 PureWick brochure at pp. 1-7;<br>- 2007 Omni AMXD User & Maintenance Guide at p. 10;<br>- Omni AMXD / AMXDmax Devices;<br>- PureWick Prior Art Devices. |
| flexible wicking material having a first side and a second side, the second side of the flexible wicking material being disposed on the first side of the flexible layer of porous material | Urine collection devices having a wicking material layered on a porous material were known in the art at the time of the alleged invention.  For example, a wicking material disposed on a porous material provided a soft, comfortable surface against the genitals of a patient, and aided in drawing urine away from the skin of the patient and into the urine collection device. Other benefits of wicking materials are discussed in the Declarations of Dr. Newman both for the IPR and claim construction.<br><br>- Jones 080 at Figs. 1, 8-9, 2:37-65, 2:70-79, 3:15-31;<br>- Keane 768 at Figs. 6-8, 9-10, 3:75-4:16, 6:22-25, 3:4-9, 3:35-52;<br>- Langstrom 123 at Figs. 1-2, 5, 2:39-3:1, 3:4-9, 3:15-20, 3:39-56;<br>- Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33, 5:34-6:4, 6:36-43;<br>- Kuntz 166 at Figs. 1, 2, 2:48-67, 4:9-11, 5:65-6:9;<br>- Harvie 964 at Fig. 5, 7:53-8:9;<br>- Harvie 012 at Fig. 5, 6:59-7:15;<br>- Harvie 043 at Fig. 5, 7:54-8:10; |

| 407 Patent Claim Language | Prior Art |
|---|---|
| | <ul><li>Suzuki 250 at Figs. 1-5, 10B, 11-12 at 6:33-48, 6:66-7:19, 7:47-63, 8:21-24, 8:56-65;</li><li>Goldwasser 320 at Figs. 3-6, 16:28-10, 7:63-8:12, 21:60-22:40, claim 1;</li><li>Mahnensmith 262 at Abstract, Figs. 1-5, 4:45-5:6. 5:37-57, 6:18-56;</li><li>Sanchez 508 at 4:16-28, Figs. 1-2, 5, 1:60-2:1, 3:25-27, 3:45-47, 4:10-15;</li><li>Harvie 484 at Fig. 5, ¶ 91;</li><li>Cheng 321 at Fig. 1, 2A-2B, 7A-7B, 9A, ¶¶ 136, 230-234, 244-246;</li><li>Wolff 066 at Fig. 5b, 5:56-6:36, 6:42-59;</li><li>Easter 229 at Figs. 5, 9, ¶¶ 50, 90;</li><li>Mahnensmith 080 at Abstract, Figs. 1-5, ¶¶ 21-22, 25, 30-31;</li><li>Medeiros 822 at Fig. 2, ¶ 66;</li><li>Van Den Heuvel 894 at Figs. 1, 3, ¶5;</li><li>Kuntz 355 at Figs. 1-3, 4:7-17, 4:18-25, 4:59-5:26, 5:27-39, 5:40-49, 6:15-29, 9:54-10:46;</li><li>Lumaque-Steeman 292 at ¶18;</li><li>Ishii 107 at Figs. 1-6 and 9-13, ¶¶ 14, 18;</li><li>Parmar at pp. 1-2;</li><li>2014 Medtech Announcement at p. 3;</li><li>2015 PureWick brochure at pp. 1-7;</li><li>2007 Omni AMXD User & Maintenance Guide at p. 10;</li><li>Omni AMXD / AMXDmax Devices;</li><li>PureWick Prior Art Devices.</li></ul> |
| a flexible layer of impermeable material defining an interior portion of the device, | Urine collection devices with a flexible layer of impermeable material defining an interior portion of the device were known in the art at the time of the alleged invention.<br><br><ul><li>Jones 080 at Figs. 1, 8-9, 2:37-65, 2:70-79, 3:15-31;</li><li>Keane 768 at Figs. 6-10, 2:57-60, 2:69-3:12, 3:37-47, 3:60-74, 3:75-4:15, 3:35-52;</li></ul> |

| 407 Patent Claim Language | Prior Art |
|---|---|
| | <ul><li>Langstrom 123 at Figs. 1-2, 5, 2:39-3:1, 3:4-9, 3:15-20, 3:39-56;</li><li>Kanall 843 at Figs. 1-4, Abstract, 1:49-57, 2:17-24, 2:68-3:6, 3:39-35;</li><li>Stein 213 at Figs. 1-3, 1:62-2:2, 2:7-18, 2:52-65;</li><li>Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33, 5:34-6:4, 6:36-43;</li><li>Kuntz 166 at Figs. 1, 2, 2:39-40, 3:45-57, 3:64-66, 4:14-16, 4:19-21;</li><li>Hanifl 377 at Figs. 1-6, Abstract, 2:28-38;</li><li>Conkling 541 at Figs. 8-11, 4:35-40, 5:17-19, 5:22-28, 5:38-45, 6:13-42;</li><li>Kubo 052 at Figs. 1-5, 3:53-4:5, 5:7-24, 5:59-63;</li><li>Bernstein 334 at Abstract, Fig. 4, 6, 3:38-50, 4:1-9, Claim 6;</li><li>Goulter 277 at Figs. 1, 2, 4, 6, 4:9-21;</li><li>Miskie 399 at Figs. 1, 4, 5, 8, 9, 4:4-27, 5:12-37;</li><li>Harvie 964 at Fig. 5, 7:53-8:9, 8:33-37;</li><li>Harvie 012 at Fig. 5, 6:59-7:15, 7:37-42;</li><li>Harvie 043 at Fig. 5, 7:54-8:10, 8:33-37;</li><li>Suzuki 250 at Figs. 1-5, 10B, 11-12 at 6:33-48, 6:66-7:19, 7:47-63, 8:21-24, 8:56-65;</li><li>Goldwasser 320 at Figs. 3-6, 16:28-10, 5:26-7:17, claim 1;</li><li>Mahnensmith 262 at Figs. 1-5, Abstract 3:46-4:10, 4:35-55, 5:37-57, 6:18-56;</li><li>Sanchez 508 at 4:16-28, Figs. 1, 5, 6:1-3, 1:59-60, 3:24-26, 3:29-31, 3:33-35;</li><li>Harvie 484 at Fig. 5, ¶¶ 91-94;</li><li>Cheng 321 at Fig. 1, 2A-2B, 7A-7B, 9A, ¶¶ 136, 230-234, 244-246;</li><li>Wolff 066 at Fig. 5b, 5:56-6:36, 6:42-59;</li><li>Easter 229 at Figs. 3a, 3b, 5, 9, ¶¶ 53, 90;</li><li>Mahnensmith 080 at Figs. 1-5, Abstract ¶¶ 17-18, 20-21, 25, 30-31;</li><li>Finger 282 at Fig. 4, ¶ 24;</li></ul> |

| 407 Patent Claim Language | Prior Art |
|---|---|
| | • Medeiros 822 at Figs. 1-2, Abstract, Claim 1, 3, 19, 20, ¶¶ 38-66;<br>• Van Den Heuvel 894 at Figs. 1, 3, ¶¶5, 38, 40, 42, 44, 50-51;<br>• Ozenne 138 at Fig. 1, Abstract, ¶¶ 24, 27-31;<br>• Damoulin 143 at Fig. 1 ¶ 42;<br>• Kuntz 355 at Figs. 1-3, 4:7-17, 4:18-25, 6:30-39, 9:54-10:46;<br>• Lumaque-Steeman 292 at ¶ 18;<br>• Bevan 395 at Figs. 1, 2, 7-8, 1:3-6, 1:113-2:11, 2:12-36, 2:77-98, 3:62-80, 3:120-122;<br>• Ishii 107 at Figs. 1-6 and 9-13, ¶¶ 12, 15, 17;<br>• Parmar at pp. 1-2;<br>• 2014 Medtech Announcement at p. 3;<br>• Hollister Brochure at pp. 1-2;<br>• Hollister 2011 Brochure (2011) at p. 1;<br>• 2015 PureWick brochure at pp. 1-7;<br>• Omni Starter Kit Brochure at p. 1;<br>• Omni Brochure at pp. 1-2;<br>• Omni Presentation at 9, 11-12;<br>• 2015 Omni Catalog at pp. 1-4;<br>• 2007 Omni AMXD User & Maintenance Guide at p. 10;<br>• Omni AMXD / AMXDmax Devices;<br>• Sachtman at pp. 1-2;<br>• PureWick Prior Art Devices. |
| the flexible layer of porous material and the flexible wicking material being positioned within the interior portion defined by the flexible layer of impermeable material with at least a portion of the second side of the flexible layer of porous material secured to the flexible layer of impermeable material; | Urine collection devices with porous material and wicking material positioned within the interior and a portion of a side of the porous material being secured to the impermeable material were known in the art at the time of the alleged invention. For example, positioning wicking and porous materials in the interior of the device and securing the porous material to the impermeable material was a typical configuration to ensure that the materials worked as intended once the genitals were placed in the device. |

| 407 Patent Claim Language | Prior Art |
|---|---|
| | • Keane 768 at Figs. 6-10, 2:57-60, 2:69-3:19, 3:20-36, 3:37-47, 3:60-74, 3:75-4:15, 3:35-52;<br>• Langstrom 123 at Figs. 1-2, 5, 2:39-3:1, 3:4-9, 3:15-20, 3:39-56;<br>• Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33, 5:34-6:4, 6:36-43;<br>• Kuntz 166 at Figs. 1-2, 2:38-67, 3:42-57, 3:64-66, 4:9-21, 5:65-6:9, 7:18-32;<br>• Kubo 052 at Figs. 1-5, 4:6-16, 2:22-26, 2:46-61, 5:25-34, 6:50-56, 3:53-4:5, 5:7-24, 5:59-63;<br>• Harvie 964 at Fig. 5, 7:53-8:9;<br>• Harvie 012 at Fig. 5, 6:59-7:15;<br>• Harvie 043 at Fig. 5, 7:54-8:10;<br>• Suzuki 250 at Figs. 1-5, 10B, 11-12 at 6:33-48, 6:66-7:19, 7:47-63, 8:21-24, 8:56-65;<br>• Goldwasser 320 at Figs 1-6, 17:4-10, 12:50-13:36, claim 1;<br>• Mahnensmith 262 at Figs 2, 2:30-50, 5; 3:46-55;<br>• Sanchez 508 at 4:16-28, Fig. 5, 1:60-2:1, 3:25-27, 3:45-47;<br>• Harvie 484 at Fig. 5, ¶¶ 91-94;<br>• Wolff 066 at Fig. 5b, 5:56-6:36, 6:42-59;<br>• Easter 229 at Figs. 5, 9, ¶ 54;<br>• Mahnensmith 080 at Figs 2, 5; ¶¶ 8, 17;<br>• Finger 282 at Fig. 4, ¶¶ 7, 25;<br>• Medeiros 822 at Figs. 1-2, ¶ 66;<br>• Van Den Heuvel 894 at Figs. 1, 3, ¶¶5, 38, 40, 42, 44, 50-51;<br>• Damoulin 143 at ¶¶ 49-50;<br>• Kuntz 355 at Figs. 1-3, 4:7-17, 4:18-25, 4:59-5:26, 5:27-39, 5:40-49, 6:15-29, 6:30-39, 9:54-10:46;<br>• Lumaque-Steeman 292 at ¶18;<br>• Ishii 107 at Figs. 1-6 and 9-13, ¶¶ 10-18;<br>• 2015 PureWick brochure at pp. 1-7;<br>• 2007 Omni AMXD User & Maintenance Guide at p. 10;<br>• Omni AMXD / AMXDmax Devices; |

| 407 Patent Claim Language | Prior Art |
|---|---|
| | • PureWick Prior Art Devices. |
| a chamber of void space positioned within the interior portion of the device between the flexible layer of porous material and the flexible layer of impermeable material, the chamber being defined at least partially by the second side of the porous material and the flexible layer of impermeable material and configured to collect urine for transport, | Urine collection devices having a chamber of void space positioned between the porous and impermeable materials (and being defined by those materials) to collect urine were well known at the time of the alleged invention. For example, the chamber provided a location for collection of urine in an area where urine would naturally flow (in the space between the porous material and the impermeable material). |
| | • Jones 080 at Figs. 1, 8-9, 2:37-65, 2:70-79, 3:15-31; |
| | • Keane 768 at Figs. 7, 10, 2:58-68, 3:37-42, 3:60-74, 4:35-52; |
| | • Kanall 843 at Figs. 1-4, Abstract, 1:49-57, 2:17-24, 2:68-3:6, 3:39-35; |
| | • Stein 213 at Figs. 1-3, Abstract, 1:62-2:2, 2:7-18, 2:52-65, 1:32-40, 2:19-30; |
| | • Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33, 5:34-6:4, 6:36-43; |
| | • Kuntz 166 at Figs. 1-2, 2:38-67, 3:42-57, 3:64-66, 4:9-21, 5:65-6:9, 7:18-32; |
| | • Hanifl 377 at Figs. 1-6, Abstract, 2:28-38; |
| | • Miskie 399 at Figs. 1, 7, 8, 4:4-27; |
| | • Harvie 964 at Fig. 5, 7:53-8:9; |
| | • Harvie 012 at Fig. 5, 6:59-7:15; |
| | • Harvie 043 at Fig. 5, 7:54-8:10; |
| | • Mahnensmith 262 at Figs 2, 5, 2:30-50, 3:46-55, 5:8-26, 5:37-57, 6:18-43 |
| | • Sanchez 508 at 4:16-28, Figs. 1, 5, 1:59-60, 3:24-26, 3:29-31, 3:33-35; |
| | • Harvie 484 at Fig. 5, ¶¶ 91-94; |
| | • Cheng 321 at Fig. 1, 2A-2B, 7A-7B, 9A, ¶¶ 136, 230-234, 244-246; |
| | • Mahnensmith 080 at Figs 2, 5, ¶¶ 8,17, 23, 25, 30; |
| | • Finger 282 at Fig. 4; |
| | • Van Den Heuvel 894 at Figs. 1, 3, ¶ 42; |
| | • Ozenne 138 at Fig. 1, Abstract, ¶¶ 24, 27-31; |

| 407 Patent Claim Language | Prior Art |
|---|---|
| | • Damoulin 143 at ¶¶1, 47-50; <br> • Kuntz 355 at Figs. 1-3, 4:7-17, 4:18-25, 4:59-5:26, 5:27-39, 5:40-49, 6:15-29, 6:30-39, 9:54-10:46; <br> • Bevan 395 at Figs. 1, 2, 7-8, 1:3-6, 1:113-2:11, 2:12-36, 2:77-98, 3:62-80, 3:91-103, 3:120-122; <br> • Ishii 107 at Figs. 1-6 and 9-13, ¶¶ 10-18; <br> • Parmar at pp. 1-2; <br> • 2014 Medtech Announcement at p. 3; <br> • 2015 PureWick brochure at pp. 1-7; <br> • 2007 Omni AMXD User & Maintenance Guide at p. 10; <br> • Omni AMXD / AMXDmax Devices; <br> • PureWick Prior Art Devices. |
| the chamber having a port for receiving a tube to transport urine from the chamber by drawing urine from the chamber through the tube when a vacuum is applied within the chamber via the tube received by the port; and | It was typical at the time of the invention for the chamber to have a port for a tube that could be used to transport urine away from the chamber if vacuum was applied, which is a typical configuration for urine collection devices (including vacuum-assisted urine collection devices) that serve to withdraw urine from the patient (for example, as explained in the Declaration of Dr. Newman). <br><br> • Jones 080 at Figs. 1, 8-9, 1:59-72, 2:37-65, 2:70-79, 3:15-31; <br> • Keane 768 at Figs. 6-7, 9-10, 2:47-68, 3:37-42, 3:60-74, 3:75-4:16, 4:35-52; <br> • Kanall 843 at Figs. 1-4, Abstract, 1:49-57, 2:17-24, 2:68-3:6, 3:39-35; <br> • Stein 213 at Figs. 1-3, Abstract, 1:62-2:2, 2:7-18, 2:52-65, 1:32-40, 2:19-30; <br> • Hessner 418 at 6:36-43; <br> • Kuntz 166 at Figs. 1-2, 2:34-37, 2:65-69, 3:40-42, 4:21-32, 5:65-6:9, 7:18-32; <br> • Conkling 541 at Figs. 8-11, 4:35-40, 5:17-19, 5:22-28, 5:38-45, 6:13-42; <br> • Kubo 052 at 2:46-61, 4:21-26, 6:50-69; <br> • Goulter 277 at Fig. 15, 7:25-35; <br> • Miskie 399 at 5:18-20; |

| 407 Patent Claim Language | Prior Art |
|---|---|
| | <ul><li>Harvie 964 at Figs. 4, 5, 7:53-8:32;</li><li>Harvie 012 at Figs. 4, 5, 6:18-7:37;</li><li>Harvie 043 at Figs. 4-5, 7:12-8:33;</li><li>Suzuki 250 at Figs. 1-5, 10B, 11-12 at 6:33-48, 6:66-7:19, 7:47-63, 8:21-24, 8:56-65;</li><li>Mahnensmith 262 at Figs 2, 3, 5; 2:30-50, 3:46-55, 5:8-26, 5:37-57, 6:18-43;</li><li>Sanchez 508 at 4:16-28, 1:62-63, Fig. 3;</li><li>Harvie 484 at Fig. 4-6, ¶¶ 91-99;</li><li>Cheng 321 at Fig. 1, 2A-2B, 7A-7B, 9A, ¶¶ 136, 230-234, 244-246;</li><li>Wolff 066 at Fig. 5b, 5:56-6:36, 6:42-59;</li><li>Mahnensmith 080 at Figs 2, 3, 5; ¶ 8,17, 23, 25, 30;</li><li>Finger 282 at Figs. 1, 2, 4, ¶¶ 17;</li><li>Medeiros 822 at Figs. 1-2. ¶¶ 39-40;</li><li>Van Den Heuvel 894 at Figs. 1, 3, ¶¶5, 38, 40, 42, 44, 50-51;</li><li>Ozenne 138 at Fig. 1, Abstract, ¶¶ 24, 27-31;</li><li>Damoulin 143 at Fig. 1 ¶¶ 26, 46;</li><li>Kuntz 355 at Figs. 1-3, 4:27-40, 9:54-10:46;</li><li>Bevan 395 at Figs. 1, 2, 7-8, 1:3-6, 1:113-2:11, 2:12-36, 2:77-98, 3:62-80, 3:91-103, 3:120-122;</li><li>Ishii 107 at Figs. 1-6 and 9-13, ¶¶ 10-18;</li><li>Parmar at pp. 1-2;</li><li>2014 Medtech Announcement at p. 3;</li><li>Hollister Brochure at pp. 1-2;</li><li>Hollister 2011 Brochure (2011) at p. 1;</li><li>2015 PureWick brochure at pp. 1-7;</li><li>Omni Starter Kit Brochure at p. 1;</li><li>Omni Brochure at pp. 1-2;</li><li>Omni Presentation at 9, 11-12;</li><li>2015 Omni Catalog at pp. 1-4;</li><li>2007 Omni AMXD User & Maintenance Guide at p. 10;</li><li>Omni AMXD / AMXDmax Devices;</li><li>Sachtman at pp. 1-2;</li><li>PureWick Prior Art Devices.</li></ul> |

| 407 Patent Claim Language | Prior Art |
|---|---|
| | |
| a receptacle within the interior portion of the device dimensioned and configured to receive a head of the penis within the receptacle, | Urine collection devices with a receptacle shaped to receive a head of a penis in the interior of the device, were well known at the time of the alleged invention.<br><br>• Keane 768 at Figs. 6-8, 9-10, 2:47-68, 3:3-19, 3:37-42, 3:60-74, 3:75-4:16, 4:35-52, 5:19-24, 5:39-50;<br>• Langstrom 123 at Figs. 1-2, 5, 2:39-3:1, 3:4-9, 3:15-20, 3:39-56;<br>• Kanall 843 at Figs. 1-4, Abstract, 1:49-57, 2:17-24, 2:68-3:6, 3:39-35, 1:59-62, 2:57-68, 3:29-35;<br>• Stein 213 at Figs. 1-3, Abstract, 1:62-2:2, 2:7-18, 2:52-65, 1:32-40, 2:19-30;<br>• Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33, 5:34-6:4, 6:36-43;<br>• Kuntz 166 at Figs. 1-2, 2:38-67, 3:42-57, 3:64-66, 4:9-21, 5:65-6:9, 7:18-32;<br>• Hanifl 377 at Figs. 1-6, Abstract, 2:28-38;<br>• Conkling 541 at Figs. 8-11, 4:35-40, 5:17-19, 5:22-28, 5:38-45, 6:13-42;<br>• Kubo 052 at Figs. 1-5, 4:6-16, 2:22-26, 2:46-61, 5:25-34, 6:50-56;<br>• Bernstein 334 at Abstract, Figs. 4-5, 2:43-57, 4:16-22;<br>• Goulter 277 at Figs. 1-2, 4, 4:9-64, 5:10-23;<br>• Miskie 399 at Figs. 1, 3, 6, 7, 8, 9, 2:7-22, 3:14-27, 4:54-5:11;<br>• Harvie 964 at Figs. 5, 4:36-38, 7:53-8:19;<br>• Harvie 012 at Figs. 5, 6:59-7:24;<br>• Harvie 043 at Fig. 5, 7:52-8:10;<br>• Suzuki 250 at Figs. 1-5, 10B, 11-12 at 6:33-48, 6:66-7:19, 7:47-63, 8:21-24, 8:56-65;<br>• Goldwasser 320 at Figs. 1-7, 18:58-19:51, 17:11-24, claim 3;<br>• Mahnensmith 262 at Figs. 1-5, Abstract 3:46-4:10, 4:35-55, 5:37-57, 6:18-56;<br>• Sanchez 508 at 4:16-28, Fig. 5; |

| 407 Patent Claim Language | Prior Art |
|---|---|
| | • Harvie 484 at Fig. 4-6, ¶¶ 91-99;<br>• Cheng 321 at Fig. 1, 2A-2B, 7A-7B, 9A, ¶¶ 136, 230-234, 244-246;<br>• Wolff 066 at Fig. 5b, 5:56-6:36, 6:42-59;<br>• Mahnensmith 080 at Figs. 1-5, Abstract ¶¶ 17-18, 20-21, 25, 30-31;<br>• Finger 282 at Figs.1, 2, 4, ¶¶ 17, 24-25;<br>• Medeiros 822 at Figs 1-2, ¶¶38-39;<br>• Van Den Heuvel 894 at Figs. 1, 3, ¶¶5, 38, 40, 42, 44, 50-51;<br>• Ozenne 138 at Fig. 1, Abstract, ¶¶ 24, 27-31;<br>• Damoulin 143 at Fig. 1, ¶ 39;<br>• Kuntz 355 at Figs. 1-3, 4:11-17, 9:56-59;<br>• Lumaque-Steeman 292 at Figs 1-23, ¶¶18-26;<br>• Bevan 395 at Figs. 1, 2, 7-8, 1:3-6, 1:113-2:11, 2:12-36, 2:77-98, 3:62-80, 3:91-103, 3:120-122;<br>• Ishii 107 at Figs. 1-6 and 9-13, ¶¶ 10-18;<br>• Parmar at pp. 1-2;<br>• 2014 Medtech Announcement at p. 3;<br>• Hollister Brochure at pp. 1-2;<br>• Hollister 2011 Brochure (2011) at p. 1;<br>• 2015 PureWick brochure at pp. 1-7;<br>• Omni Starter Kit Brochure at p. 1;<br>• Omni Brochure at pp. 1-2;<br>• Omni Presentation at 9, 11-12;<br>• 2015 Omni Catalog at pp. 1-4;<br>• 2007 Omni AMXD User & Maintenance Guide at p. 10;<br>• Omni AMXD / AMXDmax Devices;<br>• Sachtman at pp. 1-2. |
| the receptacle being defined at least partially by at least a portion of the first side of the flexible wicking material, | It was known to configure the receptacle so that it was defined at least partially the flexible wicking material including for the reasons previously described.<br><br>• Keane 768 at Figs. 6-8, 9-10, 2:47-68, 3:3-19, 3:37-42, 3:60-74, 3:75-4:16, 4:35-52, 5:19-24, 5:39-50; |

| 407 Patent Claim Language | Prior Art |
|---|---|
| | • Langstrom 123 at Figs. 1-2, 5, 2:39-3:1, 3:4-9, 3:15-20, 3:39-56;<br>• Kuntz 166 at Figs. 1-2, 2:38-67, 3:42-57, 3:64-66, 4:9-21, 5:65-6:9, 7:18-32;<br>• Harvie 964 at Figs. 4-5, 4:36-38, 7:53-8:19;<br>• Harvie 012 at Fig. 5, 6:59-7:24;<br>• Harvie 043 at Fig. 5, 7:54-8:10;<br>• Suzuki 250 at Figs. 1-5, 10B, 11-12 at 6:33-48, 6:66-7:19, 7:47-63, 8:21-24, 8:56-65;<br>• Goldwasser 320 at Figs. 1-7, 16:28-10, 18:58-19:51, 17:11-24, claim 3;<br>• Mahnensmith 262 at Figs. 1-5, Abstract 3:46-4:10, 4:35-55, 5:37-57, 6:18-56;<br>• Sanchez 508 at 4:16-28, Fig. 5, 1:63-2:1, 3:45-47;<br>• Harvie 484 at Fig. 5, ¶¶ 91-99;<br>• Cheng 321 at Fig. 1, 2A-2B, 7A-7B, 9A, ¶¶ 136, 230, 244-246;<br>• Wolff 066 at Fig. 5b, 5:56-6:36, 6:42-59;<br>• Mahnensmith 080 at Figs. 1-5, Abstract ¶¶ 17-18, 20-21, 25, 30-31;<br>• Medeiros 822 at Figs 1-2, ¶¶38-39, 66;<br>• Van Den Heuvel 894 at Figs. 1, 3, ¶¶5, 38, 40, 42, 44, 50-51;<br>• Lumaque-Steeman 292 at Figs. 1-23, ¶¶18-26;<br>• Kuntz 355 at Figs. 1-3, 4:7-17, 4:18-25, 4:59-5:26, 5:27-39, 5:40-49, 6:15-29, 6:30-39, 9:54-10:46;<br>• Ishii 107 at Figs. 1-6 and 9-13, ¶¶ 10-18;<br>• Parmar at pp. 1-2;<br>• 2014 Medtech Announcement at p. 3;<br>• 2015 PureWick brochure at pp. 1-7;<br>• 2007 Omni AMXD User & Maintenance Guide at p. 10;<br>• Omni AMXD / AMXDmax Devices;<br>• PureWick Prior Art Devices. |
| wherein the flexible wicking material and the flexible layer of impermeable material are dimensioned and configured to shape the | For the reasons described above, it was known to dimension and configure the wicking material and impermeable material |

| 407 Patent Claim Language | Prior Art |
|---|---|
| receptacle to receive the head of the penis therein, | to shape the receptacle to receive the head of a penis at the time of the alleged invention.<br><br>• Keane 768 at Figs. 6-8, 9-10, 2:47-68, 2:69-3:3, 3:3-19, 3:37-42, 3:60-74, 3:75-4:16, 4:35-52, 5:19-24, 5:39-50;<br>• Langstrom 123 at Figs. 1-2, 5, 2:39-3:1, 3:4-9, 3:15-20, 3:39-56;<br>• Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33, 5:34-6:4, 6:36-43;<br>• Kuntz 166 at Figs. 1-2, 2:38-67, 3:42-57, 3:64-66, 4:9-21, 5:65-6:9, 7:18-32;<br>• Harvie 964 at Fig. 5, 4:36-38, 7:53-8:19;<br>• Harvie 012 at Fig. 5, 6:59-7:24;<br>• Harvie 043 at Fig. 5, 7:54-8:10;<br>• Suzuki 250 at Figs. 1-5, 10B, 11-12 at 6:33-48, 6:66-7:19, 7:47-63, 8:21-24, 8:56-65;<br>• Goldwasser 320 at Figs. 1-7, 16:28-10, 18:58-19:51, 17:11-24, claim 3;<br>• Mahnensmith 262 at Figs. 1-5, Abstract 3:46-4:10, 4:35-55, 5:37-57, 6:18-56;<br>• Sanchez 508 at 4:16-28, Fig. 5, 1:60-2:1, 3:25-247;<br>• Harvie 484 at Abstract, Title, Fig. 4-6, ¶¶ 91-94, 101-103;<br>• Cheng 321 at Fig. 1, 2A-2B, 7A-7B, 9A, ¶¶ 136, 230-234, 244-246;<br>• Wolff 066 at Fig. 5b, 5:56-6:36, 6:42-59;<br>• Mahnensmith 080 at Figs. 1-5, Abstract ¶¶ 17-18, 20-21, 25, 30-31;<br>• Medeiros 822 at Figs 1-2, ¶¶38-39, 66;<br>• Van Den Heuvel 894 at Figs. 1, 3, ¶¶5, 38, 40, 42, 44, 50-51;<br>• Lumaque-Steeman 292 at Figs. 1-23, ¶¶18-26;<br>• Kuntz 355 at Figs. 1-3, 4:11-17, 9:56-59;<br>• Ishii 107 at Figs. 1-6 and 9-13, ¶¶ 10-18;<br>• 2007 Omni AMXD User & Maintenance Guide at p. 10;<br>• Omni AMXD / AMXDmax Devices; |

| 407 Patent Claim Language | Prior Art |
|---|---|
| | |
| wherein the receptacle is configured to draw urine flowing from said penis through the flexible wicking material and the porous material into the chamber when the head of the penis is disposed within the receptacle and the vacuum is applied within the chamber via the tube received by the port. | As was typical for urine collection devices, the receptacle is configured to draw urine flowing through the wicking material and porous material into a chamber when the genitals were in the receptacle and if vacuum is applied to the chamber via the outlet port tube for example as explained by Dr. Newman.<br><br>• Keane 768 at 768 at Figs. 6-8, 9-10, Abstract, 1:21-41, 2:47-68, 2:69-3:3, 3:3-19, 3:37-42, 3:60-74, 3:75-4:16, 4:35-52, 5:19-24, 5:39-50;<br>• Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33, 5:34-6:4, 6:36-43;<br>• Kuntz 166 at Figs. 1-2, 2:34-37, 2:38-69, 3:40-57, 3:64-66, 4:9-21, 4:29-32, 5:65-6:9, 7:18-32;<br>• Kubo 052 at Figs. 1-5, Abstract, 4:6-16, 2:22-26, 2:46-61, 5:25-34, 6:50-56, 2:46-61, 6:15-39;<br>• Miskie 399 at 5:18-20;<br>• Harvie 964 at Figs. 4-5, 7:11-50, 8:2-10;<br>• Harvie 012 at Figs. 4-5, 6:18-7:37;<br>• Harvie 043 at Figs. 4-5, 7:12-8:33;<br>• Suzuki 250 at Figs. 1-5, 10B, 11-12 at 6:33-48, 6:66-7:19, 7:47-63, 8:21-24, 8:56-65;<br>• Mahnensmith 262 at Figs 1-5; Abstract 2:30-50, 3:46-55, 5:8-26, 5:37-57, 6:18-56;<br>• Sanchez 508 at 4:16-28, Fig. 5, 1:59-2:1, 3:24-35, 3:45-57, 4:10-15;<br>• Harvie 484 at Abstract, Title, Fig. 4-6, ¶¶ 91-94, 101-103;<br>• Wolff 066 at Fig. 5b, 5:56-6:36, 6:42-59;<br>• Easter 229 at Figs. 1-9 Abstract, ¶¶ 37, 45, 91;<br>• Mahnensmith 080 at Figs 1-5; Abstract ¶¶ 8,17, 23, 25, 30-31;<br>• Van Den Heuvel 894 at Figs. 1, 3, ¶¶5, 38, 40, 42, 44, 50-51; |

| 407 Patent Claim Language | Prior Art |
|---|---|
|  | <ul><li>Ozenne 138 at Fig. 1, Abstract, ¶¶ 24, 27-31;</li><li>Damoulin 143 at ¶¶1, 46-50;</li><li>Kuntz 355 at Figs. 1-3, 4:7-17, 4:18-25, 4:59-5:26, 5:27-39, 5:40-49, 6:15-29, 6:30-39, 9:54-10:46;</li><li>Ishii 107 at Figs. 1-6 and 9-13, ¶¶ 10-18;</li><li>2007 Omni AMXD User & Maintenance Guide at p. 10;</li><li>Omni AMXD / AMXDmax Devices;</li></ul> |
| **Claim 2** | |
| 2. The device according to claim 1, wherein the flexible layer of impermeable material extends beyond covering the other side of the flexible layer of porous material and hence inward over the receptacle to thereby provide a lip for retaining urine within the receptacle. | Urine collection devices having a lip for retaining urine with the receptacle, formed from the impermeable material extending beyond the porous layer and inward over the receptacle, were known at the time of the invention.<br><br><ul><li>Keane 768 at Figs. 6-8, 9-10, 2:68-19, 3:60-66;</li><li>Langstrom 123 at Figs. 1-2, 5, 2:39-3:1, 3:4-9, 3:15-20, 3:39-56;</li><li>Kanall 843 at Figs. 1-4, Abstract, 1:49-57, 2:17-24, 2:68-3:6, 3:39-35, 1:59-62, 2:57-68, 3:29-35;</li><li>Stein 213 at Figs. 1-3, Abstract, 1:62-2:2, 2:7-18, 2:52-65, 1:32-40, 2:19-30;</li><li>Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33, 5:34-6:4, 6:36-43;</li><li>Kuntz 166 at Figs. 1-2, 2:38-67, 3:42-57, 3:64-66, 4:9-21, 5:65-6:9, 7:18-32;</li><li>Hanifl 377 at Figs. 1-6, Abstract, 2:28-38;</li><li>Kubo 052 at Figs. 1-5, 3:53-4:5, 5:7-24, 5:59-63, 4:6-16, 2:22-26, 2:46-61, 5:25-34, 6:50-56;</li><li>Suzuki 250 at Figs. 1-5, 10B, 11-12 at 6:33-48, 6:66-7:19, 7:47-63, 8:21-24, 8:56-65;</li><li>Harvie 484 at Fig. 4-5, ¶¶ 91-94, 101-103;</li><li>Cheng 321 at Fig. 1, 2A-2B, 7A-7B, 9A, ¶¶ 136, 230-234, 244-246;</li></ul> |

| 407 Patent Claim Language | Prior Art |
|---|---|
| | • Wolff 066 at Fig. 5b, 5:56-6:36, 6:42-59;<br>• Van Den Heuvel 894 at Figs. 1, 3, ¶¶5, 38, 40, 42, 44, 50-51;<br>• Ozenne 138 at Fig. 1, Abstract, ¶¶ 24, 27-31;<br>• Bevan 395 at Figs. 1, 2, 7-8, 1:3-6, 1:113-2:11, 2:12-36, 2:77-98, 3:62-80, 3:91-103, 3:120-122;<br>• Ishii 107 at Figs. 1-6 and 9-13, ¶¶ 10-18;<br>• 2007 Omni AMXD User & Maintenance Guide at p. 10;<br>• Omni AMXD / AMXDmax Devices; |
| **Claim 5** | |
| 5. The device according to claim 1, wherein the flexible wicking material includes gauze. | Wicking materials including gauze were known at the time of the invention and were a standard design choice. As explained further in the Declarations of Dr. Newman, gauze was known to be used in this context.<br><br>• Jones 080 at Figs. 1, 8-9, 2:37-65, 2:70-79, 3:15-31;<br>• Keane 768 at Figs. 6-8, 9-10, 3:75-4:16, 6:22-25, 3:4-9, 3:35-52;<br>• Langstrom 123 at Figs. 1-2, 5, 2:59-66;<br>• Nussbaumer 160 at 5:23-26;<br>• Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33, 5:34-6:4, 6:36-43;<br>• Knowles 314 at 2:60-65, 4:14-16, Figs. 1-2;<br>• Crowley 928 at 2:27;<br>• Kuntz 166 at Figs. 1, 2, 2:48-67, 4:9-11, 5:65-6:9;<br>• Harvie 964 at Fig. 5, 4:28-52, 7:64-8:1;<br>• Harvie 012 at Fig. 5, 6:59-7:15;<br>• Harvie 043 at Fig. 5, 7:52-8:10;<br>• Suzuki 250 at Figs. 1-5, 10B, 11-12 at 6:33-48, 6:66-7:19, 7:47-63, 8:21-24, 8:56-65;<br>• Mahnensmith 262 at Abstract, Figs. 1-5, 4:45-5:6. 5:37-57, 6:18-56;<br>• Sanchez 508 at 4:10-13; |

| 407 Patent Claim Language | Prior Art |
|---|---|
| | <ul><li>Harvie 484 at Fig. 5, ¶ 91;</li><li>Cheng 321 at Fig. 1, 2A-2B, 7A-7B, 9A, ¶¶ 136, 230-234, 244-246;</li><li>Wolff 066 at Fig. 5b, 5:56-6:36, 6:42-59;</li><li>Mahnensmith 080 at Abstract, Figs. 1-5, ¶¶ 21-22, 25, 30-31;</li><li>Van Den Heuvel 894 at Figs. 1, 3, ¶5;</li><li>Kuntz 355 at Figs. 1-3, 5:3-15;</li><li>Ishii 107 at Figs. 1-6 and 9-13, ¶¶ 14, 18;</li><li>Parmar at pp. 1-2;</li><li>2014 Medtech Announcement at p. 3;</li><li>2015 PureWick brochure at pp. 1-7;</li><li>PureWick Prior Art Devices.</li></ul> |
| **Claim 7** | |
| 7. A urine collection device, comprising: | To the extent the preamble is limiting, the below references all disclose urine collection devices. |
| an impermeable material defining an interior portion of the urine collection device; | Devices with an impermeable material defining an interior portion of the device were known in the art at the time of the alleged invention. See Claim 1.<br><br><ul><li>Jones 080 at Figs. 1, 8-9, 1:26-35, 1:73-79;</li><li>Keane 768 at Figs. 6-10, 2:57-60, 2:69-3:12, 3:37-47, 3:60-74, 3:75-4:15, 3:35-52;</li><li>Langstrom 123 at Figs. 1-2, 5, 2:39-3:1, 3:4-9, 3:15-20, 3:39-56;</li><li>Kanall 843 at Figs. 1-4, Abstract, 1:49-57, 2:17-24, 2:68-3:6, 3:39-35, 1:59-62, 2:57-68, 3:29-35;</li><li>Stein 213 at Figs. 1-3, Abstract, 1:62-2:2, 2:7-18, 2:52-65;</li><li>Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33, 5:34-6:4, 6:36-43;</li><li>Kuntz 166 at Figs. 1-2, 2:39-30, 3:45-57, 3:64-66, 4:14-16, 4:19-21;</li><li>Hanifl 377 at Figs. 1-6, Abstract, 2:28-38;</li></ul> |

| 407 Patent Claim Language | Prior Art |
|---|---|
| | • Conkling 541 at Figs. 8-11, 4:35-40, 5:17-19, 5:22-28, 5:38-45, 6:13-42; |
| | • Kubo 052 at Figs. 1-5, 3:53-4:5, 5:7-24, 5:59-63; |
| | • Bernstein 334 at Fig. 4, 3:14-21, 37-50; |
| | • Goulter 277 at Figs. 1, 2, 4, 6, 4:9-21; |
| | • Miskie 399 at Figs. 1, 4, 5, 8, 9, 4:4-27, 5:12-37; |
| | • Harvie 964 at Fig. 5, 7:53-8:9, 8:33-37; |
| | • Harvie 012 at Fig. 5, 6:59-7:15, 7:37-42; |
| | • Harvie 043 at Fig. 5, 7:54-8:10, 8:33-37; |
| | • Suzuki 250 at Figs. 1-5, 10B, 11-12 at 6:33-48, 6:66-7:19, 7:47-63, 8:21-24, 8:56-65; |
| | • Goldwasser 320 at Figs. 3-6, 16:28-10, 5:26-7:17, claim 1; |
| | • Mahnensmith 262 at Figs. 1-5, Abstract, 3:46-4:10, 4:35-55, 5:37-57, 6:18-56; |
| | • Sanchez 508 at 4:16-28, Fig. 1, 5, 1:59-60, 3:24-26, 3:29-31, 3:33-35, 6:1-3; |
| | • Harvie 484 at Abstract, Title, Fig. 4-5, ¶¶ 91-94, 101-103; |
| | • Cheng 321 at Fig. 1, 2A-2B, 7A-7B, 9A, ¶¶ 136, 230-234, 244-246; |
| | • Wolff 066 at Fig. 5b, 5:56-6:36, 6:42-59; |
| | • Easter 229 at Figs. 3a, 3b, 5, 9, ¶¶ 53, 90; |
| | • Mahnensmith 080 at Figs. 1-5, Abstract ¶¶ 17-18, 20-21, 25, 30-31; |
| | • Finger 282 at Fig. 4, ¶ 24; |
| | • Medeiros 822 at Figs. 1-2, Abstract, Claim 1, 3, 19, 20, ¶¶ 38-66; |
| | • Van Den Heuvel 894 at Figs. 1, 3, ¶¶5, 38, 40, 42, 44, 50-51; |
| | • Ozenne 138 at Fig. 1, Abstract, ¶¶ 24, 27-31; |
| | • Damoulin 143 at Fig. 1 ¶ 42; |
| | • Kuntz 355 at Figs. 1-3, 4:7-17, 4:18-25, 6:30-39, 9:54-10:46; |
| | • Lumaque-Steeman 292 at ¶ 18; |
| | • Bevan 395 at Figs. 1, 2, 7-8, 1:3-6, 1:113-2:11, 2:12-36, 2:77-98, 3:62-80, 3:120-122; |

| 407 Patent Claim Language | Prior Art |
|---|---|
| | • Ishii 107 at Figs. 1-6 and 9-13, ¶¶ 10-18;<br>• Parmar at pp. 1-2;<br>• 2014 Medtech Announcement at p. 3;<br>• Hollister Brochure at pp. 1-2;<br>• Hollister 2011 Brochure (2011) at p. 1;<br>• 2015 PureWick brochure at pp. 1-7;<br>• Omni Starter Kit Brochure at p. 1;<br>• Omni Brochure at pp. 1-2;<br>• Omni Presentation at 9, 11-12;<br>• 2015 Omni Catalog at pp. 1-4;<br>• 2007 Omni AMXD User & Maintenance Guide at p. 10;<br>• Omni AMXD / AMXDmax Devices;<br>• Sachtman at pp. 1-2;<br>• PureWick Prior Art Devices. |
| an opening in the impermeable material; | Devices with an opening in impermeable material were well known in the art at the time of the alleged invention.<br><br>• Jones 080 at Figs. 1, 8-9, 1:26-35, 1:73-79;<br>• Keane 768 at Figs. 6-8, 9-10, 2:47-68, 3:3-19, 3:37-42, 3:60-74, 3:75-4:16, 4:35-52, 5:19-24, 5:39-50;<br>• Langstrom 123 at Figs. 1-2, 5, 2:39-3:1, 3:4-9, 3:15-20, 3:39-56;<br>• Kanall 843 at Figs. 1-4, Abstract, 1:49-57, 2:17-24, 2:68-3:6, 3:39-35, 1:59-62, 2:57-68, 3:29-35;<br>• Stein 213 at Figs. 1-3, Abstract, 1:62-2:2, 2:7-18, 2:52-65;<br>• Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33, 5:34-6:4, 6:36-43;<br>• Kuntz 166 at Figs. 1-2, 2:39-30, 3:45-57, 3:64-66, 4:14-16, 4:19-21;<br>• Hanifl 377 at Figs. 1-6, Abstract, 2:28-38;<br>• Conkling 541 at Figs. 8-11, 4:35-40, 5:17-19, 5:22-28, 5:38-45, 6:13-42;<br>• Kubo 052 at Figs. 1-5, 4:6-16, 2:22-26, 2:46-61, 5:25-34, 6:50-56;<br>• Bernstein 334 at Figs. 4-6, 3:38-50, 417-23; |

| **407 Patent Claim Language** | **Prior Art** |
|---|---|
|  | • Goulter 277 at Figs. 1, 2, 4, 4:9-21; |
|  | • Miskie 399 at Figs. 1, 3, 4, 5, 7, 8, 9, 3:36-53, 5:12-37; |
|  | • Harvie 964 at Fig. 5, 7:53-8:37; |
|  | • Harvie 012 at Figs. 4-5, 7:8-15, 7:25-37; |
|  | • Harvie 043 at Fig. 5, 8:3-8:33; |
|  | • Suzuki 250 at Figs. 1-5, 10B, 11-12 at 6:33-48, 6:66-7:19, 7:47-63, 8:21-24, 8:56-65; |
|  | • Goldwasser 320 at Figs. 1-7, 18:58-19:51, 17:11-24, claim 3; |
|  | • Mahnensmith 262 at Figs. 1-5, Abstract 3:46-4:10, 4:35-55, 5:37-57, 6:18-56; |
|  | • Sanchez 508 at 4:16-28, Fig. 1, 5, 1:59-60, 3:24-26, 3:29-31, 3:33-35, 6:1-3; |
|  | • Harvie 484 at Fig. 5, ¶¶ 91-92; |
|  | • Cheng 321 at Fig. 1, 2A-2B, 7A-7B, 9A, ¶¶ 136, 230-234, 244-246; |
|  | • Wolff 066 at Fig. 5b, 5:56-6:36, 6:42-59; |
|  | • Mahnensmith 080 at Figs. 1-5, Abstract ¶¶ 17-18, 20-21, 25, 30-31; |
|  | • Finger 282 at Fig. 1, 2, 4, Claim 9; |
|  | • Medeiros 822 at Figs. 1-2; |
|  | • Van Den Heuvel 894 at Figs. 1, 3, ¶¶5, 38, 40, 42, 44, 50-51; |
|  | • Ozenne 138 at Fig. 1, Abstract, ¶¶ 24, 27-31; |
|  | • Damoulin 143 at Fig. 1, ¶ 39; |
|  | • Lumaque-Steeman 292 at Figs. 1-23, ¶¶18-26; |
|  | • Kuntz 355 at Figs. 1-3, 4:11-17, 6:30-39, 9:56-59; |
|  | • Bevan 395 at Figs. 1, 2, 7-8, 1:3-6, 1:113-2:11, 2:12-36, 2:77-98, 3:62-80, 3:120-122; |
|  | • Ishii 107 at Figs. 1-6 and 9-13, ¶¶ 10-18; |
|  | • Parmar at pp. 1-2; |
|  | • 2014 Medtech Announcement at p. 3; |
|  | • Hollister Brochure at pp. 1-2; |
|  | • Hollister 2011 Brochure (2011) at p. 1; |
|  | • 2015 PureWick brochure at pp. 1-7; |
|  | • Omni Starter Kit Brochure at p. 1; |

| 407 Patent Claim Language | Prior Art |
|---|---|
| | • Omni Brochure at pp. 1-2;<br>• Omni Presentation at 9, 11-12;<br>• 2015 Omni Catalog at pp. 1-4;<br>• 2007 Omni AMXD User & Maintenance Guide at p. 10;<br>• Omni AMXD / AMXDmax Devices;<br>• Sachtman at pp. 1-2;<br>• PureWick Prior Art Devices. |
| wicking material positioned within the interior portion of the urine collection device; | Wicking material positioned in the interior of the device were known. See Claim 1.<br><br>• Keane 768 at Figs. 6-8, 9-10, 3:75-4:16, 6:22-25, 3:4-9, 3:35-52;<br>• Langstrom 123 at Figs. 1-2, 5, 2:39-3:1, 3:4-9, 3:15-20, 3:39-56;<br>• Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33, 5:34-6:4, 6:36-43;<br>• Kuntz 166 at Figs. 1-2, 2:39-30, 2:48-67, 3:45-57, 3:64-66, 4:9-16, 4:19-21, 5:65-6:9, 7:18-32;<br>• Kubo 052 at Figs. 1-5, 4:6-16, 2:22-26, 2:46-61, 5:25-34, 6:50-56;<br>• Harvie 964 at Fig. 5, 7:53-8:37;<br>• Harvie 012 at Fig. 5, 6:59-7:15;<br>• Harvie 043 at Fig. 5, 7:54-8:10;<br>• Suzuki 250 at Figs. 1-5, 10B, 11-12 at 6:33-48, 6:66-7:19, 7:47-63, 8:21-24, 8:56-65;<br>• Goldwasser 320 at Figs. 3-6, 16:28-10, 7:63-8:12, 21:60-22:40, claim 1;<br>• Mahnensmith 262 at Abstract, Figs. 1-5, 4:45-5:6. 5:37-57, 6:18-56;<br>• Sanchez 508 at 4:16-28, Fig. 1, 5, 1:59-2:1, 3:24-26, 3:29-31, 3:33-35, 3:45-47, 4:10-15, 6:1-3 ;<br>• Harvie 484 at Fig. 5, ¶¶ 91-92;<br>• Cheng 321 at Fig. 1, 2A-2B, 7A-7B, 9A, ¶¶ 136, 230-234, 244-246;<br>• Wolff 066 at Fig. 5b, 5:56-6:36, 6:42-59;<br>• Easter 229 at Figs. 5, 9, ¶¶ 50, 90;<br>• Mahnensmith 080 at Abstract Figs. 1-5, ¶¶ 21-22, 25, 30-31; |

| 407 Patent Claim Language | Prior Art |
|---|---|
| | • Medeiros 822 at Fig. 2, ¶ 66;<br>• Van Den Heuvel 894 at Figs. 1, 3, ¶¶5, 38, 40, 42, 44, 50-51;<br>• Lumaque-Steeman 292 at ¶18;<br>• Kuntz 355 at Figs. 1-3, 4:7-17, 4:18-25, 4:59-5:26, 5:27-39, 5:40-49, 9:54-10:46;<br>• Ishii 107 at Figs. 1-6 and 9-13, ¶¶ 10-18;<br>• Omni Starter Kit Brochure at p. 1;<br>• 2007 Omni AMXD User & Maintenance Guide at p. 10;<br>• Omni AMXD / AMXDmax Devices. |
| a flexible porous material positioned at least partially between the wicking material and at least a portion of the impermeable material; | Devices with a flexible porous material positioned between a wicking material and impermeable material were well known at the time of the alleged invention.  See Claim 1.<br><br>• Jones 080 at Figs. 1, 8-9, 2:37-65, 2:70-79, 3:15-31;<br>• Keane 768 at Figs. 6-10, 2:57-60, 2:69-3:19, 3:20-36, 3:37-47, 3:60-74, 3:75-4:15, 3:35-52;<br>• Langstrom 123 at Figs. 1-2, 5, 2:39-3:1, 3:4-9, 3:15-20, 3:39-56;<br>• Stein 213 at Figs. 1-3, Abstract, 1:62-2:2, 2:7-18, 2:52-65, 1:32-40, 2:19-30;<br>• Kuntz 166 at Figs. 1-2, 2:39-30, 3:45-57, 3:64-66, 4:14-16, 4:19-21;<br>• Kubo 052 at Figs. 1-5, 4:6-16, 2:22-26, 2:46-61, 5:25-34, 6:50-56;<br>• Harvie 964 at Fig. 5, 7:53-8:37;<br>• Harvie 012 at Fig. 5, 6:59-7:15;<br>• Harvie 043 at Fig. 5, 7:54-8:10;<br>• Suzuki 250 at Figs. 1-5, 10B, 11-12 at 6:33-48, 6:66-7:19, 7:47-63, 8:21-24, 8:56-65;<br>• Goldwasser 320 at Figs. 3-6, 16:28-10, 7:34-12:52, 21:60-22:40, claim 1;<br>• Mahnensmith 262 at Figs. 1-5, Abstract, 3:46-4:44, 6:18-43;<br>• Sanchez 508 at 4:16-28, Figs. 1-2, 5, 1:60-62, 3:24-35, 3:45-47, 4:10-15;<br>• Harvie 484 at Fig. 5, ¶¶ 91-92; |

| 407 Patent Claim Language | Prior Art |
|---|---|
|  | <ul><li>Wolff 066 at Fig. 5b, 5:56-6:36, 6:42-59;</li><li>Easter 229 at Figs. 5, 9, ¶¶ 51, 90;</li><li>Mahnensmith 080 at Figs. 1-5, Abstract, ¶¶ 17-20, 30;</li><li>Finger 282 at Fig. 4, ¶¶ 7, 24-25;</li><li>Medeiros 822 at Fig. 2, ¶ 66;</li><li>Van Den Heuvel 894 at Figs. 1, 3, ¶¶5, 38, 40, 42, 44, 50-51;</li><li>Ozenne 138 at Fig. 1, Abstract, ¶¶ 24, 27-31;</li><li>Lumaque-Steeman 292 at ¶ 18;</li><li>Kuntz 355 at Figs. 1-6, 4:7-17, 4:18-25, 4:59-5:26, 5:27-39, 5:40-49, 6:15-29, 6:30-39, 7:4-8, 9:54-10:46;</li><li>Ishii 107 at Figs. 1-6 and 9-13, ¶¶ 10-18;</li><li>2015 PureWick brochure at pp. 1-7;</li><li>2007 Omni AMXD User & Maintenance Guide at p. 10;</li><li>Omni AMXD / AMXDmax Devices;</li><li>PureWick Prior Art Devices.</li></ul> |
| a chamber positioned substantially opposite to the opening, the chamber being partially defined by a portion of the flexible porous material and a portion of the impermeable material; | Devices with a chamber positioned substantially opposite to the opening were well known at the time of the alleged invention, including ones with the claimed chamber as discussed for Claim 1.<br><br><ul><li>Jones 080 at Figs. 1, 8-9, 2:37-65, 2:70-79, 3:15-31; 1:26-35, 1:73-79;</li><li>Keane 768 at Figs. 7, 10, 2:58-68, 3:37-42, 3:60-74, 4:35-52;</li><li>Langstrom 123 at Figs. 1-2, 5, 2:39-3:1, 3:4-9, 3:15-20, 3:39-56;</li><li>Kanall 843 at Figs. 1-4, Abstract, 1:49-57, 2:17-24, 2:68-3:6, 3:39-35, 1:59-62, 2:57-68, 3:29-35;</li><li>Stein 213 at Figs. 1-3, Abstract, 1:62-2:2, 2:7-18, 2:52-65, 1:32-40, 2:19-30;</li><li>Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33, 5:34-6:4, 6:36-43;</li><li>Kuntz 166 at Figs. 1-2, 2:39-30, 3:45-57, 3:64-66, 4:14-16, 4:19-21;</li></ul> |

| 407 Patent Claim Language | Prior Art |
|---|---|
| | • Hanifl 377 at Figs. 1-6, Abstract, 2:28-38; <br> • Kubo 052 at Figs. 1-5, 4:6-16, 2:22-26, 2:46-61, 5:25-34, 6:50-56, 3:53-4:5, 5:7-24, 5:59-63; <br> • Miskie 399 at Figs. 1, 7, 8, 4:4-27; <br> • Harvie 964 at Fig. 5, 7:53-8:37; <br> • Harvie 012 at Fig. 6, 6:59-7:15; <br> • Harvie 043 at Fig. 5, 7:54-8:10; <br> • Suzuki 250 at Figs. 1-5, 10B, 11-12 at 6:33-48, 6:66-7:19, 7:47-63, 8:21-24, 8:56-65; <br> • Mahnensmith 262 at Figs 2, 5; 2:30-50, 3:46-55, 5:8-26, 5:37-57, 6:18-43; <br> • Sanchez 508 at 4:16-28, Figs. 1, 5, 1:59-62, 3:24-27, 3:29-31, 3:33-35, 6:1-3; <br> • Harvie 484 at Fig. 5, ¶¶ 91-92; <br> • Cheng 321 at Fig. 1, 2A-2B, 7A-7B, 9A, ¶¶ 136, 230-234, 244-246; <br> • Mahnensmith 080 at Figs 2, 5; ¶ 8,17, 23, 25, 30; <br> • Finger 282 at Fig. 4; <br> • Van Den Heuvel 894 at Figs. 1, 3, ¶38, 40, 42; <br> • Ozenne 138 at Fig. 1, Abstract, ¶¶ 24, 27-31; <br> • Damoulin 143 at ¶¶1, 47-50; <br> • Kuntz 355 at Figs. 1-6, 4:7-17, 4:18-25, 4:59-5:26, 5:27-39, 5:40-49, 6:15-29, 6:30-39, 7:4-8, 9:54-10:46; <br> • Bevan 395 at Figs. 1, 2, 7-8, 1:3-6, 1:113-2:11, 2:12-36, 2:77-98, 3:62-80, 3:91-103, 3:120-122; <br> • Ishii 107 at Figs. 1-6 and 9-13, ¶¶ 10-18; <br> • Parmar at pp. 1-2; <br> • 2014 Medtech Announcement at p. 3; <br> • 2015 PureWick brochure at pp. 1-7; <br> • 2007 Omni AMXD User & Maintenance Guide at p. 10; <br> • Omni AMXD / AMXDmax Devices; <br> • PureWick Prior Art Devices. |
| a port extending through the impermeable material to the chamber, | Devices with a port extending through an impermeable material to a chamber were |

| 407 Patent Claim Language | Prior Art |
|---|---|
| | well known at the time of the alleged invention.  See similar limitations in Claim 1.<br><br>• Jones 080 at Figs. 1, 8-9, 1:26-35, 1:59-72, 2:51-57;<br>• Keane 768 at Figs. 6-7, 9-10, 2:47-68, 3:37-42, 3:60-74, 3:75-4:16, 4:35-52;<br>• Kanall 843 at Figs. 1-4, Abstract, 1:49-57, 2:17-24, 2:68-3:6, 3:39-35, 1:59-62, 2:57-68, 3:29-35;<br>• Stein 213 at Figs. 1, 3, 2:1-2;<br>• Hessner 418 at 6:36-43;<br>• Kuntz 166 at 2:34-37, 4:21-32;<br>• Conkling 541 at Figs. 8-11, 4:35-40, 5:17-19, 5:22-28, 5:38-45, 6:13-42;<br>• Kubo 052 at Figs. 1-5, 2:46-61, 4:21-26, 6:50-69;<br>• Bernstein 334 at Fig. 4, 3:58-67;<br>• Goulter 277 at Fig. 1, 2, 4, 9, 14, 15, 19, 4:9-21, 7:36-47;<br>• Miskie 399 at Abstract, Figs. 1, 4, 5, 2:10-22, 3:14-16, 3:24-27, 3:33-35, 4:20-22, 4:36-52, 5:18-20;<br>• Harvie 964 at Figs. 4-5, 8:2-10;<br>• Harvie 012 at Figs. 4-5, 7:8-15, 7:25-37;<br>• Harvie 043 at Figs. 4-5, 7:18-8:33;<br>• Suzuki 250 at Figs. 1-5, 10B, 11-12 at 6:33-48, 6:66-7:19, 7:47-63, 8:21-24, 8:56-65;<br>• Mahnensmith 262 at Figs 2, 3, 5; 2:30-50, 3:46-55, 5:8-26, 5:37-57, 6:18-56;<br>• Sanchez 508 at 4:16-28, Figs. 1, 4, 62-63, 3:37-38, 4:29-54;<br>• Harvie 484 at Fig. 4-5, ¶¶ 91-94, 101-103;<br>• Cheng 321 at Fig. 1, 2A-2B, 7A-7B, 9A, ¶¶ 136, 230-234, 244-246;<br>• Wolff 066 at Fig. 5b, 5:56-6:36, 6:42-59;<br>• Mahnensmith 080 at Figs 2, 3, 5; ¶ 8,17, 23, 25, 30, 31;<br>• Finger 282 at Figs. 1, 2, 4, ¶¶ 17;<br>• Medeiros 822 at Figs. 1-2, ¶¶ 39-40; |

| 407 Patent Claim Language | Prior Art |
|---|---|
|  | • Van Den Heuvel 894 at Figs. 1, 3, ¶¶5, 38, 40, 42, 44, 50-51;<br>• Ozenne 138 at Fig. 1, Abstract, ¶¶ 24, 27-31;<br>• Damoulin 143 at Fig. 1 ¶¶ 26, 46;<br>• Kuntz 355 at Figs. 1-6, 4:27-40;<br>• Bevan 395 at Figs. 1, 2, 7-8, 2:37-60, 3:28-42, 3:109-114;<br>• Ishii 107 at Figs. 1-6 and 9-13, ¶¶ 10-18;<br>• Parmar at pp. 1-2;<br>• 2014 Medtech Announcement at p. 3;<br>• Hollister Brochure at pp. 1-2;<br>• Hollister 2011 Brochure (2011) at p. 1;<br>• 2015 PureWick brochure at pp. 1-7;<br>• Omni Starter Kit Brochure at p. 1;<br>• Omni Brochure at pp. 1-2;<br>• Omni Presentation at 9, 11-12;<br>• 2015 Omni Catalog at pp. 1-4;<br>• 2007 Omni AMXD User & Maintenance Guide at p. 10;<br>• Omni AMXD / AMXDmax Devices;<br>• Sachtman at pp. 1-2;<br>• PureWick Prior Art Devices. |
| the port being positioned substantially opposite to the opening of the cavity and configured to receive a tube to transport urine from the chamber through the tube. | The cavity is not defined. Nevertheless, devices with a port positioned substantially opposite to a cavity were known at the time of the invention. Moreover, it was a typical configuration to configure a port to receive a tube to transport fluid from a chamber through the tube as discussed for Claim 1.<br><br>• Jones 080 at Figs. 1, 8-9, 1:26-35, 1:59-72, 2:51-57;<br>• Keane 768 at Figs. 6-7, 9-10, 2:47-68, 3:37-42, 3:60-74, 3:75-4:16, 4:35-52;<br>• Kanall 843 at Figs. 1-4, Abstract, 1:49-57, 2:17-24, 2:68-3:6, 3:39-35, 1:59-62, 2:57-68, 3:29-35;<br>• Stein 213 at Figs. 1-3, Abstract, 1:62-2:2, 2:7-18, 2:52-65, 1:32-40, 2:19-30;<br>• Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33, 5:34-6:4, 6:36-43<br>• Kuntz 166 at 2:34-37, 4:21-32; |

| 407 Patent Claim Language | Prior Art |
|---|---|
| | <ul><li>Conkling 541 at Figs. 8-11, 4:35-40, 5:17-19, 5:22-28, 5:38-45, 6:13-42;</li><li>Kubo 052 at Figs. 1-5, 2:46-61, 4:21-26, 6:50-69, 3:53-4:5, 5:7-24, 5:59-63;</li><li>Goulter 277 at Fig. 15, 7:25-35;</li><li>Miskie 399 at 5:18-20;</li><li>Harvie 964 at Figs. 4-5, 7:12-8:10;</li><li>Harvie 012 at Figs. 4-5, 7:8-37;</li><li>Harvie 043 at Figs. 4-5, 8:3-33;</li><li>Suzuki 250 at Figs. 1-5, 10B, 11-12 at 6:33-48, 6:66-7:19, 7:47-63, 8:21-24, 8:56-65;</li><li>Mahnensmith 262 at Figs 2, 3, 5; 2:30-50, 3:46-55, 5:8-26, 5:37-57, 6:18-56;</li><li>Sanchez 508 at 4:16-28, Figs. 1, 4, 62-63, 3:37-38, 4:29-54;</li><li>Harvie 484 at Fig. 4-5, ¶¶ 91-94, 101-103;</li><li>Cheng 321 at Fig. 1, 2A-2B, 7A-7B, 9A, ¶¶ 136, 230-234, 244-246;</li><li>Wolff 066 at Fig. 5b, 5:56-6:36, 6:42-59;</li><li>Mahnensmith 080 at Figs 2, 3, 5; ¶ 8,17, 23, 25, 30, 31;</li><li>Finger 282 at Figs. 1, 2, 4, ¶¶ 17;</li><li>Medeiros 822 at Figs. 1-2. ¶¶ 39-40;</li><li>Van Den Heuvel 894 at Figs. 1, 3, ¶¶5, 38, 40, 42, 44, 50-51;</li><li>Ozenne 138 at Fig. 1, Abstract, ¶¶ 24, 27-31;</li><li>Bevan 395 at Figs. 1, 2, 7-8, 2:37-60, 3:28-42, 3:109-114;</li><li>Kuntz 355 at Figs. 1-6, 4:7-17, 4:18-25, 4:27-40, 4:59-5:26, 5:27-39, 5:40-49, 6:15-29, 6:30-39, 7:4-8, 9:54-10:46;</li><li>Ishii 107 at Figs. 1-6 and 9-13, ¶¶ 10-18;</li><li>Parmar at pp. 1-2;</li><li>2014 Medtech Announcement at p. 3;</li><li>Hollister Brochure at pp. 1-2;</li><li>Hollister 2011 Brochure (2011) at p. 1;</li><li>2015 PureWick brochure at pp. 1-7;</li><li>Omni Starter Kit Brochure at p. 1;</li><li>Omni Brochure at pp. 1-2;</li></ul> |

| 407 Patent Claim Language | Prior Art |
|---|---|
| | • Omni Presentation at 9, 11-12;<br>• 2015 Omni Catalog at pp. 1-4;<br>• 2007 Omni AMXD User & Maintenance Guide at p. 10;<br>• Omni AMXD / AMXDmax Devices;<br>• Sachtman at pp. 1-2 |
| **Claim 8** | |
| 8. The urine collection device of claim 7, further comprising a receptacle defined at least partially by the wicking material, | See Claim 1.<br><br>• Keane 768 at Figs. 6-8, 9-10, 2:47-68, 3:3-19, 3:37-42, 3:60-74, 3:75-4:16, 4:35-52, 5:19-24, 5:39-50;<br>• Langstrom 123 at Figs. 1-2, 5, 2:39-3:1, 3:4-9, 3:15-20, 3:39-56;<br>• Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33, 5:34-6:4, 6:36-43;<br>• Kuntz 166 at Figs. 1-2, 2:39-30, 3:45-57, 3:64-66, 4:14-16, 4:19-21;<br>• Kubo 052 at Figs. 1-5, 4:6-16, 2:22-26, 2:46-61, 5:25-34, 6:50-56;<br>• Harvie 964 at Fig. 5, 7:53-8:10;<br>• Harvie 012 at Fig. 5, 6:59-7:15;<br>• Harvie 043 at Fig. 5, 7:54-8:10;<br>• Suzuki 250 at Figs. 1-5, 10B, 11-12 at 6:33-48, 6:66-7:19, 7:47-63, 8:21-24, 8:56-65;<br>• Goldwasser 320 at Figs. 1-7, 16:28-10, 18:58-19:51, 17:11-24, claim 3;<br>• Mahnensmith 262 at Figs. 1-5, Abstract 3:46-4:10, 4:35-55, 5:37-57, 6:18-56;<br>• Sanchez 508 at 4:16-28, Fig. 5, 1:63-2:1, 3:45-47, 4:10-15;<br>• Harvie 484 at Fig. 5, ¶¶ 91-92;<br>• Cheng 321 at Fig. 1, 2A-2B, 7A-7B, 9A, ¶¶ 136, 230-234, 244-246;<br>• Wolff 066 at Fig. 5b, 5:56-6:36, 6:42-59;<br>• Mahnensmith 080 at Figs. 1-5, Abstract ¶¶ 17-18, 20-21, 25, 30-31;<br>• Medeiros 822 at Figs 1-2, ¶¶38-39, 66;<br>• Van Den Heuvel 894 at Figs. 1, 3, ¶¶5, 38, 40, 42, 44, 50-51; |

| 407 Patent Claim Language | Prior Art |
|---|---|
| | • Lumaque-Steeman 292 at Figs. 1-23, ¶¶18-26;<br>• Kuntz 355 at Figs. 1-6, 4:7-17, 4:18-25, 4:59-5:26, 5:27-39, 5:40-49, 6:15-29, 6:30-39, 7:4-8, 9:54-10:46;<br>• Ishii 107 at Figs. 1-6 and 9-13, ¶¶ 10-18;<br>• Parmar at pp. 1-2;<br>• 2007 Omni AMXD User & Maintenance Guide at p. 10;<br>• Omni AMXD / AMXDmax Devices;<br>• 2014 Medtech Announcement at p. 3;<br>• 2015 PureWick brochure at pp. 1-7;<br>• PureWick Prior Art Devices. |
| the receptacle extending from the opening into the interior portion of the urine collection device and being shaped to receive at least a head of a penis, | Having the receptacle extend from the opening into the interior portion of the device and shaped to receive at least the head of a penis was well known at the time of the alleged invention.  See similar limitations in Claim 1.<br><br>• Keane 768 at Figs. 6-8, 9-10, 2:47-68, 3:3-19, 3:37-42, 3:60-74, 3:75-4:16, 4:35-52, 5:19-24, 5:39-50;<br>• Langstrom 123 at Figs. 1-2, 5, 2:39-3:1, 3:4-9, 3:15-20, 3:39-56;<br>• Kanall 843 at Figs. 1-4, Abstract, 1:49-57, 2:17-24, 2:68-3:6, 3:39-35, 1:59-62, 2:57-68, 3:29-35;<br>• Stein 213 at Figs. 1-3, Abstract, 1:62-2:2, 2:7-18, 2:52-65, 1:32-40, 2:19-30;<br>• Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33, 5:34-6:4, 6:36-43;<br>• Kuntz 166 at Figs. 1-2, 2:39-30, 3:45-57, 3:64-66, 4:14-16, 4:19-21;<br>• Hanifl 377 at Figs. 1-6, Abstract, 2:28-38;<br>• Conkling 541 at Figs. 8-11, 4:35-40, 5:17-19, 5:22-28, 5:38-45, 6:13-42;<br>• Kubo 052 at Figs. 1-5, 4:6-16, 2:22-26, 2:46-61, 5:25-34, 6:15-39, 6:50-56;<br>• Bernstein 334 at Abstract, Figs. 4-5, 2:43-57, 4:16-22; |

| 407 Patent Claim Language | Prior Art |
|---|---|
|  | <ul><li>Goulter 277 at Figs. 1-2, 4, 4:9-64, 5:10-23;</li><li>Miskie 399 at Figs. 1, 6, 8, 9, 4-24, 3:14-21, 4:15-17, 4:54-57;</li><li>Harvie 964 at Fig. 5, 7:53-8:10;</li><li>Harvie 012 at Fig. 5, 6:59-7:15;</li><li>Harvie 043 at Fig. 5, 7:54-8:10;</li><li>Suzuki 250 at Figs. 1-5, 10B, 11-12 at 6:33-48, 6:66-7:19, 7:47-63, 8:21-24, 8:56-65;</li><li>Goldwasser 320 at Figs. 1-7, 18:58-19:51, 17:11-24, claim 3;</li><li>Mahnensmith 262 at Figs. 1-5, Abstract 3:46-4:10, 4:35-55, 5:37-57, 6:18-56;</li><li>Sanchez 508 at 4:16-28, Fig. 5, 1:63-2:1, 3:45-47, 4:10-15;</li><li>Harvie 484 at Fig. 5, ¶¶ 91-94, 101-103;</li><li>Cheng 321 at Fig. 1, 2A-2B, 7A-7B, 9A, ¶¶ 136, 230-234, 244-246;</li><li>Wolff 066 at Fig. 5b, 5:56-6:36, 6:42-59;</li><li>Mahnensmith 080 at Figs. 1-5, Abstract ¶¶ 17-18, 20-21, 25, 30-31;</li><li>Finger 282 at Figs.1, 2, 4, ¶¶ 17, 24-25;</li><li>Medeiros 822 at Figs 1-2, ¶¶38-39;</li><li>Van Den Heuvel 894 at Figs. 1, 3, ¶¶5, 38, 40, 42, 44, 50-51;</li><li>Ozenne 138 at Fig. 1, Abstract, ¶¶ 24, 27-31;</li><li>Lumaque-Steeman 292 at Figs. 1-23, ¶¶18-26;</li><li>Kuntz 355 at Figs. 1-6, 4:11-17, 9:56-59;</li><li>Bevan 395 at Figs. 1, 2, 7-8, 1:3-6, 1:113-2:11, 2:12-36, 2:77-98, 3:62-80, 3:91-103, 3:120-122;</li><li>Ishii 107 at Figs. 1-6 and 9-13, ¶¶ 10-18;</li><li>Parmar at pp. 1-2;</li><li>2014 Medtech Announcement at p. 3;</li><li>Hollister Brochure at pp. 1-2;</li><li>Hollister 2011 Brochure (2011) at p. 1;</li><li>2015 PureWick brochure at pp. 1-7;</li><li>Omni Starter Kit Brochure at p. 1;</li><li>Omni Brochure at pp. 1-2;</li></ul> |

| 407 Patent Claim Language | Prior Art |
|---|---|
| | • Omni Presentation at 9, 11-12;<br>• 2015 Omni Catalog at pp. 1-4;<br>• 2007 Omni AMXD User & Maintenance Guide at p. 10;<br>• Omni AMXD / AMXDmax Devices;<br>• Sachtman at pp. 1-2 |
| wherein the receptacle is configured to draw urine flowing from the head of the penis through the wicking material and the flexible porous material into the chamber when the head of the penis is disposed within the receptacle and a vacuum is applied within the chamber via the tube received by the port. | See Claim 1.<br><br>• Keane 768 at Figs. 6-8, 9-10, Abstract, 1:21-41, 2:47-68, 2:69-3:3, 3:3-19, 3:37-42, 3:60-74, 3:75-4:16, 4:35-52, 5:19-24, 5:39-50;<br>• Langstrom 123 at Figs. 1-2, 5, 2:39-3:1, 3:4-9, 3:15-20, 3:39-56;<br>• Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33, 5:34-6:4, 6:36-43;<br>• Kuntz 166 at Figs. 1-2, 2:39-30, 3:45-57, 3:64-66, 4:14-16, 4:19-21;<br>• Kubo 052 at Figs. 1-5, 4:6-16, 2:22-26, 2:46-61, 5:25-34, 6:50-56;<br>• Harvie 964 at Figs. 4-5, 7:12-8:37;<br>• Harvie 012 at Figs. 4-5, 6:18-7:37;<br>• Harvie 043 at Figs. 4-5, 7:18-8:33;<br>• Suzuki 250 at Figs. 1-5, 10B, 11-12 at 6:33-48, 6:66-7:19, 7:47-63, 8:21-24, 8:56-65;<br>• Mahnensmith 262 at Figs. 1-5, Abstract 3:46-4:10, 4:35-55, 5:37-57, 6:18-56;<br>• Sanchez 508 at 4:16-28, Fig. 5, 1:63-2:1, 3:45-47, 4:10-15;<br>• Harvie 484 at Fig. 4-5, ¶¶ 91-94, 101-103;<br>• Wolff 066 at Fig. 5b, 5:56-6:36, 6:42-59<br>• Easter 229 at Figs. 1-9 Abstract, ¶¶ 37, 45, 91;<br>• Mahnensmith 080 at Figs. 1-5, Abstract ¶¶ 17-18, 20-21, 25, 30-31;<br>• Van Den Heuvel 894 at Figs. 1, 3, ¶¶5, 38, 40, 42, 44, 50-51;<br>• Ozenne 138 at Fig. 1, Abstract, ¶¶ 24, 27-31;<br>• Damoulin 143 at ¶¶1, 46-50; |

| 407 Patent Claim Language | Prior Art |
|---|---|
| | • Kuntz 355 at Figs. 1-3, 4:7-17, 4:11-17, 4:18-25, 4:59-5:26, 5:27-39, 5:40-49, 6:15-29, 6:30-39, 9:56-59;<br>• Ishii 107 at Figs. 1-6 and 9-13, ¶¶ 10-18;<br>• 2007 Omni AMXD User & Maintenance Guide at p. 10;<br>• Omni AMXD / AMXDmax Devices;<br>• Hollister Brochure at pp. 1-2;<br>• Hollister 2011 Brochure (2011) at p. 1 |
| **Claim 9** | |
| 9. The urine collection device of claim 7, wherein the chamber is void space positioned between the portion of the flexible porous material and the the portion of the impermeable material defining the chamber. | See Claim 1.<br><br>• Jones 080 at Figs. 1, 8-9, 2:37-65, 2:70-79, 3:15-31;<br>• Keane 768 at Figs. 7, 10, 2:58-68, 3:37-42, 3:60-74, 4:35-52;<br>• Kanall 843 at Figs. 1-4, Abstract, 1:49-57, 2:17-24, 2:68-3:6, 3:39-35;<br>• Stein 213 at Figs. 1-3, Abstract, 1:62-2:2, 2:7-18, 2:52-65, 1:32-40, 2:19-30;<br>• Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33, 5:34-6:4, 6:36-43;<br>• Kuntz 166 at Figs. 1-2, 2:38-67, 3:42-57, 3:64-66, 4:9-21, 5:65-6:9, 7:18-32;<br>• Hanifl 377 at Figs. 1-6, Abstract, 2:28-38;<br>• Miskie 399 at Figs. 1, 7, 8, 4:4-27;<br>• Harvie 964 at Fig. 5, 7:53-8:9;<br>• Harvie 012 at Fig. 5, 6:59-7:15;<br>• Harvie 043 at Fig. 5, 7:54-8:10;<br>• Mahnensmith 262 at Figs 2, 5, 2:30-50, 3:46-55, 5:8-26, 5:37-57, 6:18-43<br>• Sanchez 508 at 4:16-28, Figs. 1, 5, 1:59-60, 3:24-26, 3:29-31, 3:33-35;<br>• Harvie 484 at Fig. 5, ¶¶ 91-94;<br>• Cheng 321 at Fig. 1, 2A-2B, 7A-7B, 9A, ¶¶ 136, 230-234, 244-246;<br>• Mahnensmith 080 at Figs 2, 5, ¶¶ 8,17, 23, 25, 30;<br>• Finger 282 at Fig. 4;<br>• Van Den Heuvel 894 at Figs. 1, 3, ¶ 42; |

| 407 Patent Claim Language | Prior Art |
|---|---|
| | • Ozenne 138 at Fig. 1, Abstract, ¶¶ 24, 27-31;<br>• Damoulin 143 at ¶¶1, 47-50;<br>• Kuntz 355 at Figs. 1-3, 4:7-17, 4:18-25, 4:59-5:26, 5:27-39, 5:40-49, 6:15-29, 6:30-39, 9:54-10:46;<br>• Bevan 395 at Figs. 1, 2, 7-8, 1:3-6, 1:113-2:11, 2:12-36, 2:77-98, 3:62-80, 3:91-103, 3:120-122;<br>• Ishii 107 at Figs. 1-6 and 9-13, ¶¶ 10-18;<br>• 2007 Omni AMXD User & Maintenance Guide at p. 10;<br>• Omni AMXD / AMXDmax Devices;<br>• Parmar at pp. 1-2;<br>• 2014 Medtech Announcement at p. 3;<br>• 2015 PureWick brochure at pp. 1-7;<br>• PureWick Prior Art Devices. |
| **Claim 13** | |
| 13. A urine collection device, comprising: | See Claim 7. |
| impermeable material defining an interior portion of the urine collection device; | See Claim 7.<br><br>• Jones 080 at Figs. 1, 8-9, 1:26-35, 1:73-79;<br>• Keane 768 at Figs. 6-10, 2:57-60, 2:69-3:12, 3:37-47, 3:60-74, 3:75-4:15, 3:35-52;<br>• Langstrom 123 at Figs. 1-2, 5, 2:39-3:1, 3:4-9, 3:15-20, 3:39-56;<br>• Kanall 843 at Figs. 1-4, Abstract, 1:49-57, 2:17-24, 2:68-3:6, 3:39-35, 1:59-62, 2:57-68, 3:29-35;<br>• Stein 213 at Figs. 1-3, Abstract, 1:62-2:2, 2:7-18, 2:52-65;<br>• Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33, 5:34-6:4, 6:36-43;<br>• Kuntz 166 at Figs. 1-2, 2:39-30, 3:45-57, 3:64-66, 4:14-16, 4:19-21;<br>• Hanifl 377 at Figs. 1-6, Abstract, 2:28-38;<br>• Conkling 541 at Figs. 8-11, 4:35-40, 5:17-19, 5:22-28, 5:38-45, 6:13-42; |

| **407 Patent Claim Language** | **Prior Art** |
|---|---|
| | • Kubo 052 at Figs. 1-5, 3:53-4:5, 5:7-24, 5:59-63;<br>• Bernstein 334 at Fig. 4, 3:14-21, 37-50;<br>• Goulter 277 at Figs. 1, 2, 4, 6, 4:9-21;<br>• Miskie 399 at Figs. 1, 4, 5, 8, 9, 4:4-27, 5:12-37;<br>• Harvie 964 at Fig. 5, 7:53-8:9, 8:33-37;<br>• Harvie 012 at Fig. 5, 6:59-7:15, 7:37-42;<br>• Harvie 043 at Fig. 5, 7:54-8:10, 8:33-37;<br>• Suzuki 250 at Figs. 1-5, 10B, 11-12 at 6:33-48, 6:66-7:19, 7:47-63, 8:21-24, 8:56-65;<br>• Goldwasser 320 at Figs. 3-6, 16:28-10, 5:26-7:17, claim 1;<br>• Mahnensmith 262 at Figs. 1-5, Abstract, 3:46-4:10, 4:35-55, 5:37-57, 6:18-56;<br>• Sanchez 508 at 4:16-28, Fig. 1, 5, 1:59-60, 3:24-26, 3:29-31, 3:33-35, 6:1-3;<br>• Harvie 484 at Abstract, Title, Fig. 4-5, ¶¶ 91-94, 101-103;<br>• Cheng 321 at Fig. 1, 2A-2B, 7A-7B, 9A, ¶¶ 136, 230-234, 244-246;<br>• Wolff 066 at Fig. 5b, 5:56-6:36, 6:42-59;<br>• Easter 229 at Figs. 3a, 3b, 5, 9, ¶¶ 53, 90;<br>• Mahnensmith 080 at Figs. 1-5, Abstract ¶¶ 17-18, 20-21, 25, 30-31;<br>• Finger 282 at Fig. 4, ¶ 24;<br>• Medeiros 822 at Figs. 1-2, Abstract, Claim 1, 3, 19, 20, ¶¶ 38-66;<br>• Van Den Heuvel 894 at Figs. 1, 3, ¶¶5, 38, 40, 42, 44, 50-51;<br>• Ozenne 138 at Fig. 1, Abstract, ¶¶ 24, 27-31;<br>• Damoulin 143 at Fig. 1 ¶ 42;<br>• Kuntz 355 at Figs. 1-3, 4:7-17, 4:18-25, 6:30-39, 9:54-10:46;<br>• Lumaque-Steeman 292 at ¶ 18;<br>• Bevan 395 at Figs. 1, 2, 7-8, 1:3-6, 1:113-2:11, 2:12-36, 2:77-98, 3:62-80, 3:120-122;<br>• Ishii 107 at Figs. 1-6 and 9-13, ¶¶ 10-18;<br>• Parmar at pp. 1-2; |

| 407 Patent Claim Language | Prior Art |
|---|---|
| | • 2014 Medtech Announcement at p. 3;<br>• Hollister Brochure at pp. 1-2;<br>• Hollister 2011 Brochure (2011) at p. 1;<br>• 2015 PureWick brochure at pp. 1-7;<br>• Omni Starter Kit Brochure at p. 1;<br>• Omni Brochure at pp. 1-2;<br>• Omni Presentation at 9, 11-12;<br>• 2015 Omni Catalog at pp. 1-4;<br>• 2007 Omni AMXD User & Maintenance Guide at p. 10;<br>• Omni AMXD / AMXDmax Devices;<br>• Sachtman at pp. 1-2;<br>• PureWick Prior Art Devices. |
| wicking material positioned within the interior portion; | See Claim 7.<br><br>• Keane 768 at Figs. 6-8, 9-10, 3:75-4:16, 6:22-25, 3:4-9, 3:35-52;<br>• Langstrom 123 at Figs. 1-2, 5, 2:39-3:1, 3:4-9, 3:15-20, 3:39-56;<br>• Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33, 5:34-6:4, 6:36-43;<br>• Kuntz 166 at Figs. 1-2, 2:39-30, 2:48-67, 3:45-57, 3:64-66, 4:9-16, 4:19-21, 5:65-6:9, 7:18-32;<br>• Kubo 052 at Figs. 1-5, 4:6-16, 2:22-26, 2:46-61, 5:25-34, 6:50-56;<br>• Harvie 964 at Fig. 5, 7:53-8:37;<br>• Harvie 012 at Fig. 5, 6:59-7:15;<br>• Harvie 043 at Fig. 5, 7:54-8:10;<br>• Suzuki 250 at Figs. 1-5, 10B, 11-12 at 6:33-48, 6:66-7:19, 7:47-63, 8:21-24, 8:56-65;<br>• Goldwasser 320 at Figs. 3-6, 16:28-10, 7:63-8:12, 21:60-22:40, claim 1;<br>• Mahnensmith 262 at Abstract, Figs. 1-5, 4:45-5:6. 5:37-57, 6:18-56;<br>• Sanchez 508 at 4:16-28, Fig. 1, 5, 1:59-2:1, 3:24-26, 3:29-31, 3:33-35, 3:45-47, 4:10-15, 6:1-3 ;<br>• Harvie 484 at Fig. 5, ¶¶ 91-92;<br>• Cheng 321 at Fig. 1, 2A-2B, 7A-7B, 9A, ¶¶ 136, 230-234, 244-246; |

| 407 Patent Claim Language | Prior Art |
|---|---|
| | • Wolff 066 at Fig. 5b, 5:56-6:36, 6:42-59;<br>• Easter 229 at Figs. 5, 9, ¶¶ 50, 90;<br>• Mahnensmith 080 at Abstract Figs. 1-5, ¶¶ 21-22, 25, 30-31;<br>• Medeiros 822 at Fig. 2, ¶ 66;<br>• Van Den Heuvel 894 at Figs. 1, 3, ¶¶ 5, 38, 40, 42, 44, 50-51;<br>• Lumaque-Steeman 292 at ¶18;<br>• Kuntz 355 at Figs. 1-3, 4:7-17, 4:18-25, 4:59-5:26, 5:27-39, 5:40-49, 9:54-10:46;<br>• Ishii 107 at Figs. 1-6 and 9-13, ¶¶ 10-18;<br>• Omni Starter Kit Brochure at p. 1;<br>• 2007 Omni AMXD User & Maintenance Guide at p. 10;<br>• Omni AMXD / AMXDmax Devices; |
| porous material positioned within the interior portion, at least a portion of the porous material being positioned between the layer of impermeable material and the wicking material; | See Claims 1 and 7.<br><br>• Jones 080 at Figs. 1, 8-9, 2:37-65, 2:70-79, 3:15-31;<br>• Keane 768 at Figs. 6-10, 2:57-60, 2:69-3:19, 3:20-36, 3:37-47, 3:60-74, 3:75-4:15, 3:35-52;<br>• Langstrom 123 at Figs. 1-2, 5, 2:39-3:1, 3:4-9, 3:15-20, 3:39-56;<br>• Stein 213 at Figs. 1-3, Abstract, 1:62-2:2, 2:7-18, 2:52-65, 1:32-40, 2:19-30;<br>• Kuntz 166 at Figs. 1-2, 2:39-30, 3:45-57, 3:64-66, 4:14-16, 4:19-21;<br>• Kubo 052 at Figs. 1-5, 4:6-16, 2:22-26, 2:46-61, 5:25-34, 6:50-56;<br>• Harvie 964 at Fig. 5, 7:53-8:37;<br>• Harvie 012 at Fig. 5, 6:59-7:15;<br>• Harvie 043 at Fig. 5, 7:54-8:10;<br>• Suzuki 250 at Figs. 1-5, 10B, 11-12 at 6:33-48, 6:66-7:19, 7:47-63, 8:21-24, 8:56-65;<br>• Goldwasser 320 at Figs. 3-6, 16:28-10, 7:34-12:52, 21:60-22:40, claim 1;<br>• Mahnensmith 262 at Figs. 1-5, Abstract, 3:46-4:44, 6:18-43;<br>• Sanchez 508 at 4:16-28, Figs. 1-2, 5, 1:60-62, 3:24-35, 3:45-47, 4:10-15; |

| 407 Patent Claim Language | Prior Art |
|---|---|
| | • Harvie 484 at Fig. 5, ¶¶ 91-92;<br>• Wolff 066 at Fig. 5b, 5:56-6:36, 6:42-59;<br>• Easter 229 at Figs. 5, 9, ¶¶ 51, 90;<br>• Mahnensmith 080 at Figs. 1-5, Abstract, ¶¶ 17-20, 30;<br>• Finger 282 at Fig. 4, ¶¶ 7, 24-25;<br>• Medeiros 822 at Fig. 2, ¶ 66;<br>• Van Den Heuvel 894 at Figs. 1, 3, ¶¶5, 38, 40, 42, 44, 50-51;<br>• Ozenne 138 at Fig. 1, Abstract, ¶¶ 24, 27-31;<br>• Lumaque-Steeman 292 at  ¶ 18;<br>• Kuntz 355 at Figs. 1-6, 4:7-17, 4:18-25, 4:59-5:26, 5:27-39, 5:40-49, 6:15-29, 6:30-39, 7:4-8, 9:54-10:46;<br>• Ishii 107 at Figs. 1-6 and 9-13, ¶¶ 10-18;<br>• Omni AMXD / AMXDmax Devices;<br>• 2007 Omni AMXD User & Maintenance Guide at p. 10;<br>• 2015 PureWick brochure at pp. 1-7;<br>• PureWick Prior Art Devices. |
| a receptacle defined at least partially by the wicking material and shaped to receive at least a head of a penis, | See Claims 1 and 8<br><br>• Keane 768 at Figs. 6-8, 9-10, 2:47-68, 3:3-19, 3:37-42, 3:60-74, 3:75-4:16, 4:35-52, 5:19-24, 5:39-50;<br>• Langstrom 123 at Figs. 1-2, 5, 2:39-3:1, 3:4-9, 3:15-20, 3:39-56;<br>• Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33, 5:34-6:4, 6:36-43;<br>• Kuntz 166 at Figs. 1-2, 2:39-30, 3:45-57, 3:64-66, 4:14-16, 4:19-21;<br>• Kubo 052 at Figs. 1-5, 4:6-16, 2:22-26, 2:46-61, 5:25-34, 6:50-56;<br>• Harvie 964 at Fig. 5, 7:53-8:10;<br>• Harvie 012 at Fig. 5, 6:59-7:15;<br>• Harvie 043 at Fig. 5, 7:54-8:10;<br>• Suzuki 250 at Figs. 1-5, 10B, 11-12 at 6:33-48, 6:66-7:19, 7:47-63, 8:21-24, 8:56-65;<br>• Goldwasser 320 at Figs. 1-7, 16:28-10, 18:58-19:51, 17:11-24, claim 3; |

| 407 Patent Claim Language | Prior Art |
|---|---|
| | <ul><li>Mahnensmith 262 at Figs. 1-5, Abstract 3:46-4:10, 4:35-55, 5:37-57, 6:18-56;</li><li>Sanchez 508 at 4:16-28, Fig. 5, 1:63-2:1, 3:45-47, 4:10-15;</li><li>Harvie 484 at Fig. 5, ¶¶ 91-92;</li><li>Cheng 321 at Fig. 1, 2A-2B, 7A-7B, 9A, ¶¶ 136, 230-234, 244-246;</li><li>Wolff 066 at Fig. 5b, 5:56-6:36, 6:42-59;</li><li>Mahnensmith 080 at Figs. 1-5, Abstract ¶¶ 17-18, 20-21, 25, 30-31;</li><li>Medeiros 822 at Figs 1-2, ¶¶38-39, 66;</li><li>Van Den Heuvel 894 at Figs. 1, 3, ¶¶5, 38, 40, 42, 44, 50-51;</li><li>Lumaque-Steeman 292 at Figs. 1-23, ¶¶18-26;</li><li>Kuntz 355 at Figs. 1-6, 4:7-17, 4:18-25, 4:59-5:26, 5:27-39, 5:40-49, 6:15-29, 6:30-39, 7:4-8, 9:54-10:46;</li><li>Ishii 107 at Figs. 1-6 and 9-13, ¶¶ 10-18;</li><li>2007 Omni AMXD User & Maintenance Guide at p. 10;</li><li>Omni AMXD / AMXDmax Devices.</li></ul> |
| the receptacle having an opening and extending from the opening into interior portion of the urine collection device; and | Devices having a receptacle with an opening and extending into the interior of the device were well known at the time of the alleged invention.<br><br><ul><li>Keane 768 at Figs. 6-8, 9-10, 2:47-68, 3:3-19, 3:37-42, 3:60-74, 3:75-4:16, 4:35-52, 5:19-24, 5:39-50;</li><li>Langstrom 123 at Figs. 1-2, 5, 2:39-3:1, 3:4-9, 3:15-20, 3:39-56;</li><li>Kanall 843 at Figs. 1-4, Abstract, 1:49-57, 2:17-24, 2:68-3:6, 3:39-35, 1:59-62, 2:57-68, 3:29-35;</li><li>Stein 213 at Figs. 1-3, Abstract, 1:62-2:2, 2:7-18, 2:52-65, 1:32-40, 2:19-30;</li><li>Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33, 5:34-6:4, 6:36-43;</li><li>Kuntz 166 at Figs. 1-2, 2:39-30, 3:45-57, 3:64-66, 4:14-16, 4:19-21;</li></ul> |

| **407 Patent Claim Language** | **Prior Art** |
|---|---|
| | • Hanifl 377 at Figs. 1-6, Abstract, 2:28-38; |
| | • Conkling 541 at Figs. 8-11, 4:35-40, 5:17-19, 5:22-28, 5:38-45, 6:13-42; |
| | • Kubo 052 at Figs. 1-5, 4:6-16, 2:22-26, 2:46-61, 5:25-34, 6:50-56; |
| | • Miskie 399 at Figs. 1, 6, 8, 9, 4-24, 3:14-21, 4:15-17, 4:54-57; |
| | • Harvie 964 at Fig. 5, 7:53-8:37; |
| | • Harvie 012 at Fig. 5, 6:59-7:15; |
| | • Harvie 043 at Fig. 5, 7:54-8:10; |
| | • Suzuki 250 at Figs. 1-5, 10B, 11-12 at 6:33-48, 6:66-7:19, 7:47-63, 8:21-24, 8:56-65; |
| | • Goldwasser 320 at Figs. 1-7, 18:58-19:51, 17:11-24, claim 3; |
| | • Mahnensmith 262 at Figs. 1-5, Abstract 3:46-4:10, 4:35-55, 5:37-57, 6:18-56; |
| | • Sanchez 508 at 4:16-28, Fig. 5, 1:59-60, 3:24-26, 3:29-31, 3:33-35; |
| | • Harvie 484 at Abstract, Fig. 4-5, ¶¶ 91-94, 101-103; |
| | • Cheng 321 at Fig. 1, 2A-2B, 7A-7B, 9A, ¶¶ 136, 230-234, 244-246; |
| | • Wolff 066 at Fig. 5b, 5:56-6:36, 6:42-59; |
| | • Mahnensmith 080 at Figs. 1-5, Abstract ¶¶ 17-18, 20-21, 25, 30-31; |
| | • Finger 282 at Figs.1, 2, 4, ¶¶ 17, 24-25; |
| | • Medeiros 822 at Figs 1-2, ¶¶38-39, 66; |
| | • Van Den Heuvel 894 at Figs. 1, 3, ¶¶5, 38, 40, 42, 44, 50-51; |
| | • Ozenne 138 at Fig. 1, Abstract, ¶¶ 24, 27-31; |
| | • Damoulin 143 at Fig. 1, ¶ 39; |
| | • Lumaque-Steeman 292 at Figs. 1-23, ¶¶18-26; |
| | • Kuntz 355 at Figs. 1-3, 4:11-17, 9:56-59 |
| | • Bevan 395 at Figs. 1, 2, 7-8, 1:3-6, 1:113-2:11, 2:12-36, 2:77-98, 3:62-80, 3:91-103, 3:120-122; |
| | • Ishii 107 at Figs. 1-6 and 9-13, ¶¶ 10-18; |
| | • Hollister Brochure at pp. 1-2; |
| | • Hollister 2011 Brochure (2011) at p. 1; |

| 407 Patent Claim Language | Prior Art |
|---|---|
| | • 2007 Omni AMXD User & Maintenance Guide at p. 10;<br>• Omni AMXD / AMXDmax Devices. |
| a chamber of void space positioned substantially opposite to the opening of the receptacle, | Devices with a chamber of void space positioned substantially opposite the opening of a receptacle were well known at the time of the alleged invention. See similar limitation in Claim 7.<br><br>• Keane 768 at Figs. 7, 10, 2:58-68, 3:37-42, 3:60-74, 4:35-52;<br>• Kanall 843 at Figs. 1-4, Abstract, 1:49-57, 2:17-24, 2:68-3:6, 3:39-35, 1:59-62, 2:57-68, 3:29-35;<br>• Stein 213 at Figs. 1-3, Abstract, 1:62-2:2, 2:7-18, 2:52-65, 1:32-40, 2:19-30;<br>• Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33, 5:34-6:4, 6:36-43;<br>• Kuntz 166 at Figs. 1-2, 2:39-30, 3:45-57, 3:64-66, 4:14-16, 4:19-21;<br>• Hanifl 377 at Figs. 1-6, Abstract, 2:28-38;<br>• Bernstein 334 at Fig. 4, 3:14-50, 58-67;<br>• Goulter 277 at Abstract, Figs. 1, 2, 4;<br>• Miskie 399 at Figs. 1, 7, 8, 4:4-27;<br>• Harvie 964 at Fig. 5, 8:2-8:9;<br>• Harvie 012 at Fig. 5, 6:67-7:15;<br>• Harvie 043 at Fig. 5, 8:3-8:10;<br>• Mahnensmith 262 at Figs 2, 5; 2:30-50, 3:46-55, 5:8-26, 5:37-57, 6:18-43;<br>• Sanchez 508 at 4:16-28, Figs. 1, 5, 1:59-60, 3:24-26, 3:29-31, 3:33-35;<br>• Harvie 484 at Fig. 5, ¶¶ 91-92;<br>• Cheng 321 at Fig. 1, 2A-2B, 7A-7B, 9A, ¶¶ 136, 230-234, 244-246;<br>• Mahnensmith 080 at Figs 2, 5; ¶ 8,17, 23, 25, 30;<br>• Finger 282 at Fig. 4;<br>• Van Den Heuvel 894 at Figs. 1, 3, ¶¶38, 40, 42, 44, 50-51;<br>• Ozenne 138 at Fig. 1, Abstract, ¶¶ 24, 27-31;<br>• Damoulin 143 at ¶¶1, 47-50; |

| 407 Patent Claim Language | Prior Art |
|---|---|
| | • Kuntz 355 at Figs. 1-3, 4:7-17, 4:18-25, 4:59-5:26, 5:27-39, 5:40-49, 6:15-29, 6:30-39, 9:54-10:46;<br>• Bevan 395 at Figs. 1, 2, 7-8, 1:3-6, 1:113-2:11, 2:12-36, 2:77-98, 3:62-80, 3:91-103, 3:120-122;<br>• Ishii 107 at Figs. 1-6 and 9-13, ¶¶ 10-18;<br>• Parmar at pp. 1-2;<br>• 2014 Medtech Announcement at p. 3;<br>• Hollister Brochure at pp. 1-2;<br>• Hollister 2011 Brochure (2011) at p. 1;<br>• 2015 PureWick brochure at pp. 1-7;<br>• Omni Starter Kit Brochure at p. 1;<br>• Omni Brochure at pp. 1-2;<br>• Omni Presentation at 9, 11-12;<br>• 2015 Omni Catalog at pp. 1-4;<br>• Sachtman at pp. 1-2;<br>• 2007 Omni AMXD User & Maintenance Guide at p. 10;<br>• Omni AMXD / AMXDmax Devices;<br>• PureWick Prior Art Devices. |
| the chamber being defined by a portion of the porous material and a portion of the impermeable material, | See Claim 7, which is nearly identical.<br><br>• Jones 080 at Figs. 1, 8-9, 2:37-65, 2:70-79, 3:15-31;<br>• Keane 768 at Figs. 7, 10, 2:58-68, 3:37-42, 3:60-74, 4:35-52;<br>• Langstrom 123 at Figs. 1-2, 5, 2:39-4:6;<br>• Kanall 843 at Figs. 1-4, Abstract, 1:49-57, 2:17-24, 2:68-3:6, 3:39-35;<br>• Stein 213 at Figs. 1-3, Abstract, 1:62-2:2, 2:7-18, 2:52-65, 1:32-40, 2:19-30;<br>• Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33, 5:34-6:4, 6:36-43;<br>• Kuntz 166 at Figs. 1-2, 2:38-67, 3:42-57, 3:64-66, 4:9-21, 5:65-6:9, 7:18-32;<br>• Hanifl 377 at Figs. 1-6, Abstract, 2:28-38;<br>• Miskie 399 at Figs. 1, 7, 8, 4:4-27;<br>• Harvie 964 at Fig. 5, 7:53-8:9;<br>• Harvie 012 at Fig. 5, 6:59-7:15;<br>• Harvie 043 at Fig. 5, 7:54-8:10; |

| 407 Patent Claim Language | Prior Art |
|---|---|
| | • Mahnensmith 262 at Figs 2, 5, 2:30-50, 3:46-55, 5:8-26, 5:37-57, 6:18-43 |
| | • Sanchez 508 at 4:16-28, Figs. 1, 5, 1:59-60, 3:24-26, 3:29-31, 3:33-35; |
| | • Harvie 484 at Fig. 5, ¶¶ 91-94; |
| | • Cheng 321 at Fig. 1, 2A-2B, 7A-7B, 9A, ¶¶ 136, 230-234, 244-246; |
| | • Mahnensmith 080 at Figs 2, 5, ¶¶ 8,17, 23, 25, 30; |
| | • Finger 282 at Fig. 4; |
| | • Van Den Heuvel 894 at Figs. 1, 3, ¶ 42; |
| | • Ozenne 138 at Fig. 1, Abstract, ¶¶ 24, 27-31; |
| | • Damoulin 143 at ¶¶1, 47-50; |
| | • Kuntz 355 at Figs. 1-3, 4:7-17, 4:18-25, 4:59-5:26, 5:27-39, 5:40-49, 6:15-29, 6:30-39, 9:54-10:46; |
| | • Bevan 395 at Figs. 1, 2, 7-8, 1:3-6, 1:113-2:11, 2:12-36, 2:77-98, 3:62-80, 3:91-103, 3:120-122; |
| | • Ishii 107 at Figs. 1-6 and 9-13, ¶¶ 10-18; |
| | • 2007 Omni AMXD User & Maintenance Guide at p. 10; |
| | • |
| | • Omni AMXD / AMXDmax Devices; |
| | • Parmar at pp. 1-2; |
| | • 2014 Medtech Announcement at p. 3; |
| | • 2015 PureWick brochure at pp. 1-7; |
| | • PureWick Prior Art Devices. |
| wherein the wicking material and the impermeable material are dimensioned to shape the receptacle to draw urine flowing from the head of the penis through the wicking material and the porous material into the chamber when the head of the penis is disposed within the receptacle. | See Claim 1, which has nearly identical limitations. |
| | • Keane 768 at Figs. 6-8, 9-10, Abstract, 1:21-41, 2:47-68, 2:69-3:3, 3:3-19, 3:37-42, 3:60-74, 3:75-4:16, 4:35-52, 5:19-24, 5:39-50; |
| | • Langstrom 123 at Figs. 1-2, 5, 2:39-3:1, 3:4-9, 3:15-20, 3:39-56; |
| | • Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33, 5:34-6:4, 6:36-43; |
| | • Kuntz 166 at Figs. 1-2, 2:39-30, 3:45-57, 3:64-66, 4:14-16, 4:19-21; |

| 407 Patent Claim Language | Prior Art |
|---|---|
| | • Kubo 052 at Figs. 1-5, 4:6-16, 2:22-26, 2:46-61, 5:25-34, 6:50-56;<br>• Harvie 964 at Figs. 4-5, 7:12-8:37;<br>• Harvie 012 at Figs. 4-5, 6:18-7:37;<br>• Harvie 043 at Figs. 4-5, 7:18-8:33;<br>• Suzuki 250 at Figs. 1-5, 10B, 11-12 at 6:33-48, 6:66-7:19, 7:47-63, 8:21-24, 8:56-65;<br>• Mahnensmith 262 at Figs. 1-5, Abstract 3:46-4:10, 4:35-55, 5:37-57, 6:18-56;<br>• Sanchez 508 at 4:16-28, Fig. 5, 1:63-2:1, 3:45-47, 4:10-15;<br>• Harvie 484 at Fig. 4-5, ¶¶ 91-94, 101-103;<br>• Wolff 066 at Fig. 5b, 5:56-6:36, 6:42-59<br>• Easter 229 at Figs. 1-9 Abstract, ¶¶ 37, 45, 91;<br>• Mahnensmith 080 at Figs. 1-5, Abstract ¶¶ 17-18, 20-21, 25, 30-31;<br>• Van Den Heuvel 894 at Figs. 1, 3, ¶¶5, 38, 40, 42, 44, 50-51;<br>• Ozenne 138 at Fig. 1, Abstract, ¶¶ 24, 27-31;<br>• Damoulin 143 at ¶¶1, 46-50;<br>• Kuntz 355 at Figs. 1-3, 4:7-17, 4:11-17, 4:18-25, 4:59-5:26, 5:27-39, 5:40-49, 6:15-29, 6:30-39, 9:56-59;<br>• Ishii 107 at Figs. 1-6 and 9-13, ¶¶ 10-18;<br>• 2007 Omni AMXD User & Maintenance Guide at p. 10;<br>• Omni AMXD / AMXDmax Devices;<br>• Hollister Brochure at pp. 1-2;<br>• Hollister 2011 Brochure (2011) at p. 1 |
| **Claim 14** | |
| 14. The urine collection device of claim 13, further comprising a port extending through the portion of the impermeable material to the chamber, | The referenced "portion" is unclear; nevertheless, see Claim 7.<br><br>• Jones 080 at Figs. 1, 8-9, 1:26-35, 1:59-72, 2:51-57;<br>• Keane 768 at Figs. 6-7, 9-10, 2:47-68, 3:37-42, 3:60-74, 3:75-4:16, 4:35-52; |

| 407 Patent Claim Language | Prior Art |
|---|---|
| | • Kanall 843 at Figs. 1-4, Abstract, 1:49-57, 2:17-24, 2:68-3:6, 3:39-35, 1:59-62, 2:57-68, 3:29-35;<br>• Stein 213 at Figs. 1, 3, 2:1-2;<br>• Hessner 418 at 6:36-43;<br>• Kuntz 166 at 2:34-37, 4:21-32;<br>• Conkling 541 at Figs. 8-11, 4:35-40, 5:17-19, 5:22-28, 5:38-45, 6:13-42;<br>• Kubo 052 at Figs. 1-5, 2:46-61, 4:21-26, 6:50-69;<br>• Bernstein 334 at Fig. 4, 3:58-67;<br>• Goulter 277 at Fig. 1, 2, 4, 9, 14, 15, 19, 4:9-21, 7:36-47;<br>• Miskie 399 at Abstract, Figs. 1, 4, 5, 2:10-22, 3:14-16, 3:24-27, 3:33-35, 4:20-22, 4:36-52, 5:18-20;<br>• Harvie 964 at Figs. 4-5, 8:2-10;<br>• Harvie 012 at Figs. 4-5, 7:8-15, 7:25-37;<br>• Harvie 043 at Figs. 4-5, 7:18-8:33;<br>• Suzuki 250 at Figs. 1-5, 10B, 11-12 at 6:33-48, 6:66-7:19, 7:47-63, 8:21-24, 8:56-65;<br>• Mahnensmith 262 at Figs 2, 3, 5; 2:30-50, 3:46-55, 5:8-26, 5:37-57, 6:18-56;<br>• Sanchez 508 at 4:16-28, Figs. 1, 4, 62-63, 3:37-38, 4:29-54;<br>• Harvie 484 at Fig. 4-5, ¶¶ 91-94, 101-103;<br>• Cheng 321 at Fig. 1, 2A-2B, 7A-7B, 9A, ¶¶ 136, 230-234, 244-246;<br>• Wolff 066 at Fig. 5b, 5:56-6:36, 6:42-59;<br>• Mahnensmith 080 at Figs 2, 3, 5; ¶ 8,17, 23, 25, 30, 31;<br>• Finger 282 at Figs. 1, 2, 4, ¶¶ 17;<br>• Medeiros 822 at Figs. 1-2, ¶¶ 39-40;<br>• Van Den Heuvel 894 at Figs. 1, 3, ¶¶5, 38, 40, 42, 44, 50-51;<br>• Ozenne 138 at Fig. 1, Abstract, ¶¶ 24, 27-31;<br>• Damoulin 143 at Fig. 1 ¶¶ 26, 46;<br>• Kuntz 355 at Figs. 1-6, 4:27-40;<br>• Bevan 395 at Figs. 1, 2, 7-8, 2:37-60, 3:28-42, 3:109-114; |

| 407 Patent Claim Language | Prior Art |
|---|---|
| | • Ishii 107 at Figs. 1-6 and 9-13, ¶¶ 10-18;<br>• Parmar at pp. 1-2;<br>• 2014 Medtech Announcement at p. 3;<br>• Hollister Brochure at pp. 1-2;<br>• Hollister 2011 Brochure (2011) at p. 1;<br>• 2015 PureWick brochure at pp. 1-7;<br>• Omni Starter Kit Brochure at p. 1;<br>• Omni Brochure at pp. 1-2;<br>• Omni Presentation at 9, 11-12;<br>• 2007 Omni AMXD User & Maintenance Guide at p. 10;<br>• Omni AMXD / AMXDmax Devices;<br>• 2015 Omni Catalog at pp. 1-4;<br>• Sachtman at pp. 1-2;<br>• PureWick Prior Art Devices. |
| the port being positioned substantially opposite to the opening of the cavity and configured to receive a tube to transport urine from the chamber through the tube, | The cavity is indeterminate and undefined. Nevertheless, having a port positioned substantially opposite an opening of a cavity and configured to receive a tube to transport urine from the chamber through the tube were well known at the time of the alleged invention as described for Claim 7.<br><br>• Jones 080 at Figs. 1, 8-9, 1:26-35, 1:59-72, 2:51-57;<br>• Keane 768 at Figs. 6-7, 9-10, 2:47-68, 3:37-42, 3:60-74, 3:75-4:16, 4:35-52;<br>• Kanall 843 at Figs. 1-4, Abstract, 1:49-57, 2:17-24, 2:68-3:6, 3:39-35, 1:59-62, 2:57-68, 3:29-35;<br>• Stein 213 at Figs. 1-3, Abstract, 1:62-2:2, 2:7-18, 2:52-65, 1:32-40, 2:19-30;<br>• Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33, 5:34-6:4, 6:36-43<br>• Kuntz 166 at 2:34-37, 4:21-32;<br>• Conkling 541 at Figs. 8-11, 4:35-40, 5:17-19, 5:22-28, 5:38-45, 6:13-42;<br>• Kubo 052 at Figs. 1-5, 2:46-61, 4:21-26, 6:50-69, 3:53-4:5, 5:7-24, 5:59-63;<br>• Goulter 277 at Fig. 15, 7:25-35;<br>• Miskie 399 at 5:18-20;<br>• Harvie 964 at Figs. 4-5, 7:12-8:10;<br>• Harvie 012 at Figs. 4-5, 7:8-37; |

| 407 Patent Claim Language | Prior Art |
|---|---|
| | • Harvie 043 at Figs. 4-5, 8:3-33;<br>• Suzuki 250 at Figs. 1-5, 10B, 11-12 at 6:33-48, 6:66-7:19, 7:47-63, 8:21-24, 8:56-65;<br>• Mahnensmith 262 at Figs 2, 3, 5; 2:30-50, 3:46-55, 5:8-26, 5:37-57, 6:18-56;<br>• Sanchez 508 at 4:16-28, Figs. 1, 4, 62-63, 3:37-38, 4:29-54;<br>• Harvie 484 at Fig. 4-5, ¶¶ 91-94, 101-103;<br>• Cheng 321 at Fig. 1, 2A-2B, 7A-7B, 9A, ¶¶ 136, 230-234, 244-246;<br>• Wolff 066 at Fig. 5b, 5:56-6:36, 6:42-59;<br>• Mahnensmith 080 at Figs 2, 3, 5; ¶ 8,17, 23, 25, 30, 31;<br>• Finger 282 at Figs. 1, 2, 4, ¶¶ 17;<br>• Medeiros 822 at Figs. 1-2. ¶¶ 39-40;<br>• Van Den Heuvel 894 at Figs. 1, 3, ¶¶5, 38, 40, 42, 44, 50-51;<br>• Ozenne 138 at Fig. 1, Abstract, ¶¶ 24, 27-31;<br>• Bevan 395 at Figs. 1, 2, 7-8, 2:37-60, 3:28-42, 3:109-114;<br>• Kuntz 355 at Figs. 1-6, 4:7-17, 4:18-25, 4:27-40, 4:59-5:26, 5:27-39, 5:40-49, 6:15-29, 6:30-39, 7:4-8, 9:54-10:46;<br>• Ishii 107 at Figs. 1-6 and 9-13, ¶¶ 10-18;<br>• Parmar at pp. 1-2;<br>• 2014 Medtech Announcement at p. 3;<br>• Hollister Brochure at pp. 1-2;<br>• Hollister 2011 Brochure (2011) at p. 1;<br>• 2015 PureWick brochure at pp. 1-7;<br>• Omni Starter Kit Brochure at p. 1;<br>• Omni Brochure at pp. 1-2;<br>• Omni Presentation at 9, 11-12;<br>• 2015 Omni Catalog at pp. 1-4;<br>• 2007 Omni AMXD User & Maintenance Guide at p. 10;<br>• Omni AMXD / AMXDmax Devices;<br>• Sachtman at pp. 1-2;<br>• PureWick Prior Art Devices. |

| 407 Patent Claim Language | Prior Art |
|---|---|
| wherein the receptacle is configured to draw urine flowing from the head of the penis through the wicking material and the porous material into the chamber when a vacuum is applied within the chamber via the tube received by the port. | See Claims 1 and 8.<br><br>• Keane 768 at Figs. 6-8, 9-10, Abstract, 1:21-41, 2:47-68, 2:69-3:3, 3:3-19, 3:37-42, 3:60-74, 3:75-4:16, 4:35-52, 5:19-24, 5:39-50;<br>• Langstrom 123 at Figs. 1-2, 5, 2:39-3:1, 3:4-9, 3:15-20, 3:39-56;<br>• Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33, 5:34-6:4, 6:36-43;<br>• Kuntz 166 at Figs. 1-2, 2:39-30, 3:45-57, 3:64-66, 4:14-16, 4:19-21;<br>• Kubo 052 at Figs. 1-5, 4:6-16, 2:22-26, 2:46-61, 5:25-34, 6:50-56;<br>• Harvie 964 at Figs. 4-5, 7:12-8:37;<br>• Harvie 012 at Figs. 4-5, 6:18-7:37;<br>• Harvie 043 at Figs. 4-5, 7:18-8:33;<br>• Suzuki 250 at Figs. 1-5, 10B, 11-12 at 6:33-48, 6:66-7:19, 7:47-63, 8:21-24, 8:56-65;<br>• Mahnensmith 262 at Figs. 1-5, Abstract 3:46-4:10, 4:35-55, 5:37-57, 6:18-56;<br>• Sanchez 508 at 4:16-28, Fig. 5, 1:63-2:1, 3:45-47, 4:10-15;<br>• Harvie 484 at Fig. 4-5, ¶¶ 91-94, 101-103;<br>• Wolff 066 at Fig. 5b, 5:56-6:36, 6:42-59<br>• Easter 229 at Figs. 1-9 Abstract, ¶¶ 37, 45, 91;<br>• Mahnensmith 080 at Figs. 1-5, Abstract ¶¶ 17-18, 20-21, 25, 30-31;<br>• Van Den Heuvel 894 at Figs. 1, 3, ¶¶5, 38, 40, 42, 44, 50-51;<br>• Ozenne 138 at Fig. 1, Abstract, ¶¶ 24, 27-31;<br>• Damoulin 143 at ¶¶1, 46-50;<br>• Kuntz 355 at Figs. 1-3, 4:7-17, 4:11-17, 4:18-25, 4:59-5:26, 5:27-39, 5:40-49, 6:15-29, 6:30-39, 9:56-59;<br>• Ishii 107 at Figs. 1-6 and 9-13, ¶¶ 10-18;<br>• 2007 Omni AMXD User & Maintenance Guide at p. 10;<br>• Omni AMXD / AMXDmax Devices;<br>• Hollister Brochure at pp. 1-2; |

| 407 Patent Claim Language | Prior Art |
|---|---|
| | • Hollister 2011 Brochure (2011) at p. 1 |

| Claim 15 | |
|---|---|
| 15. The urine collection device of claim 13, wherein a portion of the wicking material is positioned opposite to the opening of the receptacle and adjacent to the portion of the porous material defining the chamber. | Devices with a portion of wicking material opposite the opening of a receptacle and adjacent a portion of porous material defining a chamber were well known at the time of the alleged invention.  See similar limitation in Claim 10.<br><br>• Jones 080 at Figs. 1, 8-9, 2:37-65, 2:70-79, 3:15-31;<br>• Keane 768 at Figs. 6-8, 9-10, 2:57-60, 2:69-3:12, 3:37-47, 3:60-74, 3:75-4:16, 6:22-25, 3:4-9, 3:35-52;<br>• Langstrom 123 at Figs. 1-2, 5, 2:39-3:1, 3:4-9, 3:15-20, 3:39-56;<br>• Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33, 5:34-6:4, 6:36-43;<br>• Kuntz 166 at Figs. 1-2, 2:39-30, 3:45-57, 3:64-66, 4:14-16, 4:19-21;<br>• Kubo 052 at Figs. 1-5, 4:6-16, 2:22-26, 2:46-61, 5:25-34, 6:15-39, 6:50-56;<br>• Harvie 964 at Fig. 5, 7:55-8:10;<br>• Harvie 012 at Fig. 5, 6:59-7:15;<br>• Harvie 043 at  Fig. 5, 7:54-8:10;<br>• Suzuki 250 at Figs. 1-5, 10B, 11-12 at 6:33-48, 6:66-7:19, 7:47-63, 8:21-24, 8:56-65;<br>• Goldwasser 320 at Figs. 3-4;<br>• Mahnensmith 262 at Figs. 1-5, Abstract 3:46-4:10, 4:35-55, 5:37-57, 6:18-56;<br>• Sanchez 508 at 4:16-28, Figs. 1, 5, 1:59-2:1, 3:24-35, 3:45-47, 4:10-15;<br>• Mahnensmith 080 at Figs. 1-5, Abstract ¶¶ 17-18, 20-21, 25, 30-31;<br>• Harvie 484 at Fig. 5, ¶¶ 91-92;<br>• Wolff 066 at Fig. 5b, 5:56-6:36, 6:42-59;<br>• Van Den Heuvel 894 at Figs. 1, 3, ¶¶5, 38, 40, 42, 44, 50-51;<br>• Kuntz 355 at Figs. 1-3, 4:7-17, 4:18-25, 4:59-5:26, 5:27-39, 5:40-49, 6:15-29, 6:30-39, 9:54-10:46; |

| 407 Patent Claim Language | Prior Art |
|---|---|
| | • Ishii 107 at Figs. 1-6 and 9-13, ¶¶ 10-18;<br>• 2007 Omni AMXD User & Maintenance Guide at p. 10;<br>• Omni AMXD / AMXDmax Devices;<br>• 2014 Medtech Finalists;<br>• 2014 Medtech Announcement at p. 3;<br>• 2015 PureWick brochure at pp. 1-7;<br>• PureWick Prior Art Devices. |

The asserted claims of the 407 patent are also invalid for obviousness-type double patenting at least in view of the 376 and 989 Patents as the asserted claims of the 407 patent are obvious in view of claims of those patents (see, e.g., claims 1, 6, 7-9, 10,11, 13 and 14 of the 376 patent and claims 1, 2, 3, and 7 of the 989 patent).

Sage further identifies the following additional prior art, which is prior art under Sections 102 and 103 including the on-sale bar provisions: The PureWick Prior Art Devices and Omni Medical AMXD and AMXDMax Devices (including the male devices) as described above. However, as discussed above, Sage's contentions with respect to the PureWick Prior Art Devices and other devices are based on information that is publicly available and the limited information that PureWick has produced to date. As previously discussed, Sage expects additional discovery on these devices is forthcoming. The Hollister Male Urinary Pouch External Collection Device ("Hollister Urinary Device") was also publicly known, as shown by the 2011 Hollister Brochure. To date, Sage has been unable to provide additional information relating to this art because, as discussed herein, PureWick has failed to provide information regarding the prior disclosures and sales of its devices or other prior art of which it was aware including information in PureWick's possession regarding PureWick's devices and the Omni and Hollister products.

Sage also relies on and incorporates by reference, as if originally set forth herein, all prior

art cited during the prosecution of the 508, 376, and 989 Patents to the extent not already identified.

Sage also relies on and incorporates by reference, as if originally set forth herein, all prior art cited during the prosecution of related, or purportedly related, patents to the extent not already identified.

Sage further incorporates by reference, as if originally set forth herein, all prior art cited during prosecution of the 508, 376, 989, or 407 Patents, as well as U.S. Pat. No. 10,376,406, Patent Application Nos. PCT/US2016/049274, PCT/US2017/35625, PCT/US2017/43025, 15/171,968, 15/260,103, 14/952,591, 14/947,759, 16/452,145, 16/245,726, 16/369,676, 14/625,469, 29/694,002, 29/624,661, 16/904,868, 16/905,400, 14/952,591, 14/625,469, 15/611,587, 15/612,325, 16/452,258, 16/899,956, Provisional Patent Application Nos. 62/414,963, 62/485,578, 62/084,078, 62/082,279, or 61/955,537, or Patent Publication Nos. 2016/0374848, 2016/0367226, 2015/14947759, 2017/0266031, 2017/0348139, 2017/0252202, 2019/0314190, 2019/0142624, or 2019/0224036.  Sages also relies on and incorporates by reference, as if originally set forth herein, all prior art cited in the sections of these Contentions in connection with the 508, 376, or 989 Patents, to the extent not already identified in this section.

Sage has not been able to address additional prior art because, to date, Plaintiff has not produced prior art in its possession including information regarding when its own products were offered for sale or on sale and public disclosures of its products including in brochures and the like. PureWick has also not provided information on its related patent application filings, hampering Sage's ability to assess double patenting issues or identify other potential relevant prior art.

Sage further contends that each of the Asserted Claims of the 407 Patent is invalid under 35 U.S.C. § 112 for indefiniteness and/or failure to contain a sufficient written description of or enable the alleged inventions.

Section 112(a) requires that: "The specification shall contain a written description of the invention, and of the manner and process of making and using it, in such full, clear, concise, and exact terms as to enable any person skilled in the art to which it pertains, or with which it is most nearly connected, to make and use the same. . . ." That is particularly true in view of how PureWick now apparently interprets the claims. It is difficult for Sage to assess fully the written description issues because PureWick has not explained how Sage has infringed certain claim elements but argues infringement nevertheless. The asserted 407 Patent fails to satisfy this statutory requirement at least because, *inter alia*, the specification fails to contain sufficient written description to establish that the inventors possessed the full scope of the alleged invention as claimed. For example, to the extent that Plaintiff alleges the scope of the claims cover the PrimoFit™ product, the specification did not adequately describe: "cavity," "interior portion," "chamber of void space positioned within the interior portion of the device between the flexible layer of porous material and the flexible layer of impermeable material," "the chamber being defined at least partially by the second side of the porous material and the flexible layer of impermeable material," the chamber "configured to collect urine for transport," the chamber "having a port for receiving a tube . . .", "a receptacle . . . dimensioned and configured to receive a head of the penis . . . ," "the flexible layer of impermeable material . . . dimensioned and configured to shape the receptacle to receive the head of the penis . . ," "the receptacle . . . configured to draw urine flowing from said penis through the flexible wicking material and the porous material into the chamber . . . ," a "chamber positioned substantially opposite to the opening," a "port being positioned substantially opposite to the opening of the cavity," or a "port extending through the impermeable material," or "gauze."

Section 112(b) requires that: "The specification shall conclude with one or more claims

particularly pointing out and distinctly claiming the subject matter which the applicant regards as his invention." The Asserted Claims of the 407 Patent fail to satisfy this statutory requirement because, *inter alia*, at least the following claim terms are indefinite: "wicking material," "chamber of void space," "the chamber being defined at least partially by the second side of the porous material and the flexible layer of impermeable material," "configured to collect urine for transport," a "receptacle . . . dimensioned and configured to receive a head of the penis within the receptacle," "wherein the flexible wicking material and the flexible layer of impermeable material are dimensioned and configured to shape the receptacle to receive the head of the penis therein," "a chamber positioned substantially opposite to the opening," "the port being positioned substantially opposite to the opening of the cavity," "receptacle . . . being shaped to receive at least a head of a penis," "wherein the chamber is void space," "the chamber being partially defined by a portion of the flexible porous material and a portion of the impermeable material," "the port being positioned substantially opposite to the opening of the cavity," "a lip for retaining urine within the receptacle," "gauze," "a port extending through the impermeable material to the chamber," the "cavity," or the "portion."

Claims 1, 2, 5, 8 and 13-15 are indefinite for claiming an apparatus and reciting method steps for the apparatus.

The Asserted Claims of the 407 Patent are also invalid for obviousness-type double patenting at least in view of U.S. Patent Nos. 10,226,376, 10,390,989, and 10,376,406 as the Asserted Claims of the 407 Patent are obvious in view of claims of those patents (*see, e.g.,* claim 7 of the 407 Patent and claim 1 of the 376 Patent).

Sage also identifies, and hereby incorporates by reference, as if originally set forth herein, its allegations of invalidity set forth in its Answer and Counterclaims filed on June 1, 2020 and

particularly the allegations in paragraphs 100-108 of the Counterclaims. Sage incorporates by reference, as if originally set forth herein, any additional allegations asserted in subsequent pleadings as well. Sage further incorporates arguments for non-patentability raised by the Patent Office during the prosecution of the 407 Patent application.

Sage also relies on and incorporates by reference, as if originally set forth herein, all pleadings in which invalidity was alleged, including in interrogatory responses, in this civil action.

As noted previously, Sage expects that further discovery and investigation will reveal additional invalidating prior art, information, and defenses, particularly given PureWick's failure to provide relevant information.  Accordingly, Sage reserves the right to amend and/or supplement these Invalidity Contentions based on its ongoing investigation and future discovery and investigation.

## ADDITIONAL INFORMATION REGARDING REFERENCES AND COMBINATIONS

Pursuant to the Court's October 28, 2020 Order (D.I. 89), Sage identifies the following references: Cheng 321, Coley 804, Chiku 946, DesMarais 130, Fell 044, Flower 300, Hanifl 377, Harvie 012, Ishii 107, Jones 080, Keane 768, Kuntz 166, Kuntz EP355, Krebs 074, Langstrom 123, Macaulay 2007, Mahnensmith 080, Medtech Finalists 2014, Stewart 794, Okabe 547, 2007 Omni Medical User & Maintenance Guide; Omni Medical AMXD/DMax Devices, Osborn 212, Ozenne 138,  Petryk 872, PureWick Prior Art Devices, Sanchez 508, Suzuki 250, Tong 356, Tsai 554, Van Den Heuvel 823, Washington 508, Wolff 784.

These references anticipate and/or render obvious one or more claims of the 508 Patent, 376 Patent, 989 Patent, and/or 407 Patent. The detailed bases for these contentions are found in the sections and charts above including identification of where each element of the asserted claims was known in the art, where each asserted reference discloses elements of the asserted patent

claims, and reasons for combining the asserted references including knowledge in the art (if needed). As explained above, numerous references anticipate the claims (including to the extent that they incorporate other art by reference). But, as explained above, to the extent that an identified anticipatory reference does not anticipate, that reference renders the asserted claims obvious in view of the knowledge of a person of ordinary skill in the art at the time of the alleged inventions (for example, as discussed in the 508 IPR). Indeed, as discussed in detail above, many aspects of the claimed inventions were well known in the art and well within the knowledge of any ordinarily skilled artisans including known design choices (*see* pages 19-28, 89-103, 225-233.) In addition to anticipation or obviousness of a reference in view of the ordinarily skilled artisan, pursuant to the Court's October 28, 2020 Order (D.I. 89), the below combinations of two references, in view of the knowledge of a person of ordinary skill in the art, render the claims obvious.

*508 Patent*: Flower 300 in combination with Coley 804; Keane 768 in combination with Mahnensmith 080; Kuntz 166 in combination with DesMarais; Kuntz EP355 in combination with Mahnensmith 080; Mahnensmith 080 in combination with Osborn 212; and Omni AMXD/ AMXDMax Devices (TBD).

*376 Patent and 989 Patent*: Keane 768 in combination with Fell 044; Kuntz 166 in combination with Van Den Heuvel 823; Sanchez 508 in combination with PureWick Prior Art Devices; Van Den Heuvel 823 in combination with (a) Coley, (b) Okabe 547, (c) Sanchez 508, (d) Tong; and Washington 508 in combination with Sanchez 508.

*407 Patent*: Hanifl 377 in combination with Harvie 012; Harvie 012 in combination with Sanchez 508; Ishii 107 in combination with Harvie 012; Keane 768 in combination with Sanchez 508; and Langstrom 123 in combination with Keane 768.

Sage reserves the right to add to, amend, or supplement the foregoing based on, *inter alia*,

the Court's claim construction and the discovery of additional information including the production of additional information by PureWick and other third parties as well as consultation with experts and expert testimony.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Anne Shea Gaza

Of Counsel:

Robert A. Surrette
Sandra A. Frantzen
Christophert M. Scharff
Bryce R. Persichetti
McAndrews, Held & Malloy, Ltd
500 West Madison Street
Chicago, IL 60661
(312) 775-8000
bsurrette@mcandrews-ip.com
sfrantzen@mcandrews-ip.com
cscharff@mcandrews-ip.com
bpersichetti@mcandrews-ip.com

Anne Shea Gaza (No. 4093)
Samantha G. Wilson (No. 5816)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
swilson@ycst.com

*Attorneys for Defendant*
*Sage Products, LLC*

Dated:  December 18, 2020

## <u>CERTIFICATE OF SERVICE</u>

I, Anne Shea Gaza, hereby certify that on December 18, 2020, I caused a true and correct

copy of the foregoing document to be served on the following counsel in the manner indicated:

### <u>BY E-MAIL</u>

John W. Shaw, Esquire
Karen E. Keller, Esquire
Nathan R. Hoeschen, Esquire
Shaw Keller LLP
I.M. Pei Building
1105 North Market Street
12th Floor
Wilmington, DE 19801
*jshaw@shawkeller.com*
*kkeller@shawkeller.com*
*nhoeschen@shawkeller.com*

Steven C. Cherny, Esquire
Brian P. Biddinger, Esquire
Matthew A. Traupman, Esquire
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
*stevencherny@quinnemanuel.com*
*brianbiddinger@quinnemanuel.com*
*matthewtraupman@quinnemanuel.com*

Amanda K. Antons, Esquire
Quinn Emanuel Urquhart & Sullivan, LLP
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
*amandaantons@quinnemanuel.com*

*Attorneys for Plaintiff/Counterclaim Defendant*

Dated:  December 18, 2020

YOUNG CONAWAY STARGATT
& TAYLOR, LLP


*/s/ Anne Shea Gaza*
Anne Shea Gaza (No. 4093)
Samantha G. Wilson (No. 5816)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
swilson@ycst.com

*Attorneys for Defendant and Counterclaim*
*Plaintiff Sage Products, LLC*

25669520.1

# Exhibit 4

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

PUREWICK CORPORATION,

      Plaintiff/Counterclaim Defendant,

      v.

SAGE PRODUCTS, LLC,

      Defendant/Counterclaim Plaintiff.

C. A. No. 19-1508-MN

---

**SAGE'S THIRD SUPPLEMENTAL INVALIDITY CONTENTIONS REGARDING
U.S. PATENT NOS. 8,287,508, 10,226,375, 10,390,989, AND 10,376,407**

Defendant Sage Products, LLC ("Sage") hereby provides the following third supplemental Invalidity Contentions regarding U.S. Patent No. 8,287,508 ("the 508 Patent"), U.S. Patent No. 10,226,376 ("the 376 Patent"), U.S. Patent No. 10,390,989 ("the 989 Patent"), and U.S. Patent No. 10,376,407 ("the 407 Patent") pursuant to the Scheduling Order and the Court's October 28, 2020 Order.[1]  (D.I. 56, 89.)  Specifically, with regard to these asserted patents, Paragraph 7(d) provides that "Defendant shall produce its initial invalidity contentions for each asserted claim, as well as the known related invalidating references."   Accordingly, Sage provides its supplemental invalidity contentions for those patents as follows:

**PRELIMINARY STATEMENT**

Sage expressly reserves its right to amend and supplement these Invalidity Contentions.

---

[1] Sage provides these invalidity contentions despite Plaintiff's continued failure to provide adequate infringement contentions pursuant to paragraph 7(c) of the Scheduling Order and the fact that Plaintiff still has not provided sufficient responses to the requested discovery regarding its prior art devices, despite being ordered to provide that information by the Court in response to Sage's motion to compel.

Plaintiff (also referred to herein as "PureWick") has not yet proffered (a) its proposed constructions of all of the terms of the asserted claims, (b) the bases and supporting evidence for such proposed constructions of all the terms, (c) its Final Infringement Contentions, or (d) responses to Interrogatories that bear on invalidity. Similarly, the Court has not provided a Court order regarding the construction of the claims of the asserted patents and Sage has not yet received a final transcript of the hearing. The Court's final claim constructions, as well as constructions addressed thereafter pursuant the Court's Order to narrow the number of terms for construction, may affect Sage's Invalidity Contentions provided herein.  Accordingly, Sage reserves its right to amend and/or supplement these contentions.

Sage's invalidity contentions are not intended to proffer any proposed claim constructions. In fact, Sage has prepared these contentions, in part, based on alternative potential claim constructions for certain claim terms, including certain constructions that Sage believes Plaintiff has adopted or may adopt. In particular, these invalidity contentions are based in whole or in part on Sage's present understanding of Plaintiff's positions as set forth, for example, in Plaintiff's Infringement Contentions, including any express or implied interpretations of the asserted claim terms, as well as Plaintiff's claim construction briefing to date.  Sage disputes the infringement positions taken by Plaintiff, along with the express or implied claim interpretations upon which Plaintiff relies to support them. Sage specifically objects to Plaintiff's Infringement Contentions as vague, ambiguous, and conclusory.  Sage submits these Invalidity Contentions without waiving any arguments about the sufficiency or substance of Plaintiff's Infringement Contentions, and without waiving any challenges to Plaintiff's claim constructions.

Sage has also prepared these Invalidity Contentions, in part, based on Plaintiff's apparent view of certain prior art.  By including prior art in these contentions that would anticipate and/or

render obvious any of the asserted claims based on the apparent scope or construction applied by Plaintiff, Sage is not conceding in any way the accuracy of Plaintiff's proposed claim scope, constructions, or views, and such inclusion should not be construed as an admission that the prior art meets the particular claim elements under all possible alternative constructions. Sage reserves the right to proffer non-infringement bases that are in the alternative to any bases for invalidity presented in this document. Sage is not liable for patent infringement unless an asserted claim is both valid and infringed. In light of the prior art disclosed herein, none of the asserted claims are both valid and infringed.

Sage reserves its right to amend and supplement these contentions based on information learned through fact and expert discovery in this action. For example, PureWick to date has not provided sufficient discovery on prior art despite Sage's long outstanding requests and the Court's Order to do so including prior art on PureWick's own publicly available embodiments. The requested prior art is important to Sage's defenses and continued withholding of the art is prejudicial. Some of the deficiencies with PureWick's production of discovery is set forth in the letter from Bryce Persichetti to Amanda Antons dated April 10, 2020, May 15, 2020, June 19, 2020, and July 16, 2020, and was further addressed in letter briefing before the Court and the Court's Order on discovery including Interrogatory No. 6. Additional correspondence on missing information was set forth in correspondence dated January 15, 2021, incuding with respect to deficiencies on Interrogatory Nos. 5, 6, and 16, as well as correspondence dated February 6, 2021.

Sage reserves the right to revise its contentions concerning the invalidity of the asserted claims, which may change depending upon the Court's construction of the asserted claims, and any findings as to the priority date of the asserted claims, and/or positions that Plaintiff or its fact or expert witness(es) may take concerning claim construction, infringement, and/or invalidity

issues.  In addition, Sage reserves the right to raise additional prior art and invalidity defenses not included in these Invalidity Contentions based on additional fact discovery and expert discovery or other issues raised by Plaintiff.  Sage further reserves the right to amend these Invalidity Contentions should, for example, Plaintiff provide any information that it failed to provide in its disclosures pursuant to Paragraph 7(c) of the Scheduling Order.

Sage further states that, due to the impact of COVID-19 shut down, it has not been able to access certain physical resources available to it including access to information in libraries, in offices, and the like.  This has hampered Sage's ability to prepare these Invalidity Contentions.

Sage further notes that narrowing at this stage in the litigation is premature particularly given that claim construction has not started, Plaintiff has not provided prior art, and expert discovery has not begun.

While not required by the Scheduling Order or Default Standard, to assist Plaintiff, Sage provides accompanying invalidity claim charts listing specific examples of where prior art references disclose, either expressly or inherently, each limitation of the asserted claims and/or examples of disclosures in view of which a person of ordinary skill in the art at the time each of the alleged inventions was made, would have considered each limitation, and therefore the claim as a whole, obvious.  The references, however, may contain additional support upon which Sage may rely.  If citations are included in a claim chart, they are meant to be illustrative, not exhaustive. For any given quotation or excerpt, for example, Sage reserves the right to introduce other text and images (including, but not limited to, surrounding, related, or explanatory text, images, or uncited portions of the prior art references) from the same or other documents that may help to provide context to the quotation or excerpt.  Furthermore, if Sage cites to a particular figure in a reference, the citation should be understood to encompass the caption and description of the figure and any

text relating to the figure. Similarly, if Sage cites to a particular text referring to a figure, the citation should be understood to include the corresponding figure as well. Sage may also rely on other documents and information, including cited references and prosecution histories for the asserted patents (and related patents and/or patent applications), and witness testimony, including expert testimony, to explain, amplify, illustrate, demonstrate, provide context or aid in understanding the cited portions of the references.

**Sage's Invalidity Contentions Regarding U.S. Pat. No. 8,287,508**

Plaintiff asserts claims 1, 3-8, and 17-19 of the 508 Patent ("Asserted Claims of the 508 Patent"). Sage contends that each of the Asserted Claims of the 508 Patent is invalid for at least the reasons set forth below. Sage notes that Plaintiff has withdrawn infringement allegations relating to claims 2 and 9-16, which Plaintiff originally asserted in its complaint or its original contentions and no longer asserts. Sage has relied on this withdrawal in preparing these contentions as well as preparing for discovery in this case. Sage further incorporates by reference its Inter Partes Review Petition for the 508 Patent (IPR2020-01426), supporting Declaration of Dr. Diane Newman, D.N.P., F.A.A.N. ("Newman at -"), and exhibits cited therein.

Each of the references below qualifies as prior art under one or more sections of 35 U.S.C. §§ 102 and/or 103. For example, most (if not all) of the listed references qualify as prior art under at least 35 U.S.C. §§ 102(a), 102(b), and/or 102(e).[2] The invalidating disclosure in each of the listed references is express and/or inherent. Also, as shown below, any reference anticipating an asserted claim pursuant to 35 U.S.C. § 102 also renders the claim obvious pursuant to 35 U.S.C.

---

[2] Conditions for patentability are set forth in 35 U.S.C. 102 and 103. For example, prior art patents issued, and prior art publications published, more than one year before the pertinent application date for each asserted claim are § 102(b) prior art against that claim. Similarly, prior art patents issued, and prior art publications published, before the pertinent application date for each asserted claim are § 102(a) prior art against that claim. *See* pre-AIA 35 U.S.C. §§ 102(a) & (b).

§ 103 when viewed alone or in combination with other prior art references or with the knowledge of a person of ordinary skill in the art.  The references cited herein may also be relied upon to show the state of the art in the relevant time frames or provide background regarding the alleged invention or knowledge of an ordinarily skilled artisan.

For the convenience of the reader, Sage identifies the prior art for this disclosure in the following order.  First, Sage lists U.S. Patents in ascending numerical order.  Second, Sage lists foreign patents or published applications in alphabetical order by type and then ascending numerical order.  Third, Sage lists publications alphabetically.

Prior art under 35 U.S.C. § 102 and/or 35 U.S.C. § 103 for the 508 Patent claims include the following (including any U.S. and foreign counterparts thereof):

- U.S. Patent No. 1,742,080 ("Jones 080")
- U.S. Patent No. 2,644,234 ("Scott 234")
- U.S. Patent No. 2,968,046A ("Duke 046")
- U.S. Patent No. 3,087,938 ("Hans 938")
- U.S. Patent No. 3,198,994 ("Hilderbrant 994")
- U.S. Patent No. 3,312,981 ("McGuire 981")
- U.S. Patent No. 3,349,768 ("Keane 768")
- U.S. Patent No. 3,400,717 ("Bruce 717")
- U.S. Patent No. 3,406,688 ("Bruce 688")
- U.S. Patent No. 3,511,241 ("Lee 241")
- U.S. Patent No. 3,512,185A ("Ellis 185")
- U.S. Patent No. 3,520,300 ("Flower 300")
- U.S. Patent No. 3,613,123 ("Langstrom 123")

- U.S. Patent No. 3,651,810 ("Ormerod 810")

- U.S. Patent No. 4,200,102A ("Duhamel 102")

- U.S. Patent No. 4,202,058 ("Anderson 058")

- U.S. Patent No. 4,233,025 ("Larson 025")

- U.S. Patent No. 4,246,901 ("Frosch 901")

- U.S. Patent No. 4,257,418 ("Hessner 418")

- U.S. Patent No. 4,270,539 ("Frosch 539")

- U.S. Patent No. 4,352,356 ("Tong 356")

- U.S. Patent No. 4,425,130 ("DesMarais")

- U.S. Patent No. 4,453,938 ("Brendling 938")

- U.S. Patent No. 4,526,688 ("Schmidt 688")

- U.S. Patent No. 4,528,703A ("Kraus 703")

- U.S. Patent No. 4,610,675 ("Triunfol 675")

- U.S. Patent No. 4,627,846 ("Ternstrom 846")

- U.S. Patent No. 4,631,061 ("Martin 061")

- U.S. Patent No. 4,650,477 ("Johnson 477")

- U.S. Patent No. 4,692,160A ("Nussbaumer 160")

- U.S. Patent No. 4,713,066 ("Komis 066")

- U.S. Patent No. 4,747,166 ("Kuntz 166")

- U.S. Patent No. 4,769,215A ("Ehrenkranz 215")

- U.S. Patent No. 4,772,280 ("Rooyakkers 280")

- U.S. Patent No. 4,790,835 ("Elias 835")

- U.S. Patent No. 4,791,686A ("Taniguchi 686")

- U.S. Patent No. 4,795,449 ("Schneider 449")

- U.S. Patent No. 4,799,928A ("Crowley 928")

- U.S. Pat. No. 4,804,377 ("Hanifl 377")

- U.S. Patent No. 4,820,297 ("Kaufman 297")

- U.S. Patent No. 4,846,909 ("Klug 909")

- U.S. Patent No. 4,882,794 ("Stewart 794")

- U.S. Patent No. 4,883,465 ("Brennan 465")

- U.S. Patent No. 4,886,508 ("Washington 508")

- U.S. Patent No. 4,886,509 ("Mattsson 509")

- U.S. Patent No. 4,889,533A ("Beecher 533")

- U.S. Patent No. 4,905,692 ("More 692")

- U.S. Patent No. 5,002,541 ("Conkling 541")

- U.S. Patent No. 5,004,463A ("Nigay 463")

- U.S. Patent No. 5,031,248 ("Kemper 248")

- U.S. Patent No. 5,049,144 ("Payton 144")

- U.S. Patent No. 5,071,347 ("McGuire 347")

- U.S. Patent No. 5,084,037 ("Barnett 037")

- U.S. Patent No. 5,147,301 ("Ruvio 301")

- U.S. Patent No. 5,195,997 ("Carns 997")

- U.S. Patent No. 5,203,699 ("McGuire 699")

- U.S. Patent No. 5,244,458 ("Takasu 458")

- U.S. Patent No. 5,295,983A ("Kubo 983")

- U.S. Patent No. 5,300,052 ("Kubo 052")

- U.S. Patent No. 5,382,244 ("Telang 244")

- U.S. Patent No. 5,628,735 ("Skow 735")

- U.S. Patent No. 5,636,643 ("Argenta 643")

- U.S. Patent No. 5,674,212 ("Osborn 212")

- U.S. Patent No. 5,678,564 ("Lawrence 564")

- U.S. Patent No. 5,687,429 ("Rahlff 429")

- U.S. Patent No. 5,695,485 ("Duperret 485")

- U.S. Patent No. 5,752,944 ("Dann 944")

- U.S. Patent No. 5,772,644 ("Bark 644")

- U.S. Patent No. 5,827,247 ("Kay  247")

- U.S. Patent No. 5,827,250 ("Fujioka 250")

- U.S. Patent No. 5,827,257 ("Fujioka 257")

- U.S. Patent No. 5,887,291 ("Bellizzi 291")

- U.S. Patent No. 5,894,608 ("Birbara 608")

- U.S. Patent No. 5,911,222 ("Lawrence 222")

- U.S. Patent No. 5,957,904 ("Holland 904")

- U.S. Patent No. 5,972,505 ("Philips 505")

- U.S. Patent No. 6,063,064 ("Tuckey 064")

- U.S. Patent No. 6,105,174 ("Nygren 174")

- U.S. Patent No. 6,113,582 ("Dwork 582")

- U.S. Patent No. 6,117,163 ("Bierman 163")

- U.S. Patent No. 6,123,398 ("Arai 398")

- U.S. Patent No. 6,129,718 ("Wada 718")

- U.S. Patent No. 6,177,606 ("Etheredge 606")

- U.S. Patent No. 6,209,142 ("Mattsson 142")

- U.S. Patent No. 6,248,096 ("Dwork 096")

- U.S. Patent No. 6,311,339B1 ("Kraus 339")

- U.S. Patent No. 6,336,919 ("Davis 919")

- U.S. Patent No. 6,338,729 ("Wada 729")

- U.S. Patent No. 6,409,712 ("Cragoe 712")

- U.S. Patent No. 6,416,500 ("Wada 500")

- U.S. Patent No. 6,475,198 ("Lipman 198")

- U.S. Patent No. 6,479,726 ("Cole 726")

- U.S. Patent No. 6,540,729 ("Wada 729")

- U.S. Patent No. 6,547,771 ("Robertson 771")

- U.S. Patent No. 6,569,133 ("Cheng 133")

- U.S. Patent No. 6,592,560 ("Snyder 560")

- U.S. Patent No. 6,620,142 ("Fluckiger 142")

- U.S. Patent No. 6,702,793 ("Sweetser 793")

- U.S. Patent No. 6,706,027 ("Harvie 027")

- U.S. Patent No. 6,732,384B2  ("Scott 384")

- U.S. Patent No. 6,740,066 ("Wolff 066")

- U.S. Patent No. 6,783,519 ("Samuelsson 519")

- U.S. Patent No. 6,814,547 ("Childers 547")

- U.S. Patent No. 6,849,065 ("Schmidt 065")

- U.S. Patent No. 6,857,137B2 ("Otto 137")

- U.S. Patent No. 6,888,044 ("Fell 044")

- U.S. Patent No. 6,912,737 ("Ernest 737")

- U.S. Patent No. 6,918,899 ("Harvie 899")

- U.S. Patent No. 6,979,324 ("Bybordi 324")

- U.S. Patent No. 7,018,366 ("Easter 366")

- U.S. Patent No. 7,131,964 ("Harvie 964")

- U.S. Patent No. 7,135,012 ("Harvie 012")

- U.S. Patent No. 7,141,043 ("Harvie 043")

- U.S. Patent No. 7,171,699 ("Ernest 699")

- U.S. Patent No. 7,179,951 ("Krishnaswamy-Mirle 951")

- U.S. Patent No. 7,181,781 ("Trabold 781")

- U.S. Patent No. 7,186,245 ("Cheng 245")

- U.S. Patent No. 7,192,424 ("Cooper 424")

- U.S. Patent No. 7,220,250 ("Suzuki 250")

- U.S. Patent No. 7,335,189 ("Harvie 189")

- U.S. Patent No. 7,358,282 ("Kreuger 282")

- U.S. Patent No. 7,390,320 ("Machida 320")

- U.S. Patent No. 7,488,310 ("Yang 310")

- U.S. Patent No. 7,520,872 ("Biggie 872")

- U.S. Patent No. 7,588,560 ("Dunlop 560")

- U.S. Patent No. 7,682,347 ("Parks 347")

- U.S. Patent No. 7,695,459 ("Gilbert 459")

- U.S. Patent No. 7,695,460 ("Wada 460")

- U.S. Patent No. 7,699,818 ("Gilbert 818")

- U.S. Patent No. 7,699,831 ("Bengatson 831")

- U.S. Patent No. 7,722,584 ("Tanaka 584")

- U.S. Patent No. 7,727,206 ("Gorres 206")

- U.S. Patent No. 7,740,620 ("Gilbert 620")

- U.S. Patent No. 7,749,205 ("Tazoe 205")

- U.S. Patent No. 7,755,497 ("Wada 497")

- U.S. Patent No. 7,766,887 ("Burns 887")

- U.S. Patent No. 7,833,169 ("Hannon 169")

- U.S. Patent No. 7,866,942 ("Harvie 942")

- U.S. Patent No. 7,871,385 ("Levinson 385")

- U.S. Patent No. 7,875,010 ("Frazier 010")

- U.S. Patent No. 7,901,389 ("Mombrinie 389")

- U.S. Patent No. 7,927,321 ("Marland 321")

- U.S. Patent No. 7,931,634 ("Swiecicki 634")

- U.S. Patent No. 7,939,706 ("Okabe 706")

- U.S. Patent No. 7,976,519 ("Bubb 519")

- U.S. Patent No. 7,993,318 ("Olsson 318")

- U.S. Patent No. 8,128,608B2 ("Thevenin 608")

- U.S. Patent No. 8,181,651 ("Pinel 651")

- U.S. Patent No. 8,211,063 ("Bierman 063")

- U.S. Patent No. 8,221,369 ("Parks 369")

- U.S. Patent No. 8,241,262 ("Mahnensmith 262")

- U.S. Patent No. 8,277,426 ("Wilcox 426")

- U.S. Patent No. 8,303,554 ("Tsai 554")

- U.S. Patent No. 8,337,477 ("Parks 477")

- U.S. Patent No. 8,343,122 ("Gorres 122")

- U.S. Patent No. 8,353,074 ("Krebs 074")

- U.S. Patent No. 8,388,588 ("Wada 588")

- U.S. Patent No. 8,425,482 ("Khoubnazar 482")

- U.S. Patent No. 8,546,639 ("Wada 639")

- U.S. Patent No. 8,864,730 ("Conway 730")

- U.S. Patent No. 9,028,460B2 ("Medeiros 460")

- U.S. Patent Publ. No. 2002/0026161 ("Grundke 161")

- U.S. Patent Publ. No. 2002/0087131 ("Wolff 131")

- U.S. Patent Publ. No. 2002/0189992 ("Schmidt 992")

- U.S. Patent Publ. No. 2003/0120178 ("Heki 178")

- U.S. Patent Publ. No. 2003/0004436 ("Schmidt 436")

- U.S. Patent Publ. No. 2003/0181880A1 ("Schwartz 880")

- U.S. Patent Publ. No. 2003/0195484 ("Harvie 484")

- U.S. Patent Publ. No. 2003/0233079 ("Parks 079")

- U.S. Patent Publ. No. 2004/0006321A1 ("Cheng 321")

- U.S. Patent Publ. No. 2004/0127872 ("Petryk 872")

- U.S. Patent Publ. No. 2004/0128749 ("Scott 749")

- U.S. Patent Publ. No. 2004/0191919 ("Unger 919")

- U.S. Patent Publ. No. 2004/0236292 ("Tazoe 292")

- U.S. Patent Publ. No. 2004/0254547 ("Okabe 547")

- U.S. Patent Publ. No. 2005/0010182 ("Parks 182")

- U.S. Patent Publ. No. 2005/0070861 ("Okabe 861")

- U.S. Patent Publ. No. 2005/0070862 ("Tozoe 862")

- U.S. Patent Publ. No. 2005/0097662 ("Leimkuhler 662")

- U.S. Patent Publ. No. 2005/0101924 ("Elson 924")

- U.S. Patent Publ. No. 2005/0177070 ("Levinson 070")

- U.S. Patent Publ. No. 2005/0197639 ("Mombrinie 639")

- U.S. Patent Publ. No. 2005/0277904 ("Chase 904")

- U.S. Patent Publ. No. 2005/0279359 ("LeBlanc 359")

- U.S. Patent Publ. No. 2006/0015080 ("Mahnensmith 080")

- U.S. Patent Publ. No. 2006/0015081 ("Suzuki 081")

- U.S. Patent Publ. No. 2006/0155214A1 ("Wightman 214 ")

- U.S. Patent Publ. No. 2006/0200102 ("Cooper 102")

- U.S. Patent Publ. No. 2006/0229576 ("Conway 576")

- U.S. Patent Publ. No. 2006/0235359 ("Marland 359")

- U.S. Patent Publ. No. 2007/0038194 ("Wada 194")

- U.S. Patent Publ. No. 2007/0006368 ("Key 368")

- U.S. Patent Publ. No. 2007/0117880 ("Elson 880")

- U.S. Patent Publ. No. 2007/0135786 ("Schmidt 786")

- U.S. Patent Publ. No. 2007/0191804 ("Coley 804")

- U.S. Patent Publ. No. 2007/0214553 ("Carromba 553")

- U.S. Patent Publ. No. 2008/0015527 ("House 527")

14

- U.S. Patent Publ. No. 2008/0033386 ("Okabe 386")

- U.S. Patent Pub. No. 2008/0004576 ("Tanaka 576")

- U.S. Patent Publ. No. 2008/0091153 ("Harvie 153")

- U.S. Patent Publ. No. 2008/0091158 ("Yang 158")

- U.S. Patent Publ. No. 2008/0234642 ("Patterson 642")

- U.S. Patent Publ. No. 2008/0287894 ("Van Den Heuvel 894")

- U.S. Patent Publ. No. 2009/0025717 ("Pinel 717")

- U.S. Patent Publ. No. 2009/0056003 ("Ivie 003")

- U.S. Patent Publ. No. 2009/0264840A1 ("Virginio 840")

- U.S. Patent Publ. No. 2009/0281510 ("Fisher 510")

- U.S. Patent Publ. No. 2010/0185168 ("Graauw 168")

- U.S. Patent Publ. No. 2010/0241104 ("Gilbert 104")

- U.S. Patent Publ. No. 2010/0263113 ("Shelton 113")

- U.S. Patent Publ. No. 2011/0028922A1 ("Kay 922")

- U.S. Patent Publ. No. 2011/0034889  ("Smith 889")

- U.S. Patent Publ. No. 2011/0040271 ("Rogers 271")

- U.S. Patent Publ. No. 2011/0054426 ("Stewart 426")

- U.S. Patent Publ. No. 2011/0060300 ("Weig 300")

- U.S. Patent Publ. No. 2011/0077495 ("Gilbert 495")

- U.S. Patent Publ. No. 2011/0172620 ("Khambatta 620")

- U.S. Patent Publ. No. 2011/0172625 ("Wada 625")

- U.S. Patent Publ. No. 2011/0202024 ("Cozzens 024")

- U.S. Patent Publ. No. 2012/0103347 ("Wheaton 347")

- D373,928 ("Green 928")

- D401,699 ("Herchenbach 699")

- D409,303 ("Oepping 303")

- D591,106 ("Dominique 106")

- D593801 ("Wilson 801")

- Denmark Publ. No. DK9600118U3 ("Flyger 118")

- European Publ. No. EP0032138A2 ("Ozenne 138")

- European Publ. No. EP0610638A1 ("Goldenberg 638")

- European Publ. No. EP066070B1 ("Steer 070")

- European Publ. No. EP0613355A1 ("Kuntz 355")

- European Publ. No. EP1382318A1 ("Kim 318")

- European Publ. No. EP2180907 ("Weig 907")

- European Publ. No. EP2380532 ("Wada 532")

- UK Publ. No. GB2148126B ("Cottenden 126")

- UK Publ. No. GB2199750 ("Gropp 750")

- UK Publ. No. GB2260907 ("Kubo 907")

- UK Publ. No. 2469496A ("Shelton 496")

- German Publ. No. DE4443710A1 ("Schmitt 710")

- German Publ. No. DE9407554U1 ("Javadi 554")

- Japanese Publ. No. JP11-113946 ("Chiku 946")

- Japanese Publ. No. JP1979-S5410596 ("Hetsunsuneru")

- Japanese Publ. No. JP3132659B2 ("Yanagihara 659")

- Japanese Publ. No. JP4039641B2 ("Mizuguchi 641")

16

- Japanese Publ. No. JP2001054531 ("Higati 531")

- Japanese Publ. No. JP2001276107A ("Ishii 107")

- Japanese Publ. No. JP2001276108A ("Ishii 108")

- Japanese Publ. No. 2004-267530 ("Okabe 530")

- Japanese Publ. No. 2006-026108 ("Suzuki 108")

- Japanese Publ. No. JPH05123349 ("Kubo 349")

- WIPO Publication WO 1988/04558A1 ("Conkling 558")

- WIPO Publication WO 1991/04714A2 ("Washington 714")

- WIPO Publication WO 1992/20299 ("Zamierowski 299")

- WIPO Publication WO 1993/09736 A2 ("Kuntz 736")

- WIPO Publication WO 1996/00096A1 ("Saltz 096")

- WIPO Publication WO 2000/057784 ("Wolff 784")

- WIPO Publication WO 2001/0145618 ("Schmidt 618")

- WIPO Publication WO 2004/019836 ("Wightman 836")

- WIPO Publication WO 2004/03071931 ("Harvie 931")

- WIPO Publication WO 2005/089687 ("Levinson 687")

- WIPO Publication WO 2005/107661 ("Parks 661")

- WIPO Publication WO2007/007845 ("Wada 845")

- WIPO Publication WO 2007/042823 A2 (Van Den Heuvel 823")

- WIPO Publication WO 2008/078117 A1 ("Short 117")

- WIPO Publication WO 2009/052496 ("Tsai 496")

- WIPO Publication WO2009/101738 ("Wada 738")

- WIPO Publication WO 2010030122 ("Lee 122")

- WIPO Publication WO 2011/132043A1 ("Richer 043")

- Newman, Diane K. (1997). *The Urinary Incontinence Sourcebook*, Los Angeles: Lowell House

- Research and Development Work Relating to Assistive Technology 2005-2006, Nov. 2006 (British Department of Health) ("2006 British Health Publication")

- Macaulay et al., *A Noninvasive Continence Management System:  Development and Evaluation of a Novel Toileting Device for Women, J Wound Ostomy Continence Nurs.* 2007; 34(6):641-648 (Nov./Dec. 2007) ("Macaulay 2007")

- Sachtman, Noah, "New Relief For Pilots?  It Depends," Wired (May 21, 2008) (available at https://www.wired.com/2008/05/pilot-relief/).

- www.shethinx.com/pages/thinx-it-works

- Omni Medical AMXD/AMXDMax Devices (*see* infra)

- 2007 Omni Medical User & Maintenance Guide

As a preliminary matter, the claims of the 508 Patent are entitled to a priority date of no earlier than July 21, 2010, i.e., the filing date of the application resulting in the 508 Patent.  The 508 Patent does not claim priority to any earlier-filed patent applications.

The charts below identify non-limiting examples of where in each item of prior art each element of each asserted claim is found.  For example, where a single prior art reference in the charts includes each of the elements of the asserted claim (either expressly and/or inherently), the claimed invention is anticipated by that reference.  Where a single prior art reference does not disclose all elements of a claim, the combination of that reference with one (or more) of the references disclosing the missing element(s), or the knowledge of an ordinarily skilled artisan, renders the claimed invention obvious.  Similarly, to the extent any cited anticipatory reference is

found not to anticipate, that reference – by itself or in combination with one (or more) of the references disclosing the missing element(s) or the knowledge of a person of ordinary skill in the art – renders the claimed subject matter obvious.

The suggested obviousness combinations, as reflected in the charts below, would have been made by one of skill in the art at the time of the alleged inventions embodied by the asserted 508 Patent claims. Such combinations are consistent with the principles set forth by the Supreme Court in *KSR Int'l v. Teleflex Inc.*, 127 S. Ct. 1727 (2007), and its progeny. For example, the reasons for combining the references stem (explicitly or implicitly) from: (a) the prior art references themselves; (b) the prior art as a whole; (c) the knowledge, common sense, and creativity of those of ordinary skill in the art; (d) the nature of the problem to be solved; (e) the demands in the design community and/or the marketplace; (f) the simple and predictable substitution of one known element for another in accordance with their known functions; (g) the application of a known technique or method; (h) the obviousness of trying the combination; and/or (i) the general needs and problems in the field.

For instance, the following items and background information were well known to those skilled in the art at the relevant time for the Asserted Claims of the 508 Patent (and are also taught by the prior art identified herein). This is also explained more fully in the declaration of Dr. Newman filed in connection with the 508 Petition for Inter Partes Review, as well as the declarations of Dr. Newman filed in connection with the claim construction briefing, which are hereby incorporated by reference:

(1)     Urine collection devices used in systems and methods for transporting voided urine by drawing the urine into a moisture-wicking article that is in contact with a region of the urethral opening. *See, e.g.*, Mahnensmith 080 at Abstract, Figs. 1-5, paras. 9-11, 17, 21-22, 24, 30-31;

Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-50, 2:51-59, 2:59-67, 3:45-4:19, 5:15-24, 5:27-43, 6:18-43; Keane 768 at Abstract, 1:34-36, 1:65-2:10, 2:46-56, Fig. 4; Lawrence 564 at Figs. 1-10, 14, Abstract, 4:47-55, 5:8-6:27, 6:21-25, 6:40-42, 7:28-56, 11:1-19, 11:24-36, claim 6; Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32; Lawrence 222 at Figs. 1-10, 14, Abstract, 4:47-55, 5:8-6:27, 6:21-25, 6:40-42, 7:28-56, 11:1-19, 11:24-36, claim 6; Cheng 133 at Figs. 7A-9, 16:53-17:54; Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:8-21, 9:23-10:9; Triunfol 675 at Figs. 1-5, claims 1-4, 1:56-67, 2:7-17, 2:58-3:18, 3:66-4:7, 4:2-7; Sweetser 793 at Figs. 1-2, 3:35-4:31; Skow 735 at Abstract, Figs. 1-11, 3:48-51, 6:16-67; Kuntz 166 at Abstract, Figs. 2-6, 2:43-47, 2:48-69; Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55; Coley 804 at Figs. 1-5, Abstract, paras. 18-19, 21-24; Omni AMXD/AMXDmax Devices; 2007 Omni Medical User & Maintenance Guide at pp. 10, 21; Osborn 212 at Figs. 1-7, 18, 22-23, 1:35-41, 2:41-51, 4:54-5:29, 5:59-62, 11:32-58, 17:4-52, 19:9-13, 19:22-25, 33:13-15.; DesMarais 130 at Figs. 1-5, 2:65-3:23, 4:11-17, 5:13-26,  5:54-59, 6:28-51, 6:51-7:8,  10:1-5, 10:11-11:51.  *See also* Flower 300 at Figs. 2, 7, 1:11-15, 2:22-24, 3:23-32.

(2)     Systems and methods for transporting voided urine that are configured such that urine is drawn into a urine collection device from a moisture-wicking article. *See, e.g.*, Mahnensmith 080 at Abstract, Figs. 1-5, paras. 9-11, 17-22, 24, 30-31; Mahnensmith 262 at Abstract, Figs. 1-5, 2:51-59, 4:45-5:5; Keane 768 at Abstract, 1:65-2:10, 2:46-56, Fig. 4; Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33, 5:34-6:4, 6:36-43; Lawrence 564 at Figs. 1-10, 14, Abstract, 4:47-55, 5:8-6:27, 6:21-25, 6:40-42, 7:28-56, 11:1-19, 11:24-36, claim 6; Lawrence 222 at Figs. 1-10, 14, Abstract, 4:47-55, 5:8-6:27, 6:21-25, 6:40-42, 7:28-56, 11:1-19, 11:24-36, claim 6; Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55; Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32; Cheng 133 at Figs. 7A-9, 16:53-17:54; Sweetser 793 at Figs. 1-2, 3:35-4:31; Kuntz 166 at Abstract, Figs. 2-6, 2:65-3:6, 3:48-52, 3:66-4:2, 7:17-23; Kuntz 355 at Abstract,

Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55; Coley 804 at Figs. 1-5, Abstract, paras. 18-19, 21-24; Omni AMXD/AMXDmax Devices; 2007 Omni Medical User & Maintenance Guide at pp. 10, 21; Osborn 212 at Figs. 1-7, 18, 22-23, 1:35-41, 2:41-51, 4:54-5:29, 5:59-62, 11:31-13:58, 17:4-52, 19:9-13, 19:22-25, 33:13-15; DesMarais 130 at Figs. 1-5, 2:65-3:23, 4:11-17, 5:13-26, 5:54-59, 10:1-5, 10:11-11:51. *See also* Flower 300 at Figs. 2, 7, 1:11-15, 2:22-24, 3:23-32

(3)     Urine collection devices with a container that defines a chamber for collecting urine. *See, e.g.*, Mahnensmith 080 at Abstract, Figs. 1-5, paras. 8, 17-20, 30-31; Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-50, 3:45-4:19, 6:18-43, 5:15-25, 5:43-50, 6:44-49; Keane 768 at Abstract, 1:65-2:10, 2:46-56, Fig. 1-4; Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33, 5:34-6:4, 6:36-43; Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55; Conkling 541 at Figs. 12-15, 3:29-49, 6:43-68, 7:2-11; Duke 046 at Figs. 1-3, 1:63-2:23, 2:66-3:15, 3:35-4:10; Ellis 185 at Figs. 1-3, 2:55-3:3; Washington 508 at Figs. 1-12, 2:24-67, 6:22-67; Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13; Kuntz 166 at Abstract, Figs. 2-6, 2:34-37, 2:38-47; Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55; Coley 804 at Figs. 1-5, Abstract, paras. 18-19, 21-24; Omni AMXD/AMXDmax Devices; 2007 Omni Medical User & Maintenance Guide at pp. 10, 21; Osborn 212 at Figs. 1-7, 18, 22-23, 1:35-41, 2:41-51, 4:54-5:29, 5:59-62, 11:32-58, 17:4-52, 19:9-13, 19:22-25, 33:13-15; DesMarais 130 at Figs. 1-5, 2:65-3:23, 4:11-17, 5:13-26, 5:54-59, 6:28-51, 6:51-7:8, 10:1-5, 10:11-11:51. *See also* Flower 300 at Figs. 2, 7, 1:11-15, 2:22-24, 3:23-32

(4)     Containers that are configured so that a secured moisture wicking article is disposed in contact with the region surrounding the uretheral opening.  *See, e.g.*, Mahnensmith 080 at Abstract, Figs. 1-5, paras. 11, 21-22, 24-25, 30-31; Mahnensmith 262 at Abstract, Figs. 1-5, 5:27-43, 5:65-6:2, 6:18-25, 6:49-56; Keane 768 at Abstract, 1:34-36, 1:65-2:10, 2:46-56, Fig. 4; Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64; Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61; Lawrence

564 at Figs. 1-10, 14, Abstract, 4:47-55, 5:8-6:27, 6:21-25, 6:40-42, 7:28-56, 11:1-19, 11:24-36, claim 6; Lawrence 222 at Figs. 1-10, 14, Abstract, 4:47-55, 5:8-6:27, 6:21-25, 6:40-42, 7:28-56, 11:1-19, 11:24-36, claim 6; Cheng 133 at Figs. 7A-9, 16:53-17:54; Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32; Sweetser 793 at Figs. 1-2, 3:35-4:31; Kuntz 166 at Abstract, Figs. 2-6, 4:33-47, 3:48-52, 3:66-4:2, 7:17-23; Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55; Coley 804 at Figs. 1-5, Abstract, paras. 18-19, 21-24; Omni AMXD/AMXDmax Devices; 2007 Omni Medical User & Maintenance Guide at pp. 10, 21; Osborn 212 at Figs. 1-7, 18, 22-23, 1:35-41, 2:41-51, 4:54-5:29, 5:59-62, 11:31-13:58, 17:4-52, 19:9-13, 19:22-25, 33:13-15; DesMarais 130 at Figs. 1-5, 2:65-3:23, 4:11-17, 5:13-26, 5:54-59, 6:28-51, 6:51-7:8, 10:1-5, 10:11-11:51. *See also* Flower 300 at Figs. 2, 7, 1:11-15, 2:22-24, 3:23-32

(5)     Containers that are closed except for an array of openings through which urine is drawn into the chamber and an outlet port through which urine can be drawn away from the chamber. *See, e.g.*, Mahnensmith 080 at Abstract, Figs. 1-5, paras. 8-11, 17-20, 30-31; Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-50, 3:45-4:19, 6:18-43; Keane 768 at Abstract, 1:65-2:10, 2:46-56, Fig. 1-4; Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33, 5:34-6:4, 6:36-43; Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32; Kuntz 166 at Abstract, Figs. 2-3, 2:34-47; Scott 384 at 3:15-31, Figs. 3-4; Scott 749 at Figs. 3-4, paras. 74-75, 79; Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54; Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66; Nigay 463 at Figs. 1-3, 1:65-2:62; Skow 735 at Abstract, Figs. 1-11, 3:48-51, 6:16-67; Suzuki 250 at Abstract, Figs. 1-5, 4:12-19, 6:3-6, 6:66-7:4; Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33; Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26; Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55; Omni AMXD/AMXDmax Devices; 2007 Omni Medical User & Maintenance Guide at pp. 10, 21. *See also* Flower 300 at Figs. 2, 7, 1:11-15, 2:22-24, 3:23-32

(6)      Containers and chambers that are closed (with the exceptions of the openings and outlet port) including by being sealed at both ends. *See, e.g.*, Mahnensmith 080 at Abstract, Figs. 1-5, paras. 8-11, 17-20, 30-31; Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56; Scott 234 at 1:29-48, Figs. 1-3; Scott 749 at Figs. 3-4, paras. 74-75, 79; Keane 768 at Abstract, 1:65-2:10, 2:46-56, Fig. 1-4; Flower 300 at Figs. 2, 7, 1:11-15, 2:22-24, 3:23-32; Larson 025 at Abstract, Fig. 2, 3:21-25, 4:47-52; Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33; Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32; Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54; Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66; Kuntz 166 at Figs. 2-3, 2:34-47; Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55; Omni AMXD/AMXDmax Devices; 2007 Omni Medical User & Maintenance Guide at pp. 10, 21; Osborn 212 at Figs. 1-7, 18, 22-23, 19:9-13, 19:22-36; DesMarais 130 at Figs. 1-5, 2:65-3:23, 4:11-17, 5:13-26,  5:54-59, 6:28-51, 6:51-7:8,  10:1-5, 10:11-11:51. *See also* Flower 300 at Figs. 2, 7, 1:11-15, 2:22-24, 3:23-32.

(7)      Containers that are elongated. *See, e.g.*, Mahnensmith 080 at Abstract, Fig. 4, paras. 30-31; Mahnensmith 262 at Abstract, Figs. 4-5, 6:18-56; Keane 768 at Abstract, 1:65-2:10, 2:46-56, Fig. 1-4; Scott 234 at 1:29-48, Figs. 1-3; Scott 749 at Figs. 3-4, paras. 74-75, 79; Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55; Flower 300 at Figs. 2, 7, 1:11-15, 2:22-24, 3:23-32; Larson 025 at Abstract, Fig. 2, 3:21-25, 4:47-52; Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33; Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64; Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54; Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66; Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61; Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32; Kuntz 166 at Abstract, Figs. 2-3, 2:34-47; Cheng 133 at Figs. 7A-9, 16:53-17:54; Washington 508 at Figs. 1-12, 2:24-67, 6:22-67; Sweetser 793 at Figs. 1-2, 3:35-4:31; Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13; Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55; Coley 804 at Figs. 1-5, Abstract, paras. 18-19, 21-24; Omni

23

AMXD/AMXDmax Devices; 2007 Omni Medical User & Maintenance Guide at pp. 10, 21; Osborn 212 at Figs. 1-7, 18, 22-23, 1:35-41, 2:41-51, 4:54-5:29, 5:59-62, 17:4-52, 19:9-13, 19:22-25, 33:13-15; DesMarais 130 at Figs. 1-5, 2:65-3:23, 4:11-17, 5:13-26, 5:54-59, 6:28-51, 6:51-7:8, 10:1-5, 10:11-11:51.

(8)    Containers that are made of plastic. *See, e.g*., Mahnensmith 080 at Abstract, Figs. 1-5, paras. 8, 17-20, 30-31; Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-50, 3:45-4:19, 6:18-43; Keane 768 at Abstract, 1:65-2:10, 2:46-56, Fig. 1-4; Hessner 418 at Abstract, Figs. 1-8, 3:26-31, 5:54-57, 6:36-43; Conkling 541 at Figs. 12-15, 3:29-49, 6:43-68, 7:2-11; Kraus 703 at Abstract, Figs. 1-6, 3:37-4:62; Triunfol 675 at Figs. 1-5, claims 1-4, 3:66-4:7, 4:2-7; Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54; Martin 061 at Figs. 1, 8, 2:65-3:14, 3:15-21, 4:34-38, 5:10-51; Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32; Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55.

(9)    Containers that are rigid. *See, e.g*., Mahnensmith 080 at Abstract, Figs. 1-5, paras. 8-9, 17-20, 30-31; Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56; Keane 768 at Abstract, 1:65-2:10, 2:46-56, Fig. 1-4; Hessner 418 at Abstract, Figs. 1-8, 3:26-31, 5:54-57, 6:36-43; Conkling 541 at Figs. 12-15, 3:29-49, 6:43-68, 7:2-11; Kraus 703 at Abstract, Figs. 1-6, 3:37-4:62; Triunfol 675 at Figs. 1-5, claims 1-4, 3:66-4:7, 4:2-7; Martin 061 at Figs. 1, 8, 2:65-3:14, 3:15-21, 4:34-38, 5:10-51; Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32; Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55.

(10)    Containers that are cylindrical. *See, e.g*., Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54; Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66; Kuntz 166 at Abstract, Figs. 2-3, 2:34-47; Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55; Flower 300 at Figs. 2, 7, 1:11-15, 2:22-24, 3:23-32; Larson 025 at Abstract, Fig. 2, 3:21-25, 4:47-52; Keane 768 at Abstract, 1:65-2:10, 2:46-56, Figs. 1-4; Brennan 465 at 4:16-66, Figs. 1-2, 6; McGuire 347 at Figs. 1-4, Abstract, 2:35-40, 5:25-

24

30, 6:1-35; Mombrinie 639 at Figs. 1-9, paras. 13-14, 31-38, 40, 43; Coley 804 at Figs. 1-5, Abstract, paras. 18-19, 21-24; Omni AMXD/AMXDmax Devices; 2007 Omni Medical User & Maintenance Guide at pp. 10, 21.

(11)    Containers (including their exteriors) that are configured for (and have) a moisture wicking article secured over the array of openings by wrapping the article over the openings and securing the article.  *See, e.g.*, Mahnensmith 080 at Abstract, Figs. 1-5, paras. 8-11, 17-22, 24, 30-31; Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56; Keane 768 at Abstract, 1:65-2:10, 2:46-56, Figs. 1-4; Kuntz 166 at Abstract, Figs. 2-3, 2:34-47, 3:58-64, 4:33-5:58; Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55; Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32; Skow 735 at Abstract, Figs. 1-11, 3:48-51, 6:16-67; Flower 300 at Figs. 2, 7, 1:11-15, 2:22-24, 3:23-32; Scott 234 at 2:32-54, Fig. 1; Larson 025 at Abstract, Fig. 2, 3:21-25, 4:47-52; Coley 804 at Figs. 1-5, Abstract, paras. 18-19, 21-24; Omni AMXD/AMXDmax Devices; 2007 Omni Medical User & Maintenance Guide at pp. 10, 21; Osborn 212 at Figs. 1-7, 18, 22-23, 1:35-41, 2:41-51, 4:54-5:29, 5:59-62, 11:31-13:58, 17:4-52, 19:9-13, 19:22-25, 33:13-15; DesMarais 130 at Figs. 1-5, 2:65-3:23, 4:11-17, 5:13-26,  5:54-59, 6:28-51, 6:51-7:8,  10:1-5, 10:11-11:51.

(12)    A moisture wicking article dimensioned so that it can be secured over the openings. *See, e.g.*, Mahnensmith 080 at Abstract, Figs. 1-5, paras. 8-11, 17-22, 24, 30-31; Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56; Keane 768 at Abstract, 1:65-2:10, 2:46-56, Fig. 4; Hessner 418 at Abstract, Figs. 1-8, 3:26-31, 5:54-57, 6:36-43; Kuntz 166 at Abstract, Figs. 2-6, 2:43-47, 2:48-69; Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55; Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64; Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61; Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32; Wolff 066 at Fig. 5b, 5:56-6:35; Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46; Skow 735 at Abstract, Figs. 1-11, 3:48-51, 6:16-67; Flower 300 at Figs. 2, 7, 1:11-15, 2:22-24,

3:23-32; Scott 234 at 2:32-54, Fig. 1; Larson 025 at Abstract, Fig. 2, 3:21-25, 4:47-52; Brennan 465 at 4:16-66, Figs. 1-2, 6; Omni AMXD/AMXDmax Devices; 2007 Omni Medical User & Maintenance Guide at pp. 10, 21; Osborn 212 at Figs. 1-7, 18, 22-23, 1:35-41, 2:41-51, 4:54-5:29, 11:31-13:58; DesMarais 130 at Figs. 1-5, 2:65-3:23, 4:11-17, 5:13-26,  5:54-59, 6:28-51, 6:51-7:8, 10:1-5, 10:11-11:51.

(13)    Securing a moisture-wicking article at opposite ends of openings on a container, including by using elastic bands.  *See, e.g.*, Mahnensmith 080 at Figs. 1, 3, paras. 9, 24; Mahnensmith 262 at Figs. 1, 3, 2:57-59, 5:27-35; Keane 768 at Fig. 4, 2:34-46, 3:20-36; Kuntz 166 at 4:11-14, 5:63-65; Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55; Stewart 794 at Figs. 1-5, 2:62-4:38; Krebs 074 at Fig. 7B, 2:55-63, 6:2-13; Schmidt 688 at Figs. 4-7, 4:29-68, 5:43-62; Skow 735 at Abstract, Fig. 7, 3:48-51, 6:16-67; Jones 080 at Figs. 1, 8-9, 2:37-79, 3:15-31. Moreover, containers that are configured to secure a moisture-wicking article at opposite ends of a container including by elastic bands were also known as this was a typical configuration. *See infra.*

(14)    Moisture wicking articles having the moisture-wicking characteristics of a paper towel.  *See, e.g.*, Kuntz 355 at 5:9-12; Mahnensmith 080 at paras. 9, 22; Mahnensmith 262 at Abstract, 2:51-59, 4:45-5:5; Keane 768 at Abstract, 1:65-2:10, 2:46-56, Fig. 4; Hessner 418 at Abstract, Figs. 1-8, 3:26-31, 5:54-57, 6:36-43; Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26; Osborn 212 at 4:54-28, 5:59-62, 33:13-15; Stewart 794 at Figs. 1-5, 2:62-4:38; Kirshnaswamy 951 at 12:58-63; Kuntz 166 at 2:62-68; Coley 804 at Figs. 1-5, Abstract, paras. 18-19, 21-24; Omni AMXD/AMXDmax Devices; 2007 Omni Medical User & Maintenance Guide at pp. 10, 21; DesMarais 130 at Abstract, Figs. 1-5, 4:66-53, 3:45-4:65, 6:29-51, 10:11-12:14; *See also* Flower 300 at Figs. 2, 7, 1:11-15, 2:22-24, 3:23-32.

(15)    Moisture-wicking articles and materials including ones that move moisture by

26

capillary action from one surface of the article or material to another.  *See, e.g.*, Mahnensmith 080 at Abstract, Figs. 1-5, paras. 9-11, 17, 21-22, 24, 30-31; Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-50, 2:51-59, 2:59-67, 3:45-4:19, 5:15-24, 5:27-43, 6:18-43; Cheng 133 at Figs. 7A-9, 16:53-17:54; Osborn 212 at Figs. 1-7, 18, 22-23, 1:35-41, 2:41-51, 4:54-5:29, 5:59-62, 11:32-58, 17:4-52, 19:9-13, 19:22-25, 33:13-15; Kuntz 166 at Abstract, Figs. 2-6, 2:43-47, 2:48-69; DesMarais 130 at Figs. 1-5, 2:65-3:23, 4:11-17, 5:13-26,  5:54-59, 6:28-51, 6:51-7:8,  10:1-5, 10:11-11:51;  Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55; Lawrence 564 at Figs. 1-10, 14, Abstract, 4:47-55, 5:8-6:27, 6:21-25, 6:40-42, 7:28-56, 11:1-19, 11:24-36, claim 6; Lawrence 222 at Figs. 1-10, 14, Abstract, 4:47-55, 5:8-6:27, 6:21-25, 6:40-42, 7:28-56, 11:1-19, 11:24-36, claim 6; Skow 735 at Abstract, Figs. 1-11, 3:48-51, 6:16-67; Keane 768 at Abstract, 1:34-36, 1:65-2:10, 2:46-56, Fig. 4; Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32; Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:8-21, 9:23-10:9; Triunfol 675 at Figs. 1-5, claims 1-4, 1:56-67, 2:7-17, 2:58-3:18, 3:66-4:7, 4:2-7; Sweetser 793 at Figs. 1-2, 3:35-4:31; Coley 804 at Figs. 1-5, Abstract, paras. 18-19, 21-24; Omni AMXD/AMXDmax Devices; 2007 Omni Medical User & Maintenance Guide at pp. 10, 21; Flower 300 at Figs. 2, 7, 1:11-15, 2:22-24, 3:23-32.

(16)    Systems and methods for transporting urine that include using a vacuum pump for drawing urine through the container's openings into a chamber from a moisture wicking article. *See, e.g.*, Mahnensmith 080 at Abstract, Figs. 1-5, paras. 9-11, 17-22, 24, 30-31; Mahnensmith 262 at Abstract, Figs. 3, 2:59-67, 5:15-25, 5:43-50, 6:44-49; Keane 768 at 1:34-40, 2:5-10, 5:4-14, Fig. 4; Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33, 5:34-6:4, 6:36-43; Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55; Kuntz 166 at Figs. 1, 7-8, 2:65-3:6, 3:37-42, 5:59-6:17; Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64; Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32; Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61; Omni AMXD/AMXDmax Devices; 2007 Omni

Medical User & Maintenance Guide at pp. 10, 21. *See also* Flower 300 at Figs. 2, 7, 1:11-15, 2:22-24, 3:23-32.

(17)    Systems and methods for transporting urine that include using a vacuum pump for drawing urine away from the container's chamber through an outlet port. *See, e.g.*, Mahnensmith 080 at Abstract, Fig. 3, paras. 10, 23; Mahnensmith 262 at Abstract, Fig. 3, 2:59-67, 5:65-6:2, 6:49-56; Keane 768 at 1:34-40, 2:5-10, 5:4-14, Fig. 4; Hessner 418 at 6:36-43; Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32; Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64; Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61; Kuntz 166 at Figs. 1, 7-8, 2:65-3:6, 3:37-42, 5:59-6:17; Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55; Omni AMXD/AMXDmax Devices; 2007 Omni Medical User & Maintenance Guide at pp. 10, 21. *See also* Flower 300 at Figs. 2, 7, 1:11-15, 2:22-24, 3:23-32.

(18)    Vacuum pumps that apply partial vacuum to the system including the outlet port. *See, e.g.*, Mahnensmith 080 at Fig. 3, paras. 10, 23; Mahnensmith 262 at Abstract, Fig. 3, 2:59-67, 5:15, 5:43-50, 6:44-49; Keane 768 at Abstract, 1:40-41, 1:65-2:10, 2:46-56, Fig. 4; Larson 025 at Abstract, Fig. 2, 1:66, 3:21-25, 4:47-52; Hessner 418 at 6:36-43; Triunfol 675 at Figs. 2, claims 1-4, 2:10-17; Kuntz 166 at Figs. 1, 7-8, 2:65-3:6, 3:37-42, 5:59-6:17; Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55; Conkling 541 at Figs. 12-15, 3:29-49, 6:43-68, 7:2-11; Nigay 463 at Figs. 1-3, 1:65-2:62; Carns 997 at Figs. 2-5, 6:15-31, Abstract; Omni AMXD/AMXDmax Devices; 2007 Omni Medical User & Maintenance Guide at pp. 10, 21. *See also* Flower 300 at Figs. 2, 7, 1:11-15, 2:22-24, 3:23-32.

(19)    Methods of transporting voided urine that include urine collection devices with closed containers. *See, e.g.*, Mahnensmith 080 at Abstract, Figs. 1-5, paras. 8-11, 17-20, 23, 30-31; Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-50, 3:45-4:19, 6:18-43; Keane 768 at Abstract, 1:65-2:10, 2:46-56, Fig. 1-4; Hessner 418 at Abstract, Figs. 1-8, 3:26-31, 5:54-57, 6:36-43; Okabe 547

at Fig. 4, paras. 18-19, 28, 31-32; Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64; Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61; Kuntz 166 at Abstract, Figs. 2-6, 2:34-47; Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55; Nigay 463 at Figs. 1-3, 1:65-2:62; Skow 735 at Abstract, Figs. 1-11, 3:48-51, 6:16-67; Omni AMXD/AMXDmax Devices; 2007 Omni Medical User & Maintenance Guide at pp. 10, 21; Osborn 212 at Figs. 1-7, 18, 22-23, 19:9-13, 19:22-36; DesMarais 130 at Figs. 1-5, 2:65-3:23, 4:11-17, 5:13-26, 5:54-59, 6:28-51, 6:51-7:8, 10:1-5, 10:11-11:51. *See also* Flower 300 at Figs. 2, 7, 1:11-15, 2:22-24, 3:23-32.

As mentioned, many of the above concepts, the knowledge referenced below, as well as detailed discussions of how the prior art reads on the claims are further explained in the Petition for *Inter Partes* Review for the 508 Patent as well as the Declaration of Diane Newman, which as explained above, are hereby incorporated by reference. As shown by the above examples (and the charts below as well as the documents filed in the IPR), the differences, if any, between the relevant prior art references and the Asserted Claims of the 508 Patent were known and would have been within the knowledge and common sense of one of ordinary skill in the art, and modification, if any, to achieve the claimed invention would have been a routine choice with a reasonable expectation of success.  In addition, or alternatively, one of ordinary skill in art would have been motivated to combine one or more of the references as they nearly all pertain, generally, to urine collection systems or apparatuses.

As noted above, the following charts identify where in each item of prior art each element of each asserted claim is found.  The citations in the charts are representative and should not be construed as limiting.  As mentioned above, the charts below reflect alternative views of the meaning of claim language including Sage's understanding of Plaintiff's position regarding the construction of the claims, and Sage makes no admissions regarding any alleged infringement.

Moreover, by addressing any claim language in the charts below, Sage makes no admission as to whether or not that language serves as a limitation of the claim.

**U.S. Patent No. 8,287,508 (Claims 1, 3-8, and 17-19)**

| 508 Patent Claim Language | Prior Art |
| --- | --- |
| **Claim 1** | |
| 1. A urine collection device for use in a system for transporting urine voided from a person or an animal by drawing the urine into a moisture-wicking article that is disposed in contact with a region of the person or animal surrounding an urethral opening, and further drawing the urine into the collection device from the moisture-wicking article, comprising[3]: | Urine collection devices for use in systems for transporting voided urine by drawing the urine into a moisture-wicking article that is disposed in contact with the urethral opening and then into the collection device were well known in the art at the time of the alleged invention.<br><br>• Jones 080 at Figs. 1, 8-9, 1:26-35, 2:51-57;<br>• Scott 234 at 2:32-54, Fig. 1;<br>• Keane 768 at Abstract, 1:34-36, 1:65-2:10, 2:46-56, Fig. 4;<br>• Flower 300 at Figs. 2, 7, 1:11-15, 2:22-24, 3:23-32;<br>• Larson 025 at Abstract, Fig. 2, 3:21-25, 4:47-52;<br>• DesMarais 130 at Abstract, Figs. 1-5, 4:66-53, 3:45-4:65, 6:29-51, 10:1-5, 10:11-12:14;<br>• Frosch 901 at Abstract, Figs. 1-2, 2:44-60, 4:33-62, 5:58-6:45;<br>• Frosch 539 at Abstract, Figs. 1-2, Abstract, 2:38-66, 3:5-21, 4:43-57, 6:11-42;<br>• Triunfol 675 at Figs. 1-5, claims 1-4, 1:56-67, 2:7-17, 2:58-3:18, 3:66-4:7, 4:2-7;<br>• Kuntz 166 at Abstract, Figs. 2-6, 2:43-47, 2:48-69;<br>• Brennan 465 at 4:16-66, Figs. 1-2, 6;<br>• Washington 508 at Figs. 1-12, 2:24-67, 5:22-6:67;<br>• McGuire 347 at Figs. 1-4, Abstract, 2:35-40, 5:25-30, 6:1-35;<br>• McGuire 699 at Figs. 1-6, 4:1-19, 4:68-5:2, 6:61-64;<br>• Skow 735 at Abstract, Figs. 1-11, 3:48-51, 6:16-67;<br>• Argenta 643 at Figs. 1, 5; 3:31-51, 6:46-64, 7:10-23, 7:56-58; |

---

[3] By addressing any preamble herein, Sage makes no admission as to whether or not the preamble of any of the asserted claims serves as a limitation of the claim.

| 508 Patent Claim Language | Prior Art |
|---|---|
| | • Osborn 212 at Figs. 1-7, 18, 22-23, 1:35-41, 2:41-51, 4:54-5:29, 5:59-62, 11:32-58, 17:4-52, 19:9-13, 19:22-25, 33:13-15;<br>• Lawrence 564 at Figs. 1-10, 14, Abstract, 5:8-6:27, 7:28-56, 11:1-19, 11:24-36, claim 6;<br>• Lawrence 222 at Figs. 1-10, 14, Abstract, 5:8-6:27, 7:28-56, 11:1-19, 11:24-36, claim 6;<br>• Etheredge 606 at Figs. 1-3, Abstract, 4:7-60, 5:212-54;<br>• Cheng 133 at Figs. 7A-9, 16:53-17:54;<br>• Sweetser 793 at Figs. 1-2, 3:35-4:31;<br>• Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64;<br>• Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35;<br>• Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61;<br>• Easter 366 at Figs. 5-9, 5:54-6:10;<br>• Harvie 964 at Figs. 1-3, 9:25-10:45;<br>• Harvie 012 at Figs. 1-3, 8:29-9:51;<br>• Harvie 043 at Figs. 1-3, 9:66-10:58;<br>• Cheng 245 at 24:12-35, 29:27-52, 37:35-57, 38:48-53;<br>• Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33;<br>• Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26;<br>• Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54;<br>• Mombrinie 389 at Figs. 1-4, 9, 4:17-26, 4:61-5:7, 5:15-19;<br>• Okabe 706 at Figs. 1-9, 3:36-45, 4:10-21, 6:13-17;<br>• Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56;<br>• Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46;<br>• Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66;<br>• Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32;<br>• Mombrinie 639 at Figs. 1-9, paras. 13-14, 31-38, 40, 43;<br>• Mahnensmith 080 at Abstract, Figs. 1-5, paras. 8-11, 17-24, 30-31;<br>• Wolf 784 at Abstract, Figs. 1a, 5a, 5b, 9:8-21, 9:23-10:9;<br>• Coley 804 at Figs. 1-5, Abstract, paras. 18-19, 21-24; |

| 508 Patent Claim Language | Prior Art |
|---|---|
| | <ul><li>Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55.</li><li>2007 Omni Medical User & Maintenance Guide at pp. 10, 21;</li><li>Omni AMXD / AMXDMax devices</li></ul> |
| a container defining a chamber for collecting urine, | Containers defining a chamber for or capable of collecting urine were well known in the art at the time of the alleged invention.<br><br><ul><li>Jones 080 at Figs. 1, 8-9, 1:26-35, 1:73-79;</li><li>Scott 234 at 2:32-54, Fig. 1;</li><li>Duke 046 at Figs. 1-3, 1:63-2:23, 2:66-3:15, 3:35-4:10;</li><li>Keane 768 at Abstract, 1:65-2:10, 2:46-56, Fig. 1-4;</li><li>Ellis 185 at Figs. 1-3, 2:55-3:3;</li><li>Flower 300 at Figs. 2, 7, 1:11-15, 2:22-24, 3:23-32;</li><li>Larson 025 at Abstract, Fig. 2, 3:21-25, 4:47-52;</li><li>Frosch 901 at Abstract, Figs. 1-2, 2:44-60, 4:33-62;</li><li>Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33, 5:34-6:4, 6:36-43;</li><li>DesMarais 130 at Abstract, Figs. 1-5, 4:66-53, 3:45-4:65, 6:29-51, 10:1-5, 10:11-12:14;</li><li>Frosch 539 at Abstract, Figs. 1-2, 2:53-66, 4:43-57;</li><li>Kraus 703 at Abstract, Figs. 1-6, 3:37-4:62;</li><li>Triunfol 675 at Figs. 1-5, claims 1-4, 1:56-67, 2:7-17, 2:58-3:18, 3:66-4:7, 4:2-7;</li><li>Martin 061 at Figs. 1, 8, 2:65-3:14, 3:15-21, 4:34-38, 5:10-51;</li><li>Nussbaumer 160 at Figs. 1-9, 2:23-44, 2:50-59, 3:20-41, 4:5-13, 5:10-15;</li><li>Kuntz 166 at Abstract, Figs. 2-6, 2:34-47;</li><li>Ehrenkranz 215 at Abstract, Figs. 1-9B;</li><li>Schneider 449 at Abstract, Figs. 1-11;</li><li>Crowley 928 at 2:31-48;</li><li>Brennan 465 at 4:16-66, Figs. 1-2, 6;</li><li>Washington 508 at Figs. 1-12, 2:24-67, 5:22-6:67;</li><li>Conkling 541 at Figs. 12-15, 3:29-49, 6:43-68, 7:2-11;</li><li>Nigay 463 at Figs. 1-3, 1:65-2:62;</li></ul> |

| 508 Patent Claim Language | Prior Art |
|---|---|
| | • McGuire 347 at Figs. 1-4, Abstract, 2:35-40, 5:25-30, 6:1-35;<br>• Carns 997 at Figs. 2-5, 6:15-31;<br>• McGuire 699 at Figs. 1-6, 4:1-19, 4:68-5:2, 6:61-64;<br>• Kubo 983 at Figs. 1a-2, Abstract, 2:44-3:5, 4:19-33, 5:8-27;<br>• Kubo 052 at Figs. 1a-4, Abstract, 4:12-16;<br>• Skow 735 at Abstract, Figs. 1-11, 3:48-51, 6:16-67;<br>• Argenta 643 at Figs. 1, 5, 3:31-51, 6:46-64, 7:10-23, 7:56-58;<br>• Osborn 212 at Figs. 1-7, 18, 22-23, 1:35-41, 2:41-51, 4:54-5:29, 5:59-62, 11:32-58, 17:4-52, 19:9-13, 19:22-25, 33:13-15;<br>• Lawrence 564 at Figs. 1-10, Abstract, 5:8-6:27, 7:28-56;<br>• Lawrence 222 at Figs. 1-10, 14, Abstract, 5:8-6:27, 7:28-56, 11:24-36;<br>• Etheredge 606 at Figs. 1-3, Abstract, 4:7-60, 5:212-54;<br>• Kraus 339 at Abstract, Figs. 1-7, 4:47-5:15;<br>• Robertson 771 at Figs. 1-2, 2:56-3:44;<br>• Cheng 133 at Figs. 7A-9, 16:53-17:54;<br>• Sweetser 793 at Figs. 1-2, 3:35-4:31;<br>• Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64;<br>• Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35;<br>• Otto 137 at Figs. 1-2, 3:7-64, 4:10-28;<br>• Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61;<br>• Harvie 964 at Figs. 1-3, 9:25-10:45;<br>• Harvie 012 at Figs. 1-3, 8:29-9:51;<br>• Harvie 043 at Figs. 1-3, 9:66-10:58;<br>• Easter 366 at Figs. 5-9, 5:54-6:10;<br>• Trabold 781 at Abstract, Figs. 1-8, 2:35-51;<br>• Cheng at 24:12-35, 29:27-52, 37:35-57, 38:48-53;<br>• Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33;<br>• Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26;<br>• Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54;<br>• Mombrinie 389 at Figs. 1-4, 9, 4:17-26, 4:61-5:7, 5:15-19; |

| 508 Patent Claim Language | Prior Art |
|---|---|
| | • Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56; |
| | • Grundke 161 at Figs. 1-5, paras. 20-24, 33; |
| | • Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46; |
| | • Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66; |
| | • Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32; |
| | • Mombrinie 639 at Figs. 1-9, paras. 13-14, 31-38, 40, 43; |
| | • Mahnensmith 080 at Abstract, Figs. 1-5, paras. 8-11, 17-20, 30-31; |
| | • Wightman 214 at Figs. 2b, 4b, 5-6, paras. 87, 92; |
| | • Coley 804 at Figs. 1-5, Abstract, paras. 18-19, 21-24; |
| | • Van Den Heuvel 894 at Figs. 1-4, paras. 13-14, 38-44; |
| | • Van Den Heuvel 823 at Figs. 1-4, 1:27-2:15, 2:25-27, 3:5-25, 6:18-26, 6:28-7:3, 7:5-13, 8:17-20, 8:22-25; |
| | • Wolf 784 at Abstract, Figs. 1a, 5a, 5b, 9:8-21, 9:23-10:9; |
| | • Goldenberg 638 at Abstract, Figs. 1-3, 3:20-42, 6:44-57; |
| | • Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55; |
| | • Schmitt 710 at Figs. 3-6, cols. 1-2; |
| | • Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13; |
| | • Chiku 946 at Figs. 1-10, Abstract, paras. 6-11, 14-21, 23-26; |
| | • Mizuguchi 641 at Figs. 1-10, Abstract, paras 6-11, 14-21, 23-26; |
| | • Ishii 108 at Figs. 1-4, paras 1-13; |
| | • Macaulay 2007 at pp. 641-643; |
| | • 2006 British Health Publication at pp. 14-15; |
| | • 2007 Omni Medical User & Maintenance Guide at pp. 10, 21; |
| | • Omni AMXD / AMXDMax devices |
| wherein the container is closed, except for having an array of openings through which urine can be drawn into the chamber | Containers that were closed, except for having an array of openings through which urine can be drawn into a chamber, were well known in the art at the time of the alleged invention.  For example, such openings in a urine or bodily fluid collection |

| 508 Patent Claim Language | Prior Art |
|---|---|
| | container provide an entry point for the fluid but otherwise contain and capture fluid.<br><br>• Jones 080 at Figs. 1, 8-9, 1:26-35, 1:73-79;<br>• Scott 234 at 1:29-48, Figs. 1-3;<br>• Keane 768 at Abstract, 1:65-2:10, 2:46-56, Fig. 1-4;<br>• Flower 300 at Figs. 2, 7, 1:11-15, 2:22-24, 3:23-32;<br>• Larson 025 at Abstract, Fig. 2, 3:21-25, 4:47-52;<br>• Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33, 5:34-6:4, 6:36-43;<br>• DesMarais 130 at Abstract, Figs. 1-5, 4:66-53, 3:45-4:65, 6:29-51, 10:11-12:14;<br>• Kuntz 166 at Abstract, Figs. 2-6, 2:34-47, 4:63-5:2;<br>• Brennan 465 at 4:16-66, Figs. 1-2, 6;<br>• Nigay 463 at Figs. 1-3, 1:65-2:62;<br>• McGuire 347 at Figs. 1-4, Abstract, 2:35-40, 5:25-30, 6:1-35;<br>• McGuire 699 at Figs. 1-6, 4:1-19, 4:68-5:2, 6:61-64;<br>• Skow 735 at Abstract, Figs. 1-11, 3:48-51, 6:16-67;<br>• Argenta 643 at Figs. 1, 5; 3:31-51, 6:46-64, 7:10-23, 7:56-58;<br>• Osborn 212 at Figs. 1-7, 18, 22-23, 1:35-41, 2:41-51, 4:54-5:29, 5:59-62, 11:32-58, 17:4-52, 19:9-13, 19:22-25, 33:13-15;<br>• Lawrence 564 at Figs. 1-10, 14, Abstract, 5:8-6:27, 7:28-56, 11:1-19, 11:24-36, claim 6;<br>• Lawrence 222 at Figs. 1-10, 14, Abstract, 5:8-6:27, 7:28-56, 11:1-19, 11:24-36, claim 6;<br>• Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64;<br>• Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35;<br>• Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61;<br>• Easter 366 at Figs. 5-9, 5:54-6:10;<br>• Harvie 964 at Figs. 1-3, 9:25-10:45;<br>• Harvie 012 at Figs. 1-3, 8:29-9:51;<br>• Harvie 043 at Figs. 1-3, 9:66-10:58;<br>• Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33;<br>• Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26; |

| 508 Patent Claim Language | Prior Art |
|---|---|
| | <ul><li>Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54;</li><li>Mombrinie 389 at Figs. 1-4, 9, 4:17-26, 4:61-5:7, 5:15-19;</li><li>Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56;</li><li>Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46;</li><li>Tazoe 292 at Figs. 1-9, 11-12, paras 21-33, 63-66;</li><li>Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32;</li><li>Mombrinie 639 at Figs. 1-9, paras. 13-14, 31-38, 40, 43;</li><li>Mahnensmith 080 at Abstract, Figs. 1-5, paras. 8-11, 17-20, 23, 30-31;</li><li>Van Den Heuvel 894 at Figs. 1-4, paras. 13-14, 38-44;</li><li>Van Den Heuvel 823 at Figs. 1-4, 1:27-2:15, 2:25-27, 3:5-25, 6:18-26, 6:28-7:3, 7:5-13, 8:17-20, 8:22-25;</li><li>Wolf 784 at Abstract, Figs. 1a, 5a, 5b, 9:8-21, 9:23-10:9;</li><li>Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;</li><li>2007 Omni Medical User & Maintenance Guide at pp. 10, 21;</li><li>Omni AMXD / AMXDMax devices</li></ul> |
| and at least one outlet port through which urine can be drawn away from the chamber; and | Containers having an outlet port through which urine can be drawn away from a chamber were well known at the time of the alleged invention.  An outlet was a conventional feature to provide for sanitary removal of the urine and subsequent continued use of the collection device.<br><br><ul><li>Jones 080 at Figs. 1, 8-9, 1:26-35, 1:73-79;</li><li>Scott 234 at 1:29-48, Figs. 1-3;</li><li>Keane 768 at Abstract, 1:65-2:10, 2:46-56, Fig. 1-4;</li><li>Flower 300 at Figs. 2, 7, 1:11-15, 2:22-24, 3:23-32;</li><li>Larson 025 at Abstract, Fig. 2, 3:21-25, 4:47-52;</li><li>Hessner 418 at 6:36-43;</li><li>Triunfol 675 at Figs. 1-5, claims 1-4, 1:56-67, 2:7-17, 2:58-3:18, 3:66-4:7, 4:2-7;</li></ul> |

| 508 Patent Claim Language | Prior Art |
|---|---|
| | • Kuntz 166 at Abstract, Figs. 2-6, 2:25-30, 2:65-3:6, 3:37-52, 4:9-11, 5:59-6:17, 7:17-23;<br>• Brennan 465 at 4:16-66, Figs. 1-2, 6;<br>• Washington 508 at Figs. 1-12, 2:24-67, 6:22-67;<br>• Nigay 463 at Figs. 1-3, 1:65-2:62;<br>• McGuire 347 at Figs. 1-4, Abstract, 2:35-40, 5:25-30, 6:1-35;<br>• McGuire 699 at Figs. 1-6, 4:1-19, 4:68-5:2, 6:61-64;<br>• Skow 735 at Abstract, Figs. 1-11, 3:48-51, 6:16-67;<br>• Argenta 643 at Figs. 1, 5; 3:31-51, 6:46-64, 7:10-23, 7:56-58;<br>• Lawrence 564 at Figs. 1-10, Abstract, 5:8-6:27, 7:28-56;<br>• Lawrence 222 at Figs. 1-10, 14, Abstract, 5:8-6:27, 7:28-56, 11:24-36;<br>• Robertson 771 at Figs. 1-2, 2:56-3:44;<br>• Cheng 133 at Figs. 7A-9, 16:53-17:54;<br>• Sweetser 793 at Figs. 1-2, 3:35-4:31;<br>• Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64;<br>• Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35;<br>• Otto 137 at Figs. 1-2, 3:7-64, 4:10-28;<br>• Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61;<br>• Easter 366 at Figs. 5-9, 5:54-6:10;<br>• Harvie 964 at Figs. 1-3, 9:25-10:45;<br>• Harvie 012 at Figs. 1-3, 8:29-9:51;<br>• Harvie 043 at Figs. 1-3, 9:66-10:58;<br>• Trabold 781 at Abstract, Figs. 1-8, 2:35-51;<br>• Cheng 245 at 24:12-35, 29:27-52, 37:35-57, 38:48-53;<br>• Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33;<br>• Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26;<br>• Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54;<br>• Mombrinie 389 at Figs. 1-4, 9, 4:17-26, 4:61-5:7, 5:15-19;<br>• Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56;<br>• Grundke 161 at Figs. 1-5, paras. 20-24, 33;<br>• Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46; |

| 508 Patent Claim Language | Prior Art |
|---|---|
| | • Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66;<br>• Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32;<br>• Mombrinie 639 at Figs. 1-9, paras. 13-14, 31-38, 40, 43;<br>• Mahnensmith 080 at Abstract, Figs. 1-5, paras. 10, 23;<br>• Van Den Heuvel 894 at Figs. 1-4, paras. 13-14, 38-44;<br>• Van Den Heuvel 823 at Figs. 1-4, 1:27-2:7, 2:14-17, 3:21-25, 4:13-19, 7:15-30;<br>• Wolf 784 at Abstract, Figs. 1a, 5a, 5b, 9:8-21, 9:23-10:9;<br>• Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;<br>• Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13;<br>• Goldenberg 638 at Abstract, Figs. 1-3, 3:20-42, 6:44-57;<br>• Schmitt 710 at Figs. 3-6, cols. 1-2;<br>• Chiku 946 at Figs. 1-10, Abstract, paras. 6-11, 14-21, 23-26;<br>• Mizuguchi 641 at Figs. 1-10, Abstract, paras 6-11, 14-21, 23-26;<br>• Ishii 108 at Figs. 1-4, paras 1-13;<br>• Macaulay 2007 at pp. 641-643;<br>• 2006 British Health Publication at pp. 14-15;<br>• 2007 Omni Medical User & Maintenance Guide at pp. 10, 21;<br>• Omni AMXD / AMXDMax devices |
| wherein an elongated exterior of the container is configured and dimensioned for enabling a moisture-wicking article to be secured over the array of openings of the container by wrapping the article over the array and securing the wrapped article, | Containers having an elongated exterior configured and dimensioned for enabling a moisture-wicking article to be secured over an array of openings of a container by wrapping the article over the array and securing it (and containers specifically having such a secured moisture-wicking article) were well known in the art at the time of the alleged invention. Securing the article over the openings allows the article to stay in place while covering the openings and facilitating moisture wicking and access to the container. The shape facilitates urine collection. For example, an elongated container conforms to the female anatomy and can fit between the legs. |

| 508 Patent Claim Language | Prior Art |
|---|---|
| | • Jones 080 at Figs. 1, 8-9, 2:37-65, 2:70-79, 3:15-31;<br>• Scott 234 at 2:32-54, Fig. 1;<br>• Keane 768 at Abstract, 1:65-2:10, 2:46-56, Fig. 4;<br>• Flower 300 at Figs. 2, 7, 1:11-15, 2:22-24, 3:23-32;<br>• Larson 025 at Abstract, Fig. 2, 3:21-25, 4:47-52;<br>• Brennan 465 at 4:16-66, Figs. 1-2, 6;<br>• McGuire 347 at Figs. 1-4, Abstract, 2:35-40, 5:25-30, 6:1-35;<br>• McGuire 699 at Figs. 1-6, 4:1-19, 4:68-5:2, 6:61-64;<br>• Skow 735 at Abstract, Figs. 1-11, 3:48-51, 6:16-67;<br>• Argenta 643 at Figs. 1, 5; 3:31-51, 6:46-64, 7:10-23, 7:56-58;<br>• DesMarais 130 at Abstract, Figs. 1-5, 4:66-53, 3:45-4:65, 6:29-51, 10:11-12:14;<br>• Kuntz 166 at Abstract, Figs. 2-6, 2:43-69;<br>• Etheredge 606 at Figs. 1-3, Abstract, 4:7-60, 5:212-54;<br>• Osborn 212 at Figs. 1-7, 18, 22-23, 1:35-41, 2:41-51, 4:54-5:29, 5:59-62, 11:32-58, 17:4-52, 19:9-13, 19:22-25, 33:13-15;<br>• Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64;<br>• Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61;<br>• Easter 366 at Figs. 5-9, 5:54-6:10;<br>• Harvie 964 at Figs. 1-3, 9:25-10:45;<br>• Harvie 012 at Figs. 1-3, 8:29-9:51;<br>• Harvie 043 at Figs. 1-3, 9:66-10:58;<br>• Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33;<br>• Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26;<br>• Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54;<br>• Mombrinie 389 at Figs. 1-4, 9, 4:17-26, 4:61-5:7, 5:15-19;<br>• Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56;<br>• Coley 804 at Figs. 1-5, Abstract, paras. 18-19, 21-24;<br>• Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66;<br>• Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32; |

| 508 Patent Claim Language | Prior Art |
|---|---|
|  | • Mombrinie 639 at Figs. 1-9, paras. 13-14, 31-38, 40, 43; <br> • Mahnensmith 080 at Abstract, Figs. 4, paras. 9-11, 17-24, 30-31; <br> • Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55; <br> • 2007 Omni Medical User & Maintenance Guide at pp. 10, 21; <br> • Omni AMXD / AMXDMax devices |
| and for enabling said secured moisture-wicking article to be disposed in contact with the region of a female body surrounding the urethral opening. | It was well known to configure the moisture-wicking article so it was disposed in contact with the region surrounding the urethral opening, for example, to maximize urine collection. <br><br> • Jones 080 at Figs. 1, 8-9, 1:26-79, 2:37-79, 3:15-31; <br> • Scott 234 at 2:32-54, Fig. 1; <br> • Keane 768 at Abstract, 1:34-36, 1:65-2:10, 2:46-56, Fig. 4; <br> • Flower 300 at Figs. 2, 7, 1:11-15, 2:22-24, 3:23-32; <br> • Larson 025 at Abstract, Fig. 2, 3:21-25, 4:47-52; <br> • DesMarais 130 at Abstract, Figs. 1-5, 4:66-53, 3:45-4:65, 6:29-51, 10:11-12:14; <br> • Frosch 901 at Abstract, Figs. 1-2, 5:57-6:45; <br> • Frosch 539 at Abstract, Figs. 1-2, 2:38-52, 3:5-21, 6:11-42; <br> • Triunfol 675 at Figs. 1-5, claims 1-4, 1:56-67, 2:7-17, 2:58-3:18, 3:66-4:7, 4:2-7; <br> • Kuntz 166 at Abstract, Figs. 2-6, 3:48-52, 7:17-23; <br> • Brennan 465 at 4:16-66, Figs. 1-2, 6; <br> • Washington 508 at Figs. 1-12, 2:24-67, 5:22-6:67; <br> • McGuire 347 at Figs. 1-4, Abstract, 2:35-40, 5:25-30, 6:1-35; <br> • McGuire 699 at Figs. 1-6, 4:1-19, 4:68-5:2, 6:61-64; <br> • Skow 735 at Abstract, Figs. 1-11, 3:48-51, 6:16-67; <br> • Argenta 643 at Figs. 1, 5; 3:31-51, 6:46-64, 7:10-23, 7:56-58; |

| 508 Patent Claim Language | Prior Art |
|---|---|
| | • Osborn 212 at Figs. 1-7, 18, 22-23, 1:35-41, 2:41-51, 4:54-5:29, 5:59-62, 11:32-58, 17:4-52, 19:9-13, 19:22-25, 33:13-15;<br>• Lawrence 564 at Figs. 1-10, 14, Abstract, 5:8-6:27, 7:28-56, 11:1-19, 11:24-36, claim 6;<br>• Lawrence 222 at Figs. 1-10, 14, Abstract, 5:8-6:27, 7:28-56, 11:1-19, 11:24-36, claim 6;<br>• Etheredge 606 at Figs. 1-3, Abstract, 4:7-60, 5:212-54;<br>• Cheng 133 at Figs. 7A-9, 16:53-17:54;<br>• Sweetser 793 at Figs. 1-2, 3:35-4:31;<br>• Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64;<br>• Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35;<br>• Otto 137 at Figs. 1-2, 3:7-64, 4:10-28;<br>• Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61;<br>• Easter 366 at Figs. 5-9, 5:54-6:10;<br>• Harvie 964 at Figs. 1-3, 9:25-10:45;<br>• Harvie 012 at Figs. 1-3, 8:29-9:51;<br>• Harvie 043 at Figs. 1-3, 9:66-10:58;<br>• Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33;<br>• Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26;<br>• Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54;<br>• Mombrinie 389 at Figs. 1-4, 9, 4:17-26, 4:61-5:7, 5:15-19;<br>• Okabe 706 at Figs. 1-9, 3:36-45, 4:10-21, 6:13-17;<br>• Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56;<br>• Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46;<br>• Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66;<br>• Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32;<br>• Mombrinie 639 at Figs. 1-9, paras. 13-14, 31-38, 40, 43;<br>• Mahnensmith 080 at Abstract, Figs. 1-5, paras. 24-25, 30-31;<br>• Wolf 784 at Abstract, Figs. 1a, 5a, 5b, 9:8-21, 9:23-10:9;<br>• Coley 804 at Figs. 1-5, Abstract, paras. 18-19, 21-24; |

| 508 Patent Claim Language | Prior Art |
|---|---|
|  | • Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;<br>• 2007 Omni Medical User & Maintenance Guide at pp. 10, 21;<br>• Omni AMXD / AMXDMax devices |
| **Claim 3** | |
| 3. A device according to claim 1 in combination with said moisture-wicking article when the moisture-wicking article is wrapped and secured over the array of openings, wherein the moisture-wicking article is dimensioned for being secured over the array of openings. | See Claim 1.  Moisture-wicking articles dimensioned to be wrapped and secured over a container's openings were well known as previously discussed.<br><br>• Jones 080 at Figs. 1, 8-9, 2:37-79, 3:15-31;<br>• Scott 234 at 2:32-54, Fig. 1;<br>• Keane 768 at Abstract, 1:65-2:10, 2:46-56, Fig. 4;<br>• Flower 300 at Figs. 2, 7, 1:11-15, 2:22-24, 3:23-32;<br>• Larson 025 at Abstract, Fig. 2, 3:21-25, 4:47-52;<br>• Brennan 465 at 4:16-66, Figs. 1-2, 6;<br>• Kuntz 166 at Abstract, Figs. 2-6, 2:34-69;<br>• McGuire 347 at Figs. 1-4, Abstract, 2:35-40, 5:25-30, 6:1-35;<br>• McGuire 699 at Figs. 1-6, 4:1-19, 4:68-5:2, 6:61-64;<br>• Skow 735 at Abstract, Figs. 1-11, 3:48-51, 6:16-67;<br>• Argenta 643 at Figs. 1, 5; 3:31-51, 6:46-64, 7:10-23, 7:56-58;<br>• Desmarais 130 at Figs. 1-5, 2:65-3:23, 4:11-17, 5:13-26,  5:54-59, 6:28-51, 6:51-7:8,  10:1-5, 10:11-11:51;<br>• Osborn 212 at Figs. 1-7, 18, 22-23, 1:35-41, 2:41-51, 4:54-5:29, 5:59-62, 11:32-58, 17:4-52, 19:9-13, 19:22-25, 33:13-15;<br>• Etheredge 606 at Figs. 1-3, Abstract, 4:7-60, 5:212-54;<br>• Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64;<br>• Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61;<br>• Easter 366 at Figs. 5-9, 5:54-6:10;<br>• Harvie 964 at Figs. 1-3, 9:25-10:45;<br>• Harvie 012 at Figs. 1-3, 8:29-9:51;<br>• Harvie 043 at Figs. 1-3, 9:66-10:58;<br>• Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33; |

| 508 Patent Claim Language | Prior Art |
|---|---|
| | • Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26;<br>• Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54;<br>• Mombrinie 389 at Figs. 1-4, 9, 4:17-26, 4:61-5:7, 5:15-19;<br>• Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56;<br>• Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66;<br>• Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32;<br>• Mombrinie 639 at Figs. 1-9, paras. 13-14, 31-38, 40, 43;<br>• Mahnensmith 080 at Abstract, Figs. 1-5, paras. 8-11, 17-25, 30-31;<br>• Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55<br>• 2007 Omni Medical User & Maintenance Guide at pp. 10, 21;<br>• Omni AMXD / AMXDMax devices |
| **Claim 4** | |
| 4. A combination according to claim 3, wherein the moisture-wicking article has the moisture-wicking characteristic of a paper towel. | See Claim 3.  Using articles that have the characteristic of a paper towel (and actually were paper towels) as moisture-wicking articles were well known at the time of the alleged invention. As explained in the Newman Declarations filed in connection with claim construction, paper towel and paper towel-like materials are permeable and absorbent and included numerous features that made them one of a few known design choices as a moisture-wicking article.<br><br>• Jones 080 at 2:51-57;<br>• Scott 234 at 2:32-54, Fig. 1;<br>• Keane 768 at Abstract, 1:34-41, 1:65-2:10, 2:46-56, Fig. 4;<br>• Flower 300 at Figs. 2, 7, 1:11-15, 2:22-24, 3:23-32;<br>• Larson 025 at Abstract, Fig. 2, 3:21-25, 4:47-52;<br>• Hessner 418 at Abstract, Figs. 1-8, 3:26-31, 5:54-57, 6:36-43;<br>• DesMarais 130 at Abstract, Figs. 1-5, 4:66-53, 3:45-4:65, 6:29-51, 10:11-12:14; |

| 508 Patent Claim Language | Prior Art |
|---|---|
|  | • Frosch 539 at Abstract, Figs. 1-2, 2:38-66, 3:5-21, 6:27-42;<br>• Triunfol 675 at Figs. 1-5, claims 1-4, 3:66-4:7, 4:2-7;<br>• Kuntz 166 at Abstract, Figs. 1-8, 2:43-68;<br>• Brennan 465 at 4:16-66, Figs. 1-2, 6;<br>• Washington 508 at Figs. 1-12, 2:24-67, 5:22-6:67;<br>• McGuire 347 at Figs. 1-4, Abstract, 2:35-40, 5:25-30, 6:1-35;<br>• McGuire 699 at Figs. 1-6, 4:1-19, 4:68-5:2, 6:61-64;<br>• Skow 735 at Abstract, Figs. 1-11, 3:48-51, 6:16-67;<br>• Argenta 643 at Figs. 1, 5; 3:31-51, 6:46-64, 7:10-23, 7:56-58;<br>• Osborn 212 at 4:54-28, 5:59-62, 33:13-15;<br>• Lawrence 564 at Figs. 1-10, Abstract, 5:8-6:27, 7:28-56;<br>• Lawrence 222 at Figs. 1-10, 14, Abstract, 5:8-6:27, 7:28-56, 11:24-36;<br>• Philips 505 at 1:45-63, 10:30-11:4;<br>• Etheredge 606 at Figs. 1-3, Abstract, 4:7-60, 5:212-54;<br>• Cheng 133 at Figs. 7A-9, 16:53-17:54;<br>• Sweetser 793 at Figs. 1-2, 3:35-4:31;<br>• Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64;<br>• Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35;<br>• Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61;<br>• Easter 366 at Figs. 5-9, 5:54-6:10;<br>• Kirshnaswamy 951 at 12:58-63;<br>• Harvie 964 at Figs. 1-3, 9:25-10:45;<br>• Harvie 012 at Figs. 1-3, 8:29-9:51;<br>• Harvie 043 at Figs. 1-3, 9:66-10:58;<br>• Cheng 245 at 24:12-35, 29:27-52, 37:35-57, 38:48-53;<br>• Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33;<br>• Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26;<br>• Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54;<br>• Mombrinie 389 at Figs. 1-4, 9, 4:17-26, 4:61-5:7, 5:15-19; |

| 508 Patent Claim Language | Prior Art |
|---|---|
| | • Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56;<br>• Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46;<br>• Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66;<br>• Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32;<br>• Mombrinie 639 at Figs. 1-9, paras. 13-14, 31-38, 40, 43;<br>• Mahnensmith 080 at paras. 9, 22;<br>• Wolf 784 at Abstract, Figs. 1a, 5a, 5b, 9:8-21, 9:23-10:9;<br>• Kuntz 355 at Abstract, Figs. 1-5, 5:9-12 |
| **Claim 5** | |
| 5. A combination according to claim 1, wherein the moisture-wicking article has the moisture-wicking characteristic of a paper towel. | See Claims 1 and 4.<br><br>• Jones 080 at 2:51-57;<br>• Scott 234 at 2:32-54, Fig. 1;<br>• Keane 768 at Abstract, 1:34-41, 1:65-2:10, 2:46-56, Fig. 4;<br>• Flower 300 at Figs. 2, 7, 1:11-15, 2:22-24, 3:23-32;<br>• Larson 025 at Abstract, Fig. 2, 3:21-25, 4:47-52;<br>• Hessner 418 at Abstract, Figs. 1-8, 3:26-31, 5:54-57, 6:36-43;<br>• DesMarais 130 at Abstract, Figs. 1-5, 4:66-53, 3:45-4:65, 6:29-51, 10:11-12:14;<br>• Frosch 539 at Abstract, Figs. 1-2, 2:38-66, 3:5-21, 6:27-42;<br>• Triunfol 675 at Figs. 1-5, claims 1-4, 3:66-4:7, 4:2-7;<br>• Kuntz 166 at Abstract, Figs. 1-8, 2:43-68;<br>• Brennan 465 at 4:16-66, Figs. 1-2, 6;<br>• Washington 508 at Figs. 1-12, 2:24-67, 5:22-6:67;<br>• McGuire 347 at Figs. 1-4, Abstract, 2:35-40, 5:25-30, 6:1-35;<br>• McGuire 699 at Figs. 1-6, 4:1-19, 4:68-5:2, 6:61-64;<br>• Skow 735 at Abstract, Figs. 1-11, 3:48-51, 6:16-67;<br>• Argenta 643 at Figs. 1, 5; 3:31-51, 6:46-64, 7:10-23, 7:56-58; |

| 508 Patent Claim Language | Prior Art |
|---|---|
|  | • Osborn 212 at 4:54-28, 5:59-62, 33:13-15; |
|  | • Lawrence 564 at Figs. 1-10, Abstract, 5:8-6:27, 7:28-56; |
|  | • Lawrence 222 at Figs. 1-10, 14, Abstract, 5:8-6:27, 7:28-56, 11:24-36; |
|  | • Philips 505 at 1:45-63, 10:30-11:4; |
|  | • Etheredge 606 at Figs. 1-3, Abstract, 4:7-60, 5:212-54; |
|  | • Cheng 133 at Figs. 7A-9, 16:53-17:54; |
|  | • Sweetser 793 at Figs. 1-2, 3:35-4:31; |
|  | • Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64; |
|  | • Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35; |
|  | • Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61; |
|  | • Easter 366 at Figs. 5-9, 5:54-6:10; |
|  | • Kirshnaswamy 951 at 12:58-63; |
|  | • Harvie 964 at Figs. 1-3, 9:25-10:45; |
|  | • Harvie 012 at Figs. 1-3, 8:29-9:51; |
|  | • Harvie 043 at Figs. 1-3, 9:66-10:58; |
|  | • Cheng 245 at 24:12-35, 29:27-52, 37:35-57, 38:48-53; |
|  | • Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33; |
|  | • Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26; |
|  | • Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54; |
|  | • Mombrinie 389 at Figs. 1-4, 9, 4:17-26, 4:61-5:7, 5:15-19; |
|  | • Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56; |
|  | • Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46; |
|  | • Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66; |
|  | • Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32; |
|  | • Mombrinie 639 at Figs. 1-9, paras. 13-14, 31-38, 40, 43; |
|  | • Mahnensmith 080 at paras. 9, 22; |
|  | • Wolf 784 at Abstract, Figs. 1a, 5a, 5b, 9:8-21, 9:23-10:9; |
|  | • Kuntz 355 at Abstract, Figs. 1-5, 5:9-12 |
| **Claim 6** | |
| 6. A combination according to claim 1, in further combination with a vacuum pump | See Claim 1.  It was well known at the time of the alleged invention to use vacuum pumps with urine or |

| 508 Patent Claim Language | Prior Art |
|---|---|
| for drawing the urine through the array of openings and into the chamber from the disposed moisture-wicking article. | other bodily fluid collection devices to draw fluid through openings in the device from a moisture-wicking article and into a collection chamber.  For example, it was well known that vacuum helps facilitate transfer of fluid through the article into the container for transfer outside of the system.<br><br>• Jones 080 at 1:26-35;<br>• Scott 234 at 2:32-54, Fig. 1;<br>• Keane 768 at 1:34-40, 2:5-10, 5:4-14, Fig. 4;<br>• Flower 300 at Figs. 2, 7, 1:11-15, 2:22-24, 3:23-32;<br>• Larson 025 at Abstract, Fig. 2, 3:21-25, 4:47-52;<br>• Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33, 5:34-6:4, 6:36-43;<br>• Triunfol 675 at Figs. 1-5, claims 1-4, 1:56-67, 2:7-17, 2:58-3:18, 3:66-4:7, 4:2-7;<br>• Kuntz 166 at Abstract, Figs. 1, 7-8, 2:25-30, 2:65-3:6, 3:37-42, 4:9-11, 5:59-6:17;<br>• Crowley 928 at 2:31-48, Fig. 3-5;<br>• Brennan 465 at 4:16-66, Figs. 1-2, 6;<br>• Nigay 463 at Figs. 1-3, 1:65-2:62;<br>• McGuire 347 at Figs. 1-4, Abstract, 2:35-40, 5:25-30, 6:1-35;<br>• McGuire 699 at Figs. 1-6, 4:1-19, 4:68-5:2, 6:61-64;<br>• Skow 735 at Abstract, Figs. 1-11, 3:48-51, 6:16-67;<br>• Argenta 643 at Figs. 1, 5; 3:31-51, 6:46-64, 7:10-23, 7:56-58;<br>• Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64;<br>• Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35;<br>• Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61;<br>• Easter 366 at Figs. 5-9, 5:54-6:10;<br>• Harvie 964 at Figs. 1-3, 9:25-10:45;<br>• Harvie 012 at Figs. 1-3, 8:29-9:51;<br>• Harvie 043 at Figs. 1-3, 9:66-10:58;<br>• Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33;<br>• Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26;<br>• Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54;<br>• Mombrinie 389 at Figs. 1-4, 9, 4:17-26, 4:61-5:7, 5:15-19; |

| 508 Patent Claim Language | Prior Art |
|---|---|
|  | • Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56; <br> • Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46; <br> • Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66; <br> • Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32; <br> • Mombrinie 639 at Figs. 1-9, paras. 13-14, 31-38, 40, 43; <br> • Mahnensmith 080 at Fig. 3, paras. 10, 23; <br> • Wolf 784 at Abstract, Figs. 1a-4, 2:4-10, 5:12-30, 9:3-5; <br> • Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55; <br> • 2007 Omni Medical User & Maintenance Guide at pp. 10, 21; <br> • Omni AMXD / AMXDMax devices. |
| **Claim 7** | |
| 7. A combination according to claim 6, wherein the vacuum pump is disposed for drawing the urine away from the chamber through the outlet port. | See Claim 6.  It was well known at the time of the alleged invention to dispose a vacuum pump to draw urine away from the chamber through the outlet port. For example, doing so provided a way to remove the urine from the collection device. <br><br> • Jones 080 at Figs. 1, 8-9, 1:26-35; <br> • Scott 234 at 2:32-54, Fig. 1; <br> • Keane 768 at Abstract, 1:34-40, 2:5-10, 5:4-14, Fig. 4, 2:46-56; <br> • Flower 300 at Figs. 2, 7, 1:11-15, 2:22-24, 3:23-32; <br> • Larson 025 at Abstract, Fig. 2, 3:21-25, 4:47-52; <br> • Hessner 418 at 6:36-43; <br> • Triunfol 675 at Figs. 2, 2:10-17; <br> • Kuntz 166 at Abstract, Figs. 1, 7-8, 2:25-30, 2:65-3:6, 3:37-42, 4:9-11, 5:59-6:17; <br> • Crowley 928 at 2:31-48, Fig. 3-5; <br> • Brennan 465 at 4:16-66, Figs. 1-2, 6; <br> • Nigay 463 at Figs. 1-3, 1:65-2:62; <br> • McGuire 347 at Figs. 1-4, Abstract, 2:35-40, 5:25-30, 6:1-35; <br> • McGuire 699 at Figs. 1-6, 4:1-19, 4:68-5:2, 6:61-64; <br> • Skow 735 at Abstract, Figs. 1-11, 3:48-51, 6:16-67; |

| 508 Patent Claim Language | Prior Art |
|---|---|
| | <ul><li>Argenta 643 at Figs. 1, 5; 3:31-51, 6:46-64, 7:10-23, 7:56-58;</li><li>Lawrence 564 at Figs. 1-10, Abstract, 5:8-6:27, 7:28-56;</li><li>Lawrence 222 at Figs. 6-10, 14, Abstract, 4:47-55, 5:8-6:27, 6:21-25, 6:40-42, 7:28-56, 8:8-29, 8:38-10:29, 11:24-36;</li><li>Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64;</li><li>Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35;</li><li>Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61;</li><li>Easter 366 at Figs. 5-9, 5:54-6:10;</li><li>Harvie 964 at Figs. 1-3, 9:25-10:45;</li><li>Harvie 012 at Figs. 1-3, 8:29-9:51;</li><li>Harvie 043 at Figs. 1-3, 9:66-10:58;</li><li>Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33;</li><li>Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26;</li><li>Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54;</li><li>Mombrinie 389 at Figs. 1-4, 9, 4:17-26, 4:61-5:7, 5:15-19;</li><li>Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56;</li><li>Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46;</li><li>Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66;</li><li>Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32;</li><li>Mombrinie 639 at Figs. 1-9, paras. 13-14, 31-38, 40, 43;</li><li>Mahnensmith 080 at Fig. 3, paras. 10, 23;</li><li>Van Den Heuvel 894 at Figs. 1-4, paras. 13-14, 38-44;</li><li>Van Den Heuvel 823 at Figs. 1-4, 1:27-2:7;</li><li>Wolf 784 at Abstract, Figs. 1a-4, 2:4-10, 5:12-30, 9:3-5;</li><li>Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13;</li><li>Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;</li><li>Schmitt 710 at Figs. 3-6, cols. 1-2;</li><li>Chiku 946 at Figs. 1-10, Abstract, paras. 6-11, 14-21, 23-26;</li><li>Mizuguchi 641 at Figs. 1-10, Abst., paras 6-11, 14-21, 23-26;</li></ul> |

| 508 Patent Claim Language | Prior Art |
|---|---|
| | • Ishii 108 at Figs. 1-4, paras 1-13;<br>• Macaulay 2007 at pp. 641-643;<br>• 2006 British Health Publication at pp. 14-15;<br>• 2007 Omni Medical User & Maintenance Guide at pp. 10, 21;<br>• Omni AMXD / AMXDMax devices. |
| **Claim 8** | |
| 8. A combination according to claim 7, wherein the vacuum pump is disposed for applying a partial vacuum to the outlet port. | See Claim 7.  It was further well known at the time of the alleged invention to use a vacuum pump that applied a partial vacuum to the device (including an outlet port) of a urine or other bodily fluid collection device.<br><br>• Jones 080 at 1:26-35;<br>• Scott 234 at 2:32-54, Fig. 1;<br>• Keane 768 at Abstract, 1:34-40, 2:5-10, 5:4-14, 2:46-56, Fig. 4;<br>• Flower 300 at Figs. 2, 7, 1:11-15, 2:22-24, 3:23-32;<br>• Larson 025 at Abstract, Fig. 2, 3:21-25, 4:47-52;<br>• Hessner 418 at 6:36-43;<br>• Triunfol 675 at Fig. 2, 2:10-17;<br>• Kuntz 166 at Abstract, Figs. 1, 7-8, 2:25-30, 2:65-3:6, 3:37-42, 4:9-11, 5:59-6:17;<br>• Crowley 928 at 2:31-48, Fig. 3-5;<br>• Brennan 465 at 4:16-66, Figs. 1-2, 6;<br>• Nigay 463 at Figs. 1-3, 1:65-2:62;<br>• McGuire 347 at Figs. 1-4, Abstract, 2:35-40, 5:25-30, 6:1-35;<br>• McGuire 699 at Figs. 1-6, 4:1-19, 4:68-5:2, 6:61-64;<br>• Skow 735 at Abstract, Figs. 1-11, 3:48-51, 6:16-67;<br>• Argenta 643 at Figs. 1, 5; 3:31-51, 6:46-64, 7:10-23, 7:56-58;<br>• Lawrence 564 at Figs. 1-10, Abstract, 5:8-6:27, 7:28-56;<br>• Lawrence 222 at Figs. 6-10, 14, Abstract, 4:47-55, 5:8-6:27, 6:21-25, 6:40-42, 7:28-56, 8:8-29, 8:38-10:29, 11:24-36;<br>• Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64;<br>• Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35;<br>• Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61; |

| 508 Patent Claim Language | Prior Art |
|---|---|
| | • Easter 366 at Figs. 5-9, 5:54-6:10;<br>• Harvie 964 at Figs. 1-3, 9:25-10:45;<br>• Harvie 012 at Figs. 1-3, 8:29-9:51;<br>• Harvie 043 at Figs. 1-3, 9:66-10:58;<br>• Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33;<br>• Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26;<br>• Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54, claim 10;<br>• Mombrinie 389 at Figs. 1-4, 9, 4:17-26, 4:61-5:7, 5:15-19;<br>• Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56;<br>• Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46;<br>• Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66;<br>• Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32;<br>• Mombrinie 639 at Figs. 1-9, paras. 13-14, 31-38, 40, 43;<br>• Mahnensmith 080 at Fig. 3, paras. 10, 23;<br>• Van Den Heuvel 894 at Figs. 1-4, paras. 13-14, 38-44;<br>• Van Den Heuvel 823 at Figs. 1-4, 1:27-2:7;<br>• Wolf 784 at Abstract, Figs. 1a-4, 2:4-10, 5:12-30, 9:3-5;<br>• Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13;<br>• Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;<br>• Schmitt 710 at Figs. 3-6, cols. 1-2;<br>• Chiku 946 at Figs. 1-10, Abstract, paras. 6-11, 14-21, 23-26;<br>• Mizuguchi 641 at Figs. 1-10, Abst., paras 6-11, 14-21, 23-26;<br>• Ishii 108 at Figs. 1-4, paras 1-13;<br>• Macaulay 2007 at pp. 641-643;<br>• 2006 British Health Publication at pp. 14-15;<br>• 2007 Omni Medical User & Maintenance Guide at pp. 10, 21;<br>• Omni AMXD / AMXDMax devices. |
| **Claim 17** | |
| 17. A moisture-wicking article adapted for use with a urine collection device for use | See Claim 1. Urine collection devices for use in systems for transporting voided urine by drawing the |

| 508 Patent Claim Language | Prior Art |
|---|---|
| in a system for transporting urine voided from a body of a person or an animal by drawing the urine into the moisture-wicking article when said article is disposed in contact with a region of the body surrounding the urethral opening, and drawing the urine into the collection device from the moisture-wicking article, | urine into a moisture-wicking article that is disposed in contact with the urethral opening and then into the collection device were well known in the art at the time of the alleged invention.<br><br>• Jones 080 at Figs. 1, 8-9, 1:26-35, 2:51-57;<br>• Scott 234 at 2:32-54, Fig. 1;<br>• Keane 768 at Abstract, 1:34-36, 1:65-2:10, 2:46-56, Fig. 4;<br>• Flower 300 at Figs. 2, 7, 1:11-15, 2:22-24, 3:23-32;<br>• Larson 025 at Abstract, Fig. 2, 3:21-25, 4:47-52;<br>• DesMarais 130 at Abstract, Figs. 1-5, 4:66-53, 3:45-4:65, 6:29-51, 10:1-5, 10:11-12:14;<br>• Frosch 901 at Abstract, Figs. 1-2, 2:44-60, 4:33-62, 5:58-6:45;<br>• Frosch 539 at Abstract, Figs. 1-2, Abstract, 2:38-66, 3:5-21, 4:43-57, 6:11-42;<br>• Triunfol 675 at Figs. 1-5, claims 1-4, 1:56-67, 2:7-17, 2:58-3:18, 3:66-4:7, 4:2-7;<br>• Kuntz 166 at Abstract, Figs. 2-6, 2:43-47, 2:48-69;<br>• Brennan 465 at 4:16-66, Figs. 1-2, 6;<br>• Washington 508 at Figs. 1-12, 2:24-67, 5:22-6:67;<br>• McGuire 347 at Figs. 1-4, Abstract, 2:35-40, 5:25-30, 6:1-35;<br>• McGuire 699 at Figs. 1-6, 4:1-19, 4:68-5:2, 6:61-64;<br>• Skow 735 at Abstract, Figs. 1-11, 3:48-51, 6:16-67;<br>• Argenta 643 at Figs. 1, 5; 3:31-51, 6:46-64, 7:10-23, 7:56-58;<br>• Osborn 212 at Figs. 1-7, 18, 22-23, 1:35-41, 2:41-51, 4:54-5:29, 5:59-62, 11:32-58, 17:4-52, 19:9-13, 19:22-25, 33:13-15;<br>• Lawrence 564 at Figs. 1-10, 14, Abstract, 5:8-6:27, 7:28-56, 11:1-19, 11:24-36, claim 6;<br>• Lawrence 222 at Figs. 1-10, 14, Abstract, 5:8-6:27, 7:28-56, 11:1-19, 11:24-36, claim 6;<br>• Etheredge 606 at Figs. 1-3, Abstract, 4:7-60, 5:212-54;<br>• Cheng 133 at Figs. 7A-9, 16:53-17:54;<br>• Sweetser 793 at Figs. 1-2, 3:35-4:31;<br>• Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64; |

| 508 Patent Claim Language | Prior Art |
|---|---|
| | <ul><li>Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35;</li><li>Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61;</li><li>Easter 366 at Figs. 5-9, 5:54-6:10;</li><li>Harvie 964 at Figs. 1-3, 9:25-10:45;</li><li>Harvie 012 at Figs. 1-3, 8:29-9:51;</li><li>Harvie 043 at Figs. 1-3, 9:66-10:58;</li><li>Cheng 245 at 24:12-35, 29:27-52, 37:35-57, 38:48-53;</li><li>Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33;</li><li>Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26;</li><li>Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54;</li><li>Mombrinie 389 at Figs. 1-4, 9, 4:17-26, 4:61-5:7, 5:15-19;</li><li>Okabe 706 at Figs. 1-9, 3:36-45, 4:10-21, 6:13-17;</li><li>Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56;</li><li>Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46;</li><li>Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66;</li><li>Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32;</li><li>Mombrinie 639 at Figs. 1-9, paras. 13-14, 31-38, 40, 43;</li><li>Mahnensmith 080 at Abstract, Figs. 1-5, paras. 8-11, 17-24, 30-31;</li><li>Wolf 784 at Abstract, Figs. 1a, 5a, 5b, 9:8-21, 9:23-10:9;</li><li>Coley 804 at Figs. 1-5, Abstract, paras. 18-19, 21-24;</li><li>Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55</li><li>Van Den Heuvel 894 at Figs. 1-4, paras. 13-14, 38-44;</li><li>Van Den Heuvel 823 at Figs. 1-4, 1:27-2:7;</li><li>Wolf 784 at Abstract, Figs. 1a-4, 2:4-10, 5:12-30, 9:3-5;</li><li>Macaulay 2007 at pp. 641-643;</li><li>2006 British Health Publication at pp. 14-15;</li><li>2007 Omni Medical User & Maintenance Guide at pp. 10, 21;</li><li>Omni AMXD / AMXDMax devices.</li></ul> |

| 508 Patent Claim Language | Prior Art |
|---|---|
| | |
| wherein the urine collection device includes an elongated container defining a chamber that is closed at both ends for collecting urine | Urine collection devices and other bodily fluid collection devices that include an elongated container defining a chamber closed at both ends for collecting urine or other fluid were well known at the time of the alleged invention.  As discussed above, closed collection containers (including ones that were closed at the ends) were known, and an elongated container conforms to the female anatomy.

<br>

- Scott 234 at 1:29-48, Figs. 1-3;
- Keane 768 at Abstract, 1:65-2:10, 2:46-56, Fig. 1-4;
- Flower 300 at Figs. 2, 7, 1:11-15, 2:22-24, 3:23-32;
- Larson 025 at Abstract, Fig. 2, 3:21-25, 4:47-52;
- Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33, 5:34-6:4, 6:36-43;
- DesMarais 130 at Abstract, Figs. 1-5, 4:66-53, 3:45-4:65, 6:29-51, 10:1-5, 10:11-12:14;
- Triunfol 675 at Figs. 1-5, claims 1-4, 1:56-67, 2:7-17, 2:58-3:18, 3:66-4:7, 4:2-7;
- Kuntz 166 at Abstract, Figs. 2-6, 2:34-47, 3:48-52, 7:17-23;
- Brennan 465 at 4:16-66, Figs. 1-2, 6;
- Washington 508 at Figs. 1-12, 2:24-67, 6:22-67;
- Nigay 463 at Figs. 1-3, 1:65-2:62;
- McGuire 347 at Figs. 1-4, Abstract, 2:35-40, 5:25-30, 6:1-35;
- McGuire 699 at Figs. 1-6, 4:1-19, 4:68-5:2, 6:61-64;
- Skow 735 at Abstract, Figs. 1-11, 3:48-51, 6:16-67;
- Argenta 643 at Figs. 1, 5; 3:31-51, 6:46-64, 7:10-23, 7:56-58;
- Osborn 212 at Figs. 1-7, 18, 22-23, 1:35-41, 2:41-51, 4:54-5:29, 5:59-62, 11:32-58, 17:4-52, 19:9-13, 19:22-25, 33:13-15;
- Lawrence 564 at Figs. 1-10, Abstract, 5:8-6:27, 7:28-56;
- Lawrence 222 at Figs. 6-10, 14, Abstract, 4:47-55, 5:8-6:27, 7:28-56, 8:8-29, 11:24-36;
- Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64;
- Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35; |

| 508 Patent Claim Language | Prior Art |
|---|---|
| | • Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61;<br>• Easter 366 at Figs. 5-9, 5:54-6:10;<br>• Harvie 964 at Figs. 1-3, 9:25-10:45;<br>• Harvie 012 at Figs. 1-3, 8:29-9:51;<br>• Harvie 043 at Figs. 1-3, 9:66-10:58;<br>• Trabold 781 at Abstract, Figs. 1-8, 2:35-51;<br>• Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33;<br>• Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26;<br>• Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54;<br>• Mombrinie 389 at Figs. 1-4, 9, 4:17-26, 4:61-5:7, 5:15-19;<br>• Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56;<br>• Grundke 161 at Figs. 1-5, paras. 20-24, 33;<br>• Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46;<br>• Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66;<br>• Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32;<br>• Mombrinie 639 at Figs. 1-9, paras. 13-14, 31-38, 40, 43;<br>• Mahnensmith 080 at Fig. 4, paras. 30-31;<br>• Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55<br>• Van Den Heuvel 894 at Figs. 1-4, paras. 13-14, 38-44;<br>• Van Den Heuvel 823 at Figs. 1-4, 1:27-2:15, 2:25-27, 3:5-25, 6:18-26, 6:28-7:3, 7:5-13, 8:17-20, 8:22-25;<br>• Wolf 784 at Abstract, Figs. 1a, 5a, 5b, 9:8-21, 9:23-25;<br>• Macaulay 2007 at pp. 641-643;<br>• 2006 British Health Publication at pp. 14-15<br>• 2007 Omni Medical User & Maintenance Guide at pp. 10, 21;<br>• Omni AMXD / AMXDMax devices. |
| and having an array of openings in an elongated side of the container through which urine can be drawn into the chamber and | As discussed above, urine collection devices and other bodily fluid collection devices having an array of openings in an elongated side of the container through which urine can be drawn into a chamber were well known at the time of the alleged invention. |

| 508 Patent Claim Language | Prior Art |
|---|---|
| | This was a typical configuration particularly for the female anatomy for the reasons discussed above.<br><br>• Scott 234 at 1:29-48, Figs. 1-3;<br>• Keane 768 at Abstract, 1:65-2:10, 2:46-56, Fig. 1-4;<br>• Flower 300 at Figs. 2, 7, 1:11-15, 2:22-24, 3:23-32;<br>• Larson 025 at Abstract, Fig. 2, 3:21-25, 4:47-52;<br>• Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33, 5:34-6:4, 6:36-43;<br>• DesMarais 130 at Abstract, Figs. 1-5, 4:66-53, 3:45-4:65, 6:29-51, 10:1-5, 10:11-12:14;<br>• Kuntz 166 at Abstract, Figs. 2-6, 2:34-37, 2:38-47, 4:63-5:2;<br>• Brennan 465 at 4:16-66, Figs. 1-2, 6;<br>• Nigay 463 at Figs. 1-3, 1:65-2:62;<br>• McGuire 347 at Figs. 1-4, Abstract, 2:35-40, 5:25-30, 6:1-35;<br>• McGuire 699 at Figs. 1-6, 4:1-19, 4:68-5:2, 6:61-64;<br>• Skow 735 at Abstract, Figs. 1-11, 3:48-51, 6:16-67;<br>• Argenta 643 at Figs. 1, 5; 3:31-51, 6:46-64, 7:10-23, 7:56-58;<br>• Osborn 212 at Figs. 1-7, 18, 22-23, 1:35-41, 2:41-51, 4:54-5:29, 5:59-62, 11:32-58, 17:4-52, 19:9-13, 19:22-25, 33:13-15;<br>• Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64;<br>• Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35;<br>• Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61;<br>• Easter 366 at Figs. 5-9, 5:54-6:10;<br>• Harvie 964 at Figs. 1-3, 9:25-10:45;<br>• Harvie 012 at Figs. 1-3, 8:29-9:51;<br>• Harvie 043 at Figs. 1-3, 9:66-10:58;<br>• Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33;<br>• Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26;<br>• Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54;<br>• Mombrinie 389 at Figs. 1-4, 9, 4:17-26, 4:61-5:7, 5:15-19;<br>• Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56; |

| 508 Patent Claim Language | Prior Art |
|---|---|
| | • Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46;<br>• Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66;<br>• Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32;<br>• Mombrinie 639 at Figs. 1-9, paras. 13-14, 31-38, 40, 43;<br>• Mahnensmith 080 at Abstract, Figs. 1-5, paras. 8-11, 17-24, 30-31;<br>• Wolf 784 at Abstract, Figs. 1a-4, 2:4-10, 5:12-30, 9:3-5, 9:25-10:9;<br>• Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;<br>• 2007 Omni Medical User & Maintenance Guide at pp. 10, 21;<br>• Omni AMXD / AMXDMax devices. |
| at least one outlet port through which urine can be drawn away from the chamber, | See Claim 1.<br><br>• Jones 080 at Figs. 1, 8-9, 1:26-35, 1:73-79;<br>• Scott 234 at 1:29-48, Figs. 1-3;<br>• Keane 768 at Abstract, 1:65-2:10, 2:46-56, Fig. 1-4;<br>• Flower 300 at Figs. 2, 7, 1:11-15, 2:22-24, 3:23-32;<br>• Larson 025 at Abstract, Fig. 2, 3:21-25, 4:47-52;<br>• Hessner 418 at 6:36-43;<br>• Triunfol 675 at Figs. 1-5, claims 1-4, 1:56-67, 2:7-17, 2:58-3:18, 3:66-4:7, 4:2-7;<br>• Kuntz 166 at Abstract, Figs. 2-6, 2:25-30, 2:65-3:6, 3:37-52, 4:9-11, 5:59-6:17, 7:17-23;<br>• Brennan 465 at 4:16-66, Figs. 1-2, 6;<br>• Washington 508 at Figs. 1-12, 2:24-67, 6:22-67;<br>• Nigay 463 at Figs. 1-3, 1:65-2:62;<br>• McGuire 347 at Figs. 1-4, Abstract, 2:35-40, 5:25-30, 6:1-35;<br>• McGuire 699 at Figs. 1-6, 4:1-19, 4:68-5:2, 6:61-64;<br>• Skow 735 at Abstract, Figs. 1-11, 3:48-51, 6:16-67;<br>• Argenta 643 at Figs. 1, 5; 3:31-51, 6:46-64, 7:10-23, 7:56-58;<br>• Lawrence 564 at Figs. 1-10, Abstract, 5:8-6:27, 7:28-56; |

| 508 Patent Claim Language | Prior Art |
|---|---|
| | • Lawrence 222 at Figs. 1-10, 14, Abstract, 5:8-6:27, 7:28-56, 11:24-36;<br>• Robertson 771 at Figs. 1-2, 2:56-3:44;<br>• Cheng 133 at Figs. 7A-9, 16:53-17:54;<br>• Sweetser 793 at Figs. 1-2, 3:35-4:31;<br>• Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64;<br>• Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35;<br>• Otto 137 at Figs. 1-2, 3:7-64, 4:10-28;<br>• Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61;<br>• Easter 366 at Figs. 5-9, 5:54-6:10;<br>• Harvie 964 at Figs. 1-3, 9:25-10:45;<br>• Harvie 012 at Figs. 1-3, 8:29-9:51;<br>• Harvie 043 at Figs. 1-3, 9:66-10:58;<br>• Trabold 781 at Abstract, Figs. 1-8, 2:35-51;<br>• Cheng 245 at 24:12-35, 29:27-52, 37:35-57, 38:48-53;<br>• Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33;<br>• Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26;<br>• Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54;<br>• Mombrinie 389 at Figs. 1-4, 9, 4:17-26, 4:61-5:7, 5:15-19;<br>• Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56;<br>• Grundke 161 at Figs. 1-5, paras. 20-24, 33;<br>• Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46;<br>• Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66;<br>• Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32;<br>• Mombrinie 639 at Figs. 1-9, paras. 13-14, 31-38, 40, 43;<br>• Mahnensmith 080 at Abstract, Figs. 1-5, paras. 10, 23;<br>• Van Den Heuvel 894 at Figs. 1-4, paras. 13-14, 38-44;<br>• Van Den Heuvel 823 at Figs. 1-4, 1:27-2:7, 2:14-17, 3:21-25, 4:13-19, 7:15-30;<br>• Wolf 784 at Abstract, Figs. 1a, 5a, 5b, 9:8-21, 9:23-10:9;<br>• Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;<br>• Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13; |

| 508 Patent Claim Language | Prior Art |
|---|---|
| | • Goldenberg 638 at Abstract, Figs. 1-3, 3:20-42, 6:44-57;<br>• Schmitt 710 at Figs. 3-6, cols. 1-2;<br>• Chiku 946 at Figs. 1-10, Abstract, paras. 6-11, 14-21, 23-26;<br>• Mizuguchi 641 at Figs. 1-10, Abstract, paras 6-11, 14-21, 23-26;<br>• Ishii 108 at Figs. 1-4, paras 1-13;<br>• Macaulay 2007 at pp. 641-643;<br>• 2006 British Health Publication at pp. 14-15;<br>• 2007 Omni Medical User & Maintenance Guide at pp. 10, 21;<br>• Omni AMXD / AMXDMax devices. |
| and wherein the exterior of the container is configured and dimensioned for enabling a moisture-wicking article to be secured over the array of openings of the container by wrapping the article over the array and securing the wrapped article, | See Claim 1.<br>• Jones 080 at Figs. 1, 8-9, 2:37-65, 2:70-79, 3:15-31;<br>• Scott 234 at 2:32-54, Fig. 1;<br>• Keane 768 at Abstract, 1:65-2:10, 2:46-56, Fig. 4;<br>• Flower 300 at Figs. 2, 7, 1:11-15, 2:22-24, 3:23-32;<br>• Larson 025 at Abstract, Fig. 2, 3:21-25, 4:47-52;<br>• Brennan 465 at 4:16-66, Figs. 1-2, 6;<br>• McGuire 347 at Figs. 1-4, Abstract, 2:35-40, 5:25-30, 6:1-35;<br>• McGuire 699 at Figs. 1-6, 4:1-19, 4:68-5:2, 6:61-64;<br>• Skow 735 at Abstract, Figs. 1-11, 3:48-51, 6:16-67;<br>• Argenta 643 at Figs. 1, 5; 3:31-51, 6:46-64, 7:10-23, 7:56-58;<br>• Osborn 212 at Figs. 1-7, 18, 22-23, 1:35-41, 2:41-51, 4:54-5:29, 5:59-62, 11:32-58, 17:4-52, 19:9-13, 19:22-25, 33:13-15;<br>• DesMarais 130 at Abstract, Figs. 1-5, 4:66-53, 3:45-4:65, 6:29-51, 10:11-12:14;<br>• Kuntz 166 at Abstract, Figs. 2-6, 2:43-69;<br>• Etheredge 606 at Figs. 1-3, Abstract, 4:7-60, 5:212-54;<br>• Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64;<br>• Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61;<br>• Easter 366 at Figs. 5-9, 5:54-6:10;<br>• Harvie 964 at Figs. 1-3, 9:25-10:45;<br>• Harvie 012 at Figs. 1-3, 8:29-9:51; |

| 508 Patent Claim Language | Prior Art |
|---|---|
| | • Harvie 043 at Figs. 1-3, 9:66-10:58;<br>• Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33;<br>• Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26;<br>• Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54;<br>• Mombrinie 389 at Figs. 1-4, 9, 4:17-26, 4:61-5:7, 5:15-19;<br>• Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56;<br>• Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66;<br>• Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32;<br>• Mombrinie 639 at Figs. 1-9, paras. 13-14, 31-38, 40, 43;<br>• Mahnensmith 080 at Abstract, Figs. 4, paras. 9-11, 17-24, 30-31;<br>• Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;<br>• 2007 Omni Medical User & Maintenance Guide at pp. 10, 21;<br>• Omni AMXD / AMXDMax devices. |
| and for enabling a said secured moisture-wicking article to be disposed in contact with the region of the body surrounding the urethral opening. | See Claim 1.<br>• Jones 080 at Figs. 1, 8-9, 1:26-79, 2:37-79, 3:15-31;<br>• Scott 234 at 2:32-54, Fig. 1;<br>• Keane 768 at Abstract, 1:34-36, 1:65-2:10, 2:46-56, Fig. 4;<br>• Flower 300 at Figs. 2, 7, 1:11-15, 2:22-24, 3:23-32;<br>• Larson 025 at Abstract, Fig. 2, 3:21-25, 4:47-52;<br>• DesMarais 130 at Abstract, Figs. 1-5, 4:66-53, 3:45-4:65, 6:29-51, 10:1-5, 10:11-12:14;<br>• Frosch 901 at Abstract, Figs. 1-2, 5:57-6:45;<br>• Frosch 539 at Abstract, Figs. 1-2, 2:38-52, 3:5-21, 6:11-42;<br>• Triunfol 675 at Figs. 1-5, claims 1-4, 1:56-67, 2:7-17, 2:58-3:18, 3:66-4:7, 4:2-7;<br>• Kuntz 166 at Abstract, Figs. 2-6, 3:48-52, 7:17-23;<br>• Brennan 465 at 4:16-66, Figs. 1-2, 6;<br>• Washington 508 at Figs. 1-12, 2:24-67, 5:22-6:67; |

| 508 Patent Claim Language | Prior Art |
|---|---|
| | • McGuire 347 at Figs. 1-4, Abstract, 2:35-40, 5:25-30, 6:1-35;<br>• McGuire 699 at Figs. 1-6, 4:1-19, 4:68-5:2, 6:61-64;<br>• Skow 735 at Abstract, Figs. 1-11, 3:48-51, 6:16-67;<br>• Argenta 643 at Figs. 1, 5; 3:31-51, 6:46-64, 7:10-23, 7:56-58;<br>• Osborn 212 at Figs. 1-7, 18, 22-23, 1:35-41, 2:41-51, 4:54-5:29, 5:59-62, 11:32-58, 17:4-52, 19:9-13, 19:22-25, 33:13-15;Lawrence 564 at Figs. 1-10, 14, Abstract, 5:8-6:27, 7:28-56, 11:1-19, 11:24-36, claim 6;<br>• Lawrence 222 at Figs. 1-10, 14, Abstract, 5:8-6:27, 7:28-56, 11:1-19, 11:24-36, claim 6;<br>• Etheredge 606 at Figs. 1-3, Abstract, 4:7-60, 5:212-54;<br>• Cheng 133 at Figs. 7A-9, 16:53-17:54;<br>• Sweetser 793 at Figs. 1-2, 3:35-4:31;<br>• Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64;<br>• Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35;<br>• Otto 137 at Figs. 1-2, 3:7-64, 4:10-28;<br>• Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61;<br>• Easter 366 at Figs. 5-9, 5:54-6:10;<br>• Harvie 964 at Figs. 1-3, 9:25-10:45;<br>• Harvie 012 at Figs. 1-3, 8:29-9:51;<br>• Harvie 043 at Figs. 1-3, 9:66-10:58;<br>• Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33;<br>• Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26;<br>• Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54;<br>• Mombrinie 389 at Figs. 1-4, 9, 4:17-26, 4:61-5:7, 5:15-19;<br>• Okabe 706 at Figs. 1-9, 3:36-45, 4:10-21, 6:13-17;<br>• Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56;<br>• Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46;<br>• Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66;<br>• Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32; |

| 508 Patent Claim Language | Prior Art |
|---|---|
| | • Mombrinie 639 at Figs. 1-9, paras. 13-14, 31-38, 40, 43;<br>• Mahnensmith 080 at Abstract, Figs. 1-5, paras. 24-25, 30-31;<br>• Wolf 784 at Abstract, Figs. 1a, 5a, 5b, 9:8-21, 9:23-10:9;<br>• Coley 804 at Figs. 1-5, Abstract, paras. 18-19, 21-24;<br>• Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;<br>• 2007 Omni Medical User & Maintenance Guide at pp. 10, 21;<br>• Omni AMXD / AMXDMax devices. |
| **Claim 18** | |
| 18. A moisture-wicking article according to claim 17, wherein the article is dimensioned for being secured over the array of openings by the application of elastic bands about the moisture-wicking article at opposite ends of the array of openings. | See Claim 17.<br><br>Each of the references cited above in claim 17 with respect to a "moisture-wicking article" are capable of being secured as claimed. Further, at the time of the alleged invention, there were several known design choices for how to secure a moisture-wicking article over a container or openings over a container and including at opposite ends of the container (rather than, for example, in the middle which would cover the openings). Using elastic bands was a known design choice. It was well known at the time of the alleged invention to use elastic bands to secure a moisture-wicking article over openings in a container at opposite ends of the openings.<br><br>• Jones 080 at Figs. 1, 8-9, 1:26-79, 2:37-79, 3:15-31;<br>• Scott 234 at 2:32-54, Fig. 1;<br>• Keane 768 at Fig. 4, 2:34-46, 3:20-36;<br>• Flower 300 at Figs. 2, 7, 1:11-15, 2:22-24, 3:23-32;<br>• Larson 025 at Abstract, Fig. 2, 3:21-25, 4:47-52;<br>• DesMarais 130 at Abstract, Figs. 1-5, 4:66-53, 3:45-4:65, 6:29-51, 10:1-5, 10:11-12:14;<br>• Frosch 901 at Abstract, Figs. 1-2, 5:57-6:45;<br>• Frosch 539 at Abstract, Figs. 1-2, 2:38-52, 3:5-21, 6:11-42;<br>• Triunfol 675 at Figs. 1-5, claims 1-4, 1:56-67, 2:7-17, 2:58-3:18, 3:66-4:7, 4:2-7; |

| 508 Patent Claim Language | Prior Art |
|---|---|
| | - Kuntz 166 at 4:11-14, 5:63-65;
- Brennan 465 at 4:16-66, Figs. 1-2, 6;
- Washington 508 at Figs. 1-12, 2:24-67, 5:22-6:67;
- McGuire 347 at Figs. 1-4, Abstract, 2:35-40, 5:25-30, 6:1-35;
- McGuire 699 at Figs. 1-6, 4:1-19, 4:68-5:2, 6:61-64;
- Skow 735 at Abstract, Figs. 1-11, 3:48-51, 6:16-67;
- Argenta 643 at Figs. 1, 5; 3:31-51, 6:46-64, 7:10-23, 7:56-58;
- Osborn 212 at Figs. 1-7, 18, 22-23, 1:35-41, 2:41-51, 4:54-5:29, 5:59-62, 11:32-58, 17:4-52, 19:9-13, 19:22-25, 33:13-15;Lawrence 564 at Figs. 1-10, 14, Abstract, 5:8-6:27, 7:28-56, 11:1-19, 11:24-36, claim 6;
- Lawrence 222 at Figs. 1-10, 14, Abstract, 5:8-6:27, 7:28-56, 11:1-19, 11:24-36, claim 6;
- Etheredge 606 at Figs. 1-3, Abstract, 4:7-60, 5:212-54;
- Cheng 133 at Figs. 7A-9, 16:53-17:54;
- Sweetser 793 at Figs. 1-2, 3:35-4:31;
- Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64;
- Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35;
- Otto 137 at Figs. 1-2, 3:7-64, 4:10-28;
- Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61;
- Easter 366 at Figs. 5-9, 5:54-6:10;
- Harvie 964 at Figs. 1-3, 9:25-10:45;
- Harvie 012 at Figs. 1-3, 8:29-9:51;
- Harvie 043 at Figs. 1-3, 9:66-10:58;
- Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33;
- Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26;
- Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54;
- Mombrinie 389 at Figs. 1-4, 9, 4:17-26, 4:61-5:7, 5:15-19;
- Okabe 706 at Figs. 1-9, 3:36-45, 4:10-21, 6:13-17;
- Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56;
- Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46; |

| 508 Patent Claim Language | Prior Art |
|---|---|
| | • Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66;<br>• Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32;<br>• Mombrinie 639 at Figs. 1-9, paras. 13-14, 31-38, 40, 43;<br>• Mahnensmith 080 at Abstract, Figs. 1-5, paras. 24-25, 30-31;<br>• Wolf 784 at Abstract, Figs. 1a, 5a, 5b, 9:8-21, 9:23-10:9;<br>• Coley 804 at Figs. 1-5, Abstract, paras. 18-19, 21-24;<br>• Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55<br>• 2007 Omni Medical User & Maintenance Guide at pp. 10, 21;<br>• Omni AMXD / AMXDMax devices.<br>• Schmidt 688 at Figs. 4, 7; 4:42-56, 5:1-16, 5:43-63;<br>• Stewart 794 at Figs. 1-5, 2:62-4:38;<br>• Ruvio 301 at Figs. 1-6, 2:24-30;<br>• Labit 501 at 3:58-62, 5:4-7;<br>• Krebs 074 at Fig. 7B, 2:55-63, 6:2-13;<br>• House 527 at Fig. 1A, para. 0024. |
| **Claim 19** | |
| 19. A moisture-wicking article according to claim 17, wherein the article has the moisture-wicking characteristic of a paper towel. | See Claim 17 and Claim 5.<br><br>• Jones 080 at 2:51-57;<br>• Scott 234 at 2:32-54, Fig. 1;<br>• Keane 768 at Abstract, 1:34-41, 1:65-2:10, 2:46-56, Fig. 4;<br>• Keane 768 at Abstract, 1:65-2:10, 2:46-56, Fig. 4;<br>• Flower 300 at Figs. 2, 7, 1:11-15, 2:22-24, 3:23-32;<br>• Larson 025 at Abstract, Fig. 2, 3:21-25, 4:47-52;<br>• DesMarais 130 at Abstract, Figs. 1-5, 4:66-53, 3:45-4:65, 6:29-51, 10:1-5, 10:11-12:14;<br>• Hessner 418 at Abstract, Figs. 1-8, 3:26-31, 5:54-57, 6:36-43;<br>• Frosch 539 at Abstract, Figs. 1-2, 2:38-66, 3:5-21, 6:27-42;<br>• Triunfol 675 at Figs. 1-5, claims 1-4, 3:66-4:7, 4:2-7; |

| 508 Patent Claim Language | Prior Art |
|---|---|
| | • Kuntz 166 at Abstract, Figs. 1-8, 2:43-68;<br>• Brennan 465 at 4:16-66, Figs. 1-2, 6;<br>• Washington 508 at Figs. 1-12, 2:24-67, 5:22-6:67;<br>• McGuire 347 at Figs. 1-4, Abstract, 2:35-40, 5:25-30, 6:1-35;<br>• McGuire 699 at Figs. 1-6, 4:1-19, 4:68-5:2, 6:61-64;<br>• Skow 735 at Abstract, Figs. 1-11, 3:48-51, 6:16-67;<br>• Argenta 643 at Figs. 1, 5; 3:31-51, 6:46-64, 7:10-23, 7:56-58;<br>• Osborn 212 at 4:54-28, 5:59-62, 33:13-15;<br>• Lawrence 564 at Figs. 1-10, Abstract, 5:8-6:27, 7:28-56;<br>• Lawrence 222 at Figs. 1-10, 14, Abstract, 5:8-6:27, 7:28-56, 11:24-36;<br>• Philips 505 at 1:45-63, 10:30-11:4;<br>• Etheredge 606 at Figs. 1-3, Abstract, 4:7-60, 5:212-54;<br>• Cheng 133 at Figs. 7A-9, 16:53-17:54;<br>• Sweetser 793 at Figs. 1-2, 3:35-4:31;<br>• Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64;<br>• Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35;<br>• Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61;<br>• Easter 366 at Figs. 5-9, 5:54-6:10;<br>• Kirshnaswamy 951 at 12:58-63;<br>• Harvie 964 at Figs. 1-3, 9:25-10:45;<br>• Harvie 012 at Figs. 1-3, 8:29-9:51;<br>• Harvie 043 at Figs. 1-3, 9:66-10:58;<br>• Cheng 245 at 24:12-35, 29:27-52, 37:35-57, 38:48-53;<br>• Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33;<br>• Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26;<br>• Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54;<br>• Mombrinie 389 at Figs. 1-4, 9, 4:17-26, 4:61-5:7, 5:15-19;<br>• Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56;<br>• Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46; |

| 508 Patent Claim Language | Prior Art |
| --- | --- |
| | • Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66;<br>• Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32;<br>• Mombrinie 639 at Figs. 1-9, paras. 13-14, 31-38, 40, 43;<br>• Mahnensmith 080 at paras. 9, 22;<br>• Wolf 784 at Abstract, Figs. 1a, 5a, 5b, 9:8-21, 9:23-10:9;<br>• Kuntz 355 at Abstract, Figs. 1-5, 5:9-12 |

Sage also relies on and incorporates by reference, as if originally set forth herein, all prior art cited during the prosecution of the 508 Patent to the extent not already identified.  Sage also relies on and incorporates by reference, as if originally set forth herein, all prior art cited during the prosecution of related, or purportedly related, patents to the extent not already identified.  Sage further incorporates by reference, as if originally set forth herein, all prior art cited during prosecution of the 508, 376, 989, or 407 Patents, as well as U.S. Pat. No. 10,376,406, Patent Application Nos. PCT/US2016/049274, PCT/US2017/35625, PCT/US2017/43025, 15/171,968, 15/260,103, 14/952,591, 14/947,759, 16/452,145, 16/245,726, 16/369,676, 14/625,469, 29/694,002, 29/624,661, 16/904,868, 16/905,400, 14/952,591, 14/625,469, 15/611,587, 15/612,325, 16/452,258, 16/899,956, Provisional Patent Application Nos. 62/414,963, 62/485,578, 62/084,078, 62/082,279, or 61/955,537, or Patent Publication Nos. 2016/0374848, 2016/0367226, 2015/14947759, 2017/0266031, 2017/0348139, 2017/0252202, 2019/0314190, 2019/0142624, or 2019/0224036.  Sages also relies on and incorporates by reference, as if originally set forth herein, all prior art cited in the sections of these contentions in connection with U.S. Pat. No. 10,226,376, U.S. Pat. No. 10,390,989, and U.S. Pat. No. 10,376,407 to the extent not already identified in this section.

Sage has not been able to address additional prior art because, to date, Plaintiff has not

produced prior art in its possession including information regarding when its own products were offered for sale or on sale and public disclosures of its products including in demonstrations and brochures and the like. PureWick has also not provided information on its related patent application filings, hampering Sage's ability to assess double patenting issues or identify other potential relevant prior art. Upon information and belief, Robert Sanchez publicly used or disclosed the invention (including every element of the asserted claims) more than a year prior to the filing date. Upon information and belief, the devices referred to herein as the "Omni AMXD / AMXDmax Devices" are the Omni Medical products offered for sale, sold, and demonstrated prior to July 21, 2010 (including more than a year before) under the tradename AMXD and AMXDmax. The Omni AMXD / AMXDmax Devices were publicly known and on sale well before the critical date and had the patented features or obvious variations thereof as reflected above. The Omni AMXD / AMXDmax Devices are, for example, reflected in part in the 2007 Omni Medical User & Maintenance Guide. It is also described in publications such as the "Wired" publication referenced herein as well as other publication such as a CNN article ("How do Pilots Spell Relief: AMXD") from May 17, 2008, found here: http://www.cnn.com/2008/US/05/16/airforce.relief/index.html and an Aero News Network article (A Solution For An Awkward But Serious Subject") from March 18, 2008, found here: http://www.aero-news.net/index.cfm?do=main.textpost&id=69ae2bb1-838b-4098-a7b5-7f1bb2505688. Other Omni documents produced and discussed further herein also describe the device including the Omni Starter Kit Brochure, Omni Brochure, and Omni Presentation. With regard to the 508 patent, for example, the Omni AMXD (for women) was publicly known and on sale well before the critical date and used the patented features or obvious variations thereof as reflected above (as described for example in the aforementioned publications). Documents

regarding the Omni product are referenced by web address herein and/or have been produced throughout this case including at SAGE 21349, 21369, 21380, 21394, 21396, 21397, 40993, 41025 and others. Sage believes that discovery including from Omni Medical will further confirm these allegations and provide additional support for claim elements. PureWick has failed to provide information regarding the prior disclosures and sales of its devices or other prior art of which it was aware including information in PureWick's possession regarding the Omni devices. Sage believes that evidence of these prior art devices would have been on PureWick's email server which PureWick failed to preserve.

Sage further contends that each of the Asserted Claims of the 508 Patent is invalid under 35 U.S.C. § 112 for indefiniteness and/or failure to contain a sufficient written description of or enable the alleged inventions.

Section 112, ¶ 1 (pre-AIA) requires that: "The specification shall contain a written description of the invention, and of the manner and process of making and using it, in such full, clear, concise, and exact terms as to enable any person skilled in the art to which it pertains, or with which it is most nearly connected, to make and use the same. . . ." That is particularly true in view of how PureWick now apparently interprets the claims. It is difficult for Sage to assess fully the written description issues because PureWick has not explained how Sage allegedly has infringed certain claim elements but argues infringement nevertheless. The asserted 508 Patent fails to satisfy this statutory requirement at least because, *inter alia*, the specification fails to contain sufficient written description to establish that the inventors possessed the full scope of the alleged invention as claimed. For example, to the extent that Plaintiff alleges the scope of the claims cover the PrimaFit® product, the specification did not adequately describe "a container defining a chamber for collecting urine," "the container is closed" "an array of openings,"

"enabling a moisture-wicking article to be secured over the array of openings," "wrapping the article over the array and securing the wrapped article," "securing a moisture wicking article over the array of openings by wrapping the article over the array and securing the article," "the moisture-wicking characteristic of a paper towel", "disposing the secured moisture-wicking article in contact with a region of the person or animal . . .", "drawing the urine from the moisture-wicking material", or "elastic bands".  Nor does the specification enable a person of ordinary skill in the art to how to determine the full scope of the "moisture wicking charasterics of a paper towel."

Section 112, ¶ 2 (pre-AIA) requires that: "The specification shall conclude with one or more claims particularly pointing out and distinctly claiming the subject matter which the applicant regards as his invention."  The Asserted Claims of the 508 Patent fail to satisfy this statutory requirement because, *inter alia*, at least the following claim terms are indefinite: "moisture-wicking article," "wrapping the article over the array," "wrapped and secured over the array of openings," "the moisture wicking characteristic of a paper towel," and "partial vacuum."

Claims 1 and 17 (and the asserted claims that depend upon them (Claims 3-8 and 18-19)) are indefinite for claiming an apparatus and reciting method steps for the apparatus. Indeed, PureWick has confirmed during claim construction that the claims include method steps, render the claims indefinite. Claim 17 and its dependent claims are also indefinite because Claim 17 recites "a moisture wicking article" but further recites that it is for use in a broader "system for transporting urine," that system having a number of features.

Section 112, ¶ 4 (pre-AIA) requires that: "[A] claim in dependent form shall contain a reference to a claim previously set forth and then specify a further limitation of the subject matter claimed."  Claim 3 of the 508 Patent does not satisfy this statutory requirement to the extent that it fails to further limit independent claim 1 from which it depends.

Sage also identifies, and hereby incorporates by reference, as if originally set forth herein, its allegations of invalidity set forth in its Answer and Counterclaims filed on November 1, 2019 and particularly the allegations in paragraphs 18-25 of the Counterclaims.  Sage incorporates by reference, as if originally set forth herein, any additional allegations asserted in subsequent pleadings as well, including the Answer due to be filed on June 1, 2020.

Sage further incorporates arguments for non-patentability raised by the Patent Office during the prosecution of the 508 Patent application.

Sage also relies on and incorporates by reference, as if originally set forth herein, all pleadings in which invalidity was alleged, including in interrogatory responses, in this civil action, as well as all papers filed by Sage in IPR2020-01426 in connection with the 508 patent.

**Sage's Invalidity Contentions Regarding U.S. Pat. Nos. 10,226,376 and 10,390,989**

Plaintiff asserts claims 1, 4-6, 9, and 11-13 of the 376 Patent ("Asserted Claims of the 376 Patent") and Claims 1-3, 5-6 of the 989 Patent ("Asserted Claims of the 989 Patent").  Both are related; however, the specification of each patent differs. Sage contends that each of the Asserted Claims of the 376 Patent is invalid for at least the reasons set forth below.  Sage notes that Plaintiff has withdrawn infringement allegations relating to claims 2, 3, and 10 of the 376 Patent, which Plaintiff originally asserted in its complaint and no longer asserts.  Plaintiff has also not asserted Claim 7 of the 989 Patent.  Plaintiff has also withdrawn infringement allegations for Claims 7, 8,

and 14 of the 376 Patent and Claim 4 of the 989 Patent. Sage has relied on this withdrawal as well as the failure to assert claims in preparing these contentions as well as preparing for discovery in this case.

As discussed above, each of the references below qualifies as prior art under one or more sections of 35 U.S.C. §§ 102 and/or 103.  For example, most (if not all) of the listed references qualify as prior art under at least 35 U.S.C. §§ 102(a).  The invalidating disclosure in each of the listed references is express and/or inherent.  Also, as shown below, any reference anticipating an asserted claim pursuant to 35 U.S.C. § 102 also renders the claim obvious pursuant to 35 U.S.C. § 103 when viewed alone or in combination with other prior art references or with the knowledge of a person of ordinary skill in the art. The references cited herein may also be relied upon to show the state of the art in the relevant time frames or provide background regarding the alleged invention or knowledge of an ordinarily skilled artisan.

As before, for the convenience of the reader, Sage identifies the prior art for this disclosure in the following order.  First, Sage lists U.S. Patents in ascending numerical order.  Second, Sage lists foreign patents or published applications in alphabetical order by type and then ascending numerical order.  Third, Sage lists publications alphabetically.

Prior art under 35 U.S.C. § 102 and/or 35 U.S.C. § 103 for the 376 and 989 Patent claims include the following (including any U.S. and foreign counterparts thereof):

- U.S. Patent No. 1,742,080 ("Jones 080")

- U.S. Patent No. 2,644,234 ("Scott 234")

- U.S. Patent No. 2,968,046A ("Duke 046")

- U.S. Patent No. 3,087,938 ("Hans 938")

- U.S. Patent No. 3,198,994 ("Hilderbrant 994")

- U.S. Patent No. 3,312,981 ("McGuire 981")

- U.S. Patent No. 3,349,768 ("Keane 768")

- U.S. Patent No. 3,400,717 ("Bruce 717")

- U.S. Patent No. 3,406,688 ("Bruce 688")

- U.S. Patent No. 3,511,241 ("Lee 241")

- U.S. Patent No. 3,512,185A ("Ellis 185")

- U.S. Patent No. 3,520,300 ("Flower 300")

- U.S. Patent No. 3,613,123 ("Langstrom 123")

- U.S. Patent No. 3,651,810 ("Ormerod 810")

- U.S. Patent No. 3,726,277 ("Hirschman 277")

- U.S. Patent No. 4,200,102A ("Duhamel 102")

- U.S. Patent No. 4,202,058 ("Anderson 058")

- U.S. Patent No. 4,233,025 ("Larson 025")

- U.S. Patent No. 4,246,901 ("Frosch 901")

- U.S. Patent No. 4,257,418 ("Hessner 418")

- U.S. Patent No. 4,270,539 ("Frosch 539")

- U.S. Patent No. 4,352,356 ("Tong 356")

- U.S. Patent No. 4,425,130 ("DesMarais")

- U.S. Patent No. 4,453,938 ("Brendling 938")

- U.S. Patent No. 4,528,703A ("Kraus 703")

- U.S. Patent No. 4,610,675 ("Triunfol 675")

- U.S. Patent No. 4,627,846 ("Ternstrom 846")

- U.S. Patent No. 4,631,061 ("Martin 061")

- U.S. Patent No. 4,650,477 ("Johnson 477")

- U.S. Patent No. 4,692,160A ("Nussbaumer 160")

- U.S. Patent No. 4,713,066 ("Komis 066")

- U.S. Patent No. 4,747,166 ("Kuntz 166")

- U.S. Patent No. 4,769,215A ("Ehrenkranz 215")

- U.S. Patent No. 4,772,280 ("Rooyakkers 280")

- U.S. Patent No. 4,790,835 ("Elias 835")

- U.S. Patent No. 4,791,686A ("Taniguchi 686")

- U.S. Patent No. 4,795,449 ("Schneider 449")

- U.S. Patent No. 4,799,928A ("Crowley 928")

- U.S. Patent No. 4,804,377 ("Hanifl 377")

- U.S. Patent No. 4,820,297 ("Kaufman 297")

- U.S. Patent No. 4,846,909 ("Klug 909")

- U.S. Patent No. 4,882,794 ("Stewart 794")

- U.S. Patent No. 4,883,465 ("Brennan 465")

- U.S. Patent No. 4,886,508 ("Washington 508")

- U.S. Patent No. 4,886,509 ("Mattsson 509")

- U.S. Patent No. 4,889,533A ("Beecher 533")

- U.S. Patent No. 4,905,692 ("More 692")

- U.S. Patent No. 5,002,541 ("Conkling 541")

- U.S. Patent No. 5,004,463A ("Nigay 463")

- U.S. Patent No. 5,031,248 ("Kemper 248")

- U.S. Patent No. 5,049,144 ("Payton 144")

- U.S. Patent No. 5,071,347 ("McGuire 347")

- U.S. Patent No. 5,084,037 ("Barnett 037")

- U.S. Patent No. 5,195,997 ("Carns 997")

- U.S. Patent No. 5,203,699 ("McGuire 699")

- U.S. Patent No. 5,244,458 ("Takasu 458")

- U.S. Patent No. 5,295,983A ("Kubo 983")

- U.S. Patent No. 5,300,052 ("Kubo 052")

- U.S. Patent No. 5,382,244 ("Telang 244")

- U.S. Patent No. 5,628,735 ("Skow 735")

- U.S. Patent No. 5,636,643 ("Argenta 643")

- U.S. Patent No. 5,674,212 ("Osborn 212")

- U.S. Patent No. 5,678,564 ("Thompson 564")

- U.S. Patent No. 5,687,429 ("Rahlff 429")

- U.S. Patent No. 5,695,485 ("Duperret 485")

- U.S. Patent No. 5,752,944 ("Dann 944")

- U.S. Patent No. 5,772,644 ("Bark 644")

- U.S. Patent No. 5,827,247 ("Kay 247")

- U.S. Patent No. 5,827,250 ("Fujioka 250")

- U.S. Patent No. 5,827,257 ("Fujioka 257")

- U.S. Patent No. 5,894,608 ("Birbara 608")

- U.S. Patent No. 5,911,222 ("Thompson 222")

- U.S. Patent No. 5,957,904 ("Holland 904")

- U.S. Patent No. 5,972,505 ("Philips 505")

- U.S. Patent No. 6,063,064 ("Tuckey 064")

- U.S. Patent No. 6,105,174 ("Nygren 174")

- U.S. Patent No. 6,113,582 ("Dwork 582")

- U.S. Patent No. 6,117,163 ("Bierman 163")

- U.S. Patent No. 6,123,398 ("Arai 398")

- U.S. Patent No. 6,129,718 ("Wada 718")

- U.S. Patent No. 6,177,606 ("Etheredge 606")

- U.S. Patent No. 6,209,142 ("Mattsson 142")

- U.S. Patent No. 6,248,096 ("Dwork 096")

- U.S. Patent No. 6,311,339B1 ("Kraus 339")

- U.S. Patent No. 6,336,919 ("Davis 919")

- U.S. Patent No. 6,338,729 ("Wada 729")

- U.S. Patent No. 6,409,712 ("Cragoe 712")

- U.S. Patent No. 6,416,500 ("Wada 500")

- U.S. Patent No. 6,475,198 ("Lipman 198")

- U.S. Patent No. 6,479,726 ("Cole 726")

- U.S. Patent No. 6,540,729 ("Wada 729")

- U.S. Patent No. 6,547,771 ("Robertson 771")

- U.S. Patent No. 6,569,133 ("Cheng 133")

- U.S. Patent No. 6,592,560 ("Snyder 560")

- U.S. Patent No. 6,620,142 ("Fluckiger 142")

- U.S. Patent No. 6,702,793 ("Sweetser 793")

- U.S. Patent No. 6,706,027 ("Harvie 027")

- U.S. Patent No. 6,732,384B2 ("Scott 384")

- U.S. Patent No. 6,740,066 ("Wolff 066")

- U.S. Patent No. 6,783,519 ("Samuelsson 519")

- U.S. Patent No. 6,814,547 ("Childers 547")

- U.S. Patent No. 6,849,065 ("Schmidt 065")

- U.S. Patent No. 6,857,137B2 ("Otto 137")

- U.S. Patent No. 6,888,044 ("Fell 044")

- U.S. Patent No. 6,912,737 ("Ernest 737")

- U.S. Patent No. 6,918,899 ("Harvie 899")

- U.S. Patent No. 6,979,324 ("Bybord 324")

- U.S. Patent No. 7,018,366 ("Easter 366")

- U.S. Patent No. 7,131,964 ("Harvie 964")

- U.S. Patent No. 7,135,012 ("Harvie 012")

- U.S. Patent No. 7,141,043 ("Harvie 043")

- U.S. Patent No. 7,171,699 ("Ernest 699")

- U.S. Patent No. 7,179,951 ("Krishnaswamy-Mirle 951")

- U.S. Patent No. 7,181,781 ("Trabold 781")

- U.S. Patent No. 7,186,245 ("Cheng 245")

- U.S. Patent No. 7,192,424 ("Cooper 424")

- U.S. Patent No. 7,220,250 ("Suzuki 250")

- U.S. Patent No. 7,335,189 ("Harvie 189")

- U.S. Patent No. 7,358,282 ("Kreuger 282")

- U.S. Patent No. 7,390,320 ("Machida 320")

- U.S. Patent No. 7,488,310 ("Yang 310")

- U.S. Patent No. 7,520,872 ("Biggie 872")

- U.S. Patent No. 7,588,560 ("Dunlop 560")

- U.S. Patent No. 7,682,347 ("Parks 347")

- U.S. Patent No. 7,695,459 ("Gilbert' 459")

- U.S. Patent No. 7,695,460 ("Wada 460")

- U.S. Patent No. 7,699,818 ("Gilbert 818")

- U.S. Patent No. 7,699,831 ("Bengatson 831")

- U.S. Patent No. 7,722,584 ("Tanaka 584")

- U.S. Patent No. 7,727,206 ("Gorres 206")

- U.S. Patent No. 7,740,620 ("Gilbert 620")

- U.S. Patent No. 7,749,205 ("Tazoe 205")

- U.S. Patent No. 7,755,497 ("Wada 497")

- U.S. Patent No. 7,766,887 ("Burns 887")

- U.S. Patent No. 7,833,169 ("Hannon 169")

- U.S. Patent No. 7,866,942 ("Harvie 942")

- U.S. Patent No. 7,871,385 ("Levinson 385")

- U.S. Patent No. 7,875,010 ("Frazier 010")

- U.S. Patent No. 7,901,389 ("Mombrinie 389")

- U.S. Patent No. 7,927,321 ("Marland 321")

- U.S. Patent No. 7,931,634 ("Swiecicki 634")

- U.S. Patent No. 7,939,706 ("Okabe 706")

- U.S. Patent No. 7,976,519 ("Bubb 519")

- U.S. Patent No. 7,993,318 ("Olsson 318")

- U.S. Patent No. 8,128,608B2 ("Thevenin 608")

- U.S. Patent No. 8,181,651 ("Pinel 651")

- U.S. Patent No. 8,211,063 ("Bierman 063")

- U.S. Patent No. 8,221,369 ("Parks 369")

- U.S. Patent No. 8,241,262 ("Mahnensmith 262")

- U.S. Patent No. 8,277,426 ("Wilcox 426")

- U.S. Patent No. 8,287,508 ("Sanchez 508")

- U.S. Patent No. 8,303,554 ("Tsai 554")

- U.S. Patent No. 8,343,122 ("Gorres 122")

- U.S. Patent No. 8,353,074 ("Krebs 074")

- U.S. Patent No. 8,388,588 ("Wada 588")

- U.S. Patent No. 8,425,482 ("Khoubnazar 482")

- U.S. Patent No. 8,551,075 ("Bengtson 075")

- U.S. Patent No. 8,568,376 ("Delattre 376")

- U.S. Patent No. 8,585,683 ("Bengtson 683")

- U.S. Patent No. 8,715,267 ("Bengtson 267")

- U.S. Patent No. 8,864,730 ("Conway 730")

- U.S. Patent No. 8,936,585 ("Delattre 585")

- U.S. Patent No. 9,028,460B2 ("Medeiros 460")

- U.S. Patent No. 9,173,602 ("Gilbert 602")

- U.S. Patent No. 9,173,799 ("Tanimoto 799")

- U.S. Patent No. 9,248,058 ("Conway 058")

- U.S. Patent No. 9,480,595 ("Baham 595")

- U.S. Patent Publ. No. 2002/0026161 ("Grundke 161")

- U.S. Patent Publ. No. 2002/0087131 ("Wolff 131")

- U.S. Patent Publ. No. 2002/0189992 ("Schmidt 992")

- U.S. Patent Publ. No. 2003/0120178 ("Heki 178")

- U.S. Patent Publ. No. 2003/0004436 ("Schmidt 436")

- U.S. Patent Publ. No. 2003/0181880A1 ("Schwartz 880")

- U.S. Patent Publ. No. 2003/0195484 ("Harvie 484")

- U.S. Patent Publ. No. 2003/0233079 ("Parks 079")

- U.S. Patent Publ. No. 2004/0006321A1 ("Cheng 321")

- U.S. Patent Publ. No. 2004/0127872 ("Petryk 872")

- U.S. Patent Publ. No. 2004/0128749 ("Scott 749")

- U.S. Patent Publ. No. 2004/0191919 ("Unger 919")

- U.S. Patent Publ. No. 2004/0236292 ("Tazoe 292")

- U.S. Patent Publ. No. 2004/0254547 ("Okabe 547")

- U.S. Patent Publ. No. 2005/0010182 ("Parks 182")

- U.S. Patent Publ. No. 2005/0070861 ("Okabe 861")

- U.S. Patent Publ. No. 2005/0070862 ("Tozoe 862")

- U.S. Patent Publ. No. 2005/0097662 ("Leimkuhler 662")

- U.S. Patent Publ. No. 2005/0101924 ("Elson 924")

- U.S. Patent Publ. No. 2005/0177070 ("Levinson 070")

- U.S. Patent Publ. No. 2005/0197639 ("Mombrinie 639")

- U.S. Patent Publ. No. 2005/0277904 ("Chase 904")

- U.S. Patent Publ. No. 2005/0279359 ("LeBlanc 359")

- U.S. Patent Publ. No. 2006/0015080 ("Mahnensmith 080")

- U.S. Patent Publ. No. 2006/0015081 ("Suzuki 081")

- U.S. Patent Publ. No. 2006/0155214A1 ("Wightman 214 ")

- U.S. Patent Publ. No. 2006/0200102 ("Cooper 102")

- U.S. Patent Publ. No. 2006/0229576 ("Conway 576")

- U.S. Patent Publ. No. 2006/0235359 ("Marland 359")

- U.S. Patent Publ. No. 2007/0038194 ("Wada 194")

- U.S. Patent Publ. No. 2007/0006368 ("Key 368")

- U.S. Patent Publ. No. 2007/0117880 ("Elson 880")

- U.S. Patent Publ. No. 2007/0135786 ("Schmidt 786")

- U.S. Patent Publ. No. 2007/0191804 ("Cooley 804")

- U.S. Patent Publ. No. 2007/0214553 ("Carromba 553")

- U.S. Patent Publ. No. 2008/0015527 ("House 527")

- U.S. Patent Publ. No. 2008/0033386 ("Okabe 386")

- U.S. Patent Pub. No. 2008/0004576 ("Tanaka 576")

- U.S. Patent Publ. No. 2008/0091153 ("Harvie 153")

- U.S. Patent Publ. No. 2008/0091158 ("Yang 158")

- U.S. Patent Publ. No. 2008/0234642 ("Patterson 642")

- U.S. Patent Publ. No. 2008/0287894 ("Van Den Heuvel 894")

- U.S. Patent Publ. No. 2009/0025717 ("Pinel 717")

- U.S. Patent Publ. No. 2009/0056003 ("Ivie 003")

- U.S. Patent Publ. No. 2009/0264840A1 ("Virginio 840")

- U.S. Patent Publ. No. 2009/0281510 ("Fisher 510")

- U.S. Patent Publ. No. 2010/0121289 ("Parks 289")

- U.S. Patent Publ. No. 2010/0185168 ("Graauw 168")

- U.S. Patent Publ. No. 2010/0198172 ("Wada 172")

- U.S. Patent Publ. No. 2010/0241104 ("Gilbert 104")

- U.S. Patent Publ. No. 2010/0263113 ("Shelton 113")

- U.S. Patent Publ. No. 2010/0310845A1 ("Bond '845")

- U.S. Patent Publ. No. 2011/0028922A1 ("Kay 922")

- U.S. Patent Publ. No. 2011/0034889  ("Smith 889")

- U.S. Patent Publ. No. 2011/0040267 ("Wada 267")

- U.S. Patent Publ. No. 2011/0040271 ("Rogers 271")

- U.S. Patent Publ. No. 2011/0054426 ("Stewart 426")

- U.S. Patent Publ. No. 2011/0060300 ("Weig 300")

- U.S. Patent Publ. No. 2011/0077495 ("Gilbert 495")

- U.S. Patent Publ. No. 2011/0172620 ("Khambatta 620")

- U.S. Patent Publ. No. 2011/0172625 ("Wada 625")

- U.S. Patent Publ. No. 2011/0202024 ("Cozzens 024")

- U.S. Patent Publ. No. 2012/0035577 ("Tomes 577")

- U.S. Patent Publ. No. 2012/0103347 ("Wheaton 347")

- U.S. Patent Publ. No. 2012/0165768 ("Sekiyama 768")

- U.S. Patent Publ. No. 2012/0210503 ("Anzivino 503")

- U.S. Patent Publ. No. 2012/0245547 ("Wilcox 547")

- U.S. Patent Publ. No. 2012/0253303 ("Suzuki 303")

- U.S. Patent Publ. No. 2012/0330256 ("Wilcox 256")

- U.S. Patent Publ. No. 2013/0006206 ("Wada 206")

- U.S. Patent Publ. No. 2013/0053804 ("Sorensen 804")

- U.S. Patent Publ. No. 2014/0371628 ("Desai 628")

- U.S. Patent Publ. No. 2014/0348139 ("Newton 139")

- U.S. Patent Publ. No. 2014/0031774 ("Bengtson 774")

- U.S. Patent Publ. No. 2014/0157499 ("Suzuki 499")

- U.S. Patent Publ. No. 2014/0196189 ("Lee 189")

- U.S. Patent Publ. No. 2015/0047114 ("Ramirez 114")

- U.S. Patent Publ. No. 2015/0157300A1 ("Ealovega 300 ")

- U.S. Patent Publ. No. 2015/0209194 ("Heyman 194")

- U.S. Patent Publ. No. 2015/0366699 ("Nelson 699")

- U.S. Patent Publ. No. 2016/0029998 ("Brister 998")

- U.S. Patent Publ. No. 2016/0058322 ("Brister 322")

- U.S. Patent Publ. No. 2016/0100976 ("Conway 976")

- U.S. Patent Publ. No. 2016/0278662 ("Brister 662")

- U.S. Patent Publ. No. 2016/0367226 ("Newton 226")

- U.S. Patent Publ. No. 2016/0367411 ("Justiz 411")

- U.S. Patent Publ. No. 2016/0374848 ("Sanchez 848")

- U.S. Patent Publ. No. 2017/0042748 ("Griffin 748")

- U.S. Patent Publ. No. 2017/0143534 ("Sanchez 534")

- U.S. Patent Publ. No. 2017/0189225 ("Voorhees 225")

- U.S. Patent Publ. No. 2017/0202692 ("Laniado 692")

- U.S. Patent Publ. No. 2017/0246026 ("Laniado 026")

- U.S. Patent Publ. No. 2017/0266031 ("Sanchez 031")

- U.S. Patent Publ. No. 2017/0312116 ("Laniado 116")

- U.S. Patent Publ. No. 2017/0333244 ("Laniado 244")

- U.S. Patent Publ. No. 2018/0008804 ("Laniado 808")

- U.S. Patent Publ. No. 2018/0028349 ("Newton 349")

- U.S. Patent Publ. No. 2018/0228642 ("Davis 624")

- D373,928 ("Green 928")

- D401,699 ("Herchenbach 699")

- D409,303 ("Oepping 303")

- D591,106 ("Dominique 106")

- D593801 ("Wilson 801")

- D674,241 ("Bickert 241")

- D704,330 ("Cicatelli 330")

- D704,510 ("Mason 510")

- D705,423 ("Walsh 423")

- D729,581 ("Boroski 581")

- D777,941 ("Piramoon 941")

- D804,907 ("Sandoval 907")

- D814,239 ("Arora 239")

- Chinese Publ. No. CN 107847384 ("Heongyu 384")

- Denmark Publ. No. DK9600118U3 ("Flyger 118")

- German Publ. No. DE102011103783A1 ("Gloger 783")

- German Publ. No. DE4443710A1 ("Schmitt 710")

- German Publ. No. DE9407554U1 ("Javadi 554")

- European Publ. No. EP0032138A2 ("Ozenne 138")

- European Publ. No. EP0610638A1 ("Goldenberg 638")

- European Publ. No. EP0613355A1 ("Kuntz 355")

- European Publ. No. EP066070B1 ("Steer 070")

- European Publ. No. EP 1 382 318 A1 ("Kim 318")

- European Publ. No. EP0613355 ("Kuntz 355")

- European Publ. No. EP2180907 ("Weig 907")

- European Publ. No. EP2380532 ("Wada 532")

- UK Publ. No. GB1467144 ("Nolan 144")

- UK Publ. No. GB2148126B ("Cottenden 126")

- UK Publ. No. GB2199750 ("Gropp 750")

- UK Publ. No. GB2260907 ("Kubo 907")

- UK Publ. No. 2469496A ("Shelton 496")

- Japanese Publ. No. JP 11-113946 ("Chiku 946")

- Japanese Publ. No. JP1979-S5410596 ("Hetsunsuneru")

- Japanese Publ. No. JP3132659B2 ("Yanagihara 659")

- Japanese Publ. No. JP4039641B2 ("Mizuguchi 641")

- Japanese Publ. No. JP 2001054531 ("Higati 531")

- Japanese Publ. No. JP2001276108A ("Ishii 108")

- Japanese Publ. No. 2004-267530 ("Okabe 530")

- Japanese Publ. No. 2006-026108 ("Suzuki 108")

84

- Japanese Publ. No. 2012-523869 ("Shelton 869")

- Japanese Publ. No. JP2015092945A (Uchida 945")

- Japanese Publ. No. JPH 05123349 ("Kubo 349")

- WIPO Publication WO 1988/04558A1 ("Conkling 558")

- WIPO Publication WO 1991/04714A2 ("Washington 714")

- WIPO Publication WO 1993/09736 A2 ("Kuntz 736")

- WIPO Publication WO 1996/00096A1 ("Saltz 096")

- WIPO Publication WO 2000/057784 ("Wolff 784")

- WIPO Publication WO 2001/0145618 ("Schmidt 618")

- WIPO Publication WO 2004/019836 ("Wightman 836")

- WIP Publication WO 2004/03071931 ("Harvie 931")

- WIPO Publication WO 2005/089687 ("Levinson 687")

- WIPO Publication WO 2005/107661 ("Parks 661")

- WIPO Publication WO2007/007845 ("Wada 845")

- WIPO Publication WO 2007/042823 A2 (Van Den Heuvel 823")

- WIPO Publication WO 2008/078117 A1 ("Short 117")

- WIPO Publication WO 2009/052496 ("Tsai 496")

- WIPO Publication WO2009/101738 ("Wada 738")

- WIPO Publication WO 2011/132043A1 ("Richer 043")

- WIPO Publication WO 2013/103291 ("Van Senus 291")

- WIPO Publication WO 2013/131109 ("Desai")

- WIPO Publication WO 2014/041534 A1 ("Laniado 534")

- WIPO Publication WO 2015/170307 A1 ("Laniado 307")

- WIPO Publication WO 2015/169403 A1 ("Kubler 403")

- WIPO Publication WO2016/200088 A1 ("Kim 088")

- WIPO Publication WO 2016/055989 A1 ("Laniado 989")

- WIPO Publication WO 2016/071894 A1 ("Laniado 894")

- WIPO Publication WO 2016/103242 A1 ("Laniado 242")

- WIPO Publication WO 2016/116915 A1 ("Laniado 915")

- WIPO Publication WO 2018/056953 A1 ("Travers 953")

- WIPO Publication WO 2018/235065 A1 ("Parahovnik 065")

- WIPO Publication WO 92/20299 ("Zamierowski 299")

- WIPO Publication WO 2010030122 ("Lee 122")

- Newman, Diane K. (1997). *The Urinary Incontinence Sourcebook*, Los Angeles: Lowell House

- Parmar, Arundhai, "10 Finalists Chosen for Dare-to-Dream Medtech Design Challenge" (PureWick) (dated Nov. 10, 2014) (version available in 376 patent prosecution file as well as MDDI and other versions ("Medtech Finalists 2014" or "Parmar 2014")

- Newton et al., "Measuring Safety, Effectiveness and Ease of Use of PureWick in the Management of Urinary Incontinence in Bedbound Women: Case Studies (Jan. 8, 2016) ("2016 Newton Article")

- MD&DI, "Winners Announced for Dare-to-Dream Medtech Design Challenge" (2014) ("2014 MedTech Announcement")

- Macaulay et al., *A Noninvasive Continence Management System:  Development and Evaluation of a Novel Toileting Device for Women*, J Wound Ostomy Continence Nurs. 2007; 34(6):641-648 (2007) ("Macaulay 2007")

- Hollister Company, "Male Urinary Pouch External Collection Device" (version available in 376 patent prosecution history) ("Hollister Brochure")

- PureWick Co., "Incontinence Relief for Women" (dated September 23, 2015) (version available in 376 patent prosecution file) ("2015 PureWick brochure")

- Pytlik, "Super Absorbent Polymers," University of Buffalo, hltp://wwwcourses.scns.buffalo.edu/ce435/Diapers/Diapers.html  (version available in 376 patent prosecution file) ("Pytlik")

- Omni Medical AMXD Control Starter Kit Brochure ("Omni Starter Kit Brochure")

- Omni Medical AMXDX – Advanced Mission Extender Device Brochure (available at http://www.omnimedicalsys.com/uploads/AMXDFixedWing.pdf) ("Omni Brochure")

- Omni – In Flight Bladder Relief Presentation (available at https://www.omnimedicalsys.com/uploads/AMXDmax_HSD.pdf) ("Omni Presentation")

- Omni Medical 2015 Catalog, AMXDmax (Advanced Mission Extender Device) In-Flight Bladder Relief (versions available e.g., in 376 patent prosecution file and also at PureWick_0018524-34 and SAGE21369) ("2015 Omni Catalog")

- 2007 Omni Medical User & Maintenance Guide;

- Omni Medical AMXD/AMXDMax Devices

- Harvie et al., "Development of Omni's ProRen Bladder Management Systems," Abstract, Innovating for Continence Conference, Chicago, IL, April 15-17 ("2015 Proren Abstract")

- Omni Medical URINCare® Incontinence Management System:  An Alternative Approach to Bladder Management, Patient Starter Kit 2012 URINCare Starter Kit, Rev 05 02 2012 ("2012 UrinCare Patient Starter Kit")

- PureWick Prior Art Devices (see infra)

- Research and Development Directorate of Department of Health, *Research and Development Work Relating to Assistive Technology 2005-2006*, Nov. 2006 (British Department of Health) ("2006 British Health Publication")

- Sachtman, Noah, "New Relief For Pilots?  It Depends," Wired (May 21, 2008) (available at https://www.wired.com/2008/05/pilot-relief/).

- www.shethinx.com/pages/thinx-it-works

- ASG Service, "Step by Step how Ur24 Works Home, UR24 Medicial Investment Opportunity"  (version available in 376 patent prosecution history)

As a preliminary matter, the Asserted Claims of the 376 Patent and the Asserted Claims of the 989 Patent are entitled to a priority date of no earlier than June 1, 2017, in the case of the 376 Patent, and September 8, 2016, in the case of the 989 Patent. Alternatively, the priority date can be no earlier than August 29, 2016. PureWick bears the burden of establishing an earlier priority date, and PureWick has failed to meet this burden.  In its response to Sage's Interrogatory No. 3, which requested priority date information as well as Section 112 support for the Asserted Claims of the Patents, Plaintiff failed to provide an adequate response as explained in the letter of April 10, 2020, from Bryce Persichetti.  Plaintiff made a blanket allegation that both patents were entitled to a

priority date of March 19, 2014, even though many claim elements are missing from the March 19, 2014 application.  The subsequent supplement was likewise deficient as explained in the letter of May 15, 2020, from Bryce Persichetti.  More specifically, mumerous elements were not present in the March 2014 application or later applications sufficient to satisfy Section 112 (the full scope of the invention) including the claimed "fluid impermeable casing…", the "fluid permeable support…", the "fluid permeable membrane…", the "tube….extending behind at least the portion of the support," many of which were added as new matter in the filing of August 29, 2016. PureWick has relied upon this new matter during claim construction. Sage further incorporates its arguments and evidence presented during claim construction.

To the extent that Plaintiff interprets the Asserted Claims of the 376 and 989 Patents such that the disclosure in the March 19, 2014, application discloses every element of the Asserted Claims of the 376 and 989 Patents, then those Asserted Claims are clearly invalid in view of (including anticipated by) the prior art including the 508 Patent as well as the PureWick Prior Art Devices. With regard to the PureWick Prior Art Devices (addressed infra), again, as with all references, allegations herein are based upon Sage's constructions as well as PureWick's constructions. For example, PureWick has asserted that a casing is any "enclosure," rather than the casing described in the 376/989 patents; moreover, a "casing" includes an "outer cover".

The charts below identify non-limiting examples of where in each item of prior art each element of each asserted claim is found.  For example, as discussed above, where a single prior art reference in the charts includes each of the elements of the asserted claim (either expressly and/or inherently), the claimed invention is anticipated by that reference.  Where a single prior art reference does not disclose all elements of a claim, the combination of that reference with one (or more) of the references disclosing the missing element(s), or the knowledge of an ordinarily skilled artisan,

renders the claimed invention obvious.  Similarly, to the extent any cited anticipatory reference is found not to anticipate, that reference – by itself or in combination with one (or more) of the references disclosing the missing element(s) or the knowledge of a person of ordinary skill in the art – renders the claimed subject matter obvious.

The suggested obviousness combinations, as reflected in the charts below, would have been made by one of skill in the art at the time of the alleged inventions embodied by the Asserted Claims of the 376 and 989 Patents.  Such combinations are consistent with the principles set forth by the Supreme Court in *KSR Int'l v. Teleflex Inc.*, 127 S. Ct. 1727 (2007), and its progeny.  For example, as discussed above, the reasons for combining the references stem (explicitly or implicitly) from: (a) the prior art references themselves; (b) the prior art as a whole; (c) the knowledge, common sense, and creativity of those of ordinary skill in the art; (d) the nature of the problem to be solved; (e) the demands in the design community and/or the marketplace; (f) the simple and predictable substitution of one known element for another in accordance with their known functions; (g) the application of a known technique or method; (h) the obviousness of trying the combination; and/or (i) the general needs and problems in the field.

For instance, Sage incorporates by reference the prior art, as well as the IPR materials and knowledge regarding the state of the art, discussed with respect to the 508 patents and below with respect to the 407 Patent.  In addition, the following items and background information were also well known to those skilled in the art at the relevant time for the asserted patent claims (and are also taught by the prior art identified herein) including at least a year before the earliest possible priority date of March 19, 2014 as well as by the much later actual priority dates.  This is also explained more fully in the declaration of Dr. Newman filed in connection with the 508 Petition for Inter

Partes Review, as well as the declarations of Dr. Newman filed in connection with the claim construction briefing, which are hereby incorporated by reference.

(1)     Urine collection devices designed to be placed with an opening next to a patient's urethra so discharged urine is received through the opening, and methods of placing the device to do so.  *See, e.g.*, Van Den Heuvel 823 at Figs. 1-4, 1:27-2:7, 7:22-24, 6:18-26, 7:5-13, 8:22-25; Van Den Heuvel 894 at Figs. 1-4, paras. 5, 13-14, 38-44; Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:8-21, 9:23-28, 10:1-4; Keane 768 at Abstract, Figs. 4, 9-10, 1:67-2:32, 3:60-4:16; Sanchez 508 at Abstract, 1:22-44, 2:1-2, 2:26-46, 3:47-44, Figs. 1-8; Suzuki 250 at Abstract, Figs. 1-5, 8, 11, claim 1, 2:41-55; Chiku 946 at Figs. 6, 10, 12, paras. 20, 21, 25-26; Okabe 547 at Figs. 1-6, Abstract, paras. 1-5, 17-28, 41-42, 49; Macaulay 2007 at pp. 641-643; 2006 British Health Publication at pp. 14-15; Schmitt 710 at Figs. 3-6, cols. 1-2; Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64; Conkling 541 at Figs. 12-15, 6:43-49, 6:62-68, 7:2-5, 7:8-11; Washington 508 at Abstract, Figs. 5-9, 3:1-9; Coley 804 at Figs. 1-5, Abstract, paras. 18-19, 21-24; Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13; Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27; 2015 Omni Catalog at pp. 3-4; Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32; Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55; Omni 2007 AMXD User & Maintenance Guide at pp. 10, 21; Omni AMXD/Dmax devices; PureWick Prior Art Devices; Medtech Finalists 2014; Fell 044 at Figs. 1-8, Abstract, 1:6-50, 3:18-7:42, 23:12-14;

(2)     Urine collection devices with a fluid impermeable casing with a fluid reservoir at one end and a fluid outlet at the other end, allowing for collection and removal of urine from the device.  *See, e.g.*, Van Den Heuvel 823 at Figs. 1-4, 1:27-2:7, 6:18-26, 7:15-20, 7:22-24, 7:25-30, 8:22-25; Van Den Heuvel 894 at Figs. 1-4, paras. 5, 7, 40, 42, 44, 51; Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:8-21, 9:23-28, 10:1-4; Keane 768 at Abstract, Figs. 4, 9-10, 1:67-2:32, 3:60-4:16;

Sanchez 508 at Abstract, Fig. 8, 6:21-31; Suzuki 250 at Figs. 1-5, 8, 11, 12:8-12, 12:5-15; Chiku 946 at Figs. 1, 2, 6, 7, Abstract, paras. 6-7, 14; Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13; Macaulay 2007 at pp. 641-643; 2006 British Health Publication at pp. 14-15; Conkling 541 at Figs. 12-15, 3:29-49, 6:43-68, 7:2-11; Schmitt 710 at Figs. 3-6, cols. 1-2; Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27; Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55; Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32; Medtech Finalists 2014; PureWick Prior Art Devices.

(3)     Urine collection devices with a casing made from pliable materials (including a fluid reservoir defined by the casing). *See, e.g.*, Van Den Heuvel 894 at Figs. 1-4, paras. 5, 7, 40, 42, 44, 51; Van Den Heuvel 823 at Figs. 1-4, 6:18-26, 7:5-20, 8:22-25; Keane 768 at Abstract, 1:65-2:10, 2:46-56, 3:49-4:16, Figs. 9-10; Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32; Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55; Conkling 541 at Figs. 12-15, Figs. 12-15, 6:43-68; Sanchez 508 at Abstract, Fig. 8, 3:32-37, 4:25-28, 6:21-31; Lawrence 564 at Figs. 1-10, Abstract, 5:8-6:27, 7:28-56; Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13; Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:8-21, 9:23-28, 10:1-4; Okabe 547 at Figs. 1-6, Abstract, paras. 1-5, 17-28, 41-42, 49; Chiku 946 at Figs. 1, 2, 6, 7, Abstract, paras. 6-7, 14; Fell 044 at Figs. 1-8, Abstract, 1:6-50, 3:18-7:42, 23:12-14.; Omni 2007 AMXD User & Maintenance Guide at pp. 10, 21; Omni AMXD/Dmax devices; Medtech Finalists 2014; PureWick Prior Art Devices; Macaulay 2007 at pp. 641-643;

(4)     Longitudinally extending fluid impermeable layers coupled to a fluid reservoir and outlet and defining a longitudinally elongated opening between them, allowing for urine to enter the collection device. *See, e.g.*, Van Den Heuvel 823 at Figs. 1-4, 1:27-2:7, 6:18-26, 7:15-20, 7:22-24, 7:25-30, 8:22-25; Van Den Heuvel 894 at Figs. 1-4, paras. 5, 7, 17, 23, 40, 44; Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:8-21, 9:23-28, 10:1-4; Keane 768 at Abstract, Figs. 4, 9-10, 1:67-2:32, 3:60-4:16; Sanchez 508 at Abstract, Figs. 1-8, 6:21-31; Suzuki 250 at Figs. 1-5, 8, 11, 12:5-15;

92

Okabe 547 at Figs. 1-6, Abstract, paras. 1-5, 17-28, 41-42, 49; Chiku 946 at Figs. 1, 2, 6, 7, Abstract, paras. 6-7, 9, 14; Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13; Macaulay 2007 at pp. 641-643; 2006 British Health Publication at pp. 14-15; Conkling 541 at Figs. 12-15, 3:29-49, 6:43-68, 7:2-11; Coley 804 at Figs. 1-5, Abstract, paras. 18-19, 21-24; Washington 508 at Figs. 1-5, Abstract, 2:27-33, 2:60-68, 6:22-38, 6:60-68, 12:17-30; Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55; Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32; Omni 2007 AMXD User & Maintenance Guide at pp. 10, 21; Omni AMXD/Dmax devices; Medtech Finalists 2014; PureWick Prior Art Devices.

(5)     Urine collection devices with a fluid permeable support inside a casing that extends across an elongated opening in the casing, facilitating collection of urine. *See, e.g.*, Van Den Heuvel 823 at Figs. 1-4, 1:27-2:7, 6:18-26, 6:28-7:3, 7:15-20, 7:22-24, 7:25-30, 8:17-20, 8:22-25; Van Den Heuvel 894 at Figs. 1-4, paras. 5, 7, 13-14, 38-44; Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:8-28, 10:1-9; Keane 768 at Abstract, Figs. 4, 9-10, 3:75-4:16; Sanchez 508 at Abstract, Fig. 8, 6:21-31; Suzuki 250 at Abstract, Figs. 1-5, 8, 11, 2:41-55, 12:5-21; Okabe 547 at Figs. 1-6, Abstract, paras. 1-5, 17-28, 41-42, 49; Coley 804 at Figs. 1-5, Abstract, paras. 18-19, 21-24; Chiku 946 at Figs. 1, 2, 6, 7, Abstract, claim 10, paras. 8, 14-15; Macaulay 2007 at pp. 641-643; 2006 British Health Publication at pp. 14-15; Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13; Conkling 541 at Figs. 12-15, 3:29-49, 6:43-68, 7:2-11; Washington 508 at Figs. 1-5, Abstract, 2:27-33, 2:60-68, 6:22-38, 6:60-68, 12:17-30; 4:2-7; Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55; Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32; Fell 044 at Figs. 1-8, Abstract, 1:6-50, 3:18-7:42, 23:12-14; Omni 2007 AMXD User & Maintenance Guide at pp. 10, 21; Omni AMXD/Dmax devices; Medtech Finalists 2014; PureWick Prior Art Devices.

(6)    A casing that is cylindrical or substantially cylindrical.  *See, e.g.*, Coley 804 at Figs. 1-5, Abstract, paras. 18-19, 21-24; Lawrence 564 at Fig. 14, 11:24-35; Lawrence 222 at Fig. 14, 11:24-35; Washington 508 at Fig. 1, 2:27-33, 2:60-68, 6:22-38, 6:60-68, 12:17-30; Duhamel 102 at Fig. 2, 1:65-2:14; Kraus 703 at Abstract, Figs. 1-6, 3:37-4:62; Duke 046 at Figs. 2, 4; Carns 997 at Fig. 4, Abstract; Robertson 771 at Fig. 1, Abstract; Sanchez 508 at Abstract, Fig. 8, 6:21-31; Van Den Heuvel 823 at Figs. 1-4, 1:27-2:7, 6:18-26, 6:28-7:3, 7:15-20, 7:22-24, 7:25-30, 8:17-20, 8:22-25; Van Den Heuvel 894 at Figs. 1-4, paras. 5, 7, 13-14, 38-44; Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:8-28, 10:1-9; Keane 768 at Abstract, Figs. 4, 9-10, 3:75-4:16; Okabe 547 at Figs. 1-6, Abstract, paras. 1-5, 17-28, 41-42, 49; Macaulay 2007 at pp. 641-643; Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55; Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32; Fell 044 at Figs. 1-8, Abstract, 1:6-50, 3:18-7:42, 23:12-14; Omni 2007 AMXD User & Maintenance Guide at pp. 10, 21; Omni AMXD/Dmax devices; Medtech Finalists 2014; PureWick Prior Art Devices.

(7)    A support that is cylindrical or substantially cylindrical.  *See* Sanchez 508 at Abstract, Fig. 8, 6:21-31; Coley 804 at Figs. 1-5, Abstract, paras. 18-19, 21-24; Washington 508 at Fig. 1, 2:27-33, 2:60-68, 6:22-38, 6:60-68, 12:17-30;  Jones 080 at Figs. 1-7, 1:59-89, 2:52-79; Flower 300 at Figs. 2, 7, 1:11-15, 2:22-24, 3:23-32; Hirschman 277 at Figs. 1-9, 1:33-40, 2:24-50; Larson 025 at Abstract, Fig. 2, 3:21-25, 4:47-52;  Brennan 465 at 4:16-66, Figs. 1-2, 6;  McGuire 347 at Figs. 1-4, Abstract, 2:35-40, 5:25-30, 6:1-35; Lawrence 564 at Fig. 14, 11:24-35; Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54; Mombrinie 639 at Figs. 1-9, paras. 13-14, 31-38, 40, 43; Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32; Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55; Van Den Heuvel 823 at Figs. 1-4, 1:27-2:7, 6:18-26, 6:28-7:3, 7:15-20, 7:22-24, 7:25-30, 8:17-20, 8:22-25; Van Den Heuvel 894 at Figs. 1-4, paras. 5, 7, 13-14, 38-44; Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:8-28, 10:1-9; Keane 768 at Abstract, Figs. 4, 9-10, 3:75-4:16; Okabe 547 at Figs. 1-6,

Abstract, paras. 1-5, 17-28, 41-42, 49; Macaulay 2007 at pp. 641-643; Fell 044 at Figs. 1-8, Abstract, 1:6-50, 3:18-7:42, 23:12-14; Omni 2007 AMXD User & Maintenance Guide at pp. 10, 21; Omni AMXD/Dmax devices;  Medtech Finalists 2014; PureWick Prior Art Devices.

(8)　　A support that has a lumen with a urine removal tube within the lumen.  *See* Sanchez 508 at Abstract, Fig. 8, 6:21-31; Kuntz 166 at Fig. 2, 2:38-47, 3:42-45, 3:61-64, 4:17-32; Kuntz 355 at Figs. 3-5,  2:9-12, 5:3-5; Van Den Heuvel 823 at Figs. 1-4, 1:27-2:7, 6:18-26, 6:28-7:3, 7:15-20, 7:22-24, 7:25-30, 8:17-20, 8:22-25; Van Den Heuvel 894 at Figs. 3-4, paras. 19, 47; Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:25-10:9; Macaulay 2007 at pp. 641-643; Jones 080 at Figs. 1-7, 1:59-89, 2:52-79; Flower 300 at Figs. 2, 7, 1:11-15, 2:22-24, 3:23-32; Larson 025 at Abstract, Fig. 2, 3:21-25, 4:47-52;  Brennan 465 at 4:16-66, Figs. 1-2, 6; McGuire 347 at Figs. 1-4, Abstract, 2:35-40, 5:25-30, 6:1-35; Medtech Finalists 2014; PureWick Prior Art Devices.

(9)　　Urine collection devices with a fluid permeable support and reservoir that are distinct from, but next to, each other.  *See, e.g.*, Van Den Heuvel 823 at Figs. 1-4, 6:18-26, 7:15-20, 7:22-24, 8:22-25; Van Den Heuvel 894 at Figs. 1-4, paras. 42, 44; Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:17-19; Keane 768 at Abstract, Figs. 9-10, 3:75-4:25; Sanchez 508 at Abstract, Fig. 8, 6:21-31; Suzuki 250 at Fig. 11, 12:5-21; Chiku 946 at Figs. 1, 2, 6, 7, claim 10, Abstract, paras. 6-8, 14; Macaulay 2007 at pp. 641-643; 2006 British Health Publication at pp. 14-15; Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13; Conkling 541 at Figs. 12-15, 6:43-68; Washington 508 at Figs. 1-5, 2:24-67, 5:22-6:67; Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32; Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55; Sweetser 793 at Figs. 1-2, 3:35-4:31; Triunfol 675 at Figs. 1-5, claims 1-4, 3:66-4:7, 4:2-7; Omni 2007 AMXD User & Maintenance Guide at pp. 10, 21; Omni AMXD/Dmax devices; Medtech Finalists 2014; PureWick Prior Art Devices.

95

(10)	Urine collection devices with a fluid permeable membrane on a fluid permeable support, allowing for enhanced urine collection.  *See, e.g.*, Van Den Heuvel 823 at 1:27-2:12, 2:25-27, claims 1-2 (*see also* WO00/57784 at 9:7-10:9, Fig. 5b); Van Den Heuvel 894 at para. 5; Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:25-10:9; Keane 768 at Abstract, Figs. 4, 9-10, 1:67-2:32, 3:60-4:16; Sanchez 508 at Abstract, Fig. 8, 3:22-49, 6:21-31; Suzuki 250 at Abstract, Figs. 1-5, 8, 11, 11:65-12:4; Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64; Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61; Lawrence 564 at Figs. 1-10, Abstract, 5:8-6:27, 7:28-56; Lawrence 222 at Figs. 1-10, 14, Abstract, 5:8-6:27, 7:28-56, 11:24-36; Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32; Wolff 066 at Fig. 5b, 5:56-6:35; Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46; Macaulay 2007 at pp. 641-643; Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32; Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55; Mahnensmith 080 at Abstract, Figs. 1-5, paras. 10-11, 20-22, 24, 30-31; Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56; Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27; Omni 2007 AMXD User & Maintenance Guide at pp. 10, 21; Omni AMXD/Dmax devices; Medtech Finalists 2014;  PureWick Prior Art Devices; Fell 044 at Figs. 1-8, Abstract, 1:6-50, 3:18-7:42, 23:12-14.

(11)	Urine collection devices with a fluid permeable membrane on a support that is inside a casing, where the membrane covers a portion of the support that extends across an opening of the casing.  *See, e.g.*, Van Den Heuvel 823 at Figs. 1-4, 1:27-2:15, 2:25-27, 6:18-26, 7:15-20, 7:22-24, 7:25-30, 8:22-25; Van Den Heuvel 894 at Figs. 1-4, paras. 5-6, 13-14, 38-44; Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:8-21, 9:23-10:9; Keane 768 at Abstract, Figs. 4, 9-10, 1:67-2:32, 3:60-4:16; Sanchez 508 at Abstract, Fig. 8, 3:22-49, 6:21-31; Suzuki 250 at Abstract, Figs. 1-5, 8, 11, 11:65-12:4, 12:5-21; Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32; Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55; Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27; Macaulay 2007

at pp. 641-643; Okabe 547 at Figs. 1-6, Abstract, paras. 1-5, 17-28, 41-42, 49; Omni 2007 AMXD User & Maintenance Guide at pp. 10, 21; Omni AMXD/Dmax devices; Medtech Finalists 2014; PureWick Prior Art Devices; Fell 044 at Figs. 1-8, Abstract, 1:6-50, 3:18-7:42, 23:12-14.

(12)    A urine collection device that is configured so that a fluid permeable membrane engages tissue surrounding the urethral opening. *See, e.g.*, Van Den Heuvel 823 at Figs. 1-4, 1:27-2:15, 2:25-27, 6:18-26, 7:15-20, 7:22-24, 7:25-30, 8:22-25; Van Den Heuvel 894 at Figs. 1-4, paras. 5-6, 23, 44; Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:7-19, 9:8-21, 9:23-10:9; Keane 768 at Abstract, Figs. 4, 9-10, 1:34-36, 1:67-2:32, 3:60-4:16; Sanchez 508 at Abstract, Fig. 8, 3:22-49, 4:7-9, 6:21-31; Okabe 547 at Figs. 1-6, Abstract, paras. 1-5, 17-28, 41-42, 49; Coley 804 at Figs. 1-5, Abstract, paras. 18-19, 21-24; Suzuki 250 at Abstract, Figs. 1-5, 8, 11, claim 1, 2:41-55, 11:65-12:4; Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32; Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55; Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33; Fell 044 at Fig. 1, Abstract, 23:12-14; Tong 356 at Figs. 1-5, 4:11-26; McGuire 981 at 1:71-2:16; Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27; Macaulay 2007 at pp. 641-643; 2015 Omni Catalog at pp. 3-4; Omni 2007 AMXD User & Maintenance Guide at pp. 10, 21; Omni AMXD/Dmax devices; Medtech Finalists 2014; PureWick Prior Art Devices.

(13)    Using a fabric sleeve or ribbed knit fabric as a permeable membrane. *See, e.g.*, Jones 080 at Figs. 1-7, 1:59-89, 2:52-79; Flower 300 at Figs. 2, 7, 1:11-15, 2:22-24, 3:23-32; Larson 025 at Abstract, Fig. 2, 3:21-25, 4:47-52; Brennan 465 at 4:16-66, Figs. 1-2, 6; Lawrence 564 at Fig. 14, 11:24-35; Sanchez 508 at Abstract, Fig. 8, 3:22-49, 4:7-9, 6:21-31; Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32; Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55; Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55; Schmidt 688 at Figs. 4-7, 4:29-68, 5:43-62; McGuire 981 at

1:71-2:16; Tong 356 at Figs. 1-5, 4:11-26; Fell 044 at Fig. 1, Abstract, 23:12-14; Medtech Finalists 2014; PureWick Prior Art Devices.

(14)    A permeable membrane that includes a wicking material. *See, e.g.*, Sanchez 508 at Abstract, Fig. 8, 3:22-49, 4:7-9, 6:21-31; Kuntz 166 at Abstract, Figs. 2-6, 2:43-47, 2:48-69; Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55; Mahnensmith 080 at Abstract, Figs. 1-5, paras. 9-11, 17, 21-22, 24, 30-31; Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-50, 2:51-59, 2:59-67, 3:45-4:19, 5:15-24, 5:27-43, 6:18-43; Keane 768 at Abstract, 1:34-36, 1:65-2:10, 2:46-56, Fig. 4; Van Den Heuvel 823 at Figs. 1-4, 1:27-2:15, 2:25-27, 6:18-26, 7:15-20, 7:22-24, 7:25-30, 8:22-25; Van Den Heuvel 894 at Figs. 1-4, paras. 5-6, 23, 44; Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:7-19, 9:8-21, 9:23-10:9; Coley 804 at Figs. 1-5, Abstract, paras. 18-19, 21-24; Lawrence 564 at Figs. 1-10, 14, Abstract, 4:47-55, 5:8-6:27, 6:21-25, 6:40-42, 7:28-56, 11:1-19, 11:24-36, claim 6; Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32; Lawrence 222 at Figs. 1-10, 14, Abstract, 4:47-55, 5:8-6:27, 6:21-25, 6:40-42, 7:28-56, 11:1-19, 11:24-36, claim 6; Cheng 133 at Figs. 7A-9, 16:53-17:54; Macaulay 2007 at pp. 641-643; Omni 2007 AMXD User & Maintenance Guide at pp. 10, 21; Omni AMXD/Dmax devices; Medtech Finalists 2014; PureWick Prior Art Devices; Fell 044 at Figs. 1-8, Abstract, 1:6-50, 3:18-7:42, 23:12-14.  Wicking materials including ones that move moisture by capillary action from one surface of the material to another were also known as discussed above.

(15)    Urine collection devices that use a tube to remove urine from the device with one end of the tube in the reservoir and where the tube extends through the fluid outlet to the fluid discharge end of the device (in many cases, the tube has openings only at its ends with a lumen coupling the two openings). *See, e.g.*, Van Den Heuvel 823 at Figs. 1-4, 2:14-17, 3:21-25, 4:13-19, 7:15-30; Van Den Heuvel 894 at Figs. 1-4, paras. 19, 42, 44, 47; Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 6:1-7, 9:8-21, 9:23-10:9; Keane 768 at Abstract, Figs. 4, 9-10, 1:67-2:32, 3:60-4:34;

Sanchez 508 at Abstract, Fig. 8, 3:22-49, 6:21-31; Suzuki 250 at Figs. 1-5, 8, 11, 3:4-13, 6:3-6, 12:5-21; Chiku 946 at Figs. 5, 10, 1, 2, 7, Abstract, paras. 11-12; Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13; Macaulay 2007 at pp. 641-643; 2006 British Health Publication at pp. 14-15; Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32; Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55; Medtech Finalists 2014; PureWick Prior Art Devices.

(16) Urine collection devices with a fluid discharge tube that extends behind a fluid permeable membrane and support. *See, e.g.*, Van Den Heuvel 823 at Figs. 1-4, 2:14-17, 3:21-25, 4:13-19, 7:15-30; Van Den Heuvel 894 at Figs. 1-4, 19, 47; Keane 768 at Abstract, Figs. 4, 9-10, 1:67-2:32, 3:60-4:34; Sanchez 508 at Abstract, Fig. 8, 3:22-49, 6:21-31; Suzuki 250 at Abstract, Figs. 1-5, 8, 11, 11:65-12:4, 12:5-21; Chiku 946 at Figs. 1, 2, 6, 7, paras. 6-7, 9, 14; Mizuguchi 641 at Figs. 1, 2, 6, 7, paras. 6-7, 9, 14; Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13; Macaulay 2007 at pp. 641-643; 2006 British Health Publication at pp. 14-15; Wolff 066 at Fig. 5b, 5:56-6:35; Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46; Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:7-19, 9:8-21, 9:23-10:9; Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32; Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55; Tsai 554 at Figs. 2, 3, 5, 5:22-24; Medtech Finalists 2014; PureWick Prior Art Devices.

(17) Urine collection devices configured so that discharged urine passes through an opening in a casing or fluid impermeable layer of the device, through a membrane and a support, and into a reservoir where the urine is withdrawn via a discharge tube. *See, e.g.*, Van Den Heuvel 823 at Figs. 1-4, 2:14-17, 3:21-25, 4:13-19, 6:28-7:3, 7:15-30, 8:17-20; Van Den Heuvel 894 at Figs. 1-4, paras. 17, 20-21, 44; Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 6:1-7, 9:7-19, 9:8-21, 9:23-10:9; Keane 768 at Abstract, Figs. 4, 9-10, 1:67-2:32, 3:60-4:34; Sanchez 508 at Abstract, Fig. 8, 3:22-49, 6:21-31; Okabe 547 at Figs. 1-6, Abstract, paras. 1-5, 17-28, 41-42, 49; Suzuki 250 at

Abstract, Figs. 1-5, 8, 11, 2:41-55, 3:4-13, 6:3-6, 11:65-12:4, 12:5-21; Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32; Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55; Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27; Macaulay 2007 at pp. 641-643; Omni 2007 AMXD User & Maintenance Guide at pp. 10, 21; Omni AMXD/Dmax devices; Medtech Finalists 2014; PureWick Prior Art Devices.

(18)    Urine collection devices held in place solely by frictional engagement with or between the labia or other portions of the user's body surrounding the urethral opening. *See, e.g.*, Sanchez 508 at 5:14-16; Coley 804 at Figs. 1-5, Abstract, paras. 18-19, 21-25; Nolan 144 at Figs. 1-6, 1:55-82, 2:69-77; Swiecicki 634 at Figs. 1-8, 2:14-34, 4:59-5:9, 11:42-61; Hirschman 277 at Figs. 1-9, 1:33-40, 2:24-50; Van Den Heuvel 823 at Figs. 1-4, 1:27-2:7, 7:22-24, 6:18-26, 7:5-13, 8:22-25;  Van Den Heuvel 894 at Figs. 1-4, paras. 5, 13-14, 38-44; Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:8-21, 9:23-28, 10:1-4; Keane 768 at Abstract, Figs. 4, 9-10, 1:67-2:32, 3:60-4:16; Sanchez 508 at Abstract, 1:22-44, 2:1-2, 2:26-46, 3:47-44, Figs. 1-8; Okabe 547 at Figs. 1-6, Abstract, paras. 1-5, 17-28, 41-42, 49; Macaulay 2007 at pp. 641-643; 2006 British Health Publication at pp. 14-15; Washington 508 at Abstract, Figs. 5-9, 3:1-9; 2015 Omni Catalog at pp. 3-4; Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32; Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55; Omni 2007 AMXD User & Maintenance Guide at pp. 10, 21; Omni AMXD/Dmax devices; Medtech Finalists 2014; PureWick Prior Art Devices; Fell 044 at Figs. 1-8, Abstract, 1:6-50, 3:18-7:42, 23:12-14.

(19)    Urine collection devices held in place by engagement between one end of the casing and a user's perineum. *See, e.g.,* Sanchez 508 at 5:14-16; Coley 804 at Figs. 1-5, Abstract, paras. 18-19, 21-25; Nolan 144 at Figs. 1-6, 1:55-82, 2:69-77; Swiecicki 634 at Figs. 1-8, 2:14-34, 4:59-5:9, 11:42-61; Van Den Heuvel 823 at Figs. 1-4, 1:27-2:7, 7:22-24, 6:18-26, 7:5-13, 8:22-25;  Van

Den Heuvel 894 at Figs. 1-4, paras. 5, 13-14, 38-44; Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:8-21, 9:23-28, 10:1-4; Keane 768 at Abstract, Figs. 4, 9-10, 1:67-2:32, 3:60-4:16; Sanchez 508 at Abstract, 1:22-44, 2:1-2, 2:26-46, 3:47-44, Figs. 1-8; Okabe 547 at Figs. 1-6, Abstract, paras. 1-5, 17-28, 41-42, 49; Macaulay 2007 at pp. 641-643; 2006 British Health Publication at pp. 14-15; Washington 508 at Abstract, Figs. 5-9, 3:1-9; 2015 Omni Catalog at pp. 3-4; Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32; Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55; Omni 2007 AMXD User & Maintenance Guide at pp. 10, 21; Omni AMXD/Dmax devices; Medtech Finalists 2014; PureWick Prior Art Devices; Fell 044 at Figs. 1-8, Abstract, 1:6-50, 3:18-7:42, 23:12-14.

(20)   Urine collection devices that are curved with a fluid opening on the inside of the curve for positioning next to the user's urethra and where one end of the device is adjacent to the user's anus.  *See* Sanchez 508 at Fig. 5, 5:14-16; Coley 804 at Figs. 1-5, Abstract, paras. 18-19, 21-25; Van Den Heuvel 823 at Figs. 1-4, 6:18-26, 7:5-13, 8:22-25, 7:23-25; Van Den Heuvel 894 at Figs. 1-4, paras. 17, 41, 43, 48; Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:7-19; Keane 768 at Abstract, Figs. 9-10, 3:75-4:4; Washington 508 at Abstract, Figs. 5-9, 3:1-9, 7:8-8:45; Suzuki 250 at Abstract, Figs. 1-5, 8, 11, 2:41-55, claim 1; Chiku 946 at Figs. 6, 10, 12, paras. 20, 21, 25-26; Mizuguchi 641 at Figs. 6, 10, 12, paras. 20, 21, 25-26; Ishii 108 at Figs. 1-4, paras 1-13; Macaulay 2007 at pp. 641-643; 2006 British Health Publication at pp. 14-15; Schmitt 710 at Figs. 3-6, cols. 1-2; Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64; Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61; Conkling 541 at Figs. 12-15, 7:2-5, 7:8-11; Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13; Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32; Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55; 2015 Omni Catalog at pp. 3-4; Omni 2007 AMXD User & Maintenance Guide at pp. 10, 21; Omni AMXD/Dmax devices; Medtech Finalists 2014; PureWick Prior Art Devices; Fell 044 at Figs. 1-8, Abstract, 1:6-50, 3:18-7:42, 23:12-14.

(21)     Urine collection devices with a curved design with a fluid opening on the inside of the curve for positioning next to a female user's urethra where the end of the device that is adjacent to the user's anus has a reservoir and the opposite end above the urethra has a fluid outlet.  *See, e.g.*, Van Den Heuvel 823 at Figs. 1-4, 6:18-26, 7:5-13, 8:22-25, 7:23-25; Van Den Heuvel 894 at Figs. 1-4, paras. 41, 43, 44; Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:7-19, 9:8-21, 9:23-10:9; Keane 768 at Abstract, Figs. 4, 9-10, 1:67-2:32, 3:75-4:4; Sanchez 508 at Abstract, Fig. 8, 3:22-49, 6:21-31; Okabe 547 at Figs. 1-6, Abstract, paras. 1-5, 17-28, 41-42, 49; Suzuki 250 at Abstract, Figs. 1-5, 8, 11, 2:41-55, claim 1; Chiku 946 at Figs. 6, 10, 12, paras. 20, 21, 25-26; Mizuguchi 641 at Figs. 6, 10, 12, paras. 20, 21, 25-26; Ishii 108 at Figs. 1-4, paras 1-13; Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13; Macaulay 2007 at pp. 641-643; 2006 British Health Publication at pp. 14-15; Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32; Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55; Medtech Finalists 2014; PureWick Prior Art Devices.

(22)     Permeable materials made from spun plastic, including a fluid permeable support made out of spun plastic. *See, e.g.*, Van Den Heuvel 823 at 8:19-20; Van Den Heuvel 894 at para. 52; Wolff 784 at 9:25-28, 10:1-4; Philips 505 at Figs. 18-22, 21:35-64, 26:40-27:42; Bond 845 at Abstract, ¶¶ 72, 205; Petryk 872 at ¶¶ 73-74, 117; Kuntz 166 at 1:63-2:2, *see also* DesMarais 130 at 5:1-3, 4:13-52; Macaulay 2007 at pp. 641-643; Fell 044 at 3:61-67, 5:1-3, 5:37-40, 23:13-14; Okabe 547 at Figs. 1-6, Abstract, paras. 18; Tong 356 at 4:30-33, 5:19-20, 6:29-30; Medtech Finalists 2014; PureWick Prior Art Devices.

(23)     Connecting a fluid receptacle to the discharge end of a tube to allow urine withdrawn from a fluid reservoir to enter it.  *See, e.g.*, Van Den Heuvel 823 at Figs. 1-4, 2:14-17, 3:21-25, 4:13-19, 7:15-30; Van Den Heuvel 894 at Figs. 1-4, paras. 5-6, 21, 46; Wolff 784 at Abstract, Figs. 1a-5b, 2:4-10, 5:12-30, 6:1-7, 9:3-5; Macaulay 2007 at pp. 641-643; 2006 British Health

Publication at pp. 14-15; Keane 768 at 1:31-41, 2:6-10; Sanchez 508 at Abstract, Fig. 8, 3:22-49, 6:21-31; Schmitt 710 at Figs. 3-6, cols. 1-2; Okabe 547 at Figs. 1-6, Abstract, paras. 1-5, 17-28, 41-42, 49; Chiku 946 at Figs. 5, 12, claim 14, paras. 18-19; Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13; Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32; Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55; Lawrence 222 at Figs. 6-10, 14, Abstract, 4:47-55, 5:8-6:27, 6:21-25, 6:40-42, 7:28-56, 8:8-29, 8:38-10:29, 11:1-19, 11:24-36; Washington 508 at Figs. 6-9, 2:33-38, 5:63-6:10; Medtech Finalists 2014; 2015 Omni Catalog at pp. 3-4; Omni 2007 AMXD User & Maintenance Guide at pp. 10, 21; Omni AMXD/Dmax devices; PureWick Prior Art Devices; Martin 061 at Figs. 1, 8, 2:65-3:14, 3:15-21, 4:34-38, 5:10-51.

(24)     Connecting a vacuum source connected to the discharge end of a urine discharge tube to assist in withdrawing urine from the fluid reservoir.  *See, e.g.*, Van Den Heuvel 823 at 1:27-2:7; Van Den Heuvel 894 at Figs. 1-4, paras. 5-6, 21, 46; Wolff 784 at Abstract, Figs. 1a-5b, 2:4-10, 5:12-30, 6:1-7, 9:3-5; Macaulay 2007 at pp. 641-643; 2006 British Health Publication at pp. 14-15; Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35; Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46; Keane 768 at 1:31-41, 2:6-10; Sanchez 508 at Abstract, Fig. 8, 3:22-49, 6:21-31; Schmitt 710 at Figs. 3-6, cols. 1-2; Okabe 547 at Figs. 1-6, Abstract, paras. 1-5, 17-28, 41-42, 49; Chiku 946 at Figs. 5, 12, claim 14, paras. 18-19; Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13; Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32; Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55; Lawrence 564 at Figs. 6-10, 14, Abstract, 4:47-55, 5:8-6:27, 6:21-25, 6:40-42, 7:28-56, 8:8-29, 8:38-10:29, 11:1-19, 11:24-36; Medtech Finalists 2014; 2015 Omni Catalog at pp. 3-4; Omni 2007 AMXD User & Maintenance Guide at pp. 10, 21; Omni AMXD/Dmax devices; PureWick Prior Art Devices.

(25)   Using a vacuum-induced pressure differential to withdraw urine through a tube at a flow rate equal to the urine discharge rate in a urination event (including without causing the reservoir to block the tube).  *See, e.g.*, Van Den Heuvel 823 at 1:27-2:7; Van Den Heuvel 894 at paras. 5-6, 8, 21; Wolff 784 at Abstract, Figs. 1a-5b, 2:4-10, 5:12-30, 6:1-7, 6:9-12, 7:8-12, 9:3-5; Macaulay 2007 at pp. 641-643; 2006 British Health Publication at pp. 14-15; Wolff 066 at 2:1-2; Wolff 131 at para. 3; Chiku 946 at para. 19; Mizuguchi 641 at Figs. 1-10, Abstract, paras 6-11, 14-21, 23-26; Otto 137 at Figs. 1-2, 3:7-64, 4:10-28; Sanchez 508 at 4:55-64.

(26)   Using the above referenced urine collection devices in methods of collecting and removing urine from a user by, for example, positioning the device so that it is disposed with a female user's urethral opening, allowing urine to be received through an opening in the device, and allowing the discharged urine to be withdrawn via a discharge tube.  *See, e.g.*, Van Den Heuvel 823 at Figs. 1-4, 7:23-30; Van Den Heuvel 894 at Figs. 1-4, paras. 23, 28, 41, 43, 44; Wolff 784 at Abstract, Figs. 1a-5b, 9:7-19; Keane 768 at Abstract, Figs. 4, 9-10, 1:31-41, 1:67-2:32, 3:60-4:16; Sanchez 508 at Abstract, Fig. 8, 3:22-49, 6:21-31; Suzuki 250 at Abstract, Fig. 1, 3:4-13, 6:3-6; Okabe 547 at Figs. 1-6, Abstract, paras. 1-5, 17-28, 41-42, 49; Chiku 946 at Figs. 6, 10, 12, paras. 20-21, 25-26; Macaulay 2007 at pp. 641-643; 2006 British Health Publication at pp. 14-15; Schmitt 710 at Figs. 3-6, cols. 1-2; Conkling 541 at Figs. 12-15, 7:2-5, 7:8-11; Washington 508 at Figs. 5-9, 3:1-9; Medtech Finalists 2014; 2015 Omni Catalog at pp. 3-4; Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32; Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55; Omni 2007 AMXD User & Maintenance Guide at pp. 10, 21; Omni AMXD/Dmax devices; PureWick Prior Art Devices.

(27)   Removing the urine collection device from a user and adding another urine collection device as needed.  *See, e.g.*, Kuntz 355 at 9:33-53; Van Den Heuvel 823 at Figs. 1-4, 1:27-2:15, 2:25-27, 6:18-26, 7:15-20, 7:22-24, 7:25-30, 8:22-25; Van Den Heuvel 894 at Figs. 1-4,

paras. 5-6, 23, 44; Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:7-19, 9:8-21, 9:23-10:9; Keane 768 at Abstract, Figs. 4, 9-10, 1:31-41, 1:67-2:32, 3:60-4:16; Washington 508 at Figs. 5-9, 3:1-9, 4:17-23, 7:8-8:31; Kuntz 166 at Abstract, Figs. 1-8, 5:59-6:17; Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55; Okabe 706 at 8:21-26; Okabe 547 at para. 41; Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33, 5:66-6:4; Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64; Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61; Suzuki 250 at 9:42-44; Wada 460 at 9:32-35; Tazoe 205 at 5:40-45; Tazoe 292 at para. 42; Coley 804 at Figs. 1-5, Abstract, paras. 18-19, 21-24; Nolan 144 at Figs. 1-6, 1:55-82, 2:69-77; Swiecicki 634 at Figs. 1-8, 2:14-34, 4:59-5:9, 11:42-61; Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27; Macaulay 2007 at pp. 641-643; Medtech Finalists 2014; 2015 PureWick brochure at pp. 1-4; Fell 044 at Figs. 1-8, Abstract, 1:6-50, 3:18-7:42, 23:12-14; Omni 2007 AMXD User & Maintenance Guide at pp. 10, 21; Omni AMXD/Dmax devices; PureWick Prior Art Devices.

As shown by the above examples (and the charts below), the differences, if any, between the relevant prior art references and the Asserted Claims of the 376 Patent were known and would have been within the knowledge and common sense of one of ordinary skill in the art, and modification, if any, to achieve the claimed invention would have been a routine choice with a reasonable expectation of success.  In addition, or alternatively, one of ordinary skill in art would have been motivated to combine one or more of the references as they nearly all pertain, generally, to urine collection systems or apparatuses.

As noted above, the following charts identify where in each item of prior art each element of each asserted claim is found.  The citations in the charts are representative and should not be construed as limiting.  As mentioned above, the charts below reflect alternative views of the meaning of claim language including Sage's understanding of Plaintiff's position regarding the

construction of the claims, and Sage makes no admissions regarding any alleged infringement. Moreover, by addressing any claim language in the charts below, Sage makes no admission as to whether or not that language serves as a limitation of the claim.

### U.S. Patent No. 10,226,376 (Claims 1, 4-6, 9, and 11-13)

| 376 Patent Claim Language | Prior Art |
|---|---|
| **Claim 1** | |
| 1. An apparatus comprising: | To the extent the preamble is limiting, the below-cited references each disclose an apparatus. |
| a fluid impermeable casing having a fluid reservoir at a first end, | Apparatuses with fluid impermeable casings having a fluid reservoir at one end were well known at the time of the alleged invention.[4]<br><br>• Duke 046 at Figs. 1-3, 1:63-2:2;<br>• Keane 768 at Abstract, Figs. 4, 9-10, 1:67-2:32, 3:75-4:16;<br>• Ellis 185 at Figs. 1-3, 2:55-3:3;<br>• Flower 300 at Figs. 2, 7, 1:11-15, 2:22-24, 3:23-32;<br>• Larson 025 at Abstract, Fig. 2, 3:21-25, 4:47-52;<br>• Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33, 5:34-6:4, 6:36-43;<br>• Kraus 703 at Abstract, Figs. 1-6, 3:37-4:62;<br>• Triunfol 675 at Figs. 1-5, claims 1-4, 3:66-4:7, 4:2-7;<br>• Martin 061 at Figs. 1, 8, 2:65-3:14, 3:15-21, 4:34-38, 5:10-51;<br>• Nussbaumer 160 at Figs. 1-9, 2:23-44, 2:50-59, 3:20-41, 4:5-13, 5:10-15;<br>• Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32; |

---

[4] For purposes of the 376 and 989 Patent, it is generally assumed that the time of the alleged invention is the earliest alleged priority date of March 2014 despite Plaintiff's failure to provide adequate evidence on this issue. Of course, what was known as of that date was also known at later dates. However, as discussed above, PureWick has not established that the priority date of the 376 and 989 patents are no earlier than their filing dates. Moreover, as discussed above, the evidence shows that numerous claim elements were missing from the disclosures prior to August 29, 2016.

| 376 Patent Claim Language | Prior Art |
|---|---|
|  | • Ehrenkranz 215 at Abstract, Figs. 1-9B; |
|  | • Brennan 465 at 4:16-66, Figs. 1-2, 6; |
|  | • Washington 508 at Figs. 1-5, 11-12, 2:24-27, 2:40-52, 5:22-62, 10:23-34; |
|  | • Conkling 541 at Figs. 12-15, Figs. 12-15, 3:29-49, 6:43-68, 7:2-11; |
|  | • Nigay 463 at Figs. 1-3, 1:65-2:62; |
|  | • McGuire 347 at Figs. 1-4, Abstract, 2:35-40, 5:25-30, 6:1-35; |
|  | • Carns 997 at Figs. 2-5, 6:15-31; |
|  | • Kubo 983 at Figs. 1a-2, Abstract, 2:44-3:5, 4:19-33, 5:8-27; |
|  | • Kubo 052 at Figs. 1a-4, Abstract, 3:53-4:59; |
|  | • Lawrence 564 at Figs. 1-10, Abstract, 5:8-6:27, 7:28-56; |
|  | • Lawrence 222 at Figs. 1-10, 14, Abstract, 5:8-6:27, 7:28-56, 11:24-36; |
|  | • Etheredge 606 at Figs. 1-3, Abstract, 4:7-60, 5:212-54; |
|  | • Kraus 339 at Abstract, Figs. 1-7, 4:47-5:15; |
|  | • Cheng 133 at Figs. 7A-9, 16:53-17:54; |
|  | • Snyder 560 at Figs. 1-5, 4:5-5:47; |
|  | • Sweetser 793 at Figs. 1-2, 3:35-4:31; |
|  | • Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64; |
|  | • Scott 384 at 3:15-31, Figs. 3-4; |
|  | • Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35; |
|  | • Otto 137 at Figs. 1-2, 3:7-64, 4:10-28; |
|  | • Fell 044 at Figs. 1-8, Abstract, 1:6-50, 3:18-7:42, 23:12-14; |
|  | • Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61; |
|  | • Harvie 964 at Figs. 1-3, 9:25-10:45; |
|  | • Harvie 012 at Figs. 1-3, 8:29-9:51; |
|  | • Harvie 043 at Figs. 1-3, 9:66-10:58; |
|  | • Easter 366 at Figs. 5-9, 5:54-6:10; |
|  | • Trabold 781 at Abstract, Figs. 1-8, 2:35-51; |
|  | • Cheng 245 at 24:12-35, 29:27-52, 37:35-57, 38:48-53; |
|  | • Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33; |
|  | • Suzuki 250 at Abstract, Figs. 1-5, 8, 11, claim 1, 2:41-55, 11:65-12:21; |

| 376 Patent Claim Language | Prior Art |
|---|---|
| | • Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26;<br>• Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54;<br>• Mombrinie 389 at Figs. 1-4, 9, 4:17-26, 4:61-5:7, 5:15-19;<br>• Swiecicki 634 at Figs. 1-8, 2:14-34, 4:59-5:9, 11:42-61;<br>• Okabe 706 at 7:40-8:14, Figs. 3-4;<br>• Sanchez 508 at Abstract, Fig. 8, 6:21-31;<br>• Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27;<br>• Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56;<br>• Grundke 161 at Figs. 1-5, paras. 20-24, 33;<br>• Scott 749 at Figs. 3-4, paras. 74-75, 79;<br>• Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46;<br>• Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66;<br>• Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32;<br>• Mombrinie 639 at Figs. 1-9, paras. 13-14, 31-38, 40, 43;<br>• Mahnensmith 080 at Abstract, Figs. 1-5, paras. 8-9, 17-20, 30-31;<br>• Wightman 214 at Figs. 2b, 4b, 5-6, paras. 87, 92;<br>• Coley 804 at Figs. 1-5, Abstract, paras. 18-19, 21-24;<br>• Van Den Heuvel 894 at Figs. 1-4, paras. 5, 7, 40, 42, 44, 51;<br>• Van Den Heuvel 823 at Figs. 1-4, 1:27-2:7, 6:18-26, 6:28-7:3, 7:15-20, 7:22-24, 7:25-30, 8:17-20, 8:22-25;<br>• Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:8-21, 9:23-25;<br>• Goldenberg 638 at Abstract, Figs. 1-3, 3:20-42, 6:44-57;<br>• Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;<br>• Wada 625 at Fig. 24, paras. 188-194;<br>• Schmitt 710 at Figs. 3-6, cols. 1-2;<br>• Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13; |

| 376 Patent Claim Language | Prior Art |
|---|---|
| | - Chiku 946 at Figs. 1, 2, 6, 7, Abstract, paras. 6-7, 14;<br>- Mizuguchi 641 at Figs. 1, 2, 6, 7, Abstract, paras. 6-7, 14;<br>- Ishii 108 at Figs. 1-4, paras 1-13;<br>- Macaulay 2007 at pp. 641-643;<br>- 2006 British Health Publication at pp. 14-15;<br>- Omni Starter Kit Brochure;<br>- Omni Brochure;<br>- Omni Presentation;<br>- 2015 Omni Catalog;<br>- Omni 2007 AMXD User & Maintenance Guide at pp. 10, 21;<br>- Omni AMXD / AMXDMax devices;<br>- Medtech Finalists 2014;<br>- 2015 PureWick brochure at pp. 1-4;<br>- PureWick Prior Art Devices. |
| a fluid outlet at a second end, | Fluid impermeable casings having a fluid outlet at another end were well known at the time of the alleged invention and this was a typical and one of a few known configurations as previously explained.<br><br>- Scott 234 at 1:29-48, Figs. 1-3;<br>- Duke 046 at Figs. 1-3, 1:63-2:23;<br>- Keane 768 at Abstract, 1:65-2:10, 3:49-4:16, Fig. 9-10;<br>- Flower 300 at Figs. 2, 7, 1:11-15, 2:22-24, 3:23-32;<br>- Larson 025 at Abstract, Fig. 2, 3:21-25, 4:47-52;<br>- Hessner 418 at 6:36-43;<br>- Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32;<br>- Brennan 465 at 4:16-66, Figs. 1-2, 6;<br>- Washington 508 at Figs. 1-12, 2:33-38, 5:63-6:10;<br>- Conkling 541 at Figs. 12-15, 3:29-49, 6:43-68, 7:2-11;<br>- Nigay 463 at Figs. 1-3, 1:65-2:62;<br>- McGuire 347 at Figs. 1-4, Abstract, 2:35-40, 5:25-30, 6:1-35; |

| 376 Patent Claim Language | Prior Art |
|---|---|
| | - McGuire 699 at Figs. 1-6, 4:1-19, 4:68-5:2, 6:61-64;<br>- Skow 735 at Abstract, Figs. 1-11, 3:48-51, 6:16-67;<br>- Argenta 643 at Figs. 1, 5; 3:31-51, 6:46-64, 7:10-23, 7:56-58;<br>- Carns 997 at Figs. 2-5, 6:15-31;<br>- Kubo 983 at Figs. 1a-2, Abstract, 2:44-3:5, 4:19-33, 5:1-7;<br>- Kubo 052 at Figs. 1a-4, Abstract, 3:53-4:59;<br>- Lawrence 564 at Figs. 1-10, Abstract, 5:8-6:27, 7:28-56;<br>- Lawrence 222 at Figs. 1-10, 14, Abstract, 5:8-6:27, 7:28-56, 11:24-36;<br>- Kraus 339 at Abstract, Figs. 1-7, 4:47-5:15;<br>- Triunfol 675 at Figs. 1-5, claims 1-4, 3:66-4:7, 4:2-7;<br>- Robertson 771 at Figs. 1-2, 2:56-3:44;<br>- Cheng 133 at Figs. 7A-9, 16:53-17:54;<br>- Snyder 560 at Figs. 1-5, 4:5-5:47;<br>- Sweetser 793 at Figs. 1-2, 3:35-4:31;<br>- Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64;<br>- Scott 384 at 3:15-31, Figs. 3-4;<br>- Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35;<br>- Otto 137 at Figs. 1-2, 3:7-64, 4:10-28;<br>- Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61;<br>- Easter 366 at Figs. 5-9, 5:54-6:10;<br>- Harvie 964 at Figs. 1-3, 9:25-10:45;<br>- Harvie 012 at Figs. 1-3, 8:29-9:51;<br>- Harvie 043 at Figs. 1-3, 9:66-10:58;<br>- Trabold 781 at Abstract, Figs. 1-8, 2:35-51;<br>- Cheng 245 at 24:12-35, 29:27-52, 37:35-57, 38:48-53;<br>- Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33;<br>- Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26;<br>- Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54;<br>- Mombrinie 389 at Figs. 1-4, 9, 4:17-26, 4:61-5:7, 5:15-19; |

| 376 Patent Claim Language | Prior Art |
|---|---|
| | - Okabe 706 at Figs. 1-9, 3:36-45, 4:10-21, 6:13-17;<br>- Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56;<br>- Sanchez 508 at Abstract, Fig. 8, 6:21-31;<br>- Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27;<br>- Grundke 161 at Figs. 1-5, paras. 20-24, 33;<br>- Scott 749 at Figs. 3-4, paras. 74-75, 79;<br>- Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46;<br>- Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66;<br>- Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32;<br>- Mombrinie 639 at Figs. 1-9, paras. 13-14, 31-38, 40, 43;<br>- Mahnensmith 080 at Abstract, Figs. 1-5, paras. 23, 30-31;<br>- Van Den Heuvel 894 at Figs. 1-4, paras. 5-7, 40, 42, 44, 51;<br>- Van Den Heuvel 823 at Figs. 1-4, 2:14-17, 3:21-25, 4:13-19, 7:15-30;<br>- Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 6:1-7, 9:8-21, 9:23-25;<br>- Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;<br>- Wada 625 at Fig. 24, paras. 188-194;<br>- Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13;<br>- Goldenberg 638 at Abstract, Figs. 1-3, 3:20-42, 6:44-57;<br>- Schmitt 710 at Figs. 3-6, cols. 1-2;<br>- Chiku 946 at Figs. 1, 2, 6, 7, Abstract, paras. 6-7, 14;<br>- Mizuguchi 641 at Figs. 1, 2, 6, 7, Abstract, paras. 6-7, 14;<br>- Ishii 108 at Figs. 1-4, paras 1-13;<br>- Macaulay 2007 at pp. 641-643;<br>- 2006 British Health Publication at pp. 14-15;<br>- Medtech Finalists 2014;<br>- 2014 Medtech Announcement at p. 3;<br>- Omni Starter Kit Brochure; |

| 376 Patent Claim Language | Prior Art |
|---|---|
| | • Omni Brochure;<br>• Omni Presentation;<br>• 2015 Omni Catalog;<br>• Omni 2007 AMXD User & Maintenance Guide at pp. 10, 21;<br>• Omni AMXD / AMXDMax devices;<br>• 2015 PureWick brochure at pp. 1-4;<br>• PureWick Prior Art Devices. |
| and a longitudinally extending fluid impermeable layer coupled to the fluid reservoir and the fluid outlet and defining a longitudinally elongated opening between the fluid reservoir and the fluid outlet; | Fluid impermeable casings having a longitudinally extending fluid impermeable layer coupled to the fluid reservoir and the fluid outlet and defining a longitudinally elongated opening between the fluid reservoir and the fluid outlet were well known at the time of the alleged invention. For example, in the case of urine collection devices, such a configuration is shaped for the female anatomy as discussed above while allowing for urine collection and removal.<br><br>• Duke 046 at Figs. 1-3, 1:63-2:23;<br>• Keane 768 at Abstract, 1:65-2:10, 2:46-56, Fig. 9-10;<br>• Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33, 5:34-6:4, 6:36-43;<br>• Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32;<br>• Conkling 541 at Figs. 12-15, 3:29-49, 6:43-68, 7:2-11;<br>• Nigay 463 at Figs. 1-3, 1:65-2:62;<br>• Carns 997 at Figs. 2-5, 6:15-31;<br>• Lawrence 564 at Figs. 1-10, Abstract, 5:8-6:27, 7:28-56;<br>• Lawrence 222 at Figs. 1-10, 14, Abstract, 5:8-6:27, 7:28-56, 11:24-36;<br>• Kraus 339 at Abstract, Figs. 1-7, 4:47-5:15;<br>• Robertson 771 at Figs. 1-2, 2:56-3:44;<br>• Cheng 133 at Figs. 7A-9, 16:53-17:54;<br>• Snyder 560 at Figs. 1-5, 4:5-5:47;<br>• Sweetser 793 at Figs. 1-2, 3:35-4:31;<br>• Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64;<br>• Scott 384 at 3:15-31, Figs. 3-4;<br>• Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35; |

| **376 Patent Claim Language** | **Prior Art** |
|---|---|
|  | <ul><li>Otto 137 at Figs. 1-2, 3:7-64, 4:10-28;</li><li>Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61;</li><li>Easter 366 at Figs. 5-9, 5:54-6:10;</li><li>Harvie 964 at Figs. 1-3, 9:25-10:45;</li><li>Harvie 012 at Figs. 1-3, 8:29-9:51;</li><li>Harvie 043 at Figs. 1-3, 9:66-10:58;</li><li>Trabold 781 at Abstract, Figs. 1-8, 2:35-51;</li><li>Cheng 245 at 24:12-35, 29:27-52, 37:35-57, 38:48-53;</li><li>Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33;</li><li>Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26;</li><li>Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54;</li><li>Mombrinie 389 at Figs. 1-4, 9, 4:17-26, 4:61-5:7, 5:15-19;</li><li>Okabe 706 at Figs. 1-9, 3:36-45, 4:10-21, 6:13-17;</li><li>Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56;</li><li>Sanchez 508 at Abstract, Fig. 8, 6:21-31;</li><li>Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27;</li><li>Grundke 161 at Figs. 1-5, paras. 20-24, 33;</li><li>Scott 749 at Figs. 3-4, paras. 74-75, 79;</li><li>Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46;</li><li>Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66;</li><li>Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32;</li><li>Mombrinie 639 at Figs. 1-9, paras. 13-14, 31-38, 40, 43;</li><li>Mahnensmith 080 at Abstract, Figs. 1-5, paras. 9-11, 17-22, 24, 30-31;</li><li>Van Den Heuvel 894 at Figs. 1-4, paras. 5, 7, 17, 23, 40, 44;</li><li>Van Den Heuvel 823 at Figs. 1-4, 1:27-2:7, 7:22-24, 6:18-26, 7:5-13, 8:22-25;</li><li>Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:8-21, 9:23-25;</li></ul> |

| 376 Patent Claim Language | Prior Art |
|---|---|
| | • Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;<br>• Wada 625 at Fig. 24, paras. 188-194;<br>• Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13;<br>• Goldenberg 638 at Abstract, Figs. 1-3, 3:20-42, 6:44-57;<br>• Schmitt 710 at Figs. 3-6, cols. 1-2;<br>• Chiku 946 at Figs. 1-10, Abstract, paras. 6-11, 14-21, 23-26;<br>• Mizuguchi 641 at Figs. 1-10, Abstract, paras 6-11, 14-21, 23-26;<br>• Ishii 108 at Figs. 1-4, paras 1-13;<br>• Macaulay 2007 at pp. 641-643;<br>• 2006 British Health Publication at pp. 14-15;<br>• Omni Starter Kit Brochure;<br>• Omni Brochure;<br>• Omni Presentation;<br>• 2015 Omni Catalog;<br>• Omni 2007 AMXD User & Maintenance Guide at pp. 10, 21;<br>• Omni AMXD / AMXDMax devices;<br>• 2015 PureWick brochure at pp. 1-4;<br>• Medtech Finalists 2014;<br>• PureWick Prior Art Devices. |
| a fluid permeable support disposed within the casing with a portion extending across the elongated opening, | Fluid permeable supports disposed within the casing with a portion extending across the elongated opening was well known at the time of the alleged invention, for example, allowing for support of a fluid permeable membrane and allowing for permeation of urine.<br><br>• Keane 768 at Abstract, 1:65-2:10, 2:46-56, 3:75-4:16, Fig. 9-10;<br>• Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33, 5:34-6:4, 6:36-43;<br>• Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32;<br>• Washington 508 at Figs. 1-12, 2:33-68, 5:63-6:10;<br>• Conkling 541 at Figs. 12-15, 3:29-49, 6:43-68, 7:2-11; |

| 376 Patent Claim Language | Prior Art |
|---|---|
|  | - Nigay 463 at Figs. 1-3, 1:65-2:62;<br>- Lawrence 564 at Figs. 1-10, Abstract, 5:8-6:27, 7:28-56, 11:24-36;<br>- Lawrence 222 at Figs. 1-10, 14, Abstract, 5:8-6:27, 7:28-56, 11:24-36;<br>- Cheng 133 at Figs. 7A-9, 16:53-17:54;<br>- Sweetser 793 at Figs. 1-2, 3:35-4:31;<br>- Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64;<br>- Scott 384 at 3:15-31, Figs. 3-4;<br>- Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35;<br>- Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61;<br>- Easter 366 at Figs. 5-9, 5:54-6:10;<br>- Fell 044 at Figs. 1-8, Abstract, 1:6-50, 3:18-7:42, 23:12-14;<br>- Harvie 964 at Figs. 1-3, 9:25-10:45;<br>- Harvie 012 at Figs. 1-3, 8:29-9:51;<br>- Harvie 043 at Figs. 1-3, 9:66-10:58;<br>- Cheng 245 at 24:12-35, 29:27-52, 37:35-57, 38:48-53;<br>- Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33;<br>- Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26;<br>- Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54;<br>- Mombrinie 389 at Figs. 1-4, 9, 4:17-26, 4:61-5:7, 5:15-19;<br>- Okabe 706 at Figs. 1-9, 3:36-45, 4:10-21, 6:13-17;<br>- Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56;<br>- Sanchez 508 at Abstract, Fig. 8, 6:21-31;<br>- Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27;<br>- Scott 749 at Figs. 3-4, paras. 74-75, 79;<br>- Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46;<br>- Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66;<br>- Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32;<br>- Mombrinie 639 at Figs. 1-9, paras. 13-14, 31-38, 40, 43;<br>- Mahnensmith 080 at Abstract, Figs. 1-5, paras. 8-9, 17-20, 30-31; |

| 376 Patent Claim Language | Prior Art |
|---|---|
| | • Coley 804 at Figs. 1-5, Abstract, paras. 18-19, 21-24; <br> • Van Den Heuvel 894 at Figs. 1-4, paras. 5, 7, 13-14, 38-44; <br> • Van Den Heuvel 823 at Figs. 1-4, 1:27-2:7, 6:18-26, 6:28-7:3, 7:15-20, 7:22-24, 7:25-30, 8:17-20, 8:22-25; <br> • Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:8-21, 9:23-28, 10:1-4; <br> • Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55; <br> • Wada 625 at Fig. 24, paras. 188-194; <br> • Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13; <br> • Chiku 946 at Figs. 1, 2, 6, 7, Abstract, paras. 6-7, 14; <br> • Mizuguchi 641 at Figs. 1, 2, 6, 7, Abstract, paras. 6-7, 14 <br> • Macaulay 2007 at pp. 641-643; <br> • 2006 British Health Publication at pp. 14-15; <br> • Omni Starter Kit Brochure; <br> • Omni Brochure; <br> • Omni Presentation; <br> • 2015 Omni Catalog; <br> • Omni 2007 AMXD User & Maintenance Guide at pp. 10, 21; <br> • Omni AMXD / AMXDMax devices; <br> • 2015 PureWick brochure at pp. 1-4; <br> • Medtech Finalists 2014; <br> • PureWick Prior Art Devices. |
| wherein the fluid permeable support is distinct from and at least proximate to the fluid reservoir; | Fluid permeable supports distinct from and near the fluid reservoir were well known at the time of the alleged invention. For example, in the case of urine collection devices, such a configuration prevented the support from being in a urine reservoir but close enough to allow for urine to enter the reservoir. <br><br> • Keane 768 at Abstract, 1:65-2:10, 2:46-56, 3:75-4:16, Fig. 9-10; <br> • Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33, 5:34-6:4, 6:36-43; |

| 376 Patent Claim Language | Prior Art |
|---|---|
| | • Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32;<br>• Washington 508 at Figs. 1-5, 2:24-67, 5:22-6:67;<br>• Conkling 541 at Figs. 12-15, 6:43-68;<br>• Nigay 463 at Figs. 1-3, 1:65-2:62;<br>• Triunfol 675 at Figs. 1-5, claims 1-4, 3:66-4:7, 4:2-7;<br>• Sweetser 793 at Figs. 1-2, 3:35-4:31;<br>• Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35;<br>• Mombrinie 389 at Figs. 1-4, 9, 4:17-26, 4:61-5:7, 5:15-19;<br>• Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56;<br>• Sanchez 508 at Abstract, Fig. 8, 6:21-31;<br>• Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27;<br>• Scott 749 at Figs. 3-4, paras. 74-75, 79;<br>• Scott 384 at 3:15-31, Figs. 3-4;<br>• Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46;<br>• Mombrinie 639 at Figs. 1-9, paras. 13-14, 31-38, 40, 43;<br>• Mahnensmith 080 at Abstract, Figs. 1-5, paras. 8-11, 17-20, 30-31;<br>• Van Den Heuvel 894 at Figs. 1-4, paras. 42, 44;<br>• Van Den Heuvel 823 at Figs. 1-4, 6:18-26, 7:15-20, 7:22-24, 8:22-25;<br>• Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:17-19, 9:8-21, 9:23-28, 10:1-4;<br>• Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;<br>• Wada 625 at Fig. 24, paras. 188-194;<br>• Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13;<br>• Chiku 946 at Figs. 1, 2, 6, 7, Abstract, claim 10, paras. 8, 14-15;<br>• Mizuguchi 641 at Figs. 1, 2, 6, 7, Abstract, claim 10, paras. 8, 14-15;<br>• Macaulay 2007 at pp. 641-643;<br>• 2006 British Health Publication at pp. 14-15;<br>• Medtech Finalists 2014;<br>• PureWick Prior Art Devices. |

| 376 Patent Claim Language | Prior Art |
|---|---|
| | |
| a fluid permeable membrane disposed on the support and covering at least the portion of the support that extends across the elongated opening, so that the membrane is supported on the support and disposed across the elongated opening; | Using multiple layers of permeable materials is well known in the body fluid collection art to facilitate fluid flow.  Fluid permeable membranes disposed on a permeable support and covering part of the support that extends across the opening where fluid enters were well known in the art at the time of the alleged invention.  In such configurations, the membrane is supported on the support and disposed across the opening, enhancing fluid collection and/or providing a comfortable patient interface.<br><br>• Keane 768 at Figs. 9-10, 3:75-4:16;<br>• Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33;<br>• Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32;<br>• Lawrence 564 at Figs. 1-10, Abstract, 5:8-6:27, 7:28-56;<br>• Lawrence 222 at Figs. 1-10, 14, Abstract, 5:8-6:27, 7:28-56, 11:24-36;<br>• Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64;<br>• Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35;<br>• Fell 044 at Figs. 1-8, Abstract, 1:6-50, 3:18-7:42, 23:12-14;<br>• Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61;<br>• Harvie 964 at Figs. 1-3, 9:25-10:45;<br>• Harvie 012 at Figs. 1-3, 8:29-9:51;<br>• Harvie 043 at Figs. 1-3, 9:66-10:58;<br>• Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33;<br>• Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26;<br>• Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54;<br>• Mombrinie 389 at Figs. 1-4, 9, 4:17-26, 4:61-5:7, 5:15-19;<br>• Okabe 706 at Figs. 1-9, 3:36-45, 4:10-21, 6:13-17;<br>• Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56;<br>• Sanchez 508 at Abstract, Fig. 8, 6:21-31; |

| 376 Patent Claim Language | Prior Art |
|---|---|
|  | <ul><li>Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27;</li><li>Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46;</li><li>Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66;</li><li>Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32;</li><li>Mombrinie 639 at Figs. 1-9, paras. 13-14, 31-38, 40, 43;</li><li>Mahnensmith 080 at Abstract, Figs. 1-5, paras. 10-11, 20-22, 24, 30-31;</li><li>Van Den Heuvel 894 at para. 5;</li><li>Van Den Heuvel 823 at 1:27-2:12, 2:25-27, claims 1-2 (*see also* WO00/57784 at 9:7-10:9, Fig. 5b);</li><li>Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:8-21, 9:23-10:1, 10:4-9;</li><li>Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;</li><li>Wada 625 at Fig. 24, paras. 188-194;</li><li>Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13;</li><li>Medtech Finalists 2014;</li><li>2014 Medtech Announcement at p. 3;</li><li>Macaulay 2007 at pp. 641-643;</li><li>Omni Starter Kit Brochure;</li><li>Omni Brochure;</li><li>Omni Presentation;</li><li>2015 Omni Catalog;</li><li>Omni 2007 AMXD User & Maintenance Guide at pp. 10, 21;</li><li>Omni AMXD / AMXDMax devices;</li><li>2015 PureWick brochure at pp. 1-4;</li><li>PureWick Prior Art Devices.</li></ul> |
| A tube having a first end disposed in the reservoir and extending behind at least the portion of the support and the portion of the membrane disposed across the elongated opening and extending through the fluid outlet to a second, fluid discharge end, | Fluid discharge tubes were known at the time of the alleged invention to assist in discharge of fluid from a body fluid collection apparatus to a location outside of the apparatus.  It was known to have such tubes extend from the fluid reservoir, behind a portion of the membrane and support disposed across the fluid opening, and through to the fluid outlet. There were a few |

| 376 Patent Claim Language | Prior Art |
|---|---|
| | design options for placement of the tube and this configuration was one of them. See Declaration of Dr. Newman regarding additional information on tube placement.<br><br>• Keane 768 at Abstract, Figs. 9-10, 1:65-2:10, 3:47-4:16;<br>• Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32;<br>• Suzuki 250 at Abstract, Figs. 1-5, 8, 11, 11:65-12:21;<br>• Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35;<br>• Sanchez 508 at Abstract, Fig. 8, 6:21-31;<br>• Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27;<br>• Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46;<br>• Van Den Heuvel 894 at Figs. 1-4, paras. 19, 42, 44, 47;<br>• Van Den Heuvel 823 at Figs. 1-4, 2:14-17, 3:21-25, 4:13-19, 7:15-30, claims 1-2 (*see also* WO00/57784 at 9:7-10:9, Fig. 5b);<br>• Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:8-21, 9:23-10:1, 10:4-9;<br>• Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;<br>• Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13;<br>• Chiku 946 at Figs. 5, 10, 1, 2, 7, Abstract, paras. 11-12;<br>• Mizuguchi 641 at Figs. 5, 10, 1, 2, 7, Abstract, paras. 11-12;<br>• Macaulay 2007 at pp. 641-643;<br>• 2006 British Health Publication at pp. 14-15.<br>• Medtech Finalists 2014;<br>• PureWick Prior Art Devices. |
| the apparatus configured to be disposed with the opening adjacent to a urethral opening of a user, to receive urine discharged from the urethral opening through the opening of the fluid impermeable layer, the membrane, the support, and into the reservoir, and to have the | It was well known to configure such apparatuses so that the opening where fluid entered was designed to be near the source of the body fluid. For example, in a urine collection device, it was well known to dispose the device next to the urethral |

| 376 Patent Claim Language | Prior Art |
|---|---|
| received urine withdrawn from the reservoir via the tube and out of the fluid discharge end of the tube. | opening of a user so that urine could be received through the opening of the fluid impermeable layer, the membrane, the support, and into the reservoir.  It was also well known to configure such apparatus with a fluid discharge end where collected fluid could leave the device via a discharge tube as discussed above.  For example, for a urine collection device, it was well known to configure the device so that urine withdrawn from the reservoir was expelled out of the discharge end of the fluid collection tube.<br><br>• Keane 768 at Abstract, Figs. 4, 9-10, 1:67-2:32, 3:60-4:16;<br>• Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33, 5:34-6:4, 6:36-43;<br>• Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32;<br>• Suzuki 250 at Abstract, claim 1, 2:41-55, Figs. 1-5, 8, 11, 3:4-13, 6:3-6; 11:65-12:21;<br>• Lawrence 564 at Figs. 1-10, Abstract, 5:8-6:27, 7:28-56, 11:1-19;<br>• Lawrence 222 at Figs. 1-10, 14, Abstract, 5:8-6:27, 7:28-56, 11:1-19;<br>• Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64;<br>• Wolff 066 at Fig. 5b, 5:56-6:35;<br>• Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61;<br>• Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54;<br>• Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33;<br>• Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32;<br>• Sanchez 508 at Abstract, Fig. 8, 3:22-49, 6:21-31;<br>• Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27;<br>• Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46;<br>• Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26; |

| 376 Patent Claim Language | Prior Art |
|---|---|
| | <ul><li>Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66;</li><li>Mahnensmith 080 at Abstract, Figs. 1-5, paras. 10-11, 20-22, 24-25, 30-31;</li><li>Van Den Heuvel 894 at Figs. 1-4, paras. 5, 13-14, 38-44;</li><li>Van Den Heuvel 823 at Figs. 1-4, 6:18-26, 7:5-13, 8:22-25, 7:23-25, claims 1-2 (*see also* WO00/57784 at 9:7-10:9, Fig. 5b);</li><li>Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:7-21, 9:23-28, 10:1-9;</li><li>Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13;</li><li>Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;</li><li>Macaulay 2007 at pp. 641-643;</li><li>Omni Starter Kit Brochure;</li><li>Omni Brochure;</li><li>Omni Presentation;</li><li>2015 Omni Catalog;</li><li>Omni AMXD / AMXDMax devices;</li><li>Omni 2007 AMXD User & Maintenance Guide at pp. 10, 21;</li><li>2015 PureWick brochure at pp. 1-4;</li><li>Medtech Finalists 2014;</li><li>PureWick Prior Art Devices.</li></ul> |
| **Claim 4** | |
| 4. The apparatus of claim 1, wherein the support is cylindrical | See Claim 1.<br><br>There were a few known design choice configurations for body fluid collection devices, particularly those used for urine collection.  For example, as discussed above, it was known that cylindrical devices conformed to the female anatomy, and thus it was known to construct such devices (and their corresponding elements such as the permeable support) to have such cylindrical shapes.<br><br><ul><li>Jones 080 at Figs. 1-7, 1:59-89, 2:52-79;</li></ul> |

| 376 Patent Claim Language | Prior Art |
|---|---|
| | - Flower 300 at Figs. 2, 7, 1:11-15, 2:22-24, 3:23-32;<br>- Hirschman 277 at Figs. 1-9, 1:33-40, 2:24-50;<br>- Larson 025 at Abstract, Fig. 2, 3:21-25, 4:47-52;<br>- Keane 768 at Abstract, Figs. 4, 9-10, 3:75-4:16;<br>- Fell 044 at Figs. 1-8, Abstract, 1:6-50, 3:18-7:42, 23:12-14;<br>- Brennan 465 at 4:16-66, Figs. 1-2, 6;<br>- Washington 508 at Fig. 1, 2:27-33, 2:60-68, 6:22-38, 6:60-68, 12:17-30;<br>- McGuire 347 at Figs. 1-4, Abstract, 2:35-40, 5:25-30, 6:1-35;<br>- Lawrence 564 at Fig. 14, 11:24-35;<br>- Lawrence 222 at Fig. 14, 11:24-35;<br>- Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32;<br>- Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54;<br>- Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66;<br>- Mombrinie 639 at Figs. 1-9, paras. 13-14, 31-38, 40, 43;<br>- Sanchez 508 at Abstract, Fig. 8, 3:22-49, 6:21-31;<br>- Coley 804 at Figs. 1-5, Abstract, paras. 18-19, 21-24;<br>- Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;<br>- Van Den Heuvel 823 at Figs. 1-4, 1:27-2:7, 6:18-26, 6:28-7:3, 7:15-20, 7:22-24, 7:25-30, 8:17-20, 8:22-25;<br>- Van Den Heuvel 894 at Figs. 1-4, paras. 5, 7, 13-14, 38-44;<br>- Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:8-28, 10:1-9;<br>- Okabe 547 at Figs. 1-6, Abstract, paras. 1-5, 17-28, 41-42, 49; Macaulay 2007 at pp. 641-643;<br>- Macaulay 2007 at pp. 641-643;<br>- Omni AMXD/Dmax devices;<br>- Omni 2007 AMXD User & Maintenance Guide at pp. 10, 21; |

| 376 Patent Claim Language | Prior Art |
|---|---|
|  | • 2015 PureWick brochure at pp. 1-4;<br>• Medtech Finalists 2014;<br>• PureWick Prior Art Devices. |
| and defines a lumen | As discussed above, there were a few known design choice configurations for body fluid collection devices, many of which had lumens inside the device and within the support in particular for placement of a fluid discharge tube.  Further, providing a lumen in the support for a tube was one of only a few design options.<br><br>• Jones 080 at Figs. 1-7, 1:59-89, 2:52-79;<br>• Flower 300 at Figs. 2, 7, 1:11-15, 2:22-24, 3:23-32;<br>• Larson 025 at Abstract, Fig. 2, 3:21-25, 4:47-52;<br>• Keane 768 at Abstract, Figs. 4, 9-10, 1:67-2:32, 3:60-4:16;<br>• Kuntz 166 at Fig. 2, 2:38-47, 3:42-45, 3:61-64, 4:17-32;<br>• Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33;<br>• Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26;<br>• Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54;<br>• Mombrinie 389 at Figs. 1-4, 8-9;<br>• Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66;<br>• Brennan 465 at 4:16-66, Figs. 1-2, 6;<br>• Washington 508 at Fig. 1, 2:27-33, 2:60-68, 6:22-38, 6:60-68, 12:17-30;<br>• McGuire 347 at Figs. 1-4, Abstract, 2:35-40, 5:25-30, 6:1-35;<br>• Sanchez 508 at Abstract, Fig. 8, 3:22-49, 6:21-31;<br>• Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27;<br>• Van Den Heuvel 894 at Figs. 3-4, paras. 19, 47;<br>• Van Den Heuvel 823 at Figs. 1-4, 2:14-17, 3:21-25, 4:13-19, 7:15-30; |

| 376 Patent Claim Language | Prior Art |
|---|---|
| | • Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:8-21, 9:23-10:1, 10:4-9;<br>• Kuntz 355 at Figs. 3-5, 2:9-12, 5:3-5;<br>• Macaulay 2007 at pp. 641-643;<br>• Medtech Finalists 2014;<br>• PureWick Prior Art Devices. |
| the membrane is a fabric sleeve disposed around the support, | There are a few design options known for a fluid permeable membrane including the use of fabric sleeves.  Fabric sleeves disposed around a support were known at the time of the alleged invention.<br><br>• Jones 080 at Figs. 1-7, 1:59-89, 2:52-79;<br>• Flower 300 at Figs. 2, 7, 1:11-15, 2:22-24, 3:23-32;<br>• Larson 025 at Abstract, Fig. 2, 3:21-25, 4:47-52;<br>• Kuntz 166 at Fig. 2, 2:38-47, 3:42-45, 3:61-64, 4:17-32;<br>• Fell 044 at Figs. 1-8, 1:6-50, 3:18-7:42<br>• Brennan 465 at 4:16-66, Figs. 1-2, 6;<br>• McGuire 347 at Figs. 1-4, Abstract, 2:35-40, 5:25-30, 6:1-35;<br>• Lawrence 564 at Fig. 14, 11:24-35;<br>• Lawrence 222 at Fig. 14, 11:24-35;<br>• Sanchez 508 at Abstract, Fig. 8, 3:22-49, 4:7-9, 6:21-31;<br>• Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;<br>• Schmidt 688 at Figs. 4-7, 4:29-68, 5:43-62;<br>• Medtech Finalists 2014;<br>• PureWick Prior Art Devices. |
| and the tube is disposed in the lumen of the support. | As discussed above, supports with lumens for a fluid discharge tube were well known. It is well understood that a lumen serves as a structure for placement of a tube.<br><br>• Jones 080 at Figs. 1-7, 1:59-89, 2:52-79;<br>• Flower 300 at Figs. 2, 7, 1:11-15, 2:22-24, 3:23-32; |

| 376 Patent Claim Language | Prior Art |
|---|---|
| | <ul><li>Larson 025 at Abstract, Fig. 2, 3:21-25, 4:47-52;</li><li>Keane 768 at Abstract, Figs. 4, 9-10, 1:67-2:32, 3:60-4:16;</li><li>Kuntz 166 at Fig. 2, 2:38-47, 3:42-45, 3:61-64, 4:17-32;</li><li>Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33;</li><li>Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26;</li><li>Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54;</li><li>Mombrinie 389 at Figs. 1-4, 8-9;</li><li>Okabe 706 at Fig. 1;</li><li>Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66;</li><li>Brennan 465 at 4:16-66, Figs. 1-2, 6;</li><li>McGuire 347 at Figs. 1-4, Abstract, 2:35-40, 5:25-30, 6:1-35;</li><li>Sanchez 508 at Abstract, Fig. 8, 3:22-49, 6:21-31;</li><li>Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27;</li><li>Van Den Heuvel 894 at Figs. 3-4, paras. 19, 47;</li><li>Van Den Heuvel 823 at Figs. 1-4, 2:14-17, 3:21-25, 4:13-19, 7:15-30;</li><li>Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:8-21, 9:23-10:1, 10:4-9;</li><li>Kuntz 355 at Figs. 3-5, 2:9-12, 5:3-5;</li><li>Macaulay 2007 at pp. 641-643;</li><li>Medtech Finalists 2014;</li><li>PureWick Prior Art Devices.</li></ul> |
| **Claim 5** | |
| 5. The apparatus of claim 1, wherein the support and casing are substantially cylindrical, | See Claim 1.<br><br>As discussed above, cylindrical and substantially cylindrical apparatuses were one of the few design choices for body fluid collection apparatuses, and it was well understood that cylindrical or substantially cylindrical devices were well-suited for the female anatomy.  It was understood to design the associated components such as the support and casing in accordance with the |

| 376 Patent Claim Language | Prior Art |
|---|---|
| | design of the device (e.g., cylindrical) and that it would be obvious to modify existing devices to have an overall cylindrical shape (both for the support and casing) to comfortably comform to the anatomy.<br><br>• Ellis 185 at Figs. 1-3, 2:55-3:3;<br>• Duhamel 102 at Fig. 2, 1:65-2:14;<br>• Keane 768 at Abstract, Figs. 4, 9-10, 1:67-2:32, 3:60-4:16;<br>• Washington 508 at Figs. 1-5, 11-12, 2:24-67, 5:22-6:67;<br>• Kuntz 166 at Fig. 2, 2:38-47, 3:42-45, 3:61-64, 4:17-32<br>• Lawrence 564 at Fig. 14, 11:24-35;<br>• Lawrence 222 at Fig. 14, 11:24-35;<br>• Sanchez 508 at Abstract, Fig. 8, 3:22-49, 6:21-31;<br>• Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27;<br>• Coley 804 at Figs. 1-5, Abstract, paras. 18-19, 21-24;<br>• Van Den Heuvel 894 at Figs. 1-4, paras. 17, 20-21, 44;<br>• Van Den Heuvel 823 at Figs. 1-4, 1:27-2:15, 2:25-27, 3:5-25, 6:18-26, 6:28-7:3, 7:5-13, 8:17-20, 8:22-25;<br>• Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;<br>• Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:8-21, 9:23-25;<br>• Macaulay 2007 at pp. 641-643;<br>• Omni Starter Kit Brochure;<br>• Omni Brochure;<br>• Omni Presentation;<br>• 2015 Omni Catalog;<br>• Omni 2007 AMXD User & Maintenance Guide at pp. 10, 21;<br>• Omni AMXD / AMXDMax devices;<br>• Medtech Finalists 2014;<br>• 2014 Medtech Announcement at p. 3;<br>• 2015 PureWick brochure at pp. 1-4;<br>• PureWick Prior Art Devices. |

| 376 Patent Claim Language | Prior Art |
|---|---|
| the apparatus configured to be: disposed with the elongated opening adjacent the urethral opening of a human female; | As discussed above, it was well known to configure a body fluid collection device so that the opening was adjacent to the source of fluid.  Urine collection devices were known to be configured so that the elongated opening was adjacent the urethral opening of a female.<br><br>• Keane 768 at Abstract, Figs. 4, 9-10, 1:67-2:32, 3:60-4:16;<br>• Ellis 185 at Figs. 1-3, 2:55-3:3;<br>• Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32;<br>• Martin 061 at Figs. 1, 8, 2:65-3:14, 3:15-21, 4:34-38, 5:10-51;<br>• Washington 508 at Figs. 6-9, 3:1-9;<br>• Carns 997 at Figs. 2-5, 6:15-31;<br>• Lawrence 564 at Figs. 1-10, Abstract, 5:8-6:27, 7:28-56, 11:1-19;<br>• Lawrence 222 at Figs. 1-10, 14, Abstract, 5:8-6:27, 7:28-56, 11:1-19;<br>• Kraus 339 at Abstract, Figs. 1-7, 4:47-5:15;<br>• Otto 137 at Figs. 1-2, 3:7-64, 4:10-28;<br>• Suzuki 250 at Abstract, Figs. 1-5, claim 1, 2:41-55, 12:5-21;<br>• Mombrinie 639 at Figs. 1-9, paras. 13-14, 31-38, 40, 43;<br>• Sanchez 508 at Abstract, Fig. 8, 3:22-49, 6:21-31;<br>• Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27;<br>• Coley 804 at Figs. 1-5, Abstract, paras. 18-19, 21-24;<br>• Van Den Heuvel 894 at Figs. 1-4, paras. 17, 41, 43, 48;<br>• Van Den Heuvel 823 at Figs. 1-4, 2:14-17, 3:21-25, 4:13-19, 6:28-7:3, 7:15-30, 8:17-20;<br>• Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:7-21, 9:23-28, 10:1-9;<br>• Fell 044 at Figs. 1-8, Abstract, 1:6-50, 3:18-7:42, 23:12-14;<br>• Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55; |

| 376 Patent Claim Language | Prior Art |
|---|---|
| | • Schmitt 710 at Figs. 3-6, cols. 1-2;<br>• Okabe 547 at Figs. 1-6, Abstract, paras. 1-5, 17-28, 41-42, 49;<br>• Chiku 946 at Figs. 6, 10, 12, paras. 20, 21, 25-26;<br>• Mizuguchi 641 at 6, 10, 12, paras. 20, 21, 25-26;<br>• Medtech Finalists 2014;<br>• 2014 Medtech Announcement at p. 3;<br>• Macaulay 2007 at pp. 641-643;<br>• Omni Starter Kit Brochure;<br>• Omni Brochure;<br>• Omni Presentation;<br>• 2015 Omni Catalog;<br>• Omni 2007 AMXD User & Maintenance Guide at pp. 10, 21;<br>• Omni AMXD / AMXDMax devices;<br>• 2015 PureWick brochure at pp. 1-4;<br>• PureWick Prior Art Devices. |
| oriented with the reservoir adjacent to the user's anus and the outlet disposed above the urethral opening; and | It was well known at the time of the alleged invention to orient a urine collection device with the reservoir adjacent to the user's anus and the outlet disposed above the urethral opening. For example, such a configuration used in conjunction with female urine collection devices optimized comfort and facilitated urine collection while minimizing leaks. The configuration was one of a few known design choices.<br><br>• Keane 768 at Abstract, Figs. 4, 9-10, 1:67-2:32, 3:60-4:16;<br>• Ellis 185 at Figs. 1-3, 2:55-3:3;<br>• Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32;<br>• Martin 061 at Figs. 1, 8, 2:65-3:14, 3:15-21, 4:34-38, 5:10-51;<br>• Washington 508 at Figs. 6-9, 3:1-9;<br>• Carns 997 at Figs. 2-5, 6:15-31;<br>• Kraus 339 at Abstract, Figs. 1-7, 4:47-5:15;<br>• Otto 137 at Figs. 1-2, 3:7-64, 4:10-28; |

| 376 Patent Claim Language | Prior Art |
| --- | --- |
|  | • Suzuki 250 at Abstract, Figs. 1-5, 4:12-19, 6:3-6, 6:66-7:4;<br>• Sanchez 508 at Abstract, Fig. 8, 3:22-49, 6:21-31;<br>• Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27;<br>• Van Den Heuvel 894 at Figs. 1-4, paras. 17, 41, 43, 48;<br>• Van Den Heuvel 823 at Figs. 1-4, 2:14-17, 3:21-25, 4:13-19, 6:28-7:3, 7:15-30, 8:17-20;<br>• Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:8-21, 9:23-10:1, 10:4-9;<br>• Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;<br>• Schmitt 710 at Figs. 3-6, cols. 1-2;<br>• Okabe 547 at Figs. 1-6, Abstract, paras. 1-5, 17-28, 41-42, 49;<br>• Chiku 946 at Figs. 6, 10, 12, paras. 20, 21, 25-26;<br>• Mizuguchi 641 at Figs. 6, 10, 12, paras. 20, 21, 25-26;<br>• Macaulay 2007 at pp. 641-643;<br>• Medtech Finalists 2014;<br>• 2014 Medtech Announcement at p. 3;<br>• Omni Starter Kit Brochure;<br>• Omni Brochure;<br>• Omni Presentation;<br>• 2015 Omni Catalog;<br>• Omni AMXD / AMXDMax devices;<br>• Omni 2007 AMXD User & Maintenance Guide at pp. 10, 21;<br>• 2015 PureWick brochure at pp. 1-4;<br>• PureWick Prior Art Devices. |
| arranged with a curved shape with the elongated opening disposed on the inside of the curve. | It was well known at the time of the alleged invention to select an apparatus design consistent with the intended use of the apparatus.  For example, urine collection devices for women were known to have a curved shape with the elongated opening disposed on the inside of the curve, consistent with the female anatomy. |

| 376 Patent Claim Language | Prior Art |
|---|---|
| | • Keane 768 at Abstract, Figs. 4, 9-10, 1:67-2:32, 3:60-4:16;<br>• Ellis 185 at Figs. 1-3, 2:55-3:3;<br>• Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32;<br>• Martin 061 at Figs. 1, 8, 2:65-3:14, 3:15-21, 4:34-38, 5:10-51;<br>• Washington 508 at Figs. 1-12, 5:60-62, 7:1-7;<br>• Lawrence 564 at Figs. 1-10, Abstract, 5:8-6:27, 7:28-56, 11:1-19;<br>• Lawrence 222 at Figs. 1-10, 14, Abstract, 5:8-6:27, 7:28-56, 11:1-19;<br>• Carns 997 at Figs. 2-5, 6:15-31;<br>• Suzuki 250 at Abstract, Figs. 1-5, 4:12-19, 6:3-6, 6:66-7:4;<br>• Sanchez 508 at Abstract, Figs. 5 and 8, 3:22-49, 6:21-31;<br>• Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27;<br>• Coley 804 at Figs. 1-5, Abstract, paras. 18-19, 21-24;<br>• Van Den Heuvel 894 at Figs. 1-4, paras. 5, 13-14, 38-44;<br>• Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;<br>• Van Den Heuvel 823 at Figs. 1-4, 2:14-17, 3:21-25, 4:13-19, 6:28-7:3, 7:15-30, 8:17-20;<br>• Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:7-21, 9:23-28, 10:1-9;<br>• Fell 044 at Figs. 1-8, Abstract, 1:6-50, 3:18-7:42, 23:12-14;<br>• Schmitt 710 at Figs. 3-6, cols. 1-2;<br>• Chiku 946 at Figs. 6, 10, 12, paras. 20, 21, 25-26;<br>• Mizuguchi 641 at Figs. 6, 10, 12, paras. 20, 21, 25-26;<br>• Macaulay 2007 at pp. 641-643;<br>• Medtech Finalists 2014;<br>• 2014 Medtech Announcement at p. 3;<br>• Omni Starter Kit Brochure;<br>• Omni Brochure;<br>• Omni Presentation; |

| 376 Patent Claim Language | Prior Art |
|---|---|
| | • Omni AMXD / AMXDMax devices; <br> • 2015 Omni Catalog; <br> • Omni 2007 AMXD User & Maintenance Guide at pp. 10, 21; <br> • 2015 PureWick brochure at pp. 1-4; <br> • PureWick Prior Art Devices. |
| **Claim 6** | |
| 6. The apparatus of claim 1, wherein the support is formed of spun plastic, | See Claim 1. <br><br> There are a few design choices for the material from which a permeable support could be formed, one of which is spun plastic. It was well known at the time of the allged invention that spun plastic, for example, could hold and support a membrane and maintain form while allowing for fluid permeability. <br><br> • Kuntz 166 at 1:63-2:2, *see also* DesMarais 130 at 5:1-3, 4:13-52; <br> • DesMarais 130 at 5:1-3, 4:13-52; <br> • Van Den Heuvel 894 at para. 52; <br> • Van Den Heuvel 823 at 3:18-19, 6:18-26, 8:17-20, 11:9-10; <br> • Petryk 872 at ¶¶ 71, 73-74, 117; <br> • Philips 505 at Figs. 18-22, 21:35-64, 26:40-27:42; <br> • Tong 356 at 4:30-33, 5:19-20, 6:29-30; <br> • Fell 044 at 3:61-67, 5:1-3, 5:37-40, 23:13-14; <br> • Bond 845 at Abstract, ¶¶ 72, 205; <br> • Okabe 547 at paras. 18, <br> • Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:25-28, 10:1-4; <br> • Macaulay 2007 at pp. 641-643; <br> • 2015 PureWick brochure at pp. 1-4; <br> • Medtech Finalists 2014; <br> • PureWick Prior Art Devices. |
| and the membrane is formed of ribbed knit fabric | Fabrics such as ribbed knit fabrics were one of a few known design choices for the material from which a permeable membrane could be formed. It was well known at the time of the alleged invention that ribbed knit |

| 376 Patent Claim Language | Prior Art |
|---|---|
| | fabrics are permeable, comfortable, and can conform to a support.  See also Claim 4.<br><br>• McGuire 981 at 1:71-2:16;<br>• Tong 356 at Figs. 1-5, 4:11-26;<br>• Fell 044 at Fig. 1, Abstract, 23:12-14;<br>• Jones 080 at Figs. 1-7, 1:59-89, 2:52-79;<br>• Flower 300 at Figs. 2, 7, 1:11-15, 2:22-24, 3:23-32;<br>• Larson 025 at Abstract, Fig. 2, 3:21-25, 4:47-52;<br>• Kuntz 166 at Fig. 2, 2:38-47, 3:42-45, 3:61-64, 4:17-32;<br>• Fell 044 at Figs. 1-8, 1:6-50, 3:18-7:42<br>• Brennan 465 at 4:16-66, Figs. 1-2, 6;<br>• Lawrence 564 at Fig. 14, 11:24-35;<br>• Lawrence 222 at Fig. 14, 11:24-35;<br>• Sanchez 508 at 4:10-12;<br>• Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;<br>• Schmidt 688 at Figs. 4-7, 4:29-68, 5:43-62;<br>• Van Den Heuvel 894 at para. 52;<br>• Van Den Heuvel 823 at 3:18-19, 6:18-26, 8:17-20, 11:9-10;<br>• Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:25-28, 10:1-4;<br>• Macaulay 2007 at pp. 641-643<br>• 2014Medtech Finalists 2014;<br>• PureWick Prior Art Devices. |
| **Claim 9** | |
| 9. The apparatus of claim 1, wherein the fluid permeable membrane includes a wicking material. | See Claim 1.<br><br>It was well known at the time of the alleged invention to have the permeable membrane include a wicking material.<br><br>• Scott 234 at 2:32-54, Fig. 1;<br>• Keane 768 at Abstract, 3:75-4:4, Figs. 9-10;<br>• Flower 300 at Figs. 2, 7, 1:11-15, 2:22-24, 3:23-32; |

| 376 Patent Claim Language | Prior Art |
|---|---|
| | <ul><li>Larson 025 at Abstract, Fig. 2, 3:21-25, 4:47-52;</li><li>Frosch 901 at Abstract, Figs. 1-2, 5:57-65;</li><li>Hessner 418 at Abstract, Figs. 1-8, 3:26-31, 5:54-57, 6:36-43;</li><li>Frosch 539 at Abstract, Figs. 1-2, 3:5-21, 6:27-42;</li><li>Triunfol 675 at Figs. 1-5, claims 1-4, 3:66-4:7, 4:2-7;</li><li>Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32;</li><li>Brennan 465 at 4:16-66, Figs. 1-2, 6;</li><li>McGuire 347 at Figs. 1-4, Abstract, 2:35-40, 5:25-30, 6:1-35;</li><li>McGuire 699 at Figs. 1-6, 4:1-19, 4:68-5:2, 6:61-64;</li><li>Skow 735 at Abstract, Figs. 1-11, 3:48-51, 6:16-67;</li><li>Argenta 643 at Figs. 1, 5; 3:31-51, 6:46-64, 7:10-23, 7:56-58;</li><li>Lawrence 564 at Figs. 1-5, 14, Abstract, 5:8-6:27, 7:28-56, 11:24-36, claim 6;</li><li>Lawrence 222 at Figs. 1-5, 14, Abstract, 5:8-6:27, 7:28-56, 11:24-36, claim 6;</li><li>Etheredge 606 at Figs. 1-3, Abstract, 4:7-60, 5:212-54;</li><li>Cheng 133 at Figs. 7A-9, 16:53-17:54;</li><li>Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64;</li><li>Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35;</li><li>Fell 044 at Figs. 1-8, Abstract, 1:6-50, 3:18-7:42, 23:12-14;</li><li>Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61;</li><li>Easter 366 at Figs. 5-9, 5:54-6:10;</li><li>Harvie 964 at Figs. 1-3, 9:25-10:45;</li><li>Harvie 012 at Figs. 1-3, 8:29-9:51;</li><li>Harvie 043 at Figs. 1-3, 9:66-10:58;</li><li>Cheng 245 at 24:12-35, 29:27-52, 37:35-57, 38:48-53;</li><li>Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33;</li><li>Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26;</li><li>Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54;</li></ul> |

| 376 Patent Claim Language | Prior Art |
|---|---|
| | • Mombrinie 389 at Figs. 1-4, 9, 4:17-26, 4:61-5:7, 5:15-19; <br> • Okabe 706 at Figs. 1-9, 3:36-45, 4:10-21, 6:13-17; <br> • Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56; <br> • Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46; <br> • Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66; <br> • Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32; <br> • Suzuki 250 at Abstract, Figs. 1-5, 4:12-19, 6:3-6, 6:66-7:4; <br> • Sanchez 508 at Abstract, Figs. 5 and 8, 3:22-49, 6:21-31; <br> • Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27; <br> • Mombrinie 639 at Figs. 1-9, paras. 13-14, 31-38, 40, 43; <br> • Mahnensmith 080 at Abstract, Figs. 1-5, paras. 10-11, 20-22, 24, 30-31; <br> • Van Den Heuvel 894 at Figs. 1-4, paras. 5-6, 21, 46; <br> • Van Den Heuvel 823 at 1:27-2:7, claims 1-2 (*see also* WO00/57784 at 9:7-10:9, Fig. 5b); <br> • Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:25-10:1, 10:4-9; <br> • Wada 625 at Fig. 24, paras. 188-194; <br> • Coley 804 at Figs. 1-5, Abstract, paras. 18-19, 21-24; <br> • Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55; <br> • Medtech Finalists 2014; <br> • 2014 Medtech Announcement at p. 3; <br> • Omni Starter Kit Brochure; <br> • Omni Brochure; <br> • Omni Presentation; <br> • Omni AMXD / AMXDMax devices; <br> • 2015 Omni Catalog; <br> • Omni 2007 AMXD User & Maintenance Guide at pp. 10, 21; <br> • Macaulay 2007 at pp. 641-643; |

| 376 Patent Claim Language | Prior Art |
|---|---|
| | • 2015 PureWick brochure at pp. 1-4;<br>• PureWick Prior Art Devices. |
| **Claim 11** | |
| 11. An apparatus comprising: a fluid impermeable casing defining a fluid reservoir at a first end, | Apparatuses with fluid impermeable casings defining a fluid reservoir at one end were well known at the time of the alleged invention.<br><br>• Duke 046 at Figs. 1-3, 1:63-2:2;<br>• Keane 768 at Abstract, Figs. 4, 9-10, 1:67-2:32, 3:75-4:16;<br>• Ellis 185 at Figs. 1-3, 2:55-3:3;<br>• Flower 300 at Figs. 2, 7, 1:11-15, 2:22-24, 3:23-32;<br>• Larson 025 at Abstract, Fig. 2, 3:21-25, 4:47-52;<br>• Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33, 5:34-6:4, 6:36-43;<br>• Kraus 703 at Abstract, Figs. 1-6, 3:37-4:62;<br>• Triunfol 675 at Figs. 1-5, claims 1-4, 3:66-4:7, 4:2-7;<br>• Martin 061 at Figs. 1, 8, 2:65-3:14, 3:15-21, 4:34-38, 5:10-51;<br>• Nussbaumer 160 at Figs. 1-9, 2:23-44, 2:50-59, 3:20-41, 4:5-13, 5:10-15;<br>• Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32;<br>• Ehrenkranz 215 at Abstract, Figs. 1-9B;<br>• Brennan 465 at 4:16-66, Figs. 1-2, 6;<br>• Washington 508 at Figs. 1-5, 11-12, 2:24-27, 2:40-52, 5:22-62, 10:23-34;<br>• Conkling 541 at Figs. 12-15, Figs. 12-15, 3:29-49, 6:43-68, 7:2-11;<br>• Nigay 463 at Figs. 1-3, 1:65-2:62;<br>• McGuire 347 at Figs. 1-4, Abstract, 2:35-40, 5:25-30, 6:1-35;<br>• Carns 997 at Figs. 2-5, 6:15-31;<br>• Kubo 983 at Figs. 1a-2, Abstract, 2:44-3:5, 4:19-33, 5:8-27;<br>• Kubo 052 at Figs. 1a-4, Abstract, 3:53-4:59;<br>• Lawrence 564 at Figs. 1-10, Abstract, 5:8-6:27, 7:28-56; |

| 376 Patent Claim Language | Prior Art |
|---|---|
| | • Lawrence 222 at Figs. 1-10, 14, Abstract, 5:8-6:27, 7:28-56, 11:24-36;<br>• Etheredge 606 at Figs. 1-3, Abstract, 4:7-60, 5:212-54;<br>• Kraus 339 at Abstract, Figs. 1-7, 4:47-5:15;<br>• Cheng 133 at Figs. 7A-9, 16:53-17:54;<br>• Snyder 560 at Figs. 1-5, 4:5-5:47;<br>• Sweetser 793 at Figs. 1-2, 3:35-4:31;<br>• Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64;<br>• Scott 384 at 3:15-31, Figs. 3-4;<br>• Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35;<br>• Otto 137 at Figs. 1-2, 3:7-64, 4:10-28;<br>• Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61;<br>• Harvie 964 at Figs. 1-3, 9:25-10:45;<br>• Harvie 012 at Figs. 1-3, 8:29-9:51;<br>• Harvie 043 at Figs. 1-3, 9:66-10:58;<br>• Easter 366 at Figs. 5-9, 5:54-6:10;<br>• Trabold 781 at Abstract, Figs. 1-8, 2:35-51;<br>• Cheng 245 at 24:12-35, 29:27-52, 37:35-57, 38:48-53;<br>• Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33;<br>• Suzuki 250 at Abstract, Figs. 1-5, 8, 11, claim 1, 2:41-55, 11:65-12:21;<br>• Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26;<br>• Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54;<br>• Mombrinie 389 at Figs. 1-4, 9, 4:17-26, 4:61-5:7, 5:15-19;<br>• Swiecicki 634 at Figs. 1-8, 2:14-34, 4:59-5:9, 11:42-61;<br>• Okabe 706 at 7:40-8:14, Figs. 3-4;<br>• Sanchez 508 at Abstract, Fig. 8, 6:21-31;<br>• Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27;<br>• Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56;<br>• Grundke 161 at Figs. 1-5, paras. 20-24, 33;<br>• Scott 749 at Figs. 3-4, paras. 74-75, 79;<br>• Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46; |

| 376 Patent Claim Language | Prior Art |
|---|---|
| | • Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66;<br>• Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32;<br>• Mombrinie 639 at Figs. 1-9, paras. 13-14, 31-38, 40, 43;<br>• Mahnensmith 080 at Abstract, Figs. 1-5, paras. 8-9, 17-20, 30-31;<br>• Wightman 214 at Figs. 2b, 4b, 5-6, paras. 87, 92;<br>• Coley 804 at Figs. 1-5, Abstract, paras. 18-19, 21-24;<br>• Van Den Heuvel 894 at Figs. 1-4, paras. 5, 7, 40, 42, 44, 51;<br>• Van Den Heuvel 823 at Figs. 1-4, 1:27-2:7, 6:18-26, 6:28-7:3, 7:15-20, 7:22-24, 7:25-30, 8:17-20, 8:22-25;<br>• Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:8-21, 9:23-25;<br>• Goldenberg 638 at Abstract, Figs. 1-3, 3:20-42, 6:44-57;<br>• Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;<br>• Wada 625 at Fig. 24, paras. 188-194;<br>• Schmitt 710 at Figs. 3-6, cols. 1-2;<br>• Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13;<br>• Chiku 946 at Figs. 1, 2, 6, 7, Abstract, paras. 6-7, 14;<br>• Mizuguchi 641 at Figs. 1, 2, 6, 7, Abstract, paras. 6-7, 14;<br>• Ishii 108 at Figs. 1-4, paras 1-13;<br>• Macaulay 2007 at pp. 641-643;<br>• 2006 British Health Publication at pp. 14-15;<br>• Omni Starter Kit Brochure;<br>• Omni Brochure;<br>• Omni Presentation;<br>• Omni AMXD / AMXDMax devices;<br>• 2015 Omni Catalog;<br>• Omni 2007 AMXD User & Maintenance Guide at pp. 10, 21;<br>• 2015 PureWick brochure at pp. 1-4;<br>• Medtech Finalists 2014;<br>• PureWick Prior Art Devices. |

| 376 Patent Claim Language | Prior Art |
|---|---|
| | |
| a fluid outlet at a second end, | See Claim 1. |

| 376 Patent Claim Language | Prior Art |
|---|---|
| a fluid outlet at a second end, | See Claim 1. <br><br>• Scott 234 at 1:29-48, Figs. 1-3; <br>• Duke 046 at Figs. 1-3, 1:63-2:23; <br>• Keane 768 at Abstract, 1:65-2:10, 3:49-4:16, Fig. 9-10; <br>• Flower 300 at Figs. 2, 7, 1:11-15, 2:22-24, 3:23-32; <br>• Larson 025 at Abstract, Fig. 2, 3:21-25, 4:47-52; <br>• Hessner 418 at 6:36-43; <br>• Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32; <br>• Brennan 465 at 4:16-66, Figs. 1-2, 6; <br>• Washington 508 at Figs. 1-12, 2:33-38, 5:63-6:10; <br>• Conkling 541 at Figs. 12-15, 3:29-49, 6:43-68, 7:2-11; <br>• Nigay 463 at Figs. 1-3, 1:65-2:62; <br>• McGuire 347 at Figs. 1-4, Abstract, 2:35-40, 5:25-30, 6:1-35; <br>• McGuire 699 at Figs. 1-6, 4:1-19, 4:68-5:2, 6:61-64; <br>• Skow 735 at Abstract, Figs. 1-11, 3:48-51, 6:16-67; <br>• Argenta 643 at Figs. 1, 5; 3:31-51, 6:46-64, 7:10-23, 7:56-58; <br>• Carns 997 at Figs. 2-5, 6:15-31; <br>• Kubo 983 at Figs. 1a-2, Abstract, 2:44-3:5, 4:19-33, 5:1-7; <br>• Kubo 052 at Figs. 1a-4, Abstract, 3:53-4:59; <br>• Lawrence 564 at Figs. 1-10, Abstract, 5:8-6:27, 7:28-56; <br>• Lawrence 222 at Figs. 1-10, 14, Abstract, 5:8-6:27, 7:28-56, 11:24-36; <br>• Kraus 339 at Abstract, Figs. 1-7, 4:47-5:15; <br>• Triunfol 675 at Figs. 1-5, claims 1-4, 3:66-4:7, 4:2-7; <br>• Robertson 771 at Figs. 1-2, 2:56-3:44; <br>• Cheng 133 at Figs. 7A-9, 16:53-17:54; <br>• Snyder 560 at Figs. 1-5, 4:5-5:47; <br>• Sweetser 793 at Figs. 1-2, 3:35-4:31; |

| 376 Patent Claim Language | Prior Art |
|---|---|
|  | <ul><li>Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64;</li><li>Scott 384 at 3:15-31, Figs. 3-4;</li><li>Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35;</li><li>Otto 137 at Figs. 1-2, 3:7-64, 4:10-28;</li><li>Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61;</li><li>Easter 366 at Figs. 5-9, 5:54-6:10;</li><li>Harvie 964 at Figs. 1-3, 9:25-10:45;</li><li>Harvie 012 at Figs. 1-3, 8:29-9:51;</li><li>Harvie 043 at Figs. 1-3, 9:66-10:58;</li><li>Trabold 781 at Abstract, Figs. 1-8, 2:35-51;</li><li>Cheng 245 at 24:12-35, 29:27-52, 37:35-57, 38:48-53;</li><li>Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33;</li><li>Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26;</li><li>Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54;</li><li>Mombrinie 389 at Figs. 1-4, 9, 4:17-26, 4:61-5:7, 5:15-19;</li><li>Okabe 706 at Figs. 1-9, 3:36-45, 4:10-21, 6:13-17;</li><li>Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56;</li><li>Sanchez 508 at Abstract, Fig. 8, 6:21-31;</li><li>Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27;</li><li>Grundke 161 at Figs. 1-5, paras. 20-24, 33;</li><li>Scott 749 at Figs. 3-4, paras. 74-75, 79;</li><li>Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46;</li><li>Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66;</li><li>Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32;</li><li>Mombrinie 639 at Figs. 1-9, paras. 13-14, 31-38, 40, 43;</li><li>Mahnensmith 080 at Abstract, Figs. 1-5, paras. 23, 30-31;</li><li>Van Den Heuvel 894 at Figs. 1-4, paras. 5-7, 40, 42, 44, 51;</li><li>Van Den Heuvel 823 at Figs. 1-4, 2:14-17, 3:21-25, 4:13-19, 7:15-30;</li></ul> |

| 376 Patent Claim Language | Prior Art |
|---|---|
|  | - Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 6:1-7, 9:8-21, 9:23-25;<br>- Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;<br>- Wada 625 at Fig. 24, paras. 188-194;<br>- Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13;<br>- Goldenberg 638 at Abstract, Figs. 1-3, 3:20-42, 6:44-57;<br>- Schmitt 710 at Figs. 3-6, cols. 1-2;<br>- Chiku 946 at Figs. 1, 2, 6, 7, Abstract, paras. 6-7, 14;<br>- Mizuguchi 641 at Figs. 1, 2, 6, 7, Abstract, paras. 6-7, 14;<br>- Ishii 108 at Figs. 1-4, paras 1-13;<br>- Macaulay 2007 at pp. 641-643;<br>- 2006 British Health Publication at pp. 14-15;<br>- 2014 Medtech Announcement at p. 3;<br>- Omni Starter Kit Brochure;<br>- Omni Brochure;<br>- Omni Presentation;<br>- 2015 Omni Catalog;<br>- Omni AMXD / AMXDMax devices;<br>- Omni 2007 AMXD User & Maintenance Guide at pp. 10, 21;<br>- 2015 PureWick brochure at pp. 1-4;<br>- Medtech Finalists 2014;<br>- PureWick Prior Art Devices. |
| and a longitudinally extending portion extending between the fluid reservoir and the fluid outlet and defining a longitudinally elongated opening between the fluid reservoir and the fluid outlet; | See Claim 1.<br><br>- Duke 046 at Figs. 1-3, 1:63-2:23;<br>- Keane 768 at Abstract, 1:65-2:10, 2:46-56, Fig. 9-10;<br>- Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33, 5:34-6:4, 6:36-43;<br>- Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32;<br>- Conkling 541 at Figs. 12-15, 3:29-49, 6:43-68, 7:2-11;<br>- Nigay 463 at Figs. 1-3, 1:65-2:62;<br>- Carns 997 at Figs. 2-5, 6:15-31;<br>- Lawrence 564 at Figs. 1-10, Abstract, 5:8-6:27, 7:28-56; |

| 376 Patent Claim Language | Prior Art |
|---|---|
| | • Lawrence 222 at Figs. 1-10, 14, Abstract, 5:8-6:27, 7:28-56, 11:24-36;<br>• Kraus 339 at Abstract, Figs. 1-7, 4:47-5:15;<br>• Robertson 771 at Figs. 1-2, 2:56-3:44;<br>• Cheng 133 at Figs. 7A-9, 16:53-17:54;<br>• Snyder 560 at Figs. 1-5, 4:5-5:47;<br>• Sweetser 793 at Figs. 1-2, 3:35-4:31;<br>• Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64;<br>• Scott 384 at 3:15-31, Figs. 3-4;<br>• Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35;<br>• Otto 137 at Figs. 1-2, 3:7-64, 4:10-28;<br>• Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61;<br>• Easter 366 at Figs. 5-9, 5:54-6:10;<br>• Harvie 964 at Figs. 1-3, 9:25-10:45;<br>• Harvie 012 at Figs. 1-3, 8:29-9:51;<br>• Harvie 043 at Figs. 1-3, 9:66-10:58;<br>• Trabold 781 at Abstract, Figs. 1-8, 2:35-51;<br>• Cheng 245 at 24:12-35, 29:27-52, 37:35-57, 38:48-53;<br>• Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33;<br>• Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26;<br>• Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54;<br>• Mombrinie 389 at Figs. 1-4, 9, 4:17-26, 4:61-5:7, 5:15-19;<br>• Okabe 706 at Figs. 1-9, 3:36-45, 4:10-21, 6:13-17;<br>• Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56;<br>• Sanchez 508 at Abstract, Fig. 8, 6:21-31;<br>• Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27;<br>• Grundke 161 at Figs. 1-5, paras. 20-24, 33;<br>• Scott 749 at Figs. 3-4, paras. 74-75, 79;<br>• Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46;<br>• Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66;<br>• Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32; |

| 376 Patent Claim Language | Prior Art |
|---|---|
| | • Mombrinie 639 at Figs. 1-9, paras. 13-14, 31-38, 40, 43;<br>• Mahnensmith 080 at Abstract, Figs. 1-5, paras. 9-11, 17-22, 24, 30-31;<br>• Van Den Heuvel 894 at Figs. 1-4, paras. 5, 7, 17, 23, 40, 44;<br>• Van Den Heuvel 823 at Figs. 1-4, 1:27-2:7, 7:22-24, 6:18-26, 7:5-13, 8:22-25;<br>• Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:8-21, 9:23-25;<br>• Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;<br>• Wada 625 at Fig. 24, paras. 188-194;<br>• Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13;<br>• Goldenberg 638 at Abstract, Figs. 1-3, 3:20-42, 6:44-57;<br>• Schmitt 710 at Figs. 3-6, cols. 1-2;<br>• Chiku 946 at Figs. 1-10, Abstract, paras. 6-11, 14-21, 23-26;<br>• Mizuguchi 641 at Figs. 1-10, Abstract, paras 6-11, 14-21, 23-26;<br>• Ishii 108 at Figs. 1-4, paras 1-13;<br>• Macaulay 2007 at pp. 641-643;<br>• 2006 British Health Publication at pp. 14-15;<br>• Omni Starter Kit Brochure;<br>• Omni Brochure;<br>• Omni Presentation;<br>• Omni AMXD / AMXDMax devices;<br>• Omni 2007 AMXD User & Maintenance Guide at pp. 10, 21;<br>• 2015 Omni Catalog;<br>• 2015 PureWick brochure at pp. 1-4;<br>• Medtech Finalists 2014;<br>• PureWick Prior Art Devices. |
| a fluid permeable support disposed within the casing with a portion extending across the elongated opening, wherein the fluid permeable support is distinct from and at least proximate to the fluid reservoir; | See Claim 1.<br><br>• Keane 768 at Abstract, 1:65-2:10, 2:46-56, 3:75-4:16, Fig. 9-10;<br>• Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33, 5:34-6:4, 6:36-43;<br>• Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32; |

| 376 Patent Claim Language | Prior Art |
|---|---|
| | • Washington 508 at Figs. 1-12, 2:33-68, 5:63-6:10; |
| | • Conkling 541 at Figs. 12-15, 3:29-49, 6:43-68, 7:2-11; |
| | • Nigay 463 at Figs. 1-3, 1:65-2:62; |
| | • Lawrence 564 at Figs. 1-10, Abstract, 5:8-6:27, 7:28-56, 11:24-36; |
| | • Lawrence 222 at Figs. 1-10, 14, Abstract, 5:8-6:27, 7:28-56, 11:24-36; |
| | • Cheng 133 at Figs. 7A-9, 16:53-17:54; |
| | • Sweetser 793 at Figs. 1-2, 3:35-4:31; |
| | • Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64; |
| | • Scott 384 at 3:15-31, Figs. 3-4; |
| | • Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35; |
| | • Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61; |
| | • Easter 366 at Figs. 5-9, 5:54-6:10; |
| | • Harvie 964 at Figs. 1-3, 9:25-10:45; |
| | • Harvie 012 at Figs. 1-3, 8:29-9:51; |
| | • Harvie 043 at Figs. 1-3, 9:66-10:58; |
| | • Cheng 245 at 24:12-35, 29:27-52, 37:35-57, 38:48-53; |
| | • Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33; |
| | • Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26; |
| | • Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54; |
| | • Mombrinie 389 at Figs. 1-4, 9, 4:17-26, 4:61-5:7, 5:15-19; |
| | • Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56; |
| | • Sanchez 508 at Abstract, Fig. 8, 6:21-31; |
| | • Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27; |
| | • Scott 749 at Figs. 3-4, paras. 74-75, 79; |
| | • Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46; |
| | • Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66; |
| | • Mombrinie 639 at Figs. 1-9, paras. 13-14, 31-38, 40, 43; |
| | • Mahnensmith 080 at Abstract, Figs. 1-5, paras. 8-9, 17-20, 30-31; |
| | • Van Den Heuvel 894 at Figs. 1-4, paras. 5, 7, 13-14, 38-44; |

| 376 Patent Claim Language | Prior Art |
|---|---|
| | • Van Den Heuvel 823 at Figs. 1-4, 1:27-2:7, 6:18-26, 6:28-7:3, 7:15-20, 7:22-24, 7:25-30, 8:17-20, 8:22-25;<br>• Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:8-21, 9:23-28, 10:1-4;<br>• Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;<br>• Wada 625 at Fig. 24, paras. 188-194;<br>• Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13;<br>• Chiku 946 at Figs. 1, 2, 6, 7, Abstract, paras. 6-7, 14;<br>• Mizuguchi 641 at Figs. 1, 2, 6, 7, Abstract, paras. 6-7, 14<br>• Macaulay 2007 at pp. 641-643;<br>• 2006 British Health Publication at pp. 14-15;<br>• 2015 PureWick brochure at pp. 1-4;<br>• Medtech Finalists 2014;<br>• PureWick Prior Art Devices. |
| a fluid permeable membrane disposed on the support and covering at least the portion of the support that extends across the elongated opening, so that the membrane is supported on the support and disposed across the elongated opening; | See Claim 1.<br><br>• Keane 768 at Figs. 9-10, 3:75-4:16;<br>• Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33;<br>• Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32;<br>• Lawrence 564 at Figs. 1-10, Abstract, 5:8-6:27, 7:28-56;<br>• Lawrence 222 at Figs. 1-10, 14, Abstract, 5:8-6:27, 7:28-56, 11:24-36;<br>• Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64;<br>• Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35;<br>• Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61;<br>• Harvie 964 at Figs. 1-3, 9:25-10:45;<br>• Harvie 012 at Figs. 1-3, 8:29-9:51;<br>• Harvie 043 at Figs. 1-3, 9:66-10:58;<br>• Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33;<br>• Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26;<br>• Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54; |

| 376 Patent Claim Language | Prior Art |
|---|---|
| | • Mombrinie 389 at Figs. 1-4, 9, 4:17-26, 4:61-5:7, 5:15-19;<br>• Okabe 706 at Figs. 1-9, 3:36-45, 4:10-21, 6:13-17;<br>• Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56;<br>• Sanchez 508 at Abstract, Fig. 8, 6:21-31;<br>• Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27;<br>• Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46;<br>• Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66;<br>• Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32;<br>• Mombrinie 639 at Figs. 1-9, paras. 13-14, 31-38, 40, 43;<br>• Mahnensmith 080 at Abstract, Figs. 1-5, paras. 10-11, 20-22, 24, 30-31;<br>• Van Den Heuvel 894 at para. 5;<br>• Van Den Heuvel 823 at 1:27-2:12, 2:25-27, claims 1-2 (*see also* WO00/57784 at 9:7-10:9, Fig. 5b);<br>• Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:8-21, 9:23-10:1, 10:4-9;<br>• Fell 044 at Figs. 1-8, Abstract, 1:6-50, 3:18-7:42, 23:12-14;<br>• Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;<br>• Wada 625 at Fig. 24, paras. 188-194;<br>• Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13;<br>• Macaulay 2007 at pp. 641-643;<br>• 2014 Medtech Announcement at p. 3;<br>• Omni Starter Kit Brochure;<br>• Omni Brochure;<br>• Omni Presentation;<br>• 2015 Omni Catalog;<br>• Omni 2007 AMXD User & Maintenance Guide at pp. 10, 21;<br>• Omni AMXD / AMXDMax devices;<br>• 2015 PureWick brochure at pp. 1-4;<br>• Medtech Finalists 2014;<br>• PureWick Prior Art Devices. |

| 376 Patent Claim Language | Prior Art |
|---|---|
| | |
| a tube having a first end disposed in the reservoir and extending behind at least the portion of the support and the portion of the membrane disposed across the elongated opening and extending through the fluid outlet to a second, fluid discharge end, | See Claim 1.<br><br>• Keane 768 at Abstract, Figs. 9-10, 1:65-2:10, 3:47-4:16;<br>• Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32;<br>• Suzuki 250 at Abstract, Figs. 1-5, 8, 11, 11:65-12:21;<br>• Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35;<br>• Sanchez 508 at Abstract, Fig. 8, 6:21-31;<br>• Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27;<br>• Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46;<br>• Van Den Heuvel 894 at Figs. 1-4, paras. 19, 42, 44, 47;<br>• Van Den Heuvel 823 at Figs. 1-4, 2:14-17, 3:21-25, 4:13-19, 7:15-30, claims 1-2 (*see also* WO00/57784 at 9:7-10:9, Fig. 5b);<br>• Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:8-21, 9:23-10:1, 10:4-9;<br>• Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;<br>• Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13;<br>• Chiku 946 at Figs. 5, 10, 1, 2, 7, Abstract, paras. 11-12;<br>• Mizuguchi 641 at Figs. 5, 10, 1, 2, 7, Abstract, paras. 11-12;<br>• Macaulay 2007 at pp. 641-643;<br>• 2006 British Health Publication at pp. 14-15;<br>• Medtech Finalists 2014;<br>• PureWick Prior Art Devices. |
| the apparatus configured to:  be disposed with the opening adjacent to a urethral opening of a user, with the fluid permeable membrane engaging tissue surrounding the urethral opening, | As discussed above, it was well known to configure a body fluid collection device so that the opening was adjacent to the source of fluid.  Urine collection devices were known to be configured so that the opening was adjacent the urethral opening of a female. |

| 376 Patent Claim Language | Prior Art |
|---|---|
| | - Keane 768 at Abstract, 1:65-2:10, 3:75-4:16, Figs. 4, 9-10;<br>- Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32;<br>- Martin 061 at Figs. 1, 8, 2:65-3:14, 3:15-21, 4:34-38, 5:10-51;<br>- Lawrence 564 at Figs. 1-10, Abstract, 5:8-6:27, 7:28-56, 11:1-19;<br>- Lawrence 222 at Figs. 1-10, 14, Abstract, 5:8-6:27, 7:28-56, 11:1-19;<br>- Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64;<br>- Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35;<br>- Fell 044 at Figs. 1-8, Abstract, 1:6-50, 3:18-7:42, 23:12-14;<br>- Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61;<br>- Harvie 964 at Figs. 1-3, 9:25-10:45;<br>- Harvie 012 at Figs. 1-3, 8:29-9:51;<br>- Harvie 043 at Figs. 1-3, 9:66-10:58;<br>- Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33;<br>- Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26;<br>- Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54;<br>- Mombrinie 389 at Figs. 1-4, 9, 4:17-26, 4:61-5:7, 5:15-19;<br>- Okabe 706 at Figs. 1-9, 3:36-45, 4:10-21, 6:13-17;<br>- Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56;<br>- Sanchez 508 at Abstract, Fig. 8, 6:21-31;<br>- Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27;<br>- Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46;<br>- Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66;<br>- Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32;<br>- Mombrinie 639 at Figs. 1-9, para 13-14, 31-38, 40, 43;<br>- Mahnensmith 080 at Abstract, Figs. 1-5, paras. 25, 30-31;<br>- Van Den Heuvel 894 at Figs. 1-4, paras. 13-14, 38-44; |

| 376 Patent Claim Language | Prior Art |
|---|---|
| | • Van Den Heuvel 823 at Figs. 1-4, 2:14-17, 3:21-25, 4:13-19, 6:28-7:3, 7:15-30, 8:17-20, claims 1-2 (*see also* WO00/57784 at 9:7-10:9, Fig. 5b); <br> • Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:7-10:1, 10:4-9; <br> • Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55; <br> • Wada 625 at Fig. 24, paras. 188-194; <br> • Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13; <br> • Macaulay 2007 at pp. 641-643; <br> • 2006 British Health Publication at pp. 14-15; <br> • 2014 Medtech Announcement at p. 3; <br> • Omni Starter Kit Brochure; <br> • Omni Brochure; <br> • Omni Presentation; <br> • 2015 Omni Catalog; <br> • Omni 2007 AMXD User & Maintenance Guide at pp. 10, 21; <br> • Omni AMXD / AMXDMax devices; <br> • 2015 PureWick brochure at pp. 1-4; <br> • Medtech Finalists 2014; <br> • PureWick Prior Art Devices. |
| be retained in position on the user solely by frictional engagement with and/or between the labia and/or other portions of the area of the user's body surrounding the urethral opening, and | It was well known at the time of the alleged invention that a fluid collection device could be held in place in a number of ways, one of which was solely by engaging the patient's body (for example, the labia in the case of urine collection devices for women) with the device. The other option was to use additional mechanisms to hold the device in place such as tape, form wear or the like. <br><br> • Swiecicki 634 at Figs. 1-8, 2:14-34, 4:59-5:9, 11:42-61; <br> • Hirschman 277 at Figs. 1-9, 1:33-40, 2:24-50; <br> • Sanchez 508 at 5:14-16; <br> • Coley 804 at Figs. 1-5, Abstract, paras. 18-19, 21-25; <br> • Nolan 144 at Figs. 1-6, 1:55-82, 2:69-77; |

| 376 Patent Claim Language | Prior Art |
|---|---|
| | - Macaulay 2007 at pp. 641-643; <br> - 2014 Medtech Announcement at p. 3; <br> - 2015 PureWick brochure at pp. 1-4; <br> - Medtech Finalists 2014; <br> - PureWick Prior Art Devices; <br> - Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32; <br> - Van Den Heuvel 823 at Figs. 1-4, 1:27-2:7, 7:22-24, 6:18-26, 7:5-13, 8:22-25; <br> - Van Den Heuvel 894 at Figs. 1-4, paras. 5, 13-14, 38-44; <br> - Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:8-21, 9:23-28, 10:1-4; <br> - Keane 768 at Abstract, Figs. 4, 9-10, 1:67-2:32, 3:60-4:16; <br> - Okabe 547 at Figs. 1-6, Abstract, paras. 1-5, 17-28, 41-42, 49; <br> - Macaulay 2007 at pp. 641-643; <br> - 2006 British Health Publication at pp. 14-15; <br> - Washington 508 at Abstract, Figs. 5-9, 3:1-9; <br> - 2015 Omni Catalog at pp. 3-4; <br> - Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55; <br> - Omni 2007 AMXD User & Maintenance Guide at pp. 10, 21; <br> - Omni AMXD/Dmax devices; <br> - Fell 044 at Figs. 1-8, Abstract, 1:6-50, 3:18-7:42, 23:12-14. |
| receive urine discharged from the urethral opening through the opening of the fluid impermeable layer, the membrane, the support, and into the reservoir, and to have the received urine withdrawn from the reservoir via the tube and out of the fluid discharge end of the tube. | See Claim 1. <br><br> - Keane 768 at Abstract, Figs. 4, 9-10, 1:67-2:32, 3:60-4:16; <br> - Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33, 5:34-6:4, 6:36-43; <br> - Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32; <br> - Suzuki 250 at Abstract, claim 1, 2:41-55, Figs. 1-5, 8, 11, 3:4-13, 6:3-6; 11:65-12:21; <br> - Lawrence 564 at Figs. 1-10, Abstract, 5:8-6:27, 7:28-56, 11:1-19; |

| 376 Patent Claim Language | Prior Art |
|---|---|
| | • Lawrence 222 at Figs. 1-10, 14, Abstract, 5:8-6:27, 7:28-56, 11:1-19;<br>• Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64;<br>• Wolff 066 at Fig. 5b, 5:56-6:35;<br>• Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61;<br>• Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54;<br>• Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33;<br>• Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32;<br>• Sanchez 508 at Abstract, Fig. 8, 3:22-49, 6:21-31;<br>• Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27;<br>• Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46;<br>• Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26;<br>• Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66;<br>• Mahnensmith 080 at Abstract, Figs. 1-5, paras. 10-11, 20-22, 24-25, 30-31;<br>• Van Den Heuvel 894 at Figs. 1-4, paras. 5, 13-14, 38-44;<br>• Van Den Heuvel 823 at Figs. 1-4, 6:18-26, 7:5-13, 8:22-25, 7:23-25;<br>• Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:7-21, 9:23-28, 10:1-9;<br>• Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13;<br>• Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;<br>• Macaulay 2007 at pp. 641-643;<br>• Omni Starter Kit Brochure;<br>• Omni Brochure;<br>• Omni Presentation;<br>• 2015 Omni Catalog;<br>• Omni 2007 AMXD User & Maintenance Guide at pp. 10, 21;<br>• Omni AMXD / AMXDMax devices;<br>• 2015 PureWick brochure at pp. 1-4;<br>• Medtech Finalists 2014; |

| 376 Patent Claim Language | Prior Art |
|---|---|
| | • PureWick Prior Art Devices. |
| **Claim 12** | |
| 12. The apparatus of claim 11, wherein the apparatus is configured to be retained in position on the user via engagement between the first end of the casing and a user's perineum. | See Claim 11.<br><br>As discussed above, it was well known at the time of the alleged invention that a fluid collection device could be held in place in a number of ways, one of which was solely by engaging the patient's body (for example, the labia in the case of urine collection devices for women) with the device. It was also known that, for urine collection devices for women, the device could be configured to be held in place by engaging an end of the casing and a user's perineum.<br><br>• Swiecicki 634 at Figs. 1-8, 2:14-34, 4:59-5:9, 11:42-61;<br>• Sanchez 508 at 5:14-16;<br>• Coley 804 at Figs. 1-5, Abstract, paras. 18-19, 21-25;<br>• Nolan 144 at Figs. 1-6, 1:55-82, 2:69-77;<br>• Macaulay 2007 at pp. 641-643;<br>• 2014 Medtech Announcement at p. 3;<br>• 2015 PureWick brochure at pp. 1-4;<br>• PureWick Prior Art Devices;<br>• Macaulay 2007 at pp. 641-643;<br>• Medtech Finalists 2014;<br>• 2014 Medtech Announcement at p. 3;<br>• 2015 PureWick brochure at pp. 1-4;<br>• Van Den Heuvel 823 at Figs. 1-4, 1:27-2:7, 7:22-24, 6:18-26, 7:5-13, 8:22-25;<br>• Van Den Heuvel 894 at Figs. 1-4, paras. 5, 13-14, 38-44;<br>• Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:8-21, 9:23-28, 10:1-4;<br>• Keane 768 at Abstract, Figs. 4, 9-10, 1:67-2:32, 3:60-4:16;<br>• Okabe 547 at Figs. 1-6, Abstract, paras. 1-5, 17-28, 41-42, 49;<br>• 2006 British Health Publication at pp. 14-15;<br>• Washington 508 at Abstract, Figs. 5-9, 3:1-9; |

| 376 Patent Claim Language | Prior Art |
|---|---|
| | <ul><li>2015 Omni Catalog at pp. 3-4;</li><li>Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32;</li><li>Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;</li><li>Omni 2007 AMXD User & Maintenance Guide at pp. 10, 21;</li><li>Omni AMXD/Dmax devices;</li><li>Fell 044 at Figs. 1-8, Abstract, 1:6-50, 3:18-7:42, 23:12-14.</li></ul> |
| **Claim 13** | |
| 13. An apparatus comprising:  a fluid impermeable casing defining a fluid reservoir at a first end, | See Claims 1 and 11.<br><br><ul><li>Duke 046 at Figs. 1-3, 1:63-2:2;</li><li>Keane 768 at Abstract, Figs. 4, 9-10, 1:67-2:32, 3:75-4:16;</li><li>Ellis 185 at Figs. 1-3, 2:55-3:3;</li><li>Flower 300 at Figs. 2, 7, 1:11-15, 2:22-24, 3:23-32;</li><li>Larson 025 at Abstract, Fig. 2, 3:21-25, 4:47-52;</li><li>Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33, 5:34-6:4, 6:36-43;</li><li>Kraus 703 at Abstract, Figs. 1-6, 3:37-4:62;</li><li>Triunfol 675 at Figs. 1-5, claims 1-4, 3:66-4:7, 4:2-7;</li><li>Martin 061 at Figs. 1, 8, 2:65-3:14, 3:15-21, 4:34-38, 5:10-51;</li><li>Nussbaumer 160 at Figs. 1-9, 2:23-44, 2:50-59, 3:20-41, 4:5-13, 5:10-15;</li><li>Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32;</li><li>Ehrenkranz 215 at Abstract, Figs. 1-9B;</li><li>Brennan 465 at 4:16-66, Figs. 1-2, 6;</li><li>Washington 508 at Figs. 1-5, 11-12, 2:24-27, 2:40-52, 5:22-62, 10:23-34;</li><li>Conkling 541 at Figs. 12-15, Figs. 12-15, 3:29-49, 6:43-68, 7:2-11;</li><li>Nigay 463 at Figs. 1-3, 1:65-2:62;</li><li>McGuire 347 at Figs. 1-4, Abstract, 2:35-40, 5:25-30, 6:1-35;</li><li>Carns 997 at Figs. 2-5, 6:15-31;</li></ul> |

| 376 Patent Claim Language | Prior Art |
|---|---|
|  | • Kubo 983 at Figs. 1a-2, Abstract, 2:44-3:5, 4:19-33, 5:8-27;<br>• Kubo 052 at Figs. 1a-4, Abstract, 3:53-4:59;<br>• Lawrence 564 at Figs. 1-10, Abstract, 5:8-6:27, 7:28-56;<br>• Lawrence 222 at Figs. 1-10, 14, Abstract, 5:8-6:27, 7:28-56, 11:24-36;<br>• Etheredge 606 at Figs. 1-3, Abstract, 4:7-60, 5:212-54;<br>• Kraus 339 at Abstract, Figs. 1-7, 4:47-5:15;<br>• Cheng 133 at Figs. 7A-9, 16:53-17:54;<br>• Snyder 560 at Figs. 1-5, 4:5-5:47;<br>• Sweetser 793 at Figs. 1-2, 3:35-4:31;<br>• Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64;<br>• Scott 384 at 3:15-31, Figs. 3-4;<br>• Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35;<br>• Otto 137 at Figs. 1-2, 3:7-64, 4:10-28;<br>• Fell 044 at Figs. 1-8, Abstract, 1:6-50, 3:18-7:42, 23:12-14;<br>• Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61;<br>• Harvie 964 at Figs. 1-3, 9:25-10:45;<br>• Harvie 012 at Figs. 1-3, 8:29-9:51;<br>• Harvie 043 at Figs. 1-3, 9:66-10:58;<br>• Easter 366 at Figs. 5-9, 5:54-6:10;<br>• Trabold 781 at Abstract, Figs. 1-8, 2:35-51;<br>• Cheng 245 at 24:12-35, 29:27-52, 37:35-57, 38:48-53;<br>• Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33;<br>• Suzuki 250 at Abstract, Figs. 1-5, 8, 11, claim 1, 2:41-55, 11:65-12:21;<br>• Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26;<br>• Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54;<br>• Mombrinie 389 at Figs. 1-4, 9, 4:17-26, 4:61-5:7, 5:15-19;<br>• Swiecicki 634 at Figs. 1-8, 2:14-34, 4:59-5:9, 11:42-61;<br>• Okabe 706 at 7:40-8:14, Figs. 3-4;<br>• Sanchez 508 at Abstract, Fig. 8, 6:21-31; |

| 376 Patent Claim Language | Prior Art |
|---|---|
|  | • Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27;<br>• Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56;<br>• Grundke 161 at Figs. 1-5, paras. 20-24, 33;<br>• Scott 749 at Figs. 3-4, paras. 74-75, 79;<br>• Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46;<br>• Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66;<br>• Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32;<br>• Mombrinie 639 at Figs. 1-9, paras. 13-14, 31-38, 40, 43;<br>• Mahnensmith 080 at Abstract, Figs. 1-5, paras. 8-9, 17-20, 30-31;<br>• Wightman 214 at Figs. 2b, 4b, 5-6, paras. 87, 92;<br>• Coley 804 at Figs. 1-5, Abstract, paras. 18-19, 21-24;<br>• Van Den Heuvel 894 at Figs. 1-4, paras. 5, 7, 40, 42, 44, 51;<br>• Van Den Heuvel 823 at Figs. 1-4, 1:27-2:7, 6:18-26, 6:28-7:3, 7:15-20, 7:22-24, 7:25-30, 8:17-20, 8:22-25;<br>• Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:8-21, 9:23-25;<br>• Goldenberg 638 at Abstract, Figs. 1-3, 3:20-42, 6:44-57;<br>• Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;<br>• Wada 625 at Fig. 24, paras. 188-194;<br>• Schmitt 710 at Figs. 3-6, cols. 1-2;<br>• Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13;<br>• Chiku 946 at Figs. 1, 2, 6, 7, Abstract, paras. 6-7, 14;<br>• Mizuguchi 641 at Figs. 1, 2, 6, 7, Abstract, paras. 6-7, 14;<br>• Ishii 108 at Figs. 1-4, paras 1-13;<br>• Macaulay 2007 at pp. 641-643;<br>• 2006 British Health Publication at pp. 14-15;<br>• Omni Starter Kit Brochure; |

| 376 Patent Claim Language | Prior Art |
|---|---|
|  | - Omni Brochure;<br>- Omni Presentation;<br>- 2015 Omni Catalog;<br>- Omni 2007 AMXD User & Maintenance Guide at pp. 10, 21;<br>- Omni AMXD / AMXDMax devices;<br>- 2015 PureWick brochure at pp. 1-4;<br>- Medtech Finalists 2014;<br>- PureWick Prior Art Devices. |
| a fluid outlet at a second end, | See Claims 1 and 11.<br><br>- Scott 234 at 1:29-48, Figs. 1-3;<br>- Duke 046 at Figs. 1-3, 1:63-2:23;<br>- Keane 768 at Abstract, 1:65-2:10, 3:49-4:16, Fig. 9-10;<br>- Flower 300 at Figs. 2, 7, 1:11-15, 2:22-24, 3:23-32;<br>- Larson 025 at Abstract, Fig. 2, 3:21-25, 4:47-52;<br>- Hessner 418 at 6:36-43;<br>- Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32;<br>- Brennan 465 at 4:16-66, Figs. 1-2, 6;<br>- Washington 508 at Figs. 1-12, 2:33-38, 5:63-6:10;<br>- Conkling 541 at Figs. 12-15, 3:29-49, 6:43-68, 7:2-11;<br>- Nigay 463 at Figs. 1-3, 1:65-2:62;<br>- McGuire 347 at Figs. 1-4, Abstract, 2:35-40, 5:25-30, 6:1-35;<br>- McGuire 699 at Figs. 1-6, 4:1-19, 4:68-5:2, 6:61-64;<br>- Skow 735 at Abstract, Figs. 1-11, 3:48-51, 6:16-67;<br>- Argenta 643 at Figs. 1, 5; 3:31-51, 6:46-64, 7:10-23, 7:56-58;<br>- Carns 997 at Figs. 2-5, 6:15-31;<br>- Kubo 983 at Figs. 1a-2, Abstract, 2:44-3:5, 4:19-33, 5:1-7;<br>- Kubo 052 at Figs. 1a-4, Abstract, 3:53-4:59;<br>- Lawrence 564 at Figs. 1-10, Abstract, 5:8-6:27, 7:28-56; |

| 376 Patent Claim Language | Prior Art |
|---|---|
|  | • Lawrence 222 at Figs. 1-10, 14, Abstract, 5:8-6:27, 7:28-56, 11:24-36;<br>• Kraus 339 at Abstract, Figs. 1-7, 4:47-5:15;<br>• Triunfol 675 at Figs. 1-5, claims 1-4, 3:66-4:7, 4:2-7;<br>• Robertson 771 at Figs. 1-2, 2:56-3:44;<br>• Cheng 133 at Figs. 7A-9, 16:53-17:54;<br>• Snyder 560 at Figs. 1-5, 4:5-5:47;<br>• Sweetser 793 at Figs. 1-2, 3:35-4:31;<br>• Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64;<br>• Scott 384 at 3:15-31, Figs. 3-4;<br>• Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35;<br>• Otto 137 at Figs. 1-2, 3:7-64, 4:10-28;<br>• Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61;<br>• Easter 366 at Figs. 5-9, 5:54-6:10;<br>• Harvie 964 at Figs. 1-3, 9:25-10:45;<br>• Harvie 012 at Figs. 1-3, 8:29-9:51;<br>• Harvie 043 at Figs. 1-3, 9:66-10:58;<br>• Trabold 781 at Abstract, Figs. 1-8, 2:35-51;<br>• Cheng 245 at 24:12-35, 29:27-52, 37:35-57, 38:48-53;<br>• Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33;<br>• Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26;<br>• Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54;<br>• Mombrinie 389 at Figs. 1-4, 9, 4:17-26, 4:61-5:7, 5:15-19;<br>• Okabe 706 at Figs. 1-9, 3:36-45, 4:10-21, 6:13-17;<br>• Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56;<br>• Sanchez 508 at Abstract, Fig. 8, 6:21-31;<br>• Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27;<br>• Grundke 161 at Figs. 1-5, paras. 20-24, 33;<br>• Scott 749 at Figs. 3-4, paras. 74-75, 79;<br>• Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46;<br>• Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66; |

| 376 Patent Claim Language | Prior Art |
|---|---|
|  | • Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32;<br>• Mombrinie 639 at Figs. 1-9, paras. 13-14, 31-38, 40, 43;<br>• Mahnensmith 080 at Abstract, Figs. 1-5, paras. 23, 30-31;<br>• Van Den Heuvel 894 at Figs. 1-4, paras. 5-7, 40, 42, 44, 51;<br>• Van Den Heuvel 823 at Figs. 1-4, 2:14-17, 3:21-25, 4:13-19, 7:15-30;<br>• Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 6:1-7, 9:8-21, 9:23-25;<br>• Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;<br>• Wada 625 at Fig. 24, paras. 188-194;<br>• Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13;<br>• Goldenberg 638 at Abstract, Figs. 1-3, 3:20-42, 6:44-57;<br>• Schmitt 710 at Figs. 3-6, cols. 1-2;<br>• Chiku 946 at Figs. 1, 2, 6, 7, Abstract, paras. 6-7, 14;<br>• Mizuguchi 641 at Figs. 1, 2, 6, 7, Abstract, paras. 6-7, 14;<br>• Ishii 108 at Figs. 1-4, paras 1-13;<br>• Macaulay 2007 at pp. 641-643;<br>• 2006 British Health Publication at pp. 14-15;<br>• Medtech Finalists 2014;<br>• 2014 Medtech Announcement at p. 3;<br>• Omni Starter Kit Brochure;<br>• Omni Brochure;<br>• Omni Presentation;<br>• 2015 Omni Catalog;<br>• Omni 2007 AMXD User & Maintenance Guide at pp. 10, 21;<br>• Omni AMXD / AMXDMax devices;<br>• 2015 PureWick brochure at pp. 1-4;<br>• PureWick Prior Art Devices. |
| and a longitudinally extending portion extending between the fluid reservoir and the fluid outlet and defining a longitudinally elongated opening between the fluid reservoir and the fluid outlet | See Claims 1 and 11.<br><br>• Duke 046 at Figs. 1-3, 1:63-2:23;<br>• Keane 768 at Abstract, 1:65-2:10, 2:46-56, Fig. 9-10; |

| 376 Patent Claim Language | Prior Art |
|---|---|
| | • Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33, 5:34-6:4, 6:36-43;<br>• Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32;<br>• Conkling 541 at Figs. 12-15, 3:29-49, 6:43-68, 7:2-11;<br>• Nigay 463 at Figs. 1-3, 1:65-2:62;<br>• Carns 997 at Figs. 2-5, 6:15-31;<br>• Lawrence 564 at Figs. 1-10, Abstract, 5:8-6:27, 7:28-56;<br>• Lawrence 222 at Figs. 1-10, 14, Abstract, 5:8-6:27, 7:28-56, 11:24-36;<br>• Kraus 339 at Abstract, Figs. 1-7, 4:47-5:15;<br>• Robertson 771 at Figs. 1-2, 2:56-3:44;<br>• Cheng 133 at Figs. 7A-9, 16:53-17:54;<br>• Snyder 560 at Figs. 1-5, 4:5-5:47;<br>• Sweetser 793 at Figs. 1-2, 3:35-4:31;<br>• Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64;<br>• Scott 384 at 3:15-31, Figs. 3-4;<br>• Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35;<br>• Otto 137 at Figs. 1-2, 3:7-64, 4:10-28;<br>• Fell 044 at Figs. 1-8, Abstract, 1:6-50, 3:18-7:42, 23:12-14;<br>• Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61;<br>• Easter 366 at Figs. 5-9, 5:54-6:10;<br>• Harvie 964 at Figs. 1-3, 9:25-10:45;<br>• Harvie 012 at Figs. 1-3, 8:29-9:51;<br>• Harvie 043 at Figs. 1-3, 9:66-10:58;<br>• Trabold 781 at Abstract, Figs. 1-8, 2:35-51;<br>• Cheng 245 at 24:12-35, 29:27-52, 37:35-57, 38:48-53;<br>• Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33;<br>• Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26;<br>• Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54;<br>• Mombrinie 389 at Figs. 1-4, 9, 4:17-26, 4:61-5:7, 5:15-19;<br>• Okabe 706 at Figs. 1-9, 3:36-45, 4:10-21, 6:13-17;<br>• Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56; |

| 376 Patent Claim Language | Prior Art |
|---|---|
| | - Sanchez 508 at Abstract, Fig. 8, 6:21-31;<br>- Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27;<br>- Grundke 161 at Figs. 1-5, paras. 20-24, 33;<br>- Scott 749 at Figs. 3-4, paras. 74-75, 79;<br>- Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46;<br>- Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66;<br>- Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32;<br>- Mombrinie 639 at Figs. 1-9, paras. 13-14, 31-38, 40, 43;<br>- Mahnensmith 080 at Abstract, Figs. 1-5, paras. 9-11, 17-22, 24, 30-31;<br>- Van Den Heuvel 894 at Figs. 1-4, paras. 5, 7, 17, 23, 40, 44;<br>- Van Den Heuvel 823 at Figs. 1-4, 1:27-2:7, 7:22-24, 6:18-26, 7:5-13, 8:22-25;<br>- Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:8-21, 9:23-25;<br>- Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;<br>- Wada 625 at Fig. 24, paras. 188-194;<br>- Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13;<br>- Goldenberg 638 at Abstract, Figs. 1-3, 3:20-42, 6:44-57;<br>- Schmitt 710 at Figs. 3-6, cols. 1-2;<br>- Chiku 946 at Figs. 1-10, Abstract, paras. 6-11, 14-21, 23-26;<br>- Mizuguchi 641 at Figs. 1-10, Abstract, paras 6-11, 14-21, 23-26;<br>- Ishii 108 at Figs. 1-4, paras 1-13;<br>- Macaulay 2007 at pp. 641-643;<br>- 2006 British Health Publication at pp. 14-15;<br>- Omni Starter Kit Brochure;<br>- Omni Brochure;<br>- Omni Presentation;<br>- 2015 Omni Catalog;<br>- Omni 2007 AMXD User & Maintenance Guide at pp. 10, 21;<br>- Omni AMXD / AMXDMax devices; |

| 376 Patent Claim Language | Prior Art |
|---|---|
| | • 2015 PureWick brochure at pp. 1-4;<br>• Medtech Finalists 2014;<br>• PureWick Prior Art Devices. |
| a fluid permeable support disposed within the casing with a portion extending across the elongated opening, | See Claims 1 and 11.<br><br>• Keane 768 at Abstract, 1:65-2:10, 2:46-56, 3:75-4:16, Fig. 9-10;<br>• Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33, 5:34-6:4, 6:36-43;<br>• Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32;<br>• Washington 508 at Figs. 1-12, 2:33-68, 5:63-6:10;<br>• Conkling 541 at Figs. 12-15, 3:29-49, 6:43-68, 7:2-11;<br>• Nigay 463 at Figs. 1-3, 1:65-2:62;<br>• Lawrence 564 at Figs. 1-10, Abstract, 5:8-6:27, 7:28-56, 11:24-36;<br>• Lawrence 222 at Figs. 1-10, 14, Abstract, 5:8-6:27, 7:28-56, 11:24-36;<br>• Cheng 133 at Figs. 7A-9, 16:53-17:54;<br>• Sweetser 793 at Figs. 1-2, 3:35-4:31;<br>• Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64;<br>• Scott 384 at 3:15-31, Figs. 3-4;<br>• Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35;<br>• Fell 044 at Figs. 1-8, Abstract, 1:6-50, 3:18-7:42, 23:12-14;<br>• Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61;<br>• Easter 366 at Figs. 5-9, 5:54-6:10;<br>• Harvie 964 at Figs. 1-3, 9:25-10:45;<br>• Harvie 012 at Figs. 1-3, 8:29-9:51;<br>• Harvie 043 at Figs. 1-3, 9:66-10:58;<br>• Cheng 245 at 24:12-35, 29:27-52, 37:35-57, 38:48-53;<br>• Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33;<br>• Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26;<br>• Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54;<br>• Mombrinie 389 at Figs. 1-4, 9, 4:17-26, 4:61-5:7, 5:15-19;<br>• Okabe 706 at Figs. 1-9, 3:36-45, 4:10-21, 6:13-17; |

| 376 Patent Claim Language | Prior Art |
|---|---|
| | • Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56;<br>• Sanchez 508 at Abstract, Fig. 8, 6:21-31;<br>• Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27;<br>• Scott 749 at Figs. 3-4, paras. 74-75, 79;<br>• Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46;<br>• Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66;<br>• Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32;<br>• Mombrinie 639 at Figs. 1-9, paras. 13-14, 31-38, 40, 43;<br>• Mahnensmith 080 at Abstract, Figs. 1-5, paras. 8-9, 17-20, 30-31;<br>• Van Den Heuvel 894 at Figs. 1-4, paras. 5, 7, 13-14, 38-44;<br>• Van Den Heuvel 823 at Figs. 1-4, 1:27-2:7, 6:18-26, 6:28-7:3, 7:15-20, 7:22-24, 7:25-30, 8:17-20, 8:22-25;<br>• Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:8-21, 9:23-28, 10:1-4;<br>• Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;<br>• Wada 625 at Fig. 24, paras. 188-194;<br>• Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13;<br>• Chiku 946 at Figs. 1, 2, 6, 7, Abstract, paras. 6-7, 14;<br>• Mizuguchi 641 at Figs. 1, 2, 6, 7, Abstract, paras. 6-7, 14<br>• Macaulay 2007 at pp. 641-643;<br>• 2006 British Health Publication at pp. 14-15;<br>• Omni Starter Kit Brochure;<br>• Omni Brochure;<br>• Omni Presentation;<br>• 2015 Omni Catalog;<br>• Omni 2007 AMXD User & Maintenance Guide at pp. 10, 21;<br>• Omni AMXD / AMXDMax devices;<br>• 2015 PureWick brochure at pp. 1-4;<br>• Medtech Finalists 2014;<br>• PureWick Prior Art Devices. |

| 376 Patent Claim Language | Prior Art |
|---|---|
| | |
| wherein the fluid permeable support is distinct from and at least proximate to the fluid reservoir; | See Claims 1 and 11.<br><br>• Keane 768 at Abstract, 1:65-2:10, 2:46-56, 3:75-4:16, Fig. 9-10;<br>• Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33, 5:34-6:4, 6:36-43;<br>• Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32;<br>• Washington 508 at Figs. 1-5, 2:24-67, 5:22-6:67;<br>• Conkling 541 at Figs. 12-15, 6:43-68;<br>• Nigay 463 at Figs. 1-3, 1:65-2:62;<br>• Triunfol 675 at Figs. 1-5, claims 1-4, 3:66-4:7, 4:2-7;<br>• Sweetser 793 at Figs. 1-2, 3:35-4:31;<br>• Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35;<br>• Mombrinie 389 at Figs. 1-4, 9, 4:17-26, 4:61-5:7, 5:15-19;<br>• Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56;<br>• Sanchez 508 at Abstract, Fig. 8, 6:21-31;<br>• Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27;<br>• Scott 749 at Figs. 3-4, paras. 74-75, 79;<br>• Scott 384 at 3:15-31, Figs. 3-4;<br>• Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46;<br>• Mombrinie 639 at Figs. 1-9, paras. 13-14, 31-38, 40, 43;<br>• Mahnensmith 080 at Abstract, Figs. 1-5, paras. 8-11, 17-20, 30-31;<br>• Van Den Heuvel 894 at Figs. 1-4, paras. 42, 44;<br>• Van Den Heuvel 823 at Figs. 1-4, 6:18-26, 7:15-20, 7:22-24, 8:22-25;<br>• Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:17-19, 9:8-21, 9:23-28, 10:1-4;<br>• Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;<br>• Wada 625 at Fig. 24, paras. 188-194;<br>• Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13;<br>• Chiku 946 at Figs. 1, 2, 6, 7, Abstract, claim 10, paras. 8, 14-15; |

| **376 Patent Claim Language** | **Prior Art** |
|---|---|
| | • Mizuguchi 641 at Figs. 1, 2, 6, 7, Abstract, claim 10, paras. 8, 14-15;<br>• Macaulay 2007 at pp. 641-643;<br>• 2006 British Health Publication at pp. 14-15;<br>• Medtech Finalists 2014;<br>• PureWick Prior Art Devices. |
| a fluid permeable membrane disposed on the support and covering at least the portion of the support that extends across the elongated opening, so that the membrane is supported on the support and disposed across the elongated opening; | See Claims 1 and 11.<br><br>• Keane 768 at Figs. 9-10, 3:75-4:16;<br>• Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33;<br>• Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32;<br>• Lawrence 564 at Figs. 1-10, Abstract, 5:8-6:27, 7:28-56;<br>• Lawrence 222 at Figs. 1-10, 14, Abstract, 5:8-6:27, 7:28-56, 11:24-36;<br>• Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64;<br>• Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35;<br>• Fell 044 at Figs. 1-8, Abstract, 1:6-50, 3:18-7:42, 23:12-14;<br>• Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61;<br>• Harvie 964 at Figs. 1-3, 9:25-10:45;<br>• Harvie 012 at Figs. 1-3, 8:29-9:51;<br>• Harvie 043 at Figs. 1-3, 9:66-10:58;<br>• Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33;<br>• Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26;<br>• Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54;<br>• Mombrinie 389 at Figs. 1-4, 9, 4:17-26, 4:61-5:7, 5:15-19;<br>• Okabe 706 at Figs. 1-9, 3:36-45, 4:10-21, 6:13-17;<br>• Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56;<br>• Sanchez 508 at Abstract, Fig. 8, 6:21-31;<br>• Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27;<br>• Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46; |

| 376 Patent Claim Language | Prior Art |
|---|---|
| | • Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66; <br> • Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32; <br> • Mombrinie 639 at Figs. 1-9, paras. 13-14, 31-38, 40, 43; <br> • Mahnensmith 080 at Abstract, Figs. 1-5, paras. 10-11, 20-22, 24, 30-31; <br> • Van Den Heuvel 894 at para. 5; <br> • Van Den Heuvel 823 at 1:27-2:12, 2:25-27, claims 1-2 (*see also* WO00/57784 at 9:7-10:9, Fig. 5b); <br> • Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:8-21, 9:23-10:1, 10:4-9; <br> • Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55; <br> • Wada 625 at Fig. 24, paras. 188-194; <br> • Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13; <br> • Medtech Finalists 2014; <br> • 2014 Medtech Announcement at p. 3; <br> • Macaulay 2007 at pp. 641-643; <br> • Omni Starter Kit Brochure; <br> • Omni Brochure; <br> • Omni Presentation; <br> • 2015 Omni Catalog; <br> • Omni 2007 AMXD User & Maintenance Guide at pp. 10, 21; <br> • Omni AMXD / AMXDMax devices; <br> • 2015 PureWick brochure at pp. 1-4; <br> • PureWick Prior Art Devices. |
| a tube having a first end disposed in the reservoir and extending behind at least the portion of the support and the portion of the membrane disposed across the elongated opening and extending through the fluid outlet to a second, fluid discharge end, | See Claims 1 and 11. <br><br> • Keane 768 at Abstract, Figs. 9-10, 1:65-2:10, 3:47-4:16; <br> • Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32; <br> • Suzuki 250 at Abstract, Figs. 1-5, 8, 11, 11:65-12:21; <br> • Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35; <br> • Sanchez 508 at Abstract, Fig. 8, 6:21-31; <br> • Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27; |

| 376 Patent Claim Language | Prior Art |
|---|---|
| | • Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46;<br>• Van Den Heuvel 894 at Figs. 1-4, paras. 19, 42, 44, 47;<br>• Van Den Heuvel 823 at Figs. 1-4, 2:14-17, 3:21-25, 4:13-19, 7:15-30, claims 1-2 (*see also* WO00/57784 at 9:7-10:9, Fig. 5b);<br>• Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;<br>• Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13;<br>• Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:7-19, 9:8-21, 9:23-10:9;<br>• Chiku 946 at Figs. 5, 10, 1, 2, 7, Abstract, paras. 11-12;<br>• Mizuguchi 641 at Figs. 5, 10, 1, 2, 7, Abstract, paras. 11-12;<br>• Macaulay 2007 at pp. 641-643;<br>• 2006 British Health Publication at pp. 14-15;<br>• Medtech Finalists 2014;<br>• PureWick Prior Art Devices. |
| the tube having only a first opening at the first end and a second opening at the second end, and a lumen fluidically coupling the first opening and the second opening, | As discussed above, using a fluid discharge tube (with a lumen) was well known at the time of the alleged invention.  Many such tubes had an opening at each end to allow fluid to enter on one end and exit on the other.<br><br>• Duke 046 at Figs. 1-3, 1:63-2:23;<br>• Keane 768 at Figs. 9-10, 3:66-74;<br>• Ellis 185 at Figs. 1-3, 2:55-3:3;<br>• Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32;<br>• Nigay 463 at Figs. 1-3, 1:65-2:62;<br>• Martin 061 at Figs. 1, 8, 2:65-3:14, 3:15-21, 4:34-38, 5:10-51;<br>• Carns 997 at Figs. 2-5, 6:15-31;<br>• Lawrence 564 at Figs. 1-10, Abstract, 5:8-6:27, 7:28-56, 11:24-36;<br>• Lawrence 222 at Figs. 1-10, 14, Abstract, 5:8-6:27, 7:28-56, 11:24-36;<br>• Kraus 339 at Abstract, Figs. 1-7, 4:47- |

| 376 Patent Claim Language | Prior Art |
|---|---|
| | 5:15;<br>• Scott 384 at 3:15-31, Figs. 3-4;<br>• Wolff 066 at Fig. 5b, 5:56-6:35;<br>• Otto 137 at Figs. 1-2, 3:7-64, 4:10-28;<br>• Suzuki 250 at Abstract, Figs. 1-5, 4:12-19, 6:3-6, 6:66-7:4;<br>• Sanchez 508 at Abstract, Fig. 8, 3:22-49, 6:21-31;<br>• Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27;<br>• Scott 749 at Figs. 3-4, paras. 74-75, 79;<br>• Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46;<br>• Van Den Heuvel 894 at Figs. 1-4, paras. 5, 13-14, 38-44;<br>• Van Den Heuvel 823 at Figs. 1-4, 2:14-17, 3:21-25, 4:13-19, 6:28-7:3, 7:15-30;<br>• Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 6:1-7, 9:25-10:1, 10:4-9;<br>• Wada 625 at Fig. 24, paras. 188-194;<br>• Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13;<br>• Schmitt 710 at Figs. 3-6, cols. 1-2;<br>• Chiku 946 at Figs. 5, 10, 1, 2, 7, Abstract, paras. 11-12;<br>• Mizuguchi 641 at Figs. 5, 10, 1, 2, 7, Abstract, paras. 11-12;<br>• Ishii 108 at Figs. 1-4, paras 1-13;<br>• Macaulay 2007 at pp. 641-643;<br>• 2006 British Health Publication at pp. 14-15;<br>• Medtech Finalists 2014;<br>• PureWick Prior Art Devices. |
| the apparatus configured to be disposed with the opening adjacent to a urethral opening of a user, with the fluid permeable membrane engaging tissue surrounding the urethral opening, to receive urine discharged from the urethral opening through the opening of the fluid impermeable layer, the membrane, the support, and into the reservoir, and to have the received urine withdrawn from the reservoir | See Claim 1.<br><br>• Keane 768 at Abstract, Figs. 4, 9-10, 1:67-2:32, 3:60-4:16;<br>• Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33, 5:34-6:4, 6:36-43;<br>• Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32; |

| 376 Patent Claim Language | Prior Art |
| --- | --- |
| via the tube and out of the fluid discharge end of the tube. | <ul><li>Suzuki 250 at Abstract, claim 1, 2:41-55, Figs. 1-5, 8, 11, 3:4-13, 6:3-6; 11:65-12:21;</li><li>Lawrence 564 at Figs. 1-10, Abstract, 5:8-6:27, 7:28-56, 11:1-19;</li><li>Lawrence 222 at Figs. 1-10, 14, Abstract, 5:8-6:27, 7:28-56, 11:1-19;</li><li>Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64;</li><li>Wolff 066 at Fig. 5b, 5:56-6:35;</li><li>Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61;</li><li>Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54;</li><li>Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33;</li><li>Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32;</li><li>Sanchez 508 at Abstract, Fig. 8, 3:22-49, 6:21-31;</li><li>Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27;</li><li>Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46;</li><li>Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26;</li><li>Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66;</li><li>Mahnensmith 080 at Abstract, Figs. 1-5, paras. 10-11, 20-22, 24-25, 30-31;</li><li>Van Den Heuvel 894 at Figs. 1-4, paras. 5, 13-14, 38-44;</li><li>Van Den Heuvel 823 at Figs. 1-4, 6:18-26, 7:5-13, 8:22-25, 7:23-25, claims 1-2 (*see also* WO00/57784 at 9:7-10:9, Fig. 5b);</li><li>Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:7-21, 9:23-28, 10:1-9;</li><li>Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13;</li><li>Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;</li><li>Macaulay 2007 at pp. 641-643;</li><li>Omni Starter Kit Brochure;</li><li>Omni Brochure;</li></ul> |

| 376 Patent Claim Language | Prior Art |
|---|---|
| | <ul><li>Omni Presentation;</li><li>2015 Omni Catalog;</li><li>Omni 2007 AMXD User & Maintenance Guide at pp. 10, 21;</li><li>Omni AMXD / AMXDMax devices;</li><li>2015 PureWick brochure at pp. 1-4;</li><li>Medtech Finalists 2014;</li><li>PureWick Prior Art Devices.</li></ul> |

**U.S. Patent No. 10,390,989 (Claims 1-3, 5-6)**

| 989 Patent Claim Language | Prior Art |
|---|---|
| **Claim 1** | |
| 1. A method comprising:<br>disposing in operative relationship with the urethral opening of a female user a urine collecting apparatus that includes: | As discussed above, it was well known to configure a body fluid collection device so that the opening was adjacent to the source of fluid. Urine collection devices were known to be used so that the opening was disposed adjacent the urethral opening of a female.<br><br><ul><li>Keane 768 at Abstract, 1:65-2:10, 3:75-4:16, Figs. 4, 9-10</li><li>Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32;</li><li>Martin 061 at Figs. 1, 8, 2:65-3:14, 3:15-21, 4:34-38, 5:10-51;</li><li>Lawrence 564 at Figs. 1-10, Abstract, 5:8-6:27, 7:28-56, 11:1-19;</li><li>Washington 508 at Figs. 1-5, 2:24-67, 5:22-6:67;</li><li>Lawrence 222 at Figs. 1-10, 14, Abstract, 5:8-6:27, 7:28-56, 11:1-19;</li><li>Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64;</li><li>Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35;</li><li>Fell 044 at Figs. 1-8, Abstract, 1:6-50, 3:18-7:42, 23:12-14;</li><li>Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61;</li><li>Harvie 964 at Figs. 1-3, 9:25-10:45;</li><li>Harvie 012 at Figs. 1-3, 8:29-9:51;</li></ul> |

| 989 Patent Claim Language | Prior Art |
|---|---|
|  | • Harvie 043 at Figs. 1-3, 9:66-10:58;<br>• Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33;<br>• Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26;<br>• Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54;<br>• Mombrinie 389 at Figs. 1-4, 9, 4:17-26, 4:61-5:7, 5:15-19;<br>• Okabe 706 at Figs. 1-9, 3:36-45, 4:10-21, 6:13-17;<br>• Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56;<br>• Sanchez 508 at Abstract, Fig. 8, 6:21-31;<br>• Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27;<br>• Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46;<br>• Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66;<br>• Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32;<br>• Mombrinie 639 at Figs. 1-9, para 13-14, 31-38, 40, 43;<br>• Mahnensmith 080 at Abstract, Figs. 1-5, paras. 25, 30-31;<br>• Van Den Heuvel 894 at Figs. 1-4, paras. 13-14, 38-44;<br>• Van Den Heuvel 823 at Figs. 1-4, 2:14-17, 3:21-25, 4:13-19, 6:28-7:3, 7:15-30, 8:17-20;<br>• Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:7-10:1, 10:4-9;<br>• Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;<br>• Wada 625 at Fig. 24, paras. 188-194;<br>• Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13;<br>• Macaulay 2007 at pp. 641-643;<br>• 2006 British Health Publication at pp. 14-15;<br>• Medtech Finalists 2014;<br>• 2014 Medtech Announcement at p. 3;<br>• Omni Starter Kit Brochure;<br>• Omni Brochure;<br>• Omni Presentation; |

| 989 Patent Claim Language | Prior Art |
|---|---|
| | • 2015 Omni Catalog;<br>• Omni 2007 AMXD User & Maintenance Guide at pp. 10, 21;<br>• Omni AMXD/AMXDmax devices;<br>• 2015 PureWick brochure at pp. 1-4;<br>• PureWick Prior Art Devices. |
| a fluid impermeable casing having a fluid reservoir at a first end, | Apparatuses with fluid impermeable casings having a fluid reservoir at one end were well known at the time of the alleged invention. See corresponding claim elements in the 376 patent.<br><br>• Duke 046 at Figs. 1-3, 1:63-2:2;<br>• Keane 768 at Abstract, Figs. 4, 9-10, 1:67-2:32, 3:75-4:16;<br>• Ellis 185 at Figs. 1-3, 2:55-3:3;<br>• Flower 300 at Figs. 2, 7, 1:11-15, 2:22-24, 3:23-32;<br>• Larson 025 at Abstract, Fig. 2, 3:21-25, 4:47-52;<br>• Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33, 5:34-6:4, 6:36-43;<br>• Kraus 703 at Abstract, Figs. 1-6, 3:37-4:62;<br>• Triunfol 675 at Figs. 1-5, claims 1-4, 3:66-4:7, 4:2-7;<br>• Martin 061 at Figs. 1, 8, 2:65-3:14, 3:15-21, 4:34-38, 5:10-51;<br>• Nussbaumer 160 at Figs. 1-9, 2:23-44, 2:50-59, 3:20-41, 4:5-13, 5:10-15;<br>• Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32;<br>• Ehrenkranz 215 at Abstract, Figs. 1-9B;<br>• Brennan 465 at 4:16-66, Figs. 1-2, 6;<br>• Washington 508 at Figs. 1-5, 11-12, 2:24-27, 2:40-52, 5:22-62, 10:23-34;<br>• Conkling 541 at Figs. 12-15, Figs. 12-15, 3:29-49, 6:43-68, 7:2-11;<br>• Nigay 463 at Figs. 1-3, 1:65-2:62;<br>• McGuire 347 at Figs. 1-4, Abstract, 2:35-40, 5:25-30, 6:1-35;<br>• Carns 997 at Figs. 2-5, 6:15-31;<br>• Kubo 983 at Figs. 1a-2, Abstract, 2:44-3:5, 4:19-33, 5:8-27; |

| 989 Patent Claim Language | Prior Art |
|---|---|
| | • Kubo 052 at Figs. 1a-4, Abstract, 3:53-4:59;<br>• Lawrence 564 at Figs. 1-10, Abstract, 5:8-6:27, 7:28-56;<br>• Lawrence 222 at Figs. 1-10, 14, Abstract, 5:8-6:27, 7:28-56, 11:24-36;<br>• Etheredge 606 at Figs. 1-3, Abstract, 4:7-60, 5:212-54;<br>• Kraus 339 at Abstract, Figs. 1-7, 4:47-5:15;<br>• Cheng 133 at Figs. 7A-9, 16:53-17:54;<br>• Snyder 560 at Figs. 1-5, 4:5-5:47;<br>• Sweetser 793 at Figs. 1-2, 3:35-4:31;<br>• Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64;<br>• Scott 384 at 3:15-31, Figs. 3-4;<br>• Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35;<br>• Otto 137 at Figs. 1-2, 3:7-64, 4:10-28;<br>• Fell 044 at Figs. 1-8, Abstract, 1:6-50, 3:18-7:42, 23:12-14;<br>• Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61;<br>• Harvie 964 at Figs. 1-3, 9:25-10:45;<br>• Harvie 012 at Figs. 1-3, 8:29-9:51;<br>• Harvie 043 at Figs. 1-3, 9:66-10:58;<br>• Easter 366 at Figs. 5-9, 5:54-6:10;<br>• Trabold 781 at Abstract, Figs. 1-8, 2:35-51;<br>• Cheng 245 at 24:12-35, 29:27-52, 37:35-57, 38:48-53;<br>• Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33;<br>• Suzuki 250 at Abstract, Figs. 1-5, 8, 11, claim 1, 2:41-55, 11:65-12:21;<br>• Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26;<br>• Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54;<br>• Mombrinie 389 at Figs. 1-4, 9, 4:17-26, 4:61-5:7, 5:15-19;<br>• Swiecicki 634 at Figs. 1-8, 2:14-34, 4:59-5:9, 11:42-61;<br>• Okabe 706 at 7:40-8:14, Figs. 3-4;<br>• Sanchez 508 at Abstract, Fig. 8, 6:21-31;<br>• Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27; |

| 989 Patent Claim Language | Prior Art |
|---|---|
| | • Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56;<br>• Grundke 161 at Figs. 1-5, paras. 20-24, 33;<br>• Scott 749 at Figs. 3-4, paras. 74-75, 79;<br>• Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46;<br>• Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66;<br>• Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32;<br>• Mombrinie 639 at Figs. 1-9, paras. 13-14, 31-38, 40, 43;<br>• Mahnensmith 080 at Abstract, Figs. 1-5, paras. 8-9, 17-20, 30-31;<br>• Wightman 214 at Figs. 2b, 4b, 5-6, paras. 87, 92;<br>• Coley 804 at Figs. 1-5, Abstract, paras. 18-19, 21-24;<br>• Van Den Heuvel 894 at Figs. 1-4, paras. 5, 7, 40, 42, 44, 51;<br>• Van Den Heuvel 823 at Figs. 1-4, 1:27-2:7, 6:18-26, 6:28-7:3, 7:15-20, 7:22-24, 7:25-30, 8:17-20, 8:22-25;<br>• Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:8-21, 9:23-25;<br>• Goldenberg 638 at Abstract, Figs. 1-3, 3:20-42, 6:44-57;<br>• Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;<br>• Wada 625 at Fig. 24, paras. 188-194;<br>• Schmitt 710 at Figs. 3-6, cols. 1-2;<br>• Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13;<br>• Chiku 946 at Figs. 1, 2, 6, 7, Abstract, paras. 6-7, 14;<br>• Mizuguchi 641 at Figs. 1, 2, 6, 7, Abstract, paras. 6-7, 14;<br>• Ishii 108 at Figs. 1-4, paras 1-13;<br>• Macaulay 2007 at pp. 641-643;<br>• 2006 British Health Publication at pp. 14-15;<br>• Omni Starter Kit Brochure;<br>• Omni Brochure;<br>• Omni Presentation; |

| 989 Patent Claim Language | Prior Art |
|---|---|
| | • 2015 Omni Catalog;<br>• Omni 2007 AMXD User & Maintenance Guide at pp. 10, 21;<br>• Omni AMXD/AMXDmax devices;<br>• 2015 PureWick brochure at pp. 1-4;<br>• Medtech Finalists 2014;<br>• PureWick Prior Art Devices. |
| a fluid outlet at a second end, | Fluid impermeable casings having a fluid outlet at another end were well known at the time of the alleged invention.  See corresponding claim elements in the 376 patent.<br><br>• Scott 234 at 1:29-48, Figs. 1-3;<br>• Duke 046 at Figs. 1-3, 1:63-2:23;<br>• Keane 768 at Abstract, 1:65-2:10, 3:49-4:16, Fig. 9-10;<br>• Flower 300 at Figs. 2, 7, 1:11-15, 2:22-24, 3:23-32;<br>• Larson 025 at Abstract, Fig. 2, 3:21-25, 4:47-52;<br>• Hessner 418 at 6:36-43;<br>• Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32;<br>• Brennan 465 at 4:16-66, Figs. 1-2, 6;<br>• Washington 508 at Figs. 1-12, 2:33-38, 5:63-6:10;<br>• Conkling 541 at Figs. 12-15, 3:29-49, 6:43-68, 7:2-11;<br>• Nigay 463 at Figs. 1-3, 1:65-2:62;<br>• McGuire 347 at Figs. 1-4, Abstract, 2:35-40, 5:25-30, 6:1-35;<br>• McGuire 699 at Figs. 1-6, 4:1-19, 4:68-5:2, 6:61-64;<br>• Skow 735 at Abstract, Figs. 1-11, 3:48-51, 6:16-67;<br>• Argenta 643 at Figs. 1, 5; 3:31-51, 6:46-64, 7:10-23, 7:56-58;<br>• Carns 997 at Figs. 2-5, 6:15-31;<br>• Kubo 983 at Figs. 1a-2, Abstract, 2:44-3:5, 4:19-33, 5:1-7;<br>• Kubo 052 at Figs. 1a-4, Abstract, 3:53-4:59; |

| **989 Patent Claim Language** | **Prior Art** |
|---|---|
| | • Lawrence 564 at Figs. 1-10, Abstract, 5:8-6:27, 7:28-56;<br>• Lawrence 222 at Figs. 1-10, 14, Abstract, 5:8-6:27, 7:28-56, 11:24-36;<br>• Kraus 339 at Abstract, Figs. 1-7, 4:47-5:15;<br>• Triunfol 675 at Figs. 1-5, claims 1-4, 3:66-4:7, 4:2-7;<br>• Robertson 771 at Figs. 1-2, 2:56-3:44;<br>• Cheng 133 at Figs. 7A-9, 16:53-17:54;<br>• Snyder 560 at Figs. 1-5, 4:5-5:47;<br>• Sweetser 793 at Figs. 1-2, 3:35-4:31;<br>• Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64;<br>• Scott 384 at 3:15-31, Figs. 3-4;<br>• Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35;<br>• Otto 137 at Figs. 1-2, 3:7-64, 4:10-28;<br>• Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61;<br>• Easter 366 at Figs. 5-9, 5:54-6:10;<br>• Harvie 964 at Figs. 1-3, 9:25-10:45;<br>• Harvie 012 at Figs. 1-3, 8:29-9:51;<br>• Harvie 043 at Figs. 1-3, 9:66-10:58;<br>• Trabold 781 at Abstract, Figs. 1-8, 2:35-51;<br>• Cheng 245 at 24:12-35, 29:27-52, 37:35-57, 38:48-53;<br>• Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33;<br>• Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26;<br>• Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54;<br>• Mombrinie 389 at Figs. 1-4, 9, 4:17-26, 4:61-5:7, 5:15-19;<br>• Okabe 706 at Figs. 1-9, 3:36-45, 4:10-21, 6:13-17;<br>• Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56;<br>• Sanchez 508 at Abstract, Fig. 8, 6:21-31;<br>• Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27;<br>• Grundke 161 at Figs. 1-5, paras. 20-24, 33;<br>• Scott 749 at Figs. 3-4, paras. 74-75, 79;<br>• Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46; |

| 989 Patent Claim Language | Prior Art |
|---|---|
| | • Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66; <br> • Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32; <br> • Mombrinie 639 at Figs. 1-9, paras. 13-14, 31-38, 40, 43; <br> • Mahnensmith 080 at Abstract, Figs. 1-5, paras. 23, 30-31; <br> • Van Den Heuvel 894 at Figs. 1-4, paras. 5-7, 40, 42, 44, 51; <br> • Van Den Heuvel 823 at Figs. 1-4, 2:14-17, 3:21-25, 4:13-19, 7:15-30; <br> • Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 6:1-7, 9:8-21, 9:23-25; <br> • Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55; <br> • Wada 625 at Fig. 24, paras. 188-194; <br> • Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13; <br> • Goldenberg 638 at Abstract, Figs. 1-3, 3:20-42, 6:44-57; <br> • Schmitt 710 at Figs. 3-6, cols. 1-2; <br> • Chiku 946 at Figs. 1, 2, 6, 7, Abstract, paras. 6-7, 14; <br> • Mizuguchi 641 at Figs. 1, 2, 6, 7, Abstract, paras. 6-7, 14; <br> • Ishii 108 at Figs. 1-4, paras 1-13; <br> • Macaulay 2007 at pp. 641-643; <br> • 2006 British Health Publication at pp. 14-15; <br> • Medtech Finalists 2014; <br> • 2014 Medtech Announcement at p. 3; <br> • Omni Starter Kit Brochure; <br> • Omni Brochure; <br> • Omni Presentation; <br> • 2015 Omni Catalog; <br> • Omni 2007 AMXD User & Maintenance Guide at pp. 10, 21; <br> • Omni AMXD/AMXDmax devices; <br> • 2015 PureWick brochure at pp. 1-4; <br> • PureWick Prior Art Devices. |
| and a longitudinally extending fluid impermeable layer coupled to the fluid reservoir and the fluid outlet and defining a | Fluid impermeable casings having a longitudinally extending fluid impermeable layer coupled to a fluid reservoir and a fluid |

| 989 Patent Claim Language | Prior Art |
|---|---|
| longitudinally elongated opening between the fluid reservoir and the fluid outlet; | outlet and defining a longitudinally elongated opening between the reservoir and outlet were well known at the time of the alleged invention.  For example, in the case of urine collection devices, such a configuration is shaped for the female anatomy as discussed above while allowing for urine collection and removal. See corresponding claim elements in the 376 patent.<br><br>• Duke 046 at Figs. 1-3, 1:63-2:23;<br>• Keane 768 at Abstract, 1:65-2:10, 2:46-56, Fig. 9-10;<br>• Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33, 5:34-6:4, 6:36-43;<br>• Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32;<br>• Conkling 541 at Figs. 12-15, 3:29-49, 6:43-68, 7:2-11;<br>• Nigay 463 at Figs. 1-3, 1:65-2:62;<br>• Carns 997 at Figs. 2-5, 6:15-31;<br>• Lawrence 564 at Figs. 1-10, Abstract, 5:8-6:27, 7:28-56;<br>• Lawrence 222 at Figs. 1-10, 14, Abstract, 5:8-6:27, 7:28-56, 11:24-36;<br>• Kraus 339 at Abstract, Figs. 1-7, 4:47-5:15;<br>• Robertson 771 at Figs. 1-2, 2:56-3:44;<br>• Cheng 133 at Figs. 7A-9, 16:53-17:54;<br>• Snyder 560 at Figs. 1-5, 4:5-5:47;<br>• Sweetser 793 at Figs. 1-2, 3:35-4:31;<br>• Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64;<br>• Scott 384 at 3:15-31, Figs. 3-4;<br>• Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35;<br>• Otto 137 at Figs. 1-2, 3:7-64, 4:10-28;<br>• Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61;<br>• Easter 366 at Figs. 5-9, 5:54-6:10;<br>• Harvie 964 at Figs. 1-3, 9:25-10:45;<br>• Harvie 012 at Figs. 1-3, 8:29-9:51;<br>• Harvie 043 at Figs. 1-3, 9:66-10:58;<br>• Trabold 781 at Abstract, Figs. 1-8, 2:35-51; |

| 989 Patent Claim Language | Prior Art |
|---|---|
| | <ul><li>Cheng 245 at 24:12-35, 29:27-52, 37:35-57, 38:48-53;</li><li>Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33;</li><li>Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26;</li><li>Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54;</li><li>Mombrinie 389 at Figs. 1-4, 9, 4:17-26, 4:61-5:7, 5:15-19;</li><li>Okabe 706 at Figs. 1-9, 3:36-45, 4:10-21, 6:13-17;</li><li>Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56;</li><li>Sanchez 508 at Abstract, Fig. 8, 6:21-31;</li><li>Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27;</li><li>Grundke 161 at Figs. 1-5, paras. 20-24, 33;</li><li>Scott 749 at Figs. 3-4, paras. 74-75, 79;</li><li>Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46;</li><li>Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66;</li><li>Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32;</li><li>Mombrinie 639 at Figs. 1-9, paras. 13-14, 31-38, 40, 43;</li><li>Mahnensmith 080 at Abstract, Figs. 1-5, paras. 9-11, 17-22, 24, 30-31;</li><li>Van Den Heuvel 894 at Figs. 1-4, paras. 5, 7, 17, 23, 40, 44;</li><li>Van Den Heuvel 823 at Figs. 1-4, 1:27-2:7, 7:22-24, 6:18-26, 7:5-13, 8:22-25;</li><li>Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:8-21, 9:23-25;</li><li>Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;</li><li>Wada 625 at Fig. 24, paras. 188-194;</li><li>Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13;</li><li>Goldenberg 638 at Abstract, Figs. 1-3, 3:20-42, 6:44-57;</li><li>Schmitt 710 at Figs. 3-6, cols. 1-2;</li><li>Chiku 946 at Figs. 1-10, Abstract, paras. 6-11, 14-21, 23-26;</li></ul> |

| 989 Patent Claim Language | Prior Art |
|---|---|
| | • Mizuguchi 641 at Figs. 1-10, Abstract, paras 6-11, 14-21, 23-26;<br>• Ishii 108 at Figs. 1-4, paras 1-13;<br>• Macaulay 2007 at pp. 641-643;<br>• 2006 British Health Publication at pp. 14-15;<br>• Omni Starter Kit Brochure;<br>• Omni Brochure;<br>• Omni Presentation;<br>• 2015 Omni Catalog;<br>• Omni 2007 AMXD User & Maintenance Guide at pp. 10, 21;<br>• Omni AMXD/AMXDmax devices;<br>• 2015 PureWick brochure at pp. 1-4;<br>• Medtech Finalists 2014;<br>• PureWick Prior Art Devices. |
| a fluid permeable support disposed within the fluid impermeable casing with a portion extending across the longitudinally elongated opening, | Fluid permeable supports disposed within the casing with a portion extending across the elongated opening was well known at the time of the alleged invention, for example, allowing for support of a fluid permeable membrane. See corresponding claim elements in the 376 patent.<br><br>• Keane 768 at Abstract, 1:65-2:10, 2:46-56, 3:75-4:16, Fig. 9-10;<br>• Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33, 5:34-6:4, 6:36-43;<br>• Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32;<br>• Conkling 541 at Figs. 12-15, 3:29-49, 6:43-68, 7:2-11;<br>• Nigay 463 at Figs. 1-3, 1:65-2:62;<br>• Lawrence 564 at Figs. 1-10, Abstract, 5:8-6:27, 7:28-56, 11:24-36;<br>• Lawrence 222 at Figs. 1-10, 14, Abstract, 5:8-6:27, 7:28-56, 11:24-36;<br>• Washington 508 at Figs. 1-12, 2:33-38, 5:63-6:10;<br>• Cheng 133 at Figs. 7A-9, 16:53-17:54;<br>• Sweetser 793 at Figs. 1-2, 3:35-4:31;<br>• Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64;<br>• Scott 384 at 3:15-31, Figs. 3-4;<br>• Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35; |

| 989 Patent Claim Language | Prior Art |
|---|---|
| | - Fell 044 at Figs. 1-8, Abstract, 1:6-50, 3:18-7:42, 23:12-14; |
| | - Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61; |
| | - Easter 366 at Figs. 5-9, 5:54-6:10; |
| | - Harvie 964 at Figs. 1-3, 9:25-10:45; |
| | - Harvie 012 at Figs. 1-3, 8:29-9:51; |
| | - Harvie 043 at Figs. 1-3, 9:66-10:58; |
| | - Cheng 245 at 24:12-35, 29:27-52, 37:35-57, 38:48-53; |
| | - Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33; |
| | - Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26; |
| | - Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54; |
| | - Mombrinie 389 at Figs. 1-4, 9, 4:17-26, 4:61-5:7, 5:15-19; |
| | - Okabe 706 at Figs. 1-9, 3:36-45, 4:10-21, 6:13-17; |
| | - Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56; |
| | - Sanchez 508 at Abstract, Fig. 8, 6:21-31; |
| | - Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27; |
| | - Scott 749 at Figs. 3-4, paras. 74-75, 79; |
| | - Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46; |
| | - Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66; |
| | - Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32; |
| | - Mombrinie 639 at Figs. 1-9, paras. 13-14, 31-38, 40, 43; |
| | - Mahnensmith 080 at Abstract, Figs. 1-5, paras. 8-9, 17-20, 30-31; |
| | - Van Den Heuvel 894 at Figs. 1-4, paras. 5, 7, 13-14, 38-44; |
| | - Van Den Heuvel 823 at Figs. 1-4, 1:27-2:7, 6:18-26, 6:28-7:3, 7:15-20, 7:22-24, 7:25-30, 8:17-20, 8:22-25; |
| | - Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:8-21, 9:23-28, 10:1-4; |
| | - Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55; |
| | - Wada 625 at Fig. 24, paras. 188-194; |

| 989 Patent Claim Language | Prior Art |
|---|---|
| | • Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13;<br>• Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:7-19, 9:8-21, 9:23-10:9;<br>• Chiku 946 at Figs. 1, 2, 6, 7, Abstract, paras. 6-7, 14;<br>• Mizuguchi 641 at Figs. 1, 2, 6, 7, Abstract, paras. 6-7, 14<br>• Macaulay 2007 at pp. 641-643;<br>• 2006 British Health Publication at pp. 14-15;<br>• Omni Starter Kit Brochure;<br>• Omni Brochure;<br>• Omni Presentation;<br>• 2015 Omni Catalog;<br>• Omni 2007 AMXD User & Maintenance Guide at pp. 10, 21;<br>• Omni AMXD/AMXDmax devices;<br>• 2015 PureWick brochure at pp. 1-4;<br>• Medtech Finalists 2014;<br>• PureWick Prior Art Devices. |
| wherein the fluid permeable support is distinct from and at least proximate to the fluid reservoir; | Fluid permeable supports distinct from and near the fluid reservoir were well known at the time of the alleged invention. For example, in the case of urine collection devices, such a configuration prevented the support from being in a urine reservoir but close enough to allow for urine to enter the reservoir. See corresponding claim elements in the 376 patent.<br><br>• Keane 768 at Abstract, 1:65-2:10, 2:46-56, 3:75-4:16, Fig. 9-10;<br>• Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33, 5:34-6:4, 6:36-43;<br>• Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;<br>• Washington 508 at Figs. 1-5, 2:24-67, 5:22-6:67;<br>• Conkling 541 at Figs. 12-15, 6:43-68;<br>• Nigay 463 at Figs. 1-3, 1:65-2:62;<br>• Triunfol 675 at Figs. 1-5, claims 1-4, 3:66-4:7, 4:2-7;<br>• Sweetser 793 at Figs. 1-2, 3:35-4:31; |

| 989 Patent Claim Language | Prior Art |
|---|---|
| | • Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35;<br>• Mombrinie 389 at Figs. 1-4, 9, 4:17-26, 4:61-5:7, 5:15-19;<br>• Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56;<br>• Sanchez 508 at Abstract, Fig. 8, 6:21-31;<br>• Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27;<br>• Scott 749 at Figs. 3-4, paras. 74-75, 79;<br>• Scott 384 at 3:15-31, Figs. 3-4;<br>• Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46;<br>• Mombrinie 639 at Figs. 1-9, paras. 13-14, 31-38, 40, 43;<br>• Mahnensmith 080 at Abstract, Figs. 1-5, paras. 8-11, 17-20, 30-31;<br>• Van Den Heuvel 894 at Figs. 1-4, paras. 42, 44;<br>• Van Den Heuvel 823 at Figs. 1-4, 6:18-26, 7:15-20, 7:22-24, 8:22-25;<br>• Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:17-19, 9:8-21, 9:23-28, 10:1-4;<br>• Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;<br>• Wada 625 at Fig. 24, paras. 188-194;<br>• Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13;<br>• Chiku 946 at Figs. 1, 2, 6, 7, Abstract, claim 10, paras. 8, 14-15;<br>• Mizuguchi 641 at Figs. 1, 2, 6, 7, Abstract, claim 10, paras. 8, 14-15;<br>• Macaulay 2007 at pp. 641-643;<br>• 2006 British Health Publication at pp. 14-15;<br>• Medtech Finalists 2014;<br>• PureWick Prior Art Devices. |
| a fluid permeable membrane disposed on the fluid permeable support and covering at least the portion of the fluid permeable support that extends across the longitudinally elongated opening, so that the fluid permeable membrane is supported on the fluid permeable support and disposed across the longitudinally elongated opening; | Using multiple layers of permeable materials is well known in the body fluid collection art to facilitate fluid flow.  Fluid permeable membranes disposed on a permeable support and covering part of the support that extends across the opening where fluid enters were well known in the art at the time of the alleged invention.  In such configurations, |

| 989 Patent Claim Language | Prior Art |
|---|---|
|  | the membrane is supported on the support and disposed across the opening, enhancing fluid collection. See corresponding claim elements in the 376 patent. <br><br> • Keane 768 at Figs. 9-10, 3:75-4:16; <br> • Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33; <br> • Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32; <br> • Lawrence 564 at Figs. 1-10, Abstract, 5:8-6:27, 7:28-56; <br> • Lawrence 222 at Figs. 1-10, 14, Abstract, 5:8-6:27, 7:28-56, 11:24-36; <br> • Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64; <br> • Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35; <br> • Fell 044 at Figs. 1-8, Abstract, 1:6-50, 3:18-7:42, 23:12-14; <br> • Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61; <br> • Harvie 964 at Figs. 1-3, 9:25-10:45; <br> • Harvie 012 at Figs. 1-3, 8:29-9:51; <br> • Harvie 043 at Figs. 1-3, 9:66-10:58; <br> • Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33; <br> • Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26; <br> • Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54; <br> • Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32; <br> • Mombrinie 389 at Figs. 1-4, 9, 4:17-26, 4:61-5:7, 5:15-19; <br> • Okabe 706 at Figs. 1-9, 3:36-45, 4:10-21, 6:13-17; <br> • Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56; <br> • Sanchez 508 at Abstract, Fig. 8, 6:21-31; <br> • Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27; <br> • Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46; <br> • Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66; <br> • Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32; |

| 989 Patent Claim Language | Prior Art |
|---|---|
|  | • Mombrinie 639 at Figs. 1-9, paras. 13-14, 31-38, 40, 43; <br> • Mahnensmith 080 at Abstract, Figs. 1-5, paras. 10-11, 20-22, 24, 30-31; <br> • Van Den Heuvel 894 at para. 5; <br> • Van Den Heuvel 823 at 1:27-2:12, 2:25-27; <br> • Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:8-21, 9:23-10:1, 10:4-9; <br> • Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55; <br> • Wada 625 at Fig. 24, paras. 188-194; <br> • Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13; <br> • Medtech Finalists 2014; <br> • 2014 Medtech Announcement at p. 3; <br> • Macaulay 2007 at pp. 641-643; <br> • Omni Starter Kit Brochure; <br> • Omni Brochure; <br> • Omni Presentation; <br> • 2015 Omni Catalog; <br> • Omni 2007 AMXD User & Maintenance Guide at pp. 10, 21; <br> • Omni AMXD/AMXDmax devices; <br> • 2015 PureWick brochure at pp. 1-4; <br> • PureWick Prior Art Devices. |
| a tube having a first end disposed in the fluid reservoir and extending behind at least the portion of the fluid permeable support and the portion of the fluid permeable membrane disposed across the longitudinally elongated opening and extending through the fluid outlet to a second, fluid discharge end, | Fluid discharge tubes were known at the time of the alleged invention to assist in discharge of fluid from a body fluid collection appartus to a location outside of the apparatus.  It was known to have such tubes extend from the fluid reservoir, behind a portion of the membrane and support disposed across the fluid opening, and through to the fluid outlet. See corresponding claim elements in the 376 patent. <br><br> • Keane 768 at Abstract, Figs. 9-10, 1:65-2:10, 3:47-4:16; <br> • Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32; <br> • Suzuki 250 at Abstract, Figs. 1-5, 8, 11, 11:65-12:21; <br> • Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35; |

| 989 Patent Claim Language | Prior Art |
|---|---|
|  | <ul><li>Sanchez 508 at Abstract, Fig. 8, 6:21-31;</li><li>Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27;</li><li>Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46;</li><li>Van Den Heuvel 894 at Figs. 1-4, paras. 19, 42, 44, 47;</li><li>Van Den Heuvel 823 at Figs. 1-4, 2:14-17, 3:21-25, 4:13-19, 7:15-30;</li><li>Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;</li><li>Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13;</li><li>Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:7-19, 9:8-21, 9:23-10:9;</li><li>Chiku 946 at Figs. 5, 10, 1, 2, 7, Abstract, paras. 11-12;</li><li>Mizuguchi 641 at Figs. 5, 10, 1, 2, 7, Abstract, paras. 11-12;</li><li>Macaulay 2007 at pp. 641-643;</li><li>2006 British Health Publication at pp. 14-15;</li><li>Medtech Finalists 2014;</li><li>PureWick Prior Art Devices.</li></ul> |
| the operative relationship includes the longitudinally elongated opening being adjacent to the urethral opening; | As discussed above, it was well understood that the longitudinally elongated opening should be placed adjacent to the urethra for urine collection devices for women.<br><br><ul><li>Keane 768 at Abstract, 1:65-2:10, 3:75-4:16, Figs. 4, 9-10;</li><li>Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32;</li><li>Martin 061 at Figs. 1, 8, 2:65-3:14, 3:15-21, 4:34-38, 5:10-51;</li><li>Lawrence 564 at Figs. 1-10, Abstract, 5:8-6:27, 7:28-56, 11:1-19;</li><li>Washington 508 at Figs. 1-9, 2:24-67, 5:22-6:67;</li><li>Lawrence 222 at Figs. 1-10, 14, Abstract, 5:8-6:27, 7:28-56, 11:1-19;</li><li>Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64;</li><li>Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35;</li></ul> |

| 989 Patent Claim Language | Prior Art |
|---|---|
| | • Fell 044 at Figs. 1-8, Abstract, 1:6-50, 3:18-7:42, 23:12-14; |
| | • Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61; |
| | • Harvie 964 at Figs. 1-3, 9:25-10:45; |
| | • Harvie 012 at Figs. 1-3, 8:29-9:51; |
| | • Harvie 043 at Figs. 1-3, 9:66-10:58; |
| | • Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33; |
| | • Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26; |
| | • Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54; |
| | • Mombrinie 389 at Figs. 1-4, 9, 4:17-26, 4:61-5:7, 5:15-19; |
| | • Okabe 706 at Figs. 1-9, 3:36-45, 4:10-21, 6:13-17; |
| | • Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56; |
| | • Sanchez 508 at Abstract, Fig. 8, 6:21-31; |
| | • Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27; |
| | • Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46; |
| | • Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66; |
| | • Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32; |
| | • Mombrinie 639 at Figs. 1-9, para 13-14, 31-38, 40, 43; |
| | • Mahnensmith 080 at Abstract, Figs. 1-5, paras. 25, 30-31; |
| | • Van Den Heuvel 894 at Figs. 1-4, paras. 13-14, 38-44; |
| | • Van Den Heuvel 823 at Figs. 1-4, 2:14-17, 3:21-25, 4:13-19, 6:28-7:3, 7:15-30, 8:17-20; |
| | • Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:7-10:1, 10:4-9; |
| | • Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55; |
| | • Wada 625 at Fig. 24, paras. 188-194; |
| | • Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13; |
| | • Macaulay 2007 at pp. 641-643; |

| 989 Patent Claim Language | Prior Art |
|---|---|
| | <ul><li>2006 British Health Publication at pp. 14-15;</li><li>Medtech Finalists 2014;</li><li>2014 Medtech Announcement at p. 3;</li><li>Omni Starter Kit Brochure;</li><li>Omni Brochure;</li><li>Omni Presentation;</li><li>2015 Omni Catalog;</li><li>Omni 2007 AMXD User & Maintenance Guide at pp. 10, 21;</li><li>Omni AMXD/AMXDmax devices;</li><li>2015 PureWick brochure at pp. 1-4;</li><li>PureWick Prior Art Devices.</li></ul> |
| allowing urine discharged from the urethral opening to be received through the longitudinally elongated opening of the longitudinally extending fluid impermeable layer, the fluid permeable membrane, the fluid permeable support, and into the fluid reservoir; and allowing the received urine to be withdrawn from the fluid reservoir via the tube and out of the fluid discharge end of the tube. | It was well understood at the time of the alleged invention that urine would be discharged and would travel through the opening, into the permeable membrane and support, and into the reservoir where it could be withdrawn via a discharge tube. See corresponding claim elements in the 376 patent.<br><br><ul><li>Keane 768 at Abstract, Figs. 4, 9-10, 1:67-2:32, 3:60-4:16;</li><li>Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33, 5:34-6:4, 6:36-43;</li><li>Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32;</li><li>Suzuki 250 at Abstract, claim 1, 2:41-55, Figs. 1-5, 8, 11, 3:4-13, 6:3-6; 11:65-12:21;</li><li>Lawrence 564 at Figs. 1-10, Abstract, 5:8-6:27, 7:28-56, 11:1-19;</li><li>Washington 508 at Figs. 1-5, 2:24-67, 5:22-6:67;</li><li>Lawrence 222 at Figs. 1-10, 14, Abstract, 5:8-6:27, 7:28-56, 11:1-19;</li><li>Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64;</li><li>Wolff 066 at Fig. 5b, 5:56-6:35;</li><li>Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61;</li><li>Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54;</li></ul> |

| 989 Patent Claim Language | Prior Art |
|---|---|
|  | • Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33;<br>• Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32;<br>• Sanchez 508 at Abstract, Fig. 8, 3:22-49, 6:21-31;<br>• Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27;<br>• Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46;<br>• Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26;<br>• Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66;<br>• Mahnensmith 080 at Abstract, Figs. 1-5, paras. 10-11, 20-22, 24-25, 30-31;<br>• Van Den Heuvel 894 at Figs. 1-4, paras. 5, 13-14, 38-44;<br>• Van Den Heuvel 823 at Figs. 1-4, 6:18-26, 7:5-13, 8:22-25, 7:23-25;<br>• Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:7-21, 9:23-28, 10:1-9;<br>• Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13;<br>• Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;<br>• Macaulay 2007 at pp. 641-643;<br>• Omni Starter Kit Brochure;<br>• Omni Brochure;<br>• Omni Presentation;<br>• 2015 Omni Catalog;<br>• Omni 2007 AMXD User & Maintenance Guide at pp. 10, 21;<br>• Omni AMXD/AMXDmax devices;<br>• 2015 PureWick brochure at pp. 1-4;<br>• Medtech Finalists 2014;<br>• PureWick Prior Art Devices. |
| **Claim 2** | |
| 2. The method of claim 1, further comprising fluidically coupling the fluid discharge end of the tube to a source of vacuum to assist in withdrawing the urine from the fluid reservoir via the tube. | See Claim 1.<br><br>As discussed above, it was well known at the time of the alleged invention that a fluid discharge tube could be coupled to a vacuum |

| **989 Patent Claim Language** | **Prior Art** |
|---|---|
| | source to assist in withdrawing fluid (such as urine) from a reservoir in a body fluid collection device.<br><br>• Scott 234 at 2:32-54, Fig. 1;<br>• Keane 768 at Abstract, 1:31-41, 2:6-10, 3:49-56, 3:60-65, 4:4-34, Fig. 4, 9-10;<br>• Hessner 418 at 6:36-43;<br>• Flower 300 at Figs. 2, 7, 1:11-15, 2:22-24, 3:23-32;<br>• Larson 025 at Abstract, Fig. 2, 3:21-25, 4:47-52;<br>• Hessner 418 at Abstract, Figs. 1-8, 3:26-31, 5:54-57, 6:36-43;<br>• Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32;<br>• Martin 061 at Figs. 1, 8, 2:65-3:14, 3:15-21, 4:34-38, 5:10-51;<br>• Crowley 928 at 2:31-48, Fig. 3-5;<br>• Brennan 465 at 4:16-66, Figs. 1-2, 6;<br>• Nigay 463 at Figs. 1-3, 1:65-2:62;<br>• McGuire 347 at Figs. 1-4, Abstract, 2:35-40, 5:25-30, 6:1-35;<br>• McGuire 699 at Figs. 1-6, 4:1-19, 4:68-5:2, 6:61-64;<br>• Skow 735 at Abstract, Figs. 1-11, 3:48-51, 6:16-67;<br>• Argenta 643 at Figs. 1, 5; 3:31-51, 6:46-64, 7:10-23, 7:56-58;<br>• Lawrence 564 at Figs. 1-10, Abstract, 4:47-55, 5:8-6:27, 6:21-25, 6:40-42, 7:28-56, 8:8-29, 8:38-10:29;<br>• Lawrence 222 at Figs. 1-10, Abstract, 4:47-55, 5:8-6:27, 6:21-25, 6:40-42, 7:28-56, 8:8-29, 8:38-10:29;<br>• Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64;<br>• Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35;<br>• Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61;<br>• Easter 366 at Figs. 5-9, 5:54-6:10;<br>• Harvie 964 at Figs. 1-3, 9:25-10:45;<br>• Harvie 012 at Figs. 1-3, 8:29-9:51;<br>• Harvie 043 at Figs. 1-3, 9:66-10:58<br>• Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33; |

| **989 Patent Claim Language** | **Prior Art** |
|---|---|
| | • Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26;<br>• Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54;<br>• Mombrinie 389 at Figs. 1-4, 9, 4:17-26, 4:61-5:7, 5:15-19;<br>• Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56;<br>• Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46;<br>• Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66;<br>• Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32;<br>• Sanchez 508 at Abstract, Fig. 8, 3:22-49, 6:21-31;<br>• Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27;<br>• Mombrinie 639 at Figs. 1-9, paras. 13-14, 31-38, 40, 43;<br>• Mahnensmith 080 at Abstract, Fig. 3, paras. 10, 23;<br>• Van Den Heuvel 894 at Figs. 1-4, paras. 5-6, 21, 46;<br>• Van Den Heuvel 823 at 1:27-2:7;<br>• Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 2:4-10, 5:12-30, 6:1-7, 9:3-5;<br>• Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13;<br>• Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;<br>• Wada 625 at Fig. 24, paras. 188-194;<br>• Schmitt 710 at Figs. 3-6, cols. 1-2;<br>• Chiku 946 at Figs. 5, 12, claim 14, paras. 18-19;<br>• Mizuguchi 641 at Figs. 5, 12, claim 14, paras. 18-19;<br>• Ishii 108 at Figs. 1-4, paras 1-13;<br>• Macaulay 2007 at pp. 641-643;<br>• 2006 British Health Publication at pp. 14-15;<br>• Medtech Finalists 2014;<br>• 2014 Medtech Announcement at p. 3;<br>• Omni Starter Kit Brochure;<br>• Omni Brochure;<br>• Omni Presentation; |

| 989 Patent Claim Language | Prior Art |
|---|---|
| | • 2015 Omni Catalog;<br>• Omni 2007 AMXD User & Maintenance Guide at pp. 10, 21;<br>• Omni AMXD/AMXDmax devices;<br>• 2015 PureWick brochure at pp. 1-4;<br>• PureWick Prior Art Devices. |
| **Claim 3** | |
| 3. The method of claim 1, further comprising: fluidically coupling the fluid discharge end of the tube to a fluid receptacle and allowing urine withdrawn from the fluid reservoir of the urine collecting apparatus via the tube to be received in the fluid receptacle. | See Claims 1 and 2.<br><br>As discussed above, it was well known at the time of the alleged invention that the fluid receptacles (including urine collection devices) could be coupled to the discharge end of the fluid discharge tube of a fluid collection apparatus, allowing withdrawn fliud to be withdrawn from the reservoir into the fluid receptacle via a tube.<br><br>• Keane 768 at Abstract, Figs. 4, 9-10, 1:67-2:32, 3:60-65;<br>• Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35;<br>• Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46;<br>• Martin 061 at Figs. 1, 8, 2:65-3:14, 3:15-21, 4:34-38, 5:10-51;<br>• Mahnensmith 080 at Abstract, Figs. 1-5, paras. 9-11, 17-22, 24, 30-31;<br>• Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56;<br>• Hessner 418 at 6:36-43;<br>• Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32;<br>• Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64;<br>• Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61;<br>• Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32;<br>• Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;<br>• Crowley 928 at 2:31-48, Fig. 3-5;<br>• Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54; |

| **989 Patent Claim Language** | **Prior Art** |
|---|---|
| | • Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66;<br>• Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26;<br>• Washington 508 at Figs. 6-9, 7:58-67;<br>• Lawrence 564 at Figs. 1-10, Abstract, 4:47-55, 5:8-6:27, 6:21-25, 6:40-42, 7:28-56, 8:8-29, 8:38-10:29;<br>• Lawrence 222 at Figs. 1-10, Abstract, 4:47-55, 5:8-6:27, 6:21-25, 6:40-42, 7:28-56, 8:8-29, 8:38-10:29;<br>• Nigay 463 at Figs. 1-3, 1:65-2:62;<br>• Scott 384 at 3:15-31, Figs. 3-4; Scott 749 at Figs. 3-4, paras. 74-75, 79;<br>• Otto 137 at Figs. 1-2, 3:7-64, 4:10-28;<br>• Suzuki 250 at Abstract, Figs. 1-5, 4:12-19, 6:3-6, 6:66-7:4;<br>• Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33;<br>• Wightman 214 at Figs. 2b, 4b, 5-6, paras. 87, 92;<br>• Sanchez 508 at Abstract, Fig. 8, 3:22-49, 6:21-31;<br>• Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27;<br>• Mahnensmith 080 at Abstract, Figs. 3, para. 23;<br>• Van Den Heuvel 894 at Figs. 1-4, paras. 5, 13-14, 38-44;<br>• Van Den Heuvel 823 at 1:27-2:7;<br>• Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 2:4-10, 5:12-30, 6:1-7, 9:3-5;<br>• Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;<br>• Wada 625 at Fig. 24, paras. 188-194;<br>• Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13;<br>• Schmitt 710 at Figs. 3-6, cols. 1-2;<br>• Chiku 946 at Figs. 5, 12, claim 14, paras. 18-19;<br>• Mizuguchi 641 at Figs. 5, 12, claim 14, paras. 18-19;<br>• Ishii 108 at Figs. 1-4, paras 1-13;<br>• Macaulay 2007 at pp. 641-643; |

| 989 Patent Claim Language | Prior Art |
|---|---|
| | • 2006 British Health Publication at pp. 14-15;<br>• Medtech Finalists 2014;<br>• 2014 Medtech Announcement at p. 3;<br>• Omni Starter Kit Brochure;<br>• Omni Brochure;<br>• Omni Presentation;<br>• 2015 Omni Catalog;<br>• Omni 2007 AMXD User & Maintenance Guide at pp. 10, 21;<br>• Omni AMXD/AMXDmax devices;<br>• 2015 PureWick brochure at pp. 1-4;<br>• PureWick Prior Art Devices. |
| **Claim 4** | |
| 4. The method of claim 1, further comprising removing the urine collecting apparatus from the operative relationship with the urethral opening of the user. | See Claim 1.<br><br>It was well understood at the time of the alleged invention that any urine collection device must be removed from the user's urethera at some point, for example, to change it or if the user was done using the device.<br><br>• Keane 768 at Abstract, Figs. 4, 9-10, 1:67-2:32, 3:75-4:16;<br>• Flower 300 at Figs. 2, 7, 1:11-15, 2:22-24, 3:23-32;<br>• Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33, 5:34-6:4, 6:36-43;<br>• Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32;<br>• Washington 508 at Figs. 1-5, 11-12, 2:24-27, 2:40-52, 5:22-62, 10:23-34;<br>• Fell 044 at Figs. 1-8, Abstract, 1:6-50, 3:18-7:42, 23:12-14;<br>• Kuntz 166 at Abstract, Figs. 1-8, 5:59-6:17;<br>• Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;<br>• Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64;<br>• Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61; |

| 989 Patent Claim Language | Prior Art |
|---|---|
|  | <ul><li>Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33, 5:66-6:4;</li><li>Tazoe 205 at 5:40-45; Tazoe 292 at para 42;</li><li>Wada 460 at 9:32-35;</li><li>Swiecicki 634 at Figs. 1-8, 2:14-34, 4:59-5:9, 11:42-61;</li><li>Okabe 706 at 8:21-26;</li><li>Sanchez 508 at Abstract, Fig. 1-8, 6:21-31;</li><li>Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27;</li><li>Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56;</li><li>Okabe 547 at para 41 ;</li><li>Mahnensmith 080 at para. 28;</li><li>Kuntz 355 at 9:33-53;</li><li>Coley 804 at Figs. 1-5, Abstract, paras. 18-19, 21-24;</li><li>Van Den Heuvel 894 at Figs. 1-4, paras. 5, 7, 40, 42, 44, 51;</li><li>Van Den Heuvel 823 at Figs. 1-4, 1:27-2:7, 6:18-26, 6:28-7:3, 7:15-20, 7:22-24, 7:25-30, 8:17-20, 8:22-25;</li><li>Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:8-21, 9:23-25;</li><li>Wada 625 at Fig. 24, paras. 129, 188-194;</li><li>Nolan 144 at Figs. 1-6, 1:55-82, 2:69-77;</li><li>Medtech Finalists 2014;</li><li>Macaulay 2007 at pp. 641-643;</li><li>2014 Medtech Announcement at p. 3;</li><li>Omni Starter Kit Brochure;</li><li>Omni Brochure;</li><li>Omni Presentation;</li><li>2015 Omni Catalog;</li><li>Omni 2007 AMXD User & Maintenance Guide at pp. 10, 21;</li><li>Omni AMXD/AMXDmax devices;</li><li>2015 PureWick brochure at pp. 1-4;</li><li>PureWick Prior Art Devices.</li></ul> |
| **Claim 5** |  |

| 989 Patent Claim Language | Prior Art |
|---|---|
| 5. The method of claim 4, wherein the urine collecting apparatus is a first urine collecting apparatus and further comprising disposing in operative relationship with the urethral opening of a female user a second urine collecting apparatus substantially similar to the first urine collecting apparatus. | See Claim 1 and 4.<br><br> It was well known at the time of the alleged invention that, after a user used one urine collecting device, one could routinely change it for a second similar device for example, it was well known to substitute a clean device to avoid infection or skin disease. A person of ordinary skill in the art would understand that, for urine collection, both disposable and reusable products would be replaced with clean, new products at a medically appropriate time.<br><br><ul><li>Keane 768 at Abstract, Figs. 4, 9-10, 1:67-2:32, 3:75-4:16;</li><li>Flower 300 at Figs. 2, 7, 1:11-15, 2:22-24, 3:23-32;</li><li>Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33, 5:34-6:4, 6:36-43;</li><li>Kuntz 166 at Abstract, Figs. 1-8, 5:59-6:17;</li><li>Washington 508 at Figs. 1-5, 11-12, 2:24-27, 2:40-52, 5:22-62, 10:23-34;</li><li>Fell 044 at Figs. 1-8, Abstract, 1:6-50, 3:18-7:42, 23:12-14;</li><li>Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64;</li><li>Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61;</li><li>Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33, 5:66-6:4;</li><li>Tazoe 205 at 5:40-45; Tazoe 292 at para 42;</li><li>Wada 460 at 9:32-35;</li><li>Swiecicki 634 at Figs. 1-8, 2:14-34, 4:59-5:9, 11:42-61;</li><li>Okabe 706 at 8:21-26;</li><li>Sanchez 508 at Abstract, Fig. 1-8, 6:21-31;</li><li> Suzuki 250 at 9:42-44;</li><li>Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27;</li><li>Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56;</li></ul> |

| 989 Patent Claim Language | Prior Art |
|---|---|
| | • Okabe 547 at para 41;<br>• Wada 625 at Fig. 24, paras. 129, 188-194;<br>• Kuntz 355 at 9:33-53;<br>• Coley 804 at Figs. 1-5, Abstract, paras. 18-19, 21-24;<br>• Van Den Heuvel 894 at Figs. 1-4, paras. 5, 7, 40, 42, 44, 51;<br>• Van Den Heuvel 823 at Figs. 1-4, 1:27-2:7, 6:18-26, 6:28-7:3, 7:15-20, 7:22-24, 7:25-30, 8:17-20, 8:22-25;<br>• Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:8-21, 9:23-25;<br>• Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;Nolan 144 at Figs. 1-6, 1:55-82, 2:69-77;<br>• Macaulay 2007 at pp. 641-643;<br>• Omni Starter Kit Brochure;<br>• Omni Brochure;<br>• Omni Presentation;<br>• 2015 Omni Catalog;<br>• Omni 2007 AMXD User & Maintenance Guide at pp. 10, 21;<br>• Omni AMXD/AMXDmax devices;<br>• Medtech Finalists 2014;<br>• 2014 Medtech Announcement at p. 3;<br>• 2015 PureWick brochure at pp. 1-4;<br>• PureWick Prior Art Devices . |
| **Claim 6** | |
| 6. The method of claim 1, wherein the fluid permeable support and fluid impermeable casing are cylindrical | See Claim 1.<br><br>As discussed above, there were a few design choices for body fluid collection apparatuses and it was well understood that cylindrical devices were suited for the female anatomy. It was understood to design the associated components such as the support and casing in accordance with the design of the device (*e.g.*, cylindrical) and that it would be obvious to modify existing devices to have an overall cylindrical shape (both for the support and casing) to comfortably comform |

| 989 Patent Claim Language | Prior Art |
|---|---|
| | to the anatomy. See corresponding claim elements in the 376 patent.<br><br>• Washington 508 at Figs. 1-5, 11-12, 2:24-67, 5:22-6:67;<br>• Lawrence 564 at Fig. 14, 11:24-35;<br>• Lawrence 222 at Fig. 14, 11:24-35;<br>• Sanchez 508 at Abstract, Fig. 8, 3:22-49, 6:21-31;<br>• Coley 804 at Figs. 1-5, Abstract, paras. 18-19, 21-24;<br>• 2015 PureWick brochure at pp. 1-4;<br>• Medtech Finalists 2014;<br>• PureWick Prior Art Devices.<br>• Keane 768 at Abstract, Figs. 4, 9-10, 1:67-2:32, 3:75-4:16;<br>• Flower 300 at Figs. 2, 7, 1:11-15, 2:22-24, 3:23-32;<br>• Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32;<br>• Washington 508 at Figs. 1-5, 11-12, 2:24-27, 2:40-52, 5:22-62, 10:23-34;<br>• Fell 044 at Figs. 1-8, Abstract, 1:6-50, 3:18-7:42, 23:12-14;<br>• Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64;<br>• Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61;<br>• Okabe 706 at 8:21-26;<br>• Sanchez 508 at Abstract, Fig. 1-8, 6:21-31;<br>• Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27;<br>• Kuntz 355 at 9:33-53;<br>• Van Den Heuvel 894 at Figs. 1-4, paras. 5, 7, 40, 42, 44, 51;<br>• Van Den Heuvel 823 at Figs. 1-4, 1:27-2:7, 6:18-26, 6:28-7:3, 7:15-20, 7:22-24, 7:25-30, 8:17-20, 8:22-25;<br>• Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:8-21, 9:23-25;<br>• Macaulay 2007 at pp. 641-643;<br>• 2014 Medtech Announcement at p. 3;<br>• Omni Starter Kit Brochure; |

| 989 Patent Claim Language | Prior Art |
|---|---|
| | • Omni Brochure;<br>• Omni Presentation;<br>• 2015 Omni Catalog;<br>• Omni 2007 AMXD User & Maintenance Guide at pp. 10, 21;<br>• Omni AMXD/AMXDmax devices; |
| and have a curved shape with the longitudinally elongated opening disposed on the inside of the curve, | It was well known at the time of the alleged invention to select an apparatus design consistent with the intended use of the apparatus. For example, urine collection devices for women were known to have a curved shape with the elongated opening disposed on the inside of the curve, consistent with the female anatomy.  See corresponding claim elements in the 376 patent.<br><br>• Keane 768 at Abstract, Figs. 4, 9-10, 1:67-2:32, 3:60-4:16;<br>• Ellis 185 at Figs. 1-3, 2:55-3:3;<br>• Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32;<br>• Martin 061 at Figs. 1, 8, 2:65-3:14, 3:15-21, 4:34-38, 5:10-51;<br>• Washington 508 at Figs. 1-12, 5:60-62, 7:1-7;<br>• Lawrence 564 at Figs. 1-10, Abstract, 5:8-6:27, 7:28-56, 11:1-19;<br>• Lawrence 222 at Figs. 1-10, 14, Abstract, 5:8-6:27, 7:28-56, 11:1-19;<br>• Carns 997 at Figs. 2-5, 6:15-31;<br>• Suzuki 250 at Abstract, Figs. 1-5, 4:12-19, 6:3-6, 6:66-7:4;<br>• Sanchez 508 at Abstract, Figs. 5 and 8, 3:22-49, 6:21-31;<br>• Coley 804 at Figs. 1-5, Abstract, paras. 18-19, 21-24;<br>• Van Den Heuvel 894 at Figs. 1-4, paras. 5, 13-14, 38-44;<br>• Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55 |

| 989 Patent Claim Language | Prior Art |
|---|---|
|  | • Van Den Heuvel 823 at Figs. 1-4, 2:14-17, 3:21-25, 4:13-19, 6:28-7:3, 7:15-30, 8:17-20;<br>• Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:7-21, 9:23-28, 10:1-9;<br>• Fell 044 at Figs. 1-8, Abstract, 1:6-50, 3:18-7:42, 23:12-14;<br>• Schmitt 710 at Figs. 3-6, cols. 1-2;<br>• Chiku 946 at Figs. 6, 10, 12, paras. 20, 21, 25-26;<br>• Mizuguchi 641 at Figs. 6, 10, 12, paras. 20, 21, 25-26;<br>• Medtech Finalists 2014;<br>• Macaulay 2007 at pp. 641-643;<br>• 2014 Medtech Announcement at p. 3;<br>• Omni Starter Kit Brochure;<br>• Omni Brochure;<br>• Omni Presentation;<br>• 2015 Omni Catalog;<br>• Omni 2007 AMXD User & Maintenance Guide at pp. 10, 21;<br>• Omni AMXD/AMXDmax devices;<br>• 2015 PureWick brochure at pp. 1-4;<br>• PureWick Prior Art Devices. |
| the disposing including disposing the urine collecting apparatus with the longitudinally elongated opening adjacent the urethral opening of the user | As discussed above, it was well known at the time of the alleged invention to dispose a body fluid collection device so that the opening was adjacent to the source of fluid. Urine collection devices were known to be arranged and oriented so that the elongated opening was adjacent the urethral opening of a female.<br><br>• Keane 768 at Abstract, 1:65-2:10, 3:75-4:16, Figs. 4, 9-10<br>• Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32;<br>• Martin 061 at Figs. 1, 8, 2:65-3:14, 3:15-21, 4:34-38, 5:10-51;<br>• Lawrence 564 at Figs. 1-10, Abstract, 5:8-6:27, 7:28-56, 11:1-19;<br>• Lawrence 222 at Figs. 1-10, 14, Abstract, 5:8-6:27, 7:28-56, 11:1-19;<br>• Harvie 027 at Figs. 1-3, 4:34-64, 7:17-64; |

| **989 Patent Claim Language** | **Prior Art** |
| --- | --- |
| | <ul><li>Wolff 066 at Fig. 5b, 3:34-47, 5:56-6:35;</li><li>Fell 044 at Figs. 1-8, Abstract, 1:6-50, 3:18-7:42, 23:12-14;</li><li>Harvie 899 at Figs. 1-3, 5:9-37, 7:56-8:35, 9:49-61;</li><li>Harvie 964 at Figs. 1-3, 9:25-10:45;</li><li>Harvie 012 at Figs. 1-3, 8:29-9:51;</li><li>Harvie 043 at Figs. 1-3, 9:66-10:58;</li><li>Machida 320 at Figs. 2, 4-5, Abstract, 2:63-3:10, 4:38-64, 5:9-33;</li><li>Wada 460 at Figs. 1-11, 4:32-50, 5:47-51, 7:7-23, 8:15-26;</li><li>Tazoe 205 at Figs. 11-12, 3:3-17, 8:4-54;</li><li>Mombrinie 389 at Figs. 1-4, 9, 4:17-26, 4:61-5:7, 5:15-19;</li><li>Okabe 706 at Figs. 1-9, 3:36-45, 4:10-21, 6:13-17;</li><li>Mahnensmith 262 at Abstract, Figs. 1-5, 2:30-67, 4:35-5:35, 6:18-56;</li><li>Sanchez 508 at Abstract, Fig. 8, 6:21-31;</li><li>Tsai 554 at Figs. 2, 3, 5, 3:39-5:31, 5:38-6:3, 9:5-16, 9:24-27;</li><li>Wolff 131 at Figs. 5a, 5b, paras. 22-24, 28, 45-46;</li><li>Tazoe 292 at Figs. 1-9, 11-12, paras. 21-33, 63-66;</li><li>Okabe 547 at Fig. 4, paras. 18-19, 28, 31-32;</li><li>Mombrinie 639 at Figs. 1-9, para 13-14, 31-38, 40, 43;</li><li>Mahnensmith 080 at Abstract, Figs. 1-5, paras. 25, 30-31;</li><li>Van Den Heuvel 894 at Figs. 1-4, paras. 13-14, 38-44;</li><li>Van Den Heuvel 823 at Figs. 1-4, 2:14-17, 3:21-25, 4:13-19, 6:28-7:3, 7:15-30, 8:17-20;</li><li>Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:7-10:1, 10:4-9;</li><li>Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;</li><li>Wada 625 at Fig. 24, paras. 188-194;</li><li>Cottenden 126 at Figs. 1-3, 1:39-106, 2:7-13;</li><li>Macaulay 2007 at pp. 641-643;</li></ul> |

| 989 Patent Claim Language | Prior Art |
|---|---|
| | <ul><li>2006 British Health Publication at pp. 14-15;</li><li>Medtech Finalists 2014;</li><li>2014 Medtech Announcement at p. 3;</li><li>Omni Starter Kit Brochure;</li><li>Omni Brochure;</li><li>Omni Presentation;</li><li>2015 Omni Catalog;</li><li>Omni 2007 AMXD User & Maintenance Guide at pp. 10, 21;</li><li>Omni AMXD/AMXDMax devices;</li><li>2015 PureWick brochure at pp. 1-4;</li><li>PureWick Prior Art Devices.</li></ul> |
| and oriented with the fluid reservoir adjacent to the user's anus and the outlet disposed above the urethral opening. | It was well known at the time of the alleged invention to orient a urine collection device with the reservoir adjacent to the user's anus and the outlet disposed above the urethral opening.  For example, with female urine collection devices, this affected comfort and facilitated urine collection while minimizing leaks. See corresponding claim elements in the 376 patent.<br><br><ul><li>Keane 768 at Abstract, Figs. 4, 9-10, 1:67-2:32, 3:60-4:16;</li><li>Ellis 185 at Figs. 1-3, 2:55-3:3;</li><li>Kuntz 166 at Abstract, Figs. 1-8, 3:35-4:32;</li><li>Martin 061 at Figs. 1, 8, 2:65-3:14, 3:15-21, 4:34-38, 5:10-51;</li><li>Washington 508 at Figs. 6-9, 3:1-9;</li><li>Carns 997 at Figs. 2-5, 6:15-31;</li><li>Kraus 339 at Abstract, Figs. 1-7, 4:47-5:15;</li><li>Otto 137 at Figs. 1-2, 3:7-64, 4:10-28;</li><li>Suzuki 250 at Abstract, Figs. 1-5, 4:12-19, 6:3-6, 6:66-7:4;</li><li>Sanchez 508 at Abstract, Fig. 8, 3:22-49, 6:21-31;</li><li>Van Den Heuvel 894 at Figs. 1-4, paras. 17, 41, 43, 48;</li></ul> |

| 989 Patent Claim Language | Prior Art |
|---|---|
| | <ul><li>Van Den Heuvel 823 at Figs. 1-4, 2:14-17, 3:21-25, 4:13-19, 6:28-7:3, 7:15-30, 8:17-20;</li><li>Kuntz 355 at Abstract, Figs. 1-5, 2:2-16, 3:5-11, 4:7-6:55;</li><li>Schmitt 710 at Figs. 3-6, cols. 1-2;</li><li>Wolff 784 at Abstract, Figs. 1a, 5a, 5b, 9:7-19, 9:8-21, 9:23-10:9;</li><li>Chiku 946 at Figs. 6, 10, 12, paras. 20, 21, 25-26;</li><li>Mizuguchi 641 at Figs. 6, 10, 12, paras. 20, 21, 25-26;</li><li>Macaulay 2007 at pp. 641-643;</li><li>Medtech Finalists 2014;</li><li>2014 Medtech Announcement at p. 3;</li><li>Macaulay 2007 at pp. 641-643;</li><li>Omni Starter Kit Brochure;</li><li>Omni Brochure;</li><li>Omni Presentation;</li><li>2015 Omni Catalog;</li><li>Omni 2007 AMXD User & Maintenance Guide at pp. 10, 21;</li><li>Omni AMXD/AMXMax devices;</li><li>2015 PureWick brochure at pp. 1-4;</li><li>PureWick Prior Art Devices.</li></ul> |

Sage further identifies the following additional prior art, which is prior art under Sections 102 and 103 including the on-sale bar provisions. The devices referred to herein as the "PureWick Prior Art Devices" are the PureWick female external catheter product tested, offered for sale, sold, and demonstrated between 2013 and prior to August 29, 2016 (including more than a year before) under the tradename PureWick.  The PureWick Prior Art Devices were offered for sale, publicly demonstrated, and disclosed to third parties prior to the earliest viable priority dates of the 376 and 989 Patents and include all elements of the asserted claims of the 376 and 989 Patents including under PureWick's constructions and the recent Court constructions. For example, in addition to what was discussed for the 508 patent, PureWick's devices were publicly disclosed at least as early

as 2013 during certain testing, in 2014, as shown by Medtech Finalists 2014, 2014 Medtech Announcement, the 2015 PureWick brochure, and the 2016 Newton Article. PureWick's devices were also publicly disclosed to PureWick potential customers, volunteers, and other third parties, including devices used with patients from approximately July 2013-February 2014 and in September 2014, devices disclosed and demonstrated in association with a Medtech award (see, e.g., 2014 Medtech Finalists and 2014 Medtech Announcement), devices used with patients in approximately May 2015, sales in July 2015, and devices shown to prospective purchasers and used with patients and disclosed and demonstrated in association with CONNECT by at least July 2015. These products are referred to herein as the "PureWick Prior Art Devices". *See, e.g.,* PureWick's Resp. to Interrog. No. 6 and documents cited therein as well as PW30265-289. For example, the PureWick Prior Art Device provided for and described in Medtech Finalists 2014, and also described in 2014 Medtech Announcement, invalidates every asserted claim of the 376 and 989 patents.

As set forth in repeated correspondence, PureWick has failed to respond to Interrogatory Nos. 4, 5, 6, and 16 that request information about PureWick's first sale, demonstration, and the like of the PureWick product.  Nevertheless, for example, as described above, PureWick Prior Art Devices were tested in 2013 and were disclosed as part of the Medtech submission and depicted in Medtech Finalists 2014 and described in 2014 Medtech Announcement, which was publicly disclosed on or before October 2014. (*See, e.g.*, PureWick_0017501, -17961, -18134, -0021742, -0021748; COOLEY_0001766.).  PureWick Prior Art Devices were also publicly known and used on or about September 2014 in testing.  (*See, e.g.*, PureWick_-0025880, -25913, -0025924, -0016017, -0016023, -0016030, -0016097, -0016103, -0017072, -0017078, -0017089.)  Purewick Prior Art Devices were disclosed to third parties without confidentiality restrictions including on

or about July 2015 and were sold prior to that time. (*See, e.g.*, PureWick_0017770.) The PureWick Prior Art Devices were publicly disclosed via trials at Hilltop in 2014 with no confidentiality restrictions. (*See, e.g.,* PureWick_0017388, -0018836, -0023806, -0027414, -0027407.) And PureWick Prior Art Devices were disclosed to individuals associated with the Connect Award on or about August 2015. (*See, e.g.*, PureWick_0017977, -0019175, -0019068, -0020990, -0020995, -0021911, -0026861, COOLEY_0001766.) In each of these instances, as discussed above in the claim charts, the PureWick Prior Art Device included every element of the asserted claims of the 376 and 989 patents. PureWick disclosed, offered for sale, sold, and/or demonstrated the same device in all material respects relevant to the 989 and 376 patents. Notably, PureWick has failed to to respond to Interrogatory No. 15, which requested any relevant differences between PureWick designs and PureWick never identified any differences, much less any that were relevant to any claim element of the 376 and 989 patents.

Further, any element not present in these devices would have been obvious for the reasons described above. Additionally, PureWick has admitted that versions of its PureWick device ("brown wick" and "silicone shell" designs) were sold at least as early as January 2016 and admits that these products are covered by all of the Asserted Claims (see exhibits attached to PureWick's interrogatory responses). Thus, these designs admittedly invalidate under the assumed priority dates and PureWick bears the burden of proving otherwise. Sage's contentions with respect to the PureWick Prior Art Devices in particular is based on information that is publicly available and the limited information that PureWick has produced to date. Sage has been unable to provide additional information relating to this art because, as discussed herein, PureWick has not provided the fully-requested information regarding the prior disclosures and sales of its devices or other prior art of which it was aware.

Sage believes that discovery including from third parties will further confirm these allegations and provide additional support for claim elements. Sage believes that evidence of these prior art devices would have been on PureWick's email server which PureWick failed to preserve.

Similarly, upon information and belief, the devices referred to herein in this section relating to the 376 and 989 patents as the "Omni AMXD / AMXDmax Devices" are the Omni Medical products offered for sale, sold, and demonstrated prior to August 29, 2016 (including more than a year before) under the tradename AMXD and AMXDmax. The Omni AMXD / AMXDMax Devices were publicly known and on sale well before the critical date and had the patented features or obvious variations thereof as reflected above. The Omni AMXD / AMXDmax Devices are reflected in part in the 2007 Omni Medical User & Maintenance Guide, Omni Starter Kit Brochure, Omni Brochure, Omni Presentation, and other Omni documents identified herein including the 2015 Omni Catalog, the AMXD Sept. 2015 Leaflet, the document titled "AMXDMax Presentation," the 2015 Proren Abstract as well as other documents from the 2015 Innovating for Continence conference, and 2012 URINCare Patient Starter Kit document. Documents regarding the Omni product are referenced by web address herein and/or have been produced throughout this case including at SAGE 21349, 21369, 21380, 21394, 21396, 21397, 40993, 41025 and others. Sage believes that discovery will further confirm these allegations and provide additional support for claim elements. Sage believes that discovery including from Omni Medical will further confirm these allegations and provide additional support for claim elements. PureWick has failed to provide information regarding the prior disclosures and sales of its devices or other prior art of which it was aware including information in PureWick's possession regarding the Omni devices. Sage believes that evidence of these prior art devices would have been on PureWick's email server which PureWick failed to preserve.

As discussed above, PureWick's failure to provide information about the prior art in a timely fashion is prejudicing Sage's ability to prepare its case.

Sage also relies on and incorporates by reference, as if originally set forth herein, all prior art cited during the prosecution of the 508, 376 and 989 Patents to the extent not already identified. Sage also relies on and incorporates by reference, as if originally set forth herein, all prior art cited during the prosecution of related, or purportedly related, patents to the extent not already identified. This includes all prior art cited during prosecution of the 508, 376, 989, or 407 Patents, as well as U.S. Pat. No. 10,376,406, Patent Application Nos. PCT/US2016/049274, PCT/US2017/35625, PCT/US2017/43025, 15/171,968, 15/260,103, 14/952,591, 14/947,759, 16/452,145, 16/245,726, 16/369,676, 14/625,469, 29/694,002, 29/624,661, 16/904,868, 16/905,400, 14/952,591, 14/625,469, 15/611,587, 15/612,325, 16/452,258, 16/899,956, Provisional Patent Application Nos. 62/414,963, 62/485,578, 62/084,078, 62/082,279, or 61/955,537, or Patent Publication Nos. 2016/0374848, 2016/0367226, 2015/14947759, 2017/0266031, 2017/0348139, 2017/0252202, 2019/0314190, 2019/0142624, or 2019/0224036.   Sages also relies on and incorporates by reference, as if originally set forth herein, all prior art cited in the sections of these Contentions in connection with the 508 Patent and the 407 Patent to the extent not already identified in this section.

Sage further contends that each of the Asserted Claims of the 376 Patent is invalid under 35 U.S.C. § 112 for indefiniteness and/or failure to contain a sufficient written description of or enable the alleged inventions.

Section 112(a) requires that: "The specification shall contain a written description of the invention, and of the manner and process of making and using it, in such full, clear, concise, and exact terms as to enable any person skilled in the art to which it pertains, or with which it is most

nearly connected, to make and use the same. . . ." That is particularly true in view of how PureWick now apparently interprets the claims. It is difficult for Sage to assess fully the written description issues because PureWick has not even explained how Sage has allegedly infringed certain claim elements or method steps yet argues infringement nevertheless.  The asserted 376 and 989 Patents fail to satisfy this statutory requirement at least because, *inter alia*, the specifications fail to contain sufficient written description to establish that the inventors possessed the full scope of the alleged invention as claimed.  For example, to the extent that Plaintiff alleges the scope of the claims cover the PrimaFit® product or use of the PrimaFit® product (including by a single entity), the specifications did not adequately describe a "casing," a "casing [having/defining] a fluid reservoir at a first end," "a longitudinally extending fluid impermeable layer coupled to the fluid reservoir and the fluid outlet and defining a longitudinally elongated opening between the fluid reservoir and the fluid outlet," a "membrane . . . supported on the support," a "tube . . . extending behind at least the portion of the support and the portion of the membrane disposed across the elongated opening," "support is cylindrical," "fabric sleeve disposed around the support," "wicking material," "the apparatus configured to . . . be retained in position on the user solely by frictional engagement with and/or between the labia and/or other portions of the area of the user's body surrounding the urethral opening," "configured to be retained in position on the user via engagement between the first end of the casing and a user's perineum," "withdraw urine through the tube at flow rate equal to the urine discharge rate in a urination event," disposing in operative relationship with the urethral opening," "allowing urine [discharged/withdrawn] from the urethetral opening to be received . . .," "allowing the received urine to be withdrawn," fluidically coupling," and "removing the urine collection apparatus."

Section 112(b) requires that: "The specification shall conclude with one or more claims

particularly pointing out and distinctly claiming the subject matter which the applicant regards as his invention."  The Asserted Claims of the 376 and 989 Patent fail to satisfy this statutory requirement because, *inter alia*, at least the following claim terms are indefinite including based on Plaintiff's own apparent claim interpretations: "casing [having/defining] a fluid reservoir," "fluid impermeable layer," "wherein the fluid permeable support is distinct from and at least proximate to the fluid reservoir," "cylindrical," "substantially cylindrical," "retained solely by frictional engagement," and "withdraw urine through the tube at flow rate equal to the urine discharge rate in a urination event."

Sage also identifies, and hereby incorporates by reference, as if originally set forth herein, its allegations of invalidity set forth in its Answer and Counterclaims filed on November 1, 2019 and particularly the allegations in paragraphs 43-48 of the Counterclaims.  Sage incorporates by reference, as if originally set forth herein, any additional allegations asserted in subsequent pleadings as well, including the Answer due to be filed on June 1, 2020.

Sage further incorporates arguments for non-patentability raised by the Patent Office during the prosecution of the 376 and 989 Patent applications.

Sage also relies on and incorporates by reference, as if originally set forth herein, all pleadings in which invalidity was alleged, including in interrogatory responses, in this civil action.

**Sage's Invalidity Contentions Regarding U.S. Pat. Nos. 10,376,407**

Plaintiff asserts claims 1, 2, 5, 7-9, and 13-15 of the 407 Patent ("Asserted Claims of the 407 Patent").  Sage contends that each of the Asserted Claims of the 407 Patent is invalid for at least the reasons set forth below.  Sage notes that Plaintiff has withdrawn infringement allegations relating to claims 3-4, 6, 11, 12, and 16 of the 407 Patent, which Plaintiff originally asserted in its second amended complaint and no longer asserts. Plaintiff has also withdrawn infringement

208

allegations for Claim 10.  Sage has relied on these withdrawals as well as the failure to assert claims in preparing these contentions as well as preparing for discovery in this case.

As discussed above, each of the references below qualifies as prior art under one or more sections of 35 U.S.C. §§ 102 and/or 103.  For example, most (if not all) of the listed references qualify as prior art under at least 35 U.S.C. §§ 102(a).  The invalidating disclosure in each of the listed references is express and/or inherent.  Also, as shown below, any reference anticipating an asserted claim pursuant to 35 U.S.C. § 102 also renders the claim obvious pursuant to 35 U.S.C. § 103 when viewed alone or in combination with other prior art references or with the knowledge of a person of ordinary skill in the art. The references cited herein may also be relied upon to show the state of the art in the relevant time frames or provide background regarding the alleged invention or knowledge of an ordinarily skilled artisan.

As before, for the convenience of the reader, Sage identifies the prior art for this disclosure in the following order.  First, Sage lists U.S. Patents in ascending numerical order.  Second, Sage lists foreign patents or published applications in alphabetical order by type and then ascending numerical order.  Third, Sage lists publications alphabetically.

Prior art under 35 U.S.C. § 102 and/or 35 U.S.C. § 103 for the 407 Patent claims include the following (including any U.S. and foreign counterparts thereof):

- U.S. Patent No. 1,742,080 ("Jones 080")

- U.S. Patent No. 2,644,234 ("Scott 234")

- U.S. Patent No. 2,968,046A ("Duke 046")

- U.S. Patent No. 3,087,938 ("Hans 938")

- U.S. Patent No. 3,198,994 ("Hilderbrant 994")

- U.S. Patent No. 3,312,981 ("McGuire 981")

- U.S. Patent No. 3,349,768 ("Keane 768")

- U.S. Patent No. 3,366,116 ("Huck 116")

- U.S. Patent No. 3,400,717 ("Bruce 717")

- U.S. Patent No. 3,406,688 ("Bruce 688")

- U.S. Patent No. 3,511,241 ("Lee 241")

- U.S. Patent No. 3,512,185A ("Ellis 185")

- U.S. Patent No. 3,520,300 ("Flower 300")

- U.S. Patent No. 3,613,123 ("Langstrom 123")

- U.S. Patent No. 3,651,810 ("Ormerod 810")

- U.S. Patent No. 3,726,277 ("Hirschman 277")

- U.S. Patent No. 4,020,843 ("Kanall 843")

- U.S. Patent No. 4,022,213 ("Stein 213")

- U.S. Patent No. 4,200,102A ("Duhamel 102")

- U.S. Patent No. 4,202,058 ("Anderson 058")

- U.S. Patent No. 4,233,025 ("Larson 025")

- U.S. Patent No. 4,246,901 ("Frosch 901")

- U.S. Patent No. 4,257,418 ("Hessner 418")

- U.S. Patent No. 4,270,539 ("Frosch 539")

- U.S. Patent No. 4,352,356 ("Tong 356")

- U.S. Patent No. 4,425,130 ("DesMarais")

- U.S. Patent No. 4,387,726 ("Denard 726")

- U.S. Patent No. 4,453,938 ("Brendling 938")

- U.S. Patent No. 4,457,314 ("Knowles 314")

- U.S. Patent No. 4,528,703A ("Kraus 703")

- U.S. Patent No. 4,581,026 ("Schneider 026")

- U.S. Patent No. 4,610,675 ("Triunfol 675")

- U.S. Patent No. 4,627,846 ("Ternstrom 846")

- U.S. Patent No. 4,631,061 ("Martin 061")

- U.S. Patent No. 4,650,477 ("Johnson 477")

- U.S. Patent No. 4,692,160A ("Nussbaumer 160")

- U.S. Patent No. 4,713,066 ("Komis 066")

- U.S. Patent No. 4,747,166 ("Kuntz 166")

- U.S. Patent No. 4,769,215A ("Ehrenkranz 215")

- U.S. Patent No. 4,772,280 ("Rooyakkers 280")

- U.S. Patent No. 4,790,835 ("Elias 835")

- U.S. Patent No. 4,791,686A ("Taniguchi 686")

- U.S. Patent No. 4,795,449 ("Schneider 449")

- U.S. Patent No. 4,799,928A ("Crowley 928")

- U.S. Patent No. 4,804,377 ("Hanifl 377")

- U.S. Patent No. 4,820,297 ("Kaufman 297")

- U.S. Patent No. 4,846,909 ("Klug 909")

- U.S. Patent No. 4,882,794 ("Stewart 794")

- U.S. Patent No. 4,883,465 ("Brennan 465")

- U.S. Patent No. 4,886,508 ("Washington 508")

- U.S. Patent No. 4,886,509 ("Mattsson 509")

- U.S. Patent No. 4,889,533A ("Beecher 533")

- U.S. Patent No. 4,905,692 ("More 692")

- U.S. Patent No. 5,002,541 ("Conkling 541")

- U.S. Patent No. 5,004,463A ("Nigay 463")

- U.S. Patent No. 5,031,248 ("Kemper 248")

- U.S. Patent No. 5,049,144 ("Payton 144")

- U.S. Patent No. 5,071,347 ("McGuire 347")

- U.S. Patent No. 5,084,037 ("Barnett 037")

- U.S. Patent No. 5,100,396 ("Zamierowski 396")

- U.S. Patent No. 5,195,997 ("Carns 997")

- U.S. Patent No. 5,203,699 ("McGuire 699")

- U.S. Patent No. 5,244,458 ("Takasu 458")

- U.S. Patent No. 5,295,983A ("Kubo 983")

- U.S. Patent No. 5,294,983 ("Kubo 983")

- U.S. Patent No. 5,300,052 ("Kubo 052")

- U.S. Patent No. 5,382,244 ("Telang 244")

- U.S. Patent No. 5,478,334 ("Bernstein 334")

- U.S. Patent No. 5,618,277 ("Goulter 277")

- U.S. Patent No. 5,628,735 ("Skow 735")

- U.S. Patent No. 5,636,643 ("Argenta 643")

- U.S. Patent No. 5,674,212 ("Osborn 212")

- U.S. Patent No. 5,678,564 ("Thompson 564")

- U.S. Patent No. 5,687,429 ("Rahlff 429")

- U.S. Patent No. 5,695,485 ("Duperret 485")

- U.S. Patent No. 5,752,944 ("Dann 944")

- U.S. Patent No. 5,772,644 ("Bark 644")

- U.S. Patent No. 5,827,247 ("Kay 247")

- U.S. Patent No. 5,827,250 ("Fujioka 250")

- U.S. Patent No. 5,827,257 ("Fujioka 257")

- U.S. Patent No. 5,894,608 ("Birbara 608")

- U.S. Patent No. 5,911,222 ("Thompson 222")

- U.S. Patent No. 5,957,904 ("Holland 904")

- U.S. Patent No. 5,972,505 ("Philips 505")

- U.S. Patent No. 6,063,064 ("Tuckey 064")

- U.S. Patent No. 6,105,174 ("Nygren 174")

- U.S. Patent No. 6,113,582 ("Dwork 582")

- U.S. Patent No. 6,117,163 ("Bierman 163")

- U.S. Patent No. 6,123,398 ("Arai 398")

- U.S. Patent No. 6,129,718 ("Wada 718")

- U.S. Patent No. 6,177,606 ("Etheredge 606")

- U.S. Patent No. 6,209,142 ("Mattsson 142")

- U.S. Patent No. 6,248,096 ("Dwork 096")

- U.S. Patent No. 6,311,339B1 ("Kraus 339")

- U.S. Patent No. 6,336,919 ("Davis 919")

- U.S. Patent No. 6,338,729 ("Wada 729")

- U.S. Patent No. 6,409,712 ("Cragoe 712")

- U.S. Patent No. 6,416,500 ("Wada 500")

- U.S. Patent No. 6,475,198 ("Lipman 198")

- U.S. Patent No. 6,479,726 ("Cole 726")

- U.S. Patent No. 6,540,729 ("Wada 729")

- U.S. Patent No. 6,547,771 ("Robertson 771")

- U.S. Patent No. 6,569,133 ("Cheng 133")

- U.S. Patent No. 6,592,560 ("Snyder 560")

- U.S. Patent No. 6,620,142 ("Fluckiger 142")

- U.S. Patent No. 6,702,793 ("Sweetser 793")

- U.S. Patent No. 6,706,027 ("Harvie 027")

- U.S. Patent No. 6,732,384B2 ("Scott 384")

- U.S. Patent No. 6,740,066 ("Wolff 066")

- U.S. Patent No. 6,783,519 ("Samuelsson 519")

- U.S. Patent No. 6,814,547 ("Childers 547")

- U.S. Patent No. 6,849,065 ("Schmidt 065")

- U.S. Patent No. 6,857,137B2 ("Otto 137")

- U.S. Patent No. 6,888,044 ("Fell 044")

- U.S. Patent No. 6,912,737 ("Ernest 737")

- U.S. Patent No. 6,918,899 ("Harvie 899")

- U.S. Patent No. 6,979,324 ("Bybord 324")

- U.S. Patent No. 7,018,366 ("Easter 366")

- U.S. Patent No. 7,125,399 ("Miskie 399")

- U.S. Patent No. 7,131,964 ("Harvie 964")

- U.S. Patent No. 7,131,964B2 ("Harvie 964")

- U.S. Patent No. 7,135,012 ("Harvie 012")

- U.S. Patent No. 7,141,043 ("Harvie 043")

- U.S. Patent No. 7,171,699 ("Ernest 699")

- U.S. Patent No. 7,179,951 ("Krishnaswamy-Mirle 951")

- U.S. Patent No. 7,181,781 ("Trabold 781")

- U.S. Patent No. 7,186,245 ("Cheng 245")

- U.S. Patent No. 7,192,424 ("Cooper 424")

- U.S. Patent No. 7,220,250 ("Suzuki 250")

- U.S. Patent No. 7,335,189 ("Harvie 189")

- U.S. Patent No. 7,390,320 ("Machida 320")

- U.S. Patent No. 7,488,310 ("Yang 310")

- U.S. Patent No. 7,520,872 ("Biggie 872")

- U.S. Patent No. 7,588,560 ("Dunlop 560")

- U.S. Patent No. 7,682,347 ("Parks 347")

- U.S. Patent No. 7,695,459 ("Gilbert' 459")

- U.S. Patent No. 7,695,460 ("Wada 460")

- U.S. Patent No. 7,699,818 ("Gilbert 818")

- U.S. Patent No. 7,699,831 ("Bengatson 831")

- U.S. Patent No. 7,722,584 ("Tanaka 584")

- U.S. Patent No. 7,727,206 ("Gorres 206")

- U.S. Patent No. 7,740,620 ("Gilbert 620")

- U.S. Patent No. 7,749,205 ("Tazoe 205")

- U.S. Patent No. 7,755,497 ("Wada 497")

- U.S. Patent No. 7,833,169 ("Hannon 169")

- U.S. Patent No. 7,866,942 ("Harvie 942")

- U.S. Patent No. 7,871,385 ("Levinson 385")

- U.S. Patent No. 7,875,010 ("Frazier 010")

- U.S. Patent No. 7,901,389 ("Mombrinie 389")

- U.S. Patent No. 7,927,320B2 ("Goldwasser 320")

- U.S. Patent No. 7,927,321 ("Marland 321")

- U.S. Patent No. 7,931,634 ("Swiecicki 634")

- U.S. Patent No. 7,939,706 ("Okabe 706")

- U.S. Patent No. 7,976,519 ("Bubb 519")

- U.S. Patent No. 7,993,318 ("Olsson 318")

- U.S. Patent No. 8,128,608B2 ("Thevenin 608")

- U.S. Patent No. 8,181,651 ("Pinel 651")

- U.S. Patent No. 8,211,063 ("Bierman 063")

- U.S. Patent No. 8,221,369 ("Parks 369")

- U.S. Patent No. 8,241,262 ("Mahnensmith 262")

- U.S. Patent No. 8,277,426 ("Wilcox 426")

- U.S. Patent No. 8,287,508 ("Sanchez 508")

- U.S. Patent No. 8,303,554 ("Tsai 554")

- U.S. Patent No. 8,343,122 ("Gorres 122")

- U.S. Patent No. 8,353,074 ("Krebs 074")

- U.S. Patent No. 8,388,588 ("Wada 588")

- U.S. Patent No. 8,425,482 ("Khoubnazar 482")

- U.S. Patent No. 8,551,075 ("Bengtson 075")

- U.S. Patent No. 8,568,376 ("Delattre 376")

- U.S. Patent No. 8,585,683 ("Bengtson 683")

- U.S. Patent No. 8,715,267 ("Bengtson 267")

- U.S. Patent No. 8,864,730 ("Conway 730")

- U.S. Patent No. 8,936,585 ("Delattre 585")

- U.S. Patent No. 9,028,460B2 ("Medeiros 460")

- U.S. Patent No. 9,173,602 ("Gilbert 602")

- U.S. Patent No. 9,173,799 ("Tanimoto 799")

- U.S. Patent No. 9,248,058 ("Conway 058")

- U.S. Patent No. 9,480,595 ("Baham 595")

- U.S. Patent Publ. No. 2002/0026161 ("Grundke 161")

- U.S. Patent Publ. No. 2002/0087131 ("Wolff 131")

- U.S. Patent Publ. No. 2002/0189992 ("Schmidt 992")

- U.S. Patent Publ. No. 2003/0120178 ("Heki 178")

- U.S. Patent Publ. No. 2003/0004436 ("Schmidt 436")

- U.S. Patent Publ. No. 2003/0181880A1 ("Schwartz 880")

- U.S. Patent Publ. No. 2003/0195484 ("Harvie 484")

- U.S. Patent Publ. No. 2003/0195484A1 ("Harvie 484")

- U.S. Patent Publ. No. 2003/0233079 ("Parks 079")

- U.S. Patent Publ. No. 2004/0006321A1 ("Cheng 321")

- U.S. Patent Publ. No. 2004/0127872 ("Petryk 872")

- U.S. Patent Publ. No. 2004/0128749 ("Scott 749")

- U.S. Patent Publ. No. 2004/0143229A1 ("Easter 229")

- U.S. Patent Publ. No. 2004/0191919 ("Unger 919")

- U.S. Patent Publ. No. 2004/0236292 ("Tazoe 292")

- U.S. Patent Publ. No. 2004/0254547 ("Okabe 547")

- U.S. Patent Publ. No. 2005/0010182 ("Parks 182")

- U.S. Patent Publ. No. 2005/0070861 ("Okabe 861")

- U.S. Patent Publ. No. 2005/0070862 ("Tozoe 862")

- U.S. Patent Publ. No. 2005/0097662 ("Leimkuhler 662")

- U.S. Patent Publ. No. 2005/0101924 ("Elson 924")

- U.S. Patent Publ. No. 2005/0177070 ("Levinson 070")

- U.S. Patent Publ. No. 2005/0197639 ("Mombrinie 639")

- U.S. Patent Publ. No. 2005/0277904 ("Chase 904")

- U.S. Patent Publ. No. 2005/0279359 ("LeBlanc 359")

- U.S. Patent Publ. No. 2006/0015080 ("Mahnensmith 080")

- U.S. Patent Publ. No. 2006/0015081 ("Suzuki 081")

- U.S. Patent Publ. No. 2006/0155214A1 ("Wightman 214 ")

- U.S. Patent Publ. No. 2006/0200102 ("Cooper 102")

- U.S. Patent Publ. No. 2006/0229576 ("Conway 576")

- U.S. Patent Publ. No. 2006/0235359 ("Marland 359")

- U.S. Patent Publ. No. 2007/0038194 ("Wada 194")

- U.S. Patent Publ. No. 2007/0006368 ("Key 368")

- U.S. Patent Publ. No. 2007/0117880 ("Elson 880")

- U.S. Patent Publ. No. 2007/0135786 ("Schmidt 786")

- U.S. Patent Publ. No. 2007/0191804 ("Cooley 804")

- U.S. Patent Publ. No. 2007/0214553 ("Carromba 553")

- U.S. Patent Publ. No. 2008/0015527 ("House 527")

- U.S. Patent Publ. No. 2008/0281282A1 ("Finger 282")

- U.S. Patent Publ. No. 2008/0033386 ("Okabe 386")

- U.S. Patent Pub. No. 2008/0004576 ("Tanaka 576")

- U.S. Patent Publ. No. 2008/0091153 ("Harvie 153")

- U.S. Patent Publ. No. 2008/0091158 ("Yang 158")

- U.S. Patent Publ. No. 2008/0234642 ("Patterson 642")

- U.S. Patent Publ. No. 2008/0287894 ("Van Den Heuvel 894")

- U.S. Patent Publ. No. 2009/0025717 ("Pinel 717")

- U.S. Patent Publ. No. 2009/0056003 ("Ivie 003")

- U.S. Patent Publ. No. 2009/0264840A1 ("Virginio 840")

- U.S. Patent Publ. No. 2009/0281510 ("Fisher 510")

- U.S. Patent Publ. No. 2009/0270822A1 ("Medeiros 822")

- U.S. Patent Publ. No. 2010/0121289 ("Parks 289")

- U.S. Patent Publ. No. 2010/0185168 ("Graauw 168")

- U.S. Patent Publ. No. 2010/0198172 ("Wada 172")

- U.S. Patent Publ. No. 2010/0241104 ("Gilbert 104")

- U.S. Patent Publ. No. 2010/0263113 ("Shelton 113")

- U.S. Patent Publ. No. 2010/0310845A1 ("Bond '845")

- U.S. Patent Publ. No. 2011/0028922A1 ("Kay 922")

- U.S. Patent Publ. No. 2011/0034889  ("Smith 889")

- U.S. Patent Publ. No. 2011/0040267 ("Wada 267")

- U.S. Patent Publ. No. 2011/0040271 ("Rogers 271")

- U.S. Patent Publ. No. 2011/0054426 ("Stewart 426")

- U.S. Patent Publ. No. 2011/0060300 ("Weig 300")

- U.S. Patent Publ. No. 2011/0077495 ("Gilbert 495")

- U.S. Patent Publ. No. 2011/0172620 ("Khambatta 620")

- U.S. Patent Publ. No. 2011/0172625 ("Wada 625")

- U.S. Patent Publ. No. 2011/0202024 ("Cozzens 024")

- U.S. Patent Publ. No. 2012/0035577 ("Tomes 577")

- U.S. Patent Publ. No. 2012/0103347 ("Wheaton 347")

- U.S. Patent Publ. No. 2012/0165768 ("Sekiyama 768")

- U.S. Patent Publ. No. 2012/0210503 ("Anzivino 503")

- U.S. Patent Publ. No. 2012/0245547 ("Wilcox 547")

- U.S. Patent Publ. No. 2012/0253303 ("Suzuki 303")

- U.S. Patent Publ. No. 2012/0330256 ("Wilcox 256")

- U.S. Patent Publ. No. 2013/0006206 ("Wada 206")

- U.S. Patent Publ. No. 2013/0053804 ("Sorensen 804")

- U.S. Patent Publ. No. 2014/0371628 ("Desai 628")

- U.S. Patent Publ. No. 2014/0348139 ("Newton 139")

- U.S. Patent Publ. No. 2014/0031774 ("Bengtson 774")

- U.S. Patent Publ. No. 2014/0157499 ("Suzuki 499")

- U.S. Patent Publ. No. 2014/0196189 ("Lee 189")

- U.S. Patent Publ. No. 2015/0047114 ("Ramirez 114")

- U.S. Patent Publ. No. 2015/0157300A1 ("Ealovega 300 ")

- U.S. Patent Publ. No. 2015/0209194 ("Heyman 194")

- U.S. Patent Publ. No. 2015/0366699 ("Nelson 699")

- U.S. Patent Publ. No. 2016/0029998 ("Brister 998")

- U.S. Patent Publ. No. 2016/0058322 ("Brister 322")

- U.S. Patent Publ. No. 2016/0100976 ("Conway 976")

- U.S. Patent Publ. No. 2016/0278662 ("Brister 662")

- U.S. Patent Publ. No. 2016/0367226 ("Newton 226")

- U.S. Patent Publ. No. 2016/0367411 ("Justiz 411")

- U.S. Patent Publ. No. 2016/0374848 ("Sanchez 848")

- U.S. Patent Publ. No. 2017/0042748 ("Griffin 748")

- U.S. Patent Publ. No. 2017/0143534 ("Sanchez 534")

- U.S. Patent Publ. No. 2017/0189225 ("Voorhees 225")

- U.S. Patent Publ. No. 2017/0202692 ("Laniado 692")

- U.S. Patent Publ. No. 2017/0246026 ("Laniado 026")

- U.S. Patent Publ. No. 2017/0266031 ("Sanchez 031")

- U.S. Patent Publ. No. 2017/0312116 ("Laniado 116")

- U.S. Patent Publ. No. 2017/0333244 ("Laniado 244")

- U.S. Patent Publ. No. 2018/0008804 ("Laniado 808")

- U.S. Patent Publ. No. 2018/0028349 ("Newton 349")

- U.S. Patent Publ. No. 2018/0228642 ("Davis 624")

- D373,928 ("Green 928")

- D401,699 ("Herchenbach 699")

- D409,303 ("Oepping 303")

- D591,106 ("Dominique 106")

- D593801 ("Wilson 801")

- D674,241 ("Bickert 241")

- D704,330 ("Cicatelli 330")

- D704,510 ("Mason 510")

- D705,423 ("Walsh 423")

- D729,581 ("Boroski 581")

- D777,941 ("Piramoon 941")

- D804,907 ("Sandoval 907")

- D814,239 ("Arora 239")

- Chinese Publ. No. CN 107847384 ("Heongyu 384")

- Denmark Publ. No. DK9600118U3 ("Flyger 118")

- German Publ. No. DE102011103783A1 ("Gloger 783")

- German Publ. No. DE4443710A1 ("Schmitt 710")

- German Publ. No. DE9407554U1 ("Javadi 554")

- European Publ. No. EP0032138A2 ("Ozenne 138")

- European Publ. No. EP0119143B1 ("Damoulin 143")

- European Publ. No. EP0610638A1 ("Goldenberg 638")

- European Publ. No. EP0613355A1 ("Kuntz 355")

- European Publ. No. EP066070B1 ("Steer 070")

- European Publ. No. EP 1382318A1 ("Kim 318")

- European Publ. No. EP0613355 ("Kuntz 355")

- European Publ. No. EP2180907 ("Weig 907")

- European Publ. No. EP2380532 ("Wada 532")

- European Publ. No. EP3169292B1 ("Lumaque-Steeman 292")

- UK Publ. No. GB1467144 ("Nolan 144")

- UK Publ. No. GB2106395 ("Bevan 395")

- UK Publ. No. GB2148126B ("Cottenden 126")

- UK Publ. No. GB2199750 ("Gropp 750")

- UK Publ. No. GB2260907 ("Kubo 907")

- UK Publ. No. 2469496A ("Shelton 496")

- Japanese Publ. No. JP 11-113946 ("Chiku 946")

- Japanese Publ. No. JP1979-S5410596 ("Hetsunsuneru")

- Japanese Publ. No. JP4039641B2 ("Mizuguchi 641")

- Japanese Publ. No. JP 2001054531 ("Higati 531")

- Japanese Publ. No. JP2001276107A ("Ishii 107")

- Japanese Publ. No. JP2001276108A ("Ishii 108")

- Japanese Publ. No. 2004-267530 ("Okabe 530")

- Japanese Publ. No. 2006-026108 ("Suzuki 108")

- Japanese Publ. No. 2012-523869 ("Shelton 869")

- Japanese Publ. No. JP2015092945A (Uchida 945")

- Japanese Publ. No. JPH 05123349 ("Kubo 349")

- WIPO Publication WO 1981/01957 ("Ozenne 957")

- WIPO Publication WO 1988/04558A1 ("Conkling 558")

- WIPO Publication WO 1991/04714A2 ("Washington 714")

- WIPO Publication WO 1993/09736 A2 ("Kuntz 736")

- WIPO Publication WO 1996/00096A1 ("Saltz 096")

- WIPO Publication WO 2000/057784 ("Wolff 784")

- WIPO Publication WO 2001/0145618 ("Schmidt 618")

- WIPO Publication WO 2004/019836 ("Wightman 836")

- WIP Publication WO 2004/03071931 ("Harvie 931")

- WIPO Publication WO 2005/089687 ("Levinson 687")

- WIPO Publication WO 2005/107661 ("Parks 661")

- WIPO Publication WO2007/007845 ("Wada 845")

- WIPO Publication WO 2007/042823 A2 ("Van Den Heuvel 823")

- WIPO Publication WO 2008/078117 A1 ("Short 117")

- WIPO Publication WO 2009/052496 ("Tsai 496")

- WIPO Publication WO2009/101738 ("Wada 738")

- WIPO Publication WO 2011/132043A1 ("Richer 043")

- WIPO Publication WO 2013/103291 ("Van Senus 291")

- WIPO Publication WO 2013/131109 ("Desai")

- WIPO Publication WO 2014/041534 A1 ("Laniado 534")

- WIPO Publication WO 2015/170307 A1 ("Laniado 307")

- WIPO Publication WO 2015/169403 A1 ("Kubler 403")

- WIPO Publication WO2016/200088 A1 ("Kim 088")

- WIPO Publication WO 2016/055989 A1 ("Laniado 989")

- WIPO Publication WO 2016/071894 A1 ("Laniado 894")

- WIPO Publication WO 2016/103242 A1 ("Laniado 242")

- WIPO Publication WO 2016/116915 A1 ("Laniado 915")

- WIPO Publication WO 2018/056953 A1 ("Travers 953")

- WIPO Publication WO 2018/235065 A1 ("Parahovnik 065")

- WIPO Publication WO 92/20299 ("Zamierowski 299")

- WIPO Publication WO 2010030122 ("Lee 122")

- Newman, Diane K. (1997). *The Urinary Incontinence Sourcebook*, Los Angeles: Lowell House

- Newton et al., "Measuring Safety, Effectiveness and Ease of Use of PureWick in the Management of Urinary Incontinence in Bedbound Women: Case Studies (Jan. 8, 2016) ("2016 Newton Article")

- Parmar, Arundhai, "10 Finalists Chosen for Dare-to-Dream Medtech Design Challenge" (PureWick) (see "Parmar 2014" and "Medtech Finalists 2014" above)

- MD&DI, "Winners Announced for Dare-to-Dream Medtech Design Challenge" (dated Nov. 18, 2014) ("2014 Medtech Announcement")

- Macaulay et al., *A Noninvasive Continence Management System: Development and Evaluation of a Novel Toileting Device for Women*, J Wound Ostomy Continence Nurs. 2007; 34(6):641-648 (2007) ("Macaulay 2007")

- Hollister Company, "Male Urinary Pouch External Collection Device" (version available in 376 patent prosecution history) ("Hollister Brochure")

- Hollister Company, "Female Urinary Pouch and Male Urinary Pouch" (2011) ("Hollister 2011 brochure")

- PureWick Co., "Incontinence Relief for Women" (dated September 23, 2015) (version available in 376 patent prosecution file) ("2015 PureWick brochure")

- Pytlik, "Super Absorbent Polymers," University of Buffalo, hltp://wwwcourses.scns.buffalo.edu/ce435/Diapers/Diapers.html  (version available in 376 patent prosecution file) ("Pytlik")

- Omni Medical AMXD Control Starter Kit Brochure ("Omni Starter Kit Brochure")

- Omni Medical AMXDX – Advanced Mission Extender Device Brochure (available at http://www.omnimedicalsys.com/uploads/AMXDFixedWing.pdf) ("Omni Brochure")

- Omni – In Flight Bladder Relief Presentation (available at https://www.omnimedicalsys.com/uploads/AMXDmax_HSD.pdf) ("Omni Presentation")

- Omni Medical 2015 Catalog, AMXDmax (Advanced Mission Extender Device) In-Flight Bladder Relief (versions available e.g., in 376 patent prosecution file and also at PureWick_0018524-34 and SAGE21369) ("2015 Omni Catalog")

- Omni 2007 AMXD User & Maintenance Guide

- Omni Medical AMXD/AMXDMax Devices

- Harvie et al., "Development of Omni's ProRen Bladder Management Systems," Abstract, Innovating for Continence Conference, Chicago, IL, April 15-17 ("2015 Proren Abstract")

- Omni Medical URINCare® Incontinence Management System:  An Alternative Approach to Bladder Management, Patient Starter Kit 2012 URINCare Starter Kit, Rev 05 02 2012 ("2012 UrinCare Patient Starter Kit")

- Research and Development Directorate of Department of Health, *Research and Development Work Relating to Assistive Technology 2005-2006*, Nov. 2006 (British Department of Health) ("2006 British Health Publication")

- Sachtman, Noah, "New Relief For Pilots?  It Depends," Wired (May 21, 2008) (available at https://www.wired.com/2008/05/pilot-relief/).

- ASG Service, "Step by Step how Ur24 Works Home, UR24 Medicial Investment Opportunity"  (version available in 376 patent prosecution history)

- www.shethinx.com/pages/thinx-it-works

As a preliminary matter, the Asserted Claims of the 407 Patent are entitled to a priority date of no earlier than August 16, 2016, which is the filing date of the 407 Patent.

The charts below identify non-limiting examples of where in each item of prior art each element of each asserted claim is found.  For example, as discussed above, where a single prior art reference in the charts includes each of the elements of the asserted claim (either expressly and/or inherently), the claimed invention is anticipated by that reference.  Where a single prior art reference does not disclose all elements of a claim, the combination of that reference with one (or more) of the references disclosing the missing element(s), or the knowledge of an ordinarily skilled artisan, renders the claimed invention obvious.  Similarly, to the extent any cited anticipatory reference is found not to anticipate, that reference – by itself or in combination with one (or more) of the references disclosing the missing element(s) or the knowledge of a person of ordinary skill in the art – renders the claimed subject matter obvious.

The suggested obviousness combinations, as reflected in the charts below, would have been made by one of skill in the art at the time of the alleged inventions embodied by the Asserted Claims of the 407 Patent.  Such combinations are consistent with the principles set forth by the Supreme Court in *KSR Int'l v. Teleflex Inc.*, 127 S. Ct. 1727 (2007), and its progeny.  For example, as discussed above, the reasons for combining the references stem (explicitly or implicitly) from: (a) the prior art references themselves; (b) the prior art as a whole; (c) the knowledge, common sense, and creativity of those of ordinary skill in the art; (d) the nature of the problem to be solved; (e) the demands in the design community and/or the marketplace; (f) the simple and predictable substitution of one known element for another in accordance with their known functions; (g) the application of a known technique or method; (h) the obviousness of trying the combination; and/or (i) the general needs and problems in the field.

For instance, Sage incorporates by reference the prior art, as well as the IPR materials and knowledge regarding the state of the art, discussed with respect to the 508, 376, and 989 patents. In addition, the following items and background information were also well known to those skilled in the art at the relevant time for the Asserted Claims of the 407 Patent (and are also taught by the prior art identified herein) including at least a year before the earliest possible priority date of August 16, 2016:

(1)     Urine collection devices used to collect urine flowing from a penis in a way that the urine can be transported from the device as the urine is being collected.  *See, e.g.*, Keane 768 at Figs. 6-8, 9-10, Abstract, Title, 2:57-68, 3:37-47, 3:48-56, 3:61-66, 4:35-40, 4:45-52, 4:62-67; Kuntz 166 at Figs. 1, 2, 5:59-63, 7:18-32, 2:34-37, 4:21-32; Hanifl 377 at Figs. 1-6, Abstract, 2:28-38; Sanchez 508 at 4:16-28; Harvie 012 at Abstract, Figs. 4-5, 3:3-16; Cheng 321 at Fig. 1, 2A-2B, 7A-7B, 9A, ¶¶ 136, 230-234, 244-246; Ozenne 138 at Fig. 1, Abstract, ¶¶ 24, 27-31; Bevan

395 at Figs. 1, 2, 7-8, 1:3-6, 1:113-2:11, 2:12-36, 2:77-98, 3:62-80, 3:120-122; Langstrom 123 at Figs. 1-2, 5, 2:39-4:6; Ishii 107 at Figs. 1-13, ¶¶ 10-11, 13, 15; Hollister 2011 Brochure (2011) at p. 1; 2007 Omni Medical User & Maintenance Guide at p. 10; Omni Medical AMXD/AXMXDMax devices.

(2)     Urine collection devices with a layer of porous material, including porous materials that were flexible.  *See, e.g.*, Keane 768 at Figs. 6-8, 9-10, 4:4-16, 6:22-25, 3:4-9, 3:35-52; Kuntz 166 at Figs. 1, 2, 2:25-30, 2:38-47 3:42-45, 4:9-11; Hanifl 377 at Figs. 1-6, Abstract, 2:28-38; Sanchez 508 at 4:16-28; Harvie 012 at Fig. 5, 6:59-7:15; Langstrom 123 at Figs. 1-2, 5, 2:39-4:6; Cheng 321 at Fig. 1, 2A-2B, 7A-7B, 9A, ¶¶ 136, 230-234, 244-246; Ozenne 138 at Fig. 1, Abstract, ¶¶ 24, 27-31; Bevan 395 at Figs. 1, 2, 7-8, 3:91-103; Ishii 107 at Figs. 1-6 and 9-13, ¶¶ 14, 18; 2007 Omni Medical User & Maintenance Guide at p. 10; Omni Medical AMXD/AXMXDMax devices.

(3)     Urine collection devices with wicking material, including wicking materials that were flexible and ones that were positioned in the interior of the device.  *See, e.g.*, Keane 768 at Figs. 6-8, 9-10, 3:75-4:16, 6:22-25, 3:4-9, 3:35-52; Kuntz 166 at Figs. 1, 2, 2:48-67, 4:9-11, 5:65-6:9; Sanchez 508 at 4:16-28; Harvie 484 at Fig. 5, ¶ 91; Cheng 321 at Fig. 1, 2A-2B, 7A-7B, 9A, ¶¶ 136, 230-234, 244-246; Mahnensmith 080 at Abstract, Figs. 1-5, ¶¶ 21-22, 25, 30-31; Harvie 012 at Fig. 5, 6:59-7:15; Langstrom 123 at Figs. 1-2, 5, 2:39-4:6; Ishii 107 at Figs. 1-6 and 9-13, ¶¶ 14, 18; Wolff 066 at Fig. 5b, 5:56-6:36, 6:42-59; Van Den Heuvel 894 at Figs. 1, 3, ¶ 5; 2007 Omni Medical User & Maintenance Guide at p. 10; Omni Medical AMXD/AXMXDMax devices.Wicking materials including ones that move moisture by capillary action from one surface of the material to another were also known as discussed above.

(4)     The wicking material may include gauze. *See, e.g.*, Sanchez 508 at 4:10-13 ("The moisture-wicking article 20 includes a rapidly permeable material such as gauze, felt, terrycloth, thick tissue paper, paper towel, etc."); Langstrom 123 at Figs. 1-2, 5, 2:59-66; Knowles 314 at 2:60-65, 4:14-16, Figs. 1-2; Nussbaumer 160 at 5:23-26; Crowley 928 at 2:27.

(5)     Urine collection devices where the wicking material is disposed on or adjacent to a porous layer. *See, e.g.*, Keane 768 at Figs. 6-8, 9-10, 3:75-4:16, 6:22-25, 3:4-9, 3:35-52; Kuntz 166 at Figs. 1, 2, 2:48-67, 4:9-11, 5:65-6:9; Sanchez 508 at 4:16-28; Harvie 484 at Fig. 5, ¶ 91; Mahnensmith 080 at Abstract, Figs. 1-5, ¶¶ 21-22, 25, 30-31; Harvie 012 at Fig. 5, 6:59-7:15; Langstrom 123 at Figs. 1-2, 5, 2:39-4:6; Ishii 107 at Figs. 1-6 and 9-13, ¶¶ 14, 18; Wolff 066 at Fig. 5b, 5:56-6:36, 6:42-59; Van Den Heuvel 894 at Figs. 1, 3, ¶¶ 5, 38, 40, 42, 44, 50-51; 2007 Omni Medical User & Maintenance Guide at p. 10; Omni Medical AXMXDMax devices.

(6)     Urine collection devices with a layer of impermeable material that defines an interior portion of the device, including impermeable materials that were flexible. *See, e.g.*, Keane 768 at Figs. 6-10, 2:57-60, 2:69-3:12, 3:37-47, 3:60-74, 3:75-4:15, 3:35-52; Kuntz 166 at Figs. 1, 2, 2:39-40, 3:45-57, 3:64-66, 4:14-16, 4:19-21; Hanifl 377 at Figs. 1-6, Abstract, 2:28-38; Sanchez 508 at 4:16-28; Harvie 484 at Fig. 5, ¶¶ 91-94; Langstrom 123 at Figs. 1-2, 5, 2:39-4:6; Cheng 321 at Fig. 1, 2A-2B, 7A-7B, 9A, ¶¶ 136, 230-234, 244-246; Ozenne 138 at Fig. 1, Abstract, ¶¶ 24, 27-31; Bevan 395 at Figs. 1, 2, 7-8, 1:3-6, 1:113-2:11, 2:12-36, 2:77-98, 3:62-80, 3:120-122; Harvie 012 at Fig. 5, 6:59-7:15, 7:37-42; Ishii 107 at Figs. 1-6 and 9-13, ¶¶ 12, 15, 17; Hollister 2011 Brochure (2011) at p. 1; Wolff 066 at Fig. 5b, 5:56-6:36, 6:42-59; Van Den Heuvel 894 at Figs. 1, 3, ¶¶ 5, 38, 40, 42, 44, 50-51; 2007 Omni Medical User & Maintenance Guide at p. 10; Omni Medical AXMXDMax devices.

(7)     Urine collection devices with a flexible wicking material and porous material positioned in the interior of the device, with a portion of the porous material secured to the impermeable material.  *See, e.g*., Keane 768 at Figs. 6-10, 2:57-60, 2:69-3:19, 3:20-36, 3:37-47, 3:60-74, 3:75-4:15, 3:35-52;  Kuntz 166 at Figs. 1-2, 2:38-67, 3:42-57, 3:64-66, 4:9-21, 5:65-6:9, 7:18-32; Langstrom 123 at Figs. 1-2, 5, 2:39-3:1, 3:4-9, 3:15-20, 3:39-56; Harvie 484 at Fig. 5, ¶¶ 91-94; Harvie 964 at Fig. 5, 7:53-8:9; Harvie 012 at Fig. 5, 6:59-7:24, 7:37-42; Wolff 066 at Fig. 5b, 5:56-6:36, 6:42-59; Van Den Heuvel 894 at Figs. 1, 3, ¶¶ 5, 38, 40, 42, 44, 50-51; 2007 Omni Medical User & Maintenance Guide at p. 10; Omni Medical AMXD/AXMXDMax devices.

(8)     Urine collection devices with porous material positioned between wicking material and an impermeable material.  *See, e.g.,*  Keane 768 at Figs. 6-8, 9-10, 3:75-4:16, 6:22-25, 3:4-9, 3:35-52; Kuntz 166 at Figs. 1, 2, 2:48-67, 4:9-11, 5:65-6:9; Sanchez 508 at 4:16-28; Harvie 484 at Fig. 5, ¶ 91; Mahnensmith 080 at Abstract, Figs. 1-5, ¶¶ 21-22, 25, 30-31; Harvie 012 at Fig. 5, 6:59-7:24, 7:37-42; Langstrom 123 at Figs. 1-2, 5, 2:39-4:6; Ishii 107 at Figs. 1-6 and 9-13, ¶¶ 14, 18; Wolff 066 at Fig. 5b, 5:56-6:36, 6:42-59; Van Den Heuvel 894 at Figs. 1, 3, ¶¶ 5, 38, 40, 42, 44, 50-51; 2007 Omni Medical User & Maintenance Guide at p. 10; Omni Medical AMXD/AXMXDMax devices.

(9)     Urine collection devices with a chamber in the interior between a porous layer and an impermeable layer (and defined at least partially by a portion of those layers) and configured to collect urine. *See, e.g*., Keane 768 at Figs. 7, 10, 2:58-68, 3:37-42,  3:60-74, 4:35-52;  Langstrom 123 at Figs. 1-2, 5, 2:39-3:1, 3:4-9, 3:15-20, 3:39-56; Kuntz 166 at Figs. 1-2, 2:39-30, 3:45-57, 3:64-66, 4:14-16, 4:19-21; Hanifl 377 at Figs. 1-6, Abstract, 2:28-38; Sanchez 508 at 4:16-28; Harvie 484 at Fig. 5, ¶¶ 91-92; Harvie 012 at Fig. 5, 6:59-7:24, 7:37-42; Cheng 321 at Fig. 1, 2A-2B, 7A-7B, 9A, ¶¶ 136, 230-234, 244-246; Ozenne 138 at Fig. 1, Abstract, ¶¶ 24, 27-31; Bevan

395 at Figs. 1, 2, 7-8, 1:3-6, 1:113-2:11, 2:12-36, 2:77-98, 3:62-80, 3:91-103, 3:120-122; Van Den Heuvel 894 at Figs. 1, 3, ¶¶ 42; 2007 Omni Medical User & Maintenance Guide at p. 10; Omni Medical AMXD/AXMXDMax devices.

(10)    There may be an opening in the impermeable material, and the chamber may be positioned substantially opposite to it.  *See, e.g.*, Keane 768 at Figs. 6-8, 9-10, 2:47-68, 3:3-19, 3:37-42, 3:60-74, 3:75-4:16, 4:35-52, 5:19-24, 5:39-50; Langstrom 123 at Figs. 1-2, 5, 2:39-3:1, 3:4-9, 3:15-20, 3:39-56; Kuntz 166 at Figs. 1-2, 2:39-30, 3:45-57, 3:64-66, 4:14-16, 4:19-21; Hanifl 377 at Figs. 1-6, Abstract, 2:28-38; Sanchez 508 at 4:16-28; Harvie 484 at Fig. 5, ¶¶ 91-92; Cheng 321 at Fig. 1, 2A-2B, 7A-7B, 9A, ¶¶ 136, 230-234, 244-246; Harvie 012 at Fig. 5, 6:59-7:24, 7:37-42; Ozenne 138 at Fig. 1, Abstract, ¶¶ 24, 27-31; Bevan 395 at Figs. 1, 2, 7-8, 1:3-6, 1:113-2:11, 2:12-36, 2:77-98, 3:62-80, 3:120-122; Ishii 107 at Figs. 1-6 and 9-13, ¶¶ 10-18; Hollister 2011 Brochure (2011) at p. 1; Wolff 066 at Fig. 5b, 5:56-6:36, 6:42-59; Van Den Heuvel 894 at Figs. 1, 3, ¶¶ 5, 38, 40, 42, 44, 50-51; 2007 Omni Medical User & Maintenance Guide at p. 10; Omni Medical AMXD/AXMXDMax devices.

(11)    A chamber of void space may be positioned substantially opposite to the opening of a receptacle. *See, e.g.*, Keane 768 at Figs. 7, 10, 2:58-68, 3:37-42, 3:60-74, 4:35-52; Kuntz 166 at Figs. 1-2, 2:39-30, 3:45-57, 3:64-66, 4:14-16, 4:19-21; Hanifl 377 at Figs. 1-6, Abstract, 2:28-38; Sanchez 508 at 4:16-28; Harvie 484 at Fig. 5, ¶¶ 91-92; Harvie 012 at Fig. 5, 6:59-7:24; Cheng 321 at Fig. 1, 2A-2B, 7A-7B, 9A, ¶¶ 136, 230-234, 244-246; Ozenne 138 at Fig. 1, Abstract, ¶¶ 24, 27-31; Bevan 395 at Figs. 1, 2, 7-8, 1:3-6, 1:113-2:11, 2:12-36, 2:77-98, 3:62-80, 3:91-103, 3:120-122; Van Den Heuvel 894 at Figs. 1, 3, ¶¶ 42; 2007 Omni Medical User & Maintenance Guide at p. 10; Omni Medical AMXD/AXMXDMax devices.

232

(12)     A portion of the wicking material may be positioned opposite to an opening in the impermeable material, or of a receptacle, and adjacent to the porous material defining the chamber. *See, e.g.*, Keane 768 at Figs. 6-10, 2:57-60, 2:69-3:19, 3:20-36, 3:37-47, 3:60-74, 3:75-4:15, 3:35-52; Sanchez 508 at 4:16-28; Kuntz 166 at Figs. 1-2, 2:38-67, 3:42-57, 3:64-66, 4:9-21, 5:65-6:9, 7:18-32; Langstrom 123 at Figs. 1-2, 5, 2:39-3:1, 3:4-9, 3:15-20, 3:39-56; Harvie 484 at Fig. 5, ¶¶ 91-94; Harvie 964 at Fig. 5, 7:53-8:9; Harvie 012 at Fig. 5, 6:59-7:24, 7:37-42; Wolff 066 at Fig. 5b, 5:56-6:36, 6:42-59; Van Den Heuvel 894 at Figs. 1, 3, ¶¶ 5, 38, 40, 42, 44, 50-51; 2007 Omni Medical User & Maintenance Guide at p. 10; Omni Medical AMXD/AXMXDMax devices.

(13)     The chamber may be of void space.  *See, e.g.*, Keane 768 at Figs. 7, 10, 2:58-68, 3:37-42, 3:60-74, 4:35-52; Kuntz 166 at Figs. 1-2, 2:39-30, 3:45-57, 3:64-66, 4:14-16, 4:19-21; Hanifl 377 at Figs. 1-6, Abstract, 2:28-38; Sanchez 508 at 4:16-28; Harvie 484 at Fig. 5, ¶¶ 91-92; Harvie 012 at Fig. 5, 6:59-7:24, 7:37-42; Cheng 321 at Fig. 1, 2A-2B, 7A-7B, 9A, ¶¶ 136, 230-234, 244-246; Ozenne 138 at Fig. 1, Abstract, ¶¶ 24, 27-31; Bevan 395 at Figs. 1, 2, 7-8, 1:3-6, 1:113-2:11, 2:12-36, 2:77-98, 3:62-80, 3:91-103, 3:120-122; Van Den Heuvel 894 at Figs. 1, 3, ¶¶ 42; 2007 Omni Medical User & Maintenance Guide at p. 10; Omni Medical AMXD/AXMXDMax devices.

(14)     Urine collection devices with a port extending through impermeable material to a chamber.  *See, e.g.,* Keane 768 at Figs. 6-7, 9-10, 2:47-68, 3:37-42, 3:60-74, 3:75-4:16, 4:35-52; Kuntz 166 at Figs. 1-2, 2:34-37, 3:45-57, 3:64-66, 4:14-16, 4:19-32, 7:18-32; Suzuki 250 at Figs. 1-5, 10B, 11-12 at 6:33-48, 6:66-7:19, 7:47-63, 8:21-24, 8:56-65; Sanchez 508 at 4:16-28; Harvie 484 at Fig. 4-5, ¶¶ 91-94, 101-103; Cheng 321 at Fig. 1, 2A-2B, 7A-7B, 9A, ¶¶ 136, 230-234, 244-246; Mahnensmith 080 at Figs 2, 3, 5; ¶ 8,17, 23, 25, 30, 31; Harvie 012 at Figs. 4, 5, 6:18-7:37; Ozenne 138 at Fig. 1, Abstract, ¶¶ 24, 27-31; Bevan 395 at Figs. 1, 2, 7-8, 2:37-60, 3:28-42, 3:109-

114; Ishii 107 at Figs. 1-6 and 9-13, ¶¶ 10-18; Wolff 066 at Fig. 5b, 5:56-6:36, 6:42-59; Van Den

Heuvel 894 at Figs. 1, 3, ¶¶ 5, 38, 40, 42, 44, 50-51; Hollister 2011 Brochure (2011) at p. 1; 2007

Omni Medical User & Maintenance Guide at p. 10; Omni Medical AMXD/AXMXDMax devices.

(15)     The chamber has a port for a tube configured to transport urine from the chamber if

vacuum is applied via the tube. *See, e.g.*, Keane 768 at Figs. 6-7, 9-10, 2:47-68, 3:37-42, 3:60-74,

3:75-4:16, 4:35-52; Kuntz 166 at Figs. 1-2, 2:34-37, 3:45-57, 3:64-66, 4:14-16, 4:19-32, 7:18-32;

Suzuki 250 at Figs. 1-5, 10B, 11-12 at 6:33-48, 6:66-7:19, 7:47-63, 8:21-24, 8:56-65; Sanchez 508

at 4:16-28; Harvie 484 at Fig. 4-5, ¶¶ 91-94, 101-103; Cheng 321 at Fig. 1, 2A-2B, 7A-7B, 9A, ¶¶

136, 230-234, 244-246; Mahnensmith 080 at Figs 2, 3, 5; ¶ 8,17, 23, 25, 30, 31; Harvie 012 at

Figs. 4, 5, 6:18-7:37; Ishii 107 at Figs. 1-6 and 9-13, ¶¶ 10-18; Wolff 066 at Fig. 5b, 5:56-6:36,

6:42-59; Van Den Heuvel 894 at Figs. 1, 3, ¶¶ 5, 38, 40, 42, 44, 50-51; 2007 Omni Medical User

& Maintenance Guide at p. 10; Omni Medical AMXD/AXMXDMax devices.

(16)     The port is positioned substantially opposite to the opening of a cavity. *See e.g.,*

Keane 768 at Figs. 6-7, 9-10, 2:47-68, 3:37-42, 3:60-74, 3:75-4:16, 4:35-52; Kanall 843 at Figs.

1-4, Abstract, 1:49-57, 2:17-24, 2:68-3:6, 3:39-35, 1:59-62, 2:57-68, 3:29-35; Suzuki 250 at Figs.

1-5, 10B, 11-12 at 6:33-48, 6:66-7:19, 7:47-63, 8:21-24, 8:56-65; Sanchez 508 at 4:16-28; Harvie

484 at Fig. 4-5, ¶¶ 91-94, 101-103; Harvie 012 at Figs. 4, 5, 6:18-7:37; Cheng 321 at Fig. 1, 2A-

2B, 7A-7B, 9A, ¶¶ 136, 230-234, 244-246; Ozenne 138 at Fig. 1, Abstract, ¶¶ 24, 27-31; Bevan

395 at Figs. 1, 2, 7-8, 2:37-60, 3:28-42, 3:109-114; Ishii 107 at Figs. 1-6 and 9-13, ¶¶ 10-18;

Hollister 2011 Brochure (2011) at p. 1; 2007 Omni Medical User & Maintenance Guide at p. 10;

Omni Medical AMXD/AXMXDMax devices.

(17)     Urine collection devices with a receptacle in the interior that were dimensioned and

configured to receive a head of a penis.  *See, e.g.*, Keane 768 at Figs. 6-8, 9-10, 2:47-68, 3:3-19,

3:37-42, 3:60-74, 3:75-4:16, 4:35-52, 5:19-24, 5:39-50; Langstrom 123 at Figs. 1-2, 5, 2:39-3:1, 3:4-9, 3:15-20, 3:39-56; Hanifl 377 at Figs. 1-6, Abstract, 2:28-38; Harvie 484 at Fig. 5, ¶¶ 91-94, 101-103; Sanchez 508 at 4:16-28; Harvie 012 at Figs. 4, 5, 6:18-7:37; Cheng 321 at Fig. 1, 2A-2B, 7A-7B, 9A, ¶¶ 136, 230-234, 244-246; Ozenne 138 at Fig. 1, Abstract, ¶¶ 24, 27-31; Bevan 395 at Figs. 1, 2, 7-8, 1:3-6, 1:113-2:11, 2:12-36, 2:77-98, 3:62-80, 3:91-103, 3:120-122; Ishii 107 at Figs. 1-6 and 9-13, ¶¶ 10-18; Hollister 2011 Brochure (2011) at p. 1; 2007 Omni Medical User & Maintenance Guide at p. 10; Omni Medical AMXD/AXMXDMax devices.

(18)    The receptacle may be defined at least partially by a wicking material and the wicking material and an impermeable material are dimensioned and configured to shape the receptacle to receive the head of a penis. *See, e.g*., Keane 768 at Figs. 6-8, 9-10, 2:47-68, 3:3-19, 3:37-42, 3:60-74, 3:75-4:16, 4:35-52, 5:19-24, 5:39-50; Langstrom 123 at Figs. 1-2, 5, 2:39-3:1, 3:4-9, 3:15-20, 3:39-56; Harvie 484 at Fig. 5, ¶¶ 91-92; Sanchez 508 at 4:16-28; Harvie 012 at Figs. 4, 5, 6:18-7:24; Cheng 321 at Fig. 1, 2A-2B, 7A-7B, 9A, ¶¶ 136, 230-234, 244-246; Medeiros 822 at Figs 1-2, ¶¶38-39, 66; Ishii 107 at Figs. 1-6 and 9-13, ¶¶ 10-18; 2007 Omni Medical User & Maintenance Guide at p. 10; Omni Medical AMXD/AXMXDMax devices.

(19)    The receptacle may extend from the opening in the impermeable material, or its own opening, into the interior portion of the device and shaped to receive the head of a penis. *See, e.g*., Keane 768 at Figs. 6-8, 9-10, 2:47-68, 3:3-19, 3:37-42, 3:60-74, 3:75-4:16, 4:35-52, 5:19-24, 5:39-50; Langstrom 123 at Figs. 1-2, 5, 2:39-3:1, 3:4-9, 3:15-20, 3:39-56; Hanifl 377 at Figs. 1-6, Abstract, 2:28-38; Harvie 484 at Fig. 5, ¶¶ 91-94, 101-103; Sanchez 508 at 4:16-28; Harvie 012 at Figs. 4, 5, 6:18-7:37; Cheng 321 at Fig. 1, 2A-2B, 7A-7B, 9A, ¶¶ 136, 230-234, 244-246; Ozenne 138 at Fig. 1, Abstract, ¶¶ 24, 27-31; Bevan 395 at Figs. 1, 2, 7-8, 1:3-6, 1:113-2:11, 2:12-36, 2:77-98, 3:62-80, 3:91-103, 3:120-122; Ishii 107 at Figs. 1-6 and 9-13, ¶¶ 10-18; Hollister 2011

Brochure (2011) at p. 1; 2007 Omni Medical User & Maintenance Guide at p. 10; Omni Medical AMXD/AXMXDMax devices.

(20)   The receptacle is configured to draw urine into it, through wicking material and porous materials and into a chamber, when the penis is disposed in the receptacle and vacuum is applied. *See, e.g.*, Keane 768 at 768 at Figs. 6-8, 9-10, Abstract, 1:21-41, 2:47-68, 2:69-3:3, 3:3-19, 3:37-42, 3:60-74, 3:75-4:16, 4:35-52, 5:19-24, 5:39-50; Kuntz 166 at Figs. 1-2, 2:34-37, 2:38-69, 3:40-57, 3:64-66, 4:9-21, 4:29-32, 5:65-6:9, 7:18-32; Sanchez 508 at 4:16-28; Suzuki 250 at Figs. 1-5, 10B, 11-12 at 6:33-48, 6:66-7:19, 7:47-63, 8:21-24, 8:56-65; Harvie 484 at Abstract, Title, Fig. 4-6, ¶¶ 91-94, 101-103; Harvie 012 at Figs. 4, 5, 6:18-7:37; Langstrom 123 at Figs. 1-2, 5, 2:39-4:6; Ishii 107 at Figs. 1-6 and 9-13, ¶¶ 10-18; Wolff 066 at Fig. 5b, 5:56-6:36, 6:42-59; Van Den Heuvel 894 at Figs. 1, 3, ¶¶ 5, 38, 40, 42, 44, 50-51; 2007 Omni Medical User & Maintenance Guide at p. 10; Omni Medical AMXD/AXMXDMax devices.

(21)   Urine collection devices with a lip of impermeable material for retaining urine in a receptacle, the lip being formed by the impermeable material extending beyond covering the other side of a porous material and inward over the receptacle. *See, e.g.*, Keane 768 at Figs. 6-8, 9-10, 2:47-68, 3:3-19, 3:37-42, 3:60-74, 3:75-4:16, 4:35-52, 5:19-24, 5:39-50; Langstrom 123 at Figs. 1-2, 5, 2:39-3:1, 3:4-9, 3:15-20, 3:39-56; Kuntz 166 at Figs. 1-2, 2:39-30, 3:45-57, 3:64-66, 4:14-16, 4:19-21; Hanifl 377 at Figs. 1-6, Abstract, 2:28-38; Harvie 484 at Fig. 5, ¶¶ 91-92; Harvie 012 at Figs. 4, 5, 6:18-7:37; Cheng 321 at Fig. 1, 2A-2B, 7A-7B, 9A, ¶¶ 136, 230-234, 244-246; Ozenne 138 at Fig. 1, Abstract, ¶¶ 24, 27-31; Bevan 395 at Figs. 1, 2, 7-8, 1:3-6, 1:113-2:11, 2:12-36, 2:77-98, 3:62-80, 3:91-103, 3:120-122; Ishii 107 at Figs. 1-6 and 9-13, ¶¶ 10-18; 2007 Omni Medical User & Maintenance Guide at p. 10; Omni Medical AMXD/AXMXDMax devices.

As shown by the above examples (and the charts below), the differences, if any, between

the relevant prior art references and the Asserted Claims of the 407 Patent were known and would have been within the knowledge and common sense of one of ordinary skill in the art, and modification, if any, to achieve the claimed invention would have been a routine choice with a reasonable expectation of success.  In addition, or alternatively, one of ordinary skill in art would have been motivated to combine one or more of the references as they nearly all pertain, generally, to urine collection systems or apparatuses.

As noted above, the following charts identify where in each item of prior art each element of each asserted claim is found.  The citations in the charts are representative and should not be construed as limiting.  As mentioned above, the charts below reflect alternative views of the meaning of claim language including Sage's understanding of Plaintiff's position regarding the construction of the claims, and Sage makes no admissions regarding any alleged infringement.  Moreover, by addressing any claim language in the charts below, Sage makes no admission as to whether or not that language serves as a limitation of the claim.

**U.S. Patent No. 10,376,407 (Claims 1, 2, 5, 7-9, and 13-15)**

| 407 Patent Claim Language | Prior Art |
|---|---|
| **Claim 1** | |
| 1. A device for use to collect urine flowing from a penis of a person or an animal in such a manner that the urine can be transported from the device as the urine is being collected, the device comprising: | To the extent the preamble is limiting, devices for collecting urine flowing from a penis so that the urine can be transported from the device as it is being collected were well known at the time of the alleged invention.<br><br>• Jones 080 at Figs. 1, 8-9, 2:37-65, 2:70-79, 3:15-31;<br>• Keane 768 at Figs. 6-8, 9-10, Abstract, Title, 2:57-68, 3:37-47, 3:48-56, 3:61-66, 4:35-40, 4:45-52, 4:62-67;<br>• Langstrom 123 at Figs. 1-2, 5, 2:39-3:1, 3:4-9, 3:15-20, 3:39-56;<br>• Kanall 843 at Figs. 1-4, Abstract, 1:49-57, 2:17-24, 2:68-3:6, 3:39-35; |

| 407 Patent Claim Language | Prior Art |
|---|---|
| | • Stein 213 at Figs. 1-3, Abstract, 1:62-2:2<br>• Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33, 5:34-6:4, 6:36-43<br>• Kuntz 166 at Figs. 1, 2, 5:59-63, 7:18-32, 2:34-37, 4:21-32;<br>• Hanifl 377 at Figs. 1-6, Abstract, 2:28-38;<br>• Conkling 541 at Figs. 8-11, 4:35-40, 5:17-19, 5:22-28, 5:38-45, 6:13-42;<br>• Kubo 052 at Abstract, Figs. 1-5, 2:5-3:25, 6:15-39, 6:50-69;<br>• Bernstein 334 at Abstract, Figs. 4-5, 2:12-16, 43-58, 3:14-18, 58-67, 4:10-16;<br>• Goulter 277 at Abstract, Figs. 1-2, 4, 2:29-3:2;<br>• Miskie 399 at Abstract, Figs. 1-2, 2:7-23, 3:14-27;<br>• Harvie 964 at Abstract, Figs. 4-5, 3:25-37;<br>• Harvie 012 at Abstract, Figs. 4-5, 3:3-16;<br>• Harvie 043 at Abstract, Figs. 4-5, 3:42-61;<br>• Suzuki 250 at Figs. 1-5, 10B, 11-12 at 6:33-48, 6:66-7:19, 7:47-63, 8:21-24, 8:56-65;<br>• Goldwasser 320 at Figs. 1-7, 4:16-20, 18:11-30;<br>• Mahnensmith 262 at Fig. 3-4 Abstract, ¶¶ 2:51-67, 25, 30-31;<br>• Sanchez 508 at 4:16-28, Figs. 1, 5, 1:59-2:1, 3:24-47, 4:10-54;<br>• Harvie 484 at Abstract, Figs. 4-6, Title, ¶¶ 90-99;<br>• Cheng 321 at Fig. 1, 2A-2B, 7A-7B, 9A, ¶¶ 136, 230-234, 244-246;<br>• Wolff 066 at Fig. 5b, 5:56-6:36, 6:42-59<br>• Easter 229 at Figs. 1-2, Abstract, ¶¶ 22-23, 36-37, 97;<br>• Mahnensmith 080 at Fig. 3-4 Abstract, ¶¶ 9-10, 5:37-57, 6:18-56;<br>• Finger 282 at Figs. 1,2, 4, ¶¶ 3-4, 12, 17-24; |

| 407 Patent Claim Language | Prior Art |
|---|---|
| | • Medeiros 822 at Figs. 1-2, Abstract, Claim 1, ¶¶ 10-12, 39-40, 66;<br>• Van Den Heuvel 894 at Figs. 1, 3, ¶¶5, 38, 40, 42, 44, 50-51;<br>• Ozenne 138 at Fig. 1, Abstract, ¶¶ 24, 27-31;<br>• Damoulin 143 at Fig. 1, Abstract, ¶¶ 1, 46;<br>• Kuntz 355 at Figs. 1-3, 4:7-17, 4:18-25, 4:59-5:26, 5:27-39, 5:40-49, 9:54-10:46;<br>• Lumaque-Steeman 292 at ¶¶15-16,18;<br>• Bevan 395 at Figs. 1, 2, 7-8, 1:3-6, 1:113-2:11, 2:12-36, 2:77-98, 3:62-80, 3:120-122;<br>• Ishii 107 at Figs. 1-13, ¶¶ 10-11, 13, 15;<br>• Parmar at pp. 1-2;<br>• 2014 Medtech Announcement at p. 3;<br>• Hollister Brochure at pp. 1-2;<br>• Hollister 2011 Brochure (2011) at p. 1;<br>• 2015 PureWick brochure at pp. 1-7;<br>• Omni Starter Kit Brochure at p. 1;<br>• Omni Brochure at pp. 1-2;<br>• Omni Presentation at 9, 11-12;<br>• 2015 Omni Catalog at pp. 1-4;<br>• 2007 Omni AMXD User & Maintenance Guide at p. 10;<br>• Omni AMXD / AMXDmax Devices;<br>• Sachtman at pp. 1-2;<br>• PureWick Prior Art Devices. |
| a flexible layer of porous material having a first side and a second side; | Urine collection devices having a two-sided flexible layer of porous material were well known at the time of the alleged invention and were used in urine collection devices for a variety of reasons including, for example, separating the genitals from urine. It was typical to include such a layer so that fluid could be contained.<br><br>• Jones 080 at Figs. 1, 8-9, 2:37-65, 2:70-79, 3:15-31;<br>• Keane 768 at Figs. 6-8, 9-10, 4:4-16, 6:22-25, 3:4-9, 3:35-52; |

| 407 Patent Claim Language | Prior Art |
|---|---|
| | <ul><li>Langstrom 123 at Figs. 1-2, 5, 2:39-3:1, 3:4-9, 3:15-20, 3:39-56;</li><li>Kanall 843 at Figs. 1-4, Abstract, 1:59-62, 2:57-68, 3:29-35;</li><li>Stein 213 at Figs. 1-3, 1:32-40, 2:19-30;</li><li>Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33, 5:34-6:4, 6:36-43;</li><li>Kuntz 166 at Figs. 1, 2, 2:25-30, 2:38-47 3:42-45, 4:9-11;</li><li>Hanifl 377 at Figs. 1-6, Abstract, 2:28-38;</li><li>Kubo 052 at Figs. 1-5, Abstract, 4:6-16, 2:22-26, 2:46-61, 5:25-34, 6:50-56;</li><li>Miskie 399 at Figs. 1, 6, 7, 8, 9, 4:4-14, 5:1-37;</li><li>Harvie 964 at Fig. 5, 7:53-8:9;</li><li>Harvie 012 at Fig. 5, 6:59-7:15;</li><li>Harvie 043 at Fig. 5, 7:54-8:10;</li><li>Suzuki 250 at Figs. 1-5, 10B, 11-12 at 6:33-48, 6:66-7:19, 7:47-63, 8:21-24, 8:56-65;</li><li>Goldwasser 320 at Figs. 3-6, 16:28-10, 7:34-12:52; 21:60-22:40, claim 1;</li><li>Mahnensmith 262 at Figs. 1-5, Abstract, 3:46-4:44, 6:18-43;</li><li>Sanchez 508 at 4:16-28, Figs. 1, 5, 1:59-62, 3:24-35;</li><li>Harvie 484 at Fig. 5, ¶ 91;</li><li>Cheng 321 at Fig. 1, 2A-2B, 7A-7B, 9A, ¶¶ 136, 230-234, 244-246;</li><li>Wolff 066 at Fig. 5b, 5:56-6:36, 6:42-59;</li><li>Easter 229 at Figs. 5, 9, ¶¶ 51, 90;</li><li>Mahnensmith 080 at Figs. 1-5, Abstract, ¶¶ 17-20, 30;</li><li>Finger 282 at Fig. 4, ¶¶ 7, 24-25;</li><li>Medeiros 822 at Fig. 2, ¶ 66;</li><li>Van Den Heuvel 894 at Figs. 1, 3, ¶¶5, 38, 40, 42, 44;</li><li>Ozenne 138 at Fig. 1, Abstract, ¶¶ 24, 27-31;</li><li>Damoulin 143 at ¶¶ 47-50;</li><li>Kuntz 355 at Figs. 1-3, 4:7-17, 4:18-25, 4:59-5:26, 5:27-39, 5:40-49, 6:15-29;</li></ul> |

| 407 Patent Claim Language | Prior Art |
|---|---|
|  | <ul><li>Lumaque-Steeman 292 at ¶ 18;</li><li>Bevan 395 at Figs. 1, 2, 7-8, 3:91-103;</li><li>Ishii 107 at Figs. 1-6 and 9-13, ¶¶ 14, 18;</li><li>Parmar at pp. 1-2;</li><li>2014 Medtech Announcement at p. 3;</li><li>2015 PureWick brochure at pp. 1-7;</li><li>2007 Omni AMXD User & Maintenance Guide at p. 10;</li><li>Omni AMXD / AMXDmax Devices;</li><li>PureWick Prior Art Devices.</li></ul> |
| flexible wicking material having a first side and a second side, the second side of the flexible wicking material being disposed on the first side of the flexible layer of porous material | Urine collection devices having a wicking material layered on a porous material were known in the art at the time of the alleged invention.  For example, a wicking material disposed on a porous material provided a soft, comfortable surface against the genitals of a patient, and aided in drawing urine away from the skin of the patient and into the urine collection device. Other benefits of wicking materials are discussed in the Declarations of Dr. Newman both for the IPR and claim construction.<br><br><ul><li>Jones 080 at Figs. 1, 8-9, 2:37-65, 2:70-79, 3:15-31;</li><li>Keane 768 at Figs. 6-8, 9-10, 3:75-4:16, 6:22-25, 3:4-9, 3:35-52;</li><li>Langstrom 123 at Figs. 1-2, 5, 2:39-3:1, 3:4-9, 3:15-20, 3:39-56;</li><li>Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33, 5:34-6:4, 6:36-43;</li><li>Kuntz 166 at Figs. 1, 2, 2:48-67, 4:9-11, 5:65-6:9;</li><li>Harvie 964 at Fig. 5, 7:53-8:9;</li><li>Harvie 012 at Fig. 5, 6:59-7:15;</li><li>Harvie 043 at Fig. 5, 7:54-8:10;</li><li>Suzuki 250 at Figs. 1-5, 10B, 11-12 at 6:33-48, 6:66-7:19, 7:47-63, 8:21-24, 8:56-65;</li><li>Goldwasser 320 at Figs. 3-6, 16:28-10, 7:63-8:12, 21:60-22:40, claim 1;</li></ul> |

| 407 Patent Claim Language | Prior Art |
|---|---|
| | • Mahnensmith 262 at Abstract, Figs. 1-5, 4:45-5:6. 5:37-57, 6:18-56;<br>• Sanchez 508 at 4:16-28, Figs. 1-2, 5, 1:60-2:1, 3:25-27, 3:45-47, 4:10-15;<br>• Harvie 484 at Fig. 5, ¶ 91;<br>• Cheng 321 at Fig. 1, 2A-2B, 7A-7B, 9A, ¶¶ 136, 230-234, 244-246;<br>• Wolff 066 at Fig. 5b, 5:56-6:36, 6:42-59;<br>• Easter 229 at Figs. 5, 9, ¶¶ 50, 90;<br>• Mahnensmith 080 at Abstract, Figs. 1-5, ¶¶ 21-22, 25, 30-31;<br>• Medeiros 822 at Fig. 2, ¶ 66;<br>• Van Den Heuvel 894 at Figs. 1, 3, ¶5;<br>• Kuntz 355 at Figs. 1-3, 4:7-17, 4:18-25, 4:59-5:26, 5:27-39, 5:40-49, 6:15-29, 9:54-10:46;<br>• Lumaque-Steeman 292 at ¶18;<br>• Ishii 107 at Figs. 1-6 and 9-13, ¶¶ 14, 18;<br>• Parmar at pp. 1-2;<br>• 2014 Medtech Announcement at p. 3;<br>• 2015 PureWick brochure at pp. 1-7;<br>• 2007 Omni AMXD User & Maintenance Guide at p. 10;<br>• Omni AMXD / AMXDmax Devices;<br>• PureWick Prior Art Devices. |
| a flexible layer of impermeable material defining an interior portion of the device, | Urine collection devices with a flexible layer of impermeable material defining an interior portion of the device were known in the art at the time of the alleged invention.<br><br>• Jones 080 at Figs. 1, 8-9, 2:37-65, 2:70-79, 3:15-31;<br>• Keane 768 at Figs. 6-10, 2:57-60, 2:69-3:12, 3:37-47, 3:60-74, 3:75-4:15, 3:35-52;<br>• Langstrom 123 at Figs. 1-2, 5, 2:39-3:1, 3:4-9, 3:15-20, 3:39-56;<br>• Kanall 843 at Figs. 1-4, Abstract, 1:49-57, 2:17-24, 2:68-3:6, 3:39-35;<br>• Stein 213 at Figs. 1-3, 1:62-2:2, 2:7-18, 2:52-65; |

| 407 Patent Claim Language | Prior Art |
|---|---|
| | - Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33, 5:34-6:4, 6:36-43;<br>- Kuntz 166 at Figs. 1, 2, 2:39-40, 3:45-57, 3:64-66, 4:14-16, 4:19-21;<br>- Hanifl 377 at Figs. 1-6, Abstract, 2:28-38;<br>- Conkling 541 at Figs. 8-11, 4:35-40, 5:17-19, 5:22-28, 5:38-45, 6:13-42;<br>- Kubo 052 at Figs. 1-5, 3:53-4:5, 5:7-24, 5:59-63;<br>- Bernstein 334 at Abstract, Fig. 4, 6, 3:38-50, 4:1-9, Claim 6;<br>- Goulter 277 at Figs. 1, 2, 4, 6, 4:9-21;<br>- Miskie 399 at Figs. 1, 4, 5, 8, 9, 4:4-27, 5:12-37;<br>- Harvie 964 at Fig. 5, 7:53-8:9, 8:33-37;<br>- Harvie 012 at Fig. 5, 6:59-7:15, 7:37-42;<br>- Harvie 043 at Fig. 5, 7:54-8:10, 8:33-37;<br>- Suzuki 250 at Figs. 1-5, 10B, 11-12 at 6:33-48, 6:66-7:19, 7:47-63, 8:21-24, 8:56-65;<br>- Goldwasser 320 at Figs. 3-6, 16:28-10, 5:26-7:17, claim 1;<br>- Mahnensmith 262 at Figs. 1-5, Abstract 3:46-4:10, 4:35-55, 5:37-57, 6:18-56;<br>- Sanchez 508 at 4:16-28, Figs. 1, 5, 6:1-3, 1:59-60, 3:24-26, 3:29-31, 3:33-35;<br>- Harvie 484 at Fig. 5, ¶¶ 91-94;<br>- Cheng 321 at Fig. 1, 2A-2B, 7A-7B, 9A, ¶¶ 136, 230-234, 244-246;<br>- Wolff 066 at Fig. 5b, 5:56-6:36, 6:42-59;<br>- Easter 229 at Figs. 3a, 3b, 5, 9, ¶¶ 53, 90;<br>- Mahnensmith 080 at Figs. 1-5, Abstract ¶¶ 17-18, 20-21, 25, 30-31;<br>- Finger 282 at Fig. 4, ¶ 24;<br>- Medeiros 822 at Figs. 1-2, Abstract, Claim 1, 3, 19, 20, ¶¶ 38-66;<br>- Van Den Heuvel 894 at Figs. 1, 3, ¶¶5, 38, 40, 42, 44, 50-51;<br>- Ozenne 138 at Fig. 1, Abstract, ¶¶ 24, 27-31;<br>- Damoulin 143 at Fig. 1 ¶ 42; |

| 407 Patent Claim Language | Prior Art |
|---|---|
| | • Kuntz 355 at Figs. 1-3, 4:7-17, 4:18-25, 6:30-39, 9:54-10:46; <br> • Lumaque-Steeman 292 at ¶ 18; <br> • Bevan 395 at Figs. 1, 2, 7-8, 1:3-6, 1:113-2:11, 2:12-36, 2:77-98, 3:62-80, 3:120-122; <br> • Ishii 107 at Figs. 1-6 and 9-13, ¶¶ 12, 15, 17; <br> • Parmar at pp. 1-2; <br> • 2014 Medtech Announcement at p. 3; <br> • Hollister Brochure at pp. 1-2; <br> • Hollister 2011 Brochure (2011) at p. 1; <br> • 2015 PureWick brochure at pp. 1-7; <br> • Omni Starter Kit Brochure at p. 1; <br> • Omni Brochure at pp. 1-2; <br> • Omni Presentation at 9, 11-12; <br> • 2015 Omni Catalog at pp. 1-4; <br> • 2007 Omni AMXD User & Maintenance Guide at p. 10; <br> • Omni AMXD / AMXDmax Devices; <br> • Sachtman at pp. 1-2; <br> • PureWick Prior Art Devices. |
| the flexible layer of porous material and the flexible wicking material being positioned within the interior portion defined by the flexible layer of impermeable material with at least a portion of the second side of the flexible layer of porous material secured to the flexible layer of impermeable material; | Urine collection devices with porous material and wicking material positioned within the interior and a portion of a side of the porous material being secured to the impermeable material were known in the art at the time of the alleged invention. For example, positioning wicking and porous materials in the interior of the device and securing the porous material to the impermeable material was a typical configuration to ensure that the materials worked as intended once the genitals were placed in the device. <br><br> • Keane 768 at Figs. 6-10, 2:57-60, 2:69-3:19, 3:20-36, 3:37-47, 3:60-74, 3:75-4:15, 3:35-52; <br> • Langstrom 123 at Figs. 1-2, 5, 2:39-3:1, 3:4-9, 3:15-20, 3:39-56; |

| 407 Patent Claim Language | Prior Art |
|---|---|
| | • Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33, 5:34-6:4, 6:36-43;<br>• Kuntz 166 at Figs. 1-2, 2:38-67, 3:42-57, 3:64-66, 4:9-21, 5:65-6:9, 7:18-32;<br>• Kubo 052 at Figs. 1-5, 4:6-16, 2:22-26, 2:46-61, 5:25-34, 6:50-56, 3:53-4:5, 5:7-24, 5:59-63;<br>• Harvie 964 at Fig. 5, 7:53-8:9;<br>• Harvie 012 at Fig. 5, 6:59-7:15;<br>• Harvie 043 at Fig. 5, 7:54-8:10;<br>• Suzuki 250 at Figs. 1-5, 10B, 11-12 at 6:33-48, 6:66-7:19, 7:47-63, 8:21-24, 8:56-65;<br>• Goldwasser 320 at Figs 1-6, 17:4-10, 12:50-13:36, claim 1;<br>• Mahnensmith 262 at Figs 2, 2:30-50, 5; 3:46-55;<br>• Sanchez 508 at 4:16-28, Fig. 5, 1:60-2:1, 3:25-27, 3:45-47;<br>• Harvie 484 at Fig. 5, ¶¶ 91-94;<br>• Wolff 066 at Fig. 5b, 5:56-6:36, 6:42-59;<br>• Easter 229 at Figs. 5, 9, ¶ 54;<br>• Mahnensmith 080 at Figs 2, 5; ¶¶ 8, 17;<br>• Finger 282 at Fig. 4, ¶¶ 7, 25;<br>• Medeiros 822 at Figs. 1-2, ¶ 66;<br>• Van Den Heuvel 894 at Figs. 1, 3, ¶¶5, 38, 40, 42, 44, 50-51;<br>• Damoulin 143 at ¶¶ 49-50;<br>• Kuntz 355 at Figs. 1-3, 4:7-17, 4:18-25, 4:59-5:26, 5:27-39, 5:40-49, 6:15-29, 6:30-39, 9:54-10:46;<br>• Lumaque-Steeman 292 at ¶18;<br>• Ishii 107 at Figs. 1-6 and 9-13, ¶¶ 10-18;<br>• 2015 PureWick brochure at pp. 1-7;<br>• 2007 Omni AMXD User & Maintenance Guide at p. 10;<br>• Omni AMXD / AMXDmax Devices;<br>• PureWick Prior Art Devices. |
| a chamber of void space positioned within the interior portion of the device between the flexible layer of porous material and the flexible layer of impermeable material, the | Urine collection devices having a chamber of void space positioned between the porous and impermeable materials (and being defined by those materials) to collect urine |

| 407 Patent Claim Language | Prior Art |
|---|---|
| chamber being defined at least partially by the second side of the porous material and the flexible layer of impermeable material and configured to collect urine for transport, | were well known at the time of the alleged invention.  For example, the chamber provided a location for collection of urine in an area where urine would naturally flow (in the space between the porous material and the impermeable material).<br><br>• Jones 080 at Figs. 1, 8-9, 2:37-65, 2:70-79, 3:15-31;<br>• Keane 768 at Figs. 7, 10, 2:58-68, 3:37-42, 3:60-74, 4:35-52;<br>• Kanall 843 at Figs. 1-4, Abstract, 1:49-57, 2:17-24, 2:68-3:6, 3:39-35;<br>• Stein 213 at Figs. 1-3, Abstract, 1:62-2:2, 2:7-18, 2:52-65, 1:32-40, 2:19-30;<br>• Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33, 5:34-6:4, 6:36-43;<br>• Kuntz 166 at Figs. 1-2, 2:38-67, 3:42-57, 3:64-66, 4:9-21, 5:65-6:9, 7:18-32;<br>• Hanifl 377 at Figs. 1-6, Abstract, 2:28-38;<br>• Miskie 399 at Figs. 1, 7, 8, 4:4-27;<br>• Harvie 964 at Fig. 5, 7:53-8:9;<br>• Harvie 012 at Fig. 5, 6:59-7:15;<br>• Harvie 043 at Fig. 5, 7:54-8:10;<br>• Mahnensmith 262 at Figs 2, 5, 2:30-50, 3:46-55, 5:8-26, 5:37-57, 6:18-43<br>• Sanchez 508 at 4:16-28, Figs. 1, 5, 1:59-60, 3:24-26, 3:29-31, 3:33-35;<br>• Harvie 484 at Fig. 5, ¶¶ 91-94;<br>• Cheng 321 at Fig. 1, 2A-2B, 7A-7B, 9A, ¶¶ 136, 230-234, 244-246;<br>• Mahnensmith 080 at Figs 2, 5, ¶¶ 8,17, 23, 25, 30;<br>• Finger 282 at Fig. 4;<br>• Van Den Heuvel 894 at Figs. 1, 3, ¶ 42;<br>• Ozenne 138 at Fig. 1, Abstract, ¶¶ 24, 27-31;<br>• Damoulin 143 at ¶¶1, 47-50;<br>• Kuntz 355 at Figs. 1-3, 4:7-17, 4:18-25, 4:59-5:26, 5:27-39, 5:40-49, 6:15-29, 6:30-39, 9:54-10:46; |

| 407 Patent Claim Language | Prior Art |
|---|---|
| | • Bevan 395 at Figs. 1, 2, 7-8, 1:3-6, 1:113-2:11, 2:12-36, 2:77-98, 3:62-80, 3:91-103, 3:120-122;<br>• Ishii 107 at Figs. 1-6 and 9-13, ¶¶ 10-18;<br>• Parmar at pp. 1-2;<br>• 2014 Medtech Announcement at p. 3;<br>• 2015 PureWick brochure at pp. 1-7;<br>• 2007 Omni AMXD User & Maintenance Guide at p. 10;<br>• Omni AMXD / AMXDmax Devices;<br>• PureWick Prior Art Devices. |
| the chamber having a port for receiving a tube to transport urine from the chamber by drawing urine from the chamber through the tube when a vacuum is applied within the chamber via the tube received by the port; and | It was typical at the time of the invention for the chamber to have a port for a tube that could be used to transport urine away from the chamber if vacuum was applied, which is a typical configuration for urine collection devices (including vacuum-assisted urine collection devices) that serve to withdraw urine from the patient (for example, as explained in the Declaration of Dr. Newman).<br><br>• Jones 080 at Figs. 1, 8-9, 1:59-72, 2:37-65, 2:70-79, 3:15-31;<br>• Keane 768 at Figs. 6-7, 9-10, 2:47-68, 3:37-42, 3:60-74, 3:75-4:16, 4:35-52;<br>• Kanall 843 at Figs. 1-4, Abstract, 1:49-57, 2:17-24, 2:68-3:6, 3:39-35;<br>• Stein 213 at Figs. 1-3, Abstract, 1:62-2:2, 2:7-18, 2:52-65, 1:32-40, 2:19-30;<br>• Hessner 418 at 6:36-43;<br>• Kuntz 166 at Figs. 1-2, 2:34-37, 2:65-69, 3:40-42, 4:21-32, 5:65-6:9, 7:18-32;<br>• Conkling 541 at Figs. 8-11, 4:35-40, 5:17-19, 5:22-28, 5:38-45, 6:13-42;<br>• Kubo 052 at 2:46-61, 4:21-26, 6:50-69;<br>• Goulter 277 at Fig. 15, 7:25-35;<br>• Miskie 399 at 5:18-20;<br>• Harvie 964 at Figs. 4, 5, 7:53-8:32;<br>• Harvie 012 at Figs. 4, 5, 6:18-7:37;<br>• Harvie 043 at Figs. 4-5, 7:12-8:33; |

| 407 Patent Claim Language | Prior Art |
|---|---|
| | • Suzuki 250 at Figs. 1-5, 10B, 11-12 at 6:33-48, 6:66-7:19, 7:47-63, 8:21-24, 8:56-65;<br>• Mahnensmith 262 at Figs 2, 3, 5; 2:30-50, 3:46-55, 5:8-26, 5:37-57, 6:18-43;<br>• Sanchez 508 at 4:16-28, 1:62-63, Fig. 3;<br>• Harvie 484 at Fig. 4-6, ¶¶ 91-99;<br>• Cheng 321 at Fig. 1, 2A-2B, 7A-7B, 9A, ¶¶ 136, 230-234, 244-246;<br>• Wolff 066 at Fig. 5b, 5:56-6:36, 6:42-59;<br>• Mahnensmith 080 at Figs 2, 3, 5; ¶ 8,17, 23, 25, 30;<br>• Finger 282 at Figs. 1, 2, 4, ¶¶ 17;<br>• Medeiros 822 at Figs. 1-2. ¶¶ 39-40;<br>• Van Den Heuvel 894 at Figs. 1, 3, ¶¶5, 38, 40, 42, 44, 50-51;<br>• Ozenne 138 at Fig. 1, Abstract, ¶¶ 24, 27-31;<br>• Damoulin 143 at Fig. 1 ¶¶ 26, 46;<br>• Kuntz 355 at Figs. 1-3, 4:27-40, 9:54-10:46;<br>• Bevan 395 at Figs. 1, 2, 7-8, 1:3-6, 1:113-2:11, 2:12-36, 2:77-98, 3:62-80, 3:91-103, 3:120-122;<br>• Ishii 107 at Figs. 1-6 and 9-13, ¶¶ 10-18;<br>• Parmar at pp. 1-2;<br>• 2014 Medtech Announcement at p. 3;<br>• Hollister Brochure at pp. 1-2;<br>• Hollister 2011 Brochure (2011) at p. 1;<br>• 2015 PureWick brochure at pp. 1-7;<br>• Omni Starter Kit Brochure at p. 1;<br>• Omni Brochure at pp. 1-2;<br>• Omni Presentation at 9, 11-12;<br>• 2015 Omni Catalog at pp. 1-4;<br>• 2007 Omni AMXD User & Maintenance Guide at p. 10;<br>• Omni AMXD / AMXDmax Devices;<br>• Sachtman at pp. 1-2;<br>• PureWick Prior Art Devices. |

| 407 Patent Claim Language | Prior Art |
|---|---|
| a receptacle within the interior portion of the device dimensioned and configured to receive a head of the penis within the receptacle, | Urine collection devices with a receptacle shaped to receive a head of a penis in the interior of the device, were well known at the time of the alleged invention.<br><br>• Keane 768 at Figs. 6-8, 9-10, 2:47-68, 3:3-19, 3:37-42, 3:60-74, 3:75-4:16, 4:35-52, 5:19-24, 5:39-50;<br>• Langstrom 123 at Figs. 1-2, 5, 2:39-3:1, 3:4-9, 3:15-20, 3:39-56;<br>• Kanall 843 at Figs. 1-4, Abstract, 1:49-57, 2:17-24, 2:68-3:6, 3:39-35, 1:59-62, 2:57-68, 3:29-35;<br>• Stein 213 at Figs. 1-3, Abstract, 1:62-2:2, 2:7-18, 2:52-65, 1:32-40, 2:19-30;<br>• Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33, 5:34-6:4, 6:36-43;<br>• Kuntz 166 at Figs. 1-2, 2:38-67, 3:42-57, 3:64-66, 4:9-21, 5:65-6:9, 7:18-32;<br>• Hanifl 377 at Figs. 1-6, Abstract, 2:28-38;<br>• Conkling 541 at Figs. 8-11, 4:35-40, 5:17-19, 5:22-28, 5:38-45, 6:13-42;<br>• Kubo 052 at Figs. 1-5, 4:6-16, 2:22-26, 2:46-61, 5:25-34, 6:50-56;<br>• Bernstein 334 at Abstract, Figs. 4-5, 2:43-57, 4:16-22;<br>• Goulter 277 at Figs. 1-2, 4, 4:9-64, 5:10-23;<br>• Miskie 399 at Figs. 1, 3, 6, 7, 8, 9, 2:7-22, 3:14-27, 4:54-5:11;<br>• Harvie 964 at Figs. 5, 4:36-38, 7:53-8:19;<br>• Harvie 012 at Figs. 5, 6:59-7:24;<br>• Harvie 043 at Fig. 5, 7:52-8:10;<br>• Suzuki 250 at Figs. 1-5, 10B, 11-12 at 6:33-48, 6:66-7:19, 7:47-63, 8:21-24, 8:56-65;<br>• Goldwasser 320 at Figs. 1-7, 18:58-19:51, 17:11-24, claim 3;<br>• Mahnensmith 262 at Figs. 1-5, Abstract 3:46-4:10, 4:35-55, 5:37-57, 6:18-56;<br>• Sanchez 508 at 4:16-28, Fig. 5;<br>• Harvie 484 at Fig. 4-6, ¶¶ 91-99; |

| 407 Patent Claim Language | Prior Art |
|---|---|
| | <ul><li>Cheng 321 at Fig. 1, 2A-2B, 7A-7B, 9A, ¶¶ 136, 230-234, 244-246;</li><li>Wolff 066 at Fig. 5b, 5:56-6:36, 6:42-59;</li><li>Mahnensmith 080 at Figs. 1-5, Abstract ¶¶ 17-18, 20-21, 25, 30-31;</li><li>Finger 282 at Figs.1, 2, 4, ¶¶ 17, 24-25;</li><li>Medeiros 822 at Figs 1-2, ¶¶38-39;</li><li>Van Den Heuvel 894 at Figs. 1, 3, ¶¶5, 38, 40, 42, 44, 50-51;</li><li>Ozenne 138 at Fig. 1, Abstract, ¶¶ 24, 27-31;</li><li>Damoulin 143 at Fig. 1, ¶ 39;</li><li>Kuntz 355 at Figs. 1-3, 4:11-17, 9:56-59;</li><li>Lumaque-Steeman 292 at Figs. 1-23, ¶¶18-26;</li><li>Bevan 395 at Figs. 1, 2, 7-8, 1:3-6, 1:113-2:11, 2:12-36, 2:77-98, 3:62-80, 3:91-103, 3:120-122;</li><li>Ishii 107 at Figs. 1-6 and 9-13, ¶¶ 10-18;</li><li>Parmar at pp. 1-2;</li><li>2014 Medtech Announcement at p. 3;</li><li>Hollister Brochure at pp. 1-2;</li><li>Hollister 2011 Brochure (2011) at p. 1;</li><li>2015 PureWick brochure at pp. 1-7;</li><li>Omni Starter Kit Brochure at p. 1;</li><li>Omni Brochure at pp. 1-2;</li><li>Omni Presentation at 9, 11-12;</li><li>2015 Omni Catalog at pp. 1-4;</li><li>2007 Omni AMXD User & Maintenance Guide at p. 10;</li><li>Omni AMXD / AMXDmax Devices;</li><li>Sachtman at pp. 1-2.</li></ul> |
| the receptacle being defined at least partially by at least a portion of the first side of the flexible wicking material, | It was known to configure the receptacle so that it was defined at least partially including for the reasons previously described. <br><br><ul><li>Keane 768 at Figs. 6-8, 9-10, 2:47-68, 3:3-19, 3:37-42, 3:60-74, 3:75-4:16, 4:35-52, 5:19-24, 5:39-50;</li><li>Langstrom 123 at Figs. 1-2, 5, 2:39-3:1, 3:4-9, 3:15-20, 3:39-56;</li></ul> |

| 407 Patent Claim Language | Prior Art |
|---|---|
| | • Kuntz 166 at Figs. 1-2, 2:38-67, 3:42-57, 3:64-66, 4:9-21, 5:65-6:9, 7:18-32;<br>• Harvie 964 at Figs. 4-5, 4:36-38, 7:53-8:19;<br>• Harvie 012 at Fig. 5, 6:59-7:24;<br>• Harvie 043 at Fig. 5, 7:54-8:10;<br>• Suzuki 250 at Figs. 1-5, 10B, 11-12 at 6:33-48, 6:66-7:19, 7:47-63, 8:21-24, 8:56-65;<br>• Goldwasser 320 at Figs. 1-7, 16:28-10, 18:58-19:51, 17:11-24, claim 3;<br>• Mahnensmith 262 at Figs. 1-5, Abstract 3:46-4:10, 4:35-55, 5:37-57, 6:18-56;<br>• Sanchez 508 at 4:16-28, Fig. 5, 1:63-2:1, 3:45-47;<br>• Harvie 484 at Fig. 5, ¶¶ 91-99;<br>• Cheng 321 at Fig. 1, 2A-2B, 7A-7B, 9A, ¶¶ 136, 230, 244-246;<br>• Wolff 066 at Fig. 5b, 5:56-6:36, 6:42-59;<br>• Mahnensmith 080 at Figs. 1-5, Abstract ¶¶ 17-18, 20-21, 25, 30-31;<br>• Medeiros 822 at Figs 1-2, ¶¶38-39, 66;<br>• Van Den Heuvel 894 at Figs. 1, 3, ¶¶5, 38, 40, 42, 44, 50-51;<br>• Lumaque-Steeman 292 at Figs. 1-23, ¶¶18-26;<br>• Kuntz 355 at Figs. 1-3, 4:7-17, 4:18-25, 4:59-5:26, 5:27-39, 5:40-49, 6:15-29, 6:30-39, 9:54-10:46;<br>• Ishii 107 at Figs. 1-6 and 9-13, ¶¶ 10-18;<br>• Parmar at pp. 1-2;<br>• 2014 Medtech Announcement at p. 3;<br>• 2015 PureWick brochure at pp. 1-7;<br>• 2007 Omni AMXD User & Maintenance Guide at p. 10;<br>• Omni AMXD / AMXDmax Devices;<br>• PureWick Prior Art Devices. |
| wherein the flexible wicking material and the flexible layer of impermeable material are dimensioned and configured to shape the receptacle to receive the head of the penis therein, | For the reasons described above, it was known to dimension and configure the wicking material and impermeable material to shape the receptacle to receive the head |

| 407 Patent Claim Language | Prior Art |
|---|---|
| | of a penis at the time of the alleged invention.<br><br>• Keane 768 at Figs. 6-8, 9-10, 2:47-68, 2:69-3:3, 3:3-19, 3:37-42, 3:60-74, 3:75-4:16, 4:35-52, 5:19-24, 5:39-50;<br>• Langstrom 123 at Figs. 1-2, 5, 2:39-3:1, 3:4-9, 3:15-20, 3:39-56;<br>• Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33, 5:34-6:4, 6:36-43;<br>• Kuntz 166 at Figs. 1-2, 2:38-67, 3:42-57, 3:64-66, 4:9-21, 5:65-6:9, 7:18-32;<br>• Harvie 964 at Fig. 5, 4:36-38, 7:53-8:19;<br>• Harvie 012 at Fig. 5, 6:59-7:24;<br>• Harvie 043 at Fig. 5, 7:54-8:10;<br>• Suzuki 250 at Figs. 1-5, 10B, 11-12 at 6:33-48, 6:66-7:19, 7:47-63, 8:21-24, 8:56-65;<br>• Goldwasser 320 at Figs. 1-7, 16:28-10, 18:58-19:51, 17:11-24, claim 3;<br>• Mahnensmith 262 at Figs. 1-5, Abstract 3:46-4:10, 4:35-55, 5:37-57, 6:18-56;<br>• Sanchez 508 at 4:16-28, Fig. 5, 1:60-2:1, 3:25-247;<br>• Harvie 484 at Abstract, Title, Fig. 4-6, ¶¶ 91-94, 101-103;<br>• Cheng 321 at Fig. 1, 2A-2B, 7A-7B, 9A, ¶¶ 136, 230-234, 244-246;<br>• Wolff 066 at Fig. 5b, 5:56-6:36, 6:42-59;<br>• Mahnensmith 080 at Figs. 1-5, Abstract ¶¶ 17-18, 20-21, 25, 30-31;<br>• Medeiros 822 at Figs 1-2, ¶¶38-39, 66;<br>• Van Den Heuvel 894 at Figs. 1, 3, ¶¶5, 38, 40, 42, 44, 50-51;<br>• Lumaque-Steeman 292 at Figs. 1-23, ¶¶18-26;<br>• Kuntz 355 at Figs. 1-3, 4:11-17, 9:56-59;<br>• Ishii 107 at Figs. 1-6 and 9-13, ¶¶ 10-18;<br>• 2007 Omni AMXD User & Maintenance Guide at p. 10;<br>• Omni AMXD / AMXDmax Devices; |

| 407 Patent Claim Language | Prior Art |
|---|---|
| wherein the receptacle is configured to draw urine flowing from said penis through the flexible wicking material and the porous material into the chamber when the head of the penis is disposed within the receptacle and the vacuum is applied within the chamber via the tube received by the port. | As was typical for urine collection devices, the receptacle is configured to draw urine flowing through the wicking material and porous material into a chamber when the genitals were in the receptacle and if vacuum is applied to the chamber via the outlet port tube for example as explained by Dr. Newman.<br><br>• Keane 768 at 768 at Figs. 6-8, 9-10, Abstract, 1:21-41, 2:47-68, 2:69-3:3, 3:3-19, 3:37-42, 3:60-74, 3:75-4:16, 4:35-52, 5:19-24, 5:39-50;<br>• Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33, 5:34-6:4, 6:36-43;<br>• Kuntz 166 at Figs. 1-2, 2:34-37, 2:38-69, 3:40-57, 3:64-66, 4:9-21, 4:29-32, 5:65-6:9, 7:18-32;<br>• Kubo 052 at Figs. 1-5, Abstract, 4:6-16, 2:22-26, 2:46-61, 5:25-34, 6:50-56, 2:46-61, 6:15-39;<br>• Miskie 399 at 5:18-20;<br>• Harvie 964 at Figs. 4-5, 7:11-50, 8:2-10;<br>• Harvie 012 at Figs. 4-5, 6:18-7:37;<br>• Harvie 043 at Figs. 4-5, 7:12-8:33;<br>• Suzuki 250 at Figs. 1-5, 10B, 11-12 at 6:33-48, 6:66-7:19, 7:47-63, 8:21-24, 8:56-65;<br>• Mahnensmith 262 at Figs 1-5; Abstract 2:30-50, 3:46-55, 5:8-26, 5:37-57, 6:18-56;<br>• Sanchez 508 at 4:16-28, Fig. 5, 1:59-2:1, 3:24-35, 3:45-57, 4:10-15;<br>• Harvie 484 at Abstract, Title, Fig. 4-6, ¶¶ 91-94, 101-103;<br>• Wolff 066 at Fig. 5b, 5:56-6:36, 6:42-59;<br>• Easter 229 at Figs. 1-9 Abstract, ¶¶ 37, 45, 91;<br>• Mahnensmith 080 at Figs 1-5; Abstract ¶¶ 8,17, 23, 25, 30-31;<br>• Van Den Heuvel 894 at Figs. 1, 3, ¶¶5, 38, 40, 42, 44, 50-51; |

| 407 Patent Claim Language | Prior Art |
|---|---|
| | <ul><li>Ozenne 138 at Fig. 1, Abstract, ¶¶ 24, 27-31;</li><li>Damoulin 143 at ¶¶1, 46-50;</li><li>Kuntz 355 at Figs. 1-3, 4:7-17, 4:18-25, 4:59-5:26, 5:27-39, 5:40-49, 6:15-29, 6:30-39, 9:54-10:46;</li><li>Ishii 107 at Figs. 1-6 and 9-13, ¶¶ 10-18;</li><li>2007 Omni AMXD User & Maintenance Guide at p. 10;</li><li>Omni AMXD / AMXDmax Devices;</li></ul> |
| **Claim 2** | |
| 2. The device according to claim 1, wherein the flexible layer of impermeable material extends beyond covering the other side of the flexible layer of porous material and hence inward over the receptacle to thereby provide a lip for retaining urine within the receptacle. | Urine collection devices having a lip for retaining urine with the receptacle, formed from the impermeable material extending beyond the porous layer and inward over the receptacle, were known at the time of the invention.<br><br><ul><li>Keane 768 at Figs. 6-8, 9-10, 2:68-19, 3:60-66;</li><li>Langstrom 123 at Figs. 1-2, 5, 2:39-3:1, 3:4-9, 3:15-20, 3:39-56;</li><li>Kanall 843 at Figs. 1-4, Abstract, 1:49-57, 2:17-24, 2:68-3:6, 3:39-35, 1:59-62, 2:57-68, 3:29-35;</li><li>Stein 213 at Figs. 1-3, Abstract, 1:62-2:2, 2:7-18, 2:52-65, 1:32-40, 2:19-30;</li><li>Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33, 5:34-6:4, 6:36-43;</li><li>Kuntz 166 at Figs. 1-2, 2:38-67, 3:42-57, 3:64-66, 4:9-21, 5:65-6:9, 7:18-32;</li><li>Hanifl 377 at Figs. 1-6, Abstract, 2:28-38;</li><li>Kubo 052 at Figs. 1-5, 3:53-4:5, 5:7-24, 5:59-63, 4:6-16, 2:22-26, 2:46-61, 5:25-34, 6:50-56;</li><li>Suzuki 250 at Figs. 1-5, 10B, 11-12 at 6:33-48, 6:66-7:19, 7:47-63, 8:21-24, 8:56-65;</li><li>Harvie 484 at Fig. 4-5, ¶¶ 91-94, 101-103;</li><li>Cheng 321 at Fig. 1, 2A-2B, 7A-7B, 9A, ¶¶ 136, 230-234, 244-246;</li></ul> |

| 407 Patent Claim Language | Prior Art |
|---|---|
| | • Wolff 066 at Fig. 5b, 5:56-6:36, 6:42-59;<br>• Van Den Heuvel 894 at Figs. 1, 3, ¶¶5, 38, 40, 42, 44, 50-51;<br>• Ozenne 138 at Fig. 1, Abstract, ¶¶ 24, 27-31;<br>• Bevan 395 at Figs. 1, 2, 7-8, 1:3-6, 1:113-2:11, 2:12-36, 2:77-98, 3:62-80, 3:91-103, 3:120-122;<br>• Ishii 107 at Figs. 1-6 and 9-13, ¶¶ 10-18;<br>• 2007 Omni AMXD User & Maintenance Guide at p. 10;<br>• Omni AMXD / AMXDmax Devices; |
| **Claim 5** | |
| 5. The device according to claim 1, wherein the flexible wicking material includes gauze. | Wicking materials including gauze were known at the time of the invention and were a standard design choice. As explained further in the Declarations of Dr. Newman, gauze was known to be used in this context.<br><br>• Jones 080 at Figs. 1, 8-9, 2:37-65, 2:70-79, 3:15-31;<br>• Keane 768 at Figs. 6-8, 9-10, 3:75-4:16, 6:22-25, 3:4-9, 3:35-52;<br>• Langstrom 123 at Figs. 1-2, 5, 2:59-66;<br>• Nussbaumer 160 at 5:23-26;<br>• Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33, 5:34-6:4, 6:36-43;<br>• Knowles 314 at 2:60-65, 4:14-16, Figs. 1-2;<br>• Crowley 928 at 2:27;<br>• Kuntz 166 at Figs. 1, 2, 2:48-67, 4:9-11, 5:65-6:9;<br>• Harvie 964 at Fig. 5, 4:28-52, 7:64-8:1;<br>• Harvie 012 at Fig. 5, 6:59-7:15;<br>• Harvie 043 at Fig. 5, 7:52-8:10;<br>• Suzuki 250 at Figs. 1-5, 10B, 11-12 at 6:33-48, 6:66-7:19, 7:47-63, 8:21-24, 8:56-65;<br>• Mahnensmith 262 at Abstract, Figs. 1-5, 4:45-5:6. 5:37-57, 6:18-56;<br>• Sanchez 508 at 4:10-13; |

255

| **407 Patent Claim Language** | **Prior Art** |
|---|---|
| | • Harvie 484 at Fig. 5, ¶ 91;<br>• Cheng 321 at Fig. 1, 2A-2B, 7A-7B, 9A, ¶¶ 136, 230-234, 244-246;<br>• Wolff 066 at Fig. 5b, 5:56-6:36, 6:42-59;<br>• Mahnensmith 080 at Abstract, Figs. 1-5, ¶¶ 21-22, 25, 30-31;<br>• Van Den Heuvel 894 at Figs. 1, 3, ¶5;<br>• Kuntz 355 at Figs. 1-3, 5:3-15;<br>• Ishii 107 at Figs. 1-6 and 9-13, ¶¶ 14, 18;<br>• Parmar at pp. 1-2;<br>• 2014 Medtech Announcement at p. 3;<br>• 2015 PureWick brochure at pp. 1-7;<br>• PureWick Prior Art Devices. |
| **Claim 7** | |
| 7. A urine collection device, comprising: | To the extent the preamble is limiting, the below references all disclose urine collection devices. |
| an impermeable material defining an interior portion of the urine collection device; | Devices with an impermeable material defining an interior portion of the device were known in the art at the time of the alleged invention. See Claim 1.<br><br>• Jones 080 at Figs. 1, 8-9, 1:26-35, 1:73-79;<br>• Keane 768 at Figs. 6-10, 2:57-60, 2:69-3:12, 3:37-47, 3:60-74, 3:75-4:15, 3:35-52;<br>• Langstrom 123 at Figs. 1-2, 5, 2:39-3:1, 3:4-9, 3:15-20, 3:39-56;<br>• Kanall 843 at Figs. 1-4, Abstract, 1:49-57, 2:17-24, 2:68-3:6, 3:39-35, 1:59-62, 2:57-68, 3:29-35;<br>• Stein 213 at Figs. 1-3, Abstract, 1:62-2:2, 2:7-18, 2:52-65;<br>• Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33, 5:34-6:4, 6:36-43;<br>• Kuntz 166 at Figs. 1-2, 2:39-30, 3:45-57, 3:64-66, 4:14-16, 4:19-21;<br>• Hanifl 377 at Figs. 1-6, Abstract, 2:28-38; |

| 407 Patent Claim Language | Prior Art |
|---|---|
| | - Conkling 541 at Figs. 8-11, 4:35-40, 5:17-19, 5:22-28, 5:38-45, 6:13-42;<br>- Kubo 052 at Figs. 1-5, 3:53-4:5, 5:7-24, 5:59-63;<br>- Bernstein 334 at Fig. 4, 3:14-21, 37-50;<br>- Goulter 277 at Figs. 1, 2, 4, 6, 4:9-21;<br>- Miskie 399 at Figs. 1, 4, 5, 8, 9, 4:4-27, 5:12-37;<br>- Harvie 964 at Fig. 5, 7:53-8:9, 8:33-37;<br>- Harvie 012 at Fig. 5, 6:59-7:15, 7:37-42;<br>- Harvie 043 at Fig. 5, 7:54-8:10, 8:33-37;<br>- Suzuki 250 at Figs. 1-5, 10B, 11-12 at 6:33-48, 6:66-7:19, 7:47-63, 8:21-24, 8:56-65;<br>- Goldwasser 320 at Figs. 3-6, 16:28-10, 5:26-7:17, claim 1;<br>- Mahnensmith 262 at Figs. 1-5, Abstract, 3:46-4:10, 4:35-55, 5:37-57, 6:18-56;<br>- Sanchez 508 at 4:16-28, Fig. 1, 5, 1:59-60, 3:24-26, 3:29-31, 3:33-35, 6:1-3;<br>- Harvie 484 at Abstract, Title, Fig. 4-5, ¶¶ 91-94, 101-103;<br>- Cheng 321 at Fig. 1, 2A-2B, 7A-7B, 9A, ¶¶ 136, 230-234, 244-246;<br>- Wolff 066 at Fig. 5b, 5:56-6:36, 6:42-59;<br>- Easter 229 at Figs. 3a, 3b, 5, 9, ¶¶ 53, 90;<br>- Mahnensmith 080 at Figs. 1-5, Abstract ¶¶ 17-18, 20-21, 25, 30-31;<br>- Finger 282 at Fig. 4, ¶ 24;<br>- Medeiros 822 at Figs. 1-2, Abstract, Claim 1, 3, 19, 20, ¶¶ 38-66;<br>- Van Den Heuvel 894 at Figs. 1, 3, ¶¶5, 38, 40, 42, 44, 50-51;<br>- Ozenne 138 at Fig. 1, Abstract, ¶¶ 24, 27-31;<br>- Damoulin 143 at Fig. 1 ¶ 42;<br>- Kuntz 355 at Figs. 1-3, 4:7-17, 4:18-25, 6:30-39, 9:54-10:46;<br>- Lumaque-Steeman 292 at ¶ 18;<br>- Bevan 395 at Figs. 1, 2, 7-8, 1:3-6, 1:113-2:11, 2:12-36, 2:77-98, 3:62-80, 3:120-122; |

| 407 Patent Claim Language | Prior Art |
|---|---|
| | • Ishii 107 at Figs. 1-6 and 9-13, ¶¶ 10-18;<br>• Parmar at pp. 1-2;<br>• 2014 Medtech Announcement at p. 3;<br>• Hollister Brochure at pp. 1-2;<br>• Hollister 2011 Brochure (2011) at p. 1;<br>• 2015 PureWick brochure at pp. 1-7;<br>• Omni Starter Kit Brochure at p. 1;<br>• Omni Brochure at pp. 1-2;<br>• Omni Presentation at 9, 11-12;<br>• 2015 Omni Catalog at pp. 1-4;<br>• 2007 Omni AMXD User & Maintenance Guide at p. 10;<br>• Omni AMXD / AMXDmax Devices;<br>• Sachtman at pp. 1-2;<br>• PureWick Prior Art Devices. |
| an opening in the impermeable material; | Devices with an opening in impermeable material were well known in the art at the time of the alleged invention.<br><br>• Jones 080 at Figs. 1, 8-9, 1:26-35, 1:73-79;<br>• Keane 768 at Figs. 6-8, 9-10, 2:47-68, 3:3-19, 3:37-42, 3:60-74, 3:75-4:16, 4:35-52, 5:19-24, 5:39-50;<br>• Langstrom 123 at Figs. 1-2, 5, 2:39-3:1, 3:4-9, 3:15-20, 3:39-56;<br>• Kanall 843 at Figs. 1-4, Abstract, 1:49-57, 2:17-24, 2:68-3:6, 3:39-35, 1:59-62, 2:57-68, 3:29-35;<br>• Stein 213 at Figs. 1-3, Abstract, 1:62-2:2, 2:7-18, 2:52-65;<br>• Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33, 5:34-6:4, 6:36-43;<br>• Kuntz 166 at Figs. 1-2, 2:39-30, 3:45-57, 3:64-66, 4:14-16, 4:19-21;<br>• Hanifl 377 at Figs. 1-6, Abstract, 2:28-38;<br>• Conkling 541 at Figs. 8-11, 4:35-40, 5:17-19, 5:22-28, 5:38-45, 6:13-42;<br>• Kubo 052 at Figs. 1-5, 4:6-16, 2:22-26, 2:46-61, 5:25-34, 6:50-56;<br>• Bernstein 334 at Figs. 4-6, 3:38-50, 417-23; |

| 407 Patent Claim Language | Prior Art |
|---|---|
|  | <ul><li>Goulter 277 at Figs. 1, 2, 4, 4:9-21;</li><li>Miskie 399 at Figs. 1, 3, 4, 5, 7, 8, 9, 3:36-53, 5:12-37;</li><li>Harvie 964 at Fig. 5, 7:53-8:37;</li><li>Harvie 012 at Figs. 4-5, 7:8-15, 7:25-37;</li><li>Harvie 043 at Fig. 5, 8:3-8:33;</li><li>Suzuki 250 at Figs. 1-5, 10B, 11-12 at 6:33-48, 6:66-7:19, 7:47-63, 8:21-24, 8:56-65;</li><li>Goldwasser 320 at Figs. 1-7, 18:58-19:51, 17:11-24, claim 3;</li><li>Mahnensmith 262 at Figs. 1-5, Abstract 3:46-4:10, 4:35-55, 5:37-57, 6:18-56;</li><li>Sanchez 508 at 4:16-28, Fig. 1, 5, 1:59-60, 3:24-26, 3:29-31, 3:33-35, 6:1-3;</li><li>Harvie 484 at Fig. 5, ¶¶ 91-92;</li><li>Cheng 321 at Fig. 1, 2A-2B, 7A-7B, 9A, ¶¶ 136, 230-234, 244-246;</li><li>Wolff 066 at Fig. 5b, 5:56-6:36, 6:42-59;</li><li>Mahnensmith 080 at Figs. 1-5, Abstract ¶¶ 17-18, 20-21, 25, 30-31;</li><li>Finger 282 at Fig. 1, 2, 4, Claim 9;</li><li>Medeiros 822 at Figs. 1-2;</li><li>Van Den Heuvel 894 at Figs. 1, 3, ¶¶5, 38, 40, 42, 44, 50-51;</li><li>Ozenne 138 at Fig. 1, Abstract, ¶¶ 24, 27-31;</li><li>Damoulin 143 at Fig. 1, ¶ 39;</li><li>Lumaque-Steeman 292 at Figs. 1-23, ¶¶18-26;</li><li>Kuntz 355 at Figs. 1-3, 4:11-17, 6:30-39, 9:56-59;</li><li>Bevan 395 at Figs. 1, 2, 7-8, 1:3-6, 1:113-2:11, 2:12-36, 2:77-98, 3:62-80, 3:120-122;</li><li>Ishii 107 at Figs. 1-6 and 9-13, ¶¶ 10-18;</li><li>Parmar at pp. 1-2;</li><li>2014 Medtech Announcement at p. 3;</li><li>Hollister Brochure at pp. 1-2;</li><li>Hollister 2011 Brochure (2011) at p. 1;</li><li>2015 PureWick brochure at pp. 1-7;</li><li>Omni Starter Kit Brochure at p. 1;</li></ul> |

| 407 Patent Claim Language | Prior Art |
|---|---|
| | <ul><li>Omni Brochure at pp. 1-2;</li><li>Omni Presentation at 9, 11-12;</li><li>2015 Omni Catalog at pp. 1-4;</li><li>2007 Omni AMXD User & Maintenance Guide at p. 10;</li><li>Omni AMXD / AMXDmax Devices;</li><li>Sachtman at pp. 1-2;</li><li>PureWick Prior Art Devices.</li></ul> |
| wicking material positioned within the interior portion of the urine collection device; | Wicking material positioned in the interior of the device were known. See Claim 1.<br><br><ul><li>Keane 768 at Figs. 6-8, 9-10, 3:75-4:16, 6:22-25, 3:4-9, 3:35-52;</li><li>Langstrom 123 at Figs. 1-2, 5, 2:39-3:1, 3:4-9, 3:15-20, 3:39-56;</li><li>Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33, 5:34-6:4, 6:36-43;</li><li>Kuntz 166 at Figs. 1-2, 2:39-30, 2:48-67, 3:45-57, 3:64-66, 4:9-16, 4:19-21, 5:65-6:9, 7:18-32;</li><li>Kubo 052 at Figs. 1-5, 4:6-16, 2:22-26, 2:46-61, 5:25-34, 6:50-56;</li><li>Harvie 964 at Fig. 5, 7:53-8:37;</li><li>Harvie 012 at Fig. 5, 6:59-7:15;</li><li>Harvie 043 at Fig. 5, 7:54-8:10;</li><li>Suzuki 250 at Figs. 1-5, 10B, 11-12 at 6:33-48, 6:66-7:19, 7:47-63, 8:21-24, 8:56-65;</li><li>Goldwasser 320 at Figs. 3-6, 16:28-10, 7:63-8:12, 21:60-22:40, claim 1;</li><li>Mahnensmith 262 at Abstract, Figs. 1-5, 4:45-5:6. 5:37-57, 6:18-56;</li><li>Sanchez 508 at 4:16-28, Fig. 1, 5, 1:59-2:1, 3:24-26, 3:29-31, 3:33-35, 3:45-47, 4:10-15, 6:1-3 ;</li><li>Harvie 484 at Fig. 5, ¶¶ 91-92;</li><li>Cheng 321 at Fig. 1, 2A-2B, 7A-7B, 9A, ¶¶ 136, 230-234, 244-246;</li><li>Wolff 066 at Fig. 5b, 5:56-6:36, 6:42-59;</li><li>Easter 229 at Figs. 5, 9, ¶¶ 50, 90;</li><li>Mahnensmith 080 at Abstract Figs. 1-5, ¶¶ 21-22, 25, 30-31;</li></ul> |

| 407 Patent Claim Language | Prior Art |
|---|---|
|  | • Medeiros 822 at Fig. 2, ¶ 66;<br>• Van Den Heuvel 894 at Figs. 1, 3, ¶¶5, 38, 40, 42, 44, 50-51;<br>• Lumaque-Steeman 292 at ¶18;<br>• Kuntz 355 at Figs. 1-3, 4:7-17, 4:18-25, 4:59-5:26, 5:27-39, 5:40-49, 9:54-10:46;<br>• Ishii 107 at Figs. 1-6 and 9-13, ¶¶ 10-18;<br>• Omni Starter Kit Brochure at p. 1;<br>• 2007 Omni AMXD User & Maintenance Guide at p. 10;<br>• Omni AMXD / AMXDmax Devices. |
| a flexible porous material positioned at least partially between the wicking material and at least a portion of the impermeable material; | Devices with a flexible porous material positioned between a wicking material and impermeable material were well known at the time of the alleged invention.  See Claim 1.<br><br>• Jones 080 at Figs. 1, 8-9, 2:37-65, 2:70-79, 3:15-31;<br>• Keane 768 at Figs. 6-10, 2:57-60, 2:69-3:19, 3:20-36, 3:37-47, 3:60-74, 3:75-4:15, 3:35-52;<br>• Langstrom 123 at Figs. 1-2, 5, 2:39-3:1, 3:4-9, 3:15-20, 3:39-56;<br>• Stein 213 at Figs. 1-3, Abstract, 1:62-2:2, 2:7-18, 2:52-65, 1:32-40, 2:19-30;<br>• Kuntz 166 at Figs. 1-2, 2:39-30, 3:45-57, 3:64-66, 4:14-16, 4:19-21;<br>• Kubo 052 at Figs. 1-5, 4:6-16, 2:22-26, 2:46-61, 5:25-34, 6:50-56;<br>• Harvie 964 at Fig. 5, 7:53-8:37;<br>• Harvie 012 at Fig. 5, 6:59-7:15;<br>• Harvie 043 at Fig. 5, 7:54-8:10;<br>• Suzuki 250 at Figs. 1-5, 10B, 11-12 at 6:33-48, 6:66-7:19, 7:47-63, 8:21-24, 8:56-65;<br>• Goldwasser 320 at Figs. 3-6, 16:28-10, 7:34-12:52, 21:60-22:40, claim 1;<br>• Mahnensmith 262 at Figs. 1-5, Abstract, 3:46-4:44, 6:18-43;<br>• Sanchez 508 at 4:16-28, Figs. 1-2, 5, 1:60-62, 3:24-35, 3:45-47, 4:10-15;<br>• Harvie 484 at Fig. 5, ¶¶ 91-92; |

| 407 Patent Claim Language | Prior Art |
|---|---|
| | • Wolff 066 at Fig. 5b, 5:56-6:36, 6:42-59;<br>• Easter 229 at Figs. 5, 9, ¶¶ 51, 90;<br>• Mahnensmith 080 at Figs. 1-5, Abstract, ¶¶ 17-20, 30;<br>• Finger 282 at Fig. 4, ¶¶ 7, 24-25;<br>• Medeiros 822 at Fig. 2, ¶ 66;<br>• Van Den Heuvel 894 at Figs. 1, 3, ¶¶ 5, 38, 40, 42, 44, 50-51;<br>• Ozenne 138 at Fig. 1, Abstract, ¶¶ 24, 27-31;<br>• Lumaque-Steeman 292 at ¶ 18;<br>• Kuntz 355 at Figs. 1-6, 4:7-17, 4:18-25, 4:59-5:26, 5:27-39, 5:40-49, 6:15-29, 6:30-39, 7:4-8, 9:54-10:46;<br>• Ishii 107 at Figs. 1-6 and 9-13, ¶¶ 10-18;<br>• 2015 PureWick brochure at pp. 1-7;<br>• 2007 Omni AMXD User & Maintenance Guide at p. 10;<br>• Omni AMXD / AMXDmax Devices;<br>• PureWick Prior Art Devices. |
| a chamber positioned substantially opposite to the opening, the chamber being partially defined by a portion of the flexible porous material and a portion of the impermeable material; | Devices with a chamber positioned substantially opposite to the opening were well known at the time of the alleged invention, including ones with the claimed chamber as discussed for Claim 1.<br><br>• Jones 080 at Figs. 1, 8-9, 2:37-65, 2:70-79, 3:15-31; 1:26-35, 1:73-79;<br>• Keane 768 at Figs. 7, 10, 2:58-68, 3:37-42, 3:60-74, 4:35-52;<br>• Langstrom 123 at Figs. 1-2, 5, 2:39-3:1, 3:4-9, 3:15-20, 3:39-56;<br>• Kanall 843 at Figs. 1-4, Abstract, 1:49-57, 2:17-24, 2:68-3:6, 3:39-35, 1:59-62, 2:57-68, 3:29-35;<br>• Stein 213 at Figs. 1-3, Abstract, 1:62-2:2, 2:7-18, 2:52-65, 1:32-40, 2:19-30;<br>• Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33, 5:34-6:4, 6:36-43;<br>• Kuntz 166 at Figs. 1-2, 2:39-30, 3:45-57, 3:64-66, 4:14-16, 4:19-21; |

| 407 Patent Claim Language | Prior Art |
|---|---|
| | • Hanifl 377 at Figs. 1-6, Abstract, 2:28-38;<br>• Kubo 052 at Figs. 1-5, 4:6-16, 2:22-26, 2:46-61, 5:25-34, 6:50-56, 3:53-4:5, 5:7-24, 5:59-63;<br>• Miskie 399 at Figs. 1, 7, 8, 4:4-27;<br>• Harvie 964 at Fig. 5, 7:53-8:37;<br>• Harvie 012 at Fig. 6, 6:59-7:15;<br>• Harvie 043 at Fig. 5, 7:54-8:10;<br>• Suzuki 250 at Figs. 1-5, 10B, 11-12 at 6:33-48, 6:66-7:19, 7:47-63, 8:21-24, 8:56-65;<br>• Mahnensmith 262 at Figs 2, 5; 2:30-50, 3:46-55, 5:8-26, 5:37-57, 6:18-43;<br>• Sanchez 508 at 4:16-28, Figs. 1, 5, 1:59-62, 3:24-27, 3:29-31, 3:33-35, 6:1-3;<br>• Harvie 484 at Fig. 5, ¶¶ 91-92;<br>• Cheng 321 at Fig. 1, 2A-2B, 7A-7B, 9A, ¶¶ 136, 230-234, 244-246;<br>• Mahnensmith 080 at Figs 2, 5; ¶ 8,17, 23, 25, 30;<br>• Finger 282 at Fig. 4;<br>• Van Den Heuvel 894 at Figs. 1, 3, ¶38, 40, 42;<br>• Ozenne 138 at Fig. 1, Abstract, ¶¶ 24, 27-31;<br>• Damoulin 143 at ¶¶1, 47-50;<br>• Kuntz 355 at Figs. 1-6, 4:7-17, 4:18-25, 4:59-5:26, 5:27-39, 5:40-49, 6:15-29, 6:30-39, 7:4-8, 9:54-10:46;<br>• Bevan 395 at Figs. 1, 2, 7-8, 1:3-6, 1:113-2:11, 2:12-36, 2:77-98, 3:62-80, 3:91-103, 3:120-122;<br>• Ishii 107 at Figs. 1-6 and 9-13, ¶¶ 10-18;<br>• Parmar at pp. 1-2;<br>• 2014 Medtech Announcement at p. 3;<br>• 2015 PureWick brochure at pp. 1-7;<br>• 2007 Omni AMXD User & Maintenance Guide at p. 10;<br>• Omni AMXD / AMXDmax Devices;<br>• PureWick Prior Art Devices. |
| a port extending through the impermeable material to the chamber, | Devices with a port extending through an impermeable material to a chamber were |

| 407 Patent Claim Language | Prior Art |
|---|---|
|  | well known at the time of the alleged invention.  See similar limitations in Claim 1.<br><br>• Jones 080 at Figs. 1, 8-9, 1:26-35, 1:59-72, 2:51-57;<br>• Keane 768 at Figs. 6-7, 9-10, 2:47-68, 3:37-42, 3:60-74, 3:75-4:16, 4:35-52;<br>• Kanall 843 at Figs. 1-4, Abstract, 1:49-57, 2:17-24, 2:68-3:6, 3:39-35, 1:59-62, 2:57-68, 3:29-35;<br>• Stein 213 at Figs. 1, 3, 2:1-2;<br>• Hessner 418 at 6:36-43;<br>• Kuntz 166 at 2:34-37, 4:21-32;<br>• Conkling 541 at Figs. 8-11, 4:35-40, 5:17-19, 5:22-28, 5:38-45, 6:13-42;<br>• Kubo 052 at Figs. 1-5, 2:46-61, 4:21-26, 6:50-69;<br>• Bernstein 334 at Fig. 4, 3:58-67;<br>• Goulter 277 at Fig. 1, 2, 4, 9, 14, 15, 19, 4:9-21, 7:36-47;<br>• Miskie 399 at Abstract, Figs. 1, 4, 5, 2:10-22, 3:14-16, 3:24-27, 3:33-35, 4:20-22, 4:36-52, 5:18-20;<br>• Harvie 964 at Figs. 4-5, 8:2-10;<br>• Harvie 012 at Figs. 4-5, 7:8-15, 7:25-37;<br>• Harvie 043 at Figs. 4-5, 7:18-8:33;<br>• Suzuki 250 at Figs. 1-5, 10B, 11-12 at 6:33-48, 6:66-7:19, 7:47-63, 8:21-24, 8:56-65;<br>• Mahnensmith 262 at Figs 2, 3, 5; 2:30-50, 3:46-55, 5:8-26, 5:37-57, 6:18-56;<br>• Sanchez 508 at 4:16-28, Figs. 1, 4, 62-63, 3:37-38, 4:29-54;<br>• Harvie 484 at Fig. 4-5, ¶¶ 91-94, 101-103;<br>• Cheng 321 at Fig. 1, 2A-2B, 7A-7B, 9A, ¶¶ 136, 230-234, 244-246;<br>• Wolff 066 at Fig. 5b, 5:56-6:36, 6:42-59;<br>• Mahnensmith 080 at Figs 2, 3, 5; ¶ 8,17, 23, 25, 30, 31;<br>• Finger 282 at Figs. 1, 2, 4, ¶¶ 17;<br>• Medeiros 822 at Figs. 1-2, ¶¶ 39-40; |

| 407 Patent Claim Language | Prior Art |
|---|---|
| | • Van Den Heuvel 894 at Figs. 1, 3, ¶¶5, 38, 40, 42, 44, 50-51;<br>• Ozenne 138 at Fig. 1, Abstract, ¶¶ 24, 27-31;<br>• Damoulin 143 at Fig. 1 ¶¶ 26, 46;<br>• Kuntz 355 at Figs. 1-6, 4:27-40;<br>• Bevan 395 at Figs. 1, 2, 7-8, 2:37-60, 3:28-42, 3:109-114;<br>• Ishii 107 at Figs. 1-6 and 9-13, ¶¶ 10-18;<br>• Parmar at pp. 1-2;<br>• 2014 Medtech Announcement at p. 3;<br>• Hollister Brochure at pp. 1-2;<br>• Hollister 2011 Brochure (2011) at p. 1;<br>• 2015 PureWick brochure at pp. 1-7;<br>• Omni Starter Kit Brochure at p. 1;<br>• Omni Brochure at pp. 1-2;<br>• Omni Presentation at 9, 11-12;<br>• 2015 Omni Catalog at pp. 1-4;<br>• 2007 Omni AMXD User & Maintenance Guide at p. 10;<br>• Omni AMXD / AMXDmax Devices;<br>• Sachtman at pp. 1-2;<br>• PureWick Prior Art Devices. |
| the port being positioned substantially opposite to the opening of the cavity and configured to receive a tube to transport urine from the chamber through the tube. | The cavity is not defined. Nevertheless, devices with a port positioned substantially opposite to a cavity were known at the time of the invention. Moreover, it was a typical configuration to configure a port to receive a tube to transport fluid from a chamber through the tube as discussed for Claim 1.<br><br>• Jones 080 at Figs. 1, 8-9, 1:26-35, 1:59-72, 2:51-57;<br>• Keane 768 at Figs. 6-7, 9-10, 2:47-68, 3:37-42, 3:60-74, 3:75-4:16, 4:35-52;<br>• Kanall 843 at Figs. 1-4, Abstract, 1:49-57, 2:17-24, 2:68-3:6, 3:39-35, 1:59-62, 2:57-68, 3:29-35;<br>• Stein 213 at Figs. 1-3, Abstract, 1:62-2:2, 2:7-18, 2:52-65, 1:32-40, 2:19-30;<br>• Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33, 5:34-6:4, 6:36-43<br>• Kuntz 166 at 2:34-37, 4:21-32; |

| 407 Patent Claim Language | Prior Art |
|---|---|
|  | • Conkling 541 at Figs. 8-11, 4:35-40, 5:17-19, 5:22-28, 5:38-45, 6:13-42;<br>• Kubo 052 at Figs. 1-5, 2:46-61, 4:21-26, 6:50-69, 3:53-4:5, 5:7-24, 5:59-63;<br>• Goulter 277 at Fig. 15, 7:25-35;<br>• Miskie 399 at 5:18-20;<br>• Harvie 964 at Figs. 4-5, 7:12-8:10;<br>• Harvie 012 at Figs. 4-5, 7:8-37;<br>• Harvie 043 at Figs. 4-5, 8:3-33;<br>• Suzuki 250 at Figs. 1-5, 10B, 11-12 at 6:33-48, 6:66-7:19, 7:47-63, 8:21-24, 8:56-65;<br>• Mahnensmith 262 at Figs 2, 3, 5; 2:30-50, 3:46-55, 5:8-26, 5:37-57, 6:18-56;<br>• Sanchez 508 at 4:16-28, Figs. 1, 4, 62-63, 3:37-38, 4:29-54;<br>• Harvie 484 at Fig. 4-5, ¶¶ 91-94, 101-103;<br>• Cheng 321 at Fig. 1, 2A-2B, 7A-7B, 9A, ¶¶ 136, 230-234, 244-246;<br>• Wolff 066 at Fig. 5b, 5:56-6:36, 6:42-59;<br>• Mahnensmith 080 at Figs 2, 3, 5; ¶ 8,17, 23, 25, 30, 31;<br>• Finger 282 at Figs. 1, 2, 4, ¶¶ 17;<br>• Medeiros 822 at Figs. 1-2. ¶¶ 39-40;<br>• Van Den Heuvel 894 at Figs. 1, 3, ¶¶5, 38, 40, 42, 44, 50-51;<br>• Ozenne 138 at Fig. 1, Abstract, ¶¶ 24, 27-31;<br>• Bevan 395 at Figs. 1, 2, 7-8, 2:37-60, 3:28-42, 3:109-114;<br>• Kuntz 355 at Figs. 1-6, 4:7-17, 4:18-25, 4:27-40, 4:59-5:26, 5:27-39, 5:40-49, 6:15-29, 6:30-39, 7:4-8, 9:54-10:46;<br>• Ishii 107 at Figs. 1-6 and 9-13, ¶¶ 10-18;<br>• Parmar at pp. 1-2;<br>• 2014 Medtech Announcement at p. 3;<br>• Hollister Brochure at pp. 1-2;<br>• Hollister 2011 Brochure (2011) at p. 1;<br>• 2015 PureWick brochure at pp. 1-7;<br>• Omni Starter Kit Brochure at p. 1;<br>• Omni Brochure at pp. 1-2; |

| 407 Patent Claim Language | Prior Art |
|---|---|
| | • Omni Presentation at 9, 11-12;<br>• 2015 Omni Catalog at pp. 1-4;<br>• 2007 Omni AMXD User & Maintenance Guide at p. 10;<br>• Omni AMXD / AMXDmax Devices;<br>• Sachtman at pp. 1-2 |
| **Claim 8** | |
| 8. The urine collection device of claim 7, further comprising a receptacle defined at least partially by the wicking material, | See Claim 1.<br><br>• Keane 768 at Figs. 6-8, 9-10, 2:47-68, 3:3-19, 3:37-42, 3:60-74, 3:75-4:16, 4:35-52, 5:19-24, 5:39-50;<br>• Langstrom 123 at Figs. 1-2, 5, 2:39-3:1, 3:4-9, 3:15-20, 3:39-56;<br>• Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33, 5:34-6:4, 6:36-43;<br>• Kuntz 166 at Figs. 1-2, 2:39-30, 3:45-57, 3:64-66, 4:14-16, 4:19-21;<br>• Kubo 052 at Figs. 1-5, 4:6-16, 2:22-26, 2:46-61, 5:25-34, 6:50-56;<br>• Harvie 964 at Fig. 5, 7:53-8:10;<br>• Harvie 012 at Fig. 5, 6:59-7:15;<br>• Harvie 043 at Fig. 5, 7:54-8:10;<br>• Suzuki 250 at Figs. 1-5, 10B, 11-12 at 6:33-48, 6:66-7:19, 7:47-63, 8:21-24, 8:56-65;<br>• Goldwasser 320 at Figs. 1-7, 16:28-10, 18:58-19:51, 17:11-24, claim 3;<br>• Mahnensmith 262 at Figs. 1-5, Abstract 3:46-4:10, 4:35-55, 5:37-57, 6:18-56;<br>• Sanchez 508 at 4:16-28, Fig. 5, 1:63-2:1, 3:45-47, 4:10-15;<br>• Harvie 484 at Fig. 5, ¶¶ 91-92;<br>• Cheng 321 at Fig. 1, 2A-2B, 7A-7B, 9A, ¶¶ 136, 230-234, 244-246;<br>• Wolff 066 at Fig. 5b, 5:56-6:36, 6:42-59;<br>• Mahnensmith 080 at Figs. 1-5, Abstract ¶¶ 17-18, 20-21, 25, 30-31;<br>• Medeiros 822 at Figs 1-2, ¶¶38-39, 66;<br>• Van Den Heuvel 894 at Figs. 1, 3, ¶¶5, 38, 40, 42, 44, 50-51; |

| 407 Patent Claim Language | Prior Art |
|---|---|
| | <ul><li>Lumaque-Steeman 292 at Figs. 1-23, ¶¶18-26;</li><li>Kuntz 355 at Figs. 1-6, 4:7-17, 4:18-25, 4:59-5:26, 5:27-39, 5:40-49, 6:15-29, 6:30-39, 7:4-8, 9:54-10:46;</li><li>Ishii 107 at Figs. 1-6 and 9-13, ¶¶ 10-18;</li><li>Parmar at pp. 1-2;</li><li>2007 Omni AMXD User & Maintenance Guide at p. 10;</li><li>Omni AMXD / AMXDmax Devices;</li><li>2014 Medtech Announcement at p. 3;</li><li>2015 PureWick brochure at pp. 1-7;</li><li>PureWick Prior Art Devices.</li></ul> |
| the receptacle extending from the opening into the interior portion of the urine collection device and being shaped to receive at least a head of a penis, | Having the receptacle extend from the opening into the interior portion of the device and shaped to receive at least the head of a penis was well known at the time of the alleged invention.  See similar limitations in Claim 1. <br><br><ul><li>Keane 768 at Figs. 6-8, 9-10, 2:47-68, 3:3-19, 3:37-42, 3:60-74, 3:75-4:16, 4:35-52, 5:19-24, 5:39-50;</li><li>Langstrom 123 at Figs. 1-2, 5, 2:39-3:1, 3:4-9, 3:15-20, 3:39-56;</li><li>Kanall 843 at Figs. 1-4, Abstract, 1:49-57, 2:17-24, 2:68-3:6, 3:39-35, 1:59-62, 2:57-68, 3:29-35;</li><li>Stein 213 at Figs. 1-3, Abstract, 1:62-2:2, 2:7-18, 2:52-65, 1:32-40, 2:19-30;</li><li>Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33, 5:34-6:4, 6:36-43;</li><li>Kuntz 166 at Figs. 1-2, 2:39-30, 3:45-57, 3:64-66, 4:14-16, 4:19-21;</li><li>Hanifl 377 at Figs. 1-6, Abstract, 2:28-38;</li><li>Conkling 541 at Figs. 8-11, 4:35-40, 5:17-19, 5:22-28, 5:38-45, 6:13-42;</li><li>Kubo 052 at Figs. 1-5, 4:6-16, 2:22-26, 2:46-61, 5:25-34, 6:15-39, 6:50-56;</li><li>Bernstein 334 at Abstract, Figs. 4-5, 2:43-57, 4:16-22;</li></ul> |

| 407 Patent Claim Language | Prior Art |
|---|---|
|  | <ul><li>Goulter 277 at Figs. 1-2, 4, 4:9-64, 5:10-23;</li><li>Miskie 399 at Figs. 1, 6, 8, 9, 4-24, 3:14-21, 4:15-17, 4:54-57;</li><li>Harvie 964 at Fig. 5, 7:53-8:10;</li><li>Harvie 012 at Fig. 5, 6:59-7:15;</li><li>Harvie 043 at Fig. 5, 7:54-8:10;</li><li>Suzuki 250 at Figs. 1-5, 10B, 11-12 at 6:33-48, 6:66-7:19, 7:47-63, 8:21-24, 8:56-65;</li><li>Goldwasser 320 at Figs. 1-7, 18:58-19:51, 17:11-24, claim 3;</li><li>Mahnensmith 262 at Figs. 1-5, Abstract 3:46-4:10, 4:35-55, 5:37-57, 6:18-56;</li><li>Sanchez 508 at 4:16-28, Fig. 5, 1:63-2:1, 3:45-47, 4:10-15;</li><li>Harvie 484 at Fig. 5, ¶¶ 91-94, 101-103;</li><li>Cheng 321 at Fig. 1, 2A-2B, 7A-7B, 9A, ¶¶ 136, 230-234, 244-246;</li><li>Wolff 066 at Fig. 5b, 5:56-6:36, 6:42-59;</li><li>Mahnensmith 080 at Figs. 1-5, Abstract ¶¶ 17-18, 20-21, 25, 30-31;</li><li>Finger 282 at Figs.1, 2, 4, ¶¶ 17, 24-25;</li><li>Medeiros 822 at Figs 1-2, ¶¶38-39;</li><li>Van Den Heuvel 894 at Figs. 1, 3, ¶¶5, 38, 40, 42, 44, 50-51;</li><li>Ozenne 138 at Fig. 1, Abstract, ¶¶ 24, 27-31;</li><li>Lumaque-Steeman 292 at Figs. 1-23, ¶¶18-26;</li><li>Kuntz 355 at Figs. 1-6, 4:11-17, 9:56-59;</li><li>Bevan 395 at Figs. 1, 2, 7-8, 1:3-6, 1:113-2:11, 2:12-36, 2:77-98, 3:62-80, 3:91-103, 3:120-122;</li><li>Ishii 107 at Figs. 1-6 and 9-13, ¶¶ 10-18;</li><li>Parmar at pp. 1-2;</li><li>2014 Medtech Announcement at p. 3;</li><li>Hollister Brochure at pp. 1-2;</li><li>Hollister 2011 Brochure (2011) at p. 1;</li><li>2015 PureWick brochure at pp. 1-7;</li><li>Omni Starter Kit Brochure at p. 1;</li><li>Omni Brochure at pp. 1-2;</li></ul> |

| 407 Patent Claim Language | Prior Art |
|---|---|
| | • Omni Presentation at 9, 11-12;<br>• 2015 Omni Catalog at pp. 1-4;<br>• 2007 Omni AMXD User & Maintenance Guide at p. 10;<br>• Omni AMXD / AMXDmax Devices;<br>• Sachtman at pp. 1-2 |
| wherein the receptacle is configured to draw urine flowing from the head of the penis through the wicking material and the flexible porous material into the chamber when the head of the penis is disposed within the receptacle and a vacuum is applied within the chamber via the tube received by the port. | See Claim 1.<br><br>• Keane 768 at Figs. 6-8, 9-10, Abstract, 1:21-41, 2:47-68, 2:69-3:3, 3:3-19, 3:37-42, 3:60-74, 3:75-4:16, 4:35-52, 5:19-24, 5:39-50;<br>• Langstrom 123 at Figs. 1-2, 5, 2:39-3:1, 3:4-9, 3:15-20, 3:39-56;<br>• Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33, 5:34-6:4, 6:36-43;<br>• Kuntz 166 at Figs. 1-2, 2:39-30, 3:45-57, 3:64-66, 4:14-16, 4:19-21;<br>• Kubo 052 at Figs. 1-5, 4:6-16, 2:22-26, 2:46-61, 5:25-34, 6:50-56;<br>• Harvie 964 at Figs. 4-5, 7:12-8:37;<br>• Harvie 012 at Figs. 4-5, 6:18-7:37;<br>• Harvie 043 at Figs. 4-5, 7:18-8:33;<br>• Suzuki 250 at Figs. 1-5, 10B, 11-12 at 6:33-48, 6:66-7:19, 7:47-63, 8:21-24, 8:56-65;<br>• Mahnensmith 262 at Figs. 1-5, Abstract 3:46-4:10, 4:35-55, 5:37-57, 6:18-56;<br>• Sanchez 508 at 4:16-28, Fig. 5, 1:63-2:1, 3:45-47, 4:10-15;<br>• Harvie 484 at Fig. 4-5, ¶¶ 91-94, 101-103;<br>• Wolff 066 at Fig. 5b, 5:56-6:36, 6:42-59<br>• Easter 229 at Figs. 1-9 Abstract, ¶¶ 37, 45, 91;<br>• Mahnensmith 080 at Figs. 1-5, Abstract ¶¶ 17-18, 20-21, 25, 30-31;<br>• Van Den Heuvel 894 at Figs. 1, 3, ¶¶5, 38, 40, 42, 44, 50-51;<br>• Ozenne 138 at Fig. 1, Abstract, ¶¶ 24, 27-31;<br>• Damoulin 143 at ¶¶1, 46-50; |

| 407 Patent Claim Language | Prior Art |
|---|---|
| | • Kuntz 355 at Figs. 1-3, 4:7-17, 4:11-17, 4:18-25, 4:59-5:26, 5:27-39, 5:40-49, 6:15-29, 6:30-39, 9:56-59;<br>• Ishii 107 at Figs. 1-6 and 9-13, ¶¶ 10-18;<br>• 2007 Omni AMXD User & Maintenance Guide at p. 10;<br>• Omni AMXD / AMXDmax Devices;<br>• Hollister Brochure at pp. 1-2;<br>• Hollister 2011 Brochure (2011) at p. 1 |
| **Claim 9** | |
| 9. The urine collection device of claim 7, wherein the chamber is void space positioned between the portion of the flexible porous material and the the portion of the impermeable material defining the chamber. | See Claim 1.<br><br>• Jones 080 at Figs. 1, 8-9, 2:37-65, 2:70-79, 3:15-31;<br>• Keane 768 at Figs. 7, 10, 2:58-68, 3:37-42, 3:60-74, 4:35-52;<br>• Kanall 843 at Figs. 1-4, Abstract, 1:49-57, 2:17-24, 2:68-3:6, 3:39-35;<br>• Stein 213 at Figs. 1-3, Abstract, 1:62-2:2, 2:7-18, 2:52-65, 1:32-40, 2:19-30;<br>• Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33, 5:34-6:4, 6:36-43;<br>• Kuntz 166 at Figs. 1-2, 2:38-67, 3:42-57, 3:64-66, 4:9-21, 5:65-6:9, 7:18-32;<br>• Hanifl 377 at Figs. 1-6, Abstract, 2:28-38;<br>• Miskie 399 at Figs. 1, 7, 8, 4:4-27;<br>• Harvie 964 at Fig. 5, 7:53-8:9;<br>• Harvie 012 at Fig. 5, 6:59-7:15;<br>• Harvie 043 at Fig. 5, 7:54-8:10;<br>• Mahnensmith 262 at Figs 2, 5, 2:30-50, 3:46-55, 5:8-26, 5:37-57, 6:18-43<br>• Sanchez 508 at 4:16-28, Figs. 1, 5, 1:59-60, 3:24-26, 3:29-31, 3:33-35;<br>• Harvie 484 at Fig. 5, ¶¶ 91-94;<br>• Cheng 321 at Fig. 1, 2A-2B, 7A-7B, 9A, ¶¶ 136, 230-234, 244-246;<br>• Mahnensmith 080 at Figs 2, 5, ¶¶ 8,17, 23, 25, 30;<br>• Finger 282 at Fig. 4;<br>• Van Den Heuvel 894 at Figs. 1, 3, ¶ 42; |

| 407 Patent Claim Language | Prior Art |
|---|---|
| | • Ozenne 138 at Fig. 1, Abstract, ¶¶ 24, 27-31;<br>• Damoulin 143 at ¶¶1, 47-50;<br>• Kuntz 355 at Figs. 1-3, 4:7-17, 4:18-25, 4:59-5:26, 5:27-39, 5:40-49, 6:15-29, 6:30-39, 9:54-10:46;<br>• Bevan 395 at Figs. 1, 2, 7-8, 1:3-6, 1:113-2:11, 2:12-36, 2:77-98, 3:62-80, 3:91-103, 3:120-122;<br>• Ishii 107 at Figs. 1-6 and 9-13, ¶¶ 10-18;<br>• 2007 Omni AMXD User & Maintenance Guide at p. 10;<br>• Omni AMXD / AMXDmax Devices;<br>• Parmar at pp. 1-2;<br>• 2014 Medtech Announcement at p. 3;<br>• 2015 PureWick brochure at pp. 1-7;<br>• PureWick Prior Art Devices. |
| **Claim 13** | |
| 13. A urine collection device, comprising: | See Claim 7. |
| impermeable material defining an interior portion of the urine collection device; | See Claim 7.<br><br>• Jones 080 at Figs. 1, 8-9, 1:26-35, 1:73-79;<br>• Keane 768 at Figs. 6-10, 2:57-60, 2:69-3:12, 3:37-47, 3:60-74, 3:75-4:15, 3:35-52;<br>• Langstrom 123 at Figs. 1-2, 5, 2:39-3:1, 3:4-9, 3:15-20, 3:39-56;<br>• Kanall 843 at Figs. 1-4, Abstract, 1:49-57, 2:17-24, 2:68-3:6, 3:39-35, 1:59-62, 2:57-68, 3:29-35;<br>• Stein 213 at Figs. 1-3, Abstract, 1:62-2:2, 2:7-18, 2:52-65;<br>• Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33, 5:34-6:4, 6:36-43;<br>• Kuntz 166 at Figs. 1-2, 2:39-30, 3:45-57, 3:64-66, 4:14-16, 4:19-21;<br>• Hanifl 377 at Figs. 1-6, Abstract, 2:28-38;<br>• Conkling 541 at Figs. 8-11, 4:35-40, 5:17-19, 5:22-28, 5:38-45, 6:13-42; |

| 407 Patent Claim Language | Prior Art |
|---|---|
| | • Kubo 052 at Figs. 1-5, 3:53-4:5, 5:7-24, 5:59-63; |
| | • Bernstein 334 at Fig. 4, 3:14-21, 37-50; |
| | • Goulter 277 at Figs. 1, 2, 4, 6, 4:9-21; |
| | • Miskie 399 at Figs. 1, 4, 5, 8, 9, 4:4-27, 5:12-37; |
| | • Harvie 964 at Fig. 5, 7:53-8:9, 8:33-37; |
| | • Harvie 012 at Fig. 5, 6:59-7:15, 7:37-42; |
| | • Harvie 043 at Fig. 5, 7:54-8:10, 8:33-37; |
| | • Suzuki 250 at Figs. 1-5, 10B, 11-12 at 6:33-48, 6:66-7:19, 7:47-63, 8:21-24, 8:56-65; |
| | • Goldwasser 320 at Figs. 3-6, 16:28-10, 5:26-7:17, claim 1; |
| | • Mahnensmith 262 at Figs. 1-5, Abstract, 3:46-4:10, 4:35-55, 5:37-57, 6:18-56; |
| | • Sanchez 508 at 4:16-28, Fig. 1, 5, 1:59-60, 3:24-26, 3:29-31, 3:33-35, 6:1-3; |
| | • Harvie 484 at Abstract, Title, Fig. 4-5, ¶¶ 91-94, 101-103; |
| | • Cheng 321 at Fig. 1, 2A-2B, 7A-7B, 9A, ¶¶ 136, 230-234, 244-246; |
| | • Wolff 066 at Fig. 5b, 5:56-6:36, 6:42-59; |
| | • Easter 229 at Figs. 3a, 3b, 5, 9, ¶¶ 53, 90; |
| | • Mahnensmith 080 at Figs. 1-5, Abstract ¶¶ 17-18, 20-21, 25, 30-31; |
| | • Finger 282 at Fig. 4, ¶ 24; |
| | • Medeiros 822 at Figs. 1-2, Abstract, Claim 1, 3, 19, 20, ¶¶ 38-66; |
| | • Van Den Heuvel 894 at Figs. 1, 3, ¶¶5, 38, 40, 42, 44, 50-51; |
| | • Ozenne 138 at Fig. 1, Abstract, ¶¶ 24, 27-31; |
| | • Damoulin 143 at Fig. 1 ¶ 42; |
| | • Kuntz 355 at Figs. 1-3, 4:7-17, 4:18-25, 6:30-39, 9:54-10:46; |
| | • Lumaque-Steeman 292 at ¶ 18; |
| | • Bevan 395 at Figs. 1, 2, 7-8, 1:3-6, 1:113-2:11, 2:12-36, 2:77-98, 3:62-80, 3:120-122; |
| | • Ishii 107 at Figs. 1-6 and 9-13, ¶¶ 10-18; |
| | • Parmar at pp. 1-2; |

| 407 Patent Claim Language | Prior Art |
|---|---|
| | • 2014 Medtech Announcement at p. 3;<br>• Hollister Brochure at pp. 1-2;<br>• Hollister 2011 Brochure (2011) at p. 1;<br>• 2015 PureWick brochure at pp. 1-7;<br>• Omni Starter Kit Brochure at p. 1;<br>• Omni Brochure at pp. 1-2;<br>• Omni Presentation at 9, 11-12;<br>• 2015 Omni Catalog at pp. 1-4;<br>• 2007 Omni AMXD User & Maintenance Guide at p. 10;<br>• Omni AMXD / AMXDmax Devices;<br>• Sachtman at pp. 1-2;<br>• PureWick Prior Art Devices. |
| wicking material positioned within the interior portion; | See Claim 7.<br><br>• Keane 768 at Figs. 6-8, 9-10, 3:75-4:16, 6:22-25, 3:4-9, 3:35-52;<br>• Langstrom 123 at Figs. 1-2, 5, 2:39-3:1, 3:4-9, 3:15-20, 3:39-56;<br>• Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33, 5:34-6:4, 6:36-43;<br>• Kuntz 166 at Figs. 1-2, 2:39-30, 2:48-67, 3:45-57, 3:64-66, 4:9-16, 4:19-21, 5:65-6:9, 7:18-32;<br>• Kubo 052 at Figs. 1-5, 4:6-16, 2:22-26, 2:46-61, 5:25-34, 6:50-56;<br>• Harvie 964 at Fig. 5, 7:53-8:37;<br>• Harvie 012 at Fig. 5, 6:59-7:15;<br>• Harvie 043 at Fig. 5, 7:54-8:10;<br>• Suzuki 250 at Figs. 1-5, 10B, 11-12 at 6:33-48, 6:66-7:19, 7:47-63, 8:21-24, 8:56-65;<br>• Goldwasser 320 at Figs. 3-6, 16:28-10, 7:63-8:12, 21:60-22:40, claim 1;<br>• Mahnensmith 262 at Abstract, Figs. 1-5, 4:45-5:6. 5:37-57, 6:18-56;<br>• Sanchez 508 at 4:16-28, Fig. 1, 5, 1:59-2:1, 3:24-26, 3:29-31, 3:33-35, 3:45-47, 4:10-15, 6:1-3 ;<br>• Harvie 484 at Fig. 5, ¶¶ 91-92;<br>• Cheng 321 at Fig. 1, 2A-2B, 7A-7B, 9A, ¶¶ 136, 230-234, 244-246; |

| 407 Patent Claim Language | Prior Art |
|---|---|
| | • Wolff 066 at Fig. 5b, 5:56-6:36, 6:42-59;<br>• Easter 229 at Figs. 5, 9, ¶¶ 50, 90;<br>• Mahnensmith 080 at Abstract Figs. 1-5, ¶¶ 21-22, 25, 30-31;<br>• Medeiros 822 at Fig. 2, ¶ 66;<br>• Van Den Heuvel 894 at Figs. 1, 3, ¶¶5, 38, 40, 42, 44, 50-51;<br>• Lumaque-Steeman 292 at ¶18;<br>• Kuntz 355 at Figs. 1-3, 4:7-17, 4:18-25, 4:59-5:26, 5:27-39, 5:40-49, 9:54-10:46;<br>• Ishii 107 at Figs. 1-6 and 9-13, ¶¶ 10-18;<br>• Omni Starter Kit Brochure at p. 1;<br>• 2007 Omni AMXD User & Maintenance Guide at p. 10;<br>• Omni AMXD / AMXDmax Devices; |
| porous material positioned within the interior portion, at least a portion of the porous material being positioned between the layer of impermeable material and the wicking material; | See Claims 1 and 7.<br><br>• Jones 080 at Figs. 1, 8-9, 2:37-65, 2:70-79, 3:15-31;<br>• Keane 768 at Figs. 6-10, 2:57-60, 2:69-3:19, 3:20-36, 3:37-47, 3:60-74, 3:75-4:15, 3:35-52;<br>• Langstrom 123 at Figs. 1-2, 5, 2:39-3:1, 3:4-9, 3:15-20, 3:39-56;<br>• Stein 213 at Figs. 1-3, Abstract, 1:62-2:2, 2:7-18, 2:52-65, 1:32-40, 2:19-30;<br>• Kuntz 166 at Figs. 1-2, 2:39-30, 3:45-57, 3:64-66, 4:14-16, 4:19-21;<br>• Kubo 052 at Figs. 1-5, 4:6-16, 2:22-26, 2:46-61, 5:25-34, 6:50-56;<br>• Harvie 964 at Fig. 5, 7:53-8:37;<br>• Harvie 012 at Fig. 5, 6:59-7:15;<br>• Harvie 043 at Fig. 5, 7:54-8:10;<br>• Suzuki 250 at Figs. 1-5, 10B, 11-12 at 6:33-48, 6:66-7:19, 7:47-63, 8:21-24, 8:56-65;<br>• Goldwasser 320 at Figs. 3-6, 16:28-10, 7:34-12:52, 21:60-22:40, claim 1;<br>• Mahnensmith 262 at Figs. 1-5, Abstract, 3:46-4:44, 6:18-43;<br>• Sanchez 508 at 4:16-28, Figs. 1-2, 5, 1:60-62, 3:24-35, 3:45-47, 4:10-15; |

| 407 Patent Claim Language | Prior Art |
|---|---|
| | • Harvie 484 at Fig. 5, ¶¶ 91-92;<br>• Wolff 066 at Fig. 5b, 5:56-6:36, 6:42-59;<br>• Easter 229 at Figs. 5, 9, ¶¶ 51, 90;<br>• Mahnensmith 080 at Figs. 1-5, Abstract, ¶¶ 17-20, 30;<br>• Finger 282 at Fig. 4, ¶¶ 7, 24-25;<br>• Medeiros 822 at Fig. 2, ¶ 66;<br>• Van Den Heuvel 894 at Figs. 1, 3, ¶¶5, 38, 40, 42, 44, 50-51;<br>• Ozenne 138 at Fig. 1, Abstract, ¶¶ 24, 27-31;<br>• Lumaque-Steeman 292 at ¶ 18;<br>• Kuntz 355 at Figs. 1-6, 4:7-17, 4:18-25, 4:59-5:26, 5:27-39, 5:40-49, 6:15-29, 6:30-39, 7:4-8, 9:54-10:46;<br>• Ishii 107 at Figs. 1-6 and 9-13, ¶¶ 10-18;<br>• Omni AMXD / AMXDmax Devices;<br>• 2007 Omni AMXD User & Maintenance Guide at p. 10;<br>• 2015 PureWick brochure at pp. 1-7;<br>• PureWick Prior Art Devices. |
| a receptacle defined at least partially by the wicking material and shaped to receive at least a head of a penis, | See Claims 1 and 8<br><br>• Keane 768 at Figs. 6-8, 9-10, 2:47-68, 3:3-19, 3:37-42, 3:60-74, 3:75-4:16, 4:35-52, 5:19-24, 5:39-50;<br>• Langstrom 123 at Figs. 1-2, 5, 2:39-3:1, 3:4-9, 3:15-20, 3:39-56;<br>• Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33, 5:34-6:4, 6:36-43;<br>• Kuntz 166 at Figs. 1-2, 2:39-30, 3:45-57, 3:64-66, 4:14-16, 4:19-21;<br>• Kubo 052 at Figs. 1-5, 4:6-16, 2:22-26, 2:46-61, 5:25-34, 6:50-56;<br>• Harvie 964 at Fig. 5, 7:53-8:10;<br>• Harvie 012 at Fig. 5, 6:59-7:15;<br>• Harvie 043 at Fig. 5, 7:54-8:10;<br>• Suzuki 250 at Figs. 1-5, 10B, 11-12 at 6:33-48, 6:66-7:19, 7:47-63, 8:21-24, 8:56-65;<br>• Goldwasser 320 at Figs. 1-7, 16:28-10, 18:58-19:51, 17:11-24, claim 3; |

| 407 Patent Claim Language | Prior Art |
|---|---|
| | <ul><li>Mahnensmith 262 at Figs. 1-5, Abstract 3:46-4:10, 4:35-55, 5:37-57, 6:18-56;</li><li>Sanchez 508 at 4:16-28, Fig. 5, 1:63-2:1, 3:45-47, 4:10-15;</li><li>Harvie 484 at Fig. 5, ¶¶ 91-92;</li><li>Cheng 321 at Fig. 1, 2A-2B, 7A-7B, 9A, ¶¶ 136, 230-234, 244-246;</li><li>Wolff 066 at Fig. 5b, 5:56-6:36, 6:42-59;</li><li>Mahnensmith 080 at Figs. 1-5, Abstract ¶¶ 17-18, 20-21, 25, 30-31;</li><li>Medeiros 822 at Figs 1-2, ¶¶38-39, 66;</li><li>Van Den Heuvel 894 at Figs. 1, 3, ¶¶5, 38, 40, 42, 44, 50-51;</li><li>Lumaque-Steeman 292 at Figs. 1-23, ¶¶18-26;</li><li>Kuntz 355 at Figs. 1-6, 4:7-17, 4:18-25, 4:59-5:26, 5:27-39, 5:40-49, 6:15-29, 6:30-39, 7:4-8, 9:54-10:46;</li><li>Ishii 107 at Figs. 1-6 and 9-13, ¶¶ 10-18;</li><li>2007 Omni AMXD User & Maintenance Guide at p. 10;</li><li>Omni AMXD / AMXDmax Devices.</li></ul> |
| the receptacle having an opening and extending from the opening into interior portion of the urine collection device; and | Devices having a receptacle with an opening and extending into the interior of the device were well known at the time of the alleged invention.<br><br><ul><li>Keane 768 at Figs. 6-8, 9-10, 2:47-68, 3:3-19, 3:37-42, 3:60-74, 3:75-4:16, 4:35-52, 5:19-24, 5:39-50;</li><li>Langstrom 123 at Figs. 1-2, 5, 2:39-3:1, 3:4-9, 3:15-20, 3:39-56;</li><li>Kanall 843 at Figs. 1-4, Abstract, 1:49-57, 2:17-24, 2:68-3:6, 3:39-35, 1:59-62, 2:57-68, 3:29-35;</li><li>Stein 213 at Figs. 1-3, Abstract, 1:62-2:2, 2:7-18, 2:52-65, 1:32-40, 2:19-30;</li><li>Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33, 5:34-6:4, 6:36-43;</li><li>Kuntz 166 at Figs. 1-2, 2:39-30, 3:45-57, 3:64-66, 4:14-16, 4:19-21;</li></ul> |

| 407 Patent Claim Language | Prior Art |
|---|---|
| | • Hanifl 377 at Figs. 1-6, Abstract, 2:28-38; |
| | • Conkling 541 at Figs. 8-11, 4:35-40, 5:17-19, 5:22-28, 5:38-45, 6:13-42; |
| | • Kubo 052 at Figs. 1-5, 4:6-16, 2:22-26, 2:46-61, 5:25-34, 6:50-56; |
| | • Miskie 399 at Figs. 1, 6, 8, 9, 4-24, 3:14-21, 4:15-17, 4:54-57; |
| | • Harvie 964 at Fig. 5, 7:53-8:37; |
| | • Harvie 012 at Fig. 5, 6:59-7:15; |
| | • Harvie 043 at Fig. 5, 7:54-8:10; |
| | • Suzuki 250 at Figs. 1-5, 10B, 11-12 at 6:33-48, 6:66-7:19, 7:47-63, 8:21-24, 8:56-65; |
| | • Goldwasser 320 at Figs. 1-7, 18:58-19:51, 17:11-24, claim 3; |
| | • Mahnensmith 262 at Figs. 1-5, Abstract 3:46-4:10, 4:35-55, 5:37-57, 6:18-56; |
| | • Sanchez 508 at 4:16-28, Fig. 5, 1:59-60, 3:24-26, 3:29-31, 3:33-35; |
| | • Harvie 484 at Abstract, Fig. 4-5, ¶¶ 91-94, 101-103; |
| | • Cheng 321 at Fig. 1, 2A-2B, 7A-7B, 9A, ¶¶ 136, 230-234, 244-246; |
| | • Wolff 066 at Fig. 5b, 5:56-6:36, 6:42-59; |
| | • Mahnensmith 080 at Figs. 1-5, Abstract ¶¶ 17-18, 20-21, 25, 30-31; |
| | • Finger 282 at Figs.1, 2, 4, ¶¶ 17, 24-25; |
| | • Medeiros 822 at Figs 1-2, ¶¶38-39, 66; |
| | • Van Den Heuvel 894 at Figs. 1, 3, ¶¶5, 38, 40, 42, 44, 50-51; |
| | • Ozenne 138 at Fig. 1, Abstract, ¶¶ 24, 27-31; |
| | • Damoulin 143 at Fig. 1, ¶ 39; |
| | • Lumaque-Steeman 292 at Figs. 1-23, ¶¶18-26; |
| | • Kuntz 355 at Figs. 1-3, 4:11-17, 9:56-59 |
| | • Bevan 395 at Figs. 1, 2, 7-8, 1:3-6, 1:113-2:11, 2:12-36, 2:77-98, 3:62-80, 3:91-103, 3:120-122; |
| | • Ishii 107 at Figs. 1-6 and 9-13, ¶¶ 10-18; |
| | • Hollister Brochure at pp. 1-2; |
| | • Hollister 2011 Brochure (2011) at p. 1; |

| 407 Patent Claim Language | Prior Art |
|---|---|
| | • 2007 Omni AMXD User & Maintenance Guide at p. 10;<br>• Omni AMXD / AMXDmax Devices. |
| a chamber of void space positioned substantially opposite to the opening of the receptacle, | Devices with a chamber of void space positioned substantially opposite the opening of a receptacle were well known at the time of the alleged invention. See similar limitation in Claim 7.<br><br>• Keane 768 at Figs. 7, 10, 2:58-68, 3:37-42, 3:60-74, 4:35-52;<br>• Kanall 843 at Figs. 1-4, Abstract, 1:49-57, 2:17-24, 2:68-3:6, 3:39-35, 1:59-62, 2:57-68, 3:29-35;<br>• Stein 213 at Figs. 1-3, Abstract, 1:62-2:2, 2:7-18, 2:52-65, 1:32-40, 2:19-30;<br>• Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33, 5:34-6:4, 6:36-43;<br>• Kuntz 166 at Figs. 1-2, 2:39-30, 3:45-57, 3:64-66, 4:14-16, 4:19-21;<br>• Hanifl 377 at Figs. 1-6, Abstract, 2:28-38;<br>• Bernstein 334 at Fig. 4, 3:14-50, 58-67;<br>• Goulter 277 at Abstract, Figs. 1, 2, 4;<br>• Miskie 399 at Figs. 1, 7, 8, 4:4-27;<br>• Harvie 964 at Fig. 5, 8:2-8:9;<br>• Harvie 012 at Fig. 5, 6:67-7:15;<br>• Harvie 043 at Fig. 5, 8:3-8:10;<br>• Mahnensmith 262 at Figs 2, 5; 2:30-50, 3:46-55, 5:8-26, 5:37-57, 6:18-43;<br>• Sanchez 508 at 4:16-28, Figs. 1, 5, 1:59-60, 3:24-26, 3:29-31, 3:33-35;<br>• Harvie 484 at Fig. 5, ¶¶ 91-92;<br>• Cheng 321 at Fig. 1, 2A-2B, 7A-7B, 9A, ¶¶ 136, 230-234, 244-246;<br>• Mahnensmith 080 at Figs 2, 5; ¶ 8,17, 23, 25, 30;<br>• Finger 282 at Fig. 4;<br>• Van Den Heuvel 894 at Figs. 1, 3, ¶¶38, 40, 42, 44, 50-51;<br>• Ozenne 138 at Fig. 1, Abstract, ¶¶ 24, 27-31;<br>• Damoulin 143 at ¶¶1, 47-50; |

| 407 Patent Claim Language | Prior Art |
|---|---|
| | • Kuntz 355 at Figs. 1-3, 4:7-17, 4:18-25, 4:59-5:26, 5:27-39, 5:40-49, 6:15-29, 6:30-39, 9:54-10:46; |
| | • Bevan 395 at Figs. 1, 2, 7-8, 1:3-6, 1:113-2:11, 2:12-36, 2:77-98, 3:62-80, 3:91-103, 3:120-122; |
| | • Ishii 107 at Figs. 1-6 and 9-13, ¶¶ 10-18; |
| | • Parmar at pp. 1-2; |
| | • 2014 Medtech Announcement at p. 3; |
| | • Hollister Brochure at pp. 1-2; |
| | • Hollister 2011 Brochure (2011) at p. 1; |
| | • 2015 PureWick brochure at pp. 1-7; |
| | • Omni Starter Kit Brochure at p. 1; |
| | • Omni Brochure at pp. 1-2; |
| | • Omni Presentation at 9, 11-12; |
| | • 2015 Omni Catalog at pp. 1-4; |
| | • Sachtman at pp. 1-2; |
| | • 2007 Omni AMXD User & Maintenance Guide at p. 10; |
| | • Omni AMXD / AMXDmax Devices; |
| | • PureWick Prior Art Devices. |
| the chamber being defined by a portion of the porous material and a portion of the impermeable material, | See Claim 7, which is nearly identical. |
| | • Jones 080 at Figs. 1, 8-9, 2:37-65, 2:70-79, 3:15-31; |
| | • Keane 768 at Figs. 7, 10, 2:58-68, 3:37-42, 3:60-74, 4:35-52; |
| | • Langstrom 123 at Figs. 1-2, 5, 2:39-4:6; |
| | • Kanall 843 at Figs. 1-4, Abstract, 1:49-57, 2:17-24, 2:68-3:6, 3:39-35; |
| | • Stein 213 at Figs. 1-3, Abstract, 1:62-2:2, 2:7-18, 2:52-65, 1:32-40, 2:19-30; |
| | • Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33, 5:34-6:4, 6:36-43; |
| | • Kuntz 166 at Figs. 1-2, 2:38-67, 3:42-57, 3:64-66, 4:9-21, 5:65-6:9, 7:18-32; |
| | • Hanifl 377 at Figs. 1-6, Abstract, 2:28-38; |
| | • Miskie 399 at Figs. 1, 7, 8, 4:4-27; |
| | • Harvie 964 at Fig. 5, 7:53-8:9; |
| | • Harvie 012 at Fig. 5, 6:59-7:15; |
| | • Harvie 043 at Fig. 5, 7:54-8:10; |

| 407 Patent Claim Language | Prior Art |
|---|---|
| | • Mahnensmith 262 at Figs 2, 5, 2:30-50, 3:46-55, 5:8-26, 5:37-57, 6:18-43<br>• Sanchez 508 at 4:16-28, Figs. 1, 5, 1:59-60, 3:24-26, 3:29-31, 3:33-35;<br>• Harvie 484 at Fig. 5, ¶¶ 91-94;<br>• Cheng 321 at Fig. 1, 2A-2B, 7A-7B, 9A, ¶¶ 136, 230-234, 244-246;<br>• Mahnensmith 080 at Figs 2, 5, ¶¶ 8,17, 23, 25, 30;<br>• Finger 282 at Fig. 4;<br>• Van Den Heuvel 894 at Figs. 1, 3, ¶ 42;<br>• Ozenne 138 at Fig. 1, Abstract, ¶¶ 24, 27-31;<br>• Damoulin 143 at ¶¶1, 47-50;<br>• Kuntz 355 at Figs. 1-3, 4:7-17, 4:18-25, 4:59-5:26, 5:27-39, 5:40-49, 6:15-29, 6:30-39, 9:54-10:46;<br>• Bevan 395 at Figs. 1, 2, 7-8, 1:3-6, 1:113-2:11, 2:12-36, 2:77-98, 3:62-80, 3:91-103, 3:120-122;<br>• Ishii 107 at Figs. 1-6 and 9-13, ¶¶ 10-18;<br>• 2007 Omni AMXD User & Maintenance Guide at p. 10;<br>• Omni AMXD / AMXDmax Devices;<br>• Parmar at pp. 1-2;<br>• 2014 Medtech Announcement at p. 3;<br>• 2015 PureWick brochure at pp. 1-7;<br>• PureWick Prior Art Devices. |
| wherein the wicking material and the impermeable material are dimensioned to shape the receptacle to draw urine flowing from the head of the penis through the wicking material and the porous material into the chamber when the head of the penis is disposed within the receptacle. | See Claim 1, which has nearly identical limitations.<br><br>• Keane 768 at Figs. 6-8, 9-10, Abstract, 1:21-41, 2:47-68, 2:69-3:3, 3:3-19, 3:37-42, 3:60-74, 3:75-4:16, 4:35-52, 5:19-24, 5:39-50;<br>• Langstrom 123 at Figs. 1-2, 5, 2:39-3:1, 3:4-9, 3:15-20, 3:39-56;<br>• Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33, 5:34-6:4, 6:36-43;<br>• Kuntz 166 at Figs. 1-2, 2:39-30, 3:45-57, 3:64-66, 4:14-16, 4:19-21;<br>• Kubo 052 at Figs. 1-5, 4:6-16, 2:22-26, 2:46-61, 5:25-34, 6:50-56; |

| 407 Patent Claim Language | Prior Art |
|---|---|
| | • Harvie 964 at Figs. 4-5, 7:12-8:37;<br>• Harvie 012 at Figs. 4-5, 6:18-7:37;<br>• Harvie 043 at Figs. 4-5, 7:18-8:33;<br>• Suzuki 250 at Figs. 1-5, 10B, 11-12 at 6:33-48, 6:66-7:19, 7:47-63, 8:21-24, 8:56-65;<br>• Mahnensmith 262 at Figs. 1-5, Abstract 3:46-4:10, 4:35-55, 5:37-57, 6:18-56;<br>• Sanchez 508 at 4:16-28, Fig. 5, 1:63-2:1, 3:45-47, 4:10-15;<br>• Harvie 484 at Fig. 4-5, ¶¶ 91-94, 101-103;<br>• Wolff 066 at Fig. 5b, 5:56-6:36, 6:42-59<br>• Easter 229 at Figs. 1-9 Abstract, ¶¶ 37, 45, 91;<br>• Mahnensmith 080 at Figs. 1-5, Abstract ¶¶ 17-18, 20-21, 25, 30-31;<br>• Van Den Heuvel 894 at Figs. 1, 3, ¶¶5, 38, 40, 42, 44, 50-51;<br>• Ozenne 138 at Fig. 1, Abstract, ¶¶ 24, 27-31;<br>• Damoulin 143 at ¶¶1, 46-50;<br>• Kuntz 355 at Figs. 1-3, 4:7-17, 4:11-17, 4:18-25, 4:59-5:26, 5:27-39, 5:40-49, 6:15-29, 6:30-39, 9:56-59;<br>• Ishii 107 at Figs. 1-6 and 9-13, ¶¶ 10-18;<br>• 2007 Omni AMXD User & Maintenance Guide at p. 10;<br>• Omni AMXD / AMXDmax Devices;<br>• Hollister Brochure at pp. 1-2;<br>• Hollister 2011 Brochure (2011) at p. 1 |
| **Claim 14** | |
| 14. The urine collection device of claim 13, further comprising a port extending through the portion of the impermeable material to the chamber, | The referenced "portion" is unclear; nevertheless, see Claim 7.<br><br>• Jones 080 at Figs. 1, 8-9, 1:26-35, 1:59-72, 2:51-57;<br>• Keane 768 at Figs. 6-7, 9-10, 2:47-68, 3:37-42, 3:60-74, 3:75-4:16, 4:35-52;<br>• Kanall 843 at Figs. 1-4, Abstract, 1:49-57, 2:17-24, 2:68-3:6, 3:39-35, 1:59-62, 2:57-68, 3:29-35;<br>• Stein 213 at Figs. 1, 3, 2:1-2; |

| 407 Patent Claim Language | Prior Art |
|---|---|
|  | - Hessner 418 at 6:36-43; <br> - Kuntz 166 at 2:34-37, 4:21-32; <br> - Conkling 541 at Figs. 8-11, 4:35-40, 5:17-19, 5:22-28, 5:38-45, 6:13-42; <br> - Kubo 052 at Figs. 1-5, 2:46-61, 4:21-26, 6:50-69; <br> - Bernstein 334 at Fig. 4, 3:58-67; <br> - Goulter 277 at Fig. 1, 2, 4, 9, 14, 15, 19, 4:9-21, 7:36-47; <br> - Miskie 399 at Abstract, Figs. 1, 4, 5, 2:10-22, 3:14-16, 3:24-27, 3:33-35, 4:20-22, 4:36-52, 5:18-20; <br> - Harvie 964 at Figs. 4-5, 8:2-10; <br> - Harvie 012 at Figs. 4-5, 7:8-15, 7:25-37; <br> - Harvie 043 at Figs. 4-5, 7:18-8:33; <br> - Suzuki 250 at Figs. 1-5, 10B, 11-12 at 6:33-48, 6:66-7:19, 7:47-63, 8:21-24, 8:56-65; <br> - Mahnensmith 262 at Figs 2, 3, 5; 2:30-50, 3:46-55, 5:8-26, 5:37-57, 6:18-56; <br> - Sanchez 508 at 4:16-28, Figs. 1, 4, 62-63, 3:37-38, 4:29-54; <br> - Harvie 484 at Fig. 4-5, ¶¶ 91-94, 101-103; <br> - Cheng 321 at Fig. 1, 2A-2B, 7A-7B, 9A, ¶¶ 136, 230-234, 244-246; <br> - Wolff 066 at Fig. 5b, 5:56-6:36, 6:42-59; <br> - Mahnensmith 080 at Figs 2, 3, 5; ¶ 8,17, 23, 25, 30, 31; <br> - Finger 282 at Figs. 1, 2, 4, ¶¶ 17; <br> - Medeiros 822 at Figs. 1-2, ¶¶ 39-40; <br> - Van Den Heuvel 894 at Figs. 1, 3, ¶¶5, 38, 40, 42, 44, 50-51; <br> - Ozenne 138 at Fig. 1, Abstract, ¶¶ 24, 27-31; <br> - Damoulin 143 at Fig. 1 ¶¶ 26, 46; <br> - Kuntz 355 at Figs. 1-6, 4:27-40; <br> - Bevan 395 at Figs. 1, 2, 7-8, 2:37-60, 3:28-42, 3:109-114; <br> - Ishii 107 at Figs. 1-6 and 9-13, ¶¶ 10-18; <br> - Parmar at pp. 1-2; <br> - 2014 Medtech Announcement at p. 3; |

| 407 Patent Claim Language | Prior Art |
|---|---|
| | <ul><li>Hollister Brochure at pp. 1-2;</li><li>Hollister 2011 Brochure (2011) at p. 1;</li><li>2015 PureWick brochure at pp. 1-7;</li><li>Omni Starter Kit Brochure at p. 1;</li><li>Omni Brochure at pp. 1-2;</li><li>Omni Presentation at 9, 11-12;</li><li>2007 Omni AMXD User & Maintenance Guide at p. 10;</li><li>Omni AMXD / AMXDmax Devices;</li><li>2015 Omni Catalog at pp. 1-4;</li><li>Sachtman at pp. 1-2;</li><li>PureWick Prior Art Devices.</li></ul> |
| the port being positioned substantially opposite to the opening of the cavity and configured to receive a tube to transport urine from the chamber through the tube, | The cavity is indeterminate and undefined. Nevertheless, having a port positioned substantially opposite an opening of a cavity and configured to receive a tube to transport urine from the chamber through the tube were well known at the time of the alleged invention as described for Claim 7. <br><br><ul><li>Jones 080 at Figs. 1, 8-9, 1:26-35, 1:59-72, 2:51-57;</li><li>Keane 768 at Figs. 6-7, 9-10, 2:47-68, 3:37-42, 3:60-74, 3:75-4:16, 4:35-52;</li><li>Kanall 843 at Figs. 1-4, Abstract, 1:49-57, 2:17-24, 2:68-3:6, 3:39-35, 1:59-62, 2:57-68, 3:29-35;</li><li>Stein 213 at Figs. 1-3, Abstract, 1:62-2:2, 2:7-18, 2:52-65, 1:32-40, 2:19-30;</li><li>Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33, 5:34-6:4, 6:36-43</li><li>Kuntz 166 at 2:34-37, 4:21-32;</li><li>Conkling 541 at Figs. 8-11, 4:35-40, 5:17-19, 5:22-28, 5:38-45, 6:13-42;</li><li>Kubo 052 at Figs. 1-5, 2:46-61, 4:21-26, 6:50-69, 3:53-4:5, 5:7-24, 5:59-63;</li><li>Goulter 277 at Fig. 15, 7:25-35;</li><li>Miskie 399 at 5:18-20;</li><li>Harvie 964 at Figs. 4-5, 7:12-8:10;</li><li>Harvie 012 at Figs. 4-5, 7:8-37;</li><li>Harvie 043 at Figs. 4-5, 8:3-33;</li></ul> |

| 407 Patent Claim Language | Prior Art |
|---|---|
|  | • Suzuki 250 at Figs. 1-5, 10B, 11-12 at 6:33-48, 6:66-7:19, 7:47-63, 8:21-24, 8:56-65;<br>• Mahnensmith 262 at Figs 2, 3, 5; 2:30-50, 3:46-55, 5:8-26, 5:37-57, 6:18-56;<br>• Sanchez 508 at 4:16-28, Figs. 1, 4, 62-63, 3:37-38, 4:29-54;<br>• Harvie 484 at Fig. 4-5, ¶¶ 91-94, 101-103;<br>• Cheng 321 at Fig. 1, 2A-2B, 7A-7B, 9A, ¶¶ 136, 230-234, 244-246;<br>• Wolff 066 at Fig. 5b, 5:56-6:36, 6:42-59;<br>• Mahnensmith 080 at Figs 2, 3, 5; ¶ 8,17, 23, 25, 30, 31;<br>• Finger 282 at Figs. 1, 2, 4, ¶¶ 17;<br>• Medeiros 822 at Figs. 1-2. ¶¶ 39-40;<br>• Van Den Heuvel 894 at Figs. 1, 3, ¶¶5, 38, 40, 42, 44, 50-51;<br>• Ozenne 138 at Fig. 1, Abstract, ¶¶ 24, 27-31;<br>• Bevan 395 at Figs. 1, 2, 7-8, 2:37-60, 3:28-42, 3:109-114;<br>• Kuntz 355 at Figs. 1-6, 4:7-17, 4:18-25, 4:27-40, 4:59-5:26, 5:27-39, 5:40-49, 6:15-29, 6:30-39, 7:4-8, 9:54-10:46;<br>• Ishii 107 at Figs. 1-6 and 9-13, ¶¶ 10-18;<br>• Parmar at pp. 1-2;<br>• 2014 Medtech Announcement at p. 3;<br>• Hollister Brochure at pp. 1-2;<br>• Hollister 2011 Brochure (2011) at p. 1;<br>• 2015 PureWick brochure at pp. 1-7;<br>• Omni Starter Kit Brochure at p. 1;<br>• Omni Brochure at pp. 1-2;<br>• Omni Presentation at 9, 11-12;<br>• 2015 Omni Catalog at pp. 1-4;<br>• 2007 Omni AMXD User & Maintenance Guide at p. 10;<br>• Omni AMXD / AMXDmax Devices;<br>• Sachtman at pp. 1-2;<br>• PureWick Prior Art Devices. |
| wherein the receptacle is configured to draw urine flowing from the head of the penis | See Claims 1 and 8. |

| 407 Patent Claim Language | Prior Art |
|---|---|
| through the wicking material and the porous material into the chamber when a vacuum is applied within the chamber via the tube received by the port. | <ul><li>Keane 768 at Figs. 6-8, 9-10, Abstract, 1:21-41, 2:47-68, 2:69-3:3, 3:3-19, 3:37-42, 3:60-74, 3:75-4:16, 4:35-52, 5:19-24, 5:39-50;</li><li>Langstrom 123 at Figs. 1-2, 5, 2:39-3:1, 3:4-9, 3:15-20, 3:39-56;</li><li>Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33, 5:34-6:4, 6:36-43;</li><li>Kuntz 166 at Figs. 1-2, 2:39-30, 3:45-57, 3:64-66, 4:14-16, 4:19-21;</li><li>Kubo 052 at Figs. 1-5, 4:6-16, 2:22-26, 2:46-61, 5:25-34, 6:50-56;</li><li>Harvie 964 at Figs. 4-5, 7:12-8:37;</li><li>Harvie 012 at Figs. 4-5, 6:18-7:37;</li><li>Harvie 043 at Figs. 4-5, 7:18-8:33;</li><li>Suzuki 250 at Figs. 1-5, 10B, 11-12 at 6:33-48, 6:66-7:19, 7:47-63, 8:21-24, 8:56-65;</li><li>Mahnensmith 262 at Figs. 1-5, Abstract 3:46-4:10, 4:35-55, 5:37-57, 6:18-56;</li><li>Sanchez 508 at 4:16-28, Fig. 5, 1:63-2:1, 3:45-47, 4:10-15;</li><li>Harvie 484 at Fig. 4-5, ¶¶ 91-94, 101-103;</li><li>Wolff 066 at Fig. 5b, 5:56-6:36, 6:42-59</li><li>Easter 229 at Figs. 1-9 Abstract, ¶¶ 37, 45, 91;</li><li>Mahnensmith 080 at Figs. 1-5, Abstract ¶¶ 17-18, 20-21, 25, 30-31;</li><li>Van Den Heuvel 894 at Figs. 1, 3, ¶¶5, 38, 40, 42, 44, 50-51;</li><li>Ozenne 138 at Fig. 1, Abstract, ¶¶ 24, 27-31;</li><li>Damoulin 143 at ¶¶1, 46-50;</li><li>Kuntz 355 at Figs. 1-3, 4:7-17, 4:11-17, 4:18-25, 4:59-5:26, 5:27-39, 5:40-49, 6:15-29, 6:30-39, 9:56-59;</li><li>Ishii 107 at Figs. 1-6 and 9-13, ¶¶ 10-18;</li><li>2007 Omni AMXD User & Maintenance Guide at p. 10;</li><li>Omni AMXD / AMXDmax Devices;</li><li>Hollister Brochure at pp. 1-2;</li><li>Hollister 2011 Brochure (2011) at p. 1</li></ul> |

| 407 Patent Claim Language | Prior Art |
|---|---|
| **Claim 15** | |
| 15. The urine collection device of claim 13, wherein a portion of the wicking material is positioned opposite to the opening of the receptacle and adjacent to the portion of the porous material defining the chamber. | Devices with a portion of wicking material opposite the opening of a receptacle and adjacent a portion of porous material defining a chamber were well known at the time of the alleged invention.  See similar limitation in Claim 10. <br><br> • Jones 080 at Figs. 1, 8-9, 2:37-65, 2:70-79, 3:15-31; <br> • Keane 768 at Figs. 6-8, 9-10, 2:57-60, 2:69-3:12, 3:37-47, 3:60-74, 3:75-4:16, 6:22-25, 3:4-9, 3:35-52; <br> • Langstrom 123 at Figs. 1-2, 5, 2:39-3:1, 3:4-9, 3:15-20, 3:39-56; <br> • Hessner 418 at Abstract, Figs. 1-8, 2:66-3:7, 3:26-31, 4:3-33, 5:34-6:4, 6:36-43; <br> • Kuntz 166 at Figs. 1-2, 2:39-30, 3:45-57, 3:64-66, 4:14-16, 4:19-21; <br> • Kubo 052 at Figs. 1-5, 4:6-16, 2:22-26, 2:46-61, 5:25-34, 6:15-39, 6:50-56; <br> • Harvie 964 at Fig. 5, 7:55-8:10; <br> • Harvie 012 at Fig. 5, 6:59-7:15; <br> • Harvie 043 at  Fig. 5, 7:54-8:10; <br> • Suzuki 250 at Figs. 1-5, 10B, 11-12 at 6:33-48, 6:66-7:19, 7:47-63, 8:21-24, 8:56-65; <br> • Goldwasser 320 at Figs. 3-4; <br> • Mahnensmith 262 at Figs. 1-5, Abstract 3:46-4:10, 4:35-55, 5:37-57, 6:18-56; <br> • Sanchez 508 at 4:16-28, Figs. 1, 5, 1:59-2:1, 3:24-35, 3:45-47, 4:10-15; <br> • Mahnensmith 080 at Figs. 1-5, Abstract ¶¶ 17-18, 20-21, 25, 30-31; <br> • Harvie 484 at Fig. 5, ¶¶ 91-92; <br> • Wolff 066 at Fig. 5b, 5:56-6:36, 6:42-59; <br> • Van Den Heuvel 894 at Figs. 1, 3, ¶¶5, 38, 40, 42, 44, 50-51; <br> • Kuntz 355 at Figs. 1-3, 4:7-17, 4:18-25, 4:59-5:26, 5:27-39, 5:40-49, 6:15-29, 6:30-39, 9:54-10:46; <br> • Ishii 107 at Figs. 1-6 and 9-13, ¶¶ 10-18; |

| 407 Patent Claim Language | Prior Art |
| --- | --- |
| | • 2007 Omni AMXD User & Maintenance Guide at p. 10;<br>• Omni AMXD / AMXDmax Devices;<br>• 2014 Medtech Finalists;<br>• 2014 Medtech Announcement at p. 3;<br>• 2015 PureWick brochure at pp. 1-7;<br>• PureWick Prior Art Devices. |

The asserted claims of the 407 patent are also invalid for obviousness-type double patenting at least in view of the 376 and 989 Patents as the asserted claims of the 407 patent are obvious in view of claims of those patents (see, e.g., claims 1, 6, 7-9, 10,11, 13 and 14 of the 376 patent and claims 1, 2, 3, and 7 of the 989 patent).

Sage further identifies the following additional prior art, which is prior art under Sections 102 and 103 including the on-sale bar provisions: The PureWick Prior Art Devices and Omni Medical AMXD and AMXDMax Devices (including the male devices) as defined above for the 989 and 376 patents.[5] However, as discussed above, Sage's contentions with respect to the PureWick Prior Art Devices and other devices are based on information that is publicly available and the limited information that PureWick has produced to date. As previously discussed, Sage expects additional discovery on these devices is forthcoming. The Hollister Male Urinary Pouch External Collection Device ("Hollister Urinary Device") was also publicly known, as shown by the 2011 Hollister Brochure. To date, Sage has been unable to provide additional information relating to this art because, as discussed herein, PureWick has failed to provide information regarding the prior disclosures and sales of its devices or other prior art of which it was aware including information in PureWick's possession regarding PureWick's devices and the Omni and

---

[5] The priority date, however, for the 407 patent is August 16, 2016, which is a difference of a few days from the 376/989 patents.

Hollister products.

Sage also relies on and incorporates by reference, as if originally set forth herein, all prior art cited during the prosecution of the 508, 376, and 989 Patents to the extent not already identified. Sage also relies on and incorporates by reference, as if originally set forth herein, all prior art cited during the prosecution of related, or purportedly related, patents to the extent not already identified. Sage further incorporates by reference, as if originally set forth herein, all prior art cited during prosecution of the 508, 376, 989, or 407 Patents, as well as U.S. Pat. No. 10,376,406, Patent Application Nos. PCT/US2016/049274, PCT/US2017/35625, PCT/US2017/43025, 15/171,968, 15/260,103, 14/952,591, 14/947,759, 16/452,145, 16/245,726, 16/369,676, 14/625,469, 29/694,002, 29/624,661, 16/904,868, 16/905,400, 14/952,591, 14/625,469, 15/611,587, 15/612,325, 16/452,258, 16/899,956, Provisional Patent Application Nos. 62/414,963, 62/485,578, 62/084,078, 62/082,279, or 61/955,537, or Patent Publication Nos. 2016/0374848, 2016/0367226, 2015/14947759, 2017/0266031, 2017/0348139, 2017/0252202, 2019/0314190, 2019/0142624, or 2019/0224036.   Sages also relies on and incorporates by reference, as if originally set forth herein, all prior art cited in the sections of these Contentions in connection with the 508, 376, or 989 Patents, to the extent not already identified in this section.

Sage has not been able to address additional prior art because, to date, Plaintiff has not produced prior art in its possession including information regarding when its own products were offered for sale or on sale and public disclosures of its products including in brochures and the like. PureWick has also not provided information on its related patent application filings, hampering Sage's ability to assess double patenting issues or identify other potential relevant prior art.

Sage further contends that each of the Asserted Claims of the 407 Patent is invalid under

35 U.S.C. § 112 for indefiniteness and/or failure to contain a sufficient written description of or enable the alleged inventions.

Section 112(a) requires that: "The specification shall contain a written description of the invention, and of the manner and process of making and using it, in such full, clear, concise, and exact terms as to enable any person skilled in the art to which it pertains, or with which it is most nearly connected, to make and use the same. . . ." That is particularly true in view of how PureWick now apparently interprets the claims. It is difficult for Sage to assess fully the written description issues because PureWick has not explained how Sage has infringed certain claim elements but argues infringement nevertheless. The asserted 407 Patent fails to satisfy this statutory requirement at least because, *inter alia*, the specification fails to contain sufficient written description to establish that the inventors possessed the full scope of the alleged invention as claimed. For example, to the extent that Plaintiff alleges the scope of the claims cover the PrimoFit$^{TM}$ product, the specification did not adequately describe: "cavity," "interior portion," "chamber of void space positioned within the interior portion of the device between the flexible layer of porous material and the flexible layer of impermeable material," "the chamber being defined at least partially by the second side of the porous material and the flexible layer of impermeable material," the chamber "configured to collect urine for transport," the chamber "having a port for receiving a tube . . .", "a receptacle . . . dimensioned and configured to receive a head of the penis . . . ," "the flexible layer of impermeable material . . . dimensioned and configured to shape the receptacle to receive the head of the penis . . ," "the receptacle . . . configured to draw urine flowing from said penis through the flexible wicking material and the porous material into the chamber . . . ," a "chamber positioned substantially opposite to the opening," a "port being positioned substantially opposite to the opening of the cavity," or a "port

extending through the impermeable material," or "gauze."

Section 112(b) requires that: "The specification shall conclude with one or more claims particularly pointing out and distinctly claiming the subject matter which the applicant regards as his invention." The Asserted Claims of the 407 Patent fail to satisfy this statutory requirement because, *inter alia*, at least the following claim terms are indefinite: "wicking material," "chamber of void space," "the chamber being defined at least partially by the second side of the porous material and the flexible layer of impermeable material," "configured to collect urine for transport," a "receptacle . . . dimensioned and configured to receive a head of the penis within the receptacle," "wherein the flexible wicking material and the flexible layer of impermeable material are dimensioned and configured to shape the receptacle to receive the head of the penis therein," "a chamber positioned substantially opposite to the opening," "the port being positioned substantially opposite to the opening of the cavity," "receptacle . . . being shaped to receive at least a head of a penis," "wherein the chamber is void space," "the chamber being partially defined by a portion of the flexible porous material and a portion of the impermeable material," "the port being positioned substantially opposite to the opening of the cavity," "a lip for retaining urine within the receptacle," "gauze," "a port extending through the impermeable material to the chamber," the "cavity," or the "portion."

Claims 1, 2, 5, 8 and 13-15 are indefinite for claiming an apparatus and reciting method steps for the apparatus.

The Asserted Claims of the 407 Patent are also invalid for obviousness-type double patenting at least in view of U.S. Patent Nos. 10,226,376, 10,390,989, and 10,376,406 as the Asserted Claims of the 407 Patent are obvious in view of claims of those patents (*see, e.g.,* claim 7 of the 407 Patent and claim 1 of the 376 Patent).

Sage also identifies, and hereby incorporates by reference, as if originally set forth herein, its allegations of invalidity set forth in its Answer and Counterclaims filed on June 1, 2020 and particularly the allegations in paragraphs 100-108 of the Counterclaims. Sage incorporates by reference, as if originally set forth herein, any additional allegations asserted in subsequent pleadings as well. Sage further incorporates arguments for non-patentability raised by the Patent Office during the prosecution of the 407 Patent application.

Sage also relies on and incorporates by reference, as if originally set forth herein, all pleadings in which invalidity was alleged, including in interrogatory responses, in this civil action.

As noted previously, Sage expects that further discovery and investigation will reveal additional invalidating prior art, information, and defenses, particularly given PureWick's failure to provide relevant information.  Accordingly, Sage reserves the right to amend and/or supplement these Invalidity Contentions based on its ongoing investigation and future discovery and investigation.

**ADDITIONAL INFORMATION REGARDING REFERENCES AND COMBINATIONS**

Pursuant to the Court's October 28, 2020 Order (D.I. 89), Sage identifies the following references: Cheng 321, Coley 804, Chiku 946, DesMarais 130, Fell 044, Flower 300, Hanifl 377, Harvie 012, Ishii 107, Jones 080, Keane 768, Kuntz 166, Kuntz EP355, Krebs 074, Langstrom 123, Macaulay 2007, Mahnensmith 080, Medtech Finalists 2014, Stewart 794, Okabe 547, 2007 Omni Medical User & Maintenance Guide; Omni Medical AMXD/DMax Devices, Osborn 212, Ozenne 138,  Petryk 872, PureWick Prior Art Devices, Sanchez 508, Suzuki 250, Tong 356, Tsai 554, Van Den Heuvel 823, Washington 508, Wolff 784.

These references anticipate and/or render obvious one or more claims of the 508 Patent, 376 Patent, 989 Patent, and/or 407 Patent. The detailed bases for these contentions are found in

the sections and charts above including identification of where each element of the asserted claims was known in the art, where each asserted reference discloses elements of the asserted patent claims, and reasons for combining the asserted references including knowledge in the art (if needed). As explained above, numerous references anticipate the claims (including to the extent that they incorporate other art by reference). But, as explained above, to the extent that an identified anticipatory reference does not anticipate, that reference renders the asserted claims obvious in view of the knowledge of a person of ordinary skill in the art at the time of the alleged inventions (for example, as discussed in the 508 IPR). Indeed, as discussed in detail above, many aspects of the claimed inventions were well known in the art and well within the knowledge of any ordinarily skilled artisans including known design choices (*see* pages 20-29, 91-105, 230-237.) In addition to anticipation or obviousness of a reference in view of the ordinarily skilled artisan, pursuant to the Court's October 28, 2020 Order (D.I. 89), the below combinations of two references, in view of the knowledge of a person of ordinary skill in the art, render the claims obvious.

*508 Patent*: Flower 300 in combination with Coley 804 (claim 1); Keane 768 in combination with Mahnensmith 080 (all asserted claims); Kuntz 166 in combination with DesMarais (all asserted claims); Kuntz EP355 in combination with Mahnensmith 080 (all asserted claims); Mahnensmith 080 in combination with Osborn 212 (claims 4-5, 19); and Omni AMXD / AMXDMax Devices (TBD) (all asserted claims).

*376 Patent and 989 Patent*: Keane 768 in combination with Fell 044 (376 patent claim 6); Kuntz 166 in combination with Van Den Heuvel 823 (all asserted claims); Sanchez 508 in combination with PureWick Prior Art Devices (all asserted claims); Van Den Heuvel 823 in combination with (a) Coley (376 patent claims 4, 11), (b) Okabe 547 (989 patent claim 5), (c) Sanchez 508 (all asserted claims), (d) Tong 356 (376 patent claim 6); and Washington 508 in

combination with Sanchez 508 (all asserted claims).

*407 Patent*: Hanifl 377 in combination with Harvie 012 (all asserted claims); Harvie 012 in combination with Sanchez 508 (all asserted claims); Ishii 107 in combination with Harvie 012 (claim 2); Keane 768 in combination with Sanchez 508 (all asserted claims); and Langstrom 123 in combination with Keane 768 (claim 5).

Sage reserves the right to add to, amend, or supplement the foregoing based on, *inter alia*, the Court's claim construction and the discovery of additional information including the production of additional information by PureWick and other third parties as well as consultation with experts and expert testimony.

|  |  |
|---|---|
|  | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|  |  |
|  | */s/ Anne Shea Gaza* |
| Of Counsel: | Anne Shea Gaza (No. 4093) |
|  | Samantha G. Wilson (No. 5816) |
| Robert A. Surrette | Rodney Square |
| Sandra A. Frantzen | 1000 North King Street |
| Christophert M. Scharff | Wilmington, DE 19801 |
| Bryce R. Persichetti | (302) 571-6600 |
| McAndrews, Held & Malloy, Ltd | agaza@ycst.com |
| 500 West Madison Street | swilson@ycst.com |
| Chicago, IL 60661 |  |
| (312) 775-8000 | *Attorneys for Defendant* |
| bsurrette@mcandrews-ip.com | *Sage Products, LLC* |
| sfrantzen@mcandrews-ip.com |  |
| cscharff@mcandrews-ip.com |  |
| bpersichetti@mcandrews-ip.com |  |

Dated:  February 6, 2021

27693338.1

## <u>CERTIFICATE OF SERVICE</u>

I, Anne Shea Gaza, hereby certify that on February 6, 2021, I caused a true and correct

copy of the foregoing document to be served on the following counsel in the manner indicated:

### <u>BY E-MAIL</u>

John W. Shaw, Esquire
Karen E. Keller, Esquire
Nathan R. Hoeschen, Esquire
Shaw Keller LLP
I.M. Pei Building
1105 North Market Street
12th Floor
Wilmington, DE 19801
*jshaw@shawkeller.com*
*kkeller@shawkeller.com*
*nhoeschen@shawkeller.com*

Steven C. Cherny, Esquire
Brian P. Biddinger, Esquire
Matthew A. Traupman, Esquire
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
*stevencherny@quinnemanuel.com*
*brianbiddinger@quinnemanuel.com*
*matthewtraupman@quinnemanuel.com*

Amanda K. Antons, Esquire
Quinn Emanuel Urquhart & Sullivan, LLP
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
*amandaantons@quinnemanuel.com*

*Attorneys for Plaintiff/Counterclaim Defendant*

Dated:  February 6, 2021        YOUNG CONAWAY STARGATT
                                    & TAYLOR, LLP

                                    */s/ Anne Shea Gaza*
                                    Anne Shea Gaza (No. 4093)
                                    Samantha G. Wilson (No. 5816)
                                    Rodney Square
                                    1000 North King Street
                                    Wilmington, DE 19801
                                    (302) 571-6600
                                    agaza@ycst.com
                                    swilson@ycst.com

                                    *Attorneys for Defendant and Counterclaim*
                                    *Plaintiff Sage Products, LLC*

# Exhibit 5

**REDACTED IN ITS ENTIRETY**

Exhibit 6

13:12:40

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE


PUREWICK CORPORATION,        )
                             )
            Plaintiff,       )
                             ) C.A. No. 19-1508(MN)
v.                           )
                             )
SAGE PRODUCTS, LLC,          )
                             )
            Defendant.       )



                    Thursday, December 3, 2020
                    10:00 a.m.
                    Teleconference


                    844 King Street
                    Wilmington, Delaware



BEFORE:  THE HONORABLE MARYELLEN NOREIKA
         United States District Court Judge



APPEARANCES:


            SHAW KELLER LLP
            BY:  JOHN W. SHAW, ESQ.

            -and-

            QUINN EMANUEL URQUHART & SULLIVAN LLP
            BY:  STEVEN CHERNY, ESQ.
            BY:  BRIAN P. BIDDINGER, ESQ.


                    Counsel for the Plaintiff

1    APPEARANCES CONTINUED:

2

3

              YOUNG CONAWAY STARGATT & TAYLOR LLP
4             BY:  ANNE SHEA GAZA, ESQ.

5             -and-

6    McANDREWS HELD & MALLOY
              BY:  SANDRA FRANTZEN, ESQ.
7             BY:  ROBERT SURRETTE, ESQ.

8

                      Counsel for the Defendant
9

10             - - - - - - - - - -

11

09:55:12  12

10:01:11  13          THE COURT:  Good morning, counsel.  Who is

10:01:13  14    there, please?

10:02:15  15          MR. SHAW:  Good morning, Your Honor.  This is

10:02:17  16    John Shaw for plaintiff, PureWick.  Joining me from Quinn

10:02:22  17    Emanuel are Steve Cherny and Brian Biddinger.

10:02:25  18          THE COURT:  Good morning.

10:02:28  19          MS. GAZA:  Good morning, Your Honor.  It's Anne

10:02:30  20    Gaza from Young, Conaway.  And joining me this morning are

10:02:33  21    Robert Surrette and Sandra Frantzen of McAndrews Held &

10:02:40  22    Malloy.

10:02:40  23          THE COURT:  Good morning to everyone.  Thank you

10:02:42  24    for being on the phone.  So we have read the materials that

10:02:46  25    were submitted and I will hear from Sage on this, but first

10:02:53  1      what I want to understand is what Sage is requesting

10:03:02  2      essentially for PureWick to provide its contentions on why

10:03:12  3      the earlier versions of the products are not covered by the

10:03:20  4      claims that are asserted.  So let me start with that.  Is

10:03:25  5      that essentially what you want them to do in supplementing

10:03:28  6      the interrogatory?

10:03:31  7               MS. FRANTZEN:  There is I think two parts to it,

10:03:33  8      Your Honor --

10:03:34  9               THE COURT:  Wait.  Wait.  Hold on.  Hold on.

10:03:36 10      Start by telling me who you are so that we have that for the

10:03:39 11      record.

10:03:39 12               MS. FRANTZEN:  Good point.  Sorry about that.

10:03:41 13      This is Sandra Frantzen for Sage, Your Honor.  Good morning

10:03:45 14      and I apologize for jumping right into it.

10:03:49 15               So to answer your question, the interrogatory

10:03:53 16      number 15 has two parts.  One of the parts is a request to,

10:04:01 17      I'm going to quote, describe the features of the version or

10:04:05 18      iteration that was not identified as covered in response to

10:04:09 19      interrogatory number 6.  So that's kind of one part of the

10:04:14 20      interrogatory.  And then explain which elements are missing

10:04:18 21      from the claims.

10:04:21 22               THE COURT:  Hold on.  Hold on.  Before we -- let

10:04:27 23      me make sure I understand.  So describe the features not

10:04:32 24      covered, not covered meaning not covered by --

10:04:40 25               MS. FRANTZEN:  I'm sorry, so the interrogatory

10:04:43 1   says interrogatory number 15 says for each version in

10:04:50 2   interrogatory number 6 which you didn't identify as covered,

10:04:56 3   describe the features of those products and then say what

10:05:00 4   elements are missing.

10:05:02 5            THE COURT:  And what do you mean by features?

10:05:07 6            MS. FRANTZEN:  So we mean the relevant features.

10:05:11 7   So what happened in response to interrogatory number 6 was

10:05:15 8   that, as Your Honor may recall, we served in this

10:05:20 9   interrogatory that itself had two parts which was number

10:05:24 10  one, tell us what versions of this female catheter you had

10:05:28 11  and number two, for those versions tell us whether they were

10:05:32 12  covered or not.  They identified about nine versions.  And

10:05:36 13  they only identified two of them as covered by the '376 and

10:05:42 14  '989 Patent, even though all nine of them if you look at the

10:05:46 15  pictures in exhibit A basically look like images from the

10:05:50 16  patents-in-suit.  So --

10:05:51 17           THE COURT:  Okay.  Okay.  Stop.  Hold on.  Now

10:05:55 18  after you got the information that they provided, have you

10:06:01 19  given them contentions that any of these products are

10:06:07 20  covered by the claims?

10:06:09 21           MS. FRANTZEN:  Well, what we have said in our

10:06:12 22  contentions --

10:06:15 23           THE COURT:  No, have you specified these

10:06:18 24  products as being the subject of your invalidity

10:06:22 25  contentions?

10:06:26 1     **MS. FRANTZEN:  Yes, the products are mentioned**

10:06:27 2 **in our invalidity contentions.  We have a quote from that in**

10:06:31 3 **our --**

10:06:32 4     **THE COURT:  No, no, I'm not asking if you**

10:06:35 5 **mentioned them, I'm asking did you give them contentions and**

10:06:39 6 **claim by claim, element by element?**

10:06:41 7     **MS. FRANTZEN:  Your Honor, we didn't have enough**

10:06:43 8 **information about the features of the product, so we**

10:06:45 9 **couldn't do element by element.  For example, one of the**

10:06:49 10 **claim elements says that there has to be a tube that goes**

10:06:53 11 **all the way through the product to a reservoir, so some of**

10:06:57 12 **these products we have pictures of, some of them we don't,**

10:07:00 13 **but just even looking at the pictures we can't tell if a**

10:07:03 14 **tube is there.  So that's why we asked -- we served the**

10:07:07 15 **interrogatory asking for the factual basis of what those**

10:07:10 16 **products were.  So we can't --**

10:07:13 17     **THE COURT:  My problem with what you're asking**

10:07:16 18 **for is the interrogatory, it's not really -- you're not**

10:07:22 19 **really asking them for factual information, you are asking**

10:07:26 20 **them for essentially applying a product, to apply a product**

10:07:32 21 **or a claim to a product and tell us whether they think it is**

10:07:37 22 **covered.  I am not understanding why they should have to do**

10:07:42 23 **that unless they have already done it for some other reason**

10:07:45 24 **before you actually give them your assertion.  That's what I**

10:07:51 25 **am missing.  And if you can't, just saying describe the**

10:07:56 1    feature, it would be one thing if you said tell me, does

10:07:59 2    this product, whatever, have a tube that goes through the

10:08:02 3    product if that's really what you need.  But to say,

10:08:08 4    describe the features and your definition of features to me

10:08:11 5    as well as the relevant features, look at the claim, that's

10:08:15 6    where I'm having a problem with what you're asking for.

10:08:19 7         MS. FRANTZEN:  Well, Your Honor, the features

10:08:23 8    that we want them to identify, I think it goes hand in hand

10:08:26 9    with the other part of the interrogatory which says what

10:08:29 10   they're missing.  From what we can tell all --

10:08:33 11        THE COURT:  But see that -- you just made my

10:08:37 12   point.  You are asking them for a contention.  Both the

10:08:41 13   first part and the second part are saying tell me what is in

10:08:45 14   the claim and what is not in the claim.  What do you,

10:08:49 15   PureWick, contend is in the claim or is not in the claim for

10:08:54 16   these earlier prototypes.  That's what I'm saying.  I don't

10:09:04 17   understand how you think that they should have to give you

10:09:06 18   that type of information, that contention before you've even

10:09:11 19   given them a contention.  You're the one with the burden of

10:09:14 20   proof here.

10:09:15 21        So if you really want factual information like

10:09:18 22   does the product have a tube through it, you need to ask

10:09:23 23   that, not ask them essentially a contention interrogatory or

10:09:27 24   tell me the features and you all know what features I want,

10:09:31 25   so tell me the features.  I mean, it seems to me you need to

10:09:36 1    get more specific if you want me to think that you're asking

10:09:40 2    factual information and not an improper contention at this

10:09:44 3    point given that you haven't given them any contentions as

10:09:48 4    to how any of the elements are met.

10:09:52 5              MS. FRANTZEN:  Your Honor, I think that the

10:09:56 6    problem is it's kind of really unfair, we're asking them

10:10:00 7    about their own products and the claimed features --

10:10:04 8              THE COURT:  But you're not.  You're not

10:10:07 9    listening to my concern.  You're telling me, we want to know

10:10:10 10   the features.  And I say what features.  And you say the

10:10:14 11   features in the claim.  Well, that to me right there, you're

10:10:19 12   not asking a factual matter, you're asking about apply a

10:10:24 13   claim to a product, you're asking about a contention.  If

10:10:28 14   you don't know if they have certain things, then you need to

10:10:34 15   ask them more specific questions.  Does it have a tube

10:10:38 16   through the product?  Or ask them for a prototype.  I don't

10:10:42 17   know if they have prototypes.  Ask them for a better picture

10:10:46 18   if you need a better picture.

10:10:48 19              This interrogatory, I'm denying your request to

10:10:51 20   supplement this interrogatory at this point because you have

10:10:54 21   not given them the -- seems to me they shouldn't have to

10:10:58 22   give you validity contentions before you have given them

10:11:01 23   invalidity contentions.

10:11:03 24              So I'm going to deny the request for those, for

10:11:07 25   them to supplement that and maybe you all need to go back

10:11:10 1     and talk about what you can get.

10:11:17 2             MS. FRANTZEN:  Okay.  If we serve an

10:11:22 3     interrogatory that ask about specific product features, then

10:11:26 4     would that satisfy -- it's very hard for us to put together

10:11:31 5     an invalidity claim chart when we don't know, we can't see

10:11:35 6     anything about the product, Your Honor.  It's very

10:11:41 7     difficult.  And these products look exactly like the

10:11:44 8     patents.  For example, if you look at --

10:11:46 9             THE COURT:  Well, Ms. Frantzen, I'm sure you're

10:11:50 10    a good lawyer, you can figure it out.  You can ask them.

10:11:53 11    Get a 30(b)(6) and say I want someone to tell me about the

10:11:58 12    product, and don't ask them does it have this element of the

10:12:01 13    claim.  Ask them does it have a tube running through it.

10:12:05 14    Ask them factual matters.  This doesn't seem like rocket

10:12:09 15    science to me that you can't get facts from them without

10:12:13 16    referring back to a claim which you're making it into a

10:12:19 17    contention.

10:12:21 18            They don't need -- look, if you come forward

10:12:24 19    with assertions and you say all of these elements are met,

10:12:28 20    then I would make them tell me why they disagree.  Then you

10:12:34 21    haven't done that.  So I'm not going to make them come up

10:12:38 22    with a contention and say, you know, admit that certain

10:12:42 23    elements are there and say other ones aren't.  I'm not going

10:12:45 24    to do that at this stage.  So you need to start asking them

10:12:48 25    facts.

10:12:50  1              I'm not going to tell you what interrogatory I

10:12:53  2       think is okay because I don't know the facts of this case,

10:12:55  3       but I'm sure if you just put your -- you know, use your mind

10:12:59  4       a little bit here, you can figure out a way to do it.

10:13:02  5              Okay.  Anything else?  Does PureWick have

10:13:06  6       anything that they want to add?

10:13:09  7              MR. BIDDINGER:  Your Honor, this is Brian

10:13:11  8       Biddinger for PureWick.  No, we have nothing to add.  Thank

10:13:14  9       you for your comments.

10:13:15 10              THE COURT:  All right.  Thank you very much,

10:13:16 11       everyone.  Have a good day.

         12              (Teleconference concluded at 10:13 a.m.)

         13

         14              I hereby certify the foregoing is a true and
               accurate transcript from my stenographic notes in the proceeding.
         15

         16                              /s/ Dale C. Hawkins
                                       Official Court Reporter
         17                              U.S. District Court

         18

         19

         20

         21

         22

         23

         24

         25

**'**

**'376** [1] - 4:13
**'989** [1] - 4:14

**/**

**/s** [1] - 9:16

**1**

**10:00** [1] - 1:10
**10:13** [1] - 9:12
**15** [2] - 3:16, 4:1
**19-1508(MN** [1] - 1:5

**2**

**2020** [1] - 1:10

**3**

**3** [1] - 1:10
**30(b)(6** [1] - 8:11

**6**

**6** [3] - 3:19, 4:2, 4:7

**8**

**844** [1] - 1:12

**A**

**a.m** [2] - 1:10, 9:12
**accurate** [1] - 9:14
**add** [2] - 9:6, 9:8
**admit** [1] - 8:22
**Anne** [1] - 2:19
**ANNE** [1] - 2:4
**answer** [1] - 3:15
**apologize** [1] - 3:14
**APPEARANCES**[2] -
1:18, 2:1
**apply** [2] - 5:20, 7:12
**applying** [1] - 5:20
**asserted** [1] - 3:4
**assertion** [1] - 5:24
**assertions** [1] - 8:19

**B**

**basis** [1] - 5:15
**BEFORE** [1] - 1:15
**better** [2] - 7:17, 7:18
**Biddinger** [2] - 2:17,
9:8
**BIDDINGER** [1] - 1:23,
9:7

**bit** [1] - 9:4
**Brian** [2] - 2:17, 9:7
**BRIAN** [1] - 1:23
**burden** [1] - 6:19
**BY** [6] - 1:20, 1:22,
1:23, 2:4, 2:6, 2:7

**C**

**C.A** [1] - 1:5
**case** [1] - 9:2
**catheter** [1] - 4:10
**certain** [2] - 7:14, 8:22
**certify** [1] - 9:14
**chart** [1] - 8:5
**CHERNY** [1] - 1:22
**Cherny** [1] - 2:17
**claim** [14] - 5:6, 5:10,
5:21, 6:5, 6:14, 6:15,
7:11, 7:13, 8:5, 8:13,
8:16
**claimed** [1] - 7:7
**claims** [3] - 3:4, 3:21,
4:20
**comments** [1] - 9:9
**CONWAY** [1] - 2:3
**Conaway** [1] - 2:20
**concern** [1] - 7:9
**concluded** [1] - 9:12
**contend** [1] - 6:15
**contention** [8] - 6:12,
6:18, 6:19, 6:23, 7:2,
7:13, 8:17, 8:22
**contentions** [9] - 3:2,
4:19, 4:22, 4:25, 5:2,
5:5, 7:3, 7:22, 7:23
**CONTINUED** [1] - 2:1
**CORPORATION** [1] -
1:4
**counsel** [1] - 2:13
**Counsel** [2] - 1:24, 2:8
**COURT** [15] - 1:1,
2:13, 2:18, 2:23, 3:9,
3:22, 4:5, 4:17, 4:23,
5:4, 5:17, 6:11, 7:8,
8:9, 9:10
**Court** [3] - 1:15, 9:16,
9:17
**covered** [10] - 3:3,
3:18, 3:24, 4:2, 4:12,
4:13, 4:20, 5:22

**D**

**Dale** [1] - 9:16
**December** [1] - 1:10
**Defendant** [2] - 1:8,
2:8
**definition** [1] - 6:4
**DELAWARE** [1] - 1:2

**Delaware** [1] - 1:13
**deny** [1] - 7:24
**denying** [1] - 7:19
**describe** [5] - 3:17,
3:23, 4:3, 5:25, 6:4
**difficult** [1] - 8:7
**disagree** [1] - 8:20
**DISTRICT** [2] - 1:1, 1:2
**District** [2] - 1:15, 9:17
**done** [2] - 5:23, 8:21

**E**

**element** [5] - 5:6, 5:9,
8:12
**elements** [6] - 3:20,
4:4, 5:10, 7:4, 8:19,
8:23
**EMANUEL** [1] - 1:22
**Emanuel** [1] - 2:17
**ESQ** [6] - 1:20, 1:22,
1:23, 2:4, 2:6, 2:7
**essentially** [4] - 3:2,
3:5, 5:20, 6:23
**exactly** [1] - 8:7
**example** [2] - 5:9, 8:8
**exhibit** [1] - 4:15
**explain** [1] - 3:20

**F**

**facts** [3] - 8:15, 8:25,
9:2
**factual** [6] - 5:15,
5:19, 6:21, 7:2, 7:12,
8:14
**feature** [1] - 6:1
**features** [18] - 3:17,
3:23, 4:3, 4:5, 4:6,
5:8, 6:4, 6:5, 6:7,
6:24, 6:25, 7:7, 7:10,
7:11, 8:3
**female** [1] - 4:10
**figure** [2] - 8:10, 9:4
**first** [2] - 2:25, 6:13
**FOR** [1] - 1:2
**foregoing** [1] - 9:14
**forward** [1] - 8:18
**FRANTZEN** [11] - 2:6,
3:7, 3:12, 3:25, 4:6,
4:21, 5:1, 5:7, 6:7,
7:5, 8:2
**Frantzen** [3] - 2:21,
3:13, 8:9

**G**

**GAZA** [2] - 2:4, 2:19
**Gaza** [1] - 2:20
**given** [6] - 4:19, 6:19,

7:3, 7:21, 7:22

**H**

**hand** [2] - 6:8
**hard** [1] - 8:4
**Hawkins** [1] - 9:16
**hear** [1] - 2:25
**HELD** [1] - 2:6
**Held** [1] - 2:21
**hereby** [1] - 9:14
**hold** [5] - 3:9, 3:22,
4:17
**Honor** [10] - 2:15,
2:19, 3:8, 3:13, 4:8,
5:7, 6:7, 7:5, 8:6, 9:7
**HONORABLE** [1] -
1:15

**I**

**identified** [3] - 3:18,
4:12, 4:13
**identify** [2] - 4:2, 6:8
**images** [1] - 4:15
**improper** [1] - 7:2
**IN** [1] - 1:1
**information** [6] - 4:18,
5:8, 5:19, 6:18, 6:21,
7:2
**interrogatory** [17] -
3:6, 3:15, 3:19, 3:20,
3:25, 4:1, 4:2, 4:7,
4:9, 5:15, 5:18, 6:9,
6:23, 7:19, 7:20, 8:3,
9:1
**invalidity** [4] - 4:24,
5:2, 7:23, 8:5
**iteration** [1] - 3:18
**itself** [1] - 4:9

**J**

**JOHN** [1] - 1:20
**John** [1] - 2:16
**joining** [2] - 2:16, 2:20
**Judge** [1] - 1:15
**jumping** [1] - 3:14

**K**

**KELLER** [1] - 1:19
**kind** [2] - 3:19, 7:6
**King** [1] - 1:12

**L**

**lawyer** [1] - 8:10
**listening** [1] - 7:9
**LLC** [1] - 1:7

**LLP** [3] - 1:19, 1:22,
2:3
**look** [6] - 4:14, 4:15,
6:5, 8:7, 8:8, 8:18
**looking** [1] - 5:13

**M**

**MALLOY** [1] - 2:6
**Malloy** [1] - 2:22
**MARYELLEN** [1] -
1:15
**materials** [1] - 2:24
**matter** [1] - 7:12
**matters** [1] - 8:14
**McAndrews** [2] - 2:6,
2:21
**mean** [3] - 4:5, 4:6,
6:25
**meaning** [1] - 3:24
**mentioned** [2] - 5:1,
5:5
**met** [2] - 7:4, 8:19
**mind** [1] - 9:3
**missing** [4] - 3:20,
4:4, 5:25, 6:10
**morning** [7] - 2:13,
2:15, 2:18, 2:19,
2:20, 2:23, 3:13
**MR** [2] - 2:15, 9:7
**MS** [11] - 2:19, 3:7,
3:12, 3:25, 4:6, 4:21,
5:1, 5:7, 6:7, 7:5, 8:2

**N**

**need** [8] - 6:3, 6:22,
6:25, 7:14, 7:18,
7:25, 8:18, 8:24
**nine** [2] - 4:12, 4:14
**NOREIKA** [1] - 1:15
**notes** [1] - 9:14
**nothing** [1] - 9:8
**number** [7] - 3:16,
3:19, 4:1, 4:2, 4:7,
4:9, 4:11

**O**

**OF** [1] - 1:2
**Official** [1] - 9:16
**one** [6] - 3:16, 3:19,
4:10, 5:9, 6:1, 6:19
**ones** [1] - 8:23
**own** [1] - 7:7

**P**

**part** [4] - 3:19, 6:9,
6:13

**parts** [4] - 3:7, 3:16, 4:9
**Patent** [1] - 4:14
**patents** [2] - 4:16, 8:8
**patents-in-suit** [1] - 4:16
**phone** [1] - 2:24
**picture** [2] - 7:17, 7:18
**pictures** [3] - 4:15, 5:12, 5:13
**Plaintiff** [2] - 1:5, 1:24
**plaintiff** [1] - 2:16
**point** [4] - 3:12, 6:12, 7:3, 7:20
**problem** [3] - 5:17, 6:6, 7:6
**proceeding** [1] - 9:14
**product** [13] - 5:8, 5:11, 5:20, 5:21, 6:2, 6:3, 6:22, 7:13, 7:16, 8:3, 8:6, 8:12
**products** [9] - 3:3, 4:3, 4:19, 4:24, 5:1, 5:12, 5:16, 7:7, 8:7
**PRODUCTS** [1] - 1:7
**proof** [1] - 6:20
**prototype** [1] - 7:16
**prototypes** [2] - 6:16, 7:17
**provide** [1] - 3:2
**provided** [1] - 4:18
**PureWick** [5] - 2:16, 3:2, 6:15, 9:5, 9:8
**PUREWICK** [1] - 1:4
**put** [2] - 8:4, 9:3

## Q

**questions** [1] - 7:15
**QUINN** [1] - 1:22
**Quinn** [1] - 2:16
**quote** [2] - 3:17, 5:2

## R

**read** [1] - 2:24
**really** [5] - 5:18, 5:19, 6:3, 6:21, 7:6
**reason** [1] - 5:23
**record** [1] - 3:11
**referring** [1] - 8:16
**relevant** [2] - 4:6, 6:5
**Reporter** [1] - 9:16
**request** [3] - 3:16, 7:19, 7:24
**requesting** [1] - 3:1
**reservoir** [1] - 5:11
**response** [2] - 3:18, 4:7
**ROBERT** [1] - 2:7

**Robert** [1] - 2:21
**rocket** [1] - 8:14
**running** [1] - 8:13

## S

**Sage** [3] - 2:25, 3:1, 3:13
**SAGE** [1] - 1:7
**SANDRA** [1] - 2:6
**Sandra** [2] - 2:21, 3:13
**satisfy** [1] - 8:4
**science** [1] - 8:15
**second** [1] - 6:13
**see** [2] - 6:11, 8:5
**seem** [1] - 8:14
**serve** [1] - 8:2
**served** [2] - 4:8, 5:14
**Shaw** [1] - 2:16
**SHAW** [3] - 1:19, 1:20, 2:15
**SHEA** [1] - 2:4
**someone** [1] - 8:11
**sorry** [2] - 3:12, 3:25
**specific** [3] - 7:1, 7:15, 8:3
**specified** [1] - 4:23
**stage** [1] - 8:24
**STARGATT** [1] - 2:3
**start** [3] - 3:4, 3:10, 8:24
**STATES** [1] - 1:1
**States** [1] - 1:15
**stenographic** [1] - 9:14
**Steve** [1] - 2:17
**STEVEN** [1] - 1:22
**stop** [1] - 4:17
**Street** [1] - 1:12
**subject** [1] - 4:24
**submitted** [1] - 2:25
**suit** [1] - 4:16
**SULLIVAN** [1] - 1:22
**supplement** [2] - 7:20, 7:25
**supplementing** [1] - 3:5
**SURRETTE** [1] - 2:7
**Surrette** [1] - 2:21

## T

**TAYLOR** [1] - 2:3
**Teleconference** [2] - 1:11, 9:12
**THE** [17] - 1:1, 1:2, 1:15, 2:13, 2:18, 2:23, 3:9, 3:22, 4:5, 4:17, 4:23, 5:4, 5:17, 6:11, 7:8, 8:9, 9:10

**Thursday** [1] - 1:10
**together** [1] - 8:4
**transcript** [1] - 9:14
**true** [1] - 9:14
**tube** [6] - 5:10, 5:14, 6:2, 6:22, 7:15, 8:13
**two** [5] - 3:7, 3:16, 4:9, 4:11, 4:13
**type** [1] - 6:18

## U

**U.S** [1] - 9:17
**unfair** [1] - 7:6
**UNITED** [1] - 1:1
**United** [1] - 1:15
**unless** [1] - 5:23
**up** [1] - 8:21
**URQUHART** [1] - 1:22

## V

**validity** [1] - 7:22
**version** [2] - 3:17, 4:1
**versions** [4] - 3:3, 4:10, 4:11, 4:12

## W

**wait** [2] - 3:9
**Wilmington** [1] - 1:13

## Y

**Young** [1] - 2:20
**YOUNG** [1] - 2:3

# Exhibit 7

**REDACTED IN ITS ENTIRETY**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PUREWICK CORPORATION | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 19-1508-MN |
| | ) | |
| SAGE PRODUCTS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

At Wilmington this ___ day of April, 2021,

Whereas, the Court has previously ordered defendant Sage Products LLC ("Sage") to narrow the number of prior art references to no more than 35 total references;

Whereas, defendant Sage has not complied with this order;

Now, therefore, it is ordered that PureWick's Motion is hereby GRANTED.  Sage may not rely on the "PureWick Prior Art Devices" or the "Omni Medical AMXD/DMax Devices."

In the alternative, on or before April 8, 2021, Sage shall supplement its invalidity contentions to identify the specific devices that Sage relies on as prior art, and Sage shall not introduce new evidence or explanation of how such devices allegedly meet the elements of the asserted claims.

_____

United States Magistrate Judge