IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PUREWICK CORPORATION, | ) |
| | ) |
| Plaintiff/Counterclaim Defendant, | ) |
| | ) |
| v. | ) C.A. No. 19-1508-MN |
| | ) |
| SAGE PRODUCTS, LLC, | ) |
| | ) |
| Defendant/Counterclaim Plaintiff. | ) |

**PLAINTIFF'S MOTION TO EXCLUDE OPINIONS BY SAGE'S EXPERT THAT ARE INCONSISTENT WITH THE COURT'S CLAIM CONSTRUCTION AND FOR SUMMARY JUDGMENT OF INFRINGEMENT OF '376 PATENT CLAIMS 1 AND 9**

Pursuant to Fed. R. Evid. 702, Plaintiff PureWick Corporation ("PureWick" or "Plaintiff") hereby moves to exclude Sage's expert Donald Sheldon from offering untimely and improper claim construction opinions, and pursuant to Fed. R. Civ. P. 56 PureWick hereby moves for summary judgment of infringement of '376 patent claims 1 and 9. The grounds for PureWick's Motions are fully set forth in Plaintiff's Opening Brief.

NOW, THEREFORE, Plaintiff PureWick Corporation respectfully requests the Court to enter the proposed order attached as Exhibit A granting this motion.

|  |  |
|---|---|
| | /s/ *John W. Shaw* |
| | John W. Shaw (No. 3362) |
| | Andrew E. Russell (No. 5382) |
| | David M. Fry (No. 5486) |
| OF COUNSEL: | SHAW KELLER LLP |
| Steven C. Cherny | I.M. Pei Building |
| Brian P Biddinger | 1105 North Market Street, 12th Floor |
| Matthew A. Traupman | Wilmington, DE 19801 |
| Nicola R. Felice | (302) 298-0700 |
| Jason C. Williams | jshaw@shawkeller.com |
| QUINN EMANUEL URQUHART | arussell@shawkeller.com |
|   & SULLIVAN, LLP | dfry@shawkeller.com |
| 51 Madison Ave., 22nd Floor | *Attorneys for Plaintiff* |
| New York, NY 10010 | |
| (212) 849-7000 | |

Athena Dalton
QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
(312) 705-7400

Dated: September 20, 2021