IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PUREWICK CORPORATION, | ) |
| | ) |
| Plaintiff/Counterclaim Defendant, | ) |
| | ) |
| v. | ) C.A. No. 19-1508-MN |
| | ) |
| SAGE PRODUCTS, LLC, | ) |
| | ) |
| Defendant/Counterclaim Plaintiff. | ) |

**[PROPOSED] ORDER EXCLUDING IMPROPER EXPERT OPINIONS ON CLAIM CONSTRUCTION AND GRANTING SUMMARY JUDGMENT OF INFRINGEMENT OF '376 PATENT CLAIMS 1 AND 9**

At Wilmington this ___ day of _____, 2021,

Whereas, the Court has considered the motion of Plaintiff PureWick Corporation to exclude opinions by Sage's expert Donald Sheldon that are inconsistent with the Court's claim construction and for summary judgment of infringement of '376 patent claims 1 and 9;

Now, therefore, it is ordered that:

1. PureWick's Motion is hereby GRANTED.

2. Mr. Sheldon's opinions that are contrary to the Court's claim constructions, or that raise untimely new claim construction arguments that are inconsistent with the intrinsic record and the law, are excluded.

3. Sage's PrimaFit product directly infringes '376 patent claims 1 and 9.

SO ORDERED this _____ day of _____, 2021.

_____
UNITED STATES DISTRICT JUDGE