IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PUREWICK CORPORATION, | ) |
| | ) |
| Plaintiff/Counterclaim Defendant, | ) |
| | ) |
| v. | ) C.A. No. 19-1508-MN |
| | ) |
| SAGE PRODUCTS, LLC, | ) |
| | ) |
| Defendant/Counterclaim Plaintiff. | ) |

**PLAINTIFF'S MOTION TO PRECLUDE UNTIMELY INVALIDITY OPINIONS OF DONALD SHELDON AND DIANE NEWMAN**

Pursuant to Fed. R. Civ. P. 37(b)(2)(A) and/or 37(c)(1), Plaintiff PureWick Corporation ("PureWick" or "Plaintiff") hereby moves to preclude Sage experts Donald Sheldon and Diane Newman from offering invalidity opinions at trial that rely on references or theories that were not timely disclosed pursuant to the Court's orders. The grounds for PureWick's Motion are fully set forth in Plaintiff's Opening Brief.

NOW, THEREFORE, Plaintiff PureWick Corporation respectfully requests the Court to enter the proposed order attached as Exhibit A granting this motion.

| | |
|---|---|
| | */s/ John W. Shaw*<br>John W. Shaw (No. 3362)<br>Andrew E. Russell (No. 5382)<br>David M. Fry (No. 5486) |
| OF COUNSEL:<br>Steven C. Cherny<br>Brian P Biddinger<br>Matthew A. Traupman<br>Nicola R. Felice<br>Jason C. Williams<br>QUINN EMANUEL URQUHART<br>  & SULLIVAN, LLP<br>51 Madison Ave., 22nd Floor<br>New York, NY 10010<br>(212) 849-7000<br><br>Athena Dalton<br>QUINN EMANUEL URQUHART<br>  & SULLIVAN, LLP<br>191 N. Wacker Drive, Suite 2700<br>Chicago, IL 60606<br>(312) 705-7400<br><br>Dated: September 20, 2021 | SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>arussell@shawkeller.com<br>dfry@shawkeller.com<br>*Attorneys for Plaintiff* |