IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PUREWICK CORPORATION, | ) |
| | ) |
| Plaintiff/Counterclaim Defendant, | ) |
| | ) |
| v. | ) C.A. No. 19-1508-MN |
| | ) |
| SAGE PRODUCTS, LLC, | ) |
| | ) |
| Defendant/Counterclaim Plaintiff. | ) |

**PLAINTIFF'S MOTIONS TO EXCLUDE THE EXPERT OPINIONS OF DONALD SHELDON AND VINCENT THOMAS CONCERNING ALLEGED <u>NON-INFRINGING ALTERNATIVES</u>**

Pursuant to Fed. R. Civ. P. 37(b)(2)(A) and/or 37(c)(1), Plaintiff PureWick Corporation ("PureWick" or "Plaintiff") hereby moves to exclude testimony of Defendant Sage Products, LLC's ("Sage" or "Defendant") experts Donald Sheldon and Vincent Thomas concerning alleged non-infringing alternatives. The grounds for PureWick's Motion are fully set forth in Plaintiff's Opening Brief.

NOW, THEREFORE, Plaintiff PureWick Corporation respectfully requests the Court to enter the proposed order attached as Exhibit A granting this motion.

|  |  |
|---|---|
| OF COUNSEL:<br>Steven C. Cherny<br>Brian P Biddinger<br>Matthew A. Traupman<br>Nicola R. Felice<br>Jason C. Williams<br>QUINN EMANUEL URQUHART<br>  & SULLIVAN, LLP<br>51 Madison Ave., 22nd Floor<br>New York, NY 10010<br>(212) 849-7000<br><br>Athena Dalton<br>QUINN EMANUEL URQUHART<br>  & SULLIVAN, LLP<br>191 N. Wacker Drive, Suite 2700<br>Chicago, IL 60606<br>(312) 705-7400<br><br>Dated: September 20, 2021 | /s/ Andrew E. Russell<br>John W. Shaw (No. 3362)<br>Andrew E. Russell (No. 5382)<br>David M. Fry (No. 5486)<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>arussell@shawkeller.com<br>dfry@shawkeller.com<br>*Attorneys for Plaintiff* |