# Exhibit A

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PUREWICK CORPORATION, | ) |
| | ) |
| Plaintiff/Counterclaim Defendant, | ) |
| | ) |
| v. | ) C.A. No. 19-1508-MN |
| | ) |
| SAGE PRODUCTS, LLC, | ) |
| | ) |
| Defendant/Counterclaim Plaintiff. | ) |

**[PROPOSED] ORDER EXCLUDING EXPERT REPORT OF
PROFESSOR ERIKA LIETZAN**

At Wilmington this ___ day of _____, 2021,

Whereas, the Court has considered the motion of Plaintiff PureWick Corporation to exclude the reply expert report of Professor Erika Lietzan;

Now, therefore, it is ordered that:

1. PureWick's Motion is hereby GRANTED.

2. Sage is precluded from presenting the opinions of Professor Lietzan set forth in her reply expert report at trial in this matter.

SO ORDERED this _____ day of _____, 2021.

_____
UNITED STATES DISTRICT JUDGE