IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PUREWICK CORPORATION, | ) |
| | ) |
| Plaintiff/Counterclaim Defendant, | ) |
| | ) |
| v. | ) C.A. No. 19-1508-MN |
| | ) |
| SAGE PRODUCTS, LLC, | ) |
| | ) |
| Defendant/Counterclaim Plaintiff. | ) |

**PLAINTIFF'S MOTION TO EXCLUDE PORTIONS OF THE REBUTTAL EXPERT REPORT OF VINCENT THOMAS**

Pursuant to Fed. R. Evid. 702, Plaintiff PureWick Corporation ("PureWick" or "Plaintiff") hereby moves to exclude Mr. Thomas' opinions concerning a reasonable royalty. The grounds for PureWick's Motion are fully set forth in Plaintiff's Opening Brief.

NOW, THEREFORE, Plaintiff PureWick Corporation respectfully requests the Court to enter the proposed order attached as Exhibit A granting this motion.

Case 1:19-cv-01508-MN   Document 202   Filed 09/20/21   Page 2 of 2 PageID #: 8903

OF COUNSEL:
Steven C. Cherny
Brian P Biddinger
Matthew A. Traupman
Nicola R. Felice
Jason C. Williams
QUINN EMANUEL URQUHART
 & SULLIVAN, LLP
51 Madison Ave., 22nd Floor
New York, NY 10010
(212) 849-7000

Athena Dalton
QUINN EMANUEL URQUHART
 & SULLIVAN, LLP
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
(312) 705-7400

Dated: September 20, 2021

/s/ Andrew E. Russell
John W. Shaw (No. 3362)
Andrew E. Russell (No. 5382)
David M. Fry (No. 5486)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
arussell@shawkeller.com
dfry@shawkeller.com
*Attorneys for Plaintiff*