IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PUREWICK CORPORATION, ) <br>  ) <br> Plaintiff/Counterclaim Defendant, ) <br>  ) <br> v. ) <br>  ) <br> SAGE PRODUCTS, LLC, ) <br>  ) <br> Defendant/Counterclaim Plaintiff. ) | C.A. No. 19-1508-MN |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

IS HEREBY STIPULATED AND AGREED by and between the parties, through their undersigned counsel and subject to the approval of the Court, that the deadline to file oppositions to summary judgment and *Daubert* motions pursuant to the Amended Scheduling Order (D.I. 56) is hereby extended from 6:00 p.m. ET to 11:59 p.m. ET on October 20, 2021.  No other deadlines in the Amended Scheduling Order are affected by this stipulation.

Dated:  October 19, 2021

| SHAW KELLER LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| /s/ *Andrew E. Russell* <br> John W. Shaw (No.  3362) <br> Andrew E. Russell (No. 5382) <br> David M. Fry (No. 5486) <br> I.M. Pei Building <br> 1105 North Market Street, 12th Floor <br> Wilmington, Delaware 19801 <br> (302) 298-0700 <br> jshaw@shawkeller.com <br> arussell@shawkeller.com <br> dfry@shawkeller.com <br><br> *Attorneys for Plaintiff/Counterclaim Defendant* | /s/ *Samantha G. Wilson* <br> Anne Shea Gaza (No. 4093) <br> Samantha G. Wilson (No. 5816) <br> Rodney Square <br> 1000 North King Street <br> Wilmington, DE 19801 <br> (302) 571-6600 <br> agaza@ycst.com <br> swilson@ycst.com <br><br> *Attorneys for Defendant/Counterclaim Plaintiff* |

**SO ORDERED** this ___ day of _____, 2021.

                                                                _____
                                                                THE HONORABLE MARYELLEN NOREIKA
                                                                UNITED STATES DISTRICT JUDGE