

**WILMINGTON**
RODNEY SQUARE

**Anne Shea Gaza**
P 302.571.6727
agaza@ycst.com

February 15, 2022

**BY CM/ECF & HAND DELIVERY**

The Honorable Maryellen Noreika
U.S. District Court for the District of Delaware
844 North King Street
Wilmington, DE 19801

      Re:    *PureWick Corporation v. Sage Products, LLC*, C.A. No. 19-1508-MN

Dear Judge Noreika:

      We represent Defendant Sage in the above-referenced matter. We write to advise the Court that the Patent Trial and Appeal Board has issued a Final Written Decision regarding U.S. Patent No. 8,287,508 (IPR2020-01426), finding all challenged claims unpatentable as both anticipated and obvious (including all claims of the 508 patent asserted in this lawsuit). A copy is attached.

      The parties have agreed to meet to discuss narrowing the case with regard to the 508 patent, which issued over six years prior to the any of the other patents-in-suit. Consistent with the Court's direction, Sage plans to renew its motion stay the case with regard to the 508 patent. (Hr'g Tr. (May 4, 2021) at 19:24-20:1 ("if the PTAB issues a decision that invalidates all of the asserted claims, Sage may renew its motion to stay at that time").) With regard to the upcoming summary judgment and *Daubert* hearing on February 23, Sage notes that aspects of the motions are implicated including Sage's motion for summary judgment of noninfringement of the 508 patent, no willful infringement of the 508 patent, and no patent marking. (*See, e.g.*, D.I. 204 at 4-8, 23-25, 25-27.)

      Respectfully,

      */s/ Anne Shea Gaza*

      Anne Shea Gaza (No. 4093)

Enclosure (Final Written Decision on 508 patent)

cc:    Clerk of Court (by CM/ECF & Hand Delivery)
       All Counsel of Record (by E-Mail)