IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PUREWICK CORPORATION, | ) |
| | ) |
|     Plaintiff/Counterclaim Defendant, | ) |
| | ) |
| v. | )    C.A. No. 19-1508-MN |
| | ) |
| SAGE PRODUCTS, LLC, | ) |
| | ) |
|     Defendant/Counterclaim Plaintiff. | ) |

**<u>THE COURT'S PROPOSED VOIR DIRE</u>**

Good morning, ladies and gentlemen. My name is Maryellen Noreika and I am the Judge who will be presiding over the trial in this civil case for which a jury is about to be selected.

I am going to ask you some questions, the purpose of which is to: (1) enable us to determine whether or not any prospective juror should be excused for cause; and (2) enable counsel for the parties to exercise their individual judgment with respect to what are called peremptory challenges, that is, challenges that counsel can make to a potential juror without giving any reason.

Before I ask any questions, I am going to ask my Deputy, Mr. Buckson, to swear the jury panel to answer all questions truthfully. (Panel sworn).

You each have a list of the questions that I am also going to read out loud. If any of you answer "yes" to any of the questions that I ask, please make a note of that on the list. At the end of the questions, I will ask some of you whether you answered yes to any questions and, if you did, my staff will bring you forward where you will wait to talk with the lawyers and me about your answers.

We are having jury selection for a case that will begin today and last up to 5 days – until April 1st. The trial will be timed, so the attorneys have to complete their presentations within the five days. It is possible, however, that jury deliberations may require you to be here longer than

the scheduled number of days.  Our trial days will run approximately from 9:00 a.m. to 4:30 p.m. each day.

      My questions:

      1.      Does the schedule that I have just mentioned present a special problem to any of you?

      2.      The Plaintiff in this case is PureWick Corporation.  It has brought a lawsuit against the Defendant, Sage Products, LLC, for patent infringement.  Sage has also counter-sued PureWick for a finding that PureWick's patents are invalid and not infringed.  Have you heard anything about the case between these parties before today?

      3.      Have you, someone in your immediate family, or a close friend had any dealings with, owned stock in, or been employed by PureWick Corporation, Sage Products, LLC, C.R. Bard, Becton, Dickinson and Company, also known as BD, or Stryker Corporation?

      4.      Have any of you or your immediate families ever had any experience, good or bad, with any of these companies or their products that might keep you from being a fair and impartial juror in this case?

      5.      Do you, someone in your immediate family, or a close friend have any experience with or opinions about urinary catheters or products used in connection with urinary incontinence that might keep you from being a fair and impartial juror in this case?

      6.      The lawyers and law firms involved in this trial are listed here.  Please carefully review the list to determine whether you, someone in your immediate family, or a close friend knows of, has any business dealings with, or has been employed by any of these attorneys or law firms:

**Quinn Emanuel Urquhart & Sullivan**
Steven Cherny
Ray Nimrod
Brian Biddinger
Jason Williams
Athena Dalton
Nicola Felice
Bianca Fox

**Shaw Keller, LLP**
John Shaw
Andrew Russell

**McAndrews, Held & Malloy**
Sandra Frantzen
Deborah Laughton
Ryan Pianetto
Christopher Scharff
Robert Surrette
Brad Loren

**Young, Conaway, Stargatt & Taylor LLP**
Anne Shea Gaza
Samantha G. Wilson

7. The potential witnesses in this case are listed here. Please carefully review the list to determine whether you, someone in your immediate family, or a close friend is related to, or personally acquainted with, any of these individuals:

Nick Alexander
Brett Blabas
Jason Bobay
Brian Burn
Ed Callan
John Collins
Ruby Dy
Brian Ecklund
Joseph Forehand
John Gohde
Mark Harvie
Arrigo "Rick" Jezzi
Gregory Leonard
Erika Lietzan
Gregory Mann
Diane Newman

   Camille Newton
   Raymond Newton
   Kelsey Paskal
   Robert Sanchez
   Kristin Sexton
   Laura Shaw
   Donald Sheldon
   Marcus Simon
   Robert Sterne
   Vincent Thomas
   Jill Thompson
   Daniel Ulreich
   Edward Yun
   Paul Zani

  8.  Have you, someone in your immediate family, or a close friend had any experience with patents, patent law, patented technology, or the United States Patent and Trademark Office?

  9.  Have you, someone in your immediate family, or a close friend ever applied for, or obtained, a United States patent or foreign patent?

  10.  Do you have any opinions about patents that might make it difficult for you to be a fair and impartial juror?

  11.  Have you, someone in your immediate family, a close friend, or your employer ever been involved in a dispute about patents?

  12.  Do you have any formal education or training, or have you worked in any of the following fields: law, biomedical engineering, healthcare, accounting, finance, advertising or marketing?

  13.  Do you, someone in your immediate family, or a close friend have experience designing or developing medical devices or worked for a company that develops, manufactures, markets, or sells medical devices?

  14.  Have you, someone in your immediate family, or a close friend ever been involved in a lawsuit, either as the party suing, the party being sued, or as a witness?

15. Have you ever served as a juror in a lawsuit?

16. Have you ever had any experience with the legal system that might keep you from being a fair and impartial juror?

17. This is the last question. Do you know of any other matter that you believe should be called to the Court's attention as having some bearing upon your qualifications or ability to sit as a juror, or that you think may prevent you from rendering a fair and impartial verdict based solely upon the evidence and my instructions as to the law?  This includes anything relating to any of my previous questions.