IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PUREWICK CORPORATION, | ) |
| | ) |
| Plaintiff/Counterclaim Defendant, | ) |
| | ) |
| v. | ) C.A. No. 19-1508-MN |
| | ) |
| SAGE PRODUCTS, LLC, | ) |
| | ) |
| Defendant/Counterclaim Plaintiff. | ) |

**PLAINTIFF'S MOTIONS FOR ENHANCED DAMAGES, PERMANENT INJUNCTION, ONGOING ROYALTIES, SUPPLEMENTAL DAMAGES, PRE-JUDGMENT AND POST JUDGMENT INTEREST AND JUDGMENT ON DEFENDANT'S COUNTERCLAIMS**

Plaintiff PureWick Corporation ("PureWick"), by and through its undersigned counsel, respectfully moves as follows:

1. for Enhanced Damages pursuant to 35 U.S.C. §284;

2. for a Permanent Injunction against Sage's making, using, selling, offering to sell, or importing into the United States, of the PrimaFit product and any products not more than colorably different than the PrimaFit product;

3. for Ongoing Royalties on Sage's future sales of the PrimoFit product and any products not more than colorably different than the PrimoFit product;

4. for Supplemental Damages;

5. for Pre-Judgment Interest;

6. for Post Judgment Interest; and

7. for judgment on Defendant's counterclaims of unenforceability and invalidity.

The grounds for these motions are set forth in Plaintiff's Opening Brief In Support Of Its Post-Trial Motions.

|  |  |
|---|---|
| OF COUNSEL:<br>Steven C. Cherny<br>Raymond Nimrod<br>Brian P Biddinger<br>Matthew A. Traupman<br>Nicola R. Felice<br>Jason C. Williams<br>Bianca Fox<br>QUINN EMANUEL URQUHART<br>  & SULLIVAN, LLP<br>51 Madison Ave., 22nd Floor<br>New York, NY 10010<br><br>Athena Dalton<br>QUINN EMANUEL URQUHART<br>  & SULLIVAN, LLP<br>191 N. Wacker Drive, Suite 2700<br>Chicago, IL 60606<br>(312) 705-7400<br><br>Dated: May 5, 2022 | /s/ Andrew E. Russell<br>John W. Shaw (No. 3362)<br>Andrew E. Russell (No. 5382)<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>arussell@shawkeller.com<br>*Attorneys for Plaintiff* |