IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PUREWICK CORPORATION, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 19-1508-(MN) |
| SAGE PRODUCTS, LLC, | ) ) ) |
| Defendant. | ) |

**ORDER**

At Wilmington this 31st day of March 2023:

For the reasons set forth in the Memorandum Opinion issued this date, IT IS HEREBY ORDERED that:

1. Defendant's Motion for Renewed Judgment as a Matter of Law and New Trial on Infringement, Invalidity, Willfulness and Damages and Remittitur and Conditional Motion to Amend the Judgment (D.I. 331) is DENIED.

2. Plaintiff's Motion For Enhanced Damages, Permanent Injunction, Ongoing Royalties, Supplemental Damages, Pre-Judgment And Post Judgment Interest And Judgment On Defendant's Counterclaims (D.I. 333) is GRANTED-IN-Part and DENIED-IN-PART. The motion is denied as to enhanced damages, denied with leave to renew as to the injunction, granted-in-part as to an ongoing royalty on PrimoFit and granted as to supplemental damages, pre- and post-judgment interest and judgment on Defendant's counterclaims.

IT IS FURTHER ORDERED that, on or before April 21, 2023, the parties shall meet and confer and submit a status report and proposed amended judgment consistent with the Court's memorandum opinion issued this date.

The Honorable Maryellen Noreika
United States District Judge