# Exhibit A

# [2:12cv1782, Shfl Entertainment, Inc. V. Digideal Corporation](#)

US District Court Docket

United States District Court, Nevada

(Las Vegas)

This case was retrieved on **04/05/2016**

## Header

**Case Number:** 2:12cv1782
**Date Filed:** 10/10/2012
**Assigned To:** Judge Gloria M. Navarro
**Referred To:** Magistrate Judge Cam Ferenbach
**Nature of Suit:** Patent (830)
**Cause:** Patent Infringement
**Lead Docket:** None
**Other Docket:** None
**Jurisdiction:** Federal Question

**Class Code:** Closed
**Closed:** 10/19/2018
**Statute:** 35:271
**Jury Demand:** Both
**Demand Amount:** $0
**NOS Description:** Patent

## Participants

### Litigants

[SHFL](#) entertainment, Inc.
**Plaintiff**

### Attorneys

Christopher R Miltenberger
LEAD ATTORNEY;ATTORNEY TO BE NOTICED
Greenberg Traurig, LLP
3773 Howard Hughes Parkway Suite 400 North
Las Vegas, NV  89169
USA
(702) 792-3773  Fax: (702) 792-9002
Email:Miltenbergerc@gtlaw.Com

Eric T Aldrian
LEAD ATTORNEY;ATTORNEY TO BE NOTICED
Pisanelli Bice PLLC
400 South 7th Street, Suite 300
Las Vegas, NV  89101
USA
702-214-2100  Email:Eta@pisanellibice.Com

Howard I Shin
LEAD ATTORNEY;PRO HAC VICE;ATTORNEY TO BE NOTICED
Winston & Strawn
200 Park Avenue
New York, NY  10166
USA
(212) 294-6700  Email:Hshin@winston.Com

James J. Pisanelli
LEAD ATTORNEY;ATTORNEY TO BE NOTICED
Pisanelli Bice PLLC

2:12cv1782, Shfl Entertainment, Inc. V. Digideal Corporation

| **Litigants** | **Attorneys** |
|---|---|
| **Digideal** Corporation<br>**Defendant** | 400 South 7th Street, Suite 300<br>Las Vegas, NV  89101<br>USA<br>702-214-2100  Fax: 702-214-2101<br>Email:Lit@pisanellibice.Com<br><br>Kimball Anderson<br>LEAD ATTORNEY;PRO HAC VICE;ATTORNEY TO BE NOTICED<br>Winston & Strawn LLP<br>35 W. Wacker<br>Chicago, IL  60601-9703<br>USA<br>312-558-5858  Email:Kanderson@winston.Com<br><br>Maria M Mercera<br>LEAD ATTORNEY;ATTORNEY TO BE NOTICED<br>Pisanelli Bice PLLC<br>400 South 7th Street, Suite 300<br>Las Vegas, NV  89101<br>USA<br>702-214-2100  Fax: 702-214-2101<br>Email:Mmm@pisanellibice.Com<br><br>Robert L Rosenthal<br>LEAD ATTORNEY;ATTORNEY TO BE NOTICED<br>Howard and Howard<br>3800 Howard Hughes Parkway Suite 1000<br>Las Vegas, NV  89169<br>USA<br>702-257-1483  Fax: 702-567-1568<br>Email:Rrosenthal@howardandhoward.Com<br><br>Sean Story<br>LEAD ATTORNEY;ATTORNEY TO BE NOTICED<br>Holley, Driggs, Walch, Fine, Wray, Puzey & Thompson<br>400 South Fourth St., Third Flr.<br>Las Vegas, NV  89101<br>USA<br>702-791-0308  Fax: 702-791-1912<br>Email:Sstory@nevadafirm.Com<br><br>James D. Boyle<br>ATTORNEY TO BE NOTICED<br>Holley, Driggs, Walch, Puzey & Thompson<br>400 S Fourth Street Third Floor<br>Las Vegas, NV  89101-<br>USA<br>Email:Jboyle@nevadafirm.Com<br><br>Marie M. Kerr<br><br>[Terminated: 09/19/2014]<br>Kerr IP Group, LLC<br>P.O. Box 18600<br>Reno, NV  89511<br>USA<br>775-624-8700  Fax: 775-622-0686  Email:Mmk@invent.Net |

2:12cv1782, Shfl Entertainment, Inc. V. Digideal Corporation

## Litigants

## Attorneys

702-214-2100  Fax: 702-214-2101
Email:Mmm@pisanellibice.Com

## Proceedings

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| 1 | 10/10/2012 | COMPLAINT against Digideal Corporation (Filing fee $ 350 receipt number 0978-2553809), filed by SHFL Entertainment, Inc. Certificate of Interested Parties due by 10/20/2012. Proof of service due by 2/7/2013. (Attachments: # 1 Civil Cover Sheet, # 2 Summons, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # (6 Exhibit D) (Pisanelli, James) (Entered: 10/10/2012) | |
| | 10/10/2012 | Case assigned to Judge Gloria M. Navarro and Magistrate Judge Cam Ferenbach. Nature of Suit: 830 Patent Case (ASB) (Entered: 10/11/2012) | |
| 2 | 10/11/2012 | NOTICE PURSUANT TO LOCAL RULE IB 2-2: In accordance with 28 USC  636(c) and FRCP 73, the parties in this action are provided with a link to the "AO 85 Notice of Availability, Consent, and Order of Reference - Exercise of Jurisdiction by a U.S. Magistrate Judge" form on the Court's website - www.nvd.uscourts.gov. Consent forms should NOT be electronically filed. Upon consent of all parties, counsel are advised to manually file the form with the Clerk's Office. (no image attached) (ASB) (Entered: 10/11/2012) | |
| 3 | 10/11/2012 | Summons Issued as to Digideal Corporation. (ASB) (Entered: 10/11/2012) | |
| 4 | 10/11/2012 | AO 120 - REPORT on the filing or determination of an action regarding a patent or trademark. E-mailed to the US Patent and Trademark Office. (Attachments: # (1 Complaint) (ASB) (Entered: 10/11/2012) | |
| 5 | 10/11/2012 | NOTICE TO COUNSEL PURSUANT TO LOCAL RULE IA 10-2. Counsel Howard Shin and Kimball Anderson to comply with completion and electronic filing of the Designation of Local Counsel and Verified Petition. For your convenience, click on the following link to obtain the form from the Court's website - www.nvd.uscourts.gov/Forms.aspx. Counsel is also required to register for the Court's Case Management and Electronic Case Filing (CM/ECF) system and the electronic service of pleadings. Please visit the Court's website www.nvd.uscourts.gov to register Attorney(s). Verified Petition due by 11/25/2012.(no image attached) (ASB) (Entered: 10/11/2012) | |
| 6 | 10/19/2012 | CERTIFICATE of Interested Parties filed by SHFL Entertainment, Inc. that identifies all parties that have an interest in the outcome of this case. Other Affiliate Eagle Asset Management, Inc. for SHFL Entertainment, Inc. added.. (Anderson, Kimball) (Entered: 10/19/2012) | |
| 7 | 10/31/2012 | STIPULATION FOR EXTENSION OF TIME re 1 Complaint, filed by Plaintiff SHFL Entertainment, Inc.. (Pisanelli, James) (Entered: 10/31/2012) | |
| 8 | 10/31/2012 | NOTICE of Appearance by attorney Robert L Rosenthal on behalf of Defendant Digideal Corporation. (Rosenthal, Robert) (Entered: 10/31/2012) | |
| 9 | 11/01/2012 | ORDER ON STIPULATION Granting 7 Stipulation to Extend Time for Defendant to Respond to 1 Complaint. Digideal Corporation answer due 12/3/2012. Signed by Magistrate Judge Cam Ferenbach on 10/31/2012. (Copies have been distributed pursuant to the NEF - AC) (Entered: 11/01/2012) | |

| # | Date | Proceeding Text | Source |
|---|---|---|---|
| | | (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # (8 Exhibit 8)(Anderson, Kimball) (Entered: 05/02/2016) | |
| 157 | 05/04/2016 | REPLY to Response to 146 Motion for Re-Taxation of Costs, filed by Counter Claimant Digideal Corporation, Defendant Digideal Corporation. (Attachments: # (1 Declaration of Marie M. Kerr, Esq.)(Boyle, James) (Entered: 05/04/2016) | Events since last full update |
| 158 | 05/12/2016 | REPLY to Response to 147 Motion for Attorney Fees filed by Counter Claimant Digideal Corporation, Defendant Digideal Corporation. (Attachments: # 1 Exhibit Exhibit List, # 2 Declaration Declaration of Tyler V. Kuhn, # 3 Exhibit Initial Reexamination - 982 Patent, # 4 Exhibit Initial Reexamination - 935 Patent, # 5 Exhibit Excerpt - 982 Patent, # 6 Exhibit Excerpt - 935 Patent, # (7 Exhibit Correspondence)(Boyle, James) (Entered: 05/12/2016) | Events since last full update |
| 159 | 05/20/2016 | MOTION to Strike 158 Reply to Response to Motion, Motion to Strike Portions of Defendants Reply in Support of Motion For Attorneys Fees by Plaintiff SHFL Entertainment, Inc.. Responses due by 6/6/2016. (Attachments: # (1 Exhibit A)(Anderson, Kimball) (Entered: 05/20/2016) | Events since last full update |
| 160 | 06/06/2016 | RESPONSE to 159 Motion to Strike, filed by Counter Claimant Digideal Corporation, Defendant Digideal Corporation. Replies due by 6/16/2016. (Boyle, James) (Entered: 06/06/2016) | Events since last full update |
| 161 | 06/16/2016 | REPLY to Response to 159 Motion to Strike filed by Plaintiff SHFL Entertainment, Inc.. (Anderson, Kimball) (Entered: 06/16/2016) | Events since last full update |
| 162 | 06/17/2016 | NOTICE of Unavailability of Counsel by Digideal Corporation. (Boyle, James) (Entered: 06/17/2016) | Events since last full update |
| 163 | 06/29/2016 | ORDER and REPORT AND RECOMMENDATION to Deny 147 Motion for Attorney Fees.FURTHER ORDERED that SHFL's motion to strike (ECF No. 159 ) is DENIED.FURTHER ORDERED that Digideal's motion for a taxation of costs (ECF No. 146 ) is GRANTED in part and DENIED in part. On or before 7/31/2016, SHFL must pay Digideal $2,086.04for various costs the company incurred during this action. Objections to R&R due by 7/16/2016. Signed by Magistrate Judge Cam Ferenbach on 6/29/16. (Copies have been distributed pursuant to the NEF - JM) (Entered: 06/29/2016) | Events since last full update |
| 164 | 07/05/2016 | MOTION to Amend/Correct 163 Report and Recommendation,,. Motion to Correct Clerical Mistake Pursuant to Federal Rule 60 by Plaintiff SHFL Entertainment, Inc.. Responses due by 7/22/2016. (Anderson, Kimball) (Entered: 07/05/2016) | Events since last full update |
| 165 | 07/06/2016 | AMENDED REPORT AND RECOMMENDATION re 163 Report and Recommendation. Signed by Magistrate Judge Cam Ferenbach on 6/29/16. (Copies have been distributed pursuant to the NEF - JM) (Entered: 07/06/2016) | Events since last full update |
| 166 | 07/06/2016 | ORDER Granting 164 Motion to Correct 163 Report and Recommendation. Signed by Magistrate Judge Cam Ferenbach on 7/6/16. (Copies have been distributed pursuant to the NEF - JM) (Entered: 07/06/2016) | Events since last full update |
| 167 | 08/11/2016 | NOTICE of Satisfaction of Bill of Costs by SHFL Entertainment, Inc.. (Anderson, Kimball) (Entered: 08/11/2016) | Events since last full update |
| 168 | 09/19/2016 | ORDER REGARDING REPORT AND RECOMMENDATIONS Accepting and Adopting 165 Report and Recommendation, DENYING 147 Motion for Attorney Fees filed by Digideal Corporation. Signed by Chief Judge Gloria M. Navarro on 9/19/16. (Copies have been distributed pursuant to the NEF - JM) (Entered: 09/19/2016) | Events since last full update |
| 169 | 09/22/2016 | MOTION to Withdraw as Attorney Motion for Leave to Withdraw as Counsel of Record for Defendant/Counterclaimant Digideal Corporation by James D. Boyle by Counter Claimant Digideal | Events since last full update |

| # | Date | Proceeding Text | Source |
|---|---|---|---|
| | | Corporation, Defendant Digideal Corporation. (Attachments: # (1 Exhibit A, Declaration and Certification of James D. Boyle, Esq. in Support of Motion for Leave to Withdraw as Counsel of Record for Defendant/Counterclaimant Digideal Corporation)(Boyle, James) (Entered: 09/22/2016) | |
| 170 | 09/23/2016 | NOTICE OF APPEAL as to 144 Clerk's Judgment, 143 Order on Motion for Summary Judgment,, Order on Motion to Vacate,, Order on Motion to Strike, by Plaintiff SHFL Entertainment, Inc.. Filing fee $ 505, receipt number 0978-4295436. E-mail notice (NEF) sent to the Federal Circuit Court of Appeals. (Anderson, Kimball) (Entered: 09/23/2016) | Events since last full update |
| 171 | 09/23/2016 | Designation of Transcripts and Transcript Order forms and instructions for 170 Notice of Appeal,. The forms may also be obtained on the Court's website at www.nvd.uscourts.gov/Forms.aspx. (RFJ) (Entered: 09/23/2016) | Events since last full update |
| 172 | 09/28/2016 | RESPONSE to 169 Motion to Withdraw as Attorney, filed by Plaintiff SHFL Entertainment, Inc.. Replies due by 10/8/2016. (Attachments: # 1 Exhibit 1, # (2 Exhibit 2)(Anderson, Kimball) (Entered: 09/28/2016) | Events since last full update |
| 173 | 10/04/2016 | ORDER Motion Hearing set for 10/7/2016 11:30 AM in LV Courtroom 3D before Magistrate Judge Cam Ferenbach. Signed by Magistrate Judge Cam Ferenbach on 10/4/16. (Copies have been distributed pursuant to the NEF - JM) (Entered: 10/04/2016) | Events since last full update |
| 174 | 10/05/2016 | MOTION for Leave to Appear Telephonically. Attorney: Kimball R. Anderson. by Plaintiff SHFL Entertainment, Inc.. (Anderson, Kimball) (Entered: 10/05/2016) | Events since last full update |
| 175 | 10/06/2016 | ORDER granting 174 Motion for Leave to Appear Telephonically. The call in telephone number is (888)273-3658, access code: 3912597. Signed by Magistrate Judge Cam Ferenbach on 10/6/16. (Copies have been distributed pursuant to the NEF - JM) (Entered: 10/06/2016) | Events since last full update |
| 176 | 10/06/2016 | REPLY to Response to 169 Motion to Withdraw as Attorney filed by Counter Claimant Digideal Corporation, Defendant Digideal Corporation. Reply in Support of Motion for Leave to Withdraw As Counsel of Record for Defendant/Couternclaimant Digidal Corporation (Attachments: # (1 Exhibit A, Declaration of Bryce K. Earl, Esq.)(Boyle, James) (Entered: 10/06/2016) | Events since last full update |
| 177 | 10/07/2016 | DECLARATION of Bryce K. Earl, Esq. re 169 Motion to Withdraw as Attorney ; by Counter Claimant Digideal Corporation, Defendant Digideal Corporation. (Boyle, James) (Entered: 10/07/2016) | Events since last full update |
| 178 | 10/07/2016 | MINUTES OF PROCEEDINGS - Hearing re motion to withdraw as attorney 169 held on 10/7/2016 before Magistrate Judge Cam Ferenbach. Crtrm Administrator: J. Ries; Pla Counsel: Dustin Holmes and appearing telephonically Kimball Anderson; Def Counsel: Brian Boschee, Bryce Earl and Sean Story; Court Reporter/FTR #: 11:33 - 11:42; Time of Hearing: 11:30 a.m.; Courtroom: 3D; The court canvasses and hears representations and arguments from the parties. ORDERED that the motion to withdraw as attorney 169 is GRANTED. Mr. Boschee will file the address and phone number of Digideal Corporation so the court docket can be updated. See declaration 177 . (no image attached) (Copies have been distributed pursuant to the NEF - JAR) (Entered: 10/07/2016) | Events since last full update |
| 179 | 05/02/2018 | JUDGMENT AND OPINION of USCA, Federal Circuit, as to 170 Notice of Appeal, filed by SHFL Entertainment, Inc. VACATED AND REMANDED (Copies have been distributed pursuant to the NEF - JM) (Entered: 05/02/2018) | Events since last full update |
| 180 | 06/08/2018 | MANDATE of USCA, Federal Circuit, as to 179 USCA Judgment | Events since last full |

2:12cv1782, Shfl Entertainment, Inc. V. Digideal Corporation

| # | Date | Proceeding Text | Source |
|---|---|---|---|
|  |  | and Opinion VACATING and REMANDING re 170 Notice of Appeal, filed by SHFL Entertainment, Inc. (MR) (Entered: 06/08/2018) | update |
| 182 | 06/30/2018 | ORDER on Mandate as to 180 USCA Mandate re 179 USCA Order DISMISSING 170 Notice of Appeal, filed by SHFL Entertainment, Inc.FURTHER ORDERED that the parties shall have twenty-one (21) days from the issuance of this Order to file renewed summary judgment motions as to the new and amended claims of the '935 and '982 patents. Signed by Chief Judge Gloria M. Navarro on 6/30/2018.  (Copies have been distributed pursuant to the NEF - MMM) (Entered: 06/30/2018) | Events since last full update |
| 183 | 09/13/2018 | ORDER TO SHOW CAUSE. Show Cause Response due by 9/28/2018. Show Cause Hearing set for 10/4/2018 at 11:00 AM in LV Courtroom 3D before Magistrate Judge Cam Ferenbach. Signed by Magistrate Judge Cam Ferenbach on 9/13/2018. (Copies have been distributed pursuant to the NEF - JM) (Entered: 09/13/2018) | Events since last full update |
| 184 | 09/27/2018 | RESPONSE to 183 Order to Show Cause by Counter Defendant SHFL Entertainment, Inc., Plaintiff SHFL Entertainment, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E) (Spinelli, Debra) (Entered: 09/27/2018) | Events since last full update |
| 185 | 10/02/2018 | REPORT AND RECOMMENDATION Recommending to dismiss 1 Complaint, Objections to R&R due by 10/16/2018. Show cause hearing scheduled for October 4, 2018, is VACATED. Signed by Magistrate Judge Cam Ferenbach on 10/2/2018. (Copies have been distributed pursuant to the NEF - JM) (Entered: 10/02/2018) | Events since last full update |
| 186 | 10/18/2018 | ORDER accepting and adopting 185 Report and Recommendation; this case is dismissed. Signed by Chief Judge Gloria M. Navarro on 10/18/2018. (Copies have been distributed pursuant to the NEF - JM) (Entered: 10/18/2018) | Events since last full update |
| 187 | 10/19/2018 | CLERK'S JUDGMENT in favor of Digideal Corporation against SHFL Entertainment, Inc.. Signed by Clerk of Court Debra K. Kempi on 10/19/2018. (Copies have been distributed pursuant to the NEF - JM) (Entered: 10/19/2018) | Events since last full update |
| 188 | 10/19/2018 | AO 120 - REPORT on the filing or determination of an action regarding a patent or trademark. E-mailed to the US Patent and Trademark Office. (JM) (Entered: 10/19/2018) | Events since last full update |
| 189 | 10/05/2020 | NOTICE Notice of Filing of Filing of First Amended Compliant in Related Action by Tonkawa Tribe of Indians of Oklahoma. (Berry, Robert) (Entered: 10/05/2020) | Events since last full update |
| 190 | 10/05/2020 | NOTICE of Related Cases by Tonkawa Tribe of Indians of Oklahoma. (Attachments: # 1 Exhibit, # 2 Exhibit) (Berry, Robert) (Entered: 10/05/2020) | Events since last full update |

# Judgments

| Date | In Favor Of | Against | Amount | Interest | Court Cost | Status | Status Date |
|---|---|---|---|---|---|---|---|
| 03/30/2016 | Digideal Corporation | SHFL Entertainment, Inc. | $ 0.00 | 0.00% | $ 0.00 | No Payment | 03/30/2016 |

# Patents

| Number | Title | Issued | Class | Subclass |
|---|---|---|---|---|
| 6,651,982 | Card shuffling apparatus with integral card delivery | 11/25/2003 | 273 | 149R |