# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PUREWICK CORPORATION,  )  )  Plaintiff/Counterclaim Defendant,  )  )  v.  )  )  SAGE PRODUCTS, LLC,  )  )  Defendant/Counterclaim Plaintiff.  ) | C.A. No. 19-1508-MN |

## JOINT STIPULATON OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41, and the terms of the parties' Settlement Agreement, Plaintiff PureWick Corporation and Defendant Sage Products, LLC hereby stipulate to the dismissal with prejudice of all claims and counterclaims in this matter. This Court shall retain jurisdiction to enforce this Order of Dismissal.

Each party shall bear its own costs, expenses and attorney's fees incurred in this matter, and each party knowingly and voluntarily waives any right, arising under 35 U.S.C. § 285 or otherwise, to make a claim for any costs, attorney's fees or other expenses associated with the matters settled by this Joint Stipulation of Dismissal.

Pursuant to the parties' Settlement Agreement, all pending motions are rendered moot.

| | |
|---|---|
| */s/ John W. Shaw* | */s/ Anne Shea Gaza* |
| John W. Shaw (No. 3362) | Anne Shea Gaza (No. 4093) |
| Andrew E. Russell (No. 5382) | Samantha G. Wilson (No. 5816) |
| SHAW KELLER LLP | YOUNG CONAWAY STARGATT |
| I.M. Pei Building | & TAYLOR, LLP |
| 1105 North Market Street, 12th Floor | Rodney Square |
| Wilmington, DE 19801 | 1000 North King Street |
| (302) 298-0700 | Wilmington, DE 19801 |
| jshaw@shawkeller.com | (302) 571-6600 |
| arussell@shawkeller.com | agaza@ycst.com |
| | swilson@ycst.com |
| *Attorneys for Plaintiff/* | |
| *Counterclaim Defendant* | *Attorneys for* |
| | *Defendant/Counterclaim* |
| | *Plaintiff* |

Dated: February 27, 2024

      SO ORDERED this day of _____, 2024.

_____
Honorable Maryellen Noreika
U.S. District Court Judge

2