OFFICE OF THE CLERK<br>
**UNITED STATES DISTRICT COURT**<br>
DISTRICT OF DELAWARE

Randall C. Lohan
CLERK

Unit 18
844 N King Street
Wilmington, De 19801
(302) 573-6170

December 19, 2024

**VIA CM/ECF**

| | |
|---|---|
| **John W. Shaw** | **Anne Shea Gaza** |
| Shaw Keller LLP | Young, Conaway, Stargatt & Taylor LLP |
| I.M. Pei Building | Rodney Square |
| 1105 North Market Street | 1000 North King Street |
| 12th Floor | Wilmington, DE 19801 |
| Wilmington, DE 19801 | (302) 571-6727 |
| 302-298-0701 | |

 RE:   *PureWick Corporation v. Sage Products, LLC*
       C. A. No. 19-1508-MN

Dear Counsel,

 We presently possess electronic exhibits admitted at trial in the above-referenced case. As this case is closed, we would like to remove these exhibits from our servers.

 Please advise me of whether you wish to retrieve these exhibits via flash drive, or have the Court delete them, by **Monday, January 6, 2025.** If no response is received by that date, the exhibits will be destroyed. Retrieval of the exhibits may be arranged by contacting me at my email address, or at (302) 573-6651.

             Sincerely,

             /s/ Mark D. Buckson, Jr.
             Courtroom Deputy

cc:   Counsel of record (via CM/ECF)